UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CIVIL NO. 01-2086 ADM/AJB

RODERICK ARNOLD, ET AL.,

PLAINTIFFS,

v.

**ORDER OF RECUSAL**

CARGILL INCORPORATED,

DEFENDANT.

---

The above-titled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code, Section 455, the undersigned recuses herself from hearing this matter. Accordingly,

IT IS ORDERED pursuant to this Court's Assignment of Cases Order dated May 28, 1998, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

IT IS FURTHER ORDERED that a copy of this Order shall be filed in the above-captioned case.

JUDGE ANN D. MONTGOMERY
UNITED STATES DISTRICT JUDGE

Dated: November 19, 2001

FILED NOV 19 2001
Richard D. Sletten, CLERK
Judgment Ent'd. ______
Deputy Clerk's Initials ______

Arnold v. Cargill Civil 01-2086 DWF/AJB

This case has been reassigned to Judge Donovan W. Frank. Magistrate Judge Boylan remains the magistrate on this case.