121184

# UNITED STATES DISTRICT COURT

RECEIVED
01 NOV 29 PM 12:47
CLERK ... COURT
MINNEAPOLIS ...

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2086 ~~ADM~~ DWF/AJB Case Title: Arnold et al. vs Cargill Incorp.

**Affidavit of Movant**

I, Lawrence P. Schaefer, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Steven M. Sprenger, an attorney admitted to practice in the ________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant R. Arnold et. al. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 195583 MN Attorney License # — Nov. 26, 2001 Date

**Affidavit of Proposed Admittee**

I, Steven M. Sprenger, am currently a member in good standing of the U.S. District Court for the ________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Steven M. Sprenger Type/Print Name — [signature] Signature — Nov. 19, 2001 Date

Attorney License Number: DC #418736

Law Firm Name & Address: Sprenger & Lang, PLLC
1614 Twentieth St., N.W.
Washington, D.C. 20009

Telephone: (202) 265-8010

Motion Granted: Richard D. Sletten
For the Court: Richard D. Sletten, Clerk

NOV 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________