01185

RECEIVED
01 NOV 29 PM 12:48
CLERK
MINNESOTA COURT

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01-2086 DWF/AJB Case Title: Arnold et al vs. Cargill Incorp.

**Affidavit of Movant**

I, Lawrence P. Schaefer, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michael D. Lieder, an attorney admitted to practice in the ________ District of Columbia, but not admitted to the bar of this court, who will be counsel for the (X)plaintiff ( )defendant Roderick Arnold, et al. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 195583 MN Attorney License # — 11/21/01 Date

**Affidavit of Proposed Admittee**

I, Michael D. Lieder am currently a member in good standing of the U.S. District Court for the ________ District of Columbia, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Michael D. Lieder Type/Print Name — [signature] Signature — 11-20-01 Date

Attorney License Number: DC 444273

Law Firm Name & Address: Sprenger + Lang PLLC
1614 20th St. N.W.
Washington, DC 20009

Telephone: (202) 265-8010

Motion Granted: [signature: Richard D. Sletten]
For the Court: Richard D. Sletten, Clerk

NOV 30 2001
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED NOV 30 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________