UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, NI-AKWEI ACQUAYE, SEAN ALLEN, HOLLIS BRANHAM, TOYA BROWN, DAWN COLLINS, LOUIS DARDEN, DELLA DICKSON, VIRGINIA DOUGLAS, RONALD GARRUS, MARGO HARVEY, CHENETA HUGHEY, JACQUELINE JENKINS, KEITH LEWIS, VALERIE MASON-ROBINSON, MICHAEL MITCHELL, PHYLLIS REECE, TONYA ROSS, CHARLES SCOTT, CLINTONIA SIMMONS, TAUSHA TATE, EMILY TYLER, JACQUELINE WILLIAMS, CHERYL WILLIS, and SEAN WRIGHT,

On behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 DWF/AJB

**STIPULATION AND ORDER FOR EXTENSION OF TIME**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that defendant may be and hereby is granted an extension to January 18, 2002, in which to answer or otherwise respond to plaintiff's Complaint in the above-entitled action.

DEC 0 4 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated: November 30, 2001

DORSEY & WHITNEY LLP

By ______________________________
Janice M. Symchych #010811X
Melissa Raphan #0182795
Holly S. A. Eng #0238028
Mark Ginder #0136396
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for Defendant Cargill, Incorporated

Dated: November 30, 2001

SPRENGER & LANG, PLLC

By ______________________________
Lawrence Schaefer #195583
Susan M. Coler #217621
Sara L. Madsen #155317
David Shulman #260721
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 871-8910

IT IS SO ORDERED:

______________________________
Honorable Donald W. Frank
Judge, United States District Court