UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, NII-AKWEI ACQUAYE, SEAN ALLEN, HOLLIS BRANHAM, TOYA BROWN, DAWN COLLINS, LOUIS DARDEN, DELLA DICKSON, VIRGINIA DOUGLAS, RONALD GARRUS, MARGO HARVEY, CHENETA HUGHEY, JACQUELINE JENKINS, KEITH LEWIS, VALERIE MASON-ROBINSON, MICHAEL MITCHELL, PHYLLIS REECE, TONYA ROSS, CHARLES SCOTT, CLINTONIA SIMMONS, TAUSHA TATE, EMILY TYLER, JACQUELINE WILLIAMS, CHERYL WILLIS, SEAN WRIGHT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

**Case No. 01-CV-2086 (DWF/AJB)**

**STIPULATION AND ~~PROPOSED~~ ORDER GRANTING PERMISSION TO FILE MEMORANDA IN EXCESS OF 35 PAGES BUT NOT TO EXCEED 50 PAGES**

**STIPULATION**

**WHEREAS,** the above-captioned action was commenced on November 15, 2001, when Plaintiffs filed and served their thirty-nine page Complaint;

**WHEREAS,** the Complaint is being brought as a putative nationwide class action with 25 named Plaintiffs, each pleading his or her own claims, with allegations ranging back over a number of years;

**WHEREAS,** the parties have agreed that Defendant Cargill, Incorporated ("Cargill") must answer or otherwise plead responsively by January 18, 2002;

**WHEREAS,** Cargill has elected to bring a partial motion to dismiss claims by some of the 25 Plaintiffs;

FILED JAN 1 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD____
DEPUTY CLERK____

**WHEREAS,** it appears that it will be very difficult for Cargill to adequately present its arguments within the 35 page limit established in L.R. 7.1(c);

**WHEREAS,** Cargill believes that its arguments can be adequately presented within 50 pages;

**WHEREAS,** Plaintiffs believe that their responsive arguments can be adequately presented within 50 pages; and

**WHEREAS,** pursuant to Local Rule 7.1(c), the parties hereby seek permission from the Court to file memoranda in excess of 35 pages;

**NOW THEREFORE,** the parties, by and through their respective duly authorized counsel of record, hereby stipulate and agree as follows:

1. That the cumulative total of the original memorandum and reply memorandum filed by Cargill in support of its motion to dismiss shall not exceed 50 pages.

2. That the Plaintiffs' memorandum filed in response to Cargill's motion to dismiss shall not exceed 50 pages.

Dated: 1/10/02

SPRENGER & LANG, PLLC

By [signature]
Lawrence Schaefer #195583
Susan M. Coler #217621
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 871-8910

ATTORNEYS FOR PLAINTIFFS

Dated: 1/9/02

DORSEY & WHITNEY LLP

BY [signature]
Janice M. Symchych #10811X
Melissa Raphan #182795
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant Cargill, Incorporated

**ORDER**

Based on the foregoing stipulation of the parties and pursuant to Local Rule 7.1(c), the Court makes the following **ORDER**:

1. That Cargill may file an original memorandum and reply memorandum in support of its motion to dismiss, the cumulative total of which shall not exceed 50 pages; and

2. That the Plaintiffs may file a memorandum in response to Cargill's motion to dismiss which shall not exceed 50 pages.

Dated: Jan 11, 2002

BY THE COURT:

[signature]
The Honorable Donovan W. Frank
United States District Judge