**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RODERICK ARNOLD, ET AL., Civil No. 01-2086 DWF/AJB

Plaintiffs,

v. **PRETRIAL SCHEDULING ORDER**

CARGILL, INCORPORATED,

Defendant.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the following schedule shall govern these proceedings.

Discovery Plan

1. Discovery shall be conducted in two phases:

   a. Pre-Class Certification

   b. Post-Class Certification

Following the Court's decision on the Plaintiffs' motion for class certification, a second Rule 16 scheduling conference shall be convened for purposes of imposing a scheduling order for the post-certification order proceedings. The following schedule shall apply to the discovery conducted during the pre-class certification phase:

1. Discovery during the pre-class certification portion shall be completed by January 15, 2003.

2. During the first phase of the discovery each party shall serve not more than 25 interrogatories per named Plaintiff to the other side regarding that Plaintiff; each side may direct 50 additional interrogatories to the other side.

3. Each side may serve 50 Requests for Admissions.

FILED MAR 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. Each side may take 40 depositions during the first phase of discovery. Out of said 40 depositions, the Defendant may depose each named Plaintiff for up to 14 hours in two days; Plaintiffs may take an equal number of depositions that will last for 14 hours. All other depositions shall be limited to 7 hours in one day.

5. All motions which seek to amend the pleadings or add parties during the pre-class certification portion of the case must be served by January 15, 2003. This deadline will be revisited at a second Rule 16 scheduling conference convened after the Court issues its ruling on Plaintiff's motion for class certification.

Disclosure and Discovery

For class certification experts it shall be conducted as follows:

1. July 1, 2002 deadline for Plaintiffs to identify expert witnesses for class certification.

2. August 15, 2002 deadline for Defendant to identify expert witnesses for class certification.

3. October 1, 2002 deadline for Plaintiffs to complete disclosures required by Fed.R.Civ.P. 26(a)(2)(B) with respect to class certification experts.

4. December 1, 2002 deadline for Defendant to complete disclosures required by Fed.R.Civ.P. 26(a)(2)(B) with respect to class certification experts.

5. January 15, 2003, deadline for completion of expert witness depositions with respect to class certification experts.

The number of experts that the parties will be allowed to use at trial and the dates for the disclosure of their identity and reports shall be revisited in the second Rule 16 scheduling conference to be held after the Court decides Plaintiffs' motion for class certification.

The class certification motion will be heard after the parties complete briefing on the schedule described below:

1. Plaintiffs will serve their brief on or before March 3, 2003.

2. Defendant will serve its brief on or before April 1, 2003.

3. Plaintiffs will submit any reply brief on or before April 15, 2003.

The Court anticipates that monthly status conferences will be held to address discovery disputes or other issues that may have arisen between the parties. The first monthly status conference will be held at 8:00 a.m. on Tuesday, May 7, 2002.

Following the Court's issuance of the Order in response to Plaintiffs' motion for class certification, a second Rule 16 scheduling conference will be held. Plaintiffs shall be responsible for contacting the undersigned's Chambers for purposes of scheduling said second Rule 16 conference following their receipt of the Court's class certification order.

Dated: 3/26/02

Arthur J. Boylan
United States Magistrate Judge