UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

Roderick Arnold, et al.,

Plaintiffs,

v.

Cargill, Incorporated,

Defendant.

Civil No. 01-2086 DWF/AJB

**ORDER ON MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER**

This matter is before the Court, Magistrate Judge Arthur J. Boylan, on plaintiffs' motion to compel discovery and defendant's responsive motion for protective order barring the requested discovery. Hearing was held on June 21, 2002, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101. Lawrence P. Schaefer, Esq., appeared and spoke on behalf of the plaintiffs. Janice M. Symchych, Esq., appeared and spoke on behalf of the defendant.

Based upon the file, memorandums, affidavits and arguments of counsel, the Court makes the following:

**ORDER**

1. Plaintiffs' Motion to Compel Discovery is **granted in part and denied in part**. [Docket No. __].

2. Defendant's Motion for Protective Order barring the discovery herein requested by plaintiffs is **granted in part and denied in part**. [Docket No. __].

3. Plaintiffs' motion to compel discovery for a discovery period commencing January 1, 1992, is **granted**. Defendant motion for protective order limiting discovery to a time period commencing June 1, 1994, is **denied**.

FILED JUN 2 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

4. Plaintiffs' motion to compel discovery for salaried non-exempt employees is **denied**. Defendant's motion for protective order precluding discovery with respect to salaried non-exempt employees is **granted**.

5. Plaintiffs' motion to compel discovery with respect to materials for which defendants assert a self-critical analysis privilege is **granted**. Defendants' motion for protective order precluding discovery of materials based upon a self-critical analysis privilege is **denied**.

Dated: 6/21/02

Arthur J. Boylan
United States Magistrate Judge