UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, NII-AKWEI ACQUAYE, SEAN ALLEN, HOLLIS BRANHAM, TOYA BROWN, DAWN COLLINS, LOUIS DARDEN, DELLA DICKSON, VIRGINIA DOUGLAS, RONALD GARRUS, MARGO HARVEY, CHENETA HUGHEY, JACQUELINE JENKINS, KEITH LEWIS, VALERIE MASON-ROBINSON, MICHAEL MITCHELL, PHYLLIS REECE, TONYA ROSS, CHARLES SCOTT, CLINTONIA SIMMONS, TAUSHA TATE, EMILY TYLER, JACQUELINE WILLIAMS, CHERYL WILLIS, SEAN WRIGHT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

**Case No. 01-CV-2086 (DWF/AJB)**

**[redacted] ORDER AMENDING PRETRIAL SCHEDULING ORDER**

On July 2, 2002, the parties in the above-captioned matter appeared before the Court in a telephone conference and jointly presented a motion to amend the Pretrial Scheduling Order. The Court finds good cause to amend the Pretrial Scheduling Order, and the parties' motion is **GRANTED.**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Court **ORDERS** the following amendments to the Court's Pretrial Scheduling Order dated March 26, 2002:

1. The date by which discovery during the pre-class certification portion shall be completed shall be extended from January 15, 2003 to March 17, 2003.

JUL 0 2 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The date by which all motions which seek to amend the pleadings or add parties during the pre-class certification portion of the case must be served shall be extended from January 15, 2003 to March 17, 2003.

3. The date by which Plaintiffs must identify expert witnesses for class certification shall be extended from July 1, 2002 to September 2, 2002.

4. The date by which Defendant must identify expert witnesses for class certification shall be extended from August 15, 2002 to October 15, 2002.

5. The date by which Plaintiffs must complete disclosures required by Fed.R.Civ.P. 26(a)(2)(B) with respect to class certification experts shall be extended from October 1, 2002 to December 1, 2002.

6. The date by which Defendant must complete disclosures required by Fed.R.Civ.P. 26(a)(2)(B) with respect to class certification experts shall be extended from December 1, 2002 to February 3, 2002.

7. The date by which expert witness depositions with respect to class certification experts must be completed shall be extended from January 15, 2003 to March 17, 2003.

8. The date on or before which Plaintiffs will serve their class certification brief shall be extended from March 3, 2003 to May 5, 2003.

9. The date on or before which Defendant will serve its class certification brief shall be extended from April 1, 2003 to June 2, 2003.

10. The date on or before which Plaintiffs will submit any reply brief shall be extended from April 15, 2003 to June 16, 2003.

All other provisions of the March 26, 2002 Pretrial Scheduling Order remain in effect.

Dated: 7/2/02

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge