UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| | ) | **ORDER** |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

The above matter came before the Court on a discovery management conference pursuant to the pretrial scheduling order in this case. The hearing was held by telephone on August 6, 2002. Susan M. Coler appeared on behalf of Plaintiffs. Matthew E. Klein appeared on behalf of Defendant.

Pursuant to Fed. R. Civ. P. 60(b), the Plaintiffs asked the Court to reconsider its June 5, 2002, order denying their motion to compel Defendant's production of employee social security numbers in its response to Plaintiffs' request for computerized data. Based upon the file, records, and argument of counsel,

**IT IS HEREBY ORDERED THAT:** Plaintiffs' motion to compel Defendant to produce employee social security numbers in its response to Plaintiffs' request for computerized data is **GRANTED**. The social security numbers will be produced for attorneys' eyes only as set out in the protective order in this case.

FILED AUG 09 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

Dated: August 9th, 2002

ARTHUR J. BOYLAN
United States Magistrate Judge