UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al., | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| On behalf of themselves and all others similarly situated, | CLASS ACTION |
| *Plaintiffs,* | |
| v. | **ORDER AMENDING PRETRIAL SCHEDULING ORDER** |
| CARGILL, INCORPORATED, | |
| *Defendant.* | |

On September 27, 2002, the parties in the above-captioned matter submitted a joint motion to the Court to amend the Pretrial Scheduling Order. The Court finds good cause to amend the Pretrial Scheduling Order, and the parties' motion is **GRANTED**.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Court **ORDERS** the following amendments to the Court's Pretrial Scheduling Order dated July 2, 2002:

1. The date by which discovery during the pre-class certification portion shall be completed shall be extended from March 17, 2003, to July 30, 2003.

2. The date by which all motions which seek to amend the pleadings or add parties during the pre-class certification portion of the case must be served shall be extended from March 17, 2003, to May 15, 2003.

3. The date by which Plaintiffs must identify expert witnesses for class certification remains September 2, 2002.

4. The date by which Defendant must identify expert witnesses for class certification remains October 15, 2002.

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD

5. The date by which Plaintiffs must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended from December 1, 2002, to June 4, 2003.

6. The date by which Defendant must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended from February 3, 2003, to July 30, 2003.

7. The date by which expert witness depositions with respect to class certification experts must be completed shall be extended from March 17, 2003, to September 10, 2003.

8. The date on or before which Plaintiffs will serve their class certification brief shall be extended from May 5, 2003, to September 17, 2003.

9. The date on or before which Defendant will serve its reply to the class certification brief shall be extended from June 2, 2003, to October 15, 2003.

10. The date on or before which Plaintiffs will submit any reply brief shall be extended from June 16, 2003, to October 29, 2003.

All other provisions of the March 26, 2002, Pretrial Scheduling Order remain in effect.

Dated: ~~September~~ October 1st, 2002

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge