UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

RODERICK ARNOLD, ET AL.,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil No. 01-2086 DWF/AJB

ORDER

---

The above matter came on for consideration before the undersigned on the 19th day of March 2003, in reference to the question of whether or not a protective order should be entered concerning the planned deposition of R. "Bill" Douglas a/k/a Ray William Douglas. The Court having considered the arguments of counsel hereby enters the following Order:

1. The subpoena previously issued to Bill Douglas shall remain in full force and effect. The date of the deposition however will be continued until a time as set by this Court.

2. Defendant's shall file and serve a brief concerning any issues that they believe will arise during the deposition of R. "Bill" Douglas on or before April 18, 2003.

3. Plaintiffs shall file and serve a reply brief on or before May 2, 2003.

Filed MAR 20 2003
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

4. The Court will hear all oral arguments on said issues on May 9, 2003 at 10:00 a.m.

Dated: 3/19/03

ARTHUR J. BOYLAN
United States Magistrate Judge