UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, ET AL.,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil No. 01-2086 DWF/AJB

NOTICE OF HEARING

---

Due to a conflict on the Court's calendar, you are hereby given notice that the Motions in the above referenced case previously scheduled to begin at 1:30 p.m. on May 21, 2003, have been rescheduled. The motion hearing will commence at **10:30 a.m. on May 21, 2003**, before the undersigned Magistrate Judge.

Dated: 5/14/03

ARTHUR J. BOYLAN
United States Magistrate Judge

MAY 14 2003
Filed ______
Richard Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______