UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

---

ARNOLD, ET AL.,

Civil No. 01-2086 DWF/AJB

Plaintiffs,

v.

**ORDER APPOINTING SPECIAL MASTER**

CARGILL, INC.,

Defendant.

---

Based on the volume of documents to review in this case and the likelihood that an in camera inspection may be necessary to rule on any privilege claims,

**IT IS HEREBY ORDERED THAT:**

1. Peter N. Thompson, a professor of law at Hamline University Law School, be appointed under Rule 53 as a special master for the purposes of considering all claims of privilege that may be asserted during the course of discovery in this litigation.

2. The special master shall have the rights, powers, and duties provided in Rule 53 and may adopt such procedures as are not inconsistent with that rule or with this or other orders of the court. Until directed otherwise by the special master or the court, any person asserting a privilege shall specifically identify the document or other communication sought to be protected from disclosure, including the date, the person making the statement, the persons to whom or in whose presence the statement was made, other persons to whom or in whose presence the statement was made, other

JUN 06 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

persons to whom the contents were or have been revealed, the general subject matter of the communication (unless itself claimed to be privileged), the particular privilege(s) or doctrine(s) upon which protection against disclosure is based, and any other circumstances affecting the existence, extent, or waiver of the privilege. When appropriate, the special master may require that this documentation of claims of privilege be verified.

3. The special master shall make findings of fact and conclusions of law with respect to the matters presented by the parties and shall report expeditiously to the court pursuant to Rule 53(e). Unless directed by the court or believed advisable by the special master, the report shall not be accompanied by a transcript of the proceedings, the evidence, or the exhibits. Such parts of the report, if any, as may be confidential shall be filed under seal pending further order of the court.

4. Compensation at rates mutually agreeable to the special master and the parties shall be paid to the special master on a periodic basis by the parties, together with reimbursement for reasonable expenses incurred by the special master. The special master may employ other persons to provide clerical and secretarial assistance. Such persons shall be under the supervision and control of the special master, who shall take appropriate action to insure that such persons preserve the confidentiality of matters submitted to the special master for review. Final allocation of these amounts shall be subject to taxation as costs at the conclusion of the case at the discretion of the court.

5. A copy of this Order shall be mailed to the special master.

Dated: June 6, 2003

Arthur J. Boylan
United States Magistrate Judge