UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

On May 30, 2003, the parties in the above-captioned matter submitted a joint motion to the Court to amend the Pretrial Scheduling Order. The Court finds good cause to amend the Pretrial Scheduling Order, and the parties' motion is **GRANTED**.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Court **ORDERS** the following amendments to the Court's Pretrial Scheduling Order dated October 1, 2002:

1. The date by which discovery during the pre-class certification portion shall be completed shall be extended from July 30, 2003, to November 17, 2003.

2. The date by which Plaintiffs must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended from June 4, 2003, to December 17, 2003.

3. The date by which Defendant must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended from July 30, 2003, to February 6, 2004.

JUN 2 0 2003

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

52982

4. The date by which expert witness depositions with respect to class certification experts must be completed shall be extended from September 10, 2003, to March 5, 2003.

5. The date on or before which Plaintiffs will serve their class certification brief shall be extended from September 17, 2003, to March 19, 2004.

6. The date on or before which Defendant will serve its reply to the class certification brief shall be extended from October 15, 2003, to April 16, 2004

7. The date on or before which Plaintiffs will submit any reply brief shall be extended from October 29, 2003, to April 30, 2004.

All other provisions of the March 26, 2002, Pretrial Scheduling Order remain in effect.

Dated: 6/20, 2003

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge



52982