**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Roderick Arnold, et al., Civil No. 01-2086 DWF/AJB

Plaintiffs,

v. **ORDER ON DISCOVERY**

Cargill, Incorporated,

Defendant.

This matter came before the Court, Magistrate Judge Arthur J. Boylan, for conference on discovery and litigation issues. Conference was held on November 10, 2003, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101.

Based upon the file, correspondence and arguments of counsel, the Court makes the following:

**ORDER**

1. Defendant Cargill, Inc. shall produce personnel records of 59 specifically named employees who have been identified as being in positions similarly situated or comparable to that of named plaintiffs in this action. The Court finds that plaintiffs have made the necessary particularized showing with respect to the 59 comparable employees named in plaintiffs' Ninth Request for Production of Documents, Request No. 48, and recognized in defendant's Objections and Responses to Request No. 48. Production of the personnel records of those individuals is hereby required, subject to any applicable protective order and limitations upon further disclosure.

NOV 2 6 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. Defendant Cargill, Inc. shall produce documents subject to the District Court's decision on appeal of the Special Master's ruling on production of privileged materials. Pertinent materials shall be produced by December 3, 2003.

Dated: November 26, 2003

Arthur J. Boylan
United States Magistrate Judge