**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al,<br>*Plaintiffs,*<br>v.<br>CARGILL, INCORPORATED,<br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br>CLASS ACTION<br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

The parties in the above-captioned matter have submitted a joint motion to the Court to amend the Pretrial Scheduling Order dated June 20, 2003. The Court finds good cause to amend the Pretrial Scheduling Order, and the parties' motion is **GRANTED.**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Court **ORDERS** the following amendments to the Court's Pretrial Scheduling Order dated June 20, 2003:

1. The date by which discovery during the pre-class certification portion shall be completed shall be extended to March 17, 2004.

2. The date by which Plaintiffs must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended to April 16, 2004.

3. The date by which Defendant must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended to June 7, 2004.

4. The date by which expert witness depositions with respect to class certification experts must be completed shall be extended to July 9, 2004.

DEC 09 2003
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. The date on or before which Plaintiffs will serve their class certification brief shall be extended to July 19, 2004.

6. The date on or before which Defendant will serve its reply to the class certification brief shall be extended to August 16, 2004.

7. The date on or before which Plaintiffs will submit any reply brief shall be extended to August 30, 2004.

All other provisions of the March 26, 2002, Pretrial Scheduling Order remain in effect.

Dated: 12/9, 2003.

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge