**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Roderick Arnold, et al., Civil No. 01-2086 DWF/AJB

Plaintiffs,

v. **ORDER ON DISCOVERY**

Cargill, Incorporated,

Defendant.

This matter comes before the Court, Magistrate Judge Arthur J. Boylan, on plaintiff's request for an order compelling defendant to produce personnel records of fourteen employees identified in defendant's response to Interrogatory No. 3 and requested in plaintiffs' fourth request for production of documents No. 32. The discovery request was presented by telephone conference on discovery and litigation issues. Conference was held on February 10, 2004, at the U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101.

Based upon the file, correspondence and arguments of counsel, **IT IS HEREBY ORDERED** that defendant shall produce personnel records for fourteen particularly identified employees, along with the records of any employees subsequently identified by supplementary response to plaintiffs' Interrogatory No. 3. Based upon the identification of the employees as persons having been disciplined for violation of Cargill, Inc.'s EEO policies, the Court **finds** that the materials are relevant to the subject matter involved in this case and that the discovery is reasonably calculated to lead to discovery of admissible evidence pertinent to class certification. Fed. R. Civ. P. 26(b)(1). Furthermore, the Court finds that the production is not overly



FEB 10 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

burdensome or overbroad, and any objection to disclosure on those grounds is **overruled**. The personnel records here at issue shall be produced by February 20, 2004.

Dated: 2/10/04

Arthur J. Boylan
United States Magistrate Judge