ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et al, *Plaintiffs*, v. CARGILL, INCORPORATED, *Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) CLASS ACTION **ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

The parties in the above-captioned matter have submitted a joint motion to the Court to amend the Pretrial Scheduling Order dated December 9, 2003. The Court finds good cause to amend the Pretrial Scheduling Order, and the parties' motion is **GRANTED**.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Court **ORDERS** that the Court's Pretrial Scheduling Order dated December 9, 2003, be amended to read as follows:

1. The date by which discovery during the pre-class certification portion shall be completed shall remain March 17, 2004.

2. The date by which Plaintiffs must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended to April 22, 2004.

3. The date by which Defendant must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended to June 15, 2004.

4. The date by which expert witness depositions with respect to class certification experts must be completed shall be extended to July 16, 2004.

FEB 11 2004
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

5. The date on or before which Plaintiffs will serve their class certification brief shall remain July 19, 2004.

6. The date on or before which Defendant will serve its reply to the class certification brief shall remain August 16, 2004.

7. The date on or before which Plaintiffs will submit any reply brief shall remain August 30, 2004.

All other provisions of the December 9, 2004, Pretrial Scheduling Order remain in effect.

Dated: February 11th, 2004.

BY THE COURT:

The Honorable Arthur J. Boylan
United States Magistrate Judge