UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 DWF/AJB

**STIPULATION AND ORDER UNSEALING PORTION OF THE COURT'S OCTOBER 21, 2003, ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the narrative text (pages 1-7) of the Order of Judge Donovan Frank dated October 21, 2003, may be unsealed. All other portions of said Order (including the Appendix and any other attachments thereto), shall be and remain sealed.

Dated: February 11, 2004

DORSEY & WHITNEY LLP

By [signature]

Paul A. Klaas #56327
Melissa Raphan #0182795
Holly S. A. Eng #0238028
Mark Ginder #0136396
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600
Facsimile: (612) 340-2868

Attorneys for Defendant Cargill, Incorporated

Dated: February 25, 2004

SPRENGER & LANG, PLLC

By [signature]

Lawrence Schaefer #195583
Susan M. Coler #217621
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 871-8910

IT IS SO ORDERED:

[signature]

Honorable Donald W. Frank
Judge, United States District Court