# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| RODERICK ARNOLD, ET AL., Plaintiff, v. CARGILL INC., Defendant. | ) | **COURT MINUTES** BEFORE: DONOVAN W. FRANK U.S. Judge |

Case No: 01-2086 (DWF/AJB)
Date: APRIL 23, 2004
Court Reporter: JEANNE ANDERSON
Time Commenced: 1:30
Time Concluded: 2:30
Time in Court: 1 Hour & 00 Minutes

Hearing on: **DEFENDANT'S MOTION FOR SUMMARY JUDGMENT ON THE CLAIMS OF LOUIS DARDEN (187) - Taken Under Advisement. DEFENDANT'S MOTION FOR SUMMARY JUDGMENT RE CONSTRUCTIVE DISCHARGE (195) - Taken Under Advisement.**

APPEARANCES:

Plaintiff: PETER FORREST, LAURA HEIN
Defendant: NO APPEARANCE

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
: Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk