# UNITED STATES COURT OF APPEALS

## FOR THE EIGHTH CIRCUIT

SCANNED
APR 30 2004
U.S. DISTRICT COURT ST. PAUL

No. 03-3759

CV01-2086 DWF/AJB

In re: Cargill, Incorporated, * Petition for Writ of Mandamus
Petitioner. *

## JUDGMENT

The petition for writ of mandamus has been considered by the court and is denied. After a careful review of the doucments, the district court did not clearly abuse its discretion.

(5360-010199)

April 27, 2004

Order Entered at the Direction of the Court:

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit.

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS, CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

FILED ____________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ____________
DEPUTY CLERK ____________