**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

Roderick Arnold, et al., Civil No. 01-2086 DWF/AJB

Plaintiffs,

v. **ORDER ON MOTION TO COMPEL DEPOSITION TESTIMONY**

Cargill, Incorporated,

Defendant.

This action is now before the Court, Magistrate Judge Arthur J. Boylan, 628 U.S. Courthouse, 316 No. Robert St., St. Paul MN 55101, on plaintiffs' motion to compel deposition discovery. The matter is considered on the written submissions of counsel and without formal hearing. Plaintiffs are represented by Lawrence P. Schaefer, Esq. Defendant is represented by Melissa Raphan, Esq.

Based upon the file, exhibits and written arguments of counsel, the Court makes the following:

**ORDER**

1. Plaintiffs' Motion to Compel Deposition Testimony from deponents Sue Ann Sjeklocha and Ernest Micek is **granted in part and denied in part**. [Docket No. __].

2. Plaintiff's motion to compel is granted with respect to deponent Sjeklocha's refusal to answer inquiries based upon attorney's advice as asserted on deposition pages[1] 68, 73, 107, 109,

[1] Deposition of Sue Ann Sjeklocha taken March 17 and 18, 2004. Plaintiff's Reply Memorandum in Support of Motion to Compel Deposition Testimony, Exh. A-D.

111, 126, 128, 129, 217-18, 261, and 385. The Court finds no attorney-client privilege with respect to narrow questions presented and the nature of the limited answers which would be sufficiently responsive to the questions. The inquiries do not clearly require immediate reference to the substance and content of attorney-client discussions. The responses herein required may be provided in writing and will not be subject to follow-up questioning.

3. Plaintiff's motion to compel is denied with respect to inquiries to which deponent Sjeklocha responded that she was unable to recall. The Court finds no grounds for compelling further responses.

4. Plaintiff's motion to compel is denied with respect to inquiries to deponent Micek in deposition held on February 19 and 20, 2004.[2] The deponent's responses are sufficient to the extent that Mr. Micek asserts a lack of knowledge or recollection. Defense counsel's instructions to the deponent to refrain from disclosing privileged communications were not improper and did not induce the deponent's inability to recall. The Court finds no grounds for compelling further responses from Mr. Micek.

Dated: May 13, 2004

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge

[2] Deposition of Ernest Micek taken February 19 and 20, 2004. Plaintiff's Reply Memorandum in Support of Motion to Compel Deposition Testimony, Exh.E and F.