**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

**Arnold, et al. v. Cargill, Incorporated**
**01-CV-2086 (DWF/AJB)**

I hereby certify that on June 7, 2004, I caused the following documents:

Proposed Order

to be electronically mailed to Magistrate Judge Boylan, and that I also sent an electronic version of the Proposed Order to the following:

**Lawrence P Schaefer**
lschaefer@sprengerlang.com

Dated: June 7, 2004 **s/ Dyana Schallenberger**