**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**STIPULATION TO AMEND PRETRIAL SCHEDULING ORDER** |

The above-named parties, by and through their counsel, hereby move the Court for an Order amending the existing Pretrial Scheduling Order. The parties stipulate and agree, subject to the Court's approval, to the entry of the Proposed Order, attached hereto, amending the pretrial scheduling order in this matter.

Dated: June 14, 2004
DORSEY & WHITNEY LLP

By s/ Mark Ginder
Paul B. Klaas #56327
Melissa Raphan #182795
Holly S. A. Eng #238028
Mark Ginder #136396
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED

Dated: June 14, 2004
SPRENGER & LANG, PLLC

By s/ Teresa K. Patton
Lawrence Schaefer #195583
Susan M. Coler #217621
Teresa K. Patton #205679
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 871-8910

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

The parties in the above-captioned matter have submitted a joint request to the Court to amend the Pretrial Scheduling Order dated June 8, 2004. The Court finds good cause to amend the Pretrial Scheduling Order, and the parties' request is **GRANTED**.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Court **ORDERS** that the Court's Pretrial Scheduling Order dated June 8, 2004, be amended to read as follows:

1. The date by which discovery during the pre-class certification portion shall be completed shall remain March 17, 2004. (No change)

2. The date by which Plaintiffs must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended to April 22, 2004. Plaintiffs shall file their supplemental statistical expert report on or before June 11, 2004. (No change)

3. The date by which Defendant must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended to June 15, 2004. Defendant shall file its statistical expert report on or before June 30, 2004.

4. The date by which expert witness depositions with respect to class certification

experts must be completed shall be extended to from July 16 to August 11, 2004. (No change)

5. The date on or before which Plaintiffs will serve their class certification brief shall remain July 19, 2004. (No change)

6. The date on or before which Defendant will serve its reply to the class certification brief shall remain August 16, 2004. (No change)

7. The date on or before which Plaintiffs will submit any reply brief shall remain August 30, 2004. (No change)

All other provisions of the June 8, 2004, Pretrial Scheduling Order remain in effect.

Dated: June __, 2004.

BY THE COURT:

_________________________________

The Honorable Arthur J. Boylan
United States Magistrate Judge