**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on (date), I caused the following documents:

**Stipulation to Amend Pretrial Scheduling Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Susan M Coler scoler@sprengerlang.com
Holly S A Eng eng.holly@dorsey.com, mcevoy.lori@dorsey.com
Mark John Ginder ginder.mark@dorsey.com, smith.colleen@dorsey.com
Michael Iwan iwan.michael@dorsey.com, miwan@mmode.com;robbins.suzanne@dorsey.com
Paul Barry Klaas klaas.paul@dorseylaw.com
Michael D Lieder mlieder@sprengerlang.com
Ryan E Mick mick.ryan@dorsey.com
Teresa Kathleen Patton tpatton@sprengerlang.com
Melissa Raphan raphan.melissa@dorsey.com, bostrom.joan@dorsey.com
Lawrence P Schaefer lschaefer@sprengerlang.com
Steven M Sprenger ssprenger@sprengerlang.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Paul Carl Sprenger
Sprenger & Lang
1614 20th St NW
Washington, DC 20009

Peter N Thompson
Hamline Law School
1536 Hewitt Ave
St Paul, MN 55104

Dated: June 15, 2004

**s/ Mark Ginder**
Mark Ginder, #136936
Dorsey & Whitney LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402
Telephone: (612) 340-2600