**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**ORDER AMENDING PRETRIAL SCHEDULING ORDER** |

The parties in the above-captioned matter have submitted a joint request to the Court to amend the Pretrial Scheduling Order dated June 8, 2004. The Court finds good cause to amend the Pretrial Scheduling Order, and the parties' request is **GRANTED**.

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy, and inexpensive determination of this action, the Court **ORDERS** that the Court's Pretrial Scheduling Order dated June 8, 2004, be amended to read as follows:

1. The date by which discovery during the pre-class certification portion shall be completed shall remain March 17, 2004. (No change)

2. The date by which Plaintiffs must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended to April 22, 2004. Plaintiffs shall file their supplemental statistical expert report on or before June 11, 2004. (No change)

3. The date by which Defendant must complete disclosures required by Fed. R. Civ. P. 26(a)(2)(B) with respect to class certification experts shall be extended to June 15, 2004. Defendant shall file its statistical expert report on or before June 30, 2004.

4. The date by which expert witness depositions with respect to class certification

experts must be completed shall be extended to from July 16 to August 11, 2004. (No change)

5. The date on or before which Plaintiffs will serve their class certification brief shall remain July 19, 2004. (No change)

6. The date on or before which Defendant will serve its reply to the class certification brief shall remain August 16, 2004. (No change)

7. The date on or before which Plaintiffs will submit any reply brief shall remain August 30, 2004. (No change)

All other provisions of the June 8, 2004, Pretrial Scheduling Order remain in effect.

Dated: June 17, 2004.

BY THE COURT:

s/ Arthur J. Boylan
The Honorable Arthur J. Boylan
United States Magistrate Judge