UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**STIPULATION REGARDING PAGE LIMITATIONS ON CLASS CERTIFICATION BRIEFING**

The parties to the above-referenced matter acknowledge and agree that thirty-five (35) pages are inadequate for purposes of briefing class certification issues in this matter. Therefore, the parties stipulate to a sixty (60) page limitation for each side, and they jointly and respectfully request that the Court agree to this Stipulation and allow the additional pages.

Dated: 6/16/04

SPRENGER & LANG, PLLC

Susan M Coler

Lawrence Schaefer (#195583)
Susan M. Coler (#217621)
Teresa K. Patton (#205679)
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: (612) 871-8910

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (MO Bar No. 43994)
1614 20th Street, N.W.
Washington, DC 20009-1001
Telephone: (202) 265-8010

Attorneys for Plaintiffs

Dated: 06.14.04

DORSEY & WHITNEY LLP

Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED

**ORDER**

**IT IS HEREBY ORDERED:**

That the parties will each have sixty (60) pages in which to brief class certification issues.

Dated: ______________________

______________________
Judge of District Court



4851-9160-4736\1