**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virginia Douglas, Ronald Garrus, Margo Harvey, Cheneta Hugley, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Cargill Incorporated,

Defendant.

Civil No. 01-2086 (DWF/AJB)

CLASS ACTION

**ORDER REGARDING PAGE LIMITATIONS ON CLASS CERTIFICATION BRIEFING**

---

Paul Carl Sprenger, Esq., Michael D. Lieder, Esq., and Steven M. Sprenger, Esq., Sprenger & Lang, 1614 20th St. NW, Washington, DC 20009; and Lawrence P. Schaefer, Esq., Teresa Kathleen Patton, Esq., and Susan M. Coler, Esq., Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403, counsel for Plaintiffs.

Melissa Raphan, Esq., Paul Barry Klaas, Esq., Mark John Ginder, Esq., Holly S.A. Eng, Esq., and Michael Iwan, Esq., Dorsey & Whitney, 50 6th St. S., Ste. 1500, Minneapolis, MN 55402-1498, counsel for Defendant.

Peter N. Thompson, Esq., Hamline Law School, 1536 Hewitt Ave., St. Paul, MN 55104.

---

The parties in the above-captioned matter acknowledged and agreed that thirty-five (35) pages are inadequate for purposes of briefing class certification issues in this matter, and have stipulated to request the Court to allow a sixty (60) page limitation for each side.

**IT IS HEREBY ORDERED:**

That the parties will each have sixty (60) pages in which to brief class certification issues.

Dated: June 17, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court