UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CARGILL'S MOTION TO DISMISS, DISQUALIFY, AND IMPOSE ADDITIONAL SANCTIONS**

**ORAL ARGUMENT REQUESTED**

Defendant Cargill, Incorporated (Cargill") hereby moves the United States District Court for the District of Minnesota for an order dismissing this action due to conduct by Plaintiffs' counsel in this matter that has resulted in an improper breach of Cargill's confidences and privileges and threatened the integrity of the judicial process. In addition, the Court should disqualify counsel for Plaintiffs from any further representation of parties adverse to Cargill in this and any similar matter, and impose sanctions against counsel for Plaintiffs.

The grounds for this Motion are set forth in an accompanying Memorandum of Law and Declarations and Affidavits in support of the Memorandum served and filed herewith, as shall be further established in the argument of counsel at hearing on this motion, and all the files, records, and proceedings herein.

Dated: June 18, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan
Paul B. Klaas (#56327)
William J. Wernz (#11599X)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED