UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CARGILL'S NOTICE OF MOTION TO DISMISS, DISQUALIFY, AND IMPOSE ADDITIONAL SANCTIONS**

**ORAL ARGUMENT REQUESTED**

TO: Plaintiffs above-named and their counsel of record, Lawrence Schaefer and Susan M. Coler, Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403.

**PLEASE TAKE NOTICE** that on Friday, August 13, 2004, at 9:00 a.m., before the Honorable Donovan Frank, United States District Court, 316 North Robert Street, St. Paul, Minnesota, defendant Cargill, Incorporated will move for an Order dismissing this action due to conduct by Plaintiffs' counsel in this matter that has resulted in an improper breach of Cargill's confidences and privileges and threatened the integrity of the judicial process, disqualifying counsel for Plaintiffs from any further representation of parties adverse to Cargill in this and any similar matter, and imposing sanctions against counsel for Plaintiffs.

This motion shall be based upon all the files, records, and proceedings herein and upon argument of counsel.

Dated: June 18, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan

Paul B. Klaas (#56327)
William J. Wernz (#11599X)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED