UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**INDEX TO EXHIBITS TO DECLARATION OF MICHAEL IWAN**

| | |
|---|---|
| **Exhibit A** - | In Re Potash Antitrust Litigation, 1993 WL 543013 (D. Minn.) |
| **Exhibit B** - | Declaration of Lawrence P. Schaefer in Proceedings Regarding Deposition of R. Bill Douglas |
| **Exhibit C** - | Excerpts from the deposition of R. Bill Douglas, with exhibits |
| **Exhibit D** - | Letter dated August 14, 2002 from Janice M. Symchych to Lawrence Schaefer (with Notice of Taking Deposition of R. Bill Douglas dated August 14, 2002) |
| **Exhibit E** - | Letter dated August 30, 2002 from Susan Coler to Magistrate Judge Boylan |
| **Exhibit F** - | Amended Notice of Taking Deposition of R. Bill Douglas dated July 11, 2003 |
| **Exhibit G** - | Letter dated September 23, 2003 from Paul B. Klaas to Magistrate Judge Boylan |
| **Exhibit H** - | Letter dated October 3, 2003 to Paul B. Klaas and Susan M. Coler from Magistrate Judge Boylan |
| **Exhibit I** - | Notices of Taking Deposition of Lawrence Schaefer, Teresa Patton, David Shulman, Patricia Jones, Sarah Madsen, and R. Bill Douglas |
| **Exhibit J** - | Response to the Subpoenas Duces Tecum of Lawrence Schaefer, Teresa Patton, and Patricia Jones |
| **Exhibit K** | Letter dated March 29, 2004 from Susan M. Coler to Michael Iwan |
| **Exhibit L** - | Amended Notice of Taking Deposition of R. Bill Douglas dated January 29, 2004 |
| **Exhibit M** | E-mail between Paul Klaas and Bill Douglas dated March, April and May, 2004 |
| **Exhibit N** - | Excerpts from the deposition of John Chavers |
| **Exhibit O** - | Excerpts from the deposition of Glenn Ford |
| **Exhibit P** - | Excerpts from the deposition of Candy Smith |
| **Exhibit Q** - | Excerpts from the deposition of Marcia Woolridge Harrison |

**Exhibit R** - Excerpts from the deposition of Angela Y. Reid

**Exhibit S** - Attorney listing for Latif Doman from *Martindale-Hubbell's* lawyers.com

**Exhibit T** - Excerpts from the deposition of Lois Cephus

**Exhibit U** - Excerpts from the deposition of Raymond E. Fowler

**Exhibit V** Michelson v. Merrill Lynch, et al., 1989 WL 31514 (S.D.N.Y.)

**Exhibit W** Memorandum and Order filed May 3, 1996, and Report and Recommendation filed March 14, 1996, in Schubot, et al. v. Rochester Methodist Hospital, et al., U.S. District Court for the Third Division of Minnesota, Court File No. 3-94-942

**Exhibit X** Memorandum and Order filed June 10, 2004 in Lewis v. Capital One Services, Inc., U.S. District Court for the Eastern Division of Virginia, Richmond Division, Court File No. 3:04CV186

**Exhibit Y** - Fischer, et al. v. Rheem Manufacturing, et al., 2004 WL 1088328 (D. Minn.)

**Exhibit Z** Coburn, et al. v. Daimler Chrysler Services of North America, 2003 WL 22425007 (N.D. Ill.)