EXHIBIT C-3

# LARRY SCHAEFER CHRONOLOGY OF EVENTS

**THRUSDAY OR FRIDAY, 7/11-12/02,** CALLED AND INFORMED ME (HEADS-UP) THAT HE WOULD BE SENDING DOCUMENTS TO CARGILL ATTORNEYS I HAD PROVIDED, WHICH HAD NOT BEEN RETURNED AS PART OF DOCUMENTS RETURNED TO ME EARLIER. SAID "PATTY" HAD INADVERTENTLY NOT INCLUDED THEM WITH DOCUMENTS I PROVIDED HIM AND HAD BEEN SUBSEQUENTLY RETURNED TO ME!

**MONDAY, 7/22/02,** INFORMED ME A SUBONEA AND ATTACHMENT FOR DOC PRODUCTION FROM CARGILL TO DEPOSE ME WAS FORTHCOMING. SAID I SHOULD TOSS RECORDS OR DOCUMENTS BEFORE. CALL HIS OFFICE, ETC. WITH QUESTIONS OR FOR ASSISTANCE

**August 8th/9th or 15th/16th,** J. Kevin Massee called and asked if I wanted to play golf—Ridges—the coming Sunday with he, brother-in-law, and Dane Kern. Said he was forced to retire and was going to challenge it, but Cargill gave him such a good deal he didn't! Talked about daughter being MN teen Queen and other daughter attending AZ State. Said Bonnie and B.J. had been let-go, but B.J. had been hired back through temp pool!! Said Cheryl had been reduced in stature, but retained small parts of Dry Milling—Malt, Corn, Etc. Nancy's a "Ball-Buster". Just wants a bunch of yes people surrounding her!

**Saturday following J. Kevin's call,** Scott Van Orsdale & son played Wirth while I was working. Scott approached me before going to 1st tee and I saw him again at the 7th tee where he introduced me to a playing partner as "my friend from Cargill Bill Douglas!!!!!!!!!

**Friday, 8/30, Larry Schaefer** and friend were playing Wirth and I ran into them on the 17th Tee, at approximately 2:00-2:30 p.m., on the Beverage Cart. Larry was hesitant but came over and extended his hand and I shook it! Asked had Doug—from his office—and I talked? I said we had been missing each other; I asked him when I could expect the subpoena he mentioned in July and he said that his office was handling the whole subpoena matter??!!!!!! Introduced me to his friend and said we would be talking—a major change in tone from the initial phone conversation in July!!!!!!!! Subsequently talked with Doug and agreed to meet with Larry 9/13 to rehearse for scheduled subpoena date, 9/16. Asked for $100 an hour for my time; said he would bounce off Larry and Larry said he was defending me????????????? Subsequently another phone conversation I was told that Larry had some personal conflicts with the 8/16 date and he would re-schedule. At present me thinks—no me knows—Larry is full of shit and playing cat & mouse because of concern for documents returned to me by his office!!!!!!!!!!

DEPOSITION EXHIBIT
Douglas 4
9/18/03

Contrary to Mathew E. Klein's assertion regarding my initial contact with Sprenger and Lang, I met with Larry Schafer, late January/early February 1998, to review my pension agreement with Cargill, Inc. The reason for the review was based on comments made to me by Cargill, Inc's Nancy Siska, V.P. Human Resources and Diane Miller, Pension Benefits Administrator. Both stated at different times that my "sweetened" pension benefit level was modest (minimal) in comparison to others similarly situated who had been "early-retired". My question to Larry Schaefer was it possible to open the agreement and re-negotiate the "sweetener" in light of Siska's and Miller's comments. His opinion was the deal was done and he kept a copy of the agreement.

The next meeting I had with Sprenger & Lang, occurred mid 2000, and was imitated by them in response to issues raised by a terminated Cargill employee who contacted them regarding unlawful discriminatory treatment of Blacks at Cargill. It was Larry Schaefer who solicited my knowledge/experience regarding systemic discrimination at Cargill and not I who retained Sprenger & Lang for advice regarding "systemic discrimination" at Cargill and a consulting opportunity!

Any involvement I've had in the investigation and or preparation of this case was based on the advice and opinion of Larry Schaefer that it was not in conflict with the terms and conditions of the Agreement between Cargill and I, which he read, reviewed and retained. Further he referenced a "whistle-blower" theory

198/Start 7 year EE

Aubrey Borders – Abercrombie Chemical Co

Barton Range

Farley Chem E

Christian Bros

Commercial Mgr.

was in Limber for year

worked for Aubrey

Commercial Mgr.

Barb Shelton = customer Service Mgr.

Trans / customer Service

Popularity contest

Orlski Don Dunkin

---

Christina had child w/ problems promise work from home after baby released

white female able to work from home

# DEPOSITION CHEAT SHEET

**1969/'70'S**

DWAYNE MERRIWEATHER MARY THOMAS LETTER TO
SAM GRANT'S DEMISE AND DISRESPECT

**1997**

KNEE SURGERY, NOVEMBER
NANCY'S MEMO TO BASSY "BASTIANS", DECEMBER MEMO RE JOHN KEVIN

**1998**

CARGILL

PO Box 5724/Lake Office
Minneapolis, MN 55440-5724
952/742-7924 Fax: 6027

*Warren R. Staley*
*Chairman of the Board*
*and Chief Executive Officer*

February 25, 2002

**YOU ARE THE FOUNDATION OF CARGILL**

For 137 years, Cargill has been leading and growing as an agriculture company. During those years, Cargill people built a solid reputation for reliability and integrity. The company succeeded at making connections throughout the world between producers and users of commodities. In the most recent decades, together we built a solid record of worker safety.

About two and one-half years ago, we took another step on that journey. We decided to become, by 2010, the recognized global leader in providing our agricultural and food customers with solutions that enable them to succeed in their businesses. Becoming a "customer solutions" company requires some transforming changes in Cargill. We have referred to this new effort as our "Strategic Intent." While we are undertaking these important changes, we are also keeping and bringing forward the important foundation that you, as Cargill people before us, have built.

We are now at a point that Strategic Intent is being realized in the everyday life of Cargill. Cargill's Business Units are increasingly engaged with their customers in exploring their unmet needs, discovering new ways to meet them and creating unique and valued solutions that we can deliver reliably.

We have embodied these changes in three ways that we announced to our current employees this past week. This communication is to inform you, as a Cargill retiree, about the new changes as well. Your contributions to Cargill during your career with the company provided the foundation on which we stand today. (This communication may not reach every retiree; if you know of a fellow retiree who has not received this, please pass it along.)

The three changes are: a new corporate vision, a shared mindset around leadership and a new logo — we refer to them collectively as "the Cargill brand."

## THE NEW VISION

Just as your work inspired us, our new corporate vision will, we hope, inspire the current and coming generations. The new corporate vision has four elements:

- Our purpose is to be the global leader in nourishing people.

  We will harness our knowledge to provide goods and services necessary for life, health and growth. We can do this in ways as simple as making food more affordable or as complex as providing a comprehensive, integrated solution to a modern business problem.

- Our mission is to create distinctive value.

  We will succeed only by creating value. That value is distinctive only if: customers recognize and will pay for it; it stems from our own knowledge and insights and our offerings are differentiated from those of our competitors.

- Our approach is to be trustworthy, creative and enterprising.

  Being trustworthy infuses integrity into all of the relationships we build. Being creative translates our broad knowledge and deep insights into novel, workable solutions. Being enterprising brings to our forward-looking approach the passion and bias for action that gets things done.

- Our performance measures are: engaged employees; satisfied customers; enriched communities and profitable growth.

  Performance measures identify the stakeholders whose interests we are committed to serve. They also underscore our commitment to measure our progress against clear benchmarks.

**THE LEADERSHIP MINDSET**

The people of Cargill continue to come with diverse attitudes, beliefs, experiences and cultures. As we always have, we respect and value that diversity for the richness and creativity it brings. We need a shared leadership mindset to channel that energy into creating distinctive value, one customer at a time. It rests on high performance, innovative behavior and a focus on customers.

- With aggressive, concrete targets, we will raise expectations and clearly measure results. We are practicing prompt, candid and clear feedback and basing advancement on merit. Cargill will attract and retain people who collaborate effectively, producing noticeably better product and service offerings, and yielding noticeably better results.

- Innovation reflects an unremitting drive for solutions, expressed not just in dramatic breakthroughs but also in the incremental insights.

- Creating distinctive customer solutions is about much more than products and services. Focusing on customers is about building relationships that open up opportunities to explore, discover, create and deliver. Trust is its linchpin.

**THE NEW LOGO**

Cargill™

Cargill's vision and its shared leadership mindset are both symbolized by a new corporate logo. The logo establishes the Cargill name as the "trust brand" across our businesses. It carries forward our long heritage of integrity and trustworthiness by bringing forward part of the logo that has been the symbol for Cargill since 1966. At the same time, it conveys the more approachable, dynamic, forward-moving company we are becoming.

Cargill is able to make this move into the 21st Century because of the foundation you laid for us. Your commitment and efforts established Cargill as a company that can be trusted, that will deliver value to the global agri-food system.

We thank you.

Warren

Warren R. Staley
Chairman of the Board and
Chief Executive Officer

DORSEY & WHITNEY LLP

MINNEAPOLIS
SEATTLE
NEW YORK
WASHINGTON, D.C.
DENVER
LONDON
SOUTHERN CALIFORNIA
DES MOINES
SAN FRANCISCO
ANCHORAGE

SUITE 1500
50 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402-1498
TELEPHONE: (612) 340-2600
FAX: (612) 340-2868
www.dorseylaw.com

MICHAEL IWAN
(612) 340-5613
FAX (612) 340-2777
iwan.michael@dorseylaw.com

TOKYO
PALO ALTO
FARGO
SALT LAKE CITY
GREAT FALLS
HONG KONG
MISSOULA
TORONTO
SHANGHAI
VANCOUVER

July 11, 2003

**VIA HAND DELIVERY**

R. Bill Douglas
1343 Washburn Avenue N.
Minneapolis, MN 55411

Re: Arnold, et al. v. Cargill, Inc.
Civil File No. 01-CV-2086

Dear Mr. Douglas:

It is our understanding that you are not currently represented by counsel. Accordingly, please find enclosed and personally served on you in the above-referenced matter an Amended Notice of Taking Deposition of R. Bill Douglas and a Subpoena *Duces Tecum* commanding you to:

1. produce documents identified in the subpoena's attachment on or before August 18, 2003, to the extent such documents have not already been produced by you;

2. testify in deposition on September 17 and 18, 2003

Witness fees were previously provided to you with the subpoena served upon you in March 2003. We will also reimburse you for reasonable costs of copying any documents you produce. We can arrange for the documents to be picked up, duplicated, and returned to you, if that is the most convenient method for you.

Please contact me if you would like to discuss this.

Sincerely,

Michael Iwan

Enclosure

## DOCUMENTS (E-MAILS) FOR WHICH PRIVLEDGE IS CLAIMED

1.

a. E-mail
b. September 18, 2000
c. Bill Douglas
d. David Schulman, Larry Schaefer
e. Names of potential plaintiffs
f. Bill Douglas
g. Privileged & Confidential

2.

a. E-mail
b. October 10, 2000
c. Bill Douglas
d. Larry Schaefer, David Schulman, Duane Reed
e. Names of potential plaintiffs and meeting date of same
f. Bill Douglas
g. Privileged & Confidential

3.

a. E-mail
b. October 11, 2000
c. Larry Schaefer
d. Bill Douglas, David Schulman, Duane Reed
e. Potential meeting dates/place for clients/witnesses
f. Bill Douglas
g. Privileged & Confidential

4.

a. E-mail
b. October 11, 2000
c. Duane Reed
d. Bill Douglas, Larry Schaefer, David Schulman
e. Established meeting date for clients/witnesses
f. Bill Douglas
g. Privileged & Confidential

5

a. E-mail
b. October 12, 2000
c. Larry Schaefer
d. Bill Douglas, David Schulman, Duane Reed
e. Confirmation of meeting place and time
f. Bill Douglas
g. Privileged & Confidential

DEPOSITION EXHIBIT
Douglas 5
9/18/03

6.

a. E-mail
b. October 17, 2000
c. Bill Douglas
d. Larry Schaefer, David Schulman, Duane Reed
e. My availability for meeting and who else should be included
f. Bill Douglas
g. Privileged & Confidential

7.

a. E-mail
b. October 31, 2000
c. Bill Douglas
d. Larry Schaefer, David Schulman, Duane Reed
e. Names of potential plaintiffs
f. Bill Douglas
g. Privileged & Confidential

8.

a. E-mail
b. November 02, 2000
c. Bill Douglas
d. Larry Schaefer, David Schulman, Duane Reed
e. Names of potential plaintiffs
f. Bill Douglas
g. Privileged & Confidential

9.

a. E-mail
b. December 15, 2000
c. Bill Douglas
d. Larry Schaefer, Duane Reed
e. Potential plaintiff
f. Bill Douglas
g. Privileged & Confidential

10.

a. E-mail
b. February 6, 2001
c. Bill Douglas
d. Sara Madsen, Duane Reed
e. Description of HR Policies, Programs, Processes, Procedures and responsibilities
f. Bill Douglas
g. Privileged & Confidential

11..

a. E-mail
b. April 1, 2001
c. Bill Douglas
d. Larry Schaefer
e. My comments/inputs to the draft Complaint
f. Bill Douglas
g. Privileged & Confidential

12..

a. E-mail
b. April 20, 2001
c. Larry Schaefer
d. Bill Douglas
e. Meeting date
f. Bill Douglas
g. Privileged & Confidential

13.

a. E-mail
b. October 23, 2001
c. Bill Douglas
d. Larry Schaefer, Duane Reed
e. Cargill Products, Buz Units and draft press release
f. Bill Douglas
g. Privileged & Confidential

14.

a. E-mail
b. November 1, 2001
c. Bill Douglas
d. Larry Schaefer
e. Draft Press release inputs
f. Bill Douglas
g. Privileged & Confidential

15..

a. E-mail
b. November 3, 2001
c. Bill Douglas
d. Larry Schaefer
e. Draft press release inputs
f. Bill Douglas
g. Privileged & Confidential

**Bill Douglas**

**From:** "Bill Douglas" <billd@goldengate.net>
**To:** "David" <dschulman@sprengerlang.com>; "Larry" <lschaefer@sprengerlang.com>
**Cc:** "WWW" <wwide48@aol.com>
**Sent:** Monday, September 18, 2000 1:00 PM
**Subject:** Privleged & Confidential

Larry, David
Larry, I returned your call of Friday and think I know the reason for same. Ron Wright has taken a 4 month religious sabbatical in Chicago; I'll track a # for him and get back to you.

Notwithstanding the above, here are two additional individuals I've talked to that you can contact referencing my name.

<u>Rod Arnold--(763) 420-3717</u>
Rod is currently employed in the Wet Corn Milling Division in Mpls in a transportation position. He informed me mgmnt told him his job would be abolished in the near future and would have to take a lower paying job or begin looking for other assignments inside or outside Cargill. Ron came to Cargill via the acquisition of Purina approximately 15 years ago. Recently his former boss Dale Cox moved into a corporate transportation assignment and a Caucasian male less experienced than Rod replaced him. Rod also has names of other transportation employees (Caucasian women) who have had to assume lesser paying jobs or be let go.

**Luis Salom--(305) 868-8125**
Luis is a Cuban male who negotiated a separation package in the last 6 weeks. He worked as a Corn Sweetener Sales Mgr. in the Corn Milling Div. responsible for sales in Mexico, Central/Latin/American and other Caribbean countries. Luis has approx. 13 years service, having started working at the Miami Sweetener terminal as a loader/material handler and working his way up to his present job. Luis has knowledge of other Hispanic ees who he feels have suffered or about to suffer treatment in their terms and conditions of employment less favorable than their non-Latin contemparies.

If you have question call me at (612) 588-0462

Regards

Bill

RBD 100300

**Bill Douglas**

From: "Bill Douglas" <billd@goldengate.net>
To: "Larry" <lschaefer@sprengerlang.com>; "David" <dshulman@sprengerlang.com>; <WWide48@aol.com>
Sent: Tuesday, October 10, 2000 11:07 PM
Subject: Re: Fw: Privledged & Confidential

WWW,

I agree with the get-together for reassurance and moral support; Della called me this evening just to kinda talk, but I think she was a little anxious and wanted some reassurance; she also mentioned that Cheryl had some angst and I told her I would call Cheryl before the end of the week. As this moves forward, especially for those still employed at Cargill, regularly scheduled get-togethers are probably in order at least until the litigation is filed!! I am getting leads on some more prospects; I guess the word is out, because more people are returning my calls and those I those I talk to seem to be more receptive to entraining the notion to consider putting their name on the line that is dotted. I also concur with your recap request; it certainly is more reasurring to those involved if you and I appear to know what's going on when contacted!!

Larry & David,

I suggest that you share as much as possible about the makeup of the named plaintiff group with prospective named plaintiffs, to the extent you an without breaching confidences and compromising ethical practices; being part of a group that takes on Cargill as opposed to an individual is a lot easier and more conducive to participation--in my humble opinion!!!! Also, some instruction or mention of how to deal with the threat of retaliation from Cargill for those still employed there would be helpful as this progresses. I get the sense that the waiting is wearing on some nerves!!

----- Original Message -----
From: <WWide48@aol.com>
To: <billd@goldengate.net>; <dshulman@sprengerlang.com>; <lschaefer@sprengerlang.com>
Sent: Tuesday, October 10, 2000 8:41 AM
Subject: Re: Fw: Privledged & Confidential

> Charles was on my list to contact along with Troy Hatcher so you I will
> forward Troy's number this week..
>
> Bill I forwarded Bev Franklin and Jackie Williams name to David last week
and
> he really likes Bev who is coming in for further interview.
>
> David could you recap who you have talked with thus far and what the
ıtus.
> It would be helpful to have this info as these people will be in contact

RBD 100301

with
> us and would like to appear to be in the loop.
> David (Larry):
> I would suggest after talking with Keith, Charles, Troy and Bev and they
> appear to be willing to go forward that we have a group session similar to
> the session I had with Della, Toni, Sean and Kim. The purpose to reassure
> what the process is, and reconfirm the confidenitally of this case.
> Sometimes it helps to get total buy in before retainers are sent out.
>

**Bill Douglas**

From: "Larry Schaefer" <LSchaefer@sprengerlang.com>
To: "'Bill Douglas'" <billd@goldengate.net>; "Larry Schaefer" <LSchaefer@sprengerlang.com>; "David Shulman" <DShulman@sprengerlang.com>; <WWide48@aol.com>
Sent: Wednesday, October 11, 2000 7:58 AM
Subject: RE: Fw: Privledged & Confidential

I think it makes sense to set up a meeting soon, and invite all clients and potential clients/witnesses. I suggest either an evening next week, or Saturday the 21st. We could do it here at S&L. Let me know what you think.

-----Original Message-----
From: Bill Douglas [mailto:billd@goldengate.net]
Sent: Tuesday, October 10, 2000 11:08 PM
To: Larry; David; WWide48@aol.com
Subject: Re: Fw: Privledged & Confidential

WWW,

I agree with the get-together for reassurance and moral support; Della called me this evening just to kinda talk, but I think she was a little anxious and wanted some reassurance; she also mentioned that Cheryl had some angst and I told her I would call Cheryl before the end of the week. As this moves forward, especially for those still employed at Cargill, gularly scheduled get-togethers are probably in order at least until the ..tigation is filed!! I am getting leads on some more prospects; I guess the word is out, because more people are returning my calls and those I those I talk to seem to be more receptive to entraining the notion to consider putting their name on the line that is dotted. I also concur with your recap request; it certainly is more reasurring to those involved if you and I appear to know what's going on when contacted!!

Larry & David,

I suggest that you share as much as possible about the makeup of the named plaintiff group with prospective named plaintiffs, to the extent you can without breaching confidences and compromising ethical practices; being part of a group that takes on Cargill as opposed to an individual is a lot easier and more conducive to participation--in my humble opinion!!!! Also, some instruction or mention of how to deal with the threat of retaliation from Cargill for those still employed there would be helpful as this progresses. I get the sense that the waiting is wearing on some nerves!!

----- Original Message -----
From: <WWide48@aol.com>
To: <billd@goldengate.net>; <dshulman@sprengerlang.com>; <lschaefer@sprengerlang.com>
Sent: Tuesday, October 10, 2000 8:41 AM
ject: Re: Fw: Privledged & Confidential

RBD 100303

> Charles was on my list to contact along with Troy Hatcher so you I will
> forward Troy's number this week..
>
> Bill I forwarded Bev Franklin and Jackie Williams name to David last week
and
> he really likes Bev who is coming in for further interview.
>
> David could you recap who you have talked with thus far and what the
status.
> It would be helpful to have this info as these people will be in contact
with
> us and would like to appear to be in the loop.
> David (Larry):
> I would suggest after talking with Keith, Charles, Troy and Bev and they
> appear to be willing to go forward that we have a group session similar to
> the session I had with Della, Toni, Sean and Kim. The purpose to reassure
> what the process is, and reconfirm the confidenitally of this case.
> Sometimes it helps to get total buy in before retainers are sent out.
>

NOTICE OF CONFIDENTIALITY
THE MESSAGE CONTAINED IN THIS E-MAIL TRANSMISSION MAY CONTAIN ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION AND EXEMPT FROM DISCLOSURE UNDER
APPLICABLE LAW.
The information in this communication is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies.
Email: mailError@sprengerlang.com
Minneapolis Phone:(612) 871-8910
DC Phone:(202) 265-8010
Thank you.

**Bill Douglas**

**From:** "Larry Schaefer" <LSchaefer@sprengerlang.com>
**To:** <WWide48@aol.com>; <billd@goldengate.net>; "Larry Schaefer" <LSchaefer@sprengerlang.com>; "David Shulman" <DShulman@sprengerlang.com>
**Sent:** Thursday, October 12, 2000 8:12 AM
**Subject:** RE: Fw: Privledged & Confidential

Let's do it here at 10 am. The parking shouldn't be too bad.

-----Original Message-----
From: WWide48@aol.com [mailto:WWide48@aol.com]
Sent: Wednesday, October 11, 2000 6:20 PM
To: billd@goldengate.net; lschaefer@sprengerlang.com; dshulman@sprengerlang.com
Subject: Re: Fw: Privledged & Confidential

Larry per your email lets shoot for Sat. Oct 21 9 or 10 a.m. for the group meeting.
Your place is ok but I can see parking a limitation. Any other suggestions

or places to meet?
Who should contact these people on the meeting? I think it would be worth while for out - of - town people to have a conference call access.
Please advise Larry...

NOTICE OF CONFIDENTIALITY
THE MESSAGE CONTAINED IN THIS E-MAIL TRANSMISSION MAY CONTAIN ATTORNEY PRIVILEGED AND CONFIDENTIAL INFORMATION AND EXEMPT FROM DISCLOSURE UNDER
APPLICABLE LAW.
The information in this communication is intended solely for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, any dissemination, distribution, copying or other use of the information contained in this communication is strictly prohibited. If you have received this communication in error, please first notify the sender immediately and then delete this communication from all data storage devices and destroy all hard copies.
Email: mailError@sprengerlang.com
Minneapolis Phone:(612) 871-8910
DC Phone:(202) 265-8010
Thank you.

## Bill Douglas

**From:** "Bill Douglas" <billd@goldengate.net>
**To:** <WWide48@aol.com>; "Larry Schaefer" <LSchaefer@sprengerlang.com>; "David Shulman" <DShulman@sprengerlang.com>
**Sent:** Tuesday, October 17, 2000 12:03 PM
**Subject:** Re: Fw: Privledged & Confidential

Gentlemen,
I was contacted by Eleanor, Sunday p.m. re. the meeting scheduled for Saturday, 3:00-5:00 p.m., 10/21/00. There's a 10% probability I will be able to attend a p.m. mtg. Eleanor mentioned there would be call-in access for those unable to attend the mtg; which category of individuals--potential named plaintiffs, witnesses, etc.-- should be considered as call-in participants; and how and through whom should call-ins be coordinated--I presume anyone participating in the meeting would have had to have been pre-screened by some one at S&L?

I continue in the dark re those who make-up the core group and who should contact whom re call-in participants. I have contacted several individuals since my last e-mail communication and many/most are uninterested in participating as named plaintiffs or witnesses while others still need to get back to me. Fear of reprisal is strong even among those no longer employed by Cargill!!! I plan to clean-up any outstanding respondents and will forward any that indicate interest in further considering participation n this exercise.

----- Original Message -----
From: Larry Schaefer <LSchaefer@sprengerlang.com>
To: <WWide48@aol.com>; <billd@goldengate.net>; Larry Schaefer <LSchaefer@sprengerlang.com>; David Shulman <DShulman@sprengerlang.com>
Sent: Thursday, October 12, 2000 8:12 AM
Subject: RE: Fw: Privledged & Confidential

> Let's do it here at 10 am. The parking shouldn't be too bad.
>
> -----Original Message-----
> From: WWide48@aol.com [mailto:WWide48@aol.com]
> Sent: Wednesday, October 11, 2000 6:20 PM
> To: billd@goldengate.net; lschaefer@sprengerlang.com;
> dshulman@sprengerlang.com
> Subject: Re: Fw: Privledged & Confidential
>
>
> Larry per your email lets shoot for Sat. Oct 21 9 or 10 a.m. for the group
> meeting.
> Your place is ok but I can see parking a limitation. Any other
> suggestions
>

RBD 100306

> or places to meet?
> Who should contact these people on the meeting? I think it would be worth
> while for out - of - town people to have a conference call access.
> Please advise Larry...
>
>
> NOTICE OF CONFIDENTIALITY
> THE MESSAGE CONTAINED IN THIS E-MAIL TRANSMISSION MAY CONTAIN ATTORNEY
> PRIVILEGED AND CONFIDENTIAL INFORMATION AND EXEMPT FROM DISCLOSURE
UNDER
> APPLICABLE LAW.
> The information in this communication is intended solely for the use of
the
> individual or entity named above. If the reader of this message is not
the
> intended recipient, or the employee or agent responsible to deliver it to
> the intended recipient, any dissemination, distribution, copying or other
> use of the information contained in this communication is strictly
> prohibited. If you have received this communication in error, please first
> notify the sender immediately and then delete this communication from all
> data storage devices and destroy all hard copies.
> Email: mailError@sprengerlang.com
> Minneapolis Phone:(612) 871-8910
> DC Phone:(202) 265-8010
> Thank you.
>

**Bill Douglas**

**From:** "Bill Douglas" <billd@goldengate.net>
**To:** "David Shulman" <DShulman@sprengerlang.com>; "Larry Schaefer" <LSchaefer@sprengerlang.com>
**Cc:** <WWide48@aol.com>
**Sent:** Tuesday, October 31, 2000 11:05 AM
**Subject:** Fw: PRIVLEDGED & CONFIDENTIAL

----- Original Message -----
**From:** Bill Douglas
**To:** David Shulman ; Larry Schaefer
**Cc:** WWide48@aol.com
**Sent:** Tuesday, October 31, 2000 10:02 AM
**Subject:** PRIVLEDGED & CONFIDENTIAL

With the exception of James Norton, following are names and #s of individuals I've contacted who have indicated they would be willing to share their Cargill employment experience with you, but who have reservations as a named plaintiff.

Gregory Milsap--(517) 631-9101
Greg left Cargill approximately 4 years ago under construct termination circumstances. He was hired under a program Cargill began 6 years ago to bring in MBAs; the program consisted of having the "whiz kids" spend time in a company incubator for talented people designed to accelerate their knowledge and understanding of Cargill and its various businesses. Following 2 to 3 years of special assignments and consulting experiences, they were to be assigned to positions with P&L responsibility. Over this period a dozen or more minority MBAs were hired, 8 to 10 of whom were black. Greg was hired under a variant of the program involved with production or operations because in addition to his U of Michigan MBA, he held an engineering degree. Following incubator and special assignment experiences, he was assigned to Corn Milling's Blair NE corn plant start-up. Despite his "distinguished" credentials and experience he ended up as a shift supervisor, reporting to a production supervisor promoted up from the ranks!!! This situation so demotivated, demoralized and disheartened him he failed to perform his shift supervisor responsibilities at an acceptable level and consequently faced termination or resignation; he chose resignation after a visit to Hdgtrs failed to turn up any alternative opportunities in other Cargill businesses commensurate with, or beneath, his background.

James Bady--(612) 884-3848
Another Corn Milling whiz kid (engr/MBA) casualty, remains employed at Cargill, but in a staff capacity, following unsuccessfully applying for several assignments, including one in Memphis Corn Milling where he previously spent 18 months in his initial assignment!

James Norton--(262) 598-9561
The second whiz kid casualty of Corn Milling, resigned from a position in the New Business Development area under circumstances similar to those of Greg Milsap's. **Hold off contacting him until I have his agreement to talk to you!**

John Graves--(209) 830-7336 Following 3 years in Minneapolis, John (engr./MBA) was assigned to Cargill's Newark California Salt operations as a Production Supervisor, positions normally filled by undergraduate engineers or promotions from the hrly workforce! He subsequently resigned when work ran out to take a more challenging and rewarding job.

Other black whiz kids that have left but for whom I don't currently have telephone numbers are: Tabula Bosh, Chaise Garrus, and Nii Auaye; those still employed are: Nii-Akwei Acquaye, Charles Mister, Calvin Allen and Jennifer Wagner.

RBD 100308

8/18/03

To put Greg's and other black whiz kids' experience in perspective, during the same time frame, their "majority" contemporaries (they know their names and assignments) recruited into Cargill's "Whiz Kid Program" faired considerably better. They were assigned P&L responsibilities in existing Cargill businesses and or assigned disproportionately to head-up new business ventures or operations Cargill was undertaking. To my knowledge, from the inception of the Special "Whiz Kid Program" to the present, not 1 black or minority whiz kid has been offered or assigned higher responsibilities commensurate with their majority contemporaries!!!!

When calling those that have agreed to talk with you, mention my name and ask them of names of other similarly situated that I have omitted or am unaware.

**Bill Douglas**

**From:** "Bill Douglas" <billd@goldengate.net>
**To:** "David Shulman" <DShulman@sprengerlang.com>; "Larry Schaefer" <LSchaefer@sprengerlang.com>
**Cc:** <WWide48@aol.com>
**Sent:** Thursday, November 02, 2000 4:01 AM
**Subject:** Privleged & Confidential

**Tausha L. Tate--(662) 665-0715; {(662) 284-3507, work}**

Tausha is a Chemical Engr. who worked as a Production Mgr. for the Oilseeds Division, assigned to the Memphis Corn Plant.

She left Cargill April 4, 2000 following 18 months of what she considers to have been "pure hell'! She is anxious and willing to share her story and can be contacted at work, if necessary. My sense is she will sign on the dotted line!

**Valerie Mason--(410) 225-2773**

Valerie was employed by the Salt Division as a salesperson on the east coast. She and Tausha are good friends and if Tausha signs up, Valerie would be more inclined to join as well. Valerie is on the road a lot, its best to catch her early in the a.m. or on the weekends.

**Bernard (Bernie) Baker--(757) 461-5334**

Bernie was employed as a regional accounting mgr. when he voluntarily left Cargill after 20+ years in the spring of 1998. He currently resides in the Norfolk Va. area and is open to talking about his Cargill experience, but a long shot to join the fray.

**Sandy Harris--( 612) 937-8083**

Sandy was employed in Cargill's OED Dept. for about 5 years when she voluntarily terminated and went to work for General Mills. Sandy spent some time working on a Diversity Design for Cargill, but was discouraged by the lack of sincere interest. She is not interested in joining the fray, but is willing to share her personal frustrations and work experiences while at Cargill. She is best contacted after 7:00 p.m..

I am beginning to exhaust the list of potentials; James Norton, whose name and status was reported earlier, appears to have no interest in participating in the party, despite the patently unfair way he was treated. Calvin Allen. one of the few whiz kids still employed by Cargill, is looking for a "golden parachute" after approximately 4+ years following being told he no longer could work out of Philadelphia and was on his own to find alternative employment within Cargill! It increasingly appears that every one wants to go to heaven but no one wants to pray or die!!! Be advised the perceived threat of retaliation looms large in the hearts and minds of many!!!

## Bill Douglas

**From:** "Bill Douglas" <billd@goldengate.net>
**To:** "Larry Schaefer" <LSchaefer@sprengerlang.com>
**Cc:** <WWide48@aol.com>
**Sent:** Friday, December 15, 2000 1:15 PM
**Subject:** Privledged & Confidential

Catherine Page--(703) 550-1491(home); (703) 989-8644(cell)

Catherine worked for the Salt Division and Cargill Steel & Wire in an acctng function, before leaving in 1997 with 13 years of service. While not expressing any feelings of having been subjected to overt employment discrimination, she did express a sense she was possibly not fairly compensated when I broached the pay issue with her. She is willing to talk with some one from your office about her experiences and, I think, a good candidate to join the "party". She wants to be contacted initially on her cell phone
to schedule a time to reach her at home. She is significant because of her employment in Cargill Steel & Wire which is a part of North Star Steel, a subsidiary of Cargill. If she joins the "party" it would bring North Star into the action, which was not the case in Foster.

**Bill Douglas**

**From:** "Bill Douglas" <billd@goldengate.net>
**To:** "Sara" <smadsen@sprengerlang.com>
**Cc:** <WWide48@aol.com>
**Sent:** Tuesday, February 06, 2001 4:07 PM
**Subject:** Privledged & Confidential--Cargill

Sara,

In response to your 2/2/01 letter, I have provided the documents I have in my possession I deem relevant to the Cargill exercise. A good portion of them are "dated" to my retirement of 1/1/98 with the remainder being e-mail documents received from current ees who are aware of the exercise underway. I have made ongoing inquiries of current Cargill ees regarding CLDP, KEIS, as well as other programs/processes underway that may prove helpful in moving this effort forward. In my opinion, we've reached a point of diminishing return regarding CLDP and KEIS. The development and administration of both these programs/processes was conducted within a small circle of higher level Cargill HR and BU management people. While data generation--recommendations for CLDP and rating ees using KEIS--was conducted and assembled by a broader audience of Cargill people, the final disposition of those results in terms of selecting people for further, advanced development for higher level positions--succession planning" was the domain of a small group. As of my tenure they were: Everett MacLennan, Corporate Sr. V.P. for Worldwide Human Resources; Kent Norby, Succession Planning and Executive Development Manager; and Nancy Siska, Worldwide Selection and Development Manager. Everett reported to David Raisbeck, Director; Corporate Executive Vice President and President, Trading Sector All of them were under the rubric of the Corporate Center which is the top governance tier for Cargill worldwide. The next level down is North America along with other geographies, all of which report into the Coporate Center

**KEIS I & II**

Bi-annually each BU head presented their KEIS II results to a subcommittee of the Corporate Center Human [Re]source Committee, which Kent is/was Secretary. These presentations involved a written summary of the top rated ees in the BU and a review of the development plans/actions for them over the next 12 to 36 months. The intent of this exercise, which was conducted worldwide, was to establish a process to prepare ees designated as high potential to move into "key jobs" worldwide in Cargill I stood in for Larry Dewitt, Dry Milling Group, one time when he alleged he had a travel conflict!! The process was pretty new so it was relatively informal-- a lot of anecdotal info, a "beauty contest". The subcommittee members received a copy of a list of the KEIS I "top" rated ees in the Dry Milling Group, usually direct reports to Larry or his direct reports, reports. The written summaries included a current rating which was based on management competence and readiness to move to a level 1, 2, or more higher than their present job. In my recollection there were no people of color and maybe 1 woman, Jenny Verner, who was the step-daughter of a past COO of Cargill--Pete McVay!! I was asked a lot questions about the individual ees and their performance which for the most part I was unable to answer in any detail. Keep in mind BU heads did not like this exercise (principal reason Larry had me stand in for him) because it "exposed" their "key" performers for jobs outside of their current BUs, which meant they would have to be replaced and it was viewed as usurping their prerogatives. There was saying that: "KEIS II people belonged to the corporation" not the individual BUs as was the case for KEIS II ees. Kent Norby acted as the meeting moderator and added his commentary regardless of its accuracy, which had considerable influence good or bad in many cases!!!!! KEIS II ratings were reviewed by each BU mgnt group an subsequent decisions followed from their deliberations. In my opinion, KEIS I & II was an attempt to formalize a way to consistently identify, rate and develop Cargill ees worldwide; while it had some impact in terms of generating discussions at the highest level of the corporation, it didn't replace the old and tried and true way Cargill has historically used in selecting people for key jobs!!

**CLDP**

CLDP is the brain child of Nancy Siska, who used team external; team building programs/process to develop "key" people in Financial Markets, when she was their HR Mgr. FMD was a relatively new BU in Cargill and hired the overwhelming majority of its workforce for the experience labor market. Unlike traditional BUs, the ees had [no]t worked together over the years and FMD felt they needed to do something to create a collegiality among [the]ir key ees. Hence, the CLDP concept was born. Initially, it was confined to just FMD, but because of their business success it was thought to have provided them with a competitive advantage, and subsequently was

formalized and made a part of Cargill's overall Executive Development program. It also was a salve to Cargill ees outside of FMD who were concerned with their ability to move up as Cargill started hiring increasing numbers of MBAs right out of school into the "Wiz Kid" Program. The "Wiz Kid" Program was an attempt by Cargill to hire more experienced and educated individuals to fill key jobs that had in the past been filled by long-term Cargill "home grown" ees. As the businesses Cargill was moving into became more diverse from the traditional core set of businesses, it was determined a more widely experienced type of person was needed to fill these increasingly more challenging jobs. So in part, CLDP was a means by which "tenured" Cargill ees could become (pacified) "credentialized" and compete with the "new breed" of talent being brought in from the outside. Interestingly, out of approximately ten "Wiz Kids" of color, not one was ever assigned a major P&L responsibility as were several of their Caucasian cohorts!!!

**Executive Development**

Before KEIS I&II, CLDP and other now more formalized executive development corporate programs existed, each BU pretty much did their own form of executive development. One of the leaders of this approach was North American Corn Milling (NACM). Ernie Micek, President, NACM had himself in the early/mid 80s availed himself of Executive Education at tier one business schools. Given the different nature of the corn wet milling business and its closer proximity to the end user customer, he attended executive education programs at leading universities with top business depts.in an attempt to augment his technical background--Chem. Egr.--with business. Again, NACM was Cargill's most profitable BU from the mid 80s-90s, and Micek sent all his top people to the U of MN two executive business programs; they were called "mini MBA" programs for working executives. They general ran over the course of 3, 6, or 9 months, depending on the level of program and participants from across the fortune 500 companies would spend 3 to 4 days on one weekend each month at a retreat site.

**<u>Strategic Initiatives</u>**

Starting in the mid 80s Cargill was preparing for Whitney McMillan's retirement and felt that the corporation was in need of a strategy to keep up with its growing business diversity and global reach, hence a process of strategic planning was spawned across the company that continues today. McKinney was the first outside consultants to come in and appraise Cargill's corporate wide organization and structure, which led to the development of an internal strategic Business unit that worked with individual BUs to align their organizations for future growth and competiveness. This spurned yet additional strategic initiatives at the corporate and BU level using internal as well as an assortment of external firms and "gurus"!!! From all these winds of change Kent Norby and later Nancy Siska started pulling together all the various forms of ee development within the individual BUs--executive and otherwise--to form what became their respective jobs. An integral part of this process included the development of the Performance Management Process (PMP) which was spearheaded by Kent with outside consultants. So, KEIS, CLDP, SBU, executive development and a replacement (PMP) for the old MBO performance appraisal system were put in place. In the process, Kent carved out a niche for evaluating performance and potential while Nancy focused on the actual development pieces and the process of selecting individuals for key jobs. There was ongoing tensions between the two that I have to assume continue today. Kent is now VP of Human Resources for North America, reporting to Nancy who is now Corporate V.P. Worldwide Human Resources.

**Conclusion**

Excuse the lengthy treatise, but the point I want to make is this the background for performance appraisal and potential to go higher. Hop[efully, this will raise some questions you have that Duane or I can answer to help you better understand Cargill's workings. As far as written descriptions for some of these things--CLDP, KEIS, Executive development, etc.--they didn't exist to any great degree during my tenure and I don't think much has changed in that regard. I suggest you familiarize yourself with this epistle along with the documents I provided, especially the CLDP and 12/01/00 e-mail to Patty, note questions Larry and you have about anything unclear and schedule a final meeting(s) with Duane and me to answer questions and clarify or put in perspective what you have. I don't see much more coming forward that will add value beyond which you already have access.

p.s. I have two or three other people--2 possibly from Cargill--I'm working with that may need legal counsel or/and representation. Should I contact you or Larry regarding them? My last rerferral I directed to you because she felt more comfortable talking to a woman; the three I currently have are not as sensitive. Please advise

**Bill Douglas**

**From:** "Bill Douglas" <billd@goldengate.net>
**To:** "Larry Schaefer" <LSchaefer@sprengerlang.com>
**Sent:** Sunday, April 01, 2001 10:45 PM
**Attach:** Additional Specific Discriminatory Acts.doc
**Subject:** Privledged and Confidential

Larry,
Attached are some additional episodes to be added to the draft complaint. This past weekend I had a chance to go over the draft in great detail and have penciled-in several changes which I feel reflect more accurately the case your trying to make. Additionally, I exercised some literary license by changing words to impart what I feel to be a greater impact and, hopefully, elicit a response more favorable to you from Cargill.

I'll be calling you to go over the draft changes Monday, 4/2/01, between 10:00-10:15 a.m.. I'll try and get a copy of my mark-up to you before the call, if possible, but it will be a challenge! In any event, I'll touch base with you Monday a.m..

RBD 100315

**Additional Specific Discriminatory Acts & Practices**—Para 56, page 15

Yvonne Blaine, Workforce Diversity (WFD) Manager, along with Nicole Strait and Colleen Leahy, WFD Specialist, were told by Scott Van Orsdel, Manager-Compliance & Standards,
Worldwide Internal Audit Department, while acting as interim WFD supervisor, that any decisions regarding EEO policy and practices in Cargill would be made by a middle aged white males and not by minorities or women. Shortly thereafter all three women left Cargill.

Over the course of the five or six year period that Cargill's Special MBA recruiting Program brought in 12 black MBAs as part of its accelerated key mgnt development effort, not a one was ever assigned to head a key or major position with P&L responsibility while their white cohorts were readily assigned to such positions. Currently only 4 of the group remain, the others were either involuntarily terminated or left on their own.

Jim Hield (Whitney's nephew), Section Manager, Public Affairs Department, was promoted to Manager Cargill Marketing, without any relevant previous background or experience, while black MBA employees with relevant backgrounds and previous experience were not even asked of their interest or considered. Hield's previous Cargill background has been in community affairs.

Recruiting schedules at predominately black colleges and universities—FAMU, Southern, Morehouse, Alabama A&M, NCCU, NCA&T—were dramatically reduced or discontinued by corporate human resources to the extent that key black recruiters were discouraged to the point of refusing to continue their minority recruiting efforts on Cargill's behalf.

James Norton a black MBA was a member of and actively involved in the National Association of Black MBAs. He and other Cargill black MBAs were an energized group of college recruiters for Haymaker's MBA program; however, Norton was subsequently constructively terminated by North American Corn Milling for his zealous recruiting activism.