# DORSEY & WHITNEY LLP

EXHIBIT D

MINNEAPOLIS
SEATTLE
NEW YORK
WASHINGTON, D.C.
DENVER
SAN FRANCISCO
LONDON
DES MOINES
ANCHORAGE
SALT LAKE CITY
FARGO
SOUTHERN CALIFORNIA

SUITE 1500
50 SOUTH SIXTH STREET
MINNEAPOLIS, MINNESOTA 55402-1498
TELEPHONE: (612) 340-2600
FAX: (612) 340-2868
www.dorseylaw.com

**JANICE M. SYMCHYCH**
**(612) 340-6336**
**FAX (612) 340-8800**
**symchych.jan@dorseylaw.com**

BRUSSELS
NORTHERN VIRGINIA
TOKYO
PALO ALTO
HONG KONG
GREAT FALLS
ROCHESTER
TORONTO
MISSOULA
SHANGHAI
VANCOUVER

August 14, 2002

*VIA HAND DELIVERY*
Lawrence Schaefer, Esq.
Sprenger & Lang
325 Ridgewood Avenue
Minneapolis, MN 55403

Re: Arnold, et al. vs. Cargill, Inc.
Civil File No.: 01-CV-2086

Dear Mr. Schaefer:

We are very concerned about your receipt of Cargill privileged documents and must take action both to remedy what has occurred and to prevent any further occurrence. This is the second instance in which you have delivered clearly privileged material to me which had been received by Sprenger & Lang. We believe that the Court's discovery processes is the best initial course of action.

Please find enclosed and served on you the following:

1. Cargill's Interrogatories to Plaintiffs (Set II);
2. Cargill's Requests for Production of Documents and Things (Set III);
3. Notice of Deposition of Bill Douglas; and
4. Notice of 30(b)(6) Deposition of Sprenger & Lang

We request that you respond to the discovery requests on an expedited basis, and no later than August 26, so that we know your position with respect to them prior to our September conference with Magistrate Judge Boylan.

In addition to the discovery requests, please find enclosed and served on you a Stipulation and Protective Order we have prepared as a means to address and prevent any future

breaches of Cargill's privileges. We expect that you will agree readily that it should be executed and entered by the Court.

Sincerely,

Janice M. Symchych

JMS:tem
Enclosures
cc: Dennis Orke, Esq.
Jan Symchych, Esq.
Melissa Raphan, Esq.
Mark Ginder, Esq.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, NII-AKWEI ACQUAYE, SEAN ALLEN, HOLLIS BRANHAM, TOYA BROWN, DAWN COLLINS, LOUIS DARDEN, DELLA DICKSON, VIRGINIA DOUGLAS, RONALD GARRUS, MARGO HARVEY, CHENETA HUGHEY, JACQUELINE JENKINS, KEITH LEWIS, VALERIE MASON-ROBINSON, MICHAEL MITCHELL, PHYLLIS REECE, TONYA ROSS, CHARLES SCOTT, CLINTONIA SIMMONS, TAUSHA TATE, EMILY TYLER, JACQUELINE WILLIAMS, CHERYL WILLIS, SEAN WRIGHT,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**NOTICE OF TAKING DEPOSITION OF BILL DOUGLAS**

**TO: The named Plaintiffs, and their attorneys Lawrence Schaefer, and Susan M. Coler, Sprenger & Lang PLLC, 325 Ridgewood Avenue, Minneapolis, Minnesota 55403.**

**PLEASE TAKE NOTICE** that the deposition of Bill Douglas will be taken pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, by oral examination before a duly qualified court reporter at the offices of Dorsey & Whitney LLP, Suite 1500, 50 South Sixth Street, Minneapolis, Minnesota, 55402, on September 16, 2002, commencing at 9:00 a.m. each day and continuing thereafter until the same shall be completed.

Dated: 8/14/02

DORSEY & WHITNEY LLP

By [signature]

Janice M. Symchych #10811X
Mark Ginder #1016794
Melissa Raphan #182795
Holly S. A. Eng #238028
Matthew E. Klein #258957
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED