EXHIBIT J

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**RESPONSE TO SUBPOENAS DUCES TECUM OF LAWRENCE SCHAEFER, TERESA PATTON, AND PATRICIA JONES** |

TO: Cargill, Incorporated, and its counsel, Paul B. Klaas and Holly S.A. Eng, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402.

Pursuant to the Federal Rules of Civil Procedure, Rule 45, Lawrence Schaefer, Teresa Patton, and Patricia Jones (the "Intended Deponents") submit the following joint response to Defendant Cargill's Subpoenas Duces Tecum as follows:

## GENERAL OBJECTIONS

Cargill has improperly issued subpoenas duces tecum which seek documents in the possession of Sprenger & Lang, PLLC, ("S&L"), to the Intended Deponents individually. None of the Intended Deponents have responsive documents in their personal possession, which respond to the requests at issue. Nonetheless, to the extent non-privileged documents are in the possession of S&L, the Intended Deponents will identify and produce the documents. The objections and responses to the following requests are based upon, and are in conformance with, Magistrate Judge Boylan's November 26, 2003 Order and June 30, 2003 Order. No waiver of

any privilege objection except for the limited purpose of compliance with these Orders can be inferred from the following Responses. In order to be clear regarding the scope of this objection, the Intended Deponents' Responses are based on the following understanding of the Orders.

Magistrate Boylan's June 30, 2003 Order allowed Cargill to discover all information R. Bill Douglas ("Douglas") shared with S&L, whether by document production or orally. Therefore, S&L is not asserting any privilege objection concerning these direct communications. Cargill is not, however, entitled by that Order to inquire into any internal S&L communication not directly involving Douglas which otherwise reveal privileged and/or work product communications, as demonstrated by Magistrate Boylan's November 26, 2003 Order allowing the Intended Deponents to assert privilege objections. To the extent these objections are asserted regarding any documents which mention Douglas, a privilege log is being provided with this Response.

The Intended Deponents also respectfully reserve the following objections:

(1) The right to question as to competency, relevancy, materiality, privilege and admissibility as evidence for any purpose, any of the answers or the subject matter of the answers, in any subsequent proceeding in, or the trial of, this or any other action;

(2) The right to object to the use of any of these responses, or the subject matter of the responses, in any subsequent proceeding in, or the trial of, this or any other action;

(3) The right to object on any ground at any time to a demand for any further response to these or any other document requests or other discovery procedures involving or relating to the subject matter of these document responses; and

(4) The right at any time to revise, correct, add to or clarify any of these responses.

## REQUESTS

**REQUEST NO. 1:** Any and all documents that were provided to Sprenger & Lang, PLLC by R. Bill Douglas, relating in any way to Cargill or its employees, whether current or former or individually or collectively; or Cargill's policies, practices, or procedures, or any one or more of them; or Cargill's litigation strategy in any lawsuit.

**RESPONSE TO REQUEST NO. 1:** Thousands of documents responsive to this request were provided to Cargill in previous productions. After exhaustively reviewing documents produced, the Intended Deponents produced additional documents with this Response.

**REQUEST NO. 2:** Any and all documents provided to R. Bill Douglas by Sprenger & Lang, PLLC.

**RESPONSE TO REQUEST NO. 2:** See documents produced with this Response.

**REQUEST NO. 3:** Any index, chart, table, log, or other listing of documents, whether individually or by category, provided by R. Bill Douglas to Sprenger & Lang, PLLC.

**RESPONSE TO REQUEST NO. 3:** No responsive documents not already in Cargill's possession (i.e., R. Bill Douglas' Privilege Log) exist.

**REQUEST NO. 4:** Any index, chart, table, log, or other listing of documents, whether individually or by category, prepared by Sprenger & Lang, PLLC or provided by Sprenger & Lang, PLLC to R. Bill Douglas.

**RESPONSE TO REQUEST NO. 4:** No responsive documents are in the Intended Deponents' possession.

**REQUEST NO. 5:** Any invoice, order form, or other document reflecting, noting, or requesting the copying of documents provided by R. Bill Douglas to Sprenger & Lang, PLLC.

**<u>RESPONSE TO REQUEST NO. 5</u>:** No responsive documents are in the Intended Deponents' possession.

**<u>REQUEST NO. 6</u>:** Any correspondence, memoranda, or any other document reflecting, noting, or accompanying the return of any documents by Sprenger & Lang, PLLC to R. Bill Douglas, including any request by R. Bill Douglas for the return of documents.

**<u>RESPONSE TO REQUEST NO. 6</u>:** See documents produced with this Response.

**<u>REQUEST NO. 7</u>:** Any correspondence, notes, memoranda, or any other document regarding, referring to, reflecting, or mentioning any actual or potential subpoena or request for the production of documents served on R. Bill Douglas by Cargill or its counsel.

**<u>RESPONSE TO REQUEST NO. 7</u>:** Intended Deponents object to this request as calling for attorney-client privileged communications and work product. No responsive documents are in the Intended Deponents' possession.

**<u>REQUEST NO. 8</u>:** Any correspondence, notes, memoranda, or any other document in Sprenger & Lang, PLLC's possession, custody, or control constituting, summarizing, outlining, referring to, reflecting, or mentioning any communication, meeting, or conversation involving R. Bill Douglas, whether as a participant, attendee, observer, recipient or in any other capacity.

**<u>RESPONSE TO REQUEST NO. 8</u>:** The Intended Deponents object to this request on the basis of attorney-client privilege, work product and relevance. A log identifying the documents withheld based on these objections will be provided. Notwithstanding this objection, see documents produced with this Response.

**<u>REQUEST NO. 9</u>:** To the extent not encompassed within the foregoing Requests, any document in Sprenger & Lang, PLLC's possession, custody, or control reviewed, annotated,

edited, or commented upon by R. Bill Douglas, including but not limited to, the annotated Complaint mentioned by R. Bill Douglas in his deposition on September 18, 2003.

**RESPONSE TO REQUEST NO. 9:** No responsive documents are in the Intended Deponents' possession.

**REQUEST NO. 10:** Any correspondence, memoranda, or any other document reflecting the retention or employment of R. Bill Douglas by Sprenger & Lang, PLLC, as a consultant, independent contractor, employee, or on any other basis, including the termination or cessation of any such relationship.

**RESPONSE TO REQUEST NO. 10:** No responsive documents are in the Intended Deponents' possession.

**REQUEST NO. 11:** Any correspondence, memoranda, or any other document reflecting the retention of Sprenger & Lang, PLLC by R. Bill Douglas as counsel or on any other basis, including the termination or cessation of any such relationship.

**RESPONSE TO REQUEST NO. 11:** See Retainer Agreement produced with this Response.

**REQUEST NO. 12:** Any correspondence, notes, memoranda, or other documents reflecting the actual, offered, possible, potential, or hypothetical transfer of money or any other thing or things of value to R. Bill Douglas by Sprenger & Lang, PLLC, including, but not limited to, any tax form issued or otherwise given to R. Bill Douglas by Sprenger & Lang, PLLC.

**RESPONSE TO REQUEST NO. 12:** No responsive documents are in the Intended Deponents' possession.

**REQUEST NO. 13:** Any correspondence, notes, memoranda, or other documents setting forth a request for information or documents from Sprenger & Lang, PLLC to R. Bill Douglas, or any document referring to or reflecting such a request, including any instructions to R. Bill Douglas.

**RESPONSE TO REQUEST NO. 13:** See documents produced with this Response.

**REQUEST NO. 14:** Any correspondence, notes, memoranda, or any other document constituting, memorializing, reflecting, or referring to any direct or indirect contact between Sprenger & Lang, PLLC and R. Bill Douglas, or between any person acting on behalf or at the behest of Sprenger & Lang, PLLC and R. Bill Douglas, on or after September 18, 2003.

**RESPONSE TO REQUEST NO. 14:** No responsive documents are in the Intended Deponents' possession.

Dated: January 14, 2004

SPRENGER & LANG, PLLC

By: __________________________

Lawrence P. Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (MO Bar No. 43994)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

ATTORNEYS FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that I caused to be personally served on January 14, 2004, a copy of Response to Subpoenas Duces Tecum of Lawrence Schaefer, Teresa Patton, and Patricia Jones, by causing it to be delivered by hand to Holly S.A. Eng, Esq., Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402-1498, the last known address of said attorneys for defendant.

Lawrence P. Schaefer

***Arnold et al. v. Cargill, Inc.***
**No. 01-CV-2086 (DWF/AJB)**

## Intended Deponents' Privilege Log

| BATES NOS. | PG # | AUTHOR | RECIPIENT | DATE | DESCRIPTION | PRIVILEGE | SOURCE |
|---|---|---|---|---|---|---|---|
| SUB 0010-11 | 2 | Doug Olson; Susan Coler; Sara Nelson | Doug Olson; Susan Coler; Sara Nelson; Patty Jones | 5/1/03 – 5/2/03 | Email chain regarding contacts in investigation. | Work product | Sprenger & Lang |
| SUB 0012-13 | 2 | Doug Olson; Susan Coler; | Larry Schaefer; Patty Jones; Sara Nelson; Susan Coler; Doug Olson | 4/28/03 – 4/29/03 | Email chain regarding timeline of contacts with Bill Douglas. | Work product | Sprenger & Lang |
| SUB 0014 | 1 | Doug Olson | Susan Coler; Larry Schaefer; Patty Jones; Sara Nelson | 4/28/03 | Email regarding Bill Douglas Retainer Agreement. | Work product | Sprenger & Lang |
| SUB 0015 | 1 | Doug Olson | Larry Schaefer; Patty Jones; Sara Nelson | 4/28/03 | Email regarding investigation of contacts with Bill Douglas. | Work product | Sprenger & Lang |
| SUB 0016 | 1 | Doug Olson; Mary Burns-Klinger | Mary Burns-Klinger; Doug Olson; Patty Jones; Sara Nelson | 4/28/03 | Email chain regarding investigation of contacts with Bill Douglas. | Work product | Sprenger & Lang |
| SUB 0018 | 1 | Doug Olson; Larry Schaefer | Doug Olson; Larry Schaefer; Patty Jones; Sara Nelson | 4/10/03 | Email chain regarding meeting with client and request for reminder to call Bill Douglas. | Attorney-client; work product | Sprenger & Lang |
| SUB 0019 | 1 | Doug Olson | Larry Schaefer; Susan Coler; Patty Jones; Sara Nelson; Teresa Patton | 3/21/03 | Email regarding Bill Douglas representation. | Attorney-client; work product | Sprenger & Lang |
| SUB 0020 | 1 | Doug Olson | Larry Schaefer; Susan Coler; Sara Nelson; Teresa Patton; Patty Jones | 3/21/03 | Email regarding contacts with potential witness. | Attorney-client; work product. | Sprenger & Lang |
| SUB 0021 | 1 | Doug Olson; Larry Schaefer | Larry Schaefer; Susan Coler; Sara Nelson; Teresa Patton; Patty Jones; Doug Olson | 3/20/03 | Email regarding phone call with client. | Attorney-client; work product | Sprenger & Lang |
| SUB 0022-26 | 5 | Larry Schaefer | Bill Douglas | 3/18/03 | Letter regarding Bill Douglas deposition. | Work product | Sprenger & Lang |
| SUB 0029 | 1 | Doug Olson | Larry Schaefer; Patty Jones; Sara Nelson; Susan Coler; Teresa Patton | 2/6/03 | Email regarding phone call with client. | Attorney-client; work product | Sprenger & Lang |

*Arnold et al. v. Cargill, Inc.*
**No. 01-CV-2086 (DWF/AJB)**

## Intended Deponents' Privilege Log

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUB 0036 | 1 | Doug Olson | Larry Schaefer; Patty Jones; Sara Nelson; Susan Coler; Teresa Patton | 12/2/02 | Email regarding phone call with client about case matters. | Attorney-client; work product | Sprenger & Lang |
| SUB 0040 | 1 | Larry Schaefer; Doug Olson | Doug Olson; Patty Jones; Sara Nelson; Larry Schaefer | 11/5/02 | Email chain regarding potential witness and contact with Bill Douglas. | Attorney client; work product | Sprenger & Lang |
| SUB 0052 | 1 | Larry Schaefer | Susan Coler; Teresa Patton; Lisa Stratton; Doug Olson; Paul Sprenger; Sara Nelson | 5/6/02 | Email regarding phone call with Bill Douglas discussing case strategy. | Attorney-client; work product | Sprenger & Lang |
| SUB 0062 | 1 | Sara Nelson | Sara Madsen; Patty Jones | 1/29/02 | Email regarding documents provided by clients. | Attorney-client; work product | Sprenger & Lang |
| SUB 0067-69 | 1 | Larry Schaefer | Sprenger & Lang Clients | 12/4/01 | Letter regarding meetings with CLT. | Attorney-client; work product | Sprenger & Lang |
| SUB 0070 | 1 | Larry Schaefer; Susan Coler | Doug Olson; Patty Jones; Sara Nelson; David Shulman; Sara Madsen; Susan Coler; Larry Schaefer | 12/3/01 | Email chain re phone call with Bill Douglas regarding CLT meeting. | Attorney client; work product | Sprenger & Lang |
| SUB 0076 | 1 | Doug Olson | Patty Jones; Sara Nelson; Donna Dye | 6/19/01 | Email regarding list of recipients for mailing. | Attorney-client; work product | Sprenger & Lang |
| SUB 0080 | 1 | Doug Olson; Larry Schaefer | Larry Schaefer; Patty Jones; Sara Madsen; Sara Nelson; Doug Olson | 4/19/01 – 4/20/01 | Email regarding potential client. | Attorney-client; work product | Sprenger & Lang |
| SUB 0081-82 | 2 | Larry Schaefer | Case File | 4/20/01 | Handwritten notes of phone conversation with Bill Douglas. | Work product | Sprenger & Lang |
| SUB 0083 | 1 | Doug Olson; Larry Schaefer | Patty Jones; Larry Schaefer; Sara Madsen; Sara Nelson; Doug Olson | 4/12/01 – 4/13/01 | Email chain regarding potential client. | Attorney-client; work product | Sprenger & Lang |
| SUB 0084 | 1 | Doug Olson | Patty Jones; Larry Schaefer; Sara Madsen; Sara Nelson | 4/9/01 | Email regarding potential witness. | Attorney-client; work product | Sprenger & Lang |
| SUB 0085 | 1 | Larry Schaefer | Case File | 3/28/01 | Handwritten notes re meeting with Bill Douglas. | Attorney-client; work product | Sprenger & Lang |

*Arnold et al. v. Cargill, Inc.*
**No. 01-CV-2086 (DWF/AJB)**

## Intended Deponents' Privilege Log

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUB 0086 | 1 | Patty Jones | Larry Schaefer; Sara Madsen; Sara Nelson; Doug Olson | 3/15/01 | Email regarding contacts in investigation. | Attorney-client; work product | Sprenger & Lang |
| SUB 0087 | 1 | Sara Nelson | Sara Madsen; Patty Jones | 2/28/01 | Email regarding contact in investigation. | Attorney-client; work product | Sprenger & Lang |
| SUB 0106-107 | 2 | Patty Jones | Larry Schaefer | 12/8/00 | Email regarding contacts in investigation. | Attorney-client; work product | Sprenger & Lang |
| SUB 0108-109 | 2 | David Shulman | Larry Schaefer; Sara Madsen; Sara Nelson; Patty Jones | 11/28/00 | Email regarding summary of information from Bill Douglas. | Attorney-client; work product | Sprenger & Lang |
| SUB 0112 | 1 | David Shulman | Case File | 11/27/00 | Summary of information received from Bill Douglas. | Attorney-client; work product | Sprenger & Lang |
| SUB 0113 | 1 | Duane Reed | Sara Madson; Bill Douglas | 11/09/00 | Email regarding contacts in investigation. | Attorney-client; work product | Sprenger & Lang |
| SUB 0114 | 1 | Duane Reed | Sara Madson; Bill Douglas | 11/08/00 | Email regarding contacts in investigation. | Attorney-client; work product | Sprenger & Lang |
| SUB 0119 | 1 | Duane Reed | David Shulman; Larry Schaefer; Bill Douglas | 10/10/00 | Email regarding contacts in investigation. | Attorney-client; work product | Sprenger & Lang |
| SUB 0124 | 1 | David Shulman; Larry Schaefer | Larry Schaefer; Sara Nelson; Sara Madsen; David Shulman | 10/5/00 – 10/6/00 | Email chain regarding meeting with witness. | Attorney-client; work product | Sprenger & Lang |
| SUB 0126 | 1 | Larry Schaefer | Case File | 9/15/00 | Handwritten notes regarding meeting with Bill Douglas and other client. | Attorney-client; work product | Sprenger & Lang |
| SUB 0127 | 1 | Larry Schaefer | Case File | 7/28/00 | Handwritten notes regarding meeting with client. | Attorney-client; work product | Sprenger & Lang |
| SUB 0128-130 | 3 | Unknown | Case File | 6/8/00 – 7/25/00 | Call log of potential witnesses. | Attorney-client; work product | Sprenger & Lang |
| SUB 0137 | 1 | Unknown | Case File | Not dated | Handwritten notes regarding contacts of witnesses. | Attorney-client; work product | Sprenger & Lang |
| SUB 0140-141 | 2 | Sprenger & Lang Paralegal | Case File | 7/6/00 | Memorandum summarizing contact with Bill Douglas. | Work product | Sprenger & Lang |