SPRENGER & LANG

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

EXHIBIT K

WRITER'S ADDRESS:

SUSAN M. COLER
MINNEAPOLIS OFFICE
E-Mail: scoler@sprengerlang.com
Website: www.Sprengerlang.com

1614 TWENTIETH STREET, N.W.
WASHINGTON, D.C. 20009-1001
(202) 265-8010
FAX (202) 332-6652

325 RIDGEWOOD AVENUE
MINNEAPOLIS, MINNESOTA 55403
(612) 871-8910
FAX (612) 871-9270

March 29, 2004

**DELIVERY BY MESSENGER**

Michael Iwan, Esq.
DORSEY & WHITNEY LLP
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402

**Re: *Arnold, et al. v. Cargill, Inc.***
**No. 01-CV-2086 (DWF/AJB)**

Dear Mr. Iwan:

This letter responds to your March 4, 2000 letter about the privilege log served on Cargill as a part of the response to subpoenas served on Sprenger & Lang employees. We have re-examined Magistrate Judge Boylan's orders and the withheld documents. The language of the June 30, 2003, Order allows Cargill to examine Douglas' "relationship with Sprenger & Lang" through the production of documents, which has already occurred, and through the Douglas deposition. In its November 26, 2003, Order, the Magistrate Judge ordered plaintiffs to respond to document production demands relative to the subpoenas *duces tecum* served on them and stated that plaintiffs "shall prepare and produce a log of documents with respect to which privilege may properly be asserted." This was a clear signal that the Court's orders do not give Cargill and its attorneys *carte blanche* access to any and all Sprenger & Lang documents that might reference Douglas' name. Accordingly, in responding to the subpoena, we withheld certain documents as privileged and provided a corresponding privilege log, which you have now challenged in its entirety.

In the interest of bringing this matter to closure, and allowing access to documents that shed light on Douglas' relationship with Sprenger & Lang, we have decided to provide some of the documents on the log in their entirety and some in redacted form, with explanations of the redactions. We continue to withhold a few documents but have provided additional information about how Douglas is mentioned in the documents. On further examination of the subpoena and the documents, we also have withdrawn a few documents from the log as not responsive to the subpoena. All of this is set forth in the Amended Intended Deponents' Privilege Log.

In making this response, we do not waive any further privilege or work product claims that could be made with regard to these or any other documents or issues, nor do we agree or admit that these documents are relevant or admissible in any further proceedings. Please call me if you have any questions.

Very truly yours,

Susan M. Coler

:mbk
Enclosures

*Arnold et al. v. Cargill, Inc.*
**No. 01-CV-2086 (DWF/AJB)**

# Amended Intended Deponents' Privilege Log

| BATES NOS. | PG# | AUTHOR | RECIPIENT | DATE | DESCRIPTION | PRIVILEGE | SOURCE |
|---|---|---|---|---|---|---|---|
| SUB 0010-11 | 2 | Doug Olson; Susan Coler; Sara Nelson | Doug Olson; Susan Coler; Sara Nelson; Patty Jones | 5/1/03 – 5/2/03 | Email chain regarding contacts in investigation. | Work product. **Redacted copy produced.** Communications about contact with persons other than Bill Douglas are redacted. | Sprenger & Lang |
| SUB 0012-13 | 2 | Doug Olson; Susan Coler; | Larry Schaefer; Patty Jones; Sara Nelson; Susan Coler; Doug Olson | 4/28/03 – 4/29/03 | Email chain regarding timeline of contacts with Bill Douglas. | Work product. **Redacted copy produced.** Communications about scheduling matters non-responsive to the subpoena are redacted. | Sprenger & Lang |
| SUB 0014 | 1 | Doug Olson | Susan Coler; Larry Schaefer; Patty Jones; Sara Nelson | 4/28/03 | Email regarding Bill Douglas Retainer Agreement. | Work product. **Redacted copy produced.** Communications about file and client matters non-responsive to the subpoena are redacted. | Sprenger & Lang |
| SUB 0015-15A | 1 | Doug Olson | Larry Schaefer; Patty Jones; Sara Nelson | 4/28/03 | Email regarding investigation of contacts with Bill Douglas. | Attorney-client; work product. **Redacted copy produced.** Communications about schedule and client matters not responsive to the subpoena are redacted. | Sprenger & Lang |
| SUB 0016 | 1 | Doug Olson; Mary Burns-Klinger | Mary Burns-Klinger; Doug Olson; Patty Jones; Sara Nelson | 4/28/03 | Email chain regarding investigation of contacts with Bill Douglas. | Work product. **Redacted copy produced.** Communications about client and schedule matters not responsive to the subpoena are redacted. | Sprenger & Lang |
| SUB 0018 | 1 | Doug Olson; Larry Schaefer | Doug Olson; Larry Schaefer; Patty Jones; Sara Nelson | 4/10/03 | Email chain regarding meeting with client and request for reminder to call Bill Douglas. | Attorney-client; work product. **Redacted copy produced.** Communications regarding another client are redacted. | Sprenger & Lang |

*Arnold et al. v. Cargill, Inc.*
**No. 01-CV-2086 (DWF/AJB)**

## Amended Intended Deponents' Privilege Log

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUB 0019 | 1 | Doug Olson | Larry Schaefer; Susan Coler; Patty Jones; Sara Nelson; Teresa Patton | 3/21/03 | Email regarding Bill Douglas representation. | Attorney-client; work product. Document relays communications from another client, Duane Reed, to Sprenger & Lang. Client discussed what he believed Douglas told him about our representation of Douglas. | Sprenger & Lang |
| SUB 0020 | 1 | Doug Olson | Larry Schaefer; Susan Coler; Sara Nelson; Teresa Patton; Patty Jones | 3/21/03 | Email regarding contacts with potential witness. | Attorney-client; work product. **Withdrawn because not responsive to subpoena.** | Sprenger & Lang |
| SUB 0021 | 1 | Doug Olson; Larry Schaefer | Larry Schaefer; Susan Coler; Sara Nelson; Teresa Patton; Patty Jones; Doug Olson | 3/20/03 | Email regarding phone call with client. | Attorney-client; work product. **Withdrawn because not responsive to subpoena.** | Sprenger & Lang |
| SUB 0022-26 | 5 | Larry Schaefer | Bill Douglas | 3/18/03 | Letter regarding Bill Douglas deposition. | Work product. **Produced.** | Sprenger & Lang |
| SUB 0029 | 1 | Doug Olson | Larry Schaefer; Patty Jones; Sara Nelson; Susan Coler; Teresa Patton | 2/6/03 | Email regarding phone call with client. | Attorney-client; work product. **Withdrawn because not responsive to subpoena.** | Sprenger & Lang |
| SUB 0036 | 1 | Doug Olson | Larry Schaefer; Patty Jones; Sara Nelson; Susan Coler; Teresa Patton | 12/2/02 | Email regarding phone call with client about case matters. | Attorney-client; work product. Document relays communications from another client, Duane Reed, to Sprenger & Lang. Client relayed a conversation where he told Douglas about the MacMillan statement that Cargill wants to hire "people who look like us." | Sprenger & Lang |
| SUB 0040 | 1 | Larry Schaefer; Doug Olson | Doug Olson; Patty Jones; Sara Nelson; Larry Schaefer | 11/5/02 | Email chain regarding potential witness and contact with Bill Douglas. | Attorney client; work product. **Redacted copy produced.** Communications about another client are redacted. | Sprenger & Lang |

*Arnold et al. v. Cargill, Inc.*
**No. 01-CV-2086 (DWF/AJB)**

## Amended Intended Deponents' Privilege Log

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUB 0052 | 1 | Larry Schaefer | Susan Coler; Teresa Patton; Lisa Stratton; Doug Olson; Paul Sprenger; Sara Nelson | 5/6/02 | Email regarding phone call with Bill Douglas discussing case strategy. | Attorney-client; work product. **Produced.** | Sprenger & Lang |
| SUB 0062 | 1 | Sara Nelson | Sara Madsen; Patty Jones | 1/29/02 | Email regarding documents provided by clients. | Attorney-client; work product. **Redacted copy produced.** Communications regarding other clients are redacted. | Sprenger & Lang |
| SUB 0067-69 | 1 | Larry Schaefer | Sprenger & Lang Clients | 12/4/01 | Letter regarding meetings with CLT. | Attorney-client; work product **Redacted copy produced.** Names of other letter recipients are redacted. | Sprenger & Lang |
| SUB 0070 | 1 | Larry Schaefer; Susan Coler | Doug Olson; Patty Jones; Sara Nelson; David Shulman; Sara Madsen; Susan Coler; Larry Schaefer | 12/3/01 | Email chain re phone call with Bill Douglas regarding CLT meeting. | Attorney client; work product. **Redacted copy produced.** Communications about advice to clients not responsive to subpoena are redacted. | Sprenger & Lang |
| SUB 0076 | 1 | Doug Olson | Patty Jones; Sara Nelson; Donna Dye | 6/19/01 | Email regarding list of recipients for mailing. | Attorney-client; work product. **Redacted copy produced.** Names of other letter recipients are redacted. | Sprenger & Lang |
| SUB 0080 | 1 | Doug Olson; Larry Schaefer | Larry Schaefer; Patty Jones; Sara Madsen; Sara Nelson; Doug Olson | 4/19/01 – 4/20/01 | Email regarding potential client. | Attorney-client; work product. Mentions Douglas as someone with whom person talked about the lawsuit "last year." | Sprenger & Lang |
| SUB 0081-82 | 2 | Larry Schaefer | Case File | 4/20/01 | Handwritten notes of phone conversation with Bill Douglas. | Work product. **Produced.** | Sprenger & Lang |
| SUB 0083 | 1 | Doug Olson; Larry Schaefer | Patty Jones; Larry Schaefer; Sara Madsen; Sara Nelson; Doug Olson | 4/12/01 – 4/13/01 | Email chain regarding potential client. | Attorney-client; work product. **Withdrawn because not responsive to subpoena.** | Sprenger & Lang |

*Arnold et al. v. Cargill, Inc.*
**No. 01-CV-2086 (DWF/AJB)**

## Amended Intended Deponents' Privilege Log

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUB 0084 | 1 | Doug Olson | Patty Jones; Larry Schaefer; Sara Madsen; Sara Nelson | 4/9/01 | Email regarding potential witness. | Attorney-client; work product. **Withdrawn because not responsive to subpoena.** | Sprenger & Lang |
| SUB 0085 | 1 | Larry Schaefer | Case File | 3/28/01 | Handwritten notes re meeting with Bill Douglas. | Attorney-client; work product. **Produced.** | Sprenger & Lang |
| SUB 0086 | 1 | Patty Jones | Larry Schaefer; Sara Madsen; Sara Nelson; Doug Olson | 3/15/01 | Email regarding contacts in investigation. | Attorney-client; work product. **Withdrawn because not responsive to subpoena.** | Sprenger & Lang |
| SUB 0087 | 1 | Sara Nelson | Sara Madsen; Patty Jones | 2/28/01 | Email regarding contact in investigation. | Attorney-client; work product. **Redacted copy produced.** Communications regarding case investigation redacted. | Sprenger & Lang |
| SUB 0106-107 | 2 | Patty Jones | Larry Schaefer | 12/8/00 | Email regarding contacts in investigation. | Attorney-client; work product. **Produced.** | Sprenger & Lang |
| SUB 0108-109 | 2 | David Shulman | Larry Schaefer; Sara Madsen; Sara Nelson; Patty Jones | 11/28/00 | Email regarding summary of information from Bill Douglas. | Attorney-client; work product. **Produced.** | Sprenger & Lang |
| SUB 0112 | 1 | David Shulman | Case File | 11/27/00 | Summary of information received from Bill Douglas. | Attorney-client; work product. **Produced.** | Sprenger & Lang |
| SUB 0113 | 1 | Duane Reed | Sara Madson; Bill Douglas | 11/09/00 | Email regarding contacts in investigation. | Attorney-client; work product. **Produced.** | Sprenger & Lang |
| SUB 0114 | 1 | Duane Reed | Sara Madson; Bill Douglas | 11/08/00 | Email regarding contacts in investigation. | Attorney-client; work product. **Produced.** | Sprenger & Lang |
| SUB 0119 | 1 | Duane Reed | David Shulman; Larry Schaefer; Bill Douglas | 10/10/00 | Email regarding contacts in investigation. | Attorney-client; work product. **Produced.** | Sprenger & Lang |
| SUB 0124 | 1 | David Shulman; Larry Schaefer | Larry Schaefer; Sara Nelson; Sara Madsen; David Shulman | 10/5/00 – 10/6/00 | Email chain regarding meeting with witness. | Attorney-client; work product. **Withdrawn because not responsive to subpoena.** | Sprenger & Lang |
| SUB 0126 | 1 | Larry Schaefer | Case File | 9/15/00 | Handwritten notes regarding meeting with Bill Douglas and other client. | Attorney-client; work product. **Produced.** | Sprenger & Lang |

## Amended Intended Deponents' Privilege Log

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SUB 0127 | 1 | Larry Schaefer | Case File | 7/28/00 | Handwritten notes regarding meeting with client. | Attorney-client; work product. Client referenced conversation of Douglas with Fawn Wilderson. (notes from this conversation are produced). | Sprenger & Lang |
| SUB 0128-130 | 3 | Unknown | Case File | 6/8/00 – 7/25/00 | Call log of potential witnesses in Berkley case. | Attorney-client; work product. **Redacted copy produced.** Communications re contacts with other potential witnesses redacted. | Sprenger & Lang |
| SUB 0137 | 1 | Unknown | Case File | Not dated | Handwritten notes regarding contacts of witnesses. | Attorney-client; work product. **Redacted copy produced.** Notes regarding contacts with other clients and potential witnesses redacted. | Sprenger & Lang |
| SUB 0140-141 | 2 | Sprenger & Lang Paralegal | Case File | 7/6/00 | Memorandum summarizing contact with Bill Douglas. | Work product. **Produced.** | Sprenger & Lang |