Page 1 of 5

EXHIBIT M

-----Original Message-----
**From:** Klaas, Paul
**Sent:** Thursday, April 22, 2004 6:34 PM
**To:** 'Bill Douglas'
**Subject:** RE: April 20

Thanks, Mr. Douglas... Let's plan on completing your deposition on Monday, May 10. We will certainly pay for whatever care your wife requires that day. Please just let me know what we should do to have that covered....Paul

-----Original Message-----
**From:** Bill Douglas [mailto:billd@goldengate.net]
**Sent:** Saturday, May 22, 2004 2:53 PM
**To:** Klaas, Paul
**Subject:** Re: April 20

Paul,
I contacted North Home Care Nursing and they indicated that it would probably require two nurse-aids to care for my wife. They charge $25.00 per hr. a piece. Someone from their office is coming out to make an assessment and quote a final #. In the meantime, both May 10 & 17 look good for me now so pick a date and I'll get back to you following North Home Care's assessment.

> ----- Original Message -----
> **From:** Klaas, Paul
> **To:** 'Bill Douglas'
> **Sent:** Monday, April 19, 2004 2:20 PM
> **Subject:** RE: April 20
>
> Thank you for calling me. I have cancelled your deposition tomorrow and informed all participants that we need to reschedule.
>
> We could all re-convene on Monday, May 10 or Monday, May 17. Would either of those dates be okay? Please let me know.
>
> Also, we will cover the expense of a home care nurse for your wife for the day of your deposition. Please let me know whether I can help arrange, or pre-pay, or do whatever is helpful...
>
> --Paul
>
> *Paul B. Klaas, Esq.*
> *Dorsey & Whitney*
> *50 South 6th Street*
> *Minneapolis, MN 55402*
> *USA*
>
> *T: (612) 340-2817 F: (612) 340-8856*
>
> -----Original Message-----
> **From:** Klaas, Paul

Page 2 of 5

**Sent:** Monday, April 19, 2004 11:05 AM
**To:** 'Bill Douglas'
**Subject:** RE: April 20

Good morning.... Can you join us tomorrow? (I warned everyone that there was some risk we could not proceed, but I should let them know for sure... ) Could you let me know, either by email or phone as soon as possible? Thanks...Paul

*Paul B. Klaas, Esq.*
*Dorsey & Whitney*
*50 South 6th Street*
*Minneapolis, MN 55402*
*USA*

*T: (612) 340-2817 F: (612) 340-8856*

-----Original Message-----
**From:** Klaas, Paul
**Sent:** Thursday, April 15, 2004 4:57 PM
**To:** 'Bill Douglas'
**Subject:** April 20

Thanks for letting me know... I do hope that you will be able to join us next Tuesday. If you will keep me posted, I'll keep all the other participants informed...Paul

-----Original Message-----
**From:** Bill Douglas [mailto:billd@goldengate.net]
**Sent:** Wednesday, January 14, 2004 1:07 AM
**To:** Klaas, Paul
**Subject:** Re: March 10, 2004 Depo date

Paul,
I am unable at this time to find some one to care for my wife on April 20th. My sister-in-law had to cancel due to an unscheduled development. This leaves me still looking for some one. I will keep you posted as this develops, but it is not looking promising!

----- Original Message -----
**From:** Klaas, Paul
**To:** 'Bill Douglas'
**Sent:** Tuesday, March 23, 2004 9:32 AM
**Subject:** RE: March 10, 2004 Depo date

Thanks very much... I hope that your wife's return home is a good sign, that your insurance company woes have been resolved favorably, and that our April 20 date remains as convenient for you as possible.

Please come to the 15th floor of our building (50 South 6th Street). If we start at 9am, we'll be done by 5pm. If you have any additional documents responsive to the subpoena, you can either send them to me ahead of time or bring them with you. We can get them copied right away and returned to you during the morning.

If you drive to our building, you can park on the level you reach first, with the sign "Private Parking Only." If you roll up to the gate next to that sign, there is an intercom right next to the driver's window of your car, which you can use to reach the Dorsey & Whitney operator. Just tell him/her that you are coming for a deposition with me. They will raise the gate. After you park, if you go to the elevator bank on your left (as you face the building), you will be able to go directly to the 15th floor.

Page 3 of 5

I'll have Mike Iwan follow up with a letter. In the meantime, thanks again, with our best wishes for your wife's speedy recovery...

--Paul

*Paul B. Klaas, Esq.*
*Dorsey & Whitney*
*50 South 6th Street*
*Minneapolis, MN 55402*
*USA*

*T: (612) 340-2817 F: (612) 340-8856*

-----Original Message-----
**From:** Bill Douglas [mailto:billd@goldengate.net]
**Sent:** Monday, March 22, 2004 9:23 PM
**To:** Klaas, Paul
**Subject:** Re: March 10, 2004 Depo date

Paul,
As of Saturday, March 13th, my wife is home, but requires care 24/7. I will attempt to make arrangements to free me up for 4/20. So book the date and I'll try and make it!

----- Original Message -----
**From:** Klaas, Paul
**To:** 'Bill Douglas'
**Sent:** Monday, March 15, 2004 1:58 PM
**Subject:** RE: March 10, 2004 Depo date

Hello again! All the lawyers are available to finish your deposition on Tuesday, April 20. Would that date be okay for you? --Paul

*Paul B. Klaas, Esq.*
*Dorsey & Whitney*
*50 South 6th Street*
*Minneapolis, MN 55402*
*USA*

*T: (612) 340-2817 F: (612) 340-8856*

-----Original Message-----
**From:** Bill Douglas [mailto:billd@goldengate.net]
**Sent:** Monday, March 08, 2004 11:44 PM
**To:** Klaas, Paul
**Cc:** Iwan, Michael
**Subject:** Re: March 10, 2004 Depo date

Paul,
That was quick! Any time is as as bad as any other at this point. I suggest you and Larry run some dates and I'll respond. Appreciate the timely notice!

----- Original Message -----
**From:** Klaas, Paul
**To:** 'Bill Douglas'
**Cc:** Iwan, Michael

**Sent:** Monday, March 08, 2004 2:08 PM
**Subject:** RE: March 10, 2004 Depo date

Mr. Douglas....I hope that matters are improving for your wife (and with your insurance company). Mr. Schaefer sent me a message this morning saying that he has now made other plans for March 10, so he would like to re-schedule the conclusion of your deposition for another date. Would you mind sending me a list of dates during March and April that would be best for you? That would give me a good starting point for working out a date convenient for all. Meanwhile, you'll be still under subpoena, but we'll postpone your appearance on Wednesday. You can rely on us to do our best to accommodate your schedule, particularly given the uncertain (but, we hope, improving situation with your wife). And, I hope, the transcript of the first day of your deposition and some of the videotapes will arrive soon. Mike Iwan sent them to you, I know, so please do let me know if they don't arrive shortly. Thank you...Paul

*Paul B. Klaas, Esq.*
*Dorsey & Whitney*
*50 South 6th Street*
*Minneapolis, MN 55402*
*USA*

*T: (612) 340-2817 F: (612) 340-8856*

-----Original Message-----
**From:** Bill Douglas [mailto:billd@goldengate.net]
**Sent:** Friday, March 05, 2004 4:15 PM
**To:** Klaas, Paul
**Cc:** Iwan, Michael
**Subject:** Re: March 10, 2004 Depo date

Paul,
As of this email, it appears I will be able to make the March 10 depo date. If anything changes, I will inform your office asap. I am still waitring for copies of my first depo!

----- Original Message -----
**From:** Klaas, Paul
**To:** 'Bill Douglas'
**Sent:** Wednesday, March 03, 2004 8:21 PM
**Subject:** RE: March 10, 2004 Depo date

Mr. Douglas...

Thank you for lettting us know of your difficult situation. We are sorry to hear about your wife's hospitalization, and your problems with the insurance company.

Of course, we will adjust our schedules, if you need to be home with your wife. We have a discovery deadline coming up, but I will ask Mr. Schaefer if he will agree that we can finish your deposition after your wife doesn't need your full-time care. I will let you know if there is any problem...

--Paul Klaas

Page 5 of 5

*Paul B. Klaas, Esq.*
*Dorsey & Whitney*
*50 South 6th Street*
*Minneapolis, MN 55402*
*USA*

*T: (612) 340-2817 F: (612) 340-8856*

-----Original Message-----
**From:** Bill Douglas [mailto:billd@goldengate.net]
**Sent:** Monday, March 01, 2004 10:02 AM
**To:** iwan.michael@dorsey.com
**Cc:** klaas.paul@dorsey.com
**Subject:** March 10, 2004 Depo date

Michael,
I left a phone message last week indicating I may be unable to make the March 10th depo. I am at war with my health insurance provider surrounding my wife's hospitalization; if it becomes necessary to bring her home, I will become her primary care giver which is a twent-four/seven proposition. I will advise you at the earliest possible opportunity of these developments.