EXHIBIT O



UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

RODERICK ARNOLD, et al.,
on behalf of themselves and all others
similarly situated,
Plaintiffs,
vs. Case No. 01CV-2986 (DWF/AJB)
CARGILL, INCORPORATED,
Defendant.

---

**** CONFIDENTIAL ***
DEPOSITION OF
GLENN FORD

Taken March 19, 2004
Commencing at 9:00 a.m.

REPORTED BY: LYNN M. HANDBERG
PARADIGM REPORTING & CAPTIONING INC.
1400 RAND TOWER
527 MARQUETTE AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55402-1331
(612) 339-0545

and dated by the parties involved?
A. Correct.
Q. And throughout that, and you may have mentioned this already, but Mr. Byrnes was very complimentary of your performance, was he not?
A. Correct.
Q. Now, in your declaration, and that's Exhibit 1 so if you can pull that out, and if you look specifically at Paragraph 13 --
A. Um-hum.
Q. -- it mentions that, "Cargill went through two types of review during my tenure. The first type was called management by objectives." Is that management by objectives a phrase that you're familiar with?
A. No, it's not.
Q. Okay. And then the next line when it says, "it switched to performance management program," is that a phrase that you're familiar with?
A. Yes.
Q. Okay. What -- do you have any understanding of what management by objectives is?
A. No, I don't.
Q. If you go down about two more sentences in middle of the paragraph, "my reviews were usually exceeds expectations," do you see that?