EXHIBIT Q



UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

COPY

RODERICK ARNOLD, et al., )
Plaintiffs, )
v. ) No. 01-CV-2086
CARGILL, INC., ) (DWF/AJB)
Defendant. )

- - - - - - - - - - -

DEPOSITION OF MARCIA WOOLRIDGE HARRISON

Friday, March 26, 2004

The deposition of MARCIA WOOLRIDGE HARRISON was convened on Friday, March 26, 2004, commencing at 9:08 AM, at the offices of DORSEY & WHITNEY LLP, 1001 Pennsylvania Avenue, Suite 300 South, Washington, D.C., before Cheryl A. Lord, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public for the District of Columbia.

Job No. 158935

A. Yes.
Q. What did she say?
A. She told me that they would be able to represent me if I wanted them to.
Q. Did you ask them to?
A. Yes.
Q. At what point did you ask them to represent you?
A. After she said that they could if I wanted them to.
Q. And so I'm clear: Was that for purposes of this deposition, or for purposes of representation in this lawsuit?
A. Purposes of this deposition.
Q. So it wasn't -- well, was it in this first telephone conversation with Ms. Buheim that you asked for representation?
A. No.
Q. It was some point thereafter after you learned about this deposition?
A. Yes.
Q. And did you speak with Ms. Buheim,