UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EXHIBIT R

RODERICK ARNOLD, NII-AKWEI ACQUAYE, SEAN ALLEN, HOLLIS BRANHAM, TOYA BROWN, DAWN COLLINS, LOIS DARDEN, DELLA DICKSON, VIRGINIA DOUGLAS, RONALD GARRUS, MARGO HARVEY, CHENETA HUGHEY, JACQUELINE JENKINS, KEITH LEWIS, VALERIE MASON-ROBINSON, MICHAEL MITCHELL, PHYLLIS REECE, TONYA ROSS, CHARLES SCOTT, CLINTONIA SIMMONS, TAUSHA TATE, EMILY TYLER, JACQUELINE WILLIAMS, CHERYL WILLIS, SEAN WRIGHT,

Plaintiffs,

vs.

CARGILL, INCORPORATED,

Defendant.

Civil File No.
01-CV-2086 (DWF/AJB)

DEPOSITION

OF

ANGELA Y. REID

Tuesday, March 30, 2004
At Charlotte, North Carolina
Reporter: Karen K. Kidwell, RMR, CRR

WESTMORELAND REPORTING, INC.

704-892-8172
Post Office Box 489
Cornelius, North Carolina 28031

WestmorelandReporting.com

704-333-3831
Post Office Box 32243
Charlotte, North Carolina 28232

A. From what the testimony that I gave to the attorney that called me.
Q. Oh, your declaration?
A. Yeah, yes, I'm sorry, yes.
Q. Fine, fine. But nothing other than the declaration?
A. No, no.
Q. Have you spoken with an attorney in preparation for today's deposition?
A. I spoke with Latif, is that it?
Q. Latif?
A. Latif.
Q. Had you spoken with him prior to this morning?
A. No.
Q. Is Mr. Doman -- that's Latif's last name -- Mr. Doman, is he your attorney for purposes of this deposition this morning?
A. I haven't retained him, but he is the attorney that's assisting me with this.
(WHEREUPON, Defendant's Exhibit Number 1, was marked for identification.)
Q. (BY MR. MICK) Let me show you what has previously been marked as Deposition Exhibit Number 1. Just take a couple minutes and look over that and familiarize yourself with it, please?
MR. MICK: Latif, this is the declaration.