Martindale-Hubbell® lawyers.com

Help | Content Search | Site Map | About Us | Press Room | Info for Lawyers | Contact Us | Home

Find A Lawyer | Research Legal Topics | Get Legal Tips | Ask A Lawyer | Contact Law

Find A Lawyer

Quick Search
Search by Name
More Search Options

Find A Lawyer > Name Search > Search Results >

# Attorney Listing

EXHIBIT 5

Send this listing to a friend Print this listing

## Latif Doman

Associate
**Firm Profile:** Sprenger & Lang, PLLC
1614 Twentieth Street, N.W.
Washington, District of Columbia 20009

**Telephone:** 202-265-8010
Fax: 202-332-6652
**Email:** Send an Email
**Web Site:** http://www.sprengerlang.com

**Request Info** **Send Email**

**Practice Areas:** Class Action Employment Discrimination; Employment Law; Civil Rights; C
Complex Federal Litigation

**Admitted:** 1998, Pennsylvania; 1999, District of Columbia

**Law School:** University of Pennsylvania, J.D., 1995

**College:** Morehouse College, B.A., 1992

**Biography:** Editor, University of Pennsylvania Law Review. Law Clerk to Chief Judge John

**Born:** Philadelphia, Pennsylvania, July 7, 1970

**Web Site:** http://www.sprengerlang.com

Send this listing to a friend Print this listing

Top of Page

Find A Lawyer | Research Legal Topics | Get Legal Tips | Ask A Lawyer | Contact Lawyers | Comr
Help | Content Search | Site Map | About Us | Press Room | Info for Lawyers | Contact Us | Hoı

More Martindale-Hubbell Resources: Martindale.com | eAttorney.com | LawyerLocator.co.uk | anwa

The Martindale-Hubbell Law Directory is the most complete, trusted source for identifying qualified legal counsel.

Disclaimer: The information provided on lawyers.com is not intended to be legal advice, but merely conveys general information related to legal commonly encountered. Your access to and use of this website is subject to additional terms and conditions. Copyright 2003 Martindale-Hubbe Reed Elsevier Inc. All rights reserved.

lawyers.com is a secure site that respects your privacy.

LexisNexis Martindale-H