EXHIBIT U



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COPY

RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

Civil Action No. 01-CV-2086(DWF/AJB)

CARGILL, INCORPORATED,

Defendant.

D E P O S I T I O N

The deposition of RAYMOND E. FOWLER taken on behalf of the Defendant pursuant to the Federal Rules of Civil Procedure before:

SUSAN K. ORTH-NEVIL, C.S.R.

a Certified Shorthand Reporter of Kansas, at Suite 220, 100 North Broadway, Wichita, Sedgwick County, Kansas, on the 22nd day of March, 2004, at 9:19 a.m.

for today's deposition?
A. Yes.
Q. Can you tell me what those documents were?
A. Declaration.
Q. Anything else?
A. No. That was it.
Q. Very good. Well, that is all the questions I have for you today, Mr. Fowler. Thank you very much for your time. And it was very nice to meet you.
A. Okay. Thank you. Pleasure meeting you.
MS. TOFT: I should ask if your attorney has questions for you.
Latif, do you have any questions?
MR. DOMAN: Just a few follow-up questions.

CROSS-EXAMINATION

MR. DOMAN:
Q. One of the last questions you answered, Mr. Fowler, was in response to whether you had a previous marriage. Was your answer that you were divorced?
A. Yes.
Q. So when you said that you had not been involved in other legal actions, that wasn't