UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**AFFIDAVIT OF ARJEN HOOGENBOOM**

STATE OF OHIO )
) SS:
COUNTY OF SUMMIT )

**Arjen Hoogenboom,** being duly sworn, declares and states as follows:

1. I am the Plant Manager for the Cargill Salt location in Akron, Ohio. In my role as Plant Manager, I have a number of direct and indirect reports. One of my indirect reports is Production Supervisor Anthony Skipper.

2. In early March 2004, Mr. Skipper, who is African American, told me that he had received a phone call at home from an attorney seeking to find out whether he had ever been discriminated against or whether he would provide information about the experience of other minorities at Cargill as well as their telephone numbers. Because he was not home at the time, his wife took a message. The attorney indicated that she knew that Mr. Skipper was a Cargill supervisor.

3. I asked Mr. Skipper to write down what he recalled about the telephone call that his wife described to him. Attached as Exhibit A is a true and correct copy of the declaration provided to me by Mr. Skipper on June 14, 2004.

**FURTHER AFFIANT SAITH NOT.**

s/Arjen Hoogenboom
**Arjen Hoogenboom**

Subscribed and sworn to before me
this 15 day of June, 2004

s/Anna May C. Sedlak
Notary Public

NOTARIAL SEAL
STATE OF OHIO

**ANNA MAY C. SEDLAK, Notary Public**
**Residence - Summit County**
**Statewide Jurisdiction, Ohio**
**My Commission Expires April 4, 2005**

# Declaration of Anthony Skipper Sr.

My wife received a phone call from someone who identified themselves as a attorney and needed to talk to Anthony Skipper, my wife told them I was not there could she take a message. The person on the other end asked if I had ever been discriminated against or if my wife or I know of anyone at Cargill Akron had been discriminated against and did she or I have any of the minorities telephone numbers, my wife told them they needed to talk to me, because she was not going to give anybody a number that she doesn't know whats going on. They asked could they have my number to my cellphone or office, my wife refused and told them they could call back and talk to me, or leave a number they could be reached, they stated they would call about 5:00 that evening but never called back. They also knew I was a Supervisor

This statement is true and Correct

6-14-04 s/Anthony Skipper Sr.