UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, ET AL.,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil File No. 01-2086 DWF/AJB

**AFFIDAVIT OF HARRIET HARRINGTON**

Harriet Harrington, after being duly sworn, hereby affirms and states as follows:

1. I am an employee of Cargill, Incorporated. I work in the Cargill Investor Services ("CIS") business unit located in Chicago, Illinois.

2. I worked with Candace Smith, as her manager, for four years at CIS.

3. I was not only a co-worker of Candace Smith's, I also considered Candace to be a personal friend of mine. Candace and I had many conversations both during the time she worked at Cargill and after she resigned from Cargill. Approximately a year ago, Candace called and told me that a person from the Sprenger & Lang law firm had called her. Candace said that she was told that Sprenger & Lang was contacting every African American employee who ever worked at Cargill. Candace told me that Sprenger & Lang contacted her and other African American employees in an attempt to reel them in and be a part of the class action lawsuit. Candace told me that she told Sprenger & Lang that she was not interested in being a part of the lawsuit. Candace said that she told Sprenger & Lang that Cargill treated her like a queen and she would not say anything bad about Cargill. Candace told me that she wanted Sprenger & Lang's phone calls to stop.

4. During the time that Candace and I worked together at Cargill and during all our conversations after Candace left Cargill, Candace never had anything negative to say about Cargill. Candace always told me that Cargill was a great environment to work in and that Cargill always treated her very well.

FURTHER AFFIANT SAYETH NOT.

s/Harriet Harrington
Harriet Harrington

Subscribed and sworn to before me

this 16 day of June, 2004.

s/Diane C. Better

OFFICIAL SEAL
DIANE C BETTEN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/23/08