UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**NOTICE OF MOTION TO STRIKE UNTIMELY DECLARATIONS, OR IN THE ALTERNATIVE, TO COMPEL DECLARANT DEPOSITIONS**

To: Plaintiffs, by and through their attorneys, Lawrence Schaefer and Susan Coler, Sprenger & Lang, 325 Ridgewood Avenue, Minneapolis, Minnesota 55403.

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 26 and 37, Defendant Cargill, Incorporated ("Cargill") will move the Court for an Order striking any third-party declarations submitted by Plaintiffs after the close of discovery. In the alternative, Cargill will move that it be allowed to take the depositions of the untimely third-party declarants and that the use of the declarations shall be forbidden for any purpose until after the depositions are taken. This motion will be heard on Wednesday, June 30, 2004, at 9:00 a.m. before the Honorable Arthur J. Boylan in Room 638, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota 55101.

Dated: June 21, 2004

DORSEY & WHITNEY LLP

By /s_Melissa Raphan_

Paul Klaas #0056327
Mark Ginder #1016794
Melissa Raphan #0182795
Holly S. A. Eng #0238028
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Cargill, Inc.