UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**MOTION TO STRIKE UNTIMELY DECLARATIONS, OR IN THE ALTERNATIVE, TO COMPEL DECLARANT DEPOSITIONS**

Pursuant to Federal Rules of Civil Procedure 26 and 37, Defendant Cargill, Incorporated ("Cargill") hereby moves the Court for an Order striking any third-party declarations submitted by Plaintiffs after the close of discovery. In the alternative, Cargill moves that it be allowed to take the depositions of said third-party declarants and that the use of the declarations be forbidden for any purpose until after the depositions have been taken. This motion is based upon all of the files and proceedings herein, including the attached memorandum of law and Affidavit of Melissa Raphan. Pursuant to Local Rule 37.1, Cargill certifies that it has in good faith conferred and attempted to resolve the present discovery dispute.

Dated: June 21, 2004

DORSEY & WHITNEY LLP

By /s Melissa Raphan

Paul Klaas #0056327
Mark Ginder #1016794
Melissa Raphan #0182795
Holly S. A. Eng #0238028
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Cargill, Inc.