UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**AFFIDAVIT OF MELISSA RAPHAN IN SUPPORT OF MEMORANDUM IN SUPPORT OF MOTION TO STRIKE UNTIMELY DECLARATIONS, OR IN THE ALTERNATIVE, TO COMPEL DECLARANT DEPOSITIONS**

STATE OF MINNESOTA )
) SS:
COUNTY OF HENNEPIN )

I, MELISSA RAPHAN, being duly sworn, declare and state as follows:

1. I am one of the attorneys representing Defendant Cargill, Incorporated ("Cargill") in the above-captioned matter. I make this Affidavit in support of Cargill's Memorandum in Support of Motion to Compel Depositions of Third-Party Declarants.

2. Dorsey & Whitney received twelve third-party declarations from Sprenger & Lang on February 23, 2004. An additional eight (8) third-party declarations were received in mid-April with a cover letter dated April 16, 2004. Three (3) third-party declarations were received on May 17, 2004 and five(5) third-party declarations were received on June 9, 2004.

3. On June 16, 2004, I called Susan Coler of Sprenger & Lang, counsel for the plaintiffs in the above-captioned matter, to discuss the matter of third-party declarations being submitted after the discovery deadline and to request that Cargill be allowed to depose the declarants.

4. Ms. Coler indicated that Sprenger & Lang would not agree to let Cargill take any additional depositions and that Cargill could expect to receive additional third-party declarations in the coming weeks.

5. I hereby certify, pursuant to United States District Court for the District of Minnesota Local Rule 37.1, that the parties were unable to resolve this dispute following a discussion of the matter.

6. Attached hereto as Exhibit 1 is a true and correct copy of the letter from Patty Jones to Holly Eng dated February 19, 2004.

7. Attached hereto as Exhibit 2 is a true and correct copy of the letter from Holly Eng to Patty Jones dated February 25, 2004.

8. Attached hereto as Exhibit 3 is a true and correct copy of the letter from Larry Schaefer to Holly Eng dated February 26, 2004.

9. Attached hereto as Exhibit 4 is a true and correct copy of the letter from Patty Jones to Holly Eng dated April 16, 2004.

10. Attached hereto as Exhibit 5 is a true and correct copy of the letter from Holly Eng to Larry Schaefer, Susan Coler, Patty Jones dated April 20, 2004.

11. Attached hereto as Exhibit 6 is a true and correct copy of the letter from Larry Schaefer to Holly Eng dated April 20, 2004.

12. Attached hereto as Exhibit 7 is a true and correct copy of an excerpt of Cargill's Interrogatories to Plaintiffs (Set I) dated April 1, 2002.

13. Attached hereto as Exhibit 8 is a true and correct copy of the letter from Patty Jones to Holly Eng dated May 14, 2004.

14. Attached hereto as Exhibit 9 is a true and correct copy of the letter from Patty Jones to Holly Eng dated June 8, 2004.

15. Attached hereto as Exhibit 10 is a true and correct copy of *Hill v. Amoco Oil Company*, 2001 WL 293628 (N.D.Ill. March 19, 2001).

16. Attached hereto as Exhibit 11 is a true and correct copy of the Affidavit of Robert Boardman.

17. Attached hereto as Exhibit 12 is a true and correct copy of the Affidavit of Brent German.

18. Attached hereto as Exhibit 13 is a true and correct copy of the Declaration of Glenn Ford.

19. Attached hereto as Exhibit 14 is a true and correct copy of excerpts of the Deposition of Glenn Ford.

20. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Candy Smith.

21. Attached hereto as Exhibit 16 is a true and correct copy of excerpts of the Deposition of Candy Smith

22. Attached hereto as Exhibit 17 is a true and correct copy of the Declaration of John Selman.

23. Attached hereto as Exhibit 18 is a true and correct copy of excerpts of the Deposition of John Selman.

24. Attached hereto as Exhibit 19 is a true and correct copy of the Declaration of Raymond Fowler.

25. Attached hereto as Exhibit 20 is a true and correct copy of excerpts of the Deposition of Raymond Fowler.

26. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Angela Reid.

27. Attached hereto as Exhibit 22 is a true and correct copy of excerpts of the Deposition of Angela Reid.

28. Attached hereto as Exhibit 23 is a true and correct copy of the Declaration of Marcia Harrison.

29. Attached hereto as Exhibit 24 is a true and correct copy of excerpts of the Deposition of Marcia Harrison.

30. Attached hereto as Exhibit 25 is a true and correct copy of the Declaration of Laverne Gosby.

31. Attached hereto as Exhibit 26 is a true and correct copy of excerpts of the Deposition of Laverne Gosby.

_/s Melissa Raphan_______
Melissa Raphan (# 0182795)

Subscribed and sworn to before me
this ___ day of June, 2004

_______________________________
Notary Public