# EXHIBIT 14

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

---

RODERICK ARNOLD, et al.,
on behalf of themselves and all others
similarly situated,

Plaintiffs,

vs. Case No. 01CV-2986 (DWF/AJB)

CARGILL, INCORPORATED,

Defendant.

---

**** CONFIDENTIAL ***

DEPOSITION OF

GLENN FORD

Taken March 19, 2004
Commencing at 9:00 a.m.

REPORTED BY: LYNN M. HANDBERG
PARADIGM REPORTING & CAPTIONING INC.
1400 RAND TOWER
527 MARQUETTE AVENUE SOUTH
MINNEAPOLIS, MINNESOTA 55402-1331
(612) 339-0545

and dated by the parties involved?
A. Correct.
Q. And throughout that, and you may have mentioned this already, but Mr. Byrnes was very complimentary of your performance, was he not?
A. Correct.
Q. Now, in your declaration, and that's Exhibit 1 so if you can pull that out, and if you look specifically at Paragraph 13 --
A. Um-hum.
Q. -- it mentions that, "Cargill went through two types of review during my tenure. The first type was called management by objectives." Is that management by objectives a phrase that you're familiar with?
A. No, it's not.
Q. Okay. And then the next line when it says, "it switched to performance management program," is that a phrase that you're familiar with?
A. Yes.
Q. Okay. What -- do you have any understanding of what management by objectives is?
A. No, I don't.
Q. If you go down about two more sentences in middle of the paragraph, "my reviews were usually exceeds expectations," do you see that?

BY MR. IWAN:

Q. Do you think that an individual employee's performance should have an impact on whether they get an increase, how much of an increase they get?

A. It should.

Q. Now, Paragraph 19 of your declaration you mention your long tenure at Cargill the fact that you'd been there past 25 years actually?

A. Yes.

Q. And it says here in your declaration that, and I don't know whether or not this is true or not, but maybe you were the quote only black to make it to the 25-year club, period. For all of my hard work and dedication I only received acknowledgment from my department. And you go on to say, this was despite the fact all my coworkers who reached landmark dates were acknowledged in some greater way.

And I guess my question to put it bluntly is, you actually did get some recognition in a broader sense within the company for reaching the 25-year anniversary, did you not?

A. I got 25-year plaque, clock or something like that from the department, yes.

Q. Didn't you also get invited to attend a recognition dinner?

A. Yeah.

Q. And that was a companywide event?

A. That was companywide.

Q. And at one point at least they asked whether you would want to have your picture run in the Cargill newsletter along with the other tenured Cargill people?

A. Yes, I did.

Q. Did you end up doing that?

A. Yes, I did.

Q. Now, who are the white coworkers you're referencing here who were acknowledged in some greater way for reaching landmark dates?

A. Well, I can't think of their names right now. I just feel the reason why I stated that out of all the years that I put in, through the discrimination part, you know, I think that's an accomplishment.

There's a lot of blacks had also been at Cargill that didn't make it concerning whatever, their discriminated worries that might have been said or whatever.

But by me staying there, and I'm just saying that I go back to the beginning, I said that I had told my supervisor that I would see them retire or die. That was my reward to myself. I stayed there, despite of whatever they put, the obstacles they had me

jump over, I stayed there.

And the ones that know that I went through that, seemed like I should have been acknowledged or something like that.

Q. And so are there specific, even if you can't remember their names, are there specific people you're thinking of in Paragraph 19 or specific events where white coworkers were getting greater acknowledgment?

A. Yeah, I do. Because like 25-year thing, club, I was the first black man that have sustained being at the main headquarters here in Minneapolis, to accomplish it being in that now all-white environment, and we finally got one out of 25 years, up here in Minnesota. It was just oh, well, you know, it was just another fly in the milk, you know. That's how I felt, yeah, I got the clock, yeah, I got my picture in the bulletin, you know.

You know, even when your kid asked you, dad, that's all you get? You know. It made me think when he said that, you know. Because he knows.

Q. So were there other people joining the 25-year club at the same time as you did who got greater recognition, more?

A. No. Perry Ames, I think he was in the same year of 25 year. I think Jerry Fredricks as well. Although Jerry probably was a year ahead of me, but what he got

at that -- at the 25-year being -- I don't know what he got because I wasn't there.

Q. With respect to Mr. Ames, you and he basically got the same sort of recognition as --

A. Yes.

Q. -- the same picture in the newsletter?

A. Yeah, yeah. He didn't get the picture, I'm sorry, I don't think Perry took a picture.

Q. That was up to each individual whether or not they wanted their picture run?

A. Right, right.

Q. Again I apologize, I'm jumping back a little, but getting back to the performance forms that we reviewed, I'm specifically thinking of the ones that you're filling out, we reviewed a bunch of those.

Did you find that -- as you're sitting down to review your own performance did you find that form to be a useful way to think about your job and your job duties and your skill?

A. Yes.

Q. Was there some -- some sort of event in 1996 that prompted your resignation? I think you resigned in when, approximately, October, November of '96?

A. November of '96, yeah.

Q. Was there some specific event or significant --

# EXHIBIT 15

**DECLARATION OF CANDY SMITH**

I, Candy Smith, declare that the following is true and correct:

1. I am a 40 year old African American female. I attended Dominican Republic College located in Riverforest, Illinois for two years. I received an Associates Degree in liberal arts from Trinton College in River Grove, Illinois in 2000. I recently received a Bachelor of Arts in Organizational Management from Concordia College in Riverforest, Illinois.

2. Cargill hired me in April 1992 as a receptionist for the office in Chicago. I felt I was more qualified and could have been given a different position, but I needed the job. I felt I could work hard and advance at the company. I worked with another receptionist, Sharon Cess (Caucasian). I reported to Joan Stanford (Caucasian), Office Services Supervisor, at first and later to Margaret Lamason (Caucasian), Office Services Manager. I continued to work as a receptionist until I left in August 1997.

3. I got the job at Cargill through a temporary agency called Opportunities Unlimited. When I was informed I got the job, the placement person told me that Cargill was a funny place to work and that they were very particular about who they hire. I did not give that statement much thought at the time because I really needed the job. However, I later understood that statement to mean that Cargill was not the best work environment for African Americans. Cargill did not employ many people of color, maybe just enough to meet the EEOC quotas. African Americans that did work at Cargill seemed to have trouble getting promotions. Overall, I did not think that African Americans were treated the same as Caucasians.

4. I left Cargill because I felt I was not given any opportunities for advancement. I had applied for different positions at Cargill and nothing ever happened. I had liked my job as receptionist, but I wanted to advance. I felt they wanted to keep me as receptionist because I was African American, but light skinned with long hair. I think they wanted me to stay receptionist, which is why I was not allowed to advance. Since I was unable to achieve my goal of advancing, I left the company.

Compensation

5. I feel that I was not adequately compensated for my work at Cargill. I started out making around $18,000. I was aware of Caucasian co-workers making more than I was. For example, people would discuss salaries sometimes in the lunchroom and, as a receptionist, I was sort of like "Dear Abby," so everyone would talk to me. I believe that Lori Keever (Caucasian), who used to do administrative work and computer work, made more than I did.

6. I complained from time to time about my salary to whoever was my manager at the time. They would tell me that they would try to see what they could do. Then they would come back later and say that I was making close to what Sharon Cess was making, so I could not get a raise.

7. There were also times when my responsibilities increased without a change in title or pay. It seemed that Sharon Cess did not come to work often. She would take off two to three months at a time. I would then have to do my job duties as well as hers.

Promotions

8. I applied for several promotions while I was at Cargill, yet I was never able to advance. I believe in the winter of 1995, I applied for a Human Resources position. I never heard anything more about the position after I applied and I don't know who ended up with the position.

9. In 1996, there was a job opening in the computer area. The job was posted on the website. The qualifications were familiarity with computer terms and knowledge of computer software. I tried to apply for that position, but I was told that I was not qualified. That position went to Ms. Keever. Ms. Keever did have some computer knowledge, but she had that because Cargill had given her more opportunities to learn different areas. I was not given those same opportunities.

10. Then right before I left in 1997, I applied for the job of Assistant to the Office Manager position. The qualifications were not posted, but I felt with my background that I would be a perfect fit for that positions. I knew all that went on in the office and I was very good at multi-tasking. Also, I had worked closely with my manager and I had watched what she did. I did not receive that position either. I think maybe Pam Bednarz (Caucasian) received that job after I left.

11. For all the positions, if felt like Cargill already knew who they were going to hire. They went through the process just to say that they gave you an interview.

12. Management would console me about not getting any promotions by saying what a good receptionist I was. Some, including Matt Hankes (Caucasian), Human Resource Manager, would say that I enunciated well, which was especially

important, since the company had a lot of foreign visitors. However, those comments did not make me feel better about not being able to advance.

13. In addition to my situation, I witnessed other African Americans be denied promotions. I remember that Virginia Douglas (African American) had applied for different positions and had been denied promotions. There was a guy named Kennedy Jones (African American) who never got promoted and that is why he left the company. Mr. Jones had trained Jeff Callard (Caucasian) and Mr. Callard later got a promotion over Mr. Jones.

14. I feel that Cargill discriminates against African Americans. Most of the employees in management positions were Caucasian males. There was an image that management should be tall Caucasian males. I never remember seeing African Americans in any real positions of power at Cargill.

15. Also, as a receptionist, I got to see who comes in for interviews, who gets promotions, etc. Most of them are Caucasian. I remember that management would not even meet with African Americans. For example, the mail clerk, Riordan Harden (African American) had an African American friend that came to the office twice in attempts to meet with management. Management would never come out and talk to him.

Work Environment

16. I never heard of any diversity program at Cargill. I got the impression that Cargill really did not care about diversity. I did not see African Americans in "good" positions, such as management or sales. I think it was a mental effect because there were no African Americans being hired or allowed to advance. There were no African

Americans at the company to really look up to. It was Caucasians in charge and African Americans doing other work.

17. I feel that African Americans had a harder time working at Cargill. For example, Emily Tyler (African American) worked extremely hard. I knew that she always had so much to do, as if Cargill management was bombarding her with work. I know that she was exhausted from the amount of work that Cargill expected her to complete. She would be upset all the time. You could see Ms. Tyler crying on occasion. In addition, Ms. Douglas was passed over for promotions and I think she may have been unfairly terminated.

18. From the few African Americans that did work at Cargill, it was obvious that is was a tough environment for African Americans. I could see on their faces that they were upset or had been overworked. Yet, I did not see that or hear that from the Caucasian workers.

I declare under penalty of perjury the foregoing is true and correct and executed this 17 day of , at Dec 2004 Willowbrook, Il.

*{ city, state }*

Candy M. Smith

Candy Smith

# EXHIBIT 16

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

RODERICK ARNOLD, NII-AKWEI ACQUAYE, SEAN ALLEN, HOLLIS BRANHAM, TOYA BROWN, DAWN COLLINS, LOUIS DARDEN, DELLA DICKSON, VIRGINIA DOUGLAS, RONALD GARRUS, MARGO HARVEY, CHENETA HUGHEY, JACQUELINE JENKINS, KEITH LEWIS, VALERIE MASON-ROBINSON, MICHAEL MITCHELL, PHYLLIS REECE, TONYA ROSS, CHARLES SCOTT, CLINTONIA SIMMONS, TAUSHA TATE, EMILY TYLER, JACQUELINE WILLIAMS, CHERYL WILLIS, SEAN WRIGHT, )

Plaintiffs, )

)

vs. ) Civil File No.

) 01-CV-2086

) (DWF/AJB)

CARGILL, INCORPORATED )

Defendants. )

The deposition of CANDY SMITH, taken in the above-entitled cause before Diane Hromek, Certified Shorthand Reporter in the State of Illinois and Notary Public within the county of DuPage, at Marriott Suites O'Hare, 6155 North River Road, Rosemont, IL 60018, on April 2, 2004, at 9:00 o'clock a.m.

PRESENT:

SPRENGER & LANG PLLC
BY: MS. TERESA PATTON
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: 612-871-8910
Fax: 612-871-9270
Appeared on behalf of the plaintiffs.

DORSEY & WHITNEY LLP
BY: MR. DAVID LAUTH, #014552X
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: 612-340-2600
Fax: 612-340-2868
Appeared on behalf of the defendant.

consider to be a personal friend, too?

A. Yes.

Q. And that is true until today?

A. No, I -- I will -- rephrase the question. You are looking at me in a quizzical kind of way.

Q. Do you still consider Harriet to be a friend of yours even after you left Cargill?

A. Yes.

Q. When was the last time that you had any contact with Harriet?

A. Maybe like around -- December.

Q. Based on your experience with Harriet, did you consider her to be an honest person?

A. Yes.

Q. Did Harriet ever say or do anything that you felt was disriminatory based on race?

A. No.

Q. And what was Harriet's position during the time you reported to her?

A. She was Assistant Office Manager and then she became office manager.

Q. Okay.

During the years you worked at Cargill, did you ever do anything to pursue a different job

opening within the company?

A. Yes.

Q. On one occasion or more than one occasion?

A. Maybe two or three occasions.

Q. Okay.

What was the first one? What was the job?

A. The first one I wanted to like maybe go into the computer room or computer area.

Q. What was the position in the computer room or the computer area that you were interested in?

A. I can't remember, but I do know it was like an entry level position.

Q. Was this an opening that was posted in some way?

A. Yes.

Q. Do you recall roughly what year that would have been?

A. No.

Q. Tell me what you recall about the posting as far as what the job entailed or what the requirements or the qualifications were?

A. It was like a Help Desk position and technical field.

Q. And so that would be a position where, for example, you might take incoming calls from people who are having difficulties with their computer?
A. Yes.
Q. And you would help them work out those difficulties?
A. Correct.
Q. Had you ever done that before?
A. No.
Q. Do you recall whether the posting for the job listed any particular qualifications or experience that were required in order to fill the position?
A. I'm sure it did.
Q. Do you remember looking at them and having a sense one way or the other as to whether your met the qualifications?
A. I'm not sure.
Q. Did you do something to pursue that opening?
A. Yes.
Q. What did you do?
A. I contacted Bill Alt and Fred Mastro.
Q. Bill -- A-l-t?
A. A-l-t.
Q. And what was the other name?

A. Fred Mastro.
Q. How do you spell Mastro?
A. M-a-s-t-r-o.
Q. Were they at the Cargill facility at Chicago?
A. Yes.
Q. What was Bill's position?
A. I believe he was like maybe over their computer area oh, maybe over IT.
Q. What about Fred, what was his position?
A. Fred may have been like under him.
Q. Okay.
And when you say that you contacted Bill and Fred, what was your contact?
A. I contacted them to let them know that I was interested in the position.
Q. One or the other or both at the same time?
A. I believe I did maybe at different times.
Q. And how did they respond to you?
A. They -- I believe I was contacted by e-mailing stating that they would set up a time that they would meet with me and interviewing.
(Discusion off the record.)
MR. LAUTH: back on.

BY MR. LAUTH:
Q. You said that you were contacted and told that there would be an interview set up. Did that happen?
A. Yes.
Q. With whom did you interview?
A. Bill Alt and Fred Mastro.
Q. What do you recall of what was said in that interview?
A. I believe we just -- they talked about the position and that was it, and they interviewed me for the position.
Q. What questions do you recall them asking you?
A. I can't remember. That's been awhile back.
Q. Even if you can't recall the specific words that were said, did they ask you anything about your own experience or qualifications when it came to working a Computer Help Desk?
A. Yes.
Q. And did you have any experience?
A. No, I had no experience.
Q. Had you ever taken any course of study in computers?
A. We had -- we had trainings, like maybe once a month that Cargill would provide. We would go off-site

and give you, show you different things or train you on different things, different software.

Q. Having to do with the software that you would actually use in the course of your job?

A. Yes.

Q. Other than those training experiences, had you ever taken any studies or education in computers?

A. No.

Q. Now, I take it you were not selected for that job?

A. No.

Q. Do you know who was?

A. Laurie Keever.

Q. Say again?

A. Laurie Keever.

Q. How do you spell the last name?

A. K-e-e-v-e-r.

Q. Did you know Laurie?

A. Yes.

Q. Was she also a current Cargill employee?

A. Yes.

Q. What was her job before she took the Help Desk?

A. I believe she started out as like secretary -- and then she moved onto the Help Desk.

Q. So you did nothing further to pursue a position in sales?
A. No, I did not.
Q. Okay.
Anything else that you ever did while you worked at Cargill to pursue a different job opening within the company?
A. No, I thought one time I thought I was going to be maybe like office assistant with Harriet, but that never came.
Q. Meaning that no opening ever became available?
A. Right, because I had started looking for a job, another job.
Q. Outside the company?
A. Correct.
Q. Okay.
A. And nothing ever happened.
Q. So, when you talk about the position as an assistant to Harriet, am I understanding correctly that you hoped that there might be such a job open but it never happened?
A. Correct.
Q. Okay, so nobody else was hired for a job like that, either, while you were at the company?

A. No.
Q. Okay.
A. It was --
Q. Okay.
With respect to the two jobs that we talked about, No. 1, the Computer Help Desk job, and No. 2, the HR job, did you feel that your race had anything at all to do with the fact that someone else was selected for those positions?
A. Kind of sort of like.
Q. Okay, kind of sort of like.
Explain to me what you mean by that.
A. Being a receptionist I noticed a lot of different things that happened within the organization, and there was a lot of different promotions going on and I never saw any people of, African Americans, in those positions.
Q. What promotions are you talking about now?
A. Just different promotions that had happened within Cargill.
Q. Are you saying that during the time you were with the company that you are not aware of any African-Americans's being promoted?
A. Maybe one.

Q. If we focus on the Help Desk position that you interviewed for --

A. Uh-huh.

Q. -- was there anything about your experience in pursuing that job that lead you to think that your race had anything to do with the decision to select somebody else?

A. No.

Q. When it comes to the Human Resources job, was there anything about your experience in applying for that position that lead you to think that your race was a factor in someone else being selected for the job?

A. I wondered.

Q. Why?

A. I was encouraged to go for that position by my manager, Harriet Harrington, and I was like okay, even though it was an entry level position it did get me to do something different, and maybe I can grow in the company. And I interviewed for that position and nothing ever happened. So I was like okay, that's it.

Q. And other than the sense you have just told us about, was there anything about your experience in applying for that job that made you feel that your race was a factor in why someone else was selected?

Manager/Office Manager, what have you, and nothing ever happened.

And then, when I left, maybe three or four months, it was -- I found out that Pam Bednarz, who had started after me, way after me, and she was now the Assistant Office Manager.

Q. And is Pam Caucasian?

A. Yes.

Q. I'll ask you more about that, but just to be clear, other than the fact that you hoped to become an Assistant Office Manager, and Pam Bednarz later did, other than that, did anything happen in the course of your employment at Cargill that you felt was disriminatory against you based on your race?

A. They liked me to be a receptionist. I was fine being the receptionist. I should say the first face that they saw.

Q. Anything else?

A. No.

Q. So, up until the point that you left your work at Cargill, it sounds like you had some conversations with Harriet that you hoped there would be an Assistant Office Manager position open up so that you could pursue it, but no such position came open, correct?

the PMP's.

Q. So you didn't have any other complaints about that?

A. Other than it should have been above satisfactory.

Q. Okay.

When did you leave your job at Cargill?

A. 1997.

Q. And why did you leave? Strike that.

First of all, just to be clear, it was a voluntary departure, was it not?

A. It was voluntary.

Q. Why did you leave?

A. Because I felt like I was in a deadend position.

Q. Did you have another job offer before you resigned from Cargill?

A. Yes.

Q. When had you first started looking for a job outside Cargill?

A. I had been looking for a long time.

Q. Like six months, a year, two years?

A. A couple years.

Q. What were you looking for?

A. A position where I could grow.
Q. In what way?
A. In the way where I wasn't strapped to the front of the desk.
Q. Where did you go to work after Cargill?
A. Chase Manhattan Mortgage.
Q. And did you go to work there immediately after you resigned from Cargill?
A. Maybe two weeks later.
Q. What did you do at Chase Manhattan Mortgage?
A. I was a receptionist.
Q. And do you remember how much that position paid?
A. I think I may have started out with like 28.
Q. So a slight increase over what you had been making at Cargill?
A. Yes.
Q. Was that why that job was more attractive to you?
A. Well, I was a little unhappy because I wanted to, I hoped for the Office Assistant job and it never came across, so I was like I have got to really go.
Q. Did you receive any kind of severance pay from Cargill when you left?

A. No.
Q. How long did you work for Chase Manhattan Mortgage?
A. Maybe two years.
Q. And were you a receptionist for that entire time?
A. Yes.
Q. Where did you go to work after that?
A. After?
Q. Chase Manhattan Mortgage.
A. MCI World Com.
Q. And did you leave your job at Chase Manhattan voluntarily?
A. No.
Q. What happened there?
A. Budget reduction.
Q. Who did you report to at Chase Manhattan?
A. Lynne Ryglowski.
Q. Is that male or female?
A. Female.
Q. How do you spell?
A. R-y-g-l-o-w-s-k-i.
Q. What was your with next job after -- oh, I am sorry, you told me, MCI World Com?

A. No.

Q. You go on to say a couple sentences later quote, "I felt they wanted to keep me as receptionist because I was African American" comma, "but light skinned with long hair," period end of quote.

What did anybody at Cargill ever say or do that lead you to feel that they wanted to keep you as a receptionist because you were African American but light skinned with long hair?

A. It was clear.

I applied for different position and never got it and -- how can I say this?

My manager, Harriet Harrington, at the time, said that is the position that you have to stay in, because I was the first face that they saw, and that is what she said. And I didn't get that all the time, I shouldn't say that, I got that all the time even from Human Resources, because I did a lot of -- contacting people over the loud speaker.

MS. PATTON: I lost you. I can't hear anything. Candy?

THE WITNESS: I am still here.

MS. PATTON: What was the last word you said? It sounded like you went away.

Diane, would you mind telling me?

(Question read as requested.)

BY MR. LAUTH:

Q. I will go on.

What was it about contacting people over the loud speaker that had to do with your skin color or your hair?

A. Well, Matt Hankes, at that time he was in Human Resources, he would say, "Candy, you enunciate well. You do a very good job."

MS. PATTON: You know what? "You did a very good job." Did you say anything before that? Candy?

MR. LAUTH: Off the record.

(Off the record.)

(Interruption.)

MR. LAUTH: Go ahead, please.

THE WITNESS: Matt Hankes was in Human Resources and when I would get on the loud speaker and call someone to come to the front desk he would say, "Candy, you enunciate very well. You are doing a good job."

MS. PATTON: Thank you.

BY MR. LAUTH:

Q. Is there anything else that anybody at Cargill

ever said or did that led you to believe that they wanted to keep you as a receptionist because you were African American, but light skinned with long hair?

A. My manager would just say, again, "You are the first face. You in a good position."

Q. That was Harriet?

A. Yes.

Q. Anything else?

A. No.

Q. Harriet didn't comment specifically on the color of your skin, did she?

A. No.

Q. Or the length of your hair?

A. No.

Q. Moving on to Paragraph 5 in the second sentence the statement says quote, "I was aware of Caucasian co-workers making more than I was," end of quote.

Off the record.

(Interruption.)

(Discussion off the record.)

BY MR. LAUTH:

Q. Back on the record.

I had just asked, I think, who were the

off two to three months at a time?

A. Okay, yes.

Q. And isn't it true that other employees besides you would also then pitch in to pick up her job duties while she was out on this sick time?

A. On occasion.

Q. Who were the other employees who helped pick up her duties?

A. Joan Stanford.

Q. Anybody else?

A. Pam Bednarz.

Q. Anybody else?

A. And sometimes Harriet.

Q. As we sit here today, do you question whether this sick time that Sharon was taking was legitimate?

A. I question it.

Q. And why?

A. Because it was like on a continuous basis.

Q. And did she ever share with you the details of why she was taking that time off?

A. Sometimes.

Q. And what do you recall her telling you?

A. Her dog had to have an operation.

Q. What else do you recall her telling you?

record.)

MR. LAUTH: Maybe you can start off and speak up, please.

MS. PATTON: Really bad.

Diane, would you read it back, Diane, please?

(Question read as requested.)

MR. LAUTH: Back on the record.

THE WITNESS: Can you rephrase the question?

MR. LAUTH: Sure.

BY MR. LAUTH:

Q. I thought I understood from your testimony -- your testimony earlier this morning that up until the time you left Cargill there was no job opening for a position of Assistant to the Office Manager, isn't that what you told us?

A. I don't remember.

Q. In any event, up until the time you left, you didn't really submit any formal application for a job of Assistant to the Office Manager, did you?

A. No.

My manager, Harriet Harrington, at that time, mentioned to me about the Office Assistant

# EXHIBIT 17

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF JOHN SELMAN**

I, John Selman, declare that the following is true and correct:

1. I am a 39-year-old African American male. I attended Lamar University in Beaumont, Texas from 1999 to 2003. I am three classes short of completing an Associates degree in Social Sciences.

2. Cargill hired me in March 1992 to work in the Shipping Department in Beaumont, Texas. At the time I got the job, the Plant Manager was Jim Franklin (white). My dad owned a service station across from the plant and my dad asked Mr. Franklin if he had any openings. About eight to 10 months later, I was told to put in an application. I filled out an application and I had an interview with Rick Sipole (white) and another white supervisor. I stayed in the same position until I left for a better job in April 2002.

<u>Hiring</u>

3. I felt that even though I was able to get a job, Cargill discriminated against blacks in terms of hiring. I noticed that there were always more whites working at Cargill and more whites were always being brought in. Toward the end of my tenure, some of us black employees started complaining that only white employees were being brought in and no new black employees were being hired.

4. Also, some of us would try to help family members get jobs at Cargill. We were told that they could come in and fill out an application. Yet, none of them were ever even interviewed. For example, I had tried to get my niece a job in the office in probably 1998 or 1999. My niece, Tamara Selman, had a lot of office experience, and there was an

opening in the office. She was not given an interview. I feel that it was because she was black. The office had no black employees.

Compensation

5. I do not think Cargill paid me fairly. Cargill had a policy that employees were not to discuss pay or else they would be fired. I started making $9.40 an hour. In 1994 or 1995, the Union came in. Cargill then had to disclose the pay scale. We learned from this disclosure that nearly all the black employees were making less than the white employees. Also, Cargill put a freeze on raises when the Union came in, so I did not get my raise that year.

6. I believe that black employees were not paid as well as white employees. One example is when Charles Dugas (black) was promoted to fill Tim Bebers' (white) position. Mr. Dugas did not move up to Mr. Bebers' salary for maybe a few months. There was talk among us that Cargill did not really want to pay him that, but felt that it would really stand out as discriminatory if they didn't. When Mr. Bebers had gone on vacation, one of us would step up into that position, so we all had experience doing his job.

7. Similar discrimination in pay occurred around 1999 to 2002. There was a bid for a job in my department. Jodie Thibedoux (white) got the job. He was lower than us in terms of seniority. Cargill immediately raised his salary so that it matched what the rest of us in the department were making.

8. There were other specific compensation issues in our department. In shipping, there were four of us and three us were black. Although other lead people made only

$.50 more an hour than the other employees, our lead man, Mr. Bebers (white) made $2.00 more an hour than us.

9. I complained from time to time about my salary and not getting raises. There were four different Plant Managers while I worked at Cargill; Mr. Franklin, Mike Martin (white), Bruno Lioi (white), and Herb Holly (white). Each of them responded to my salary and raise complaints in the same way – blaming budget problems. I once even called the district manager when Bruno Lioi was Plant Manager. The District Manager said they were not going to make our pay match that of the other departments. I also approached Gary Palmer (white), Personnel manager. I told him I believed there was favoritism in the plant. I wanted to use the word discrimination, but I could not get proof. I still felt that blacks were not treated as well as whites at Cargill.

Promotions

10. Not all jobs were posted at Cargill. Management did not post supervisor or manager positions. It seemed as though they just selected who they wanted. All the openings for those positions were usually filled internally by whites. During my tenure, management moved only one black into a supervisor role. Jack Finnels (black) was given a supervisor position. However, towards the end of my tenure, Cargill was reducing its forces and the first supervisor to be forced to step down to a Leadsman was Mr. Finnels.

11. I also felt that whites were given better jobs than blacks. The majority of the lead persons were white. All the office personnel were white. Maintenance, which was also a good job and made more money than I did, had all white employees. Finally, the Sales Department was all white. Blacks held 15 of the 49 floor jobs in 1996.

Training

12. I do not feel that I was given the same training opportunities as my white co-workers. Whenever there was training or whenever there was a training trip, only white employees went.

13. When I was first hired in, I was working with Jack Dodson (white). I had been hired the same time as Chester Bossley (white). Mr. Dodson was always helping Mr. Bossley work in different areas and train him on new things. Mr. Dodson would always say that he would get to training me "next week," but he never did. I had to learn everything on my own. Even when I had to learn to load sheets of wire, which is a complicated job, I had to learn it myself. The supervisors always showed the white guys how to do things, but I was never taught. I had to take the initiative to learn on my own.

Discipline

14. I believe that I was unfairly disciplined because of my race while I worked at Cargill. During my second or third year, I was working twelve-hour shifts. I had dozed off for a moment and my manager, Mr. Sipole, caught me sleeping. He had previously caught two other white employees sleeping, but he just kicked the chair to wake them up and gave them a verbal warning not to do it again. Yet I was not given a verbal warning. I was immediately suspended for three days without pay.

15. There was a system in place for reviewing that type of discipline. Cargill had a peer review board, which was a group of employees who would provide the accused employee and the manager an opportunity to speak. In my case, I was able to pick two employees, both black. Three other white employees were chosen, two picked by Mr.

Sipole and then a human resource person. The board decided I could keep my job, but that I had to serve the suspension. I still did not think that that was fair because the white employees had been given verbal warnings and nothing else and here I was going without pay for three days.

Performance Reviews

16. I believe I received a yearly evaluation while at Cargill. Reviews were supposed to let an employee know where he stood and what areas needed improvement I don't recall ever receiving a great review. My reviews would always say things like, "John is not motivated" or "John lacks leadership skills." I did not agree with those reviews and usually I would not sign them or I would add a rebuttal page saying I felt singled out or targeted. A couple of times, I took my review to management to discuss it because I did not think the review matched my work performance.

17. My experience regarding reviews was not unique. Most if not all of my black co-workers had all received negative comments on their reviews.

18. I was concerned because the company had laid off some employees and I knew that reviews factored into the decision of who got laid off and in what order. This was especially important for me as a black man because it seemed that we were the first to go no matter what. For example, there was one lay off in the winter of 1998 or 1999 where 6 employees were laid off. Only two of those employees were white and those whites were also the ones that complained about work the most.

Work Environment

19. While I worked at Cargill, I felt discriminated against. One time, in my first or second year, I came to work and saw two white co-workers, Heath Ogden and Jack

Dodson, and another black worker. Mr. Dodson, as lead person, asked me to read the shipping order. The other black worker accidentally put the wrong materials on it. Mr. Dodson then said, "I wonder why that boy couldn't understand that?" I went the Plant Manager, Mr. Franklin, the very next day and told him what Mr. Dodson had said. Mr. Franklin did not believe me.

20. Another time, when I was unloading rod and working on a forklift, I suffered a back injury from riding on the bumpy surface. I informed my supervisor, Mr. Sipole, that I was injured and needed medical attention. Standard procedure after that included the supervisor completing paperwork for me and taking me to the hospital. However, in my case, this did not happen. I feel that because I was black, Mr. Sipole refused to offer me any assistance. I went the Plant Manager and was told to drive myself. I felt discriminated against. I told my Union upon my return and the Plant Manager responded that *I* was the one who did not cooperate.

21. I also feel that black employees are scrutinized more than white employees. For example, some employees would be on the floor talking and the supervisor would just pass by them if they were white employees. However, if it were a group of black employees, the supervisor would tell them to get back to work.

22. Overall, I think Cargill is a difficult environment for blacks. We are treated differently than white employees on all levels. I feel I was paid less than my white co-workers for the majority of my tenure and given worse reviews throughout my tenure just because of my race. Also, I was not given the respect that white workers received. I never remember hearing any white worker be called "boy."

23. I worked there at the time because I needed a job. However, I did not like working at Cargill. I was bothered by racial discrimination I felt and saw happening to other black workers.

I declare under penalty of perjury the foregoing is true and correct and executed this 19 day of December, 2003 at Beaumont, Texas.

{ *city, state* }

John Selman

John Selman

# EXHIBIT 18

713.523.5400
Houston

CSR INCORPORATED
CHARLOTTESMITHREPORTING

409.839.4407
Beaumont

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MINNESOTA

FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, ET AL. ) | |
| ) | |
| On behalf of themselves and all others similarly situated, ) | C.A. NO. 01-CV-2086 |
| ) | CLASS ACTION |
| Plaintiffs, ) | INJUNCTIVE RELIEF SOUGHT |
| VS. ) | JURY TRIAL DEMANDED |
| CARGILL, INCORPORATED, ) | |
| Defendants. ) | |

*******************************************

**ORAL DEPOSITION OF**

**JOHN WADE SELMAN**

**March 12, 2004**

**Volume 1 of 1**

*******************************************

ORAL DEPOSITION of JOHN WADE SELMAN, produced as a witness at the instance of the Defendant, and duly sworn, was taken in the above-styled and numbered cause on March 12, 2004, from 9:12 A.M. to 5:03 P.M., before Kelly L. Bigham, RPR, CSR in and for the State of Texas, reported by machine shorthand at the offices of Charlotte Smith Reporting; 235 Orleans; Beaumont, Texas; pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached herein.

Q Do you recall when you went back?
A No.
Q Were you off for a week?
A I can't recall how long I was off.
Q What other sorts of harassments did Mr. Sipole engage in in your opinion?
A During the time - during the time that I - that I was caught - well, nodding - sleeping -- We had maybe about 45 minutes left in the shift maybe, maybe a little bit longer, maybe about an hour. He walked up on me, kicked my chair, and told me to go home.
I do understand what I did was wrong, but prior to that - I don't know how long - maybe four to five months, six months, a year - he caught two other Caucasians sleeping, kicked their chair, told them to get up, go to work, drink some coffee.
Q Who were these other two people?
A I do not recall their names. I was trying to think. I can't recall their name. I have got an idea of one, but I wasn't too sure, but it happened.
Q How do you know that it happened?
A Because they talked about it and especially after my incident, what happened to me, other coworkers that were working with them -- They worked

in the rolling department - that worked with them in the rolling department was saying it was wrong for what Rick did because he woke them up, but he told me to go home and I got suspended.

Q So, you didn't --

MS. PATTON: I'm sorry, Ms. Fitzgerald. I don't think he finished his answer.

MS. FITZGERALD: He said: So I got suspended.

A Yeah, yeah, I got suspended. Yeah. I got sent home, and then I got suspended.

Q (By Ms. Fitzgerald) So, you didn't see anyone else sleeping? You personally didn't see anyone sleeping?

A I have seen someone sleeping, but not actually see supervisors come up there waking them up, though, but I have seen them sleeping in the rolling department. See, the rolling department, they have -- It used to be an old building that used to have an old office upstairs. So, they used to go upstairs and steal the chairs and they would sit them back in the rolling department and they'd get relaxed and they'd doze off and it is on nights and he caught two of them. Now, I'm not saying the two on the same

date, but two people that he actually caught.
Q How -- Who told you about these incidents?
A A guy by the name of Ricky Ruffin. He told me. I can't remember the name of the guys. Ricky Ruffin and -- I'm trying to think who else was working in the rolling department. I think John Chaney was. Yeah, I believe them two.
Q Did they tell you that they seen these individuals sleeping when they were caught?
A With their own eyes? No, they didn't say it like that. They just said that Rick have caught two other people - Caucasians - sleeping, and he just kicked their chair.
Q How do you know that he didn't discipline them in any other way?
A They didn't get sent home.
Q Do you know, though, if he disciplined them in some other way?
A That I don't know, but standard policy, you know, on the job, if you get caught sleeping, it's suspension and it was written in Cargill's handbook because at the time I had one when I got suspended, and I just wanted to know how bad it was and I was on ground for termination.
Q I'm sorry?