# EXHIBIT 19

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF RAYMOND E. FOWLER**

I, Raymond E. Fowler, declare that the following is true and correct:

1. I am a 53-year-old African American male. I received an associates degree in computer science from Butler Community College in 1991. I attended Cargill IT College for two years. I finished in 1997. I was one of the first 50 in the world to complete the Cargill IT College.

2. Cargill hired me in April 1992 as a Senior Programmer Analyst for the Wichita, Kansas IT Department. John Lowman (Caucasian), the IT Director, and some other Caucasian male with the last name Miller interviewed me. At the beginning, my supervisor was Gaylen Sinkey (Caucasian). Then I reported to John Blair (Caucasian) Mareda Kennedy (Caucasian) and then Doug Hye (Caucasian). In April 1994, I became a Senior Business Analyst. That position was actually the same type of position I had before. The positions were similar in nature and pay. I did not receive a pay increase when my title changed.

3. I left Cargill in July 1997. I had been disappointed about not receiving support from my manager, Mr. Hye, in terms of pursuing advancement opportunities. A headhunter called me concerning another opportunity with a different company, so I left to pursue that opportunity.

4. When I resigned, others also had recently resigned. Those others were offered additional money to stay. I was not offered additional money.

5. In my immediate department (IT common systems), there were about seven or eight people. The whole IT Department had between 100 to 150 employees.

Out of all those employees, I believe that I was the only African American. Being the only African American in a large department of a large company made me wonder about discrimination. My thoughts at the time were that I was older and why wasn't Cargill recruiting African American college students?

Promotions

6. I feel that I was passed over for two promotions while I was at Cargill. When Ms. Kennedy left, Mr. Hye was given her job, even though he had only been there a year. The position was never posted. Management did not say how Mr. Hye got the job. I felt that I should have at least been asked about the job, but the decision was a 30 minute discussion behind closed doors. Mr. Hye ended up with the job, even though I had more seniority and more Cargill experience.

7. Shortly before I left, I had been looking on the Cargill website for job openings. I found a position for a Senior Consultant at my location. The posted qualifications were: knowledge of multiple functions of the company. My abilities included payroll, financials, JDE support for Cargill worldwide and knowledge of the following platforms: PC, midrange and mainframe. I met all the posted qualifications. I had done a lot of payroll work and converting systems. I was very knowledgeable of many of the functions the job required. I felt I would be the most qualified candidate. I wanted to conduct further research on the position, since it was newly created. I asked human resources about the position, but they could not tell me anything about the job. I asked human resources what I could do to be eligible for that position, but I never got a response. Mr. Hye indicated to me that the only chance I had at that position was if I learned to "walk on water" or something similar. I became very discouraged at that point

and so I never applied for the position because I felt that without Mr. Hye's support, I had no chance at the job.

8. I don't think that anyone received the position while I worked at Cargill. I was disappointed because I had really wanted that position. The position was basically for an expert IT Consultant on multiple functions and platforms. The person would have to know a lot about the whole company and be able to multitask. I felt I was perfect for the position, yet the position remained open because Mr. Hye would not support my application.

9. There was also a time when my supervisor, John Blair (Caucasian) disappeared with no warning and I was asked to take over the big project that he had been working on. The project was an Epic Success, which involved converting all of payroll into Cargill's system. I spearheaded the project. We had video conferencing throughout the region. I never received a salary increase for that work, even though it was completed ahead of schedule and was a success.

Work Environment

10. I was aware of Cargill's diversity program. The goal was to fix diversity and all the pieces that were broken. Basically, the idea was to understand why there was no diversity at Cargill and then fix the problem. I was involved in the diversity program, but it was just getting started at the time. There was a group of us, CEO down to regular employees. There was a worldwide video conference. Human resources was there. I was just a committee member.

11. I think the diversity problem stemmed from upper management. If an employee didn't do things concerning diversity the way management wanted them to be

done, they would hold it against you, make your life miserable, and force you to quit or they would fire you.

12. I was also aware of the 1992 diversity study. I don't think it turned out very well. The tendencies for African Americans or any minorities to be promoted were low. Cargill also had a problem retaining African American workers.

13. The next job I had after Cargill was short-lived because the company was sold and decided to move to a different location. Mr. Hye called my job and left me a voicemail after he had heard that my company was sold and that I would be out of a job. He was laughing about my situation. He actually was enjoying the fact that I was now out of work. The message upset me greatly.

14. I had trouble finding work, and I needed a job. I had heard that other employees who lost their jobs had been hired by Cargill. So, I decided to try to get my job back at Cargill, even though I was not pleased with Mr. Hye. I applied for re-hire, but I never received even a phone call. When I called and asked about the status of my resume, they said they never received it and that I should send another. So I sent them another resume. I never received a response from Cargill. I was never re-hired by Cargill, even though I was eligible for re-hire.

15. I still was having difficulties finding a job, even though Cargill had hired a lot of my co-workers. I then started to wonder what Cargill was saying to my potential employers.

I declare under penalty of perjury the foregoing is true and correct and executed

this 19 day of JANUARY, 2004 at WICHITA, KS.
{city, state}

Raymond E. Fowler



56170

# EXHIBIT 20

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

COPY

RODERICK ARNOLD, et al., On )
behalf of themselves and all )
others similarly situated, )
)
Plaintiffs,)
)
vs. ) Civil Action No.
) 01-CV-2086(DWF/AJB)
CARGILL, INCORPORATED, )
)
Defendant.)
)

D E P O S I T I O N

The deposition of RAYMOND E. FOWLER taken on behalf of the Defendant pursuant to the Federal Rules of Civil Procedure before:

SUSAN K. ORTH-NEVIL, C.S.R.

a Certified Shorthand Reporter of Kansas, at Suite 220, 100 North Broadway, Wichita, Sedgwick County, Kansas, on the 22nd day of March, 2004, at 9:19 a.m.

Q. I'm sorry, you were not offered additional money to stay at Cargill?
A. Correct.
Q. In Paragraph 6 of your Declaration, on Page 2, you say that you were passed over for two promotions while up at Cargill.
A. Is that a question?
Q. I apologize. I'm trying to get my question in order. I'm a little bit slow. The first position that you felt that you were passed over while at Cargill, what position was that?
A. That would have been the management position for our department.
Q. That was the position that Ms. Kennedy had left?
A. Correct.
Q. The position that Mr. Hye had been given?
A. That's correct.
Q. Did you apply for this position?
A. No. It was never posted.
Q. Is that a typical -- was that typical for the positions not to be posted?
A. I would think that it would be a requirement to post the position but I couldn't answer

that completely because I'm not in HR.
Q. Did you let anybody know that you were interested in that position?
A. No. The position was not posted and it was decided within a 30-minute time frame so there wasn't any opportunity to let anyone know.
Q. So the position was given to another party within 30 minutes?
A. Correct.
Q. Do you know how Mr. Hye received that, received the supervisory or management position that you had wanted?
A. I believe that Lori Taylor, Mareda Kennedy, Doug Hye, another manager by the name of Doug, can't think of his last name, they had a closed door meeting, he came down and within 30 minutes they made a decision, they came out, pulled our group together and told us Mareda was leaving and Doug was going to take her place.
Q. But you had never told anybody that you wanted that position, the supervisory position?
A. Can you rephrase that?

Q. Had you mentioned to anybody that you were interested in the position that Ms. Kennedy was leaving?
A. No.
Q. In Paragraph 7 you mention that you were looking on the Cargill Web site for job openings and found the position for a senior consultant; is that correct?
A. That's correct.
Q. And did you ever apply for this position?
A. No.
Q. Why didn't you apply for the position?
A. Well, I did. The first step was to go to my immediate supervisor and I was discussing that position with Mr. Doug Hye. And at the time he had indicated he wasn't aware of the qualifications for that position and I happened to have a copy and I showed it to him and that's when we kind of went over the particulars and he felt that -- answered me with something similar to, you had to be able to walk on water to do this. No one qualified in the department. But I went to HR and HR said they weren't familiar with the qualifications as well. I gave them the

same document and they looked at the document and he said I needed to go back to Doug Hye. So I was going in circles.
Q. At that point you gave up?
A. Shortly thereafter, this is when the opportunity came from the headhunter.
Q. But you never formally applied for the position of Senior Consultant?
A. Correct.
Q. Okay. Do you know of anybody else who was interested in that position, I'm sorry, in the position of senior consultant?
A. No.
Q. Do you know if anybody ever applied for that position?
A. While I was there, I don't believe so.
Q. Okay. Paragraph 10 discusses your awareness of Cargill's diversity program, Paragraph 10, Page 3. I'll give you a chance to get there.
A. Okay.
Q. In your opinion, what was Cargill's diversity program about?
A. Well, my opinion is that they had a kickoff meeting and Lori Taylor and some of the

# EXHIBIT 21

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF ANGELA Y. REID**

I, Angela Y. Reid, declare that the following is true and correct:

1. I am a 36 year old African American female. From 1985 to 1987, I attended Winston Salem University majoring in accounting. I then attended Kings College for a year, again majoring in accounting.

2. Cargill hired me as title document clerk in July 1996. I worked in the Loan Processing Department of a plant in Charlotte, North Carolina. My first manager was Terry Thornton (Caucasian female), and later I reported to Judy Ehrenfreund. (Caucasian female), Senior Loan Processor.

3. I actually got the job at Cargill through the help of a friend of mine, Deanna Rocket (Caucasian). I sent in a resume and I had an interview with Rick Daugherty (Caucasian), Office Manager. I was not promised a particular salary, but Ms. Rocket said she would try to get me close to the salary I had been making at another company. However, my salary ended up being a little less that at my previous employer.

4. I remained a title document clerk until the Loan Processing Department closed in January 1998 and I lost my job. I had to sign a release in order to receive severance pay. I needed the severance pay because I did not have a job immediately lined up and I needed to be able to support myself.

5. I felt that Cargill discriminated against African Americans. I am not saying that all Caucasians employees were bad, because some did treat African Americans the same as Caucasians. The problem was that the Caucasians who did have bad attitudes towards African Americans were the employees that held managerial

positions. From my experience and observations, I felt that I and other African Americans were limited to certain jobs and would never be able to advance into positions of higher pay or higher authority.

6. Since starting at Cargill, I felt I was underpaid. I complained once about my compensation. In early 1997, we all received a raise. I questioned the amount of raise I received compared to the loan processors. I felt that with my experience and education, that I should have received a bigger raise. Mr. Daugherty and Ms. Ehrenfreund told me only that raises were dependent on how much the branch brought in. They did not explain why my raise, in particular, was lower than others.

7. While I worked at Cargill, I do not recall seeing job openings posted. I found out about job openings through word of mouth. I never received a promotion while at Cargill. In 1997, I applied for a promotion. There were two Asset Specialist positions involving Mobile Home closings. I believe that the jobs were in our law department and the duties included assisting the attorney. The qualifications for the position were knowledge of customer service. I felt I met the qualifications. I told Ms. Ehrenfreund that I was interested and she turned it over to Mr. Daugherty. I did not receive the promotion. The positions went to Selina Porter (African American) and to Jackie Icenhour (Caucasian). I know that Ms. Porter was more than qualified for the position. I believe that I was more qualified than Jackie Icenhour. Jackie Icenhour came in as a temporary worker and then she got the promotion over me.

8. I think it was harder for African Americans to move up at Cargill. In general, I felt that friends of the boss, mostly Caucasian males, were the ones who received promotions. Ms. Ehrenfreund was the only white female I know of who ever got

promoted into management. In addition to my experience, I also saw other African Americans being denied or passed over for promotions. I believe that Audrey Dixon (African American) was denied a promotion. She had worked at Cargill a long time without a promotion.

9. There was also a point where I was given more responsibility without a change in job title, pay grade or pay. After I had been at Cargill for about a year, I was asked to complete research on other accounts in addition to my regular job duties. I felt that another person could have worked full time on that job alone. Yet, here I was, doing my job and another job, and I did not even get a raise.

10. I also feel that I was not given the same training opportunities as my Caucasian co-workers. About six months after I started working, I asked for some training in loan processing. I did not receive the training but I believe that Jackie Icenhour did.

11. I believe my race affected other areas of my employment at Cargill as well. There is one specific instance where I believe I was unfairly disciplined. About a year after I had been at Cargill, I was supposed to turn in a project to Mr. Daugherty. I missed my deadline because I was not given all the information I needed. I was not given the information because Mr. Daugherty had to authorize all the information I needed and he failed to do that. Mr. Daugherty was then late with his portion of the project. He used me as a scapegoat. Mr. Daugherty gave me a verbal warning. I think if I would have been Caucasian, I would have received the information I needed to complete my project in a timely fashion and thus I would not have been disciplined. Instead, I was denied

information to complete my project and then yelled at because I did not have that project done, all because I was African American.

I declare under penalty of perjury the foregoing is true and correct and executed this 17th day of January 2004, at Charlotte NC.
{city, state}

Angela Y. Reid

# EXHIBIT 22

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RODERICK ARNOLD, NII-AKWEI ACQUAYE, SEAN ALLEN, HOLLIS BRANHAM, TOYA BROWN, DAWN COLLINS, LOIS DARDEN, DELLA DICKSON, VIRGINIA DOUGLAS, RONALD GARRUS, MARGO HARVEY, CHENETA HUGHEY, JACQUELINE JENKINS, KEITH LEWIS, VALERIE MASON-ROBINSON, MICHAEL MITCHELL, PHYLLIS REECE, TONYA ROSS, CHARLES SCOTT, CLINTONIA SIMMONS, TAUSHA TATE, EMILY TYLER, JACQUELINE WILLIAMS, CHERYL WILLIS, SEAN WRIGHT, Plaintiffs, vs. CARGILL, INCORPORATED, Defendant. | Civil File No. 01-CV-2086 (DWF/AJB) |

DEPOSITION

OF

ANGELA Y. REID

Tuesday, March 30, 2004
At Charlotte, North Carolina
Reporter: Karen K. Kidwell, RMR, CRR

A. No.
Q. Sponsored by Cargill?
A. No.
Q. Do you believe that you suffered discrimination based on your race in the context of training offered by Cargill?
MR. DOMAN: Objection. Calls for a legal conclusion. To the extent she can understand it as a layman, please give him an answer.
THE WITNESS: I'm sorry. Say your question again?
Q. (BY MR. MICK) Sure. You testified that you didn't receive any training.
A. Uh-huh.
Q. As a Cargill employee. Did you perceive anything discriminatory about the fact that you didn't receive any training as a Cargill employee?
MR. DOMAN: I repeat my objection.
THE WITNESS: Not that I recall.
Q. (BY MR. MICK) Look at paragraph 10 of your declaration if you could, please. Paragraph 10 reads, "I also feel that I was not given the same training opportunities as my Caucasian co-workers. About six months after I started working, I asked for some training in loan processing. I did not receive the training but I believe that Jackie Icenhour did." Did I read that

correctly?
A. Yes. Yes, you did.
Q. Tell me what was this loan processing training that you were, that you wanted?
A. Basically I wanted to learn how to do loan processing, what it entailed. Possibly if I needed to do any outside training myself for a position that may have come open in the area, that's what it was about.
Q. How did loan processing training relate to the title documents clerk position that you held?
A. It basically worked hand-in-hand. Once they, the documents that they had to have in order to do the loan processing, I would need most of those documents to apply for the title for the mobile home.
Q. Do you think you needed this training to do your job as a title document clerk well?
A. I wanted a better understanding, yes.
Q. Had you ever experienced -- expressed any interest in learning about loan processing before this time?
A. Before the six months after --
MR. DOMAN: Objection. Vague and ambiguous.
Q. (BY MR. MICK) Had you ever expressed interest in learning about loan processing prior to the time where you asked for the training that we're speaking of here in paragraph 10?

A. I had talked about --

MR. DOMAN: I repeat my objection.

THE WITNESS: Sorry. I had talked about it, but it was basically whenever I sat with -- I took it upon myself to sit with a loan processor whenever I had a free moment and ask them, could you show me what you're doing with this? But I never got any formal training.

Q. (BY MR. MICK) Had you done any loan processing prior to this time?

A. No, no.

Q. You say that you asked for some training in loan processing. Who did you ask?

A. I asked Judy Ehrenfreund. She was my supervisor at the time.

Q. What did you say to her? How did you go asking?

A. I basically confronted her and told her that I would like training in loan processing if it was, you know, any formal training available that, I would like to try.

Q. Did you say that there was a particular class that you wanted to go to?

A. No, I didn't know if there was any classes. I was asking in general.

MR. DOMAN: Angela, you've got to let him finish his questions, and please slow down a little bit.

THE WITNESS: I'm sorry.

Q. (BY MR. MICK) Was there ever a particular loan processing training course or program that you asked to be a part of?
A. No.
Q. What did Judy say when you told her that you wanted to take whatever loan processing training was out there?
A. She said it was a good idea, if I recall.
Q. Anything else?
A. Basically that, and she would look into it.
Q. Did she look into it?
A. I don't know if she ever did.
Q. In the last sentence of paragraph 10, you say that you did not receive the training, but Jackie Icenhour did. What training did she receive that you didn't?
A. She had to receive loan processing in regards to the area that she was hired for, which was the closing department -- well, the area that she went to, which was the closing area.
Q. So the training was required for her job?
A. Uh-huh.
Q. Was there -- was this a particular course that she went to or how was this training handled?
A. I believe the, if I recall, the supervisor over that area actually sent her to that training.
Q. Who was that supervisor?

A. Her name was Rickie. I can't remember her last name.
Q. Do you know how long Jackie had been in the closing department before she received this training?
A. No, I don't.
Q. Had it been longer than six months?
A. I don't know.
Q. Did you think it was unfair for Jackie to receive the training?
A. Yes.
Q. And you not receive the training?
A. Yes.
Q. Why did you think that?
A. Because --
MR. DOMAN: I'm sorry. What was the question?
MR. MICK: I asked why she perceived there to be discrimination in the fact that Jackie Icenhour was trained in loan processing and she was not.
MR. DOMAN: I thought the question was unfair or fair. I wasn't sure.
MR. MICK: Well, let me --
MR. DOMAN: Is it discrimination or unfair?
MR. MICK: Let's strike all the questions, and I'll start over.
MR. DOMAN: Okay.
Q. (BY MR. MICK) Did you believe it was unfair for