# EXHIBIT 23

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF MARCIA HARRISON**

I, Marcia Harrison, declare that the following is true and correct:

1. I am a 34 year old African American female. I received a Bachelor of Science Degree in Computer Science from Wichita State University in 1997.

2. I started working for Cargill in February 1998 as an IT Associate in the IT Department in Wichita, KS. My job duties included working at the HELP desk, programming and working as an analyst.

3. I got the job because I knew Christy Ferguson, a Caucasian Cargill IT Business Associate. I still had to fill out an application, send in my resume and go through two interviews with Cory Archibald (Caucasian). I do not think that I would have received an offer if I had not known a current employee. I remained an IT Associate until I left to pursue other opportunities in April 1999.

4. Even though I was able to get a job at Cargill, I still felt that Cargill discriminates in its hiring of African Americans. Out of the 100 to 200 people that worked in the IT Department, only 3 employees were African American. I also witnessed several of my African American college classmates apply for jobs at Cargill. I don't think any of them were ever interviewed, let alone offered jobs. Cargill had the reputation of not hiring African Americans.

5. Although employees rarely discussed salaries, I believe Caucasians employees with backgrounds similar to mine were making more money than I was. Actually, I know that other Caucasian employees, such as Christy Ferguson and Brenda

McKinney, received a bonus during the year I worked at Cargill because they told me. In contrast, I never received a bonus from Cargill.

6. In my experience, Cargill was a difficult place for African Americans to advance. First, I only remember seeing analyst jobs posted. I do not recall ever seeing any management jobs posted. Second, there were very few African Americans, most of us were recent hires at the time, and there was only one African American manager. Third, the mostly Caucasian male managers seemed to be part of the "old boys club." Part of the reason I feel that way is because during the winter I went to visit the Cargill plant. During lunch, one of the Caucasian managers from a different department, whose name I do not remember because I did not see him that often, was making racists jokes about "drunken Indians." I felt that he wanted to say something racist about African Americans, but didn't because I was there. I could not understand how Cargill could allow racist people to be in charge of others, especially in manager positions with responsibility for reviewing employees and promoting employees. Also, it seemed that Caucasian male managers conveyed an attitude of Caucasians in charge and sticking together. Finally, I spoke to a few African Americans from other departments, Latonya, a receptionist whose last name I can't remember, and Kahami Speight, who mentioned to me that they repeatedly tried to get promoted, but never succeeded.

7. I felt that Cargill gave African Americans less on-the-job training than our Caucasian co-workers. I did receive ORACLE training while at Cargill. However, in November or December of 1998, I asked to receive training for IMPROMPT, which was software that was very important to know for my job. I was not permitted to get IMPROMPT training. I was told that only one person was allowed to go and that person

was Daniel (I don't remember his last name), one of my Caucasian co-workers. I believe this training disparity existed because the Caucasian managers were more comfortable with Caucasian employees, thus promoting more communication and a better learning environment.

8. While at Cargill I always felt that African Americans had to work harder than their Caucasian co-workers. It seemed that in addition to Caucasian managers being less comfortable with African American employees, they would also give us more work than our Caucasian peers. Working at Cargill seemed easier for Caucasians—they had more privileges and were favored by management. I felt that as an African American employee, I was less valued than any Caucasian employee.

9. I also felt that as an African American, I was scrutinized differently than Caucasians. For example, if the three of us African American employees would be talking together, management would make sure they stopped us from visiting and would tell us to get back to work. On the other hand, no one would say anything if a group of Caucasians was visiting. I felt like an outsider at Cargill.

10. I do not remember any diversity programs at Cargill. I was always surprised at how few African Americans were employed at the Cargill office in Wichita because there is a decent sized minority population in Wichita to draw workers from. Yet, it seemed to me that no efforts were made to recruit African American employees. I was never asked to help recruit at colleges or aware of any conscious efforts by Cargill to seek minority employees.

I declare under penalty of perjury the foregoing is true and correct and executed this 1 day of December, 2003 at Waldorf, MD.

{city, state}

Marcia Harrison

Marcia Harrison

# EXHIBIT 24

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ORIGINAL

RODERICK ARNOLD, et al., )
Plaintiffs, )
v. ) No. 01-CV-2086
CARGILL, INC., ) (DWF/AJB)
Defendant. )

- - - - - - - - - - - -

DEPOSITION OF MARCIA WOOLRIDGE HARRISON

Friday, March 26, 2004

The deposition of MARCIA WOOLRIDGE HARRISON was convened on Friday, March 26, 2004, commencing at 9:08 AM, at the offices of DORSEY & WHITNEY LLP, 1001 Pennsylvania Avenue, Suite 300 South, Washington, D.C., before Cheryl A. Lord, Registered Professional Reporter, Certified Realtime Reporter, and Notary Public for the District of Columbia.

Job No. 158935

decision?

A. I don't know.

Q. Do you know who was eligible to receive bonuses among the Cargill IT employees in Wichita?

A. I don't know.

Q. Could you tell me when this conversation occurred where you were told that you didn't deserve a bonus?

A. I don't recall.

Q. Was it in 1998?

A. I don't recall the exact date.

Q. Can you recall approximately how long you had been a Cargill employee before this conversation occurred?

A. I don't recall.

Q. Can you recall what season it was? Fall, winter, summer, spring?

A. I don't recall.

Q. Exhibit number 1, your declaration, paragraph 5, the second sentence reads: Actually, I know that other Caucasian employees

such as Christy Ferguson and Brenda McKinney received a bonus during the year I worked at Cargill because they told me.

Do you know when they received those bonuses -- well, first of all, did I read that correctly?

A. Yes.

Q. Do you know when they received those bonuses?

A. I don't recall.

Q. Do you know whether the bonus was for work completed in a particular year?

A. I don't know.

Q. Do you think it was discriminatory that you did not receive a bonus whereas Ms. Ferguson and Ms. McKinney did?

A. I don't know, because I don't know what it was -- what the bonuses were based on.

Q. Did --

A. I don't know why I wasn't deserving of one, so I don't know --

Q. Do you recall how long you'd been a

Cargill employee at the time this bonus award took place?

A. I don't know.

Q. Did any Cargill management employee ever say something that made you think that you didn't receive a bonus because you're an African American?

A. My manager told me that I wasn't deserving. I don't know what that meant.

Q. Did he say anything at all about your race in that conversation?

A. I don't recall him saying anything about my race.

Q. Did he say anything at all in that conversation that made you think you were being treated differently because you were an African American in this conversation?

A. I don't recall exactly what was said.

Q. Was there anything about the tone of the conversation that made you think that you were being treated differently because you're an

# EXHIBIT 25

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION of LAVERENE H. GOSBY**

I, Laverne H. Gosby, declare that the following is true and correct:

1. I am a 52-year-old African American female. I received a bachelor's degree in human resources from the University of Missouri, St. Louis in December 1980. I completed one year of graduate school at the University of Missouri, St. Louis, concentrating in industrial organizational psychology.

2. I started working at Excel Meats in November 1987 as a Personnel Manager at the Ottumwa, IA plant. Excel Meats is a division of Cargill that handles red meats. I was responsible for the Human Resources Department. I was also responsible for the Health Services Department. In this position, I was responsible for employee and labor relations, recruitment and selection, payroll processing, compensation and benefits, wage and salary administration, training and development and safety and health. Later in the summer of 1995, I took on the responsibility for performing my current duties at Ottumwa as well as for a start-up plant in Marshall, Missouri. I had the same job duties at Marshall, but I was never the official Human Resources Director. At that time, I was performing the job duties of a Regional Director, but I was still paid only my Human Resources Manager salary. I am not aware of what grade level I should have been up to or the pay increase I should have received, but Tim Hill was a regional manager in the beef sector located in Dodge City, KS and I believe that he received a higher salary than I did. I stayed at that position without any promotions until I felt I had to leave Cargill in April 1996.

Promotions

3. My career goal was to work in corporate human resources. I came to believe after being passed over for promotions and lack of networking opportunities, that as an African American salaried employee, I would not be able to achieve my career goal at Cargill. As a result, I left Cargill after eight and a half years of devoted service.

4. I was qualified for a better position at Cargill, especially when recent employees who were college graduates with little or no experience would come in and be placed into corporate human resource positions over me. For example, I once sought out a promotion while at Cargill. In early 1996, Cargill had an opening at the corporate human resources level, which I considered a step in the right direction in achieving my career goals. The posted qualifications were for someone with a human resources background/training and there was a certain number of years experience necessary. I met all the qualifications. After I responded to the posting, I was notified that I was selected to be interviewed. I went to interview in Minneapolis, Minnesota. My interviewers included two Caucasian males. One was the head human resource person at the time. I did not hear from either person I interviewed with. Instead, the head human resources' assistant informed me that I did not get the job. A co-worker in Minneapolis later informed me that a recent college graduate received the job. I was disappointed and confused because I did not understand how a recent grad could have more years of experience than me or have the human resources background or training.

5. In addition to that experience, I also received a feeling from my boss, Bob Mellinger, who was a Corporate Vice President of Human Resources, that I should just stay put. They were well aware of my desire to advance to a corporate human resources position, and they would talk about promotional opportunities coming up, but nothing would ever happen.

6. I was aware that I was not the only African American who was denied a promotion. I knew two African American women who worked at the corporate office in Minneapolis. We would talk from time to time on the phone, and they often mentioned how they had not received promotions either. I believe they ended up quitting shortly after I did to find better opportunities.

7. Throughout my Cargill career I made it known that I was interested in moving up. If programs like Key Employee Identification System (KEIS) and Cargill Leadership Development Program (CLDP) existed while I was employed at Cargill, I was never given a chance to express interest in or be rated under those programs. I do not recall knowing about KEIS. I had heard of CLDP, which is to say that about two years before I left, Mr. Mellinger may have mentioned something about CLDP, but again, nothing happened.

<u>Compensation</u>

8. My compensation was also lower than it should have been, given my responsibilities. I worked at two different locations. I was stationed in Iowa, but for a number of months I also had to cover the plant in Marshall, Missouri. I was doing the work of a regional human resources manager, but I was only getting paid what a human resource manager of even one plant normally made.

Performance Reviews

9. Shortly before I made the decision to leave, I received a directive from Mr. Mellinger that Cargill was changing its evaluation procedure. Cargill was in the process of implementing a new evaluation procedure, the Performance Management Program (PMP). I had to train everyone on the new evaluation process. I was sent to an off-site training session in Omaha, Nebraska where all human resources managers participated in learning the PMP and how to train new employees on the PMP. Although I did not stay at Cargill long enough to conduct evaluations under the PMP, I could see that the process could be manipulated to produce discriminatory results. The supervisor is the person responsible for the reviews and has the final say in what is on the review. If the supervisor does not evaluate the employee through the whole year, there are likely to be surprises for the employee because in my experience, supervisors do not take the time to evaluate employees, so when review time comes around, the supervisor focuses on the recent negatives. Minorities often will have worse reviews because of the lack of coach/employee relationships. That is especially true when the supervisor is Caucasian and the employee is a minority because Caucasian supervisors tend to feel more comfortable with Caucasian employees, which allows a better coach/employee relationship to develop which, in turn, fosters better communication. Since the supervisor may not be as comfortable with African American employees, those employees often receive low scores in communication.

Work Environment

10. I observed from experience at Cargill that Caucasian managers seemed to feel far more comfortable with Caucasians than with African Americans. Caucasian males, therefore, were at an advantage because they got to know the top officials better. The Caucasian males golfed together and Mr. Mellinger had them over for dinner. I was never invited, and I think that was because my Caucasian co-workers blended in better than I did as an African American. I believe that not being invited to those events kept me at a disadvantage.

11. I did not have the same opportunities that my Caucasian male peers had. While I saw newly hired, less experienced Caucasian employees groomed for and placed in positions I was qualified for, I was not encouraged to apply for other opportunities. For instance, the Caucasian males I worked with were invited to our manager Bob Mellinger's house for dinner, but I was never once invited. Dinner gatherings at Mr. Mellinger's house happened regularly. Many times, other Excel Meats human resources managers were invited, but I was never invited to one of those dinners. I felt that by not being invited, I was missing out on an opportunity to get to know my fellow human resources managers and for them to get to know me. I know that networking is very important because it provides an opportunity to talk with others in the field about various human resources issues. I felt there was no opportunity for African Americans to network with the supervisors and managers who were Caucasian males.

12. The lack in networking opportunities also led to Mr. Mellinger taking the Caucasian males' side if there was a disagreement. I felt he seldom gave me a chance to state my side because he was a better friend with the Caucasian males and so he just accepted their side of the story, whatever that may have been. He often called me on the phone and just yelled an entire conversation at me, making it clear to me that he had made a conclusion based on his talk with various Caucasian males. He would not let me voice my side of any story. This usually involved labor relations and grievance handling. One specific instance occurred when I had witnessed the event involving an employee that worked closely with me. Mr. Mellinger yelled at me for not resolving the grievance. I tried to explain that I had witnessed the incident in question and that I was in the process of handling the grievance, but Mr. Mellinger did not want to accept that—he wanted to bend the rules and make the grievance disappear from the record.

13. As a human resource manager, I attended meetings once or twice a year with all the human resource employees at Cargill. We never had diversity training while I was there; it was never talked about. As a human resource manager, I was never asked to implement any diversity programs.

14. My duties as human resource manager also included investigating employee complaints. Corporate did not have a formal written policy for most of the time I was there. A call to Corporate to inform them of the complaint was all that was required until right before I left. To my knowledge, most of the complaints were handled at the individual Human Resource Manager's discretion.

15. There was one case I recall specifically, involving the plant manager, Dan Schnitker. Linda, a Caucasian female, who was an hourly employee, made a complaint probably in 1992 saying that Dan had called her a "nigger lover" (the woman had a bi-racial child). I interviewed both Linda and Dan (there were no other witnesses). I placed a memo in Dan's file. The memo contained both Dan and Linda's statements. I also called Mr. Mellinger to inform him of the situation. I know that later Dan gave Linda a couched apology, saying something to the effect that although he didn't admit exactly what Linda said he said, he was sorry. Dan was known to use a very abrasive tone when talking with employees and he was known to use profanity. He was later transferred to another plant.

16. Near the end of my tenure at Cargill, I worked on a quality initiative project. I actually headed the quality initiative in Ottumwa, Iowa. As a committee, we met regularly to try to improve workday procedures and practices. We were to put the information into a report at the end of the year. I typed the information at night using my own computer and printer. Finally, after much hard work, the report was forwarded to the Corporate Office in Minneapolis. After the report was turned in, a committee from Cargill headquarters went through all the reports to select the best ones to compete for the Cargill Process Award (which had previously been known as the Phil Crosby Award). The top ones would then be audited.

17. I had worked on two quality reports at Cargill, both making it to the top to compete for the award. The second time Cargill did an audit, the Auditor (an older, heavyset Caucasian male) said that my quality report was not true, that we did not make improvements and that I was basically lying. Also, the Cargill auditor thought someone else had done the work. I believe that the unwillingness to believe that I had written the report and that I had accomplished quality improvements was largely race-based.

18. I think that if I had been Caucasian, Cargill would not have accused me of using someone else's work nor would they have doubted my improvements. This experience really upset me because I had worked so hard and cared so much about improving quality and yet, this company where I had worked for eight years was calling me a liar and denying my hard work. That whole experience really got to me and made me feel like I needed to leave because my work would be doubted just because I was an African American.

19. The experience at Cargill impacted my life. I was often frustrated and thought I was wasting my time. I would regularly complain to my husband about my lack of advancement opportunities. Finally, my husband encouraged me to leave Cargill, even though we had strong ties in the community, just so that I could move on to another job that would challenge me and provide me with the advancement opportunities I was denied at Cargill.

I declare under penalty of perjury the foregoing is true and correct and executed this 14th day of January, 2004, at Chelmsford, Massachusetts.

{ *city, state* }

Laverne H. Gosby

Laverne H. Gosby

# EXHIBIT 26

Volume: I

Pages: 1 to 251

Exhibits: 1 to 5

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

Civil Action No. 01-2086 DWF/AJB

- - - - - - - - - - - - - - - - - - x

RODERICK ARNOLD, et al., on behalf
of themselves and all others
similarly situated,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

- - - - - - - - - - - - - - - - - - x

DEPOSITION OF LAVERNE H. GOSBY

Friday, March 26, 2004

9:25 a.m.

Roberto, Israel & Weiner, P.C.

100 North Washington Street

Boston, Massachusetts

Reporter: Lisa A. Moreira, RMR/CRR

his first name was Pete, but I'm not sure.

Q. And did the interviews take place jointly, or were there two separate interviews?

A. Separate.

Q. How did the interviews go, from your perspective?

A. I thought it went well with Pete. The second person I didn't think it went that well.

Q. What about the interview with the second person?

A. He seemed preoccupied at the time.

Q. What would you or what did you submit, if anything, in this case along with your application?

A. I don't recall submitting anything other than a resume.

Q. Would you have submitted previous performance reviews?

A. They would have -- I would not have. They would have gotten that information from probably my boss, Bob Mellinger.

Q. In the course of your interviews did it seem like they had some information about your past performance?

A. Yes.

Q. How did the -- was there any sort of indication given to you at the conclusions of these in-person interviews about, first of all, what might happen next?
A. Yes.
Q. What did they tell you would happen next?
A. They were still interviewing, and they would get back to me.
Q. And any other indication about, from their perspective, whether they thought things went well or not well?
A. Not that I recall.
Q. Did you, in fact, get -- I think you mention in here at some point in time you were notified about a decision being made with respect to that position?
A. Yes.
Q. And how did you find out about that?
A. A female called and told me. I think it was an assistant. I didn't know the person.
Q. Do you recall her name?
A. No.
Q. Was it someone you had met while you were in Minneapolis for the interviews?

A. No.
Q. Well, what did she say to you?
A. That someone else had been -- had accepted -- had been offered and accepted the job.
Q. Do you know about how much time had passed since you being in Minneapolis to the point in time you were notified about the decision?
A. About three weeks, if that. It didn't take long.
Q. But it was more than a day or two?
A. Yes. I believe so.
Q. Did you get any other information about, well, who they picked in this conversation?
A. I don't recall in that conversation that I did.
Q. Did you ask any questions of the person who called you to notify you?
A. Not that I recall.
Q. At some later date did you get some information about who might have been selected for the position?
A. Yes.
Q. Okay. And it says here in your declaration that there was a co-worker in Minneapolis who gave

you some information about the person who received the job?

A. Yes.

Q. Who is that co-worker?

A. I don't remember her name.

Q. And when you say "co-worker," is it someone that you had actually worked with in the past?

A. It was someone that I knew had conducted the training sessions from Cargill.

Q. This would have been the training sessions you were bringing in to the Ottumwa facility?

A. Yes.

Q. How did this contact get made? Did she call you up? Did you call her up?

A. I believe she called me.

Q. Do you know -- how would she have known that you had applied for the position?

A. Because I saw her when I was there.

Q. When you were in Minneapolis?

A. Yes.

Q. Did you tell her at that time you were up there for an interview?

A. Yes.

Q. And what did this person -- you said it was

someone who might have been down there to conduct training?

A. I'm almost sure it was.

Q. Does the name Yvonne Blaine ring a bell?

A. Yes, I even mentioned that name to Lori, and I thought maybe I'm wrong.

Q. You think it was Yvonne that was calling you?

A. Yes.

Q. You think it might have been?

A. I think it might have been. I'm serious.

Q. Well, your description would seem to fit of her doing training.

Anyway, what did this person tell you -- what sort of information did they provide you about the decision that was made with respect to that job?

A. I remember her saying that this was a college -- someone who was right out of college.

Q. Do you remember the name of the person who got the job?

A. No, and I don't think she gave me that information.

Q. Do you know anything beyond what this person told you about her being a recent college graduate

about this particular individual's experience, educational background?

A. I can tell you that -- Teresa's probably going to get on my case about this, that stuck so -- it just hit me that nothing was going to happen at that point, and if they were to bring -- if they brought someone in that had so little experience over mine, that it was never going to happen and I needed to leave. That's why I remember it.

Q. Okay. I don't doubt that that's how you felt. My question was just, did you have any other information about this person?

A. I don't believe so.

Q. Okay. So other than the fact that this person from Minneapolis who you had known and also run into while you were up there called you up and said a recent college graduate was hired for the position, you don't have any other information about, A, whether that is, in fact, true?

A. Right.

Q. Or, you know, even if that is true, anything else about her background?

A. That is correct.

Q. Do you know what race the person was who was

hired?

A. No.

Q. But it was communicated to you that -- well, maybe I'm reading into this.

Was it communicated to you that it was a woman hired into the position?

A. No.

Q. Okay. So you don't know whether it was a man, woman, or the race of the person?

A. I don't recall knowing that, no.

Q. Okay. Did you -- you just described you had a strong reaction to hearing that information. Did you do anything as a result of that? Did you talk to anyone?

A. I talked to Bob Mellinger about it.

MR. IWAN: Do you want to take a break?

THE WITNESS: Yes.

MR. IWAN: Good.

(Recess taken)

BY MR. IWAN:

Q. Turning back to Exhibit 4 of your declaration and, I think, looking at Paragraph 5, which you may already be open to, you talk about your boss, Bob Mellinger, and then in the second