**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on June 21, 2004, I caused the following documents:

Notice of Motion to Strike Untimely Declarations, or in the Alternative, to Compel Declarant Depositions;

Motion to Strike Untimely Declarations, or in the Alternative, to Compel Declarant Depositions;

Memorandum in Support of Motion to Strike Untimely Declaration, or in the Alternative, to Compel Declarant Depositions; and,

Affidavit of Melissa Raphan in Support of Memorandum in Support of Motion to Strike Untimely Declaration, or in the Alternative, to Compel Declarant Depositions, and Supporting Exhibits.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan M Coler**
scoler@sprengerlang.com

**Mark John Ginder**
ginder.mark@dorsey.com

**Holly S A Eng**
eng.holly@dorsey.com

**Michael Iwan**
iwan.michael@dorsey.com

**Paul Barry Klaas**
klaas.paul@dorsey.com

**Ryan E Mick**
mick.ryan@dorsey.com

**Melissa Raphan**
raphan.melissa@dorsey.com

**Michael D Lieder**
mlieder@sprengerlang.com

**Teresa Kathleen Patton**
tpatton@sprengerlang.com

**Lawrence P Schaefer**
lschaefer@sprengerlang.com

**Steven M Sprenger**
ssprenger@sprengerlang.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

**Not applicable**

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

**Arthur J. Boylan**
boylan_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

**Susan M Coler**
scoler@sprengerlang.com

**Lawrence P Schaefer**
lschaefer@sprengerlang.com

Dated: June 21, 2004 **s/ Dyana Schallenberger**