# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

Roderick Arnold, et al.,

Plaintiff(s),

v.

Cargill Incorporated,

Defendant(s).

**COURT MINUTES**
BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv2086 (DWF/AJB) |
| Date: | July 1, 2004 |
| Court Reporter: | none |
| Tape Number: | chambers tape |
| Time Commenced: | 9:00 a.m. |
| Time Concluded: | 9:30 a.m. |
| Time in Court: | 30 Minutes |

APPEARANCES:

For Plaintiff: Lawrence Schaefer and Susan Coler
For Defendant: Mark Ginder and Melissa Raphan

Interpreter / Language: NA / NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Hearing by telephone on defendant's Motion to Strike Untimely Declarations or in the alternative to Compel Depositions [234].
Plaintiff further seeks determination on document confidentiality, re: statistical reports.

Motions taken under advisement as of: June 30, 2004

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Paul S.
Signature of law clerk