# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 Federal Building
515 West. First Street
Duluth, MN 55802
(218) 529-3500

# ECF Form
# Application to File Documents Conventionally

A party may conventionally file exhibits that cannot be converted to electronic form (e.g., video tape, audio tape, etc.) without seeking leave to do so. A party must file a Notification of Conventional Filing to indicate the item on record. If a party has a voluminous filing (eg. exhibits), they may seek leave of court to file the documents conventionally. A party may seek to leave of the court to file documents such as exhibits conventionally. Parties should allow enough time **(5 days)** for the Judge to review the request to file conventionally, so that the filing may be done in a timely manner before the deadline. If approved, exhibits filed conventionally must be filed according to the ECF Procedures available on the court's website at:http://www.mnd.uscourts.gov/cmecf/index.htm.

**Filer's Name:** **Susan M. Coler**
Attorney Bar ID: MN No. 217621
Address: Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, Minnesota 55403

Phone Number: 612/871-8910
E-Mail Address: scoler@sprengerlang.com

Item(s) wish to file conventionally (To ensure a timely response, please be very specific by including the format of the information, approximate number of pages, and why this information cannot be made available in electronic format):

On Monday, July 19, 2004, plaintiffs will be filing their Memorandum in Support of Plaintiffs' Motion for Class Certification in the matter of *Arnold v.Cargill, Inc.*, No. 01-CV-2086 (DWF/AJB). In conjunction with this Memorandum, we will be filing numerous exhibits including witness declarations, expert reports, deposition testimony,

deposition exhibits and discovery responses, which we anticipate will total about 6,000 to 9,000 pages.

We will be filing a portion of these exhibits conventionally because they are confidential and must be filed under seal pursuant to a Protective Order already filed in this case. However, that still leaves approximately 4,000 pages of exhibits we would need to scan for electronic filling. With the 2.0 MB limit for each attachment, we anticipate that there will be between 125-150 attachments to the Motion.

We have spoken with the ECF Staff. They have told us that they believe there is a total size limit for one electronic filing. However, they are unsure of what that limit is at this point and can give us no assurance that we will be able to electronically file these exhibits successfully. Accordingly, we now seek leave to file these exhibits conventionally.

We fully support electronic filing and intend to electronically file the other documents related to this motion, including the Notice of Motion, Motion, Declaration of Lawrence P. Schaefer, and the Certificate of Service. Nonetheless, given the volume of exhibits and potential size limitation for one electronic filing, we have no choice but to file this request. Please do not hesitate to contact me if you have questions. Thank you.

If this request is approved, please follow the instructions in the ECF Procedure Guide for filing documents conventionally with the Clerk's Office.

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document under the Other Documents menu option.
Select "Application to File Conventionally" event.