**EXHIBIT A**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

# IF YOU ARE AN AFRICAN AMERICAN AND ARE OR WERE EMPLOYED BY CARGILL, INC., A CLASS ACTION LAWSUIT MAY AFFECT YOUR RIGHTS.

*A court authorized this notice. This is not a solicitation from a lawyer.*

- Current and former African American employees have sued Cargill, Inc. ("Cargill") alleging race discrimination against African Americans in violation of 42 U.S.C. § 1981.
- The Court has allowed the lawsuit to proceed as a class action on behalf of:

    All salaried African Americans through salary grade 15 who were employed by Cargill at any time during the liability period.

- The Court has not decided whether Cargill did anything wrong. There is no money available now, and no guarantee there will be. However, if you are a member of the class, your legal rights are affected, and you have a choice to make now:

| YOUR LEGAL RIGHTS AND OPTIONS IN THIS LAWSUIT | |
|---|---|
| **DO NOTHING** | **Stay in this lawsuit. Await the outcome. Give up certain rights.**<br>By doing nothing, you keep the possibility of getting money or benefits that may come from a trial or a settlement. But, you give up any rights to sue Cargill separately about the same legal claims in this lawsuit. |
| **ASK TO BE EXCLUDED** | **Get out of this lawsuit. Get no benefits from it. Keep rights.**<br>If you ask to be excluded and money or benefits are later awarded, you won't share in those. But, you keep any rights to sue Cargill separately about the same legal claims in this lawsuit. |

- Your options are explained in this notice. To ask to be excluded, you must act before **[INSERT DATE].**
- Lawyers must prove the claims against Cargill at a trial set to start Month 00, 0000. If money or benefits are obtained from Cargill, you will be notified about how to ask for a share.
- **Any questions? Read on and visit www.cargillcase.com.**

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** ........................................................................ PAGE 3
1. Why did I get this notice?
2. What is this lawsuit about?
3. What is a class action and who is involved?
4. Why is this lawsuit a class action?

**THE CLAIMS IN THE LAWSUIT** PAGE 4
5. What does the lawsuit complain about?
6. How does Cargill answer?
7. Has the Court decided who is right?
8. What are the Plaintiffs asking for?
9. Is there any money available now?

**WHO IS IN THE CLASS?** PAGE 5
10. Am I part of this Class?
11. Which current and former employees are included?
12. I'm still not sure if I am included.

**YOUR RIGHTS AND OPTIONS**.................................................................PAGE 6
13. What happens if I do nothing at all?
14. Why would I ask to be excluded?
15. How do I ask the Court to exclude me from the Class?

**THE LAWYERS REPRESENTING YOU**......................................................PAGE 7
16. Do I have a lawyer in this case?
17. Should I get my own lawyer?
18. How will the lawyers be paid?

**THE TRIAL** ..........................................................................................PAGE 7
19. How and when will the Court decide who is right?
20. Do I have to come to the trial?
21. Will I get money after the trial?

**GETTING MORE INFORMATION**..............................................................PAGE 8
22. Are more details available?

# BASIC INFORMATION

## 1. Why did I get this notice?

Cargill's records show that you currently work, or previously worked, for Cargill. This Notice explains that the Court has allowed, or "certified," a class action lawsuit that may affect you. You have legal rights and options that you may exercise before the Court holds a trial. The trial is to decide whether the claims being made against Cargill, on your behalf, are correct. Judge Donovan W. Frank of the United States District Court for the District of Minnesota is overseeing this class action. The lawsuit is known as *Arnold, et al, v. Cargill, Inc.*, Civil Action No. 01-CV-2086.

## 2. What is this lawsuit about?

This lawsuit is about whether Cargill discriminated against African American employees based on their race, by paying similarly situated non-African Americans more money, by not providing training or development opportunities to African American employees that were provided to similarly situated non-African Americans, by not promoting African-American employees at the same or similar rates or under the same or similar circumstances as non-African Americans, by terminating African Americans at greater rates and in circumstances where non-African Americans were not terminated, and/or by creating or tolerating working conditions which caused African Americans to be forced to leave the company. More information about federal laws prohibiting job discrimination can be found at the website of the U.S. Equal Employment Opportunity Commission, www.eeoc.gov.

## 3. What is a class action and who is involved?

In a class action lawsuit, one or more people called "Class Representatives" (in this case Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Della Dickson, Virginia Douglas, Cheneta Hughey, Jacqueline Jenkins, Keith Lewis, Vivian Little, Valerie Mason-Robinson, Anthony Mcdowell, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, Steve Wint, and Sean Wright) sue on behalf of other people who have similar claims. The people who sued – and all the Class Members like them – are called the Plaintiffs. The company they sued (in this case Cargill) is called the Defendant. One court resolves the issues for everyone in the Class – except for those people who choose to exclude themselves.

## 4. Why is this lawsuit a class action?

The Court decided that this lawsuit can be a class action and move towards a trial because it meets the requirements of Federal Rule of Civil Procedure 23, which governs class actions in federal courts. Specifically, the Court found that:

- ✓ There are more than 1,600 Class Member who are or were employed by Cargill during the relevant time period;
- ✓ There are legal questions and facts that are common to each of them;
- ✓ The Class Representatives' claims are typical of the claims of the rest of the Class;
- ✓ The Class Representatives and the lawyers representing the Class will fairly and adequately represent the interests of the Class;
- ✓ The common legal questions and facts are more important than questions that affect only individuals; and
- ✓ This class action will be more efficient than having many individual lawsuits.

More information about why the Court is allowing this lawsuit to be a class action is in the Court's Order Certifying the Class, which is available at www.cargillcase.com.

# THE CLAIMS IN THE LAWSUIT

## 5. What does the lawsuit complain about?

In the lawsuit, the Plaintiffs say that Cargill discriminated against African American employees. They claim that Cargill's performance appraisal, compensation, employee development, promotion, and termination processes were all used to discriminate, and that many African American employees were paid less, not promoted, not trained or developed, received lower performance appraisal scores, terminated or forced to leave in circumstances where non-African American employees were or would have been treated more favorably. You can read Plaintiffs' First Amended Complaint at www.cargillcase.com.

## 6. How does CARGILL answer?

Cargill denies that it did anything wrong.

## 7. Has the Court decided who is right?

The Court hasn't decided whether Cargill or Plaintiffs are correct. By establishing the Class and issuing this Notice, the Court is not suggesting that Plaintiffs will win or lose this case. Plaintiffs must prove their claims at a trial starting [INSERT DATE]. (*See* "The Trial" below on page 7.)

## 8. What are Plaintiffs asking for?

Plaintiffs are asking for changes in Cargill's policies to ensure that African American employees are treated fairly and equally in the workplace. They want Cargill's policies and practices to ensure that African Americans are not subjected to discrimination. Plaintiffs also want lost wages and any other compensatory damages, as well as punitive damages to deter and punish Cargill for its past wrongs for Class Members.

## 9. Is there any money available now?

No money or benefits are available now because the Court has not yet decided whether Cargill did anything wrong, and the two sides have not settled the case. There is no guarantee that money or benefits ever will be obtained. If they are, you will be notified about how to seek monetary relief.

# WHO IS IN THE CLASS

You need to decide whether you are affected by this lawsuit.

## 10. Am I part of this Class?

Judge Frank decided that all African Americans who were employed by Cargill or will be employed between August 22, 1995 and the present are Class Members.

## 11. Which current and former employees are included?

Former employees are in the Class as long as they were employed by Cargill any time after August 22, 1995. This includes working for any wholly-owned subsidiary of Cargill operating in the United States

## 12. I'm still not sure if I am included.

If you are still not sure whether you are included, you can get free help at www.cargillcase.com, or by calling or writing to the Plaintiffs' lawyers in this case, at the phone number or address listed in question 23.

# YOUR RIGHTS AND OPTIONS

You have to decide whether to stay in the Class or ask to be excluded from Class before the trial, and you have to decide this now.

## 13. What happens if I do nothing at all?

You don't have to do anything now if you want to keep the possibility of getting money or benefits from this lawsuit. By doing nothing you are staying in the Class. If you stay in and Plaintiffs establish that Cargill did discriminate against the Class, you will be notified of how to establish that you were affected by this discrimination and how to pursue your claim for damages. You will also be legally bound by all of the Orders the Court issues and judgments the Court makes in this class action.

## 14. Why would I ask to be excluded?

If you already have filed your own race discrimination lawsuit against Cargill asserting the same claims as those asserted by the Class and want to continue with it, you need to ask to be excluded from the Class. If you exclude yourself from the Class – which also means to remove yourself from the Class, and is sometimes called "opting-out" – you won't get any money or benefits from the Class claim even if Plaintiffs obtain them as a result of the trial or from any settlement (that may or may not be reached) between Cargill and Plaintiffs. However, you may then be able to sue or continue to sue Cargill for race discrimination that occurred or occurs at any time. If you exclude yourself, you will not be legally bound by the Court's judgments in this class action. If you start your own lawsuit against Cargill after you exclude yourself, you'll have to hire and pay your own lawyer for that lawsuit, and you'll have to prove your claims. If you do exclude yourself so you can start or continue your own lawsuit against Cargill, you should talk to your own lawyer soon, because your claims may be subject to a statute of limitations. Note that if you exclude yourself from this lawsuit and you are currently employed by Cargill, any changes made to Cargill's policies about the treatment of African Americans would still apply to you.

## 15. How do I ask the Court to exclude me from the Class?

To ask to be excluded, you must send an "Exclusion Request" in the form of a letter sent by mail, stating that you want to be excluded from *Arnold, et al. v. Cargill, Inc.* Be sure to include your name and address, and sign the letter. You must mail your Exclusion Request postmarked by **[INSERT DATE],** to: Sprenger & Lang, PLLC, Attn: Cargill Litigation Team, 325 Ridgewood Avenue, Minneapolis, MN 55403. You may also get an Exclusion Request form at the website, www.Cargillcase.com.

## THE LAWYERS REPRESENTING YOU

### 16. Do I have a lawyer in this case?

The Court decided that the law firm of Sprenger & Lang, PLLC, of Minneapolis, MN and Washington, DC, is qualified to represent you and all Class Members. The law firm is called "Class Counsel." They are experienced in handling similar cases against other employers. More information about the law firm, its practices, and its lawyers' experience is available at www.sprengerlang.com.

### 17. Should I get my own lawyer?

You do not need to hire your own lawyer because Class Counsel is working on your behalf. But, if you want your own lawyer, you will have to pay that lawyer. For example, you can ask him or her to appear in Court for you if you want someone other than Class Counsel to speak for you.

### 18. How will the lawyers be paid?

If Class Counsel gets money or benefits for the Class, they may ask the Court for fees and expenses. You won't have to pay these fees and expenses. If the Court grants Class Counsel's request, the fees and expenses would be either deducted from any money obtained for the Class or paid separately by Cargill.

## THE TRIAL

The Court has scheduled a trial to decide who is right in this case.

### 19. How and when will the Court decide who is right?

As long as the case isn't resolved by a settlement or otherwise, Class Counsel will have to prove Plaintiffs' claims at a trial. The trial is set to start on [INSERT DATE AND TIME], in the United States District Court for the District of Minnesota, [INSERT STREET ADDRESS], St. Paul, MN [INSERT ZIP CODE], in Courtroom [INSERT FRANK COURTROOM NUMBER]. During the trial, a Jury and/or the Judge will hear all of the evidence to help them reach a decision about whether Plaintiffs or Defendant are right about the claims in the lawsuit. There is no guarantee that Plaintiffs will win, or that they will get any money for the Class.

### 20. Do I have to come to the trial?

You do not need to attend the trial. Class Counsel will present the case for Plaintiffs, and Cargill will present its defenses. You and/or your own lawyer are welcome to come at your own expense.

### 21. Will I get money after the trial?

If Plaintiffs obtain money or benefits as a result of the trial or a settlement, you will be notified about how to participate. We do not know how long this will take.

## GETTING MORE INFORMATION

### 22. Are more details available?

Visit the website, www.cargillcase.com, where you will find the Court's Order Certifying the Class, the First Amended Complaint that Plaintiffs submitted, as well as an Exclusion Request form. You may also speak to one of the lawyers by calling toll-free (800) 265-6531, or by writing to: Sprenger & Lang, PLLC, Attn.: Cargill Litigation Team, 325 Ridgewood Avenue, Minneapolis, MN 55403.

DATE: [INSERT DATE].