UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' NOTICE OF MOTION**
**FOR CLASS CERTIFICATION**

TO: Cargill, Incorporated, and its counsel, Paul Klaas, Mark Ginder, Melissa Raphan, and Holly S.A. Eng, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that Plaintiffs will move the court for an order to maintain this action as a class action, based on the papers served with this motion and the hearing scheduled before the Honorable Donovan W. Frank, on Friday, October 1, 2004, at 11:00 a.m., in Courtroom 2 of the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota. Plaintiffs will seek the relief set forth in the Plaintiffs' Motion for Class Certification and Proposed Order, submitted and served with this Notice of Motion.

Respectfully submitted,

Dated: July 19, 2004 **SPRENGER & LANG, PLLC**

By: ***s/Lawrence P. Schaefer***

Lawrence Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (DC Bar No. 418736)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

COUNSEL FOR PLAINTIFFS