# DOCUMENTS

# REMOVED

# PURSUANT TO

# COURT ORDER

# (DOC 371)