UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated, | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | CLASS ACTION |
| *Plaintiffs*, | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**NOTIFICATION OF CONVENTIONAL FILING**

**OF**

**CD-ROM CONTAINING DEPOSITION TESTIMONY**
**OF ALL DEPOSITIONS CITED**
**IN SUPPORT OF PLAINTIFFS' MOTION**
**FOR CLASS CERTIFICATION**

***FILED UNDER SEAL***

This filing is in conventional or physical form only, and is on file with the Clerk's Office.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

____ Voluminous Documents (*PDF file size larger than the e-filing system allows*):

___ Unable to Scan Documents

___ Physical Object (description):

_X_ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media:
CD containing complete transcripts of all depositions cited in Appendix 7, referenced in Declaration of Lawrence P. Schaefer in Support of Plaintiffs' Motion for Class Certification.

__X_ Item(s) Under Seal*: CD referenced above

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description):

Dated: July 20, 2004

**SPRENGER & LANG, PLLC**

By: ***s/Susan M. Coler***

Lawrence Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (DC Bar No. 418736)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

COUNSEL FOR PLAINTIFFS