UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION |

**PLAINTIFFS' NOTICE OF APPEAL OF ORDER ON MOTION TO STRIKE DECLARATIONS OR, IN THE ALTERNATIVE, TO COMPEL DECLARANT DEPOSITIONS**

TO: Cargill, Incorporated, and its counsel, Paul Klaas, Mark Ginder, Melissa Raphan, and Holly S.A. Eng, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that, pursuant to Local Rule 72.1(b)(2), plaintiffs hereby appeal Magistrate Judge Arthur J. Boylan's July 13, 2004, Order on Motion to Strike Declarations or, in the Alternative, to Compel Declarant Declarations. This appeal is based upon the record before the Magistrate Judge and the brief filed with this Notice.

The basis of this appeal is that the July 13, 2004, Order is clearly erroneous and contrary to law in that plaintiffs were inappropriately sanctioned for conduct that was in compliance with the Federal Rules of Civil Procedure and the Scheduling Order in this case.

Respectfully submitted,

Dated: July 26, 2004

**SPRENGER & LANG, PLLC**

By: ***s/Lawrence P. Schaefer***

Lawrence P. Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (DC Bar No. 418736)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

COUNSEL FOR PLAINTIFFS