exh 3a

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**APPENDIX 1: SUMMARY EXHIBITS**

**Replacement for Summary Exhibits 3, 5, 7 and 8.**

SCANNED
JUL 26 2004
U.S. DISTRICT COURT MPLS

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | | Minnetonka, MN | 111:15 Q Did Mr. Leslie ever say anything that you<br>16 considered to be discriminatory in any way?<br>***<br>19 A During my presentations we would -- as a business<br>20 unit we all gave presentations just about every<br>21 month and during some of mine some of the comments<br>22 he would make were to the effect that, "Don't<br>23 worry, we won't eat you." That is what I recall.<br>***<br>282: 23 A His comments. His comments to me in group<br>24 settings were, I felt, discriminatory when he<br>25 commented that, I am paraphrasing here, don't<br>283: 1 worry, we won't eat you.<br>2 Frankly, you know, for me that evoked a<br>3 lot of thoughts about what he meant by that. You<br>4 know, was it cannibalism? Was it a reference to<br>5 cannibalism? | 111, 282-83 |
| | Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | | Minnetonka, MN | 116: 2 Q Did Mr. Banks [co-worker] tell you that Mr. Leslie had it in<br>3 for you because of your race?<br>4 A I believe he did.<br>7 Q And as best you can recall what did Mr. Banks say<br>8 to you?<br>9 A Mr. Banks, as far as I can remember, as we were<br>10 having the conversation and I told him I was<br>11 having a difficult time he said, "Yeah, I know."<br>12 And then he made a comment about, "Boy,<br>13 I think he has it in for you and I don't know<br>14 why." Then he said, "It's probably because you're<br>15 not like him."<br>16 Q Did you ask him what he meant by that?<br>17 A Yes.<br>18 Q And what did he say?<br>19 A He said, "Come on, you're black." | 116 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | | | 116: 8 A. The -- the president of the division determined<br>9 that I didn't -- didn't fit his -- his profile<br>10 for a salesperson.<br>11 Q. Who was the president of the division?<br>12 A. Mike Urbanic.<br>13 Q. And he's the same Mike Urbanic we talked about<br>14 before?<br>15 A. Yes.<br>16 Q. How do you know he determined that you didn't<br>17 fit the profile?<br>18 A. The -- the national sales manager told me. | 116 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | | | 212:19 A. And in my experiences as department managers at<br>20 the facilities -- and thinking specifically of<br>21 -- of the Cedar Rapids operation -- would have<br>22 senior managers come in once every six months<br>23 for a business review. . .<br>***<br>213: 2 . . . In<br>3 my time slots I would receive kind of what I<br>4 would call heckling, specifically directed at me<br>5 from Urbanic is the -- probably the most<br>6 significant player that I could think of who<br>7 would introduce the heckling as I would get up<br>8 to give my presentation. And his comments to me<br>9 were -- were such that well, guys, get ready.<br>10 Here is a bunch of BS getting ready to come at<br>11 us, to roll up your -- roll up your pants legs.<br>12 And, of course, he would get laughter from the<br>13 group. And then no sooner than I would get into<br>14 my presentation, I would be standing in front of<br>15 him, just like I'm sitting across from you. He<br>16 would proceed to go to sleep. So, needless to<br>17 say, it -- it would make me feel uncomfortable.<br>18 And so I conducted an experiment -- I called<br>19 it -- in that I would let my employees give the<br>20 same presentation that I would develop to see<br>21 what his reaction was. And he didn't react in<br>22 the same manner. He didn't make a comment. He<br>23 was attentive during the session. He didn't get<br>24 up and leave as he had done during my<br>25 presentation. So that was a -- that was a -- an<br>214: 1 example to address something that you were<br>2 asking about at the Cedar Rapids facility. . . | 212-14 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 2001 | Corn Milling<br>Minnetonka, MN | 278: 3 Q. . . . During the period of time that you have<br>4 served as the corporate rail fleet manager, from<br>5 January, February of '01 up until now. . .<br>6 . . . is<br>7 there anything that has occurred in your work<br>8 life that you believe constitutes racial<br>9 discrimination against you?<br>10 A. The first item I can think of is almost<br>11 immediately after accepting the position as rail<br>12 fleet maintenance manager, Mr. Cox brings me<br>13 into his office and kind of -- what I would<br>14 describe as a ritualistic marking of the<br>15 territory, talks to me about the fact that I had<br>16 contacted an attorney and made some allegations<br>17 against the company. And that he was willing to<br>18 bury the hatchet if I would let it go. | 278 |
| | Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | | 396:15 Q. Are you aware of an organization called the<br>16 Ebony Council?<br>17 A. Yes.<br>18 Q. What's that?<br>19 A. That is a recognized organization in Cargill of<br>20 African American employees who have developed a<br>21 -- a network.<br>22 Q. What's the purpose of the organization?<br>23 A. I've read their -- their charter. It's --<br>24 succinctly, it's to -- it's to help fellow<br>25 African American employees succeed in the<br>397: 1 company.<br>***<br>10 Q. How involved are you in it?<br>11 A. With the advent of this case I elected not to be<br>12 involved. I didn't want to jeopardize the<br>13 group.<br>14 Q. Did you have some reason to believe that the<br>15 group would be jeopardized --<br>16 A. Yes.<br>***<br>19 A. . . . I felt or I feel that the company views<br>20 the complaint -- complainants as rabble-rousers, | 396-97 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 21 troublemakers. And so people who are -- or<br>22 groups that are affiliated, in essence, would be<br>23 conspiring against the company. So -- | |
| | Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 2001 | | 397:24 Q. What's your basis for saying that the company<br>25 views the plaintiffs in this case as<br>398: 1 rabble-rousers or conspirators against the<br>2 company?<br>3 A. Well, I'll give you a real good example. When<br>4 the complaint was publicized neither one of my<br>5 supervisors, my direct supervisor or -- or his<br>6 supervisor, would as much speak to me for a<br>7 number of weeks.<br>8 Q. So that was Peter and Dale?<br>9 A. Yes.<br>10 Q. Anything else that makes you say that?<br>11 A. I guess I -- I have witnessed other incidents<br>12 where an employee or -- yeah -- an employee had<br>13 challenged the status quo in what was not deemed<br>14 to be being a team player and methodically<br>15 removed from the organization. | 397-98 |
| | Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | | | 53: 10 And there were conversations<br>11 in the lab where Du [Nguyen, Asian] expressed his dislikes to, dislikes<br>12 for black people by saying when he, when he thinks of<br>13 black men, you think of crime, and by also saying that he<br>14 wouldn't, that he wouldn't sleep with a black woman<br>15 because they're dirty.<br>16 There were several conversations he talked<br>17 about his experience at restaurants. He stated that all<br>18 of his African American customers refused to tip him and<br>19 he didn't want to wait on their tables. | 53 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name/ Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | | | 171: 7 Q. Other than the comments made by Du [Nguyen], are there any<br>8 other discriminatory or racist comments that you have<br>9 heard in the workplace?<br>10 A. Yes.<br>11 Q. What comments are those?<br>12 A. Jim [Jobes] was giving reference to an example for, for<br>13 someone, it was Pete and myself, where he, he used the<br>14 word "nigger."<br>15 Q. When was that?<br>16 A. This fiscal year. | 171 |
| | Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | | | 457:12 A. Okay. In terms of ethic backgrounds<br>13 Mr. Novatny made comments that were racial comments<br>14 about Maxwell Enwere, who is an African-American in<br>15 the office.<br>16 Q. What did he say in regards to Mr. Enwere?<br>17 A. He said that the customers couldn't,<br>18 something along the lines that the customers couldn't<br>19 understand his African English.<br>20 Q. If you know, was Mr. Enwere born in Africa?<br>21 A. Yes.<br>22 Q. Do you know at what point in time he came to<br>23 the United States?<br>24 A. From what I remember, it was for his college<br>25 education. So somewhere along the lines of his early<br>458: 1 to mid-20s.<br>2 Q. Do you know what country in Africa he grew up<br>3 in?<br>4 A. Yes.<br>5 Q. Which country?<br>6 A. Nigeria.<br>7 Q. Did he have any sort of accent that you could<br>8 tell?<br>9 A. Yes. | 457-58 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 1999 | Excel<br>Dodge City, IA | 14. Right before I was demoted, Mr. Stafford asked me to come into his office. During our conversation, I got up and he yelled at me to sit down. He treated me like I was some kind of slave. He told me that he was my superior and that I had to do everything he said. He was using a very nasty tone of voice and yelling terrible things at me. I had had enough, so I told him that he had no right to talk to me like that. I was mad at myself for letting him get to me, but I was also extremely upset for him treating me like nothing. | Para. 14<br>137-142 |
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 1999 | Excel<br>Dodge City, IA | 15. After I was demoted, it seemed like every time I turned around, I was called into the office for petty stuff. On August 18, 1999, I was told that Mr. Stafford wanted to talk to me. I went to talk to him and found him in the Fab Manager's, Steve Thompson (Caucasian), office, along with Mr. Thompson, Dave Wessling (Caucasian), Excel Corporate Human Resource Manager, and Mr. Schnitker [Caucasian Plant Manager]. I spoke to Mr. Schnitker when I entered the room, but he did not respond. He would never look at me, even if I was talking to him. I believe this was because he was prejudiced. Mr. Stafford and I then went next door and he asked me about several things that he said he had been hearing. He asked me if I had said that management was trying to fire the other African American nurse, Karla Alberty. I told Mr. Stafford that I had not said that, even though I felt that management was trying to fire her. He continued to ask me other questions about other nurses and things that I had done, such as put a worker back on work restrictions, which had apparently upset people in upper management. I told him that I felt like he was discriminating against me. I think the whole circumstances were inappropriate. | Para. 15 |
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 2000 | Excel<br>Dodge City, IA | 16. This type of harassment continued from other Cargill managers. One night in January 2000, it was snowing really badly. At the end of my shift, Mr. Gookins [Caucasian Manager] called me into his office. He said he wanted to talk to me about something. I asked if it could wait because I was worried about the weather and Mr. Gookins office was on the other side of the building and so I would be delayed in getting on the road. He insisted that I come to his office anyway. Once I arrived at his office, Mr. Gookins gave me a written warning for being late. The day I was late was a month earlier and the nurses' standard procedure was not to have a strict timetable because of all of our overtime. None of the other Caucasian nurses were written up when they were late. | Para. 16 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | During Employment | Excel<br>Dodge City, IA | 18. . . . [T]here was one day when I was in a meeting, sitting across from Mr. Schnitker. Other people were entering the room. He started telling a story of a big black man in Canada that he used to give a hard time. He was looking at me the entire time and he suddenly ended his story. I got the feeling that there was more to the story and he wasn't finishing it because I was in the room. I felt very uncomfortable. | Para. 18 |
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | After June 1999 | Excel<br>Dodge City, IA | 21. In addition to my experiences of being demoted, instead of promoted in 1999 and being refused a promotion that I deserved and was qualified for in February 2000, I witnessed others not receive promotions. After my demotion, my assistant, Linda Davis (Caucasian) was not given a promotion. Either Mr. Stafford or Mr. Schnitker told her that she was denied the position because I had trained her. Luckily for Ms. Davis, another manager that had been at the Dodge City plant knew the situation and asked Ms. Davis to transfer to his plant in Nebraska to escape the negative environment. | Para. 21<br>202-203 |
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 1999 | Excel<br>Dodge City, IA | 4. In 1999, Mr. Stafford informed me that I was being demoted. I was never told why I was demoted. I think I was demoted because I kept my duty regarding medical confidentiality and the managers did not respect confidentiality. It appeared to me that management wanted to use confidential information and wanted to get people off restricted duty as quickly as possible, sometimes too quickly. I was very upset about being demoted because I felt more than anything that the Plant Manager, Dan Schnitker (Caucasian), wanted a Caucasian Occupational Health Manager. I feel that way because there were rumors that Mr. Schnitker [Plant Manager, Caucasian] had said that the problem with the plant was that it was run by too many minorities. He started replacing people of color in management positions. To me, it was obvious that Mr. Schnitker did not like people of color. | Para. 4 |
| * | Christy, Marvin<br>Declarant - Potential Class Member<br><br>10/12/92 - present | During Employment | Salt<br>Baltimore, MD | 10. . . . I have missed a few days of work because of bad weather. . . I received a verbal warning each time that happened. Also, whenever I was late or sick, I would have to sign a piece of paper saying that I was late or sick. However, I have seen white workers arrive late or leave early, and to my knowledge, they do not receive warnings of any kind. For instance, Jason Primm (white) recently left work early and nothing happened to him. | Para. 10 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Christy, Marvin<br>Declarant - Potential Class Member<br><br>10/12/92 - present | 2003 | Salt<br>Baltimore, MD | 14. An example of where I was treated differently because of my race happened in October 2003. On Monday, I had asked for overtime. Mr. Elliot said he would get back to me. I asked him again on Friday if he had enough people to work on the weekend. Mr. Elliot told me he did not need any more workers for the weekend. Right after that, Mr. Elliot asked Mr. Primm if he could work overtime that Saturday. Mr. Primm reluctantly agreed. Mr. Primm and I are friends and he had heard me ask Mr. Elliot for overtime hours. Neither of could believe that Mr. Elliot did that, but when Mr. Primm asked why I thought it happened, I said "look at the color of your skin." | Para. 14 |
| * | Christy, Marvin<br>Declarant - Potential Class Member<br><br>10/12/92 - present | During Employment | Salt<br>Baltimore, MD | 15. . . . Rafeal Boyd (black) had wanted to be a Processing Operator. However, Mr. Elliot would not allow him the training for the position and instead, let Tom Young (white), who had less seniority, receive the training to become a Processing Operator. | Para. 15 |
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 49:13 Q. What had happened with Mr. Benesh before?<br>14 A. I would ask to like go out and visit some<br>15 customers in certain areas, and he made it like as if<br>16 it wouldn't really be a good fit to go there or ask<br>17 for a particular salesperson for that, if that was<br>18 okay to do -- and it was put like you shouldn't go to<br>19 this company because, you know, you should go to this<br>20 company instead, I think you'd get along with them --<br>21 or they would be more okay with you coming there than<br>22 this company would be.<br>23 Q. What did you think he meant by that?<br>24 A. That -- I felt because I was black I<br>25 shouldn't go to Frazier Paper because of the -- I<br>50: 1 don't want to say type of people, but because of the<br>2 atmosphere there at Frazier versus going to a company<br>3 in Chicago, you know. | 49-50 |
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | During Employment | Corn Milling<br>Cedar Rapids, ID | 89: 7 Q. Okay. When Mr. Jones indicated he had heard<br>8 other people use discriminatory language, was he<br>9 referring to someone besides Mr. Ague?<br>10 A. Yes.<br>11 Q. Do you know who he was referring to?<br>12 A. I can't think of their names. Other plant<br>13 workers. | 89 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 12. I do not think there will ever be an African American person as a Starch Operator because the people that work in that department are overtly racist. Larry Ague (Caucasian) was the worst. Mr. Ague would comment when African American truck drivers would come in that "they" did not know what "they" are doing. He would say "nigger" all the time. He would also make jokes using racial slurs. | Para. 12<br>77-86 |
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 14. I feel that Caucasians workers at Cargill get better assignments than the African American workers. Caucasians also had all the management positions. Caucasians received longer trips for sales meetings. I also felt that only certain people would be assigned to certain accounts. I once asked for a trip to visit sales people and I was finally able go on one trip. However, the Caucasian employees, Wayne Strang, Randy Benesh, Todd Hayek and Kevin Klawitter were able to stay on the trip to network much longer than I was allowed to stay.<br>Training<br>15. I was able to attend customer service training for a week in Madison, Wisconsin in the last week of October in either 1996 or 1997. However, I do not feel I was given the same training as my Caucasian co-workers. They were able to go to sales meetings to build their confidence and list of contacts and I was not. Therefore, I had a harder time building a rapport with other sales people. Mr. Hayek was able to go to events with the sales people, such as golf outings, etc. I was not included on the golf outings. I asked management about it and they said they didn't think I liked golf or that Cargill could not budget for both Mr. Hayek and me to be out of the office at the same time. | Para. 14-15<br>49-60 |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | During Employment | | 158:23 Q Did you ever hear that anyone had said anything<br>24 discriminatory towards African Americans?<br>25 A Yes.<br>159: 1 Q And what was that?<br>2 A It was not uncommon in the evaluation process<br>3 of candidates that were brought in from campus to hear<br>4 African Americans referred to as being too polished, to<br>5 receive that feedback from the -- from the evaluators, or<br>6 they seemed too prepared, and that those would be grounds<br>7 for not extending an offer to the candidate.<br>***<br>163:13 Q Okay. And did you ever hear anyone at Cargill<br>14 refer to a Caucasian candidate as too prepared?<br>15 A I do not recall hearing that. | 158-163 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 254:20 Q And at the time that the phase one committee kind of took shape in April of '98, was there a working definition of VDI?<br>A Yes, there was.<br>Q And what was it?<br>A It's a rather lengthy document.<br>255:1 Q Well, what do you recall?<br>A The statement expressed that Cargill valued all of its employees and that valuing differences really was to exceed the traditional race, sex, ethnic group type definitions of diversity to one that was more inclusive of all -- all employees.<br>Q Did you have any objection to that broader definition?<br>A Can you ask that again, please?<br>Q Did you have any objection to that broader definition?<br>A It seemed a bit watered down.<br>Q What do you mean?<br>A Meaning that the organization adopted a more palatable definition for diversity.<br>Q It adopted a more inclusive definition of diversity.<br>A To be more palatable for the management team.<br>Q Well, would someone who was representing the rights of, you know, gay and lesbian employees be satisfied with the definition of diversity that looked only at race and sex?<br>MS. STRATTON: Objection, foundation.<br>A My perception is that it watered down the traditional definition of diversity and the EEO<br>256:1 statements and policies to be something that would be more acceptable to Cargill management, for them to be willing to act on.<br>***<br>258:14 Q Did you ever hear anyone in management express a view that would indicate a lack of commitment to diversity?<br>MS. STRATTON: Anytime, anywhere?<br>MS. RAPHAN: Correct. | 254-56, 258-59 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 19 A Well, Dave Raisbeck had said at the -- at the<br>20 meeting that he addressed the -- the group on VDI, his<br>21 comment was that it's not that Cargill doesn't want to<br>22 do -- do diversity and do it well, it's that it's a lot<br>23 like going to church. And when you're there on Sunday<br>24 morning, you -- you hear it all, you understand it all<br>25 and accept it all. But then on Monday, you leave and<br>259: 1 sometimes it leaves you too. | |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 402:20 Q And why was corporate IT selected?<br>21 A I was told that corporate IT was selected<br>22 because they had issues in the area of diversity.<br>23 Q And who told you that?<br>24 A It was discussed amongst the team.<br>25 Q And when was it discussed? When is the first<br>403: 1 time it was discussed?<br>2 A In the initial meetings.<br>3 Q And who made the comment?<br>4 A I don't recall who -- who stated that.<br>5 Q And what issues were discussed?<br>6 A Women and minorities in management were<br>7 specifically discussed. | 402-03 |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 425:24 Q Do you have any information that anyone in<br>25 corporate IT intentionally discriminated against African<br>426: 1 Americans at any time?<br>2 A Yes.<br>3 Q And what is that?<br>4 A At a presentation to -- let me back up.<br>5 Cargill sponsored events with participants from various<br>6 campuses at which the company recruited. So invitations<br>7 would be sent to faculty, and then the faculty would come<br>8 and bring students, three, four, something like that,<br>9 from a given campus, and they would spend a day at<br>10 Cargill and have the opportunity to become familiar with<br>11 the organization. As a piece of that, there is a<br>12 management segment, where managers come in and address<br>13 the group, and there's a question and answer discussion<br>14 with senior management. One of those senior managers was<br>15 Lloyd Taylor. And there was a question from the audience | 425-27 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 16 with regards to women and minorities within -- within<br>17 Cargill. A woman asked about the -- that she did not<br>18 observe during the course of the day very many people of<br>19 color in the organization, and she wanted to know about<br>20 women in management positions, as well as people of<br>21 color, and why she didn't seem to see very many. And his<br>22 response to that was, I'm tired of the question of women<br>23 and minorities. We hire and promote the best people for<br>24 the job.<br>25 Q And were you present?<br>427: 1 A Yes, I was. | |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 448:10 Q Have you now told me all ways in which you feel<br>11 Sue Sjeklocha discriminated against you?<br>12 A I felt that the fact that I was a black person,<br>13 or an African American person, in that role as a<br>14 diversity and retention specialist, by me working in that<br>15 capacity, Sue did not have to -- or felt she did not have<br>16 to provide the resources to appropriately support my<br>17 success in that role because the view to the rest of the<br>18 organization was, well, there's -- there's a African<br>19 American in that job and there wasn't a real impetus to<br>20 continue to show the change beyond having a person in<br>21 that role that was African American. | 448 |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 481:11 Q Okay. Do you believe that she's [Sue Sjeklocha] committed to<br>12 diversity?<br>13 A What do you mean by "committed"?<br>14 Q Do you believe that she feels that there is<br>15 value in having diversity in an organization?<br>16 A I don't know if she feels that way or not.<br>17 Q Did she ever say anything to you that indicated<br>18 that she was or she wasn't?<br>19 A She said that she was.<br>20 Q Do you have any reason to believe that that<br>21 wasn't the case?<br>22 A Yes.<br>23 Q And what is that?<br>24 A I -- I felt that as the manager of the<br>25 diversity and retention department, if that was -- if she | 481-82 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 482: 1 was committed to diversity, then her work would have<br>2 looked differently.<br>3 Q In terms of the time between diversity and<br>4 grain, that allocation?<br>5 A That, as well as her availability and support<br>6 for the initiatives that I was working on. | |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 488: 5 Q And what was Mr. Reed's comment about Miss<br>6 Sjeklocha?<br>7 A He also cautioned me on working with a<br>8 diversity initiative within Cargill, and that I should be<br>9 cautious around -- while working with Sue as well.<br>***<br>21 Q Did you ask him why he was cautioning you about<br>22 working with the diversity initiative?<br>23 A Because it had been tried on numerous occasions<br>24 previously, and those individuals who worked on the<br>25 project were no longer employed at Cargill.<br>489: 1 Q And who were those people?<br>2 A Individuals who worked with diversity.<br>3 Q Who is that?<br>4 A Evonne Blaine, Sandy Harris, Bev Franklin.<br>5 They were all African Americans that were involved with<br>6 diversity. | 488-89 |
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2000 | | 187:14 of reorganizing the department. And I believe by about<br>15 September of 2000, I found out that I would be reporting<br>16 to Doug Montgomery.<br>17 Q And for what period of time did you report to<br>18 him?<br>19 A Until December, the end of December of 2000.<br>***<br>188:22 Q Did he engage in any conduct that you thought<br>23 was discriminatory towards African Americans?<br>24 A There was some stereotypical behavior that I<br>25 thought was misplaced.<br>***<br>189: 4 Q And did he make any comments that you thought<br>5 were discriminatory towards African Americans?<br>6 A Yes, I think he did some things that I thought | 187-89 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | were inappropriate.<br>Q And what were the inappropriate comments?<br>A He would do things like say, "Whassup," like he'd seen African Americans do in the commercials, and kind of speak in black dialect from time to time.<br>Q Do you have any examples other than what you just said?<br>A You know, what's -- you know, "What's goin' on," you know, that kind of thing.<br>***<br>"Whassup", and "What's happenin," you know, this black ghetto dialect I thought was inappropriate. | |
| | Dixon, Audrey S.<br>Declarant - Potential Class Member<br><br>01/19/95 - 06/04/97 | 1998 | AFL<br>Charlotte, NC | 3. I left because I could not take it anymore. There were problems in the office. I would see favoritism at Cargill, in the form of Caucasian managers favoring Caucasian employees. Also, management tended to blow up over little things that happened. Those incidents usually involved Caucasian managers and African American employees. A blow up occurred one day and I decided I did not need to be treated that way, so I quit. | Para. 3 |
| | Dixon, Audrey S.<br>Declarant - Potential Class Member<br><br>01/19/95 - 06/04/97 | During Employment | AFL<br>Charlotte, NC | 7. . . . [My Caucasian office manager] had problems dealing with African American employees. I often felt as though other African American employees and I were being used as scapegoats for his mistakes. | Para. 7 |
| * | Dupree, Vance D.<br>Declarant - Potential Class Member<br><br>09/15/98 - 11/28/01 | During Employment | Salt<br>Baltimore, MD | 15. . . . I often heard racial slurs and jokes. I remember one safety meeting in which Mr. Gaimber said something like "people need to stay in their own countries." | Para. 15 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Dupree, Vance D.<br>Declarant - Potential Class Member<br><br>09/15/98 - 11/28/01 | During Employment | Salt<br>Baltimore, MD | 16. I also felt that minorities had to work much harder than white co-workers. In my case, it seemed like I was always being watched. | Para. 16 |
| * | Dupree, Vance D.<br>Declarant - Potential Class Member<br><br>09/15/98 - 11/28/01 | 1995-1998 | Salt<br>Baltimore, MD | 4. While I was working as a temporary worker, I witnessed many other temporary workers move to full time. From what I saw, white guys were hired as full time faster than the black guys. White temporary workers would move to full time in anywhere from 30 days to a year. However, most black temporary workers would not be promoted to full time until after as a temporary worker for three to four years. | Para. 4 |
| * | Dupree, Vance D.<br>Declarant - Potential Class Member<br><br>09/15/98 - 11/28/01 | During Employment | Salt<br>Baltimore, MD | 9. . . . I called in one Friday to let my supervisor know I would be an hour late. When I arrived, Mr. Elliot [Caucasian Manager] jumped all over me and he wrote me up. . . I reminded Mr. Elliot of Al Klosterman (white), who had missed five Fridays in a row without calling. He was never written up or reprimanded in any way. From that experience and others, it seemed that management dogged black employees. | Para. 9 |
| * | Flennoy, Angela M.<br>Declarant - Potential Class Member<br><br>2/28/00 - present | During Employment | CIS<br>Chicago, IL | 18. Another example of unfair discipline of African Americans at Cargill relates to Yolanda Webster. Ms. Webster, a hard-working single mother, worked in the Accounting Department in Chicago. She often put in extra hours, working nights and weekends. Cargill implemented a new balancing system without testing it properly or informing the IT department. Ms. Webster was responsible for helping those working with the system. The new system had a lot of problems. Ms. Webster spent even more time at work trying to fix all the bugs in the system. At the same time, Ms. Webster was given a new manager, Kim Strand (Caucasian). Ms. Strand wrote Ms. Webster up because of all the problems with the new system. Ms. Webster initiated a meeting with her new manager, but then Ms. Strand scheduled Human Resources to meet with Ms. Webster instead. Shortly after that, Ms. Strand wrote Ms. Webster up. Ms. Webster then quit. As I understood it, Ms. Webster felt she had no other options. | Para. 18 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Ford, Glenn<br>Declarant - Potential Class Member<br><br>12/08/69 - 11/01/96 | During Employment | Administration<br>Minnetonka, MN<br>(Office Center) | 13. . . . My reviews were usually exceeds expectations. However, my manager usually wrote something negative on my review like that I was on the phone a lot. I felt that management, especially Mr. Byrnes, wrote those things just to prevent me from getting raises. | Para. 13<br>100 |
| | Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | 1994-1995 | Excel<br>Ottumwa, IA | 17. I had worked on two quality reports at Cargill, both making it to the top to compete for the award. The second time Cargill did an audit, the Auditor (an older, heavyset Caucasian male) said that my quality report was not true, that we did not make improvements and that I was basically lying. Also, the Cargill auditor thought someone else had done the work. I believe that the unwillingness to believe that I had written the report and that I had accomplished quality improvements was largely race-based. | Para. 17<br>216-229 |
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | 1998 | Administration<br>Minnetonka, MN | 12. In October of 1998, the SBD group organized a diversity forum within the department because many in the group felt that women and minorities and people with a different "personality profile" were not given the same opportunities. There was concern that women and minorities do not get the benefit of the doubt, as their white, male counterparts do, so white males get away with behaviors that women and minorities would never exhibit, knowing that they would be disciplined. A number of concerns were expressed by the group at this forum, including many comments along the theme of how Cargill may recruit for diversity, but that the company retains, develops, and rewards only those employees who seem to conform to the "image" that Cargill tries to cultivate. This seemed to result in white males advancing at the company, with women and minorities stagnating and growing increasingly frustrated, often leaving SBD as a result. A number of minority employees, myself included, attributed this to systemic race and gender discrimination, and openly questioned whether Cargill truly valued diversity. The PMP process was extensively criticized as far too subjective and relationship-based, i.e., managers would and could rate employees who they were more "comfortable" with more highly in these reviews, and that this would lead to lower PMP scores for minorities and women. | Para. 12 |

**Summary Exhibit 3**

## SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | 1998 | Administration<br>Minnetonka, MN | 13. At this forum, Management tried to divert the discussion from issues of race and gender to diversity being a way of "thinking about things differently." By watering down the definition of diversity and not directly addressing the specific race and gender issues the group was raising, management rendered the diversity forum useless, and it ultimately fizzled out. | Para. 13 |
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | Beginning of VDI Initiatives | Administration<br>Minnetonka, MN | 14. I was a part of a VDI "Task Force" at the beginning of this initiative, and we met on at least a couple of occasions. In these meetings, Sue Sjeklocha, the VDI Manager, explained that diversity in VDI needed to be defined very broadly because Cargill's managers and its general employee population would resist traditional definitions based on race and gender. She described how diversity efforts focused on these groups in the past had failed, and that managers at the company would "shut down" if VDI focused on these groups. | Para. 14 |
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | During Employment | Administration<br>Minnetonka, MN<br><br>Salt<br>Newark, NJ | 6. I generally observed that African Americans must possess impeccable credentials before Cargill managers will consider hiring them, while their white counterparts can afford to have lesser qualifications. Cargill managers tended to refer to qualified, well-educated white candidates as "polished" while similarly qualified and educated African American candidates were often referred to as "slick." | Para. 6 |
| * | Harris, Dewayne B.<br>Declarant - Potential Class Member<br><br>11/26/84 - 09/02/00 | During Employment | Hohenberg<br>Memphis, TN | 7. I finally left in September 1999 after 15 years of service because I was sick of working at Cargill in a racist environment. I do not think that I was treated fairly. I believe that Cargill discriminated against black employees and I could no longer tolerate it. New white hires started out receiving more pay than me and, then, they advanced quickly. I was stuck at the same position, making the same amount. | Para. 7 |
| | Harris, Teri<br>Declarant - Potential Class Member<br><br>10/8/97 - 9/16/02 | 1998-2002 | CIS<br>Chicago, IL | 14. My managers held me to a higher standard than they did my Caucasian co-workers. I was expected to turn around everything more quickly than anyone else. Generally speaking, my numbers were not wrong, but I noticed that when I did make a mistake, I heard, "Oh, Teri, you should know this." On the other hand, the managers made excuses for mistakes my Caucasian co-workers made. I was expected to make sure their work was correct. If they didn't deliver, I was in trouble, and if I didn't deliver, I was in trouble. | Para. 8 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Harris, Teri<br>Declarant - Potential Class Member<br><br>10/8/97 - 9/16/02 | | CIS<br>Chicago, IL | 26. To my knowledge, Heather Kelley [Caucasian] was never written up for her belligerent and rude behavior towards me. If we had been treated the same, she would have been out of a job like I was. Instead, I she was transferred out of the Risk and Credit Department to the newly developed marketing department | Para. 26 |
| | Harrison, Jerry<br>Declarant – Witness<br><br>10/24/720-005/07/03 | After November 2002 | Phosphprod<br>Green Bay, FL | 7. On the same day that Brown told me to lower Clark's evaluation, Brown told me "that's your problem -- you're too friendly with them." Just that morning Brown had apparently learned that I had purchased a tank of gas for a new African American employee who I needed to have come in for extra shifts and who couldn't afford this expense. Brown said that I shouldn't have "bought that employee gas." | Para. 7 |
| | Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | 1998-1999 | Excel<br>Wichita, KS | 6. In my experience, Cargill was a difficult place for African Americans to advance. First, I only remember seeing analyst jobs posted. I do not recall ever seeing any management jobs posted. Second, there were very few African Americans, most of us were recent hires at the time, and there was only one African American manager. Third, the mostly Caucasian male managers seemed to be part of the "old boys club." Part of the reason I feel that way is because during the winter I went to visit the Cargill plant. During lunch, one of the Caucasian managers from a different department, whose name I do not remember because I did not see him that often, was making racists jokes about "drunken Indians." I felt that he wanted to say something racist about African Americans, but didn't because I was there. I could not understand how Cargill could allow racist people to be in charge of others, especially in manager positions with responsibility for reviewing employees and promoting employees. Also, it seemed that Caucasian male managers conveyed an attitude of Caucasians in charge and sticking together. Finally, I spoke to a few African Americans from other departments, Latonya, a receptionist whose last name I can't remember, and Kahami Speight, who mentioned to me that they repeatedly tried to get promoted, but never succeeded.<br>***<br>201: 7 Q. -- did you observe anything during<br>8 your employment at Cargill that made you think<br>9 that the white managers wanted to exclude African<br>10 Americans from their circle of friends?<br>11 A. Other than the fact that there was<br>12 only one manager -- African American manager, and<br>13 he wasn't with them. | Para. 6<br>180-82, 201 |

## Summary Exhibit 3
## SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | During Employment | Excel<br>Wichita, KS | 8. While at Cargill I always felt that African Americans had to work harder than their Caucasian co-workers. It seemed that in addition to Caucasian managers being less comfortable with African American employees, they would also give us more work than our Caucasian peers. Working at Cargill seemed easier for Caucasians—they had more privileges and were favored by management. I felt that as an African American employee, I was less valued than any Caucasian employee.<br>***<br>109:13 A. There seemed to be too many<br>14 instances of me being either set up to fail or<br>15 having to work too hard to do things that I knew<br>16 other people were easily able to obtain.<br>17 Q. First, who set you up to fail?<br>18 A. Well, I'm talking about things like<br>19 being given an accounting job to do when I<br>20 knew -- when they knew I had no accounting<br>21 experience. And the whole meets expectation<br>22 thing made me feel as if I was being set up to<br>23<br>24 110<br>25<br>110: 1 fail. | Para. 8<br>109-10 |
| | Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | During Employment | Excel<br>Wichita, KS | 9. I also felt that as an African American, I was scrutinized differently than Caucasians. For example, if the three of us African American employees would be talking together, management would make sure they stopped us from visiting and would tell us to get back to work. On the other hand, no one would say anything if a group of Caucasians was visiting. I felt like an outsider at Cargill. | Para. 9<br>83 |
| | Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | During Employment | Seed<br>Minnetonka, MN | 198:20 Q I guess what my question is, is whether there<br>21 are white employees who were treated better than you that<br>22 were in circumstances similar to yours?. . .<br>***<br>24 A I can only relate it to my area, and that's the<br>25 only real clear-cut example -- or the two examples would<br>199: 1 be in relation to being late, for one, and also<br>2 reporting. For instance, a situation between me and Mary<br>3 Kay Vetsch, we're pretty much on the same platform, where | 198-99 |

**SPRENGER & LANG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

RECEIVED
04 JUL 23 PM 3:50
CLERK ... COURT
MINNEAPOLIS, ...

WRITER'S ADDRESS:

**CAROL CESAR FINCK**
MINNEAPOLIS OFFICE
E-Mail: cfinck@sprengerlang.com
Website: www.Sprengerlang.com

1614 TWENTIETH STREET, N.W.
WASHINGTON, D.C. 20009-1001
(202) 265-8010
FAX (202) 332-6652

325 RIDGEWOOD AVENUE
MINNEAPOLIS, MINNESOTA 55403
(612) 871-8910
FAX (612) 871-9270

July 23, 2004

**DELIVERY VIA MESSENGER**

Clerk of Court
UNITED STATES DISTRICT COURT
202 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

*Re:* ***Arnold, et al. v. Cargill Incorporated*; Court File No. 01-CV-2086: Corrections to Summary Exhibits Filed with Plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification, 7/19/04**

Acca per MKC / gmf

Dear Sir or Madam:

We have identified and corrected the paragraphs in the Summary Exhibits listed below to conform to the final Declaration text:

Summary Exhibit 3 – Smith, 38 ¶ 16
Summary Exhibit 5 – Miller, 30 ¶ 7
Summary Exhibit 7 – King, 15 ¶ 15; Smith, 26 ¶ 4-5
Summary Exhibit 8 – Miller, 15 ¶ 6; Smith, 17 ¶ 13

Also, inadvertently omitted asterisks have been added to three Bruce Miller entries in Summary Exhibits 5 and 8.

Enclosed are corrected replacement summary exhibits. Please replace the former summary exhibits with the revised versions. By copy of this letter we are providing copies of these replacements to opposing counsel and to the Clerk for Honorable Donovan W. Frank

Thank you for taking care of this matter. Please contact me at the above number if you have any questions or need anything more.

Very truly yours,

Carol Cesar Finck

Carol Cesar Finck
Legal Assistant

:mbk
Enclosures
cc: Calendar Clerk to Honorable Donovan W. Frank (*w/enclosures – by hand*)
Paul B. Klaas, Esq., et al. ( " " )