01-2086 DWF/AJB
exh 3b

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 4 we reported to John Holbeck directly, but yet her views<br>5 on doing the same reporting were correct, but mine were<br>6 incorrect. And we had the same reports, and I created<br>7 her reports, so that's pretty blatant to say that one was<br>8 correct and one was incorrect when they were the same,<br>9 driven from the same information. | |
| | Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | 1999 | CCI<br>Minnetonka, MN | 205: 6 Then he [David Hamm] just went on to elaborate that I'm<br>7 not doing this, I'm not keeping him in the loop on<br>8 all changes that are going on. I said, Dave, you're<br>9 in the status meetings, you attend all the user<br>10 meetings, and we continued back and forth. And then<br>11 he went as far as to say, you know, Gerry and I, you<br>12 know, we're thinking about RIF'g you. It's not that<br>13 we're thinking about firing you or anything.<br>14 You know, here I am, this is the spring,<br>15 we're two months, two and a half months from<br>16 implementation, I find all this quite odd. And then<br>17 he goes on to elaborate, you don't fit in here. And<br>18 I point-blank asked him what do you mean by I don't<br>19 fit in here? And he in turn said, well, you're too<br>20 structured, you have an MBA. | 205 |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 41:11 Q. Okay. And what made you think that you were<br>12 not being supported because of your race?<br>13 A. There were instances where I was left out of<br>14 meetings, I was left out of conversations and<br>15 discussions having to do with accounts payable. There<br>16 were times when information was given to me after events<br>17 had taken place, and these things directly impacted how<br>18 I did my job. And I felt that they were because I was<br>19 being singled out because I was an African-American.<br>20 Q. And what is it, though, that made you think<br>21 that you were not included in these meetings because you<br>22 were African-American as opposed to some other reason?<br>23 A. Because also I was being harassed, I was being<br>24 publicly humiliated in meetings, I was being belittled<br>25 in front of co-workers, and I felt like my job was -- I<br>42: 1 was being undermined, in my -- in being able to do my<br>2 job, by management. | 41-42 |

SCANNED
JUL 26 2004
U.S. DISTRICT COURT MPLS

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | | CIS<br>Chicago, IL | 66: 25 what it was that she [Sandip Lallie, Indian] said with respect to your<br>67: 1 being late.<br>2 A. I can't remember specifically, but it had to do<br>3 with people of color always being late for meetings. . .<br>***<br>68: 6 Q. What did she say that was the race-based part<br>7 of this joke?<br>8 A. Well, I -- Maybe you would have to have been<br>9 there to -- to hear her tone of voice, to see her face,<br>10 to hear her laughing and to hear the way that she had<br>11 said it, it was race-based. I would not have been<br>12 offended if it -- if it were not race-based. | 66-68 |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2001-2002 | CIS<br>Chicago, IL | 70:22 A. This was during a client event that we -- that<br>23 Cargill had. I believe it was in 2002 or 2001 -- 2001<br>24 or 2002. I had planned a customer event, . . .<br>***<br>71: 1 . . . And<br>2 because I planned the customer event, I was there to<br>3 make sure that everything was working smoothly . . .<br>***<br>6 I was sitting at a table with senior management<br>7 and two -- two or three customers.<br>***<br>10 . . . -- one of the Cargill management people said,<br>11 "How about that Tiger Woods. He's a -- a great player."<br>12 And then another senior management person had<br>13 said, "Yeah, he is a great player." He said, "What<br>14 about our Viv. She's really a black pearl." And the<br>15 other person -- the other management person said, "Well,<br>16 you know, that's what they say about -- about them in<br>17 'The Bell Curve,'" referring to a book that was --<br>18 that's named "The Bell Curve." | 70-71 |

# Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | | CIS<br>Chicago, IL | 84: 22 A. I don't have any names, but what I can say is<br>23 that I have seen him interact with other non-black<br>24 employees and there was always conversation, there was<br>25 greetings, but I was not extended the same -- the same<br>85: 1 type of treatment.<br>***<br>86: 18 Q. Okay. Anything else Mr. Malo [Caucasian] did that you<br>19 thought was treating you differently than other people<br>20 based on your race?<br>21 A. Yes. He -- He did ask me to -- to sit in for<br>22 his administrative assistant because she would be moving<br>23 on to a different department. And I seriously thought<br>24 about it until I was told by another member of senior<br>25 management that the only reason he wanted me to work for<br>87: 1 him was because his assistant happened to be an<br>2 African-American woman and she was complaining about how<br>3 she was being treated, and that's why she was moving to<br>4 a different department. And he needed another<br>5 African-American person to be in that spot because they<br>6 did not want any problems with, I believe it was, the<br>7 EEOC and affirmative action.<br>***<br>88: 1 And human resources really, really pushed me<br>2 very hard to take that position. As a matter of fact,<br>***<br>7 and I felt very uncomfortable with that. I felt like I<br>8 was being used. | 84-88 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2002 | CIS<br>Chicago, IL | 92: 1 A. James Davison did not acknowledge me when I<br>2 spoke to him.<br>3 Q. Is this a passing -- like "hello" in the<br>4 hallway; is that what you're talking about?<br>5 A. It could have been anywhere within the office.<br>***<br>8 Q. But what I want to know is, are you saying that<br>9 you would stand there and talk to him and he wouldn't<br>10 answer you?<br>11 A. I was -- I'm saying that I would be this close<br>12 to him (gesturing), and I would say, "Hello, how are<br>13 you?" and he would look at me and not answer and walk | 92 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | away.<br>Q. How many times did that happen?<br>A. That happened several times.<br>Q. When?<br>A. I'd say during the year 2002. . . | |

Summary Exhibit 3

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | | CIS<br>Chicago, IL | 357:24 A. There was another incident that occurred.<br>25 Mr. Wind was in his office, and there was another person<br>358: 1 in his office by the name of Kelly Brown. I was doing<br>2 some work, I went into his office to give the work to --<br>3 to Mr. Wind. And Kelly Brown said, "Hey, Viv, Pete told<br>4 me that he had a dream about you last night, and it was<br>5 one of those ebony, ivory and jade dreams." And I<br>6 looked at him --<br>7 Q. Looked at who?<br>8 A. I looked at Kelly Brown, and I really didn't<br>9 make a comment. And when he said that -- After he said<br>10 that and after I had looked at him, I saw Peter Wind<br>11 make a face at his desk at Kelly Brown, and then I<br>12 walked out of the office.<br>13 I didn't say anything to either one, but I was<br>14 a bit shocked because I thought that was very, very<br>15 inappropriate to say something like that to someone that<br>16 you worked with on a daily basis. | 357 |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | | | 71: 19 And when I heard that, I almost fell off my<br>20 seat. I mean, it took me a few minutes to compose<br>21 myself after hearing that. And I just sat there for a<br>22 few minutes and tried to compose myself, because I was<br>23 truly offended and shocked and surprised to hear that.<br>***<br>2 A. Kyle Unterseher said, "Yeah, that's what they<br>3 say about them in the book 'The Bell Curve.'"<br>4 Q. What is it that they say about them?<br>5 A. That -- That African-American people are good<br>6 athletes, they're good at sports, and that there are a<br>7 few black pearls that are supposed to be the crème de la<br>8 crème of the race, that are, you know, smart or<br>9 whatever, you know, what have you, and that they're<br>10 special people, I suppose. But, you know,<br>11 intellectually, you know, the rest of them are -- are<br>12 not very smart. But you have your black pearls and you<br>13 have your. . . great sportsmen<br>14 and, you know, so ... | 71 |

## Summary Exhibit 3

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Major-Wilson, Dana M.<br>Declarant - Potential class Member<br><br>03/16/98 - 11/01/98 | 1998 | Oilseeds<br>Minnetonka, MN | 10. Although there were very few African Americans at Cargill, I knew of others who had problems with assignments. Rolesha Edmondson (African American) was as qualified as anyone in her department, the Novell team. However her Caucasian co-workers treated her as if she did not know what she was doing. To me, it seemed Ms. Edmondson was treated that way because she was African American. In other words, none of the Caucasian workers treated each other in the same disrespectful way as they treated Ms. Edmondson. | Para. 10 |
| * | Major-Wilson, Dana M.<br>Declarant - Potential class Member<br><br>03/16/98 - 11/01/98 | 1998 | Oilseeds<br>Minnetonka, MN | 9. African Americans are not treated the same as Caucasians at Cargill when it comes to assignments. At one point, a manager handed me a project that required me to consolidate the time clocks of various plants. Cargill wanted one uniform time clock system. This project had been around for a long time and no headway was made because all the plants had different procedures, requirements, etc.. No one wanted to deal with the project, so when I arrived, it was given to me. I feel as though I was set up to fail on that project. | Para. 9 |
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | During Employment | Salt<br>Baltimore, MD | Q. Now, you're talking about stereotypical jokes based on race?<br>A. On race, religion, ethnic background.<br>Q. Okay. Like what?<br>A. Like all black people can dance. That's not true. I think slang. Just different stereotypes, like all people are from the ghetto, uneducated. Things --<br>Q. When would these happen?<br>A. Huh?<br>Q. When would these happen?<br>A. They might happen over lunch or after people get a drink or different like employee appreciation, like parties they would have, kind of like a picnic type of setting with food and a tent, like a carnival type of theme; and then we would take customers out to Orioles games, Baltimore Orioles games, and some people drank too much, so I think some things kind of slipped out of people's mouths.<br>Q. Did you ever engage in any jokes with your coworkers on stereotypical kinds of issues?<br>A. Actually, I'm usually quiet in those type of instances. I observe people more.<br>Q. Did you make Tom Devaney aware of any of these jokes or incidents?<br>A. I don't think I made him aware of them, because he | 87 - 90 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 5 may have been there at the time. I think that a<br>6 lot of times when these type of things are said, in<br>7 general in society people don't always perceive<br>8 them as being discriminatory, they perceive it as<br>9 being funny and offensive, and I believe the best<br>10 way that I can do to contradict any of those<br>11 stereotypes is just to represent myself well.<br>***<br>89: 18 Q. So how often did this happen? Was it every now and<br>19 then?<br>20 A. I wouldn't say it was like every fifth minute of<br>21 the hour, but it would be in passing, in<br>22 watercooler conversations, coffee breaks, lunch.<br>23 Q. Every day?<br>24 A. Maybe.<br>25 Q. Okay. What I need to understand for purposes of<br>90: 1 what your claims are, you're claiming that on a<br>2 daily basis, people would be telling you jokes that<br>3 are stereotypical, based on stereotypical notions<br>4 of African American people?<br>5 A. I can't say it was every day.<br>6 Q. How often were you getting jokes?<br>7 A. I would say, I don't know, once every two weeks.<br>8 I'm just not sure. | |
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | During Employment | Salt<br>Baltimore, MD | 94:11 A. I would say Mike Venker said something to me that I<br>12 perceived as negative.<br>13 Q. What did he say?<br>14 A. I asked him about a territory manager opportunity,<br>15 and he told me, well, he said something of the<br>16 nature of we'll get to you when we get to you, or<br>17 you'll get it when I'm good and ready, something<br>18 like that.<br>19 Q. Now, did you take that to be a remark that he was<br>20 making because he was -- strike that. How is this<br>21 evidence of discrimination or bias against<br>22 African Americans?<br>23 A. I'm not sure exactly. It was bias towards me.<br>24 Q. Towards you personally?<br>25 A. Yes.<br>95: 1 Q. As opposed to you, a black woman?<br>2 A. Well, you know, that's hard to separate, because<br>3 everything about me is a black woman. | 94 - 95 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name/Empl. Dates | Time Frame | Division/Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | A. So I can't necessarily separate it from being Valerie, because I've never been anything else in this world but an African American woman. I perceived it to be offensive and negative, and I'm not sure if he said that to anybody else who was looking for an opportunity. I'm not sure if he | |
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | | Salt<br>Baltimore, MD | 96:1 A. Well, Mike Schmit had suggested that I go to a speech therapist, and I don't think he suggested that for anybody else, and because I was doing a lot of telephone work, I'm not sure if I sounded too black over the phone or what, but I'm positive that that wasn't offered to anybody else, so.<br>Q. So that's a sign that he was prejudiced against African Americans, or was he trying to help you become the best phone salesperson you could be?<br>A. That's possible, but why wouldn't you offer that to other people as well?<br>Q. Do you know whether he did or not?<br>A. I'm very certain that he didn't. | 96 |
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | | Salt<br>Baltimore, MD | 271:16 A. I wouldn't say that exactly, but at one time I had had my hair braided. I'm not sure if you're familiar with that. But some black women wear braids, and I wore braids for maybe a year while I was at Cargill, and in retrospect I think some of the things that were said to me when I had different braided hair styles were discriminatory.<br>Q. What was said?<br>A. Can you wash your hair? How do you wash your hair? How do they do that? Those are some of the 272:1 things I can think of right now.<br>Q. Were those questions genuine curiosity?<br>A. You could say that to a certain extent but you could also say it's stupid. I mean do white people wash their hair? Do Asian people wash their hair? I think most people wash their hair. It's | 271-72 |

## Summary Exhibit 3

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 7 more of a hygiene issue than it is a curiosity issue.<br>8 Q. But they were asking these questions when you<br>9 had your hair in braids?<br>10 A. Correct. | |
| | McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2001 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 244:14 A. I brought up the fact about some issues about<br>15 Mr. Gathman [Caucasian].<br>16 Q. What were those issues that you raised?<br>17 A. Some remarks that he was making to me.<br>18 Q. And what was the nature of the remarks?<br>19 A. Name-calling.<br>20 Q. What sorts of names was he calling you?<br>21 A. He called me Whitey.<br>22 Q. Anything else?<br>23 A. Not that I can remember at this time.<br>24 Q. And are you recalling a specific occasion on<br>25 which Mr. Gathman used that name with reference to<br>245: 1 you?<br>2 A. Yes.<br>3 Q. Was it more than one occasion?<br>4 A. Yes.<br>5 Q. How many times? How many separate occasions?<br>6 A. It was, after he met me it was constant. He<br>7 gave me a nickname.<br>***<br>246:17 Q. What did either Mr. Crawford or Mr. House [Caucasian Mangers]<br>18 say when you advised them of this nickname that<br>19 Mr. Gathman had for you?<br>20 A. Mr. House said that he would talk to him<br>21 about it.<br>22 Q. And you raised this with Mr. House in that<br>23 November 2001 meeting? | 244-46 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 24 A. Yes. | |
| | McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000-2002 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 250:16 Q. Was it your opinion at the time you prepared<br>17 this e-mail that the issue of multiple grievances had<br>18 something to do with your race?<br>19 A. Yes.<br>***<br>22 A. As I discussed before, I said before, the<br>23 amount of grievances being filed wasn't being filed<br>24 on other crew leaders, and they were doing the same<br>25 thing I was doing. Why was I being targeted?<br>251: 1 Q. In this particular instance, did either Brian<br>2 or Richard talk to you directly about the grievance<br>3 that they had filed?<br>4 A. Yes.<br>5 Q. What did they say about it?<br>6 A. They made jokes. You know, "you done it<br>7 again," "we got you again" kind of stuff.<br>8 Q. Did either one of them say anything that led<br>9 you to believe that they were motivated to file a<br>10 grievance against you because of your race?<br>11 A. Brian.<br>12 Q. What did he say?<br>13 A. He was the one that said "we got you again." | 250-51 |
| | McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000-2002 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 282:20 A. As I said before, I was asked to go the<br>21 extra mile more than my peers. It seemed like every<br>22 time -- everything that I did, why, it was more -- it<br>23 was more criticism.<br>24 Q. More criticism by whom?<br>25 A. Terry Crawford and Jody House. | 282 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2002 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 413: 6 Q. Is it your belief, Mr. McDowell, that<br>7 Mr. Norris was your replacement?<br>8 A. Yes.<br>9 Q. And is there something about the possibility<br>10 that Mr. Norris may have been your replacement that<br>11 you feel is discriminatory?<br>12 A. Yes.<br>13 Q. What's that?<br>14 A. He was brought back into the plant real<br>15 prematurely, and quickly he moved into a supervisory<br>16 position, after this employee -- Mind you, this<br>17 employee quit the company, he left the company.<br>18 He had some disciplinary problems before he<br>19 left, came back, and all of a sudden, he's the cream<br>20 of the crop just to move right into a crew leader<br>21 position.<br>22 And me being the only African-American,<br>23 that's the reason I saw he was moved -- brought back<br>24 there, to take my job position. | 413 |
| | Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | | WWPHOSPH /<br>PHOSPHPROD<br>Tampa, FL | 221: 19 A. I believe that it's unfair to be scrutinized<br>20 and given task lists like this in the level of<br>21 management that I was in. I did it because that's<br>22 what my boss was requesting, and if that's the best<br>23 way for him to convey to me what I needed to do, then<br>24 that's what I needed to do, but he did these lists<br>25 for nobody else in my department. | 221 |
| | Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | | WWPHOSPH /<br>PHOSPHPROD<br>Tampa, FL | 249:14 Q. But do you believe that there was any white<br>15 employee that was treated better than you were<br>16 because of their race?<br>17 A. I believe that there were other employees<br>18 that were treated better than me. My peer white<br>19 employees didn't get the same scrutiny that I got. | 249 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Moulton, Leighton<br>Declarant - Potential Class Member<br><br>04/15/80 - present | During Employment | Dayton, OH | 14. In my 24 years of working for Cargill, I am aware of only five African-Americans who have ever been hired to work as supervisors at our fructose plant. Currently, I am the only African-American Production Coordinator at the plant, while everyone in management over me is also white. I feel that there is a "good ol' boy" country club atmosphere which pervades the work environment. This has led to a pattern of unreasonable expectations and unfair discipline based on racial discrimination that has manifested itself in the physical assault and ongoing psychological stress that I have experienced. I have tried to serve Cargill well during my long career, and I am deeply hurt in how I have been treated. | Para. 14 |
| * | Moulton, Leighton<br>Declarant - Potential Class Member<br><br>04/15/80 - present | 2001 | Dayton, OH | 4. . . . On my third day on the job as a Production Supervisor, in March 2001, I spoke with Mr. Wilson [Caucasian] on the phone three times asking him to remove a railcar. On the third occasion, he slammed the phone down in anger so hard that he broke the phone. After that I asked him to come to my office so that we could talk. He responded by balling up his fist and slamming me against a door.<br>5. Vice-President Dean Brown (African-American male) happened to witness the incident and intervened to put a stop to Mr. Wilson's attack. He later testified during an investigation as to what happened. Mr. Wilson was sent home with pay for the afternoon. He returned the next day boasting that "if you want to get paid for nothing, go after Leighton." I complained about his actions to the HR Department. Following an investigation, I was told that Mr. Wilson had a letter of reprimand added to his file, but no further action was taken, despite Cargill's official policy of zero-tolerance for violence in the workplace. I believe that Mr. Wilson is a racist, and that the lack of significant discipline that he received had the effect of undermining my authority as a Production Supervisor. | Para. 4 |

## Summary Exhibit 3

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Moulton, Leighton<br>Declarant - Potential Class Member<br><br>04/15/80 - present | 2002-2004 | Dayton, OH | 9. In January 2003, I was told by Mr. Mattingly that he expected me to be running the Refinery Department by early 2004. My job as Production Coordinator was not to run the Refinery or Fructose Departments, but rather to support the two Department Heads who were in charge of running their departments. I explained this to Mr. Mattingly, but he insisted on this change in my job duties. When I began to work as a Production Coordinator in September 2002, I was given a job expectation sheet, which did not say that I was supposed to run the Refinery. Six months later, I was given a job expectations gap sheet, supposedly a list of responsibilities that were inadvertently omitted from the earlier job expectation sheet. This sheet was prepared by Mike Sanders (white male), who was the Refinery Department Head. I discussed this with Mr. Mattingly, who explained that certain duties that Mr. Sanders had were being transferred to me in order that Mr. Sanders might devote his time to "visionary work." In addition, Fructose Department Head Eric Koch (white male) wrote an email in January 2003 in which he told Mr. Mattingly and Mr. Sanders to "load [me] up" with extra work. Because of these additional responsibilities I have been increasingly unable to attend to my normal regular duties, and I have experienced friction with the managers involved. | Para. 9 |
| | Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1997 | Corn Milling<br>Dayton, OH | 83: 15 Q. Tell me about that. What was the first<br>16 indication of discriminatory treatment by Mr. Hammonds?<br>17 A. When he was first hired as the customer service<br>18 manager, he had a directive to train with me because I<br>19 was the most experienced in the department and had the<br>20 capability to train. His directive was basically to<br>21 train with me. I was told that I should come up with a<br>22 training schedule for him and train him basically on how<br>23 to be a customer service manager.<br>24 Q. Sure.<br>25 A. And I did that. I felt that he had a problem<br>84: 1 accepting the training from me because he never would<br>2 keep our training dates, he would always find a way to<br>3 get out of it, never really sat down and allowed me to<br>4 train him the way that he should have been trained or the<br>5 directive that I was given to train him. So I felt that<br>6 either there was some inferiority or he had a problem<br>7 with a black female training him. | 83-84 |

## Summary Exhibit 3

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | | Corn Milling<br>Dayton, OH | 296: 18 Q. Had you ever experienced retaliation for the<br>19 complaints that you made to Mr. Hoy?<br>20 A. I kind of feel that since my conversation with<br>21 him and Sassman about this situation with Marty Hammonds,<br>22 it seems that -- I didn't change that much the way that<br>23 they portrayed me to have changed, coming from the<br>24 excellent reviews that I had and then Mr. Hammonds come<br>25 in, I get my first bad review, and then after that it<br>297: 1 seems like they just nitpicked every little thing that I<br>2 did. So in that case, probably so. | 296-97 |
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | Prior to August 1997 | CFI<br>Minnetonka, MN | 310: 4 Q. Do you have any complaints about<br>5 Mr. Dougherty before he placed you on a performance<br>6 improvement plan?<br>7 A. Yes.<br>8 Q. And what was that?<br>9 A. I felt there was some favoritism to certain<br>10 merchants.<br>11 Q. And who was that?<br>12 A. Mr. Kerkvliet and Mr. Keller.<br>13 Q. And they were his peers, correct?<br>14 A. Yes.<br>15 Q. Did Mr. Dougherty do anything that you felt<br>16 was discriminatory towards you prior to August of '97<br>17 when he placed you on the PIP?<br>18 A. Yes.<br>19 Q. What was that?<br>20 A. One thing, I can remember a situation, at the<br>21 time I was responsible for producing, or I was the<br>22 key person on communication to the Brazilian mills on<br>23 specifications and orders and we had deadlines for<br>24 that, and there were many times Mr. Kerkvliet did not<br>25 produce his specs in a timely basis and there had<br>311: 1 been a few times where I asked him about it and then<br>2 there were e-mails actually sent saying I need<br>3 specifications to send to the mill. Mr. Kerkvliet's<br>4 response was I get them to you when I can.<br>5 And, you know, I discussed this with<br>6 Mr. Dougherty and it wasn't too much he did, from my<br>7 perspective, to initiate Mr. Kerkvliet to get these<br>8 specifications on a timely basis. But if I was late<br>9 on somebody submitting specifications or something of | 310-11 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 10 a similar manner, you know, there was more<br>11 conversation and more discipline towards me. Seemed<br>12 like we were kind of being judged on two different<br>13 levels. | |
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1995 | CFI<br>Minnetonka, MN | 508: 4 A. I do not remember his name. I do know he was<br>5 a HR manager in Corn Milling. A white male with,<br>6 from what I can recall, a tenure of over 15 to 20<br>7 years with Cargill. Long-term tenure. We had a<br>8 candidate [African American] from Florida A&M who I was not involved in<br>9 the initial recruiting. This gentleman has a<br>10 master's degree and everything, all the comments and<br>11 all the written documentation on his interviewing was<br>12 very positive, but this gentleman said, he said,<br>13 well, quote-unquote, we've had problems with people<br>14 from this school in the past and I don't think we<br>15 should pursue this.<br>***<br>19 Q. Do you recall what year this was?<br>20 A. This was fall of 1995. Actually it was my, I<br>21 remember it was my first year, first experience doing<br>22 recruiting and involved in this round-table<br>23 discussion.<br>24 Q. And who else was participating in the<br>25 discussion?<br>509: 1 A. Ms. Karen Sachs was participating. . .<br>***<br>5 Q. And did you ask the HR manager what he meant?<br>6 A. You know, I was so shocked that he said that.<br>7 I looked at Karen Sachs and said what? And just left<br>8 it at that.<br>***<br>13 Q. Okay. And do you know if she followed up<br>14 with him after the meeting?<br>15 A. I don't know what happened.<br>16 Q. Did she say anything during the meeting?<br>17 A. Not during the meeting.<br><br>21 Q. Did you ever discuss it with Karen after the<br>22 meeting? | 508-10 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 23 A. Yes, I did.<br>24 Q. And when was that?<br>25 A. The very next day. And I told her, I asked<br>510: 1 her, I said first of all, are these the type of<br>2 comments and decisions that are made on candidates?<br>3 I said that comment alone was so discriminatory it<br>4 was ridiculous. This guy made a judgment on the<br>5 skills of this candidate due to the fact of what<br>6 school he went to. | |
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1996 | CFI<br>Minnetonka, MN | 511: 3 A. I have also had, heard comments where they<br>4 thought they [African American candidates] had a good interview, had great business<br>5 skills, but they're not quite sure how they're going<br>6 to perform in Blaine, Nebraska, or I don't think<br>7 their background, we're not going to be able to, we<br>8 won't be able to, they will not be able to survive,<br>9 quote-unquote, in North Dakota.<br>***<br>512: 14 Q. So when was the meeting where the candidate's<br>15 ability to survive in a certain geographic location<br>16 was discussed? When did that take place?<br>17 A. The spring of 1996. | 511-12 |
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | | CFI<br>Minnetonka, MN | 514:12 Q. And do you know if the candidate received an<br>13 offer?<br>14 A. No, he did not.<br>***<br>515: 13 A. Someone made the comment that they thought<br>14 this [African American] girl had, what was it, plenty of attitude. . .<br>15 . . . and<br>16 probably would be, I think he said combative maybe.<br>17 Or hard to handle.<br>18 Q. Who made the statement?<br>19 A. It was a merchant out of the Grain division.<br>20 Q. Who?<br>21 A. I don't remember his name.<br>22 Q. And what did you say?<br><br>23 A. I just shook my head. I didn't say anything.<br>24 Q. Did Mr. Hatcher say anything?<br>25 A. He rolled his eyes and just laughed. | 514-15 |

# Summary Exhibit 3
## SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | | Corn Milling<br>Memphis, TN | 106: 1 . . . Vernon[McIntosh, African American]came out of his office, J. K.<br>2 threw him his keys and told him to go and get the car and<br>3 bring it around, go get the car, cool it off and bring it<br>4 around. Now -- and the other managers that stood there<br>5 heard him say that as well as myself and they snickered<br>6 and just kind of crossed their eyes at each other. But<br>7 no one said anything to him. And that should not be<br>8 allowed in the workplace. | 106 |
| | Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | | Corn Milling<br>Memphis, TN | 106:25 A. Linda McFadgon, [African American] she was the sales secretary.<br>A<br>107: 1 lot of her -- some of the duties I know she performed was<br>2 not part of her job description, like picking up his<br>3 laundry from the cleaners and sending things to his son<br>4 in college. She was required to do those things.<br>***<br>9 A. . . . I never witnessed<br>10 him [J.K. Gingery Caucasian] treating the other representatives, white<br>11 representatives that way. It was the African Americans,<br>12 it was myself, it was Vernon, and then Linda McFadgon was<br>13 his secretary. And he didn't treat me that way because I<br>14 wouldn't allow him to and that's why we didn't get along.<br>15 And he made that clear to me too. He said You're going<br>16 to find out who your friends are. | 106-07 |
| | Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | | Corn Milling<br>Memphis, TN | 119: 5 A. . . .[J.K. Gingery's] behavior, his treatment of, you know, the<br>6 African American group, mainly that group in Memphis. It<br>7 was known how he treated them. And I had questions from,<br>8 normally again because it was the sales team and they<br>9 would tease me and say well, Clintonia, have you had to<br>10 drive his car yet, they would say something like that,<br>11 did you get his bags, you know, that kind. So it was<br>12 known, his behavior was known. And he did not do it to<br>13 the other white representatives. | 119 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Smith, Candy McKinnon Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS Chicago, IL | 15. Also, as a receptionist, I got to see who comes in for interviews, who gets promotions, etc. Most of them are Caucasian. I remember that management would not even meet with African Americans. For example, the mail clerk, Riordan Harden (African American) had an African American friend that came to the office twice in attempts to meet with management. Management would never come out and talk to him. | Para. 15 |
| | Smith, Candy McKinnon Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS Chicago, IL | 18. From the few African Americans that did work at Cargill, it was obvious that is was a tough environment for African Americans. I could see on their faces that they were upset or had been overworked. Yet, I did not see that or hear that from the Caucasian workers. | Para. 18 |
| | Smith, John Declarant - Potential Class Member<br><br>03/13/00 - present | During Employment | Salt Tampa, FL | 11. In the Tampa Salt facility there is a point system (demerits really) in place to deal with employees that do not call in and do not show for their shift ("no call-no shows") and for employees that are late. It is my belief that the point system is biased against African Americans. It is stated in the policy that assigning points is at the manager's discretion. I told Nancy Siska and Noreen Fitzgerald that this system should be eliminated because of the different treatment I had seen of the African American employees.<br>12. There was a white temporary employee at our facility that was having a problem with his paycheck. He thought it should have been more, and he was upset. He did not come to work the next day or call in. He should have gotten 10 points. He did the same thing the next day. Again, he should have gotten another 10 points. Everything in the handbook warranted termination for this white employee. However, Mike Anderson, Plant Manager, went to his house and brought him back to work with 0 points! It is my belief this would not have happened with an African American employee. | Para. 11-12 |
| | Smith, John Declarant - Potential Class Member<br><br>03/13/00 - present | During Employment | Salt Tampa, FL | 16. Mike Anderson said that Mick Bernie (Caucasian), Kansas Plant Manager, were discussing the employees at the Tampa Salt facility. Mick Bernie said, "Otis [Jones] (African American) hadn't learned anything that he could see since the day he started." Mike Anderson replied "I can fire a person if they don't have any maintenance skills", and "I can get any old monkey to drive the payloader." I was standing there when said that and Danny was also. In the Tampa Salt facility it is all African Americans that drive the payloader: Corey Montgomery, Vernon Davis, Otis Jones, Steve Wint, Rafeall Boyd and myself. I took Mike Anderson's comment to mean that he was calling Black employees "monkeys." | Para. 16 |

## Summary Exhibit 3

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Smith, John<br>Declarant - Potential Class Member<br><br>03/13/00 - present | During Employment | Salt<br>Tampa, FL | 17. Otis Jones was in the payloader working in the Dome when Mike Anderson referred to him as a "village idiot." Another time Mike Anderson said to Otis, "You don't rotate a flat tire, you get rid of it." | Para. 17 |
| | Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 61: 1 A His actions led me to believe that there was no<br>2 way that he was ever going to consider moving me off<br>3 shift in the near future, meaning 12 to 24 months.<br>4 Q Okay. And what -- well, let's ask it this way:<br>5 What actions were those that led you to believe that?<br>6 A Just comments that he may have made. I can't<br>7 recall exactly what those comments were. But just his<br>8 general actions towards me.<br>9 Q Well, did you see him behaving differently to<br>10 other people?<br>11 A Yes.<br>12 Q Okay. Describe the differences.<br>13 A The difference is he spoke harsh to me when he<br>14 didn't speak harsh to my counterpart. He took time with<br>15 my counterpart; he didn't take time with me. He<br>16 humiliated and demeaned me in public; he didn't do that<br>17 to my counterpart. My counterpart was promoted three<br>18 months after being put on shift; I was on shift for over<br>19 a year. | 61 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 65: 3 Q Okay. Let me ask you about Mr. Turner<br>4 humiliating and demeaning you in public. How often did<br>5 that occur?<br>6 A Frequently.<br>***<br>66: 5 Q Okay. Tell me about being humiliated or<br>6 demeaned at the dinner.<br>7 A I was sitting down at one end of the table with<br>8 Matt Turner, James Alfieri, and maybe some other<br>9 employees, who I can't remember. But he began to badger<br>10 me about role playing with him about how I would handle<br>11 disgruntled employees, and he made me role play<br>12 throughout dinner. And I asked him several times that if<br>13 we could stop because I wasn't comfortable, and he would<br>14 not. And he and the other managers sat on the other side<br>15 of the table basically laughing and taunting me as he<br>16 continued to humiliate me throughout the dinner. | 65-66 |
| | Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 80: 2 Q Tell me about another incident in which<br>3 Mr. Turner humiliated or demeaned you in public that you<br>4 can recall.<br>5 A While working on a project -- I think I was on<br>6 first shift at the time -- there was a production meeting<br>7 in the general area, and I was on my rounds. And when<br>8 you're on shift, the shift person doesn't attend the<br>9 production meeting. And he was meeting with maintenance<br>10 people, and I walked through, and out of character he<br>11 asked me to see my project and what had I been doing on<br>12 it. And he stopped his meeting to single me out and shed<br>13 light on me and to make me feel small in front of the<br>14 production staff. | 80 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division/ Location | Evidence | Source |
|---|---|---|---|---|---|
| | Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 118:21 Q . . . were there any<br>22 other behaviors by Mr. Litle [Caucasian Manager] towards you that you<br>23 believe were discrimination against you?<br>24 A Yes.<br>25 Q Okay. What else?<br>119: 1 A Not giving me clear direction on my job<br>2 responsibilities after being asked several times. I was<br>3 being held accountable for things I didn't know I was<br>4 being held accountable for. And when questioned about<br>5 it, my initiative was questioned, and I was chastised for<br>6 asking for direction. | 118-19 |
| | Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 126:20 Q Miss Tate [Caucasian Manager], I wanted to ask you about<br>21 actions taken by Mr. O'Hare that you believe were discriminatory<br>22 based on your race. Were there any?<br>23 A I believe so.<br>24 Q Okay. What were they?<br>25 A He spoke harshly to me all the time, yelled at<br>127: 1 me, screamed at me, use profane language with me,<br>2 demeaned me, belittled me, questioned my intelligence<br>3 constantly, inferred that I was stupid a lot. Even after<br>4 telling him that I was very limited in my process<br>5 knowledge and there were things that I didn't know, he<br>6 would not take the time to show me things. He didn't<br>7 have any patience with me. He assumed I knew things that<br>8 I didn't, and he reacted on his assumptions. That's all<br>9 I can recall at this time. | 126-27 |
| * | Taylor, Glenn J.<br>Declarant<br><br>01/08/92 - 02/02/98 | | | 16. I also felt that black employees were scrutinized more than white employees. For example, some employees would be on the floor talking and the supervisor would just pass by them if they were white employees. However, if it was a group of black employees, they would be told to get back to work. | Para. 16 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | | CIS<br>Chicago, IL | 292:13 . . . I feel that I was really, you know, getting,<br>14 the ratings I had gotten, each of my PMPs I had<br>15 gotten at least some exceeds. I think my, was it<br>16 '97-98 that we went over, I had, my overall was an<br>17 exceeds. Maybe it was '98-'99.<br>18 Then I complained about discrimination, I<br>19 don't get any exceeds on my next evaluation, I'm all<br>20 meets, I don't have any exceeds at all, and I feel<br>21 that that was a result of my complaining about<br>22 discrimination, that they were getting back at me. | 292 |
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | | | 53: 6 Q. Did you ever raise this issue with Cargill<br>7 human resources?<br>8 A. I had a conversation with a human resource<br>9 manager and we talked about me not being promoted.<br>10 Q. Who was that?<br>11 A. Frances Hereford.<br>***<br>54: 2 Q. How many times did you have conversations<br>3 with Ms. Hereford about race discrimination in your<br>4 experience?<br>***<br>9 A. I would say at least five.<br>10 Q. Was it as many as ten?<br>11 A. I don't think so.<br>12 Q. What was Ms. Hereford's response?<br>13 A. That she did not believe that Mareda [Kennedy, Caucasian] or<br>14 Stephen [Murray, Caucasian] were discriminating, that that is not<br>15 acceptable, and that she would talk to him, meaning<br>16 Stephen, about the issues that I raised specifically,<br>17 and/or Mareda.<br>18 Q. Anything else she told you in those<br>19 conversations?<br>20 A. Not that I remember. | 53-54 |

**Summary Exhibit 3**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | | | 152: 11 Q. Do you think that Phillipe's demeanor was --<br>12 well, describe Phillipe's demeanor for me?<br>13 A. To me he was very standoffish and abrupt and<br>14 didn't seem very concerned, was always in a hurry and<br>15 never seemed to have time for anything. Like even<br>16 during a performance review, it was a really rushed<br>17 event, like he didn't want to be bothered.<br>18 Q. Do you think he was treating you that way<br>19 because of your race?<br>20 A. Yes.<br>21 Q. And what do you base that off of?<br>22 A. No one else in my, none of my other peers<br>23 seemed to have that problem with him.<br>***<br>53: 5 Q. Are you the only African-American that worked<br>6 under Phillipe?<br>7 A. Yes. | 152-53 |
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | | | 154: 7 Q. And knowledge of workplace culture and<br>8 climate, what is that a reference to?<br>9 A. His reaction and his demeanor and the way he<br>10 responded and treated me.<br>11 Q. What was Mr. Murray's [Caucasian Manager] demeanor like?<br>12 A. Disrespectful.<br>***<br>155: 4 Q. Why do you say he was disrespectful?<br>5 A. In meetings with our group he questioned<br>6 everything that I -- well, I can't say everything,<br>7 but everything that I remember, that I would say. If<br>8 I asked a question he wanted to know why I was asking<br>9 it, and the tone in which he asked me why was like<br>10 you have no right to do so. If I made a statement<br>11 about a particular topic that we were talking about,<br>12 he said something in the opposite as to why it wasn't<br>13 a good idea or it wasn't worthy or we're not going to<br>14 do that.<br>15 When it was my job to purchase hardware, I<br>16 made a purchase of an LCD panel and he made me send<br>17 it back because he said that I did not ask him if I<br>18 could purchase it, it wasn't a piece of equipment<br>19 that we use, when in fact part of my job was to<br>20 purchase hardware that I thought would be good use or | 154-55 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 21 fit in our environment, certainly the new stuff that<br>22 might benefit I/T or someone else in Fertilizer. And<br>23 that particular item we were looking for, I was<br>24 looking at to possibly put into some of the control<br>25 rooms, and he made me send it back. | |
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | | | 160:23 Q. The next person on your list is Greg White [Caucasian Manager],<br>24 and he is listed as having knowledge of workplace<br>25 culture and climate as well. What is his knowledge?<br>161: 1 A. He said several times that he knew that<br>5 Cargill was a good old boy system and that it was<br>6 going to be a long time before he thought the company<br>7 would get out of that and that he had made reference<br>8 to that fact in some type of survey that he did on<br>9 line and that's all I can think of.<br>10 Q. How did he know that you felt like you were<br>11 being discriminated against?<br>12 A. I told him.<br>13 Q. What did you tell him?<br>14 A. I told him that I felt like Stephen [Murray, Caucasian] was<br>15 discriminating against me because I was the only<br>16 person like me in our group and that I was tired of<br>17 it.<br>18 Q. What was his response?<br>19 A. He kind of ran away.<br>20 Q. Don't remember anything that he said?<br>21 A. He said that, well, Jackie, if you feel -- I<br>22 think he said if you really feel like that then you<br>23 probably should talk to somebody else about it. | 160-61 |
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | | Admin<br>Minnetonka, MN | 80: 7 And in some cases, one very specific case I<br>8 recall where we were working to make sure that I was<br>9 being acknowledged for the work that I was doing with<br>10 Larry Knutson, and he said very specifically that I<br>11 needed to step back from the forefront and let Julie<br>12 appear to be running the project that I'm working on.<br>13 And he continued to make efforts to see that that<br>14 would happen. And so the conclusion that I came to<br>15 was that my problem wasn't so much in me selling<br>16 myself, but dealing with the stereotypes that were<br>17 around me. | 80 |

# Summary Exhibit 3
## SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | | |
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2003 | Salt<br>Tampa, FL | 102:19 Q. During the time that Mr. Anderson was your<br>20 manager what did he say or do that you are now<br>21 alleging was somehow discriminatory?<br>22 A. The statements he made.<br>23 Q. What statements are those?<br>24 A. That any -- that he could get any monkey to<br>25 drive a Payloader.<br>***<br>104:18 A. That was in the presence of four African<br>19 Americans.<br>20 Q. You were there?<br>21 A. Yes.<br>***<br>105:17 . . . And, also, Dan Ramseyer was<br>18 there.<br>***<br>22 A. . . .at that time he was<br>23 production manager [Caucasian].<br>***<br>106: 2 A. And that's when Mike said, in some facilities<br>3 they don't hire just employees; they hire<br>4 maintenance. And he could get any monkey to<br>5 drive a Payloader.<br>***<br>109:19 Q. Did any Caucasians on first shift generally<br>20 drive the Payloader at that time?<br>21 A. No. | 102, 104-06, 109 |
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2003 | Salt<br>Tampa, FL | 321: 6 Q. Did you tell Mr. Giamber some of the things that<br>7 we talked about in the last couple of days?<br>8 A. Some of it.<br>9 Q. Did you feel like he took you seriously?<br>10 A. No.<br>11 Q. Why not?<br>12 A. Because his statement to me was it seems like<br>13 I'm trying to tell management what to do. | 321-22 |

## Summary Exhibit 3
# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 14 Q. He said that to you?<br>***<br>17 A. Well, I told him, "I'm not trying to tell the<br>18 management how to do their job, I'm just trying to tell<br>19 you that there's unfairness going on here."<br>20 And he replied by saying well, management need<br>21 to do what they supposed to or want to do. If this is<br>22 his facility, he do whatever he wants to do at his<br>23 facility.<br>24 And I can't remember if I answered him by<br>25 telling him, you know, the reason why I said this is<br>322: 1 because of the unfairness that was going on here, I'm not<br>2 trying to tell Mike Anderson how to do his job. | |
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | During Employment | Salt<br>Tampa, FL | 325:22 Q. Do you believe that Cargill managers did treat<br>23 you differently because you're African American?<br>24 A. I believe so, yes.<br>***<br>326:25 Q. Do you believe that Cargill managers gave the<br>327: 1 hardest work to African Americans on purpose?<br>***<br>: 5 A. The counselor asked me that before and I<br>6 mentioned yes about that. The attorney for Cargill asked<br>7 me that question earlier, might have been yesterday. And<br>8 I did answer that yes to that question. Or I may not<br>9 have explained to her regarding that particular<br>10 statement. | 325-27 |
| | Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | | | 99:20 Q You indicate he [Kevin Kohler, Caucasian Manager] was not happy with the prospect<br>21 of Cornell Slade being his boss?<br>22 A Yes.<br>23 Q Did he tell you that?<br>24 A Yes.<br>25 Q And what did he tell you?<br>100: 1 A Actually, he said it in front of a group of us<br>2 when they were discussing realigning the managers, as far<br>3 as -- when I say group, I mean the Cargill origination<br>4 merchants. And he said something to the effect that he<br>5 was kind of -- I wouldn't say visibly shaken, but he was<br>6 kind of rattled. And somebody made the comment, "What's<br>7 wrong," and he said that he might be getting a new boss.<br>8 And I think somebody asked who was it, and he looked at | 99-100 |

# Summary Exhibit 3

## SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division/Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 9 the other side of the room, and I think Miss Coulombe<br>10 asked, "who," and I think he muttered, "Slade." And we<br>11 made the comment, "Well, what's wrong with that? I think<br>12 that's a good thing." And he looked at me and just kind<br>13 of shivered his shoulders and walked away. | |
| | Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | | | 103:21 Q Anything else?<br>22 A I don't believe I was trained, incidents of<br>23 training with Mr. Kohler [Caucasian Manager]. I mean, it just wasn't as<br>24 frequently or as hands-on as I thought it should have<br>25 been teaching me the business. On one aspect, he would<br>104: 1 say that I needed more ownership of the business, and I<br>2 needed to be more proactive in taking ownership of the<br>3 business. And by the same token, there were efforts and<br>4 innovations that I made towards, you know, learning the<br>5 business and becoming more of the part of the business<br>6 and trying to take some ownership and wanting the<br>7 training to explain to me why certain things were done<br>8 the way they were done and how they should be done and<br>9 what I should be looking at, and I felt they fell on deaf<br>10 ears. | 103-04 |
| | Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | | | 147: 22 . . . I came across an e-mail that I<br>23 thought was racially biased. [in a company laptop computer]<br>***<br>148: 9 Q And what did the e-mail say?<br>10 A It was an e-mail, and it expressed derision<br>11 towards Duane Reed and the fact that they wanted to --<br>12 the gist of the conversation was they're going to<br>13 transfer him back to Minneapolis, and that was just the<br>14 way it is, and he would just have to like it. And<br>15 essentially kind of said that they wanted just to keep<br>16 him quiet until it was time for him to retire.<br>***<br>22 A There were several e-mails, and it was kind of<br>23 like before the age of instant messaging, it was like a<br>24 text conversation between -- to the best of my<br>25 recollection, it was Don Voigt and Dave Schimke. And I | 147-48 |