01-2086 DWF/AJB
exh5a

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name/Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1997 | Corn Milling<br>Minnetonka, MN | 29:10 Q. Sure. Why did you testify that when you became<br>11 an Ethanol/CO2 sales rep that was not a promotion? Why<br>12 wasn't it a promotion?<br>13 A. At the time that I received the duties of<br>14 marketing CO2, I had not received, I did not receive any<br>15 increase in pay. The increase in pay for the job that I<br>16 had already done was given to me at a later point in time<br>17 without -- it was not called a promotion to me, it wasn't<br>18 marketed to me as a promotion by my management. | 29 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 101:14 Q. You also talked about your opportunities for<br>15 advancement being limited. What do you mean by that?<br>16 A. Oftentimes during my career with Ethanol I talked<br>17 to Terry about opportunities for advancement, what would<br>18 be my next assignment. I did not know if I necessarily<br>19 wanted a long-term career in Ethanol because I felt as<br>20 though I may have limited exposure to the rest of<br>21 Cargill, and I was often told that I would be better off<br>22 developing a long-term career in Ethanol and getting one<br>23 very large promotion at the end of my time frame in<br>24 Ethanol as opposed to having several baby step<br>25 promotions.<br>102: 1 I was never approached as was customary<br>2 during that time frame for new job opportunities within<br>3 corn milling or externally, although I also indicated a<br>4 desire to want to learn new things and a desire to become<br>5 a manager within a reasonably short time frame. | 101-02 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 103: 5 Q. Other than Ms. Jaffoni had you talked with anyone<br>6 else at Cargill about your desire to be promoted during<br>7 that time period?<br>8 A. Yes.<br>9 Q. Who else?<br>10 A. I talked to Pete Boynton, who was the vice<br>11 president of sweetener sales. I talked to Doug Punke,<br>12 who was the division merchandising manager. I talked to<br>13 Bill Trecker, who was the product line manager for<br>14 Ethanol. And I talked to Jodi Horner, who was involved<br>15 with SBD, Strategy and Business Development. And I<br>16 talked with, I've forgotten her name now, but she was an | 103 |

SCANNED
JUL 26 2004
U.S. DISTRICT COURT MPLS

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 17 HR assistant for Cargill Energy. And the last two<br>18 conversations were towards the end of my time frame with<br>19 Ethanol when I realized that I wasn't going to get any<br>20 help from Ethanol to move on. | |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 105: 8 Q. Now, did Mr. Boynton ever say or do anything that<br>9 you believe was somehow discriminatory?<br>10 A. I believe his offering of an entry-level position<br>11 to me was discriminatory.<br>12 Q. Why?<br>13 A. The two previous people that had left the<br>14 Ethanol/CO2 sales group and moved into a Sweetener area<br>15 of responsibility had been offered higher-level<br>16 positions. | 105 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 113: 5 Q. Is there anything about your experience as an<br>6 entry-level merchant that leads you to believe that Mr.<br>7 Punke didn't provide African Americans with opportunities<br>8 in merchandising?<br>9 A. I saw that Mr. Punke would provide other<br>10 merchants within the organization an idea of their career<br>11 path as merchants within the Corn Milling organization<br>12 and he did not do that for me. | 113 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 117: 25 Q. Did Mr. Trecker do or say anything that you<br>118: 1 believe was somehow discriminatory?<br>***<br>3 . . . In retrospect I believe the offering of<br>4 nonposted jobs to individuals I believe was<br>5 discriminatory.<br>***<br>16 A. As I stated before, the positions weren't posted,<br>17 and for an employee to move from one organization to<br>18 another within Cargill has to be with the knowledge of<br>19 the hiring manager and the manager that the employee<br>20 currently reports to. | 117-18 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2000 | Corn Milling<br>Minnetonka, MN | 156: 24 Q. Why do you believe that Mr. Oiler's promotion to<br>25 the national account manager position was somehow<br>157: 1 discriminatory?<br>2 A. Because I believe that it was another example of<br>3 Cargill, for lack of a better term, tapping someone on<br>4 the shoulder for a promotional opportunity and not making<br>5 that promotional opportunity available for all interested<br>6 parties to compete for. | 156-57 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2001 | Corn Milling<br>Minnetonka, MN | 168:25 Q. Why do you believe that the selection of Mr.<br>169: 1 Warnke was somehow discriminatory vis-a-vis you?<br>2 A. I believe that this was one of the first examples<br>3 of a management opportunity that Mr. Schmit had indicated<br>4 that I could compete or would be available for me and<br>5 when I applied for this, when I applied for this<br>6 position, the ultimate, the person who was ultimately<br>7 chosen did not have a sales background and was brought<br>8 from another part of the business unit into the sales<br>9 family when there were, when there was a comparable<br>10 salesperson who's running to management who was told that<br>11 he was being brought to Salt to be developed into a<br>12 manager, and I don't believe I was given a fair shot for<br>13 that position. | 168-69 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1998 | Corn Milling<br>Minnetonka, MN | 179: 7 Q. Do you believe that there was something<br>8 discriminatory about the fact that Doug Corselius was<br>9 selected to fill the eastern region position?<br>10 A. Yes.<br>11 Q. Why?<br>12 A. I believe that his -- that my territory and my<br>13 experience level was held against me and Doug's was not.<br>14 I believe we have -- we had similar experience levels<br>15 within Cargill, or excuse me, I believe I had more<br>16 Cargill knowledge than Doug. Doug had been in Salt for<br>17 the same amount of time as me, he comes from a larger<br>18 territory, but I have just as much business knowledge as<br>19 he does. But Cargill Salt was uncomfortable with me<br>20 moving into a regional sales manager job. I was told<br>21 that. | 179 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1998 | Corn Milling<br>Minnetonka, MN | 183: 3 Q. Do you know how many other candidates there were<br>4 for the SBD position?<br>5 A. I know that the original candidate pool was<br>6 approximately 55 candidates.<br>***<br>16 Q. How about of the eight who advanced to<br>17 interviews?<br>18 A. There was one African American, myself; there<br>19 were two Caucasian females; there were two Latin American<br>20 males; and there were three Caucasian males.<br>21 Q. Who were the successful candidates for those<br>22 positions?<br>23 A. One Caucasian male and two Caucasian females. | 183 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1998 | Corn Milling<br>Minnetonka, MN | 264: 6 Q. . . .<br>7 . . .you write, "Deterred from seeking<br>8 promotion by Terry Jaffoni."<br>9 A. Yes.<br>10 Q. What is that about?<br>11 A. When I indicated my interest in applying for the<br>12 position within Strategy and Business Development, I was<br>13 discouraged by Terry and I did not receive her support.<br>14 And management support is key to a rotation analyst<br>15 successfully achieving their position. | 264 |
| | Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 18:20 A. . . . As an employee we had an implicit<br>21 or we have an implicit trust in our managers.<br>22 Consequently my -- my primary focus was proving<br>23 myself as a capable employee and trusting my<br>24 managers to use their influence and -- and<br>25 awareness to allow me to move into bigger jobs. | 18 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 440:10 Q. Okay. Do you consider yourself to have been<br>11 successful at Cargill so far?<br>12 A. Not exactly.<br>13 Q. Talk about the answer in some more depth.<br>14 A. I'm still gainfully employed, but to me success<br>15 is -- is based on continued -- continuing to<br>16 climb the corporate ladder. So since I am going<br>17 in the opposite direction at this point in time,<br>18 I would say that I've -- I've not been as<br>19 successful as other Cargill employees. | 440 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 379: 8 Q. And the allegations are that those in the CLDP<br>9 program who were Afghan [sic] American are alleged not<br>10 to have advanced as much or to the degree as<br>11 their counterpart Caucasians.<br>12 Are you making that claim?<br>13 A. Yes.<br>14 Q. For yourself?<br>15 A. Yes.<br>16 Q. And what factual basis do you have for your<br>17 experience supporting that claim?<br>18 A. Well, I -- I surveyed approximately -- oh, 25 or<br>19 so of the -- of my classmates -- or fellow<br>20 participants. And all of us were in roughly the<br>21 same range of job grades. Out of that group<br>22 that I surveyed three are at vice president<br>23 level or above.<br>***<br>380: 8 And the balance of those individuals -- oh, I<br>9 take that back. About 18 of the individuals are<br>10 department heads, directors or general managers.<br>11 And the remaining four have left the company.<br>12 So I -- I think that's a pretty impressive --<br>13 pretty impressive group of -- of individuals.<br>14 Q. Is it your testimony that your career path is --<br>15 has progressed least out of everybody in your<br>16 class?<br>17 A. On a -- a -- certainly out of the individuals<br>18 that have stayed with Cargill, yes. | 379-80 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Baker, Bernard<br>Declarant - Potential Class Member<br><br>12/27/71 - 03/01/98 | 1991-1998 | Soy Milling<br>Chattanooga, TN | 4. . . . [I]n the last seven years of my Cargill tenure I saw three employees outside of Flour Milling placed into [the Division Controller] position over me -- James Tucker, Gerald Dsousa, and Roy Alexander, none of whom are African-American. The jobs were never posted. | Para. 4 |
| | Baker, Bernard<br>Declarant - Potential Class Member<br><br>12/27/71 - 03/01/98 | During Employment | Soy Milling<br>Chattanooga, TN | 5. . . . The process was a mystery to me and to most employees, as open positions were generally filled without posting or any formal screening process. | Para. 5 |
| | Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 84:16 . . . Where did you first hear this<br>17 notion that within 12 to 18 months you would be moved<br>18 out of your assignment?<br>19 A. From what I recall, the first notion was in<br>20 the literature at the career center.<br>***<br>11 A. During the first and second interviews it was<br>12 discussed in terms of the career path. It was also<br>13 discussed with Karen Sachs in terms of the career<br>14 path. It was also discussed with John Culmer in<br>15 terms of the regular, typical career path. And<br>16 that's all I can remember right now. | 84-85 |
| | Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 101: 1 Q. Sure. Was there a way that employees in your<br>2 position, you know, relatively new merchants in the<br>3 Grain division, could find out about opportunities in<br>4 other areas?<br>5 A. No, not formally.<br>6 Q. Was there an informal way that you were aware<br>7 of?<br>8 A. Yes.<br>9 Q. And what was that manner or method?<br>10 A. The Cargill grapevine system.<br>11 Q. And how did that, if you know, how did that<br>12 informal grapevine system operate?<br>13 A. As I understood, the informal grapevine | 101 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 14 system was who, who you knew, who knew you, and who<br>15 had an opening and who wanted, whoever had that<br>16 opening, who they wanted to fill it with, or ideas of<br>17 who they wanted to fill it with.<br>18 Q. And who were the people that were on the<br>19 grapevine, or would it have been, you know, managers<br>20 at various locations?<br>21 A. Yes, it would have been those managers<br>22 included in the grapevine and corporate HR. | |
| | Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2000 | NAGOC<br>Houston, TX | 221: 5 Q. What did you tell Ms. Johnson then about the<br>6 interview process that occurred in Tampa?<br>7 A. From what I remember, it was along the lines<br>8 of what took place during the interview in terms of<br>9 the questions and abnormalities of the discriminatory<br>10 questions and things of that nature.<br>11 Q. Okay. Did you ask Ms. Johnson to look into<br>12 the matter further on your behalf?<br>13 A. No.<br>14 Q. Did she indicate that she was willing to do<br>15 that?<br>16 A. No.<br>17 Q. What did she say when you raised these issues<br>18 with her?<br>19 A. From what I remember, it was along the lines<br>20 of it's not really a surprise, it's how things work<br>21 and that's how Cargill functions.<br>22 Q. And what wasn't a surprise, the fact that<br>23 these questions were being asked?<br>24 A. The fact that discrimination in the<br>25 interviewing process happens.<br>222: 1 Q. And did Ms. Johnson say that to you, those<br>2 words or words close to that?<br>3 A. In so many words. | 221-22 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2001 | NAGOC<br>Houston, TX | 249: 3 Q. Okay. He asked you what you felt went wrong<br>***<br>7 A. From what I remember, I told him I think<br>8 Cargill brings and recruits heavily on<br>9 African-American colleges and brings African-American<br>10 in to satisfy EEOC requirements that they legally<br>11 have to satisfy. Once they get these<br>12 African-American kids or students in, they have no<br>13 career path opportunities even extended to them, that<br>14 their Caucasian peers have the same opportunities, or<br>15 actually that their Caucasian peers are extended<br>16 opportunities that the African-American students are<br>17 not even given the opportunity to explore, and that<br>18 Cargill is good at, in so many words, setting up<br>19 recruiting, getting on recruiting schedules at black<br>20 colleges and they get students in for internships and<br>21 then posi50tions, and then once they get them in,<br>22 there's no career path, no opportunity.<br>23 Q. Did Mr. Culmer [Manager, African American] have a response to what you<br>24 just said?<br>25 A. He agreed with what I was saying. And his<br>250: 1 words, in a roundabout way, is that they did need to<br>2 just stop recruiting at African-American colleges<br>3 because they weren't going to provide opportunities<br>4 for these African-American students that they brought<br>5 in. | 249-50 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 324:10 Q. And regarding lack of promotions, who<br>11 specifically among your Caucasian peers do you feel<br>12 got earlier or more frequent promotions than you did?<br>13 A. All of my Caucasian peers. . .<br>***<br>325:<br>7 . . . did you apply for any<br>8 of the positions or any of the promotions that you're<br>9 aware these people received?<br>10 A. I wasn't aware of any of the opportunities to<br>11 apply until after they had been given the promotions. | 324-25 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2001 | NAGOC<br>Houston, TX | 357:12 Q. Okay. Did he [John Culmer, African American] indicate to you that he knew<br>13 the names of people who were being thrown around for<br>14 promotion?<br>15 A. No.<br>16 Q. Did he indicate that he wasn't able to submit<br>17 names of his own for consideration?<br>18 A. Indirectly, yes.<br>***<br>21 A. He indicated in that through the grapevine<br>22 openings that were available were hand-picked and<br>23 filled with individuals based on who they knew and<br>24 who knew them. | 357 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 1999-2000 | NAGOC<br>Houston, TX | 388: 8 Q. What was the available position in Port Allen<br>9 to which you're referring?<br>10 A. There was a merchandising position available<br>11 in Port Allen.<br>12 Q. Is that a position that Ms. LaBlanc got? Is<br>13 that wrapped up in the same thing or is that<br>14 something different?<br>15 A. From what I remember, yes.<br>16 Q. How did you find out that this position<br>17 existed?<br>18 A. I found out the position existed when it was<br>19 filled.<br>20 Q. Do you know when it was filled?<br>21 A. From what I remember, it was '99 to 2000.<br>***<br>389:<br>5 A. At that time from the information I had, no,<br>6 I do not believe it was posted. | 388-89 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2001 | NAGOC<br>Houston, TX | 396:22 Q. Did Mr. Culmer [African American] ever tell you that he had<br>23 applied for positions and hadn't received them?<br>24 A. Indirectly, yes.<br>25 Q. In what indirect way did he tell you that?<br>397: 1 A. During a conversation I had with John Culmer<br>2 at a lunch a few days before I was forced to leave<br>3 Cargill, John Culmer indicated that -- actually I | 396-97 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 4 asked him if he would have changed anything about his<br>5 position, his experience with Cargill, and he said<br>6 yes. He then went on to say that he knew he had<br>7 reached his full, or the top position within Cargill<br>8 while he was in Houston and that he knew he was not<br>9 going to go any further. Based on opportunities<br>10 presented to him in the past, he knew he had reached<br>11 his peak within Cargill promotion-wise. | |
| | Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 103:13 Q. Well, what I'm trying to, I guess, inquire<br>14 about is I understand from your previous answers<br>15 there wasn't a, at least initially there perhaps<br>16 wasn't a formal way that people, that a merchant<br>17 employee would learn about other merchant openings,<br>18 right?<br>19 A. Correct.<br>20 Q. So if you as a merchant didn't know about<br>21 other openings, how would, regardless of -- who would<br>22 be the person who would be aware of both your<br>23 performance and the opening and be able to match the<br>24 two up? What was your understanding of how that<br>25 would operate?<br>104: 1 A. My understanding was that Dave Schimke in the<br>2 corporate HR department knew of the openings and knew<br>3 of each individual merchant's performance based on<br>4 feedback from their manager and through their<br>5 performance evaluations that they had access to. | 103-04 |
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | During Employment | Excel<br>Dodge City, IA | 22. Rickey Jones (African American) was always passed over for promotions even though he had been there for years and had a lot of experience. There was also an African American couple whose names I cannot recall, but I think they were both in engineering. They did not last long at Cargill and I think the husband was mistreated during his employment at Cargill. From my observations, it also seemed that the African American human resource employees were treated differently—as if they were set up to fail. | Para. 22 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 1999 | Excel<br>Dodge City, IA | 4. In 1999, Mr. Stafford informed me that I was being demoted. I was never told why I was demoted. I think I was demoted because I kept my duty regarding medical confidentiality and the managers did not respect confidentiality. It appeared to me that management wanted to use confidential information and wanted to get people off restricted duty as quickly as possible, sometimes too quickly. I was very upset about being demoted because I felt more than anything that the Plant Manager, Dan Schnitker (Caucasian), wanted a Caucasian Occupational Health Manager. I feel that way because there were rumors that Mr. Schnitker had said that the problem with the plant was that it was run by too many minorities. He started replacing people of color in management positions. To me, it was obvious that Mr. Schnitker did not like people of color.<br>***<br>6. Before I was told that I was demoted, Cargill either advertised or searched for a replacement for my position. Cargill management then thought they had filled the position, so Mr. Stafford told me that I was being demoted. Shortly after that, the person they hired decided not to accept the job. I was asked to stay as Occupational Health Manager until they could fill the position. I told them that I would rather take my position on the shift than move back up only to move down again. Cargill then hired Carl Gookins (Caucasian) to replace me as Occupational Health Manager. Mr. Gookins had been a nurse for a while, but he had no occupational health experience. He was later fired in 2000 because he did not know what he was doing. Doris Heiland (Caucasian), who I had hired and trained in February 1999, took over Mr. Gookin's position. She received this position, even though she had very little experience. | Para. 4, 6<br>152-57, 161-65 |
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 2000 | Excel<br>Dodge City, IA | 7. The nursing staff switched from salaried to hourly in 2000. I wanted to stay salaried, so I looked for a new position at Cargill. In February 2000, there was an opening for a Case Manager. I spoke to Mr. Gookins about the position and he informed me that the qualifications were to have nursing experience and be able to communicate in Spanish. I had all those qualifications. Yet, the job was given to Connie Schermerhorn, who appears to me to be Caucasian. She was less qualified than I was. She spoke Spanish, but had no experience as a Case Manager and she had no occupational health experience. Mr. Gookins, Mr. Schnitker and Dave Stafford (Caucasian), Human Resource Manager, made the promotion decision.<br>8. At that point, I felt like resigning. I was frustrated by watching less experienced Caucasians receive positions that I was qualified for. I actually submitted my resignation, but I rescinded it when the employees I took care of asked me not to leave. | Para. 7-9<br>169-73, 176-77 |

**Summary Exhibit 5**

**SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS**

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 9. Mrs. Schermerhorn did not last long at that position at Cargill. She moved to first shift to help the first shift nurse. Her position was open in November 2000. I applied again, and this time, I got the job. This just proved to me that I was qualified the first time, but that I wasn't given the position because of my color. | |
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 11. I also felt that I was passed over for other promotional opportunities during my tenure at Cargill. I felt that I could become an Operator. There were Operator openings in the Starch Department while I was there. I felt I was not able to become an Operator because I was African American. | Para. 11 |
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | During Employment | Corn Milling<br>Cedar Rapids, ID | 13. I think overall, Cargill has a problem of promoting African Americans. In addition to what happened to me, I knew a few others who were denied promotions. Glenn Jones (African American) worked in the plant and I know that he had tried to be promoted several times without success. The reason this continues as Cargill is because the type of people that are brought in to management positions have that idea of the "old boys club" and so it continues to carry on the same way it always has. | Para. 13<br>87-88 |
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 3. A little less than a year after I started, I was promoted to Starch Coordinator in the Sales Department. I had actually put in a bid to be a Supervisor at the Eddyville plant, but I was told that I would not want to live there. I remained a Starch Coordinator until I was terminated on May 30, 1998. | Para. 3 |
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | During Employment | Corn Milling<br>Cedar Rapids, ID | 7. Cargill was not consistent in the promotion process. Some openings at Cargill are posted. During my tenure at Cargill, I saw some postings for administrative jobs and plant jobs. Some job openings were not posted, such as operator positions, accounting positions, sales positions, and management positions. Those positions were not posted because it seemed to be "who you know" at Cargill and not necessarily how good your work was. In general, friends/golfing buddies of the boss seemed to get more promotions than anyone else. It seemed to me that management didn't post jobs because they would fill the job with the person they wanted, so there was no need for them to say there was an opening. Those people who received promotions were Caucasians. | Para. 7 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Emp. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1995-1996 | Corn Milling<br>Cedar Rapids, ID | 8. While at Cargill, I was looking for promotional opportunities. I did some research and found that Cargill had a supervisory position open in Eddyville, Iowa. I met the qualifications and so I applied for the job. Management came back with my application in hand and asked if I really wanted the job. Mr. Blazer mentioned that I may not want to work at that plant because of "cultural differences." I was never interviewed for the position. Mr. Klawitter [Caucasian] received that position. I think that Ms. Heightman or Mr. Blazer made the promotion decision. | Para. 8 |
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 1990-1997 | Oilseeds<br>Minnetonka, MN | 143:11 Q And while you were in oilseeds from 1990 to<br>12 1997, did anyone do anything to you that you felt was<br>13 discriminatory in any way?<br>14 A Not overtly. Of course, there were positions<br>15 during that time period that I thought I should be<br>16 considered for that I wasn't, promotions. I was denied<br>17 promotions. | 143 |
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2001 | Admin<br>Minnetonka, MN | 200: 1 Q Now, with respect to this transportation<br>2 distribution manager in salt/deicing, that's a position<br>3 you say you applied for?<br>***<br>18 Q Okay. Did you complete an application for the<br>19 position?<br>20 A Yes, I did.<br>***<br>201: 11 A Yes, we did. The job had been posted, I<br>12 believe, as a salary class 11, and Mike [Merriweather] got back to me<br>13 and said, you know, I'm fully qualified for the job, but<br>14 that it had been posted at the incorrect salary class,<br>15 that he believed the job was really a 9.<br>16 Q Okay.<br>17 A And then he proceeded on to say that they had<br>18 someone in their office that was about ready to make that<br>19 step, and they had selected that person. | 200-01 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2000 | Admin<br>Minnetonka, MN | 204:16 Q And when was this PDI position available?<br>17 A Well, from the document, it appears that it was<br>18 in June of 2000.<br>19 Q And how did you learn of the opening?<br>20 A Actually, Stephen Ward mentioned something<br>21 about it to me and suggested that I apply for it.<br>22 Q Had you ever applied for a position in HR?<br>23 A No.<br>24 Q Had you ever worked in HR while you'd been at<br>25 Cargill?<br>205: 1 A No.<br>***<br>206:20 Q Did you discuss the position with anybody?<br>21 A Only with Stephen Ward, who suggested that I<br>22 apply.<br>23 Q Did he tell you why he was suggesting it?<br>24 A He told me that perhaps I'd be good in that<br>25 kind of a position. I got the distinct feeling he was<br>207: 1 trying to get me out of the department.<br>***<br>208: 2 A . . . I think<br>3 I know who eventually got the position.<br>4 Q And who was that?<br>5 A I believe it was Karen Saks. (phonetic) | 204-08 |
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | During Employment | Admin<br>Minnetonka, MN | 278: 2 I . . . The people that I<br>3 know that have been successful in advancing their careers<br>4 have done so through personal relationships.<br>5 Q Okay. And who is that?<br>6 A Nearly everyone in my group seemed to advance<br>7 their career through personal relationships, including<br>8 people like Richard Dolski, Doug Montgomery, Gene Van't<br>9 Hof. | 278 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2000 | Admin<br>Minnetonka, MN | 291:25 Q Has Doug Montgomery received any positions for<br>292: 1 which he is not qualified?<br>2 A Yes.<br>3 Q And what is that?<br>4 A When he was named rail leverage manager.<br>***<br>8 Q And was this a position for which you had<br>9 applied?<br>10 A Yes.<br>11 Q And when did it become open?<br>12 A It became open after Richard Dolski departed<br>13 the North American Transportation Logistics Services area<br>14 and moved to corn milling. And that would have been the<br>15 summer of 2000.<br>***<br>19 A I had applied for the position originally when<br>20 we were organizing CTI with Stephen Ward [Rail Leverage Manager]. I had written<br>21 a short memo to him outlining the skills and the<br>22 experience that I had in negotiating rail rates for<br>23 Cargill over the past 15 years. | 291-94 |
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 1998 | Admin<br>Minnetonka, MN | 293:17 Q And you indicated that you submitted a memo to<br>18 Mr. Ward?<br>***<br>21 A . . . I got no response, other than the<br>22 announcement that -- that that position had been given to<br>23 Richard Dolski, and I was asked to assist on the rate<br>24 management team.<br>25 Q Did you tell him that you didn't want to assist<br>294: 1 on the rate management team?<br>2 A I didn't say I didn't want to assist on the<br>3 rate management team. I did say that I didn't think it<br>4 was a very challenging position and that someone with<br>5 lesser skills and experience could probably fill that<br>6 position.<br>***<br>296:18 A Well, I don't believe Mr. Dolski has any<br>19 graduate experience; I have an M.B.A. I certainly have<br>20 worked in more positions, with more business units at<br>21 more locations. I was one of the chief negotiators for | 293-97 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 22 our rail transportation contracts while I was in<br>23 oilseeds, handling basically all of the refined oils<br>24 contracts. I'm not aware that -- that he had any kind of<br>25 a track record in negotiating millions of dollars worth<br>297: 1 of contracts each year with the railroads. | |
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 1998 | Admin<br>Minnetonka, MN | 506: 5 Q Did you ever complain to Mr. Ward about not<br>6 being considered for any of the positions which you<br>7 discussed earlier?<br>***<br>10 A I did complain to him about not being selected<br>11 to -- to lead the rate management project. And I think<br>12 he talked to me about, you know, how important my<br>13 contribution could be on the team. I did talk to him<br>14 about not being selected the first time for the rail<br>15 leverage job. | 506-07 |
| | Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 1999 | CIS<br>Chicago, IL | 67:15 Q Now, I want to talk about the time that you<br>16 were a regulatory consultant from February 1st of 1999<br>17 until, I believe you testified, about April 1st of 2000.<br>18 Did anything occur during that time period when you were<br>19 regulatory accountant that you believe was somehow<br>20 discriminatory?<br>21 A Well, the way that I got the position, Dick<br>22 Driver had called me into his office and asked me if I<br>23 wanted to have -- take that position. He indicated that<br>24 Heidi and I would be switching positions. She would go<br>25 to treasury and I will be coming back to accounting as a<br>68: 1 regulatory. And I kind of remember him indicating that I<br>2 remember you showed interest in the position, something<br>3 to that effect, and so I accepted. And it was like maybe<br>4 six months after we were in our new positions, Heidi<br>5 became the treasury supervisor. | 67-68 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Ford, Glenn<br>Declarant - Potential Class Member<br><br>12/08/69 - 11/01/96 | During Employment | Administration<br>Minnetonka, MN<br>(Office Center) | 3. I stayed at Cargill until November 1996. When I left, I was running the biggest press there (two color GTO) and my job title was Printer VII. For a very long time, I was the only one who knew how to use that machine. It seemed that we were never really promoted in the printing department, just that the machinery would advance and we would have to learn new technology. | Para. 3 |
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1997 | Excel<br>Wichita, KS | 3. I left Cargill in July 1997. I had been disappointed about not receiving support from my manager, Mr. Hye, in terms of pursuing advancement opportunities. A headhunter called me concerning another opportunity with a different company, so I left to pursue that opportunity. | Para. 3<br>129 |
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1996-1997 | Excel<br>Wichita, KS | 6. I feel that I was passed over for two promotions while I was at Cargill. When Ms. Kennedy left, Mr. Hye was given her job, even though he had only been there a year. The position was never posted. Management did not say how Mr. Hye got the job. I felt that I should have at least been asked about the job, but the decision was a 30 minute discussion behind closed doors. Mr. Hye ended up with the job, even though I had more seniority and more Cargill experience.<br>***<br>111: Q. Do you remember talking to anybody that you felt that you had deserved that position instead of Doug Hye?<br>A. No. Other than Doug Hye; we had an interview and he thought -- he was surprised that I didn't get the position and he did.<br>***<br>Q. How did this conversation come about?<br>A. He set up interviews with all of the staff and we had a luncheon and we went out and we discussed particulars and that was one of the first things that he said to me. | Para. 6<br>57-59, 111 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1997 | Excel<br>Wichita, KS | 7. Shortly before I left, I had been looking on the Cargill website for job openings. I found a position for a Senior Consultant at my location. The posted qualifications were: knowledge of multiple functions of the company. My abilities included payroll, financials, JDE support for Cargill worldwide and knowledge of the following platforms: PC, midrange and mainframe. I met all the posted qualifications. I had done a lot of payroll work and converting systems. I was very knowledgeable of many of the functions the job required. I felt I would be the most qualified candidate. I wanted to conduct further research on the position, since it was newly created. I asked human resources about the position, but they could not tell me anything about the job. I asked human resources what I could do to be eligible for that position, but I never got a response. Mr. Hye indicated to me that the only chance I had at that position was if I learned to "walk on water" or something similar. I became very discouraged at that point and so I never applied for the position because I felt that without Mr. Hye's support, I had no chance at the job.<br>8. I don't think that anyone received the position while I worked at Cargill. I was disappointed because I had really wanted that position. The position was basically for an expert IT Consultant on multiple functions and platforms. The person would have to know a lot about the whole company and be able to multitask. I felt I was perfect for the position, yet the position remained open because Mr. Hye would not support my application. | Para. 7-8<br>59-60 |
| * | Gholar, Bobby<br>Declarant - Potential Class member<br><br>10/26/92 - present | During Employment | GOSCNA<br>Wichita, KS | 11. I have participated in the hiring process at Cargill by serving on a Hiring Committee. The Committee interviews and screens applicants who are then reviewed and hired (or not) by Managers. Participation in this process, especially as the only African-American in my department, has lead me to believe that racial prejudice plays a role in the hiring process at Cargill. I believe that those involved in the hiring process at Cargill usually aim to hire people like themselves, which means that African-Americans are much less likely to be hired at Cargill than whites. | Para. 4 |
| * | Gholar, Bobby<br>Declarant - Potential Class member<br><br>10/26/92 - present | During Employment | GOSCNA<br>Wichita, KS | 4. I am the only African-American employee in the Oil Seeds Department at my plant. Only one other African-American has ever been hired in my department and that occurred in the late 1970's as a result of pressure brought to bear against Cargill by the local chapter of the National Association for the Advancement of Colored People (NAACP). | Para. 28 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | During Employment | Excel<br>Ottumwa, IA | 6. I was aware that I was not the only African American who was denied a promotion. I knew two African American women who worked at the corporate office in Minneapolis. We would talk from time to time on the phone, and they often mentioned how they had not received promotions either. I believe they ended up quitting shortly after I did to find better opportunities. | Para. 6<br>202-03 |
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | During Employment | Administration<br>Minnetonka, MN<br><br>Salt<br>Newark, NJ | 6. During the time that I served as a Cargill recruiter, I brought in eight to ten highly qualified African Americans to the company. Many left the company and very few remained at the time I left Cargill. Many African Americans that left confided to me their belief that Cargill managers did not invest the same energy in developing or placing them as they saw devoted to white peers. | Para. 6 |
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | During Employment | Administration<br>Minnetonka, MN<br><br>Salt<br>Newark, NJ | 7. Cargill has no formal promotion process, and many positions are not posted because managers have a likely candidate in mind before the job is formally open. In theory, Cargill uses the Selection Grid System to determine who should be promoted. This process is intended to objectively rate all candidates seeking a particular promotion. The manager determines the "core competencies" and objective qualifications necessary for the promotion and then evaluates all the candidates before filling the position. This system, however, is often used unfairly, since much of the criteria are very subjective. I observed that Cargill mangers routinely manipulate the weight of the subjective areas to make a candidate who is weaker in the objective criteria look more promising. This allows a manager to pre-select a candidate and then adjust the grid to present him as the most qualified. | Para. 7 |
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | During Employment | Administration<br>Minnetonka, MN<br><br>Salt<br>Newark, NJ | 8. Rather than focusing on the objective criteria necessary to fill the position, Cargill managers look for people they believe have a certain type of personality. This acts to the detriment of African Americans because identical character traits are perceived differently for whites and blacks. For example, managers look for candidates who are aggressive and outspoken. This presents an African American at Cargill with a double-edged sword. If an African American is too soft-spoken and not aggressive it is interpreted as a lack of understanding or laziness, whereas a white male might be perceived as reflective and thoughtful. On the other hand, if an African American is outspoken and aggressive he is perceived as not being a team player and as having a poor attitude while a white male is seen as a leader or "go-getter." This perception acts as a barrier to promotions for African Americans, and can often lead talented, qualified African Americans to leave the company. | Para. 8 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | 1999-2000 | Salt<br>Newark, NJ | 9. I worked at Cargill Salt for 9-10 months when I discovered that a major project I was going to be working on was not going to occur. I began to interview for other positions within Cargill, but they were either lateral or down a grade level. Cargill did not provide to me an opportunity for challenge and growth. Highly qualified African American employees such as Tony Ogufere, Calvin Allen, and Cheis Garrus, all members of SBD, told me that they encountered these same types of barriers to advancement and growth at Cargill, and each are no longer with Cargill. | Para. 9 |
| * | Halton, Joey<br>Declarant - Witness<br><br>09/22/86 - present | During Employment | NAGOC / GRNOSNA<br>Wichita, KS | 6. I have never been promoted since I became an Extraction Operator 17 years ago. During those 17 years, several times, I have bid on positions outside my department, particularly maintenance positions. I have been passed over or denied the opportunity to advance each time. Most recently, in 2003, I bid on a newly-created maintenance position in the Oil Refinery Department for which I was qualified based on my seniority. At the last moment, I was told that I would lose all my seniority (and thus earn less money) if I took the position. I would not agree to this sudden requirement change and so I was forced to withdraw my application. I challenged the white supervisor of the Oil Refinery Department, Brent German, about this department restructuring and was told: "I'll fire your ass," although he did not have the authority to do so. | Para. 6 |
| * | Harris, Dewayne B.<br>Declarant - Potential Class Member<br><br>11/26/84 - 09/02/00 | During Employment | Hohenberg<br>Memphis, TN | 15. Job openings at Cargill were not posted. I never was able to apply for a position, because I was never aware of any openings. Whenever a position was open, management would just move someone into that position. Office openings normally went to white employees. | Para. 15 |
| * | Harris, Dewayne B.<br>Declarant - Potential Class Member<br><br>11/26/84 - 09/02/00 | During Employment | Hohenberg<br>Memphis, TN | 16. I do not know what "promotion" means at Cargill. Sure, I had different jobs at Cargill, but each position was a lateral move with no increase in salary. To me, a "promotion" at Cargill simply meant more work for the same pay. | Para. 16 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Harris, Dewayne B.<br>Declarant - Potential Class Member<br><br>11/26/84 - 09/02/00 | During Employment | Hohenberg<br>Memphis, TN | 19. David Long (white) provides a specific example of a white being able to move up the ladder. Mr. Long had just finished rehabilitation and I believe that he had a criminal record. He started as a squige and then he moved to a classer. In under two years, he moved up to work with the "suits" at a desk job. He was rapidly promoted despite the fact that there were black employees that had given Cargill 10 to 15 years without a single promotion. | Para. 19 |
| | Harris, Teri<br>Declarant - Potential Class Member<br><br>10/8/97 - 9/16/02 | 2002 | CIS<br>Chicago, IL | 21. I was not allowed to apply for a transfer out of the department [Because she was on a Performance Improvement Plan]. On more than one occasion, I spoke with Mr. O'Brien about transferring, but he told me that he really wanted me to stay in Risk and Credit. I asked him if he still wanted me at Cargill and he told me that I had a place on his team. I relied on his words.<br>22. My situation must have been obvious, because other managers approached me and asked me to apply for open positions in their departments. One Trading Desk Manager, Bob Kosner, told me that he believed my managers were trying to get rid of me. He urged me to apply for an opening in his department, so I spoke with Ann Woodfin in Human Resources. She told me that I could not apply for any transfer. | Para. 21-22 |
| | Harris, Teri<br>Declarant - Potential Class Member<br><br>10/8/97 - 9/16/02 | 2001 | CIS<br>Chicago, IL | 8. Most of the jobs at CIS were not posted. In July 2001, Chief Financial Officer, Shaun O'Brien (Caucasian) appointed Heather Kelley (Caucasian) Manager of the Risk and Credit Department. The position was not posted, and I had no opportunity to apply. When she started, Mr. O'Brien told me, "Train her. She's going to need your help." When I asked him why I was not considered, he just said, "You're not ready yet."<br>9. I believe I was more qualified for the position than Heather Kelley. If the position had been posted, I believe I would have met the criteria. I had been working in the department for a year and a half; I had the knowledge and the skill sets. Also, at the time, I was supervising an intern, Ryan Burggraff (Caucasian), with great success. I believe Ms. Kelley would not have met the criteria. Her entire career had been with Treasury; she did not understand Risk and Credit management and she did not understand the relevant policies. | Para. 8-9 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name/Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Harrison, Jerry<br>Declarant – Witness<br><br>10/24/72 – 05/07/03 | | | 6. I complained to Brown about this, stating that it wasn't fair. This was another example of a problem I had complained about in the past involving Brown's harsh treatment of African American employees. I had previously seen Brown keep a qualified African American employee, Lewis Johnson, on a labor gang that was devoted to doing the extremely demanding physical work generally assigned only to newer employees, while moving up numerous Caucasian employees with less seniority over Johnson to better assignments. | Para. 6 |
| | Hill, Michelle E.<br>Declarant - Potential Class Member<br><br>05/16/88 - 08/02/95 | During Employment | CMD<br>Kansas City, MO | 4. I do not remember ever seeing a posting for an open office position. As I understood the promotion process, job openings were not posted because Cargill's managers already had people in mind for the open positions. It seemed to me that Caucasian employees were favored in that process. | Para. 4 |
| | Hill, Michelle E.<br>Declarant - Potential Class Member<br><br>05/16/88 - 08/02/95 | During Employment | CMD<br>Kansas City, MO | 5. I had heard about other African Americans being denied promotions. For example, Kim Rose, who worked in the traffic department, applied for several promotions, but she never advanced at Cargill. | Para. 5 |
| | Hill, Michelle E.<br>Declarant - Potential Class Member<br><br>05/16/88 - 08/02/95 | During Employment | CMD<br>Kansas City, MO | 6. The only people I saw receiving promotions were Caucasian employees. I personally felt discriminated against because of my race and I felt that Cargill was discriminating against African Americans in general. I feel this way because of my experience in not getting the supervisory position that I was promised by Mr. Spears, Kim's experience of repeated denials of promotions, and observations of Caucasian employees getting promoted. | Para. 6 |
| | Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | | | 79:15 A. I only recall, after my second assignment to<br>16 Burns Harbor I recall Doug Childers telling me that<br>17 in the placement of minorities, they make every<br>18 attempt to place us where, it's pretty much a safe<br>19 type of environment to be in.<br>***<br>23 . . . Not all environments are willing to<br>24 accept or embrace and help nurture, cultivate a<br>25 minority person to, a person of color to really<br>80: 1 mature and grow in the business. So the company was | 79-80 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | making a special effort, pretty much, to place us where they thought we could get the nurturing and growth that we needed.<br>Q. And do you see anything wrong with that approach?<br>***<br>A. I think it's a personal decision. I should be, I or any other person of color should be presented opportunities, as a fair work environment just presented an opportunity, and if there is some objection on our part, I have not lived in an environment that I can't live in, that I've experienced difficulty, so I think I could live anywhere, so they didn't have to be selective about where they place me. You just put me there with the job opportunity and I could do it. | |
| | Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | | | 203:25 A. I discussed with Mr. McLain the evaluations.<br>204: I cited that I didn't think they were fair. Every opportunity I had in an evaluation mid-review I expressed my concern about compensation, and opportunities to be promoted, to learn other areas of merchandising. | 203-04 |
| | Jenkins, Sabrina Y.<br>Declarant - Potential Class Member<br><br>06/03/96 - 07/31/97 | During Employment | CGD<br>Chesapeake, MD | 10. I never saw any job openings for merchandising position while at Cargill. I talked to Mr. Love about my interest in a merchandising position and he said he would look into it for me. I never heard back from him. | Para. 10 |
| | Jenkins, Sabrina Y.<br>Declarant - Potential Class Member<br><br>06/03/96 - 07/31/97 | During Employment | CGD<br>Chesapeake, MD | 7. I feel that Cargill discriminates against African Americans in terms of promotions. During my tenure at Cargill, I never saw any job openings posted. To my knowledge, Caucasians tended to be promoted and hold all the upper-management positions. I did not see many African Americans in management at any level at Cargill. I felt that there were enough qualified African Americans that could have been promoted from within and moved up to management positions. I was never groomed or trained for any promotions to management, despite my interest in advancing at Cargill. | Para. 7 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Josephs, Errol A.<br>Declarant - Potential Class Member<br><br>06/07/95 - 12/02/00 | During Employment | NSS<br>Beaumont, TX | 10. There was a time when I was discouraged from applying for a promotion. At the time, I was a night shift supervisor and there was an opening for regular day shift maintenance supervisor. I informed my supervisor, Wimp Goodman, that I was interested in the job. He told me that I did not have enough experience. I felt that I had the experience to do the job. After all, I was the night shift supervisor. The job went to a white supervisor named Dean Jones. | Para. 10 |
| * | Josephs, Errol A.<br>Declarant - Potential Class Member<br><br>06/07/95 - 12/02/00 | During Employment | NSS<br>Beaumont, TX | 16. I was also aware of other black employees being denied promotions. When I arrived at Cargill, Doug Andrews, my supervisor, was an Associate Engineer. He later became acting Chief Engineer. Before he was given the interim position, Mr. Andrews told me he applied and that he thought he was what Cargill was looking for in terms of filling that position. Mr. Andrews was not placed into the position right away and instead had to bring up the issue with management. I do not know if Mr. Andrews spoke with the plant manager, John Harrell (white), and/or with the human resource department. Even with his prodding, it still took awhile for Cargill to actually give Mr. Andrews the title of Chief Engineer. | Para. 16 |
| * | Josephs, Errol A.<br>Declarant - Potential Class Member<br><br>06/07/95 - 12/02/00 | During Employment | NSS<br>Beaumont, TX | 17. Most of the engineers that were hired went into an informal training program. This allowed them to rotate throughout the plant holding different positions. I do not think there was a formal procedure to determine where the engineer would be placed at the end of the program. The final placement seemed to be determined ultimately by where the need was. Because of the lack of a formal procedure, black employees that worked at Cargill seemed to be stuck in the same jobs. It seemed white males dominated the plant; It also seemed that other white males were the ones to be promoted. | Para. 17 |
| * | Josephs, Errol A.<br>Declarant - Potential Class Member<br><br>06/07/95 - 12/02/00 | During Employment | NSS<br>Beaumont, TX | 3. In 1995, I began working as an engineer for Cargill at its plant in Beaumont, Texas. There were about 200 employees at that plant. At that time I was an Electrical Engineer. Within three months, I moved to another department, the Melt Shop, where I became the Maintenance Engineer. I held the job of Maintenance Engineer for about a year and a half. Then I was moved to a similar position in the Rolling Mill Department, where I became Shift Supervisor of Maintenance. After about a year, in 1998, I returned to the Melt Shop as a Maintenance Supervisor. I stayed there until I left Cargill in December 1999. I never received a promotion while I worked at Cargill. | Para. 3 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Lewis, Jason<br>Declarant - Potential Class Member<br><br>02/18/92 - 02/02/97 | During Employment | Oilseeds<br>Lafayette, IN | 10. Cargill did not post job openings during my tenure. | Para. 10 |
| * | Lewis, Jason<br>Declarant - Potential Class Member<br><br>02/18/92 - 02/02/97 | During Employment | Oilseeds<br>Lafayette, IN | 11. I felt discouraged about even wanting to do different things or move to the Corporate Office because I did not feel that I had the backing of my boss, Mr. Zoss. It appeared to me as if the "old boys club" system was the way promotions were handled at Cargill. The bosses would push for a guy, almost always white, to go forward if a position was open. As a black man, I did not feel that I would ever be included in that system. | Para. 11 |
| * | Lewis, Jason<br>Declarant - Potential Class Member<br><br>02/18/92 - 02/02/97 | During Employment | Oilseeds<br>Lafayette, IN | 12. I was passed over for a promotion while I was at Cargill. As mentioned earlier, Mr. Fleck was hired after me. It seemed to me that Mr. Zoss [Caucasian] favored Mr. Fleck and had decided to put him on a fast track. Mr. Fleck [Caucasian] was given a position in Des Moines, Iowa. The position included a bump up in pay. There was no posting for the position. Management knew who they wanted and they placed Mr. Fleck in the management position. I only learned of the position when it was announced that Mr. Fleck would be leaving because he received a promotion to a position in Des. Moines. I was disappointed because I had been there longer and I felt that I should have at least been offered a chance to apply for the position. After all, how was I supposed to ever advance if I was not informed about positions until they were already filled? | Para. 12 |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 80: 6 Many of the -- Many of the promotions and --<br>7 and raises and bonuses that were given were -- were done<br>8 so on a very -- in a very subjective way. If you<br>9 happened to be buddies with your manager, if you went<br>10 out drinking after work and maybe you -- you visited<br>11 each other on the weekend and did things together, you<br>12 were more likely to -- to move ahead in the company<br>13 than -- you know, than a person who was African-American<br>14 and who did not do those things. | 80 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2000 | CIS<br>Chicago, IL | 203: 25 Q. If I'm trying to put these in time order, it<br>204: 1 looks like the first one is January of 2000, where you<br>2 claim you didn't get a promotion to an IT customer<br>3 support analyst position, that went to Tony Bertronski?<br>4 A. Yes.<br>***<br>7 Q. What was the position? What did it involve?<br>8 A. It was an IT customer support analyst, which<br>9 was basically a help desk position. I don't have the<br>10 information in front of me right now, so I can't tell<br>11 you all of the details. I cannot recall all of the<br>12 details.<br>13 Q. Was that a job that was posted somehow?<br>14 A. Yes, I believe it was posted.<br>***<br>208:<br>22 Q. What is it that you think was discriminatory<br>23 against you based on race that Mr. Bertronski got that<br>24 position instead of you?<br>25 A. I was not given the opportunity to interview<br>209: 1 for it. | 203-04, 208-09 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2001 | CIS<br>Chicago, IL | 243: 4 Q. Are you making any claims in this lawsuit with<br>5 respect to this possible promotional opportunity in May<br>6 of 2001?<br>7 A. I believe that any position that I would have<br>8 applied for at Cargill would have been impacted by the<br>9 claim of racial discrimination.<br>10 Q. Why?<br>11 A. Because of -- Because of the senior management,<br>12 because of the atmosphere that was tolerated at that<br>13 company.<br>14 Q. And the atmosphere you're referring to is the<br>15 atmosphere that you described yesterday with the<br>16 specific examples, correct?<br>17 A. It's that, and it includes -- it includes the<br>18 atmosphere that management could -- that it includes the<br>19 fact that management could discriminate against<br>20 African-American employees without fear of being<br>21 punished for that. | 243 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Longmire, Shelly H.<br>Declarant - Potential Class Member<br><br>04/27/87 - present | 1994-1999 | Dry Milling<br>Albany, NY | 5. Shortly after the downsizing, in April 1994, I was moved to the Mill Office and retained my job description of an Accounting Clerk. There was no pay increase or grade change. My job duties as an Accounting Clerk included customer service, taking orders, scheduling mill production and scheduling mill dispatch. I was on-call 24 hours-a-day, seven days a week. I performed all the functions of what was later known as a production scheduler, but I did not get the title, pay, management production bonuses or salary grade of a production scheduler. My supervisor was Jeff Bethon (white) who was promoted to Administrative Manager. I was taking over Mr. Bethon's former position in the Mill Office. However, I never got the title of Assistant Administrative Manager; just the work. | Para. 5 |
| * | Longmire, Shelly H.<br>Declarant - Potential Class Member<br><br>04/27/87 - present | 1999 | Dry Milling<br>Albany, NY | 6. In 1999, after performing the duties of a production scheduler as an Accounting Clerk for five years, Cargill finally gave me the title of Production Scheduler, gave me a raise and made me an exempt employee. My job duties did not change one iota with this title change. The only difference was that I began reporting to Doug Olson (white male), the Plant Manager. | Para. 6 |
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | During Employment | Salt<br>Baltimore, MD | 283: 7 A. She voiced concern about particular managers<br>8 such as Venker and Schmit and how they did some<br>9 things under the table and how it was a good ol' boy<br>10 network to a certain extent.<br>11 Q. Are you saying that [Ms. Tsgoinus, Customer Service Manager] expressed concerns<br>12 that she thought Mr. Venker or other managers were<br>13 discriminating against people on the basis of race?<br>14 A. Yes.<br>15 Q. That's what she said to you?<br>16 A. I don't know if that was the exact words, but<br>17 we had discussions about discrimination.<br>18 Q. What discussions did you have about<br>19 discrimination?<br>20 A. We discussed how I felt wronged to a certain<br>21 extent.<br>22 Q. That you felt wronged about not getting<br>23 promotions?<br>24 A. That I felt like I had been done wrong.<br>25 Q. By not getting a promotion?<br>284: 1 A. Yes. | 283-84 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1997-1998 | Salt<br>Baltimore, MD | 110:19 A. I was told that there was this system in place in<br>20 Cargill, I'm not really sure of all the<br>21 information, but Mike Venker had kind of said it<br>22 one day, that promotes people internally; and if<br>23 you get on this list, that you would kind of be<br>24 like a rising star within the organization. So I<br>25 don't think I was on that list.<br>111: 1 Q. Do you remember what it was called?<br>2 A. KEIS, I think KEIS system, something like that.<br>3 I'm not sure.<br>4 Q. When did you have that conversation with<br>5 Mr. Venker?<br>6 A. Somewhere between '97 and '98. | 110-11 |
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1997 | Salt<br>Baltimore, MD | 138: 2 Q. Are you claiming that you are more qualified than<br>3 Mr. Peterson [Caucasian] for that position?<br>4 A. I wouldn't say that exactly, but I did understand<br>5 the functions, the business functions of Cargill,<br>6 yes.<br>7 Q. So you felt you were qualified as well.<br>8 A. Yes.<br>***<br>139: 8 Q. What is it about the selection of Frank Peterson<br>9 that makes you believe that he was selected -- or<br>10 that you were not selected because of your race?<br>11 A. I believe he was selected because it was like a<br>12 good-old-boy type of network. He knew him from<br>13 when they were buddies at their former company, so<br>14 he was basically giving his friend an opportunity,<br>15 and that's the way a lot of things work. | 138-39 |