01-2086 DWF/AJB
exh 5b

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Mason-Robinson,<br>Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1997-1998 | Salt<br>Baltimore, MD | 197:18 Q. And then it says that you were repeatedly denied<br>19 promotions from July '97 to April '98, correct?<br>20 A. That's what it says.<br>***<br>23 Q. You also state here that none of your managers gave<br>24 you a valid reason for getting passed over. What<br>25 kind of reasons did they give you then?<br>198: 1 A. I don't think anybody ever really gave me a true<br>2 reason. They kind of -- I felt like I was ignored<br>3 and just told to sit there. My issue with that was<br>4 I was never given the opportunity to interview for<br>5 the position. Most things seemed to happen behind<br>6 closed doors, like, hey, you got the job, don't<br>7 worry about it. So by the time I found out the<br>8 position or it became public to everybody, it was a<br>9 done deal and it was -- I felt very ignored and<br>10 passed over. | 197-98 |
| | Mason-Robinson,<br>Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1998 | Salt<br>Baltimore, MD | 257:21 Q. What knowledge does Mr. Venker have of the<br>22 job requirements, qualifications and performance<br>23 issues that you've raised?<br>24 A. Well, as I stated yesterday, I spoke with him<br>25 personally regarding the different positions, and I<br>258: 1 had a conversation with him regarding my promotion to<br>2 a territory manager eventually, and he told me that I<br>3 had to wait and just, basically wait until he was<br>4 good and ready. That's the way it came towards me,<br>5 the tone of his voice, and I felt, from that<br>6 conversation with him, I was supposed to just grin<br>7 and bear it and just be happy I had a job to a<br>8 certain extent, and that was really unacceptable to<br>9 me because I had been on an emotional roller coaster<br>10 with Cargill and the different job opportunities that<br>11 had come up. | 257-58 |

SCANNED
JUL 26 2004
U.S. DISTRICT COURT MPLS

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1998 | Salt<br>Baltimore, MD | 198:16 Q. To your knowledge, did any [Caucasians] find out faster<br>17 than you did about any of the openings that came<br>18 up, for instance, the Florida opening when the<br>19 territory manager was terminated?<br>20 A. Not from my understanding, but I know like when Kay<br>21 was promoted to her position as territory manager,<br>22 she was told that the job was hers, and I don't<br>23 think she went through any process. I think that's<br>24 one of the things that's wrong with Cargill. If<br>25 you're going to do something, do it right for<br>199: 1 everybody and be consistent. Don't just half do it<br>2 the way you think you feel like doing it because<br>3 it's a done deal. I think you have to have some<br>4 type of formalities within a company so you can<br>5 give everybody a fair chance to go in and do the<br>6 interview and say, hey, I could do this job if you<br>7 just give me a shot and just look at my past<br>8 record, versus just, you know, saying, sh, sh, hey,<br>9 you've got the job. | 198-99 |
| | McMath, Warren<br>Declarant - Potential Class Member<br><br>09/17/01 - 09/16/02 | 2001-2002 | Salt<br>Tampa, FL | 4. Jobs at the Tampa Salt Plant were not posted, at least not that I saw. I only knew about some jobs because I saw someone get promoted into them. For example, I saw Allan McDorman (white male) get promoted to Shift Leader. I never saw that job posted. I thought it was unfair that McDorman got that job because Vernon Davis (black male) was more experienced and better qualified, as were Steven Wint, Rafeall Boyd and Otis Jones (all black males). To my knowledge, Davis, Wint, Boyd and Jones were not aware the job was open until McDorman got it. | Para. 4 |
| * | Miller, Bruce W.<br>Declarant - Potential Class Member<br><br>08/01/94 - 07/01/02 | 1997 or 1998 | North Star Steel<br>Houston, TX | 7. I believe I was not treated as fairly as the Caucasian employees. For instance, in 1997 or 1998, there was a new position created called Safety Security Manager. The posted qualifications were background in security, safety, environment, OSHA, EPA, and TNRC. I met those qualifications, so I applied for this position. I interviewed with Kari Lininger (Caucasian) in the Human Resources Department, but I did not receive the promotion. Instead, the position went to a Caucasian male, Larry Pruitt. I heard rumors that the position was specifically created for him because he was leaving his job in maintenance and there were no other positions available for him. I believe, given my work experience, military and educational background, I was a equally qualified match for the posted job qualifications of the Safety Security Manager as was Larry Pruitt. | Para. 7 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Miller, Bruce W.<br>Declarant - Potential Class Member<br><br>08/01/94 - 07/01/02 | During Employment | North Star Steel<br>Houston, TX | 8. During my tenure at Cargill, a lot of supervisor positions became open and available. However, it seemed to me that Cargill management always had someone in mind for the positions before the jobs were even posted. It seemed to me that these "pre-selected" employees were always or almost always Caucasian employees. For example, in the Maintenance Department, during my eight years at Cargill, four Supervisors positions and one Manager position became open. All five positions were filled by Caucasian males. | Para. 8 |
| * | Miller, Kevin<br>Declarant - Potential Class Member<br><br>06/04/90 - present | | | 2. I submitted my resume to a temporary agency after returning from Virginia State. I worked as a temp worker on the packing line for two years at Cargill's Salt Facility in Baltimore, Maryland. Cargill then hired me as a full time Machine Operator in 1990. I am in the same position today, 14 years later. | Para. 2 |
| * | Miller, Kevin<br>Declarant - Potential Class Member<br><br>06/04/90 - present | 2002-2003 | Salt<br>Baltimore, MD | 3. Only some job openings are posted at Cargill. Those that are posted are a joke though. Most of the time at our facility, the job description is obviously written so that a particular person has a better chance of getting the job. This particular person is almost always white. A lot of blacks may know how to do the job, but they don't necessarily meet all the requirements. Then, a white person who doesn't meet all of the requirements either will get the job. For example, a year and a half ago, Joe Via (white) received a job, lead person in the shipping department over David Palmer (black). Mr. Palmer was more qualified. He became discouraged, realized he would not advance at Cargill, and quit after he lost the promotion to Mr. Via on that job. | Para. 3 |
| * | Miller, Kevin<br>Declarant - Potential Class Member<br><br>06/04/90 - present | During Employment | Salt<br>Baltimore, MD | 6. I believe that if Cargill had given me the chance to learn, the same way they gave the white employees chances to learn things, I would have been able to move up to another job by now. For example, Mr. Carr, Mr. Vambrosy, Rick Grande (white) and Tom Young (white) were all given opportunities to train in different areas and learn more about the business. I was not. They have all been able to move up. I have not. Specifically, Mr. Grande was asked to run third shift even though I had more seniority. Another example is when I continually requested training in processing. At one point, I had started this training, but then, Cargill managers brought in Mr. Young. He now runs the processing area along with blending, and I am still a machine operator. | Para. 6 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | 2000 | WWPHOSPH / PHOSPHPROD<br>Tampa, FL | 54:21 Q. Did you apply for any other positions other<br>22 than the TSR position while you were still in phos<br>23 acid?<br>24 A. I looked into applying for some other<br>25 positions.<br>55: 1 Q. What positions were those?<br>2 A. One was an e-commerce position.<br>***<br>19 Q. Did you fill out an application or take any<br>20 other action with respect to that position?<br>21 A. No.<br>22 Q. Why not?<br>23 A. Because when I looked on the Web site there<br>24 was like a note on the bottom that said, and I'm not<br>25 sure I'm quoting it, but something to the effect that<br>56: 1 a good candidate already identified. So it led me to<br>2 believe that they had already picked who they wanted<br>3 so I didn't apply. | 54-56 |
| * | Moulton, Leighton<br>Declarant - Potential Class Member<br><br>04/15/80 - present | 2002 | Dayon, OH | 6. In April or May 2002, Plant Superintendent Mike Mattingly (white male) told me about an upcoming plant restructuring and that he had a Production Coordinator position for me. I told him that I was interested instead in taking a Tour Leader position. Shortly thereafter, my General Manager Kathy Garrison (white female) approached me and told me that "You will take the job." I felt that I had no recourse or choice but to accept the position of Production Coordinator, which I began in September 2002. No training for this position was given or offered. As a Production Coordinator, I work the first shift.<br>7. Three others were hired from outside Cargill in January or February 2002. Jack Barnard, Noel "Jim" Berridge and Joseph "Dan" Corvin (all white males) responded to ads that Cargill placed in the newspaper and were accepted as Production Supervisors. When the plant restructuring occurred in summer 2002, they were all asked to become Tour Leaders. Also, Kenneth Boffemmyer (white male) and Timothy Shiml (white male), both previously Production Supervisors, were made Tour Leaders at this time as well. I felt that my express interest and obvious experience and qualifications for the Tour Leader position were disregarded in favor of these other white employees. | Para. 6-7 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Omer, Mohamed L.<br>Declarant<br><br>04/22/96 - 07/13/98 | 1998 | Corn Milling<br>Eddyville, IA | 21. Around March 1998, I informed my manager at the time, Keith Fladung (white), that I was interested in a team leader position that had just opened in our lab. I did not get the promotion. The lab staff had grown from six chemists to around 12 and so there were four openings for team lead positions, one for each shift. I applied because I had wanted a position like that since starting at Cargill and I knew that I was the most qualified. Instead, four white people I had trained received those positions. Although one person did fit the qualifications, I felt it was to a lesser extent than I did. Recent college graduates who had no work experience filled the other three positions. One person was Dana Olson (white) and I believe the other three were males, whose names I cannot recall. | Para. 21 |
| * | Omer, Mohamed L.<br>Declarant<br><br>04/22/96 - 07/13/98 | During Employment | Corn Milling<br>Eddyville, IA | 23. I was also aware of another African American, Harold Rose, who had been at the plant for about eight years with no promotion. | Para. 23 |
| | Reece, Phyllis<br>Plaintiff<br><br>03/03/93 - 01/02/00 | During Employment | CMD/CGD<br>Norfolk, VA | 89:15 A. Like I had mentioned, you know, when I asked<br>16 about being promoted to these positions at my --<br>17 white counterparts were given, they kept<br>18 brushing it off, stating that I would get my<br>19 opportunity. | 89 |
| | Reece, Phyllis<br>Plaintiff<br><br>03/03/93 - 01/02/00 | 1996-2000 | CMD/CGD<br>Norfolk, VA | 236:18 . . . So I went<br>19 to Chesapeake with no raise, but was given extra<br>20 assignments and was placed in position where I<br>21 pretty much thought I was a maintenance<br>22 supervisor until towards the end I found out<br>23 that I was still categorized in a Production Low<br>24 Grade B position. And those are things that --<br>25 it wasn't told to me. | 236 |
| | Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1996-1998 | FMD<br>Charlotte, NC | 5. . . . From my experience and observations, I felt that I and other African Americans were limited to certain jobs and would never be able to advance into positions of higher pay or higher authority. | Para. 5<br>53-57 (03/30/04)<br>77-80 (04/27/04) |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1997 | FMD<br>Charlotte, NC | 7. While I worked at Cargill, I do not recall seeing job openings posted. I found out about job openings through word of mouth. I never received a promotion while at Cargill. In 1997, I applied for a promotion. There were two Asset Specialist positions involving Mobile Home closings. I believe that the jobs were in our law department and the duties included assisting the attorney. The qualifications for the position were knowledge of customer service. I felt I met the qualifications. I told Ms. Ehrenfreund that I was interested and she turned it over to Mr. Daugherty. I did not receive the promotion. The positions went to Selina Porter (African American) and to Jackie Icenhour (Caucasian). I know that Ms. Porter was more than qualified for the position. I believe that I was more qualified than Jackie Icenhour. Jackie Icenhour came in as a temporary worker and then she got the promotion over me. | Para. 7<br>57-68, 73-75<br>(04/27/04) |
| | Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | During Employment | FMD<br>Charlotte, NC | 8. I think it was harder for African Americans to move up at Cargill. In general, I felt that friends of the boss, mostly Caucasian males, were the ones who received promotions. Ms. Ehrenfreund was the only white female I know of who ever got promoted into management. In addition to my experience, I also saw other African Americans being denied or passed over for promotions. I believe that Audrey Dixon (African American) was denied a promotion. She had worked at Cargill a long time without a promotion. | Para. 8<br>82-84 (04/27/04) |
| | Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1996 | FMD<br>Charlotte, NC | 9. There was also a point where I was given more responsibility without a change in job title, pay grade or pay. After I had been at Cargill for about a year, I was asked to complete research on other accounts in addition to my regular job duties. I felt that another person could have worked full time on that job alone. Yet, here I was, doing my job and another job, and I did not even get a raise. | Para. 9<br>25-31 (04/27/04) |
| * | Rose Jr., Harold E.<br>Declarant - Potential Class Member<br><br>06/26/89 - 03/28/01 | During Employment | NAS<br>Eddyville, IA | 11. I believe that there were two team lead positions that opened up during my tenure at Cargill. I felt confident that I had the knowledge and experience to fill both of those positions. One of those positions went to Mr. Rogers [Caucasian], even though he had less experience and less seniority. | Para. 10 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Emp. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Rose Jr., Harold E.<br>Declarant - Potential Class Member<br><br>06/26/89 - 03/28/01 | 2001 | NAS<br>Eddyville, IA | 7. I left Cargill in March 2001 after 12 years of service. There were a number of reasons why I left Cargill. I had been doing a good job for Cargill. Yet, I feel I was passed over for cross-training opportunities and promotions to a team lead position. My new Laboratory Manager, Dennis Givens (white), had also lied to me about continuing my training. I also felt on many occasions that my white co-workers had issues working with me. At the time I left, the whole situation seemed to be coming to a head, so I left to search for better opportunities.<br>19. What finally pushed me over the edge to leave was a conversation with my Lab Manager, Mr. Bryant. He informed me that Cargill would be doing a work force reduction and that there would be job cuts. He added though, that if I received cross-training in the Fructose Lab, I would have a better chance of staying. I was so upset and frustrated. I had been asking for cross-training on fructose for the last three years. I was tired of requesting cross-training and then watching a white employee receive the training I requested. I did not want that to happen again, so I left to find a job where I could advance and receive the training I requested. | Para. 7, 19 |
| | Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1996 | Corn Milling<br>Dayton, OH | 108: 19 Q. Did you think you should have been selected over<br>20 Ms. Bogdanski for the position?<br>21 A. Yes.<br>22 Q. Why is that?<br>23 A. Because I had -- I did have some experience in<br>24 the customer service department. She held a<br>25 coordinator's position, I held a coordinator's position.<br>109: 1 And I was just as qualified as she was.<br>***<br>14 A. Because I felt that she was a coordinator and I<br>15 was a coordinator. I don't know if they were at the same<br>16 level or not as coordinators. But I felt that she did<br>17 have a lot -- more opportunities to prepare herself for<br>18 management than I did. And the reason I say that is<br>19 because the department was sometimes frustrated because<br>20 she was out so much because she was either at a seminar<br>21 or another plant to benchmark processes or riding with a<br>22 sales rep. And all of those things are things that you<br>23 do to prepare you to obtain the knowledge that you need<br>24 to be a manager. And I don't think those same<br>25 opportunities were given to me because -- I just didn't | 108-09 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1997 | Corn Milling<br>Dayton, OH | 249:19 Q. . . .<br>20 . . . "Demotion from Corn Syrup Coordinator to High<br>21 Fructose Coordinator." Who communicated that to you?<br>22 A. Carl Hoy.<br>***<br>25 . . . [H]e tried to make it seem like it<br>250: 1 was going to be on the same level as the corn syrup<br>2 coordination position but I knew that it wasn't because<br>3 the duties were very, very different. However, this was<br>4 right at the time of the cutbacks when they started to<br>5 shut down the plants, the product lines on the plants,<br>6 and he brought me into the office and he said, "Tonya,<br>7 the high fructose position has really changed and we need<br>8 somebody strong and detail oriented and we feel that you<br>9 can handle it," because I had been there for years so he<br>10 saw what my strengths were, and he said, "We need you to<br>11 kind of consider you taking the position." And I recall<br>12 asking him, "Do I have a choice?" And the answer was,<br>13 "No, not really, you don't have a choice." So they<br>14 basically they put me in the position. | 249-50 |
| | Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1997 | Corn Milling<br>Dayton, OH | 291: 1 A. . . . In the beginning<br>2 when I started prior to Marty taking that position, I<br>3 don't see from our reviews, from the comments that were<br>4 made on my reviews prior to Marty that there was any<br>5 reason why I should not have had that position, I<br>6 deserved that position and I did not get it, instead they<br>7 hired a less-qualified white male. | 291 |
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1995 | Corn Milling<br>Dayton, OH | 317:14 A. There was a position in East Chicago,<br>15 Indiana.<br>16 Q. And what was the position?<br>17 A. Inside sales manager.<br>18 Q. And when was that open?<br>19 A. 1995 I believe.<br>20 Q. And when did you learn of the opportunity?<br>21 A. 1996.<br>22 Q. So you learned about it after it had been<br>23 filled?<br>24 A. Yes. | 317 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | During Employment | CFI<br>Minnetonka, MN | 576: 8 A. I would like to seek damages of lack of<br>9 opportunity for advancement. I mean it still to this<br>10 day behooves me how you can work for a company for<br>11 six, seven years, have positive performances, every<br>12 performance review you mention you want to progress<br>13 to the point you get into management level, and never<br>14 even had the opportunity to be trained in that type<br>15 of, go in that direction. Don't even be considered<br>16 seriously. This is my interpretation. | 576 |
| | Sharp, Jacqueline T.<br>Declarant - Potential Class Member<br><br>09/20/83 - 03/06/96 | During Employment | Corn Milling<br>Memphis, TN | 5. I frequently wrote in my performance reviews that I would like to be promoted. Each time that happened, my manager (Kathy Garrison, Dennis Diles or later Mitch Gardner—all Caucasian), would not agree with me. By that I mean that every employee had the option to write about career goals, promotions, etc at the end of the MBO review form, however, I was told that obviously I could write there about wanting to be promoted, but since my reviews were not that great, I would not receive a promotion. I felt very limited in terms of promotional opportunities because I knew from those reviews that I did not have the support of my managers. In addition, I never received any information on management openings in my department. When a new position would be created, someone would be brought in and the employees would then be informed of the position and of the person hired for that position, thus allowing no opportunities for me to apply for those positions. | Para. 5 |
| | Sharp, Jacqueline T.<br>Declarant - Potential Class Member<br><br>09/20/83 - 03/06/96 | During Employment | Corn Milling<br>Memphis, TN | 6. I often witnessed Caucasian employees who came in with less seniority and less experience, and they would be promoted even if they were new to that department. For instance, someone from another lab would come in and become manager of the fructose lab without ever having worked on that lab bench before. These positions were rarely posted, and so I found out about them only after management announced the changes. Most of those positions went to Caucasians. While I was with the fructose lab, there were four female Caucasian managers and three male Caucasian managers. The pattern of Caucasians in supervisory positions did not just occur in the fructose lab; Caucasian males held most of the nine management positions throughout the Memphis plant. | Para. 6 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | During Employment | Corn Milling<br>Memphis, TN | 46:11 A. I felt like my -- I felt like the opportunities<br>12 were not there that I believed in many years ago. I had<br>13 bad experiences in the workplace. I also questioned -- I<br>14 felt like I was being underpaid. And I felt like there<br>15 was discrimination in the workplace. | 46 |
| | Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | 1998 | Corn Milling<br>Memphis, TN | 139: 8 Q. In this lawsuit are you complaining that you were<br>9 discriminatorily denied any promotions?<br>10 A. Yes.<br>11 Q. What promotions are those?<br>12 A. One is the commercial manager position that I<br>13 just mentioned. The product manager's position was<br>14 eliminated and it was a natural progression to the<br>15 commercial managers because they had some of the similar<br>16 responsibilities. But I was not considered or offered<br>17 the position, and the position, the general manager,<br>18 Creager Simpson, I guess was the one responsible. I'm<br>19 not sure if he was totally responsible for it but I asked<br>20 him about it and he told me that well we already really<br>21 had some -- he said Well, it's a senior position so we<br>22 already have someone in mind for it.<br>***<br>140:17 Q. Who was the successful candidate?<br>18 A. Oh, Kathy Garrison.<br>***<br>141:17 Q. Would the position of commercial manager have<br>18 been a lateral move for you from your product manager<br>19 position?<br>20 A. I believe it would have been a step above the<br>21 product manager's position in that he called it a senior<br>22 position. It may have been like a grade level higher,<br>23 I'm not sure.<br>***<br>142: 2 Q. Was it a posted position?<br>3 A. No.<br>***<br>143:12 Q. Is Kathy Garrison Caucasian?<br>13 A. Yes.<br>*** | 139-144 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 21 A. I don't believe that she was any more qualified<br>22 than I was.<br>23 Q. Why?<br>24 A. Because we both had had similar experiences. She<br>25 had more experience on the technical side, but I had more<br>144: 1 experience on the sales side. I had dealt with customers<br>2 far more, I mean, since the beginning of my career; she<br>3 spent more time in-house. So we balanced each other out. | |
| | Smith, Candy<br>McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 103: 1 Q. Sure. I want to capture the whole time you<br>2 worked at Cargill, and all of the employees with whom<br>3 you had any interaction, did anybody at Cargill say or<br>4 do anything that you felt was disriminatory based on<br>5 race during the time you worked for the company?<br>6 A. Well, no one said anything, but I didn't see<br>7 any African-Americans's being promoted.<br>8 Q. Anything other than that?<br>9 A. No. | 103 |
| | Smith, Candy<br>McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | 1997 | CIS<br>Chicago, IL | 10. Then right before I left in 1997, I applied for the job of Assistant to the Office Manager position. The qualifications were not posted, but I felt with my background that I would be a perfect fit for that positions. I knew all that went on in the office and I was very good at multi-tasking. Also, I had worked closely with my manager and I had watched what she did. I did not receive that position either. I think maybe Pam Bednarz (Caucasian) received that job after I left. | Para. 10<br>127-29 |
| | Smith, Candy<br>McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 13. In addition to my situation, I witnessed other African Americans be denied promotions. I remember that Virginia Douglas (African American) had applied for different positions and had been denied promotions. There was a guy named Kennedy Jones (African American) who never got promoted and that is why he left the company. Mr. Jones had trained Jeff Callard (Caucasian) and Mr. Callard later got a promotion over Mr. Jones. | Para. 13<br>110-15 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Smith, Candy McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | 1996 | CIS<br>Chicago, IL | 9. In 1996, there was a job opening in the computer area. The job was posted on the website. The qualifications were familiarity with computer terms and knowledge of computer software. I tried to apply for that position, but I was told that I was not qualified. That position went to Ms. Keever. Ms. Keever did have some computer knowledge, but she had that because Cargill had given her more opportunities to learn different areas. I was not given those same opportunities. | Para. 9 |
| | Smith, John<br>Declarant - Potential Class Member<br><br>03/13/00 - present | During Employment | Salt<br>Tampa, FL | 7. Job openings are not posted in Tampa. The only position ever posted in our facility happened when Corey Montgomery vacated his 3rd Shift Coordinator position. That is the first time in three years a position has ever been posted. | Para. 7 |
| | Smith, John<br>Declarant - Potential Class Member<br><br>03/13/00 - present | During Employment | Salt<br>Tampa, FL | 8. Rafeall Boyd (African American) trained Corey Montgomery and me in when we first got to the facility. He showed us how to drive the forklift and trucks, and how to operate the payloader. When Shift Coordinator positions came up, management at Tampa completely overlooked him, no interview or anything. The Shift Coordinator positions were filled by: Corey Montgomery, Allan McDorman (Caucasian), and me. It is my belief that Rafeall should have been offered a Shift Coordinator job before McDorman because Rafeall is definitely more qualified than Allan McDorman. Rafeall, Corey and I started the facility and I feel we should have been the first three Shift Coordinators. | Para. 8 |
| * | Summers, Jerry R.<br>Declarant - Potential Class Member<br><br>07/25/88 - 10/16/98 | During Employment | Dry Milling<br>Culpepper, VA | 9. To me, it seemed that whoever got along with Mr. White, was promoted. These were almost exclusively white employees. For example, Randy West (white), who laughed and joked with Mr. White, became Maintenance Supervisor. | Para. 9 |
| | Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 60:12 All right. Tell me how you believe you were<br>13 discriminated against by Cargill.<br>14 A I feel like I was discriminated against by<br>15 Cargill based on my race, and I feel that that<br>16 discrimination led to me not being pulled off shift,<br>17 considered for a promotion. I also feel like that<br>18 discrimination forced me to resign. | 60 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Taylor, Glenn J.<br>Declarant<br><br>01/08/92 - 02/02/98 | During Employment | CSW<br>Beaumont, TX | 3. Not all jobs were posted at Cargill. I think some were, but sometimes, when a supervisor position was opened, management would just announce who they chose to fill that position. Most of those positions went to white employees. | Para. 3 |
| * | Taylor, Glenn J.<br>Declarant<br><br>01/08/92 - 02/02/98 | During Employment | CSW<br>Beaumont, TX | 4. I also felt that whites were given better jobs than blacks. White guys would get the head positions on machines. For instance, the mesh machines would have three operators and the white guy would be the head operator. It seemed that when management picked the leads, race mattered more than seniority, because all the leads would be white, even if they had not been there the longest. | Para. 4 |
| * | Taylor, Glenn J.<br>Declarant<br><br>01/08/92 - 02/02/98 | During Employment | CSW<br>Beaumont, TX | 5. I also witnessed black employees that wanted to move up but were not able to. For example, John Chaney (black), was one of the first employees hired at the Beaumont plant. He was an incredibly hard worker and he should have received promotions. However, Herb Holley (white) and Tommy Smith (white) were promoted over him. | Para. 5 |
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1993-1997 | CIS<br>Chicago, IL | 48: 9 Q. When you were in the staff accountant<br>10 position from 1993 to 1997, did anything occur that<br>11 you believe was somehow discriminatory?<br>12 A. Yes.<br>13 Q. What was that?<br>14 A. When Vito Demonte {Caucasian] was brought in as a<br>15 supervisor of accounts payable to the corporate<br>16 accounting area.<br>17 Q. Anything else?<br>18 A. When Trayce Biancalana [Caucasian] was made supervisor in<br>19 treasury.<br>20 Q. Anything else?<br>21 A. When I was told to transfer to a different<br>22 unit to get necessary experience to become a<br>23 supervisor, when that unit was disbanded two weeks<br>24 after I got there. When I was in an entry level<br>25 position for about a year.<br>49: 1 Q. Was that while you were a staff accountant?<br>2 A. Right. When I didn't get a salary review or<br>3 increase for 20 months. When a position posted for a<br>4 supervisor, a position I posted for, was given to<br>5 someone else less qualified. | 48-49 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | Q. What position was that?<br>A. That was financial controls supervisor.<br>Q. And who was it given to?<br>A. Michelle Reynolds. When I was told I could not be the regulatory accountant because I didn't have experience.<br>***<br>Q. Anything else while you were a staff accountant between 1993 and 1997?<br>A. When I was repeatedly told that supervisory positions were being eliminated as I requested a supervisory position. There's probably more but that's all I can remember at this time. . . | |
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1993-1997 | CIS<br>Chicago, IL | 50:15 . . . What about Vito Demonte's arrival at CIS was somehow discriminatory?<br>A. I'm not saying anything about his arrival at CIS was discriminatory.<br>Q. What was discriminatory?<br>A. His receiving the position of accounts payable supervisor.<br>Q. Okay. Was this a posted position?<br>A. No.<br>Q. Was it a position that you had expressed any interest in?<br>51:1 A. I wasn't aware that the position existed. It was a position I was informally doing.<br>Q. Was it a newly created position when Vito Demonte came into the position?<br>A. Yes. | 50-51 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1996 | CIS<br>Chicago, IL | 79: 25 A. That position [Financial Control Supervisor] became available when I was<br>80: 1 still a position controls balancer. I posted for<br>2 that, and I believe Bill Kelly told me that he had<br>3 heard that it was already slotted for Michelle<br>4 Reynolds, but nevertheless I posted for it.<br>***<br>18 Q. Did you interview for the position?<br>19 A. Yes.<br>***<br>22 Q. Other than Michelle Reynolds, do you know of<br>23 anyone else who posted for the financial controls<br>24 supervisor position?<br>25 A. No, I don't.<br>81: 1 Q. Do you know who made the decision to place<br>2 Michelle Reynolds in that position?<br>3 A. No, I don't.<br>4 Q. Is John Brucker Caucasian?<br>5 A. Yes.<br>***<br>84: 6 Q. Why do you believe that Michelle Reynolds'<br>7 promotion to that position was somehow discriminatory<br>8 vis-a-vis you?<br>9 A. Because I feel I was the better qualified<br>10 candidate. I had performed the functions of that<br>11 job, but on a broader scale for the whole company<br>12 rather than just two product lines.<br>13 Q. Would that have been a lateral move for you?<br>14 A. No, that would have been a promotion. | 79-81, 84 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name/ Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1997 | CIS<br>Chicago, IL | 107: 4 A. This was a, David List was the temp I hired<br>***<br>7 . . . after<br>8 completing the budget process they made him a<br>9 manager. I felt that was discriminatory.<br>***<br>22 Q. Do you know if the position was posted?<br>23 A. I don't believe the position was posted.<br>***<br>109: 18 Q. So do you believe that you were more<br>19 qualified to hold the position of financial controls<br>20 manager than was David List?<br>21 A. I believe so.<br>22 Q. Why?<br>23 A. Because I had relevant CIS experience in all<br>24 aspects of the profit and loss, the financial<br>25 reporting, and I had, I was more familiar with the<br>110: 1 business. | 107, 109-10 |
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | During Employment | CIS<br>Chicago, IL | 254:19 Q. What, if anything, did Shaun O'Brien do that<br>20 you believe was somehow discriminatory?<br>21 A. I believe he demoted me to this third party<br>22 disbursements manager, created a position above me,<br>23 grade level 12, and put David List into that<br>24 position. My previous position as accounting<br>25 manager, gave that to Richard Levin, who had only<br>255: 1 been with the company eight months. That's all I can<br>2 think of right now. | 254-55 |
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | During Employment | CIS<br>Chicago, IL | 256:11 Q. Do you believe that Don Zyck intentionally<br>12 discriminated against you on the basis of your race?<br>13 A. Yes, I do.<br>14 Q. Why?<br>15 A. As I consistently asked for a supervisor<br>16 position I was told first one thing, then another;<br>17 supervisory positions were going to be eliminated,<br>18 when in fact two new positions were made available,<br>19 filled by Caucasians. I was told I was too nice to<br>20 be a supervisor, which I don't understand that at<br>21 all. I was told -- let me think -- that he was going | 256-57 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 22 to develop a nonsupervisory track that I would fall<br>23 into to advance, he and Steve Leone, something<br>24 different. That certainly never even came about,<br>25 even though it was not the norm that everyone else<br>257: 1 had used to advance within CIS. You advanced from<br>2 one grade level to another grade level, there was no<br>3 alternate track that was there. As a matter of fact,<br>4 it never did come about. . . | |
| * | Walker, Eimile A.<br>Declarant - Potential Class Member<br><br>07/01/92 - 08/02/99 | During Employment | Corn Milling<br>Dayton, OH | 16. While I was at Cargill, I tried to find opportunities for advancement. This was not always easy, since many job openings were not posted. I made some moves, usually lateral, but there were other opportunities I was denied. I feel I was not allowed to advance to certain positions because I am African American. | Para. 16 |
| * | Walker, Eimile A.<br>Declarant - Potential Class Member<br><br>07/01/92 - 08/02/99 | 1996 | Corn Milling<br>Dayton, OH | 17. In 1996, there was a customer service manager position open. This position was not posted. I believe that Cargill never posted the position because they already knew who they wanted to place in that position, Ms. Bogdanski. The whole process to fill that position was behind the scenes. Another Caucasian woman was flown in for an interview, but it seemed that Cargill did that only to make it appear that others had an opportunity for the position. A week later, Ms. Bogdanski was named Customer Service Manager. | Para. 17 |
| * | Walker, Eimile A.<br>Declarant - Potential Class Member<br><br>07/01/92 - 08/02/99 | 1998 | Corn Milling<br>Dayton, OH | 19. Ms. Bogdanski left in 1998, leaving an opening for Customer Service Manager. The qualifications were posted this time: college degree, supervisory experience, and customer service experience. I believe that I met the qualifications, so I applied for the position. I was aware that I did not have that much supervisory experience. I had only supervised one person for two years. Yet, I felt that I had a lot of knowledge about Cargill. I knew fructose and starch and what I did not know, I felt that I could learn. Mr. Hoy and either the Plant Manager or the Human Resource Manager interviewed me. | Para. 19 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Walker, Eimile A.<br>Declarant - Potential Class Member<br><br>07/01/92 - 08/02/99 | 1996-1998 | Corn Milling<br>Dayton, OH | 25. In my experience, I felt that Cargill did not want an African American in the Customer Service Manager position. I feel that way because they hired two Caucasians, Ms. Bogdanski and Mr. Hammonds, who did not meet all the qualifications. Yet Cargill refused to hire two African American women, Tonya Ross and me, both of whom met most of the qualifications. Looking at the four people, I don't think that anyone met all qualifications, but Cargill hired Caucasians over African Americans both times. | Para. 25 |
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 1996 | Fertilizer<br>Tampa, FL | 143:17 Q. What information does Mr. Singleton have<br>18 about the lost promotion?<br>19 A. In 1996 when I found out that I really wasn't<br>20 an I/T technical analyst and was an associate, I<br>21 talked to Jay about it and he told me that he had<br>22 talked to Phillipe about it and that in his opinion I<br>23 should have been promoted to a technical analyst a<br>24 long time ago. And that's all that I remember.<br>25 Q. Did he tell you what Phillipe's response was?<br>144: 1 A. No.<br>2 Q. Did you ever talk to Phillipe about whether<br>3 you should have been promoted from associate to<br>4 analyst?<br>5 A. Yes.<br>6 Q. What was Phillipe's response when you talked<br>7 to him about that?<br>8 A. That he agreed that the skill set was in,<br>9 technical skill set was appropriate for the technical<br>10 analyst position, but he didn't feel like I should be<br>11 promoted at that time. And that if not being a<br>12 technical analyst was going to be the only thing that<br>13 prevented me from getting a job in Fertilizer, then<br>14 he would promote me. | 143-44 |
| * | Williams, S. Bruce<br>Declarant - Potential Class Member<br><br>02/13/84 - present | During Employment | Salt<br>Baltimore, MD | 6. I felt it was very hard to get a promotion at Cargill. First, there were not many opportunities for advancement. Second, when opportunities arose, they always seemed to go to the Caucasian workers. Management just filled the position and then announced that that position had been open and was now filled. For example, there were not many job openings posted at our facility, but when they were, it was just for show because the managers had already chosen a person for the job. | Para. 6 |

**Summary Exhibit 5**

## SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Williams, S. Bruce<br>Declarant - Potential Class Member<br><br>02/13/84 - present | During Employment | Salt<br>Baltimore, MD | 7. In 1988, I applied for the second shift supervisor position. The qualifications were: a high school diploma, managerial experience, and knowledge of safety and the equipment. I know that I met the criteria. I believe that Dewayne Elliot (Caucasian), Tom Elliot's brother, received the position. | Para. 7 |
| * | Williams, S. Bruce<br>Declarant - Potential Class Member<br><br>02/13/84 - present | During Employment | Salt<br>Baltimore, MD | 8. I have not applied for any more promotions at Cargill because I felt like the decisions were pre-determined and therefore, I would not receive the position even if I applied. I also witnessed other African American employees try for promotions unsuccessfully. For example, Kevin Miller tried to get a forklift position, but was not able to. Another time, Cargill started running another shift, so a shift supervisor position became available. Dave Palmer tried to get the position, but the job went to a Caucasian employee, whose name I cannot remember. | Para. 8 |
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999 | Salt<br>Baltimore, MD | 194: 25 A. I believe that I was being demoted because of<br>195: 1 my race because up until that time when I look at<br>2 other African-Americans that had also gone through<br>3 corporate I/T starting as an entry-level hire, no one<br>4 was able to get beyond the position that, of senior<br>5 business analyst, or at least to, to my recollection<br>6 no one else was able to move over into what would<br>7 have been a consultant or manager position from that<br>8 entry level area. There -- and when I did move into<br>9 that position I saw the continuous efforts for<br>10 preventing me from, from trying to, to work as a, as<br>11 a consultant, as I had mentioned earlier.<br>12 And I look at that, that pattern, and where I<br>13 was hoping that progress was actually taking place by<br>14 allowing me to move into that area, in fact it<br>15 appeared to the contrary, that efforts were being<br>16 made to put me back in my place, which would have<br>17 been a nonmanagement, nonconsultant position. | 194-95 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | During Employment | Salt<br>Baltimore, MD | 215:18 Q. Okay. What promotions are you claiming were<br>19 denied to you on the basis of your race?<br>20 A. As I, as I mentioned before, it was the, the<br>21 pattern.<br>***<br>216: 1 that if I actually was an individual that was<br>2 considered to be a significant contributor, that<br>3 efforts would have been made to go forward in my<br>4 behalf in retaining me and allowing me to, to move on<br>5 to, to other positions.<br>6 After several attempts to take on positions,<br>7 it became clear to me that Cargill was saying that<br>8 they did not want my services.<br>***<br>14 A. I believe that if I had been a white<br>15 individual that the position with Mike McFarlane<br>16 would have been offered to me as a business<br>17 consultant. I believe that if I had been a white<br>18 individual that the position as education manager<br>19 would have been offered to me. I believe that if I<br>20 had been a white individual my efforts to work in<br>21 Harv Kapsner's group within the project management<br>22 area would have been offered to me. I believe that<br>23 there were more positions that I can even recall that<br>24 I would have received, and promotions I would have<br>25 made if I were a white individual. | 215-16 |

## Summary Exhibit 5

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999 | Salt<br>Baltimore, MD | 217: Q. Why do you believe that your situation with respect to Mike McFarlane's position would have been any different had you been white?<br>A. Because I saw other people in his area that were not people of color progress, and progress quickly with less years of experience.<br>Q. Who? Who were those white people?<br>A. Again I don't recall the specific names, but I know while I was in the department there were several individuals that were moved to newly created supervisory positions that had only been with Cargill a few years. When I look at the progression of some of the other individuals, . . .<br>. . . again with less number of, of years' experience, opportunities were made for her that were not, that were not being given to me. | 217 |
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999 | Salt<br>Baltimore, MD | 237: A. What I'm claiming is that there was a case where an individual, in this case a white female, was valued by Cargill, and in being valued by Cargill there were efforts made to temporary place her and then move her on to greater endeavors after that.<br>What I recall is in looking at the job descriptions, the job description for that particular position, that if we went based on responsibilities and contributions and so forth, that I would have been an ideal candidate. I call it discrimination because the senior manager, Harv Kapsner, and me talking to him, just told me two things within the, within the same conversation; I don't even know what you do, and then to say, you know, you're not going to, to get this position. So I wasn't, I wasn't even being considered. And if I'm not being considered for a position and he doesn't even know what I do, why wouldn't he take the time to find out what I, what I did at least? | 237 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999 | Salt<br>Baltimore, MD | 291: 4 A. Well, if I may, I'd like to step just a tad<br>5 bit before January of 2000 because it's all related.<br>6 I had indicated to Nancy Parten and Harv my interest<br>7 in eBusiness and becoming more involved with<br>8 eBusiness and seeing it as an opportunity for<br>9 development. Not just for myself but for the, for<br>10 the company. And I submitted actually a document to<br>11 them that, that put together a program as to how I<br>12 could become a major contributor or consultant in<br>13 that area. So -- and they basically said, you know,<br>14 no, we can't do this, period. | 291 |
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | During Employment | Salt<br>Baltimore, MD | 301: 4 Q. Okay. And I believe you testified that he<br>5 was doing something more for Shannon Bonkrude. What<br>6 more was he doing for Shannon Bonkrude than what he<br>7 was doing for you?<br>8 A. He kept telling her about positions that he<br>9 heard about within, within Cargill. Shannon told me<br>10 that he called her after she had left Cargill,<br>11 following up with her to see how things were going.<br>12 And I never, you know, received any phone calls like<br>13 that. I don't know if he gave her tips outside of<br>14 the Cargill walls, but I do recall her talking about<br>15 internal positions.<br>16 Q. Was Shannon conducting her job search from<br>17 home or from the office?<br>18 A. She did some of both. | 301 |
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2001-2002 | Salt<br>Tampa, FL | 148: 3 Q. Okay. With respect to promotions, what do you<br>4 mean when you say "promotions"?<br>5 A. At the time that they were hiring for shift<br>6 coordinator for second shift I was not<br>7 considered. It was never posted.<br>8 Q. When was that?<br>9 A. Between 2001 and 2002.<br>10 Q. Who was the manager at the time?<br>11 A. Jim Crawford.<br>***<br>17 Q. At the time that Mr. McDorman was made<br>18 coordinator of second shift was he an employee | 148 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 19 on second shift?<br>20 A. First shift.<br>21 Q. And Mr. McDorman is -- is he Caucasian?<br>22 A. He's Caucasian. | |
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2000 | Salt<br>Tampa, FL | 197:19 Do you believe that the decision to leave<br>20 you at a Process Tech IV as opposed to moving<br>21 you to a Process Tech V was made based on your<br>22 race?<br>23 A. Yes, I believe so.<br>24 Q. All right. Why?<br>25 A. Because to be a proc -- to be a shift<br>198: 1 coordinator you have to be a Process Tech V.<br>2 You have to have general knowledge of all areas<br>3 of the facility. Alan McDorman did not. And he<br>4 was -- he was promoted to a shift coordinator<br>5 in -- intent that he was to be Process Tech V,<br>6 because you cannot be a Process Tech IV and be a<br>7 shift coordinator. So he was moved up to that<br>8 position. So automatically he would have to be<br>9 Process Tech V. And he had no knowledge of the<br>10 dome or shipping and warehouse duties. | 197-98 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Date | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2000 | Salt<br>Tampa, FL | 228: 3 Q. With respect to the third item that you<br>4 mentioned this morning involving Rafeall Boyd, tell me<br>5 about that situation, why you believe that the treatment<br>6 of Mr. Boyd was somehow discriminatory.<br>7 A. Mr. Boyd has years of experience coming from a<br>8 northern salt plant. And in our facility, he was one of<br>9 the employees that trained employees such as John Smith<br>10 and Corey Montgomery and myself and Otis Jones, lot of<br>11 other employees. Even when the shift coordinator<br>12 position was given to Corey Montgomery and John Smith and<br>13 there was another posting -- another position open up for<br>14 shift coordinator on second, it was never offered to him,<br>15 although he has years of experience in the company. It<br>16 went to a lesser-experienced employee.<br>***<br>19 Q. Who was the employee who became the shift<br>20 coordinator on second shift?<br>21 A. Alan McDorman.<br>22 Q. How long had Mr. McDorman been in the company at<br>23 the time?<br>24 A. Less than a year.<br>***<br>229: 9 Q. Has Mr. Boyd told you that he believed that<br>10 there was something discriminatory about that?<br>11 A. Yes.<br>12 Q. What did he say?<br>13 A. "I can't believe they gave the position to<br>14 someone else and why they couldn't give it to me." | 228-29 |

**Summary Exhibit 5**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Emp. Date | Time Frame | Division / Location | Evidence | [illegible] |
|---|---|---|---|---|---|
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2003 | Salt<br>Tampa, FL | 230: 4 Q. In terms of the production manager position,<br>5 when was that position awarded? And that was for Mr.<br>6 Toloday, right?<br>7 A. Yes.<br>8 Q. When was that again?<br>9 A. I believe June, July.<br>10 Q. Of this year?<br>11 A. 2003.<br>***<br>14 Q. Who made that hiring decision?<br>15 A. I only know of one person, Mike Anderson.<br>16 Q. Did Mr. Boyd complain to you that he thought<br>17 that there was something discriminatory about that<br>18 decision?<br>19 A. Yes.<br>20 Q. What did he say?<br>21 A. "I could have gotten -- I should have and I<br>22 could have done that job."<br>23 Q. And did Mr. Boyd tell you that he believed that<br>24 there was something racially discriminatory about that<br>25 decision?<br>231: 1 A. Yes.<br>2 Q. What did he say about that?<br>3 A. "See, there again, they're bringing in another<br>4 white person in to do a job because they don't think any<br>5 of us African Americans could do it." | 230-31 |
| | Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>Minnetonka, MN | 104:13 Q Have you now told me all ways in which you<br>14 believe Mr. Kohler discriminated against you?<br>15 A No. I also believe he discriminated as far as<br>16 grooming me for the next level, for promotion, for<br>17 getting the word out to other managers or other personnel<br>18 of potential jobs that were out there that I might be a<br>19 good fit for, that would be a good learning experience<br>20 for me and that would help further my career. I don't<br>21 believe that I was compensated as well as my peers. And<br>22 I certainly wasn't evaluated as objectively as my peers,<br>23 I feel. . . | 104 |

## Summary Exhibit 5
# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Emp. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>Minnetonka, MN | 136: 12 A It's kind of unwritten policy at Cargill that<br>13 you don't, per se, go to your boss and say I want to be<br>14 transferred, transfer me now, or that nature. It's kind<br>15 of the network where they choose you as to who they want<br>16 to move, who they don't want to move. It's kind of --<br>17 they just kind of come, take you in an office one day and<br>18 say, We have this opportunity, you know, we'd like for<br>19 you to take it. There isn't -- even though there is a<br>20 job postings website, the majority of -- I'd say<br>21 90 percent, roughly, of the moves within Cargill are done<br>22 that way, where somebody has given the nod and they go<br>23 and they -- and they talk about, you know -- they arrange<br>24 it, and then they go talk to the person and they say,<br>25 Well, we have this opportunity that we'd like for you to<br>137: 1 take it, what do you think? And that's just how it's<br>2 done. | 136-37 |