01- 2086 DWF/AJB
exh 7a

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | 2001 | HFT<br>Minnetonka, MN | 173: 6 Q You spoke earlier about your meeting with<br>7 Mr. Kollodge and you indicated that at the<br>8 conclusion of the meeting he said that he would<br>9 look into your concern about compensation and get<br>10 back to you.<br>11 A That is correct.<br>12 Q Did he get back to you?<br>13 A No, he didn't. | 173 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1997 | Corn Milling<br>Minnetonka, MN | 28: 3 Q. When your position changed to Ethanol/CO2 sales<br>4 rep in 1997, was that a promotion?<br>5 A. No.<br>6 Q. Did you receive an increase in salary when you<br>7 became an Ethanol/CO2 sales rep?<br>8 A. Not originally.<br>9 Q. Why not? What do you mean when you say "not<br>10 originally"?<br>11 A. I took on the duties of Ethanol/CO2 sales rep<br>12 without an increase in pay. And later on in the year of<br>13 1997 I was given a merit increase, but that was<br>14 subsequent to me doing the job.<br>***<br>20 A. Not originally. When I received the pay increase<br>21 later in 1997 my grade changed, was changed to salary<br>22 class level eight. | 28 |

SCANNED
JUL 26 2004
U.S.DISTRICT COURT MPLS

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 93: 9 Q. Now I want to turn to the four and a half to five<br>10 years that you spent as an Ethanol sales rep in the Corn<br>11 Milling division . . .<br>***<br>19 Q. In terms of your rate of pay, why do you say that<br>20 you believe your rate of pay was limited?<br>21 A. I would talk to my manager often about my, the<br>22 scope of my job, what I was being asked to do, and the<br>23 experience level that I was asked to do it with and I<br>24 explained that I felt as though I was underpaid and I was<br>25 constantly asking for my pay to be reviewed and I was<br>94: 1 told that I was paid, I was paid well and I was paid at a<br>2 higher level than others in the organization. However,<br>3 when I would talk to other managers in the organization,<br>4 they would tell me I should be paid much higher than the<br>5 level I was being paid. | 93-94 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994 | Corn Milling<br>Minnetonka, MN | 97: 7 Q. What did Mr. Torres say about your pay?<br>8 A. He would primarily tell me that he believed that<br>9 my salary grade was low for a person of my experience and<br>10 tenure with Cargill, that he didn't understand why my<br>11 salary grade wasn't somewhere near a salary grade level<br>12 nine. He also didn't understand why I wasn't eligible<br>13 for bonus. The bonus structure was subjective in his<br>14 opinion.<br>***<br>23 A. He was comparing me with . . .<br>24 . . . the<br>25 progression of a typical merchant and/or salesperson that<br>98: 1 would have had at the time . . .<br>***<br>8 and seeing our knowledge bases and levels, he didn't<br>9 understand why I wasn't being paid similarly or graded<br>10 similarly. | 97-98 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2000-2001 | Salt<br>Baltimore, MD | 136:10 . . . I had performed well and grew<br>11 my territory, but had yet made less money and I wanted my<br>12 salary to be reviewed because I felt as though I was<br>13 being disproportionately compensated. And Rick [Schoenfelder] said that<br>14 he would, he would look into it. That was our first<br>15 conversation.<br>16 And then in January of 2001 we had a<br>17 secondary conversation where he said to me that he had<br>18 talked to Mike Schmit about my compensation and Mike said<br>19 there was nothing that could be done, we could not make a<br>20 base salary adjustment, and he further advised me not to<br>21 ask questions about that because there were other people<br>22 who weren't making commissions and I'd look like I was a<br>23 complainer and he cautioned me about asking about my<br>24 salary.<br>25 Q. Did he say what other people also were upset<br>137: 1 about their compensation?<br>2 A. He didn't say -- he didn't mention any specific<br>3 names. He used that as a leverage to say other people<br>4 may or may not be in the same situation that you're in so<br>5 you shouldn't complain about it, you know, be careful<br>6 about what you complain about. | 136-37 |

# Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2001 | Salt<br>Baltimore, MD | 137:13 A. As a follow-up to that the thing that confirmed<br>14 my assumptions about pay was that in April of 2001 there<br>15 was a sales meeting in which Mike Schmit put up the<br>16 minimum, the maximum and the median for pay for the sales<br>17 organization and he compared those who had been under the<br>18 old territory manager compensation plan that I was a part<br>19 of when I first joined Salt and then two or three years<br>20 later now what those same numbers were for the same<br>21 people. And my numbers fell outside of, when I say<br>22 outside, I mean below the minimum in that range. And<br>23 that alarmed me.<br>24 Q. Do you know who else's fell below the minimum?<br>25 A. No, I do not. I do know that I was the only<br>138: 1 African American territory manager in Salt during that<br>2 time frame.<br>3 Q. Are you still the only African American territory<br>4 manager in Salt?<br>5 A. Yes. | 137-38 |
| | Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1999 | Salt<br>Baltimore, MD | 147:15 Q. How about Rick Schonfelder, has he ever done<br>16 anything that you believe is somehow discriminatory?<br>17 A. I think his support of Cargill's pay policy with<br>18 respect to me was discriminatory.<br>19 Q. Why?<br>20 A. Because I was in a position where my salary had<br>21 been greatly reduced and I complained and showed him the<br>22 data as to how it had been reduced and how I felt it was<br>23 unfair, and he could see that I was making a fair case<br>24 but told me that, you know, that I had to just grin and<br>25 bear it and not to complain about it. | 147 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 196:14 A. I'm not sure what increases Dolski, Kling,<br>15 Greavu received or what salaries they were<br>16 positioned at, but I actually heard -- overheard<br>17 Mr. Greavu [co-worker] discussing his salary over the phone.<br>***<br>20 Q. What did you hear it to be?<br>21 A. It was six figures.<br>22 Q. And?<br>23 A. And I wasn't earning six figures.<br>24 Q. And you think you should be?<br>25 A. I think I should have been compensated equally<br>197: 1 with Mr. Greavu [co-worker].<br>2 Q. Because?<br>3 A. At the very minimum.<br>4 Q. Because?<br>5 A. His job was not -- or should not have been<br>6 higher -- a higher grade than mine.<br>***<br>10 A. . . . Mr. Greavu [co-worker] had less experience in<br>11 the organization, less experience in<br>12 transportation. His education is no greater<br>13 than mine. His level of responsibility in terms<br>14 of impact, if they used their equitable -- or if<br>15 they used a grading system to evaluate the<br>16 positions, was not greater than the level of<br>17 impact that my position had. So we should have,<br>18 at the very worst, been compensated equally. | 196-97 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | 2001-2002 | Phosphprod<br>Tampa, FL | 173: 7 Q. Why do you have Yetty [African American] by the words "2001-2002<br>8 compensation"?<br>9 A. Because during her time there she was supposed to<br>10 get a raise or was expecting a raise at her one-year<br>11 fiscal, and she did not get it and she begin to ask<br>12 questions. She talked with Angela [Nguyen] about it and Angela<br>13 said that she would look into it and she never gave a<br>14 response. And Yetty wrote a letter to Angela to the HR<br>15 department to Ozzie stating her concerns about<br>16 compensation, why was her compensation being delayed when<br>17 Jamie [Mellon] had gotten a couple increases during his time<br>18 there.<br>***<br>174: 18 Q. Do you know whether or not he received an<br>19 increase in pay?<br>20 A. I'm confident that he did receive increase in<br>21 pay.<br>***<br>175: 1 Q. What about Kwasi, why do you have Kwasi listed<br>2 here by the end of 2002 compensation?<br>3 A. Because Kwasi was the senior plant chemist and Du [Nguyen]<br>4 got increases that surpassed Kwasi during the short<br>5 period of time that he was there.<br>6 Q. How do you know that?<br>7 A. Du went and told Kwasi. | 173-75 |
| | Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | 2001 | WWPHOSPH-PHOSPNPROD<br>Tampa, FL | 177: 18 Q. And has Mr. Williams [African American] ever complained to you that<br>19 he thought that his compensation had been affected by his<br>20 race?<br>21 A. He complained to me that his compensation was<br>22 very different from his peers. | 177 |

## Summary Exhibit 7
## SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997 | Corn Milling<br>Cedar Rapids, ID | 6. When I was hired, [as starch coordinator] I was told that I would get paid at the same level as Todd Hayek (Caucasian), who was an EX005 or EX006, but I never was paid at that level. I had started out making $12.25 an hour and later moved up to $13.00 an hour. I did not feel that I was adequately compensated. I felt lied to about my starting salary because they said I would make a higher amount and I never did. I did not complain about my salary because my attitude was that my work would take care of that. There was also a point when I had to do truck dispatcher work and some rail coordinator duties as well as my regular job duties as Starch Coordinator. I was never given additional compensation for the added responsibilities. | Para. 6<br>125-129 |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | During Employment | Admin<br>Minnetonka, MN | 159:13 A Scott had informed me that -- Scott Van Orsdel<br>14 had informed me that within the financial job family,<br>15 with regards to compensation, African American women were<br>16 at the lowest -- lowest level relative to their peers. | 159 |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | During Employment | Admin<br>Minnetonka, MN | 264: 9 Q Okay. Let me put it a different way then. As<br>10 you sit here, do you have any information to believe that<br>11 you were not compensated fairly?<br>12 A The compensation process is closely tied with<br>13 the performance appraisal process, and because I don't<br>14 feel that the performance appraisal process is fair, then<br>15 I -- I can't say that my compensation is fair.<br>***<br>265: 1 Q At any time -- at you sit here today, do you<br>2 think that at any time while you were employed at Cargill<br>3 you were compensated unfairly because of race?<br>4 A I know what Scott Van Orsdel indicated to me<br>5 was that African American women in the financial job<br>6 family, which is where I spent seven years or so, are<br>7 compensated at the low end of the spectrum relative to<br>8 their white male and female counterparts. | 264-65 |

## Summary Exhibit 7
## SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | After 1996 | Admin<br>Minnetonka, MN | 332:12 Q At any point in your career, did you learn that<br>13 you were earning less pay than peers?<br>14 A I have no direct knowledge of that, but I<br>15 certainly have seen indications that that is so.<br>16 Q And what indications have you seen?<br>17 A For example, in passing out United Way pledge<br>18 forms, there are different pledge forms given to<br>19 employees who were considered highly compensated.<br>20 Q Pledge forms asking them to give more money?<br>21 A I would assume that they were.<br>22 Q And what did you learn from observing who got<br>23 which pledge form?<br>24 A I observed that there were some people that I<br>25 considered to be peers that were receiving highly<br>333: 1 compensated United Way requests, when I wasn't receiving<br>2 them.<br>3 Q And who was that?<br>4 A Well, just about everybody in my department<br>5 when I was in CTI. | 332-33 |
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | Mid-1990s to 2000 | Admin<br>Minnetonka, MN | 544:13 Q Has your salary ever gone down?<br>14 A My yearly salary has gone down in terms of my<br>15 gross earnings, yes.<br>16 Q And when is that?<br>17 A I experienced some years in the middle '90s<br>18 where I earned less money one year than I did the year<br>19 before, depending on the level of bonus or whether I got<br>20 a bonus. Also, I think in 2000 I earned less than I did<br>21 in '99.<br>22 Q And is that -- why is that?<br>23 A As I said before, the combination of salary and<br>24 bonus. If the bonus isn't there or is not existent, it's<br>25 possible to earn less one year than you did the previous<br>545: 1 year. | 544-45 |

# Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 1990 - 1999 | Admin<br>Minnetonka, MN | 109: 3 Q Have you ever been at any meetings where<br>4 general transportation managers discussed compensation?<br>5 A Yes.<br>6 Q And when is that?<br>7 A I've been at GTM meetings where compensation<br>8 was discussed in relationship with overall career<br>9 advancement, opportunity, track -- you know, career<br>10 tracking. Not that this individual gets paid this much<br>11 or that individual gets paid that much, but a number of<br>12 times during my tenure with Cargill, people have<br>13 complained about there not being a defined career track<br>14 for professionals to track through. It seemed to be<br>15 somewhat of a haphazard approach to promotions that<br>16 weren't directly connected to the level of work that<br>17 people put in or their achievements, so...<br>***<br>110: 3 A The time frame I'm referencing would be during<br>4 the 1990s. From 1990 to, perhaps, 1998 or 1999. | 109-10 |
| | Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | During Employment | CIS<br>Chicago, IL | 60: 13 Q What pattern are you talking about?<br>14 A The pattern of always trying to -- I have to go<br>15 to -- I don't know how to put this. I have to always<br>16 push, fight, not fight phys-- you know -- I'm lost for my<br>17 words right now. It always seem that whenever I wanted<br>18 positions, it was hard for me to get them. There was<br>19 always barriers, excuses. Even like with the seg record<br>20 position, you know, the discussions that I was given,<br>21 eventually they gave it to me, but at a lower grade.<br>22 Q I want to go back to that comment. You said<br>23 eventually that they gave you the seg position. They,<br>24 again, Karen Carlos?<br>25 A Yes.<br>61: 1 Q What do you mean when you say but at a lower<br>2 grade?<br>3 A It was posted as a grade four. When I got --<br>4 when they gave -- when I was given the position, it was<br>5 at a grade two. | 60-61 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 2000 | CIS<br>Chicago, IL | 86:11 Q Other than the reorganization we've just<br>12 discussed, did anything else happen to you while you were<br>13 an accounting supervisor that you believe was somehow<br>14 discriminatory?<br>15 A One of the things that I thought wasn't fair<br>16 was when they gave me the position, they only gave me<br>17 half the raise. And they said I would get the other<br>18 half, six to nine months.<br>19 Q Okay. And when you say "they," to whom were<br>20 you referring?<br>21 A The -- at the time Richard was -- Richard Levin [Caucasian]<br>22 was the accounting manager. He was the one I had the<br>23 conversation with.<br>24 Q Why did you believe that was unfair?<br>25 A Because there was another -- another guy that<br>87: 1 went from accounting to treasury. His name was Neal<br>2 Banwart. He -- when he went to the treasury department,<br>3 I had asked him, did he get his full raise, he said he<br>4 did. I only got half my raise. | 86-87 |
| | Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 2000 | CIS<br>Chicago, IL | 92: 4 Q Do you believe that the fact that you received<br>5 half of your increase when you became an accounting<br>6 supervisor was somehow based on your race?<br>7 A Looking at all the parties who receive half and<br>8 the ones that receive whole, yes. | 92 |
| | Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | After 1999 | CIS<br>Chicago, IL | 171:<br>20 Q Why do you say that Heidi Boesen [Caucasian] was paid more<br>21 than you were?<br>22 A I believe that she was because of the rate<br>23 of -- the speed of how she advanced. One of the things<br>24 that I can remember when I was in treasury, I think my<br>25 grade was a two. And when I came back to accounting --<br>172: 1 when we switched positions, it became a four. Well, I<br>2 don't think that she went back down to a two. | 171-72 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Ford, Glenn<br>Declarant - Potential Class Member<br><br>12/08/69 - 11/01/96 | 1995-1996 | Administration<br>Minnetonka, MN<br>(Office Center) | 7. I complained about my salary in both 1995 and 1996. At the time, I had to do full color work, whereas the other guys did not. Mr. Ames was running a smaller machine than I was, yet he was making more than me. So, I asked for a raise. I was told I would have to prove myself. This was after I had received awards for some of my press work. | Para. 7 |
| | Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1997 | Excel<br>Wichita, KS | 4. When I resigned, others also had recently resigned. Those others were offered additional money to stay. I was not offered additional money. | Para. 4<br>55-57 |
| | Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1996 | Excel<br>Wichita, KS | 9. There was also a time when my supervisor, John Blair (Caucasian) disappeared with no warning and I was asked to take over the big project that he had been working on. The project was an Epic Success, which involved converting all of payroll into Cargill's system. I spearheaded the project. We had video conferencing throughout the region. I never received a salary increase for that work, even though it was completed ahead of schedule and was a success. | Para. 9<br>99-100 |
| | Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | 1995-1996 | Excel<br>Ottumwa, IA | 8. My compensation was also lower than it should have been, given my responsibilities. I worked at two different locations. I was stationed in Iowa, but for a number of months I also had to cover the plant in Marshall, Missouri. I was doing the work of a regional human resources manager, but I was only getting paid what a human resource manager of even one plant normally made. | Para. 8<br>164-75 |

Summary Exhibit 7

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Graves, John<br>Declarant - Potential Class Member<br><br>8/14/95 - 4/15/00 | 1995 | Administration<br>Minnetonka, MN | 10. In the SBD group, your beginning salary was determined strictly by what school you attended. A "Tier 1" school, such as Harvard or Wharton, had the highest salary range; "Tier 2" schools, such as the University of Michigan, had a lower salary range; and "Tier 3 schools, such as the University of Minnesota and the University of Wisconsin, had an even lower salary range. We did not recruit at all from historically black colleges and universities. I hold an MBA from a Tier 2 school, but was paid below the mean for my salary range throughout my tenure at Cargill. Once at Cargill, salaries separated quickly and were not so much performance based but, in my view, reflected the similarities between employee and manager. | Para. 10 |
| * | Harris, Dewayne B.<br>Declarant - Potential Class Member<br><br>11/26/84 - 09/02/00 | 1999 | Hohenberg<br>Memphis, TN | 13. Initially, Cargill paid me $3.75 per hour. Through my 15 years, I recall receiving a raise maybe every other year. Usually, those raises were for the cost of living increase and not for any promotions. When I left in 1999, I was making $10.75 an hour. | Para. 13 |
| | Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | 1998-1999 | Excel<br>Wichita, KS | 5. Although employees rarely discussed salaries, I believe Caucasians employees with backgrounds similar to mine were making more money than I was. Actually, I know that other Caucasian employees, such as Christy Ferguson and Brenda McKinney, received a bonus during the year I worked at Cargill because they told me. In contrast, I never received a bonus from Cargill. | Para. 5<br>167-172 |
| | Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1996-1997 | Seed<br>Minnetonka, MN | 66:18 Are you claiming that you lost any wages<br>19 while you were employed at Cargill?<br>20 A Yes. Because, one, I should have received an<br>21 increase. I wouldn't have had a raise in over two years. | 66 |

**Summary Exhibit 7**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | 1998 | CMD / CGD<br>Chicago, IL | 88:22 Q. Now when you started as a merchant trainee<br>23 you received a certain salary, correct?<br>24 A. Correct.<br>25 Q. How was that initial salary determined?<br>89: 1 A. Based on what Robin Jackson said to me, that<br>2 the salary was, it was a base salary, and with an<br>3 advanced degree there was a, I think it was a $2,000<br>4 premium for a master's degree.<br>5 Q. And did everyone receive the same base, all<br>6 the 40 who started with you?<br>7 A. I only know of one who received the exact<br>8 same salary I did.<br>9 Q. And who was that?<br>10 A. Dan Turner.<br>11 Q. Do you know how that base salary was set?<br>12 A. I only know Robin said that his base salary<br>13 was twenty-one five. You got a $2,000 bonus for a<br>14 master's degree, and Dan Turner was making 23,500 and<br>15 he did not have a master's degree.<br>16 Q. How did you learn what his salary was?<br>17 A. He shared that information with me. | 088 - 89 |
| | Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | During Employment | CMD / CGD | 298:13 Q. Why do you think that the fact that you<br>14 didn't get a bigger raise was somehow based on your<br>15 race?<br>16 A. Because based on my salary throughout my nine<br>17 years, I was always barely in the, I was basically in<br>18 the lower range of every class that I was ever<br>19 assigned.<br>***<br>299:<br>2 A. Because after having conversations with the<br>3 African-Americans that I noted earlier, they felt the<br>4 exact same thing that I did. I did not, I do not<br>5 recall, other than Martin Parker, discussing their<br>6 discontent with salaries. I did not see others<br>7 struggling financially to buy a home or, often they<br>8 talked about the stocks that they traded. That<br>9 requires income to do those things. I knew how to do<br>10 them but having funds available to do it was<br>11 difficult. The majority of the people I worked with | 298-99 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 12 were single household income, the Caucasian men's<br>13 wives were primarily homemakers, they weren't<br>14 working.<br>15 So based on discussion with<br>16 African-Americans, most of them were, if they weren't<br>17 single, they had dual household income and were still<br>18 struggling. | |
| | Jenkins, Sabrina Y.<br>Declarant - Potential Class Member<br><br>06/03/96 - 07/31/97 | 1996 | CGD<br>Chesapeake, MD | 5. At one point during my tenure with Cargill, I complained to Mr. Love [African American] and Mr. Taylor [Caucasian] about my salary. I did not think I was getting paid enough for all the work I was doing. In addition to my duties as Production Supervisor, I also performed the duties of Safety Coordinator and was responsible for checking the crew's hours worked. Mr. Love and Mr. Taylor said they had called Minneapolis and had been informed that they could not do much about my salary at that point. Then they gave me an example of a Caucasian woman, whose husband did not work, who had moved up the ranks to Plant Superintendent. I was not impressed by the story because my situation was nothing like hers. | Para. 5 |
| | Jenkins, Sabrina Y.<br>Declarant - Potential Class Member<br><br>06/03/96 - 07/31/97 | 1996 | CGD<br>Chesapeake, MD | 6. About five months after I started, Cargill had to raise my salary because Caucasian employees who came in after me were getting paid more than me. As a result, Cargill raised my annual salary by $2000. I was never given any back pay, however, to make up for how low my salary was compared to less experienced Caucasian employees. | Para. 6 |
| * | Josephs, Errol A.<br>Declarant - Potential Class Member<br><br>06/07/95 - 12/02/00 | During Employment | North Star Steel<br>Beaumont, TX | 5. While working at Cargill, I always had the feeling that whites were being paid more than blacks. I felt this way because when I talked to some of the new guys, it sounded as though they were making more than me. In particular, two whites guys, Andrew Donovan and Jimmy Snell, were hired at a higher pay rate than what I was making at the time. | Para. 5 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Josephs, Errol A.<br>Declarant - Potential Class Member<br><br>06/07/95 - 12/02/00 | During Employment | North Star Steel<br>Beaumont, TX | 6. It seemed to me that the new engineers started at higher rate than I did. I brought this up with my manager, Wimp Goodman (white), but nothing really happened regarding that issue. | Para. 6 |
| * | Josephs, Errol A.<br>Declarant - Potential Class Member<br><br>06/07/95 - 12/02/00 | During Employment | North Star Steel<br>Beaumont, TX | 7. Although I usually asked about my raises after reviews, I was much more concerned about what pay grade I was in. I asked my managers, Doug Andrews (black) or Joe Dennin (white), what the pay grade was for my position or what was the standard pay range. Both managers said they would ask the human resource person, either Mike M. (white) or Joel (white). I was never got answers to my questions. | Para. 7 |
| * | Josephs, Errol A.<br>Declarant - Potential Class Member<br><br>06/07/95 - 12/02/00 | During Employment | North Star Steel<br>Beaumont, TX | 8. I only received cost of living increases while I worked at Cargill. Even though I felt that my moves had been lateral, there was more responsibility given to me. For example, when I moved to the Rolling Mill Department, I took on projects to improve the process. Outside of initiating my own projects, I was given other projects to work on. However, my changing positions never corresponded to a raise. | Para. 8 |
| * | King, Herman P.<br>Declarant - Potential Class Member<br><br>06/28/99 - 03/12/01 | During Employment | North Star Steel<br>Beaumont, TX | 15. At the time, our bonuses were based on reviews. I know that some people received a 25 to 40 percent bonus for meeting our location's goal and corporate's goal. Because of my unfair review, I only received 20 percent bonus. Mr. Savage, who personally handed out the bonus checks, made it very clear that management did not want to give me any bonus because they did not feel that I deserved it. | Para. 15 |
| * | Lewis, Jason<br>Declarant - Potential Class Member<br><br>02/18/92 - 02/02/97 | During Employment | Oilseeds<br>Lafayette, IN | 8. I started making $32,000. I do not recall what my ending salary was. I believe that white employees made more than I did. For example, Jeff Fleck (white) was hired in after me and I believe that he made more than I did. | Para. 8 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | 1997 | Admin<br>Minnetonka, MN | 118:<br>6 Q. I take it you were negatively surprised so to<br>7 speak. Did you have some reason to expect it would<br>8 be more than what it turned out to be?<br>9 A. I had thought that my bonus for that calendar<br>10 year would be a combination of my performance at CIS<br>11 and my performance at CPR.<br>***<br>17 Q. Did you think that some of, you might get a<br>18 payout out of a CIS bonus pool as well as the CPR<br>19 bonus pool?<br>20 A. Yes, I did.<br>***<br>25 A. There had been other, I think, CIS employees<br>119: 1 that had transferred to other divisions or to<br>2 corporate during the course of the fiscal year and I<br>3 suppose via the grapevine or just in conversations,<br>4 that when bonuses were distributed that they<br>5 received, you know, an allocation from CIS, their<br>6 bonus was a combination of CIS and their current<br>7 position that they had transferred to. | 118 - 19 |
| | Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | 1998 | CCI<br>Minnetonka, MN | 343:17 Q. If we go down to the third entry, "April<br>18 1998: Compensation in connection with his promotion<br>19 to I/T Consultant." What about your promotion to I/T<br>20 consultant did you find discriminatory in April of<br>21 1998?<br>22 A. Well, I'm moving to an entirely different<br>23 position, a different job grade. I didn't, I wasn't<br>24 compensated for that change in grade. | 343 |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 147: 12 Q. Let's talk about your compensation claim. What<br>13 exactly happened to you that you claim was<br>14 discriminatory on the basis of race with respect to your<br>15 compensation?<br>16 A. I don't feel that I was being compensated<br>17 fairly, because in many -- in all cases, I was -- when I<br>18 worked in sales and marketing and my work in accounts<br>19 payable, I was doing the job of two people. I was doing<br>20 way more than I was asked to do, and I don't feel | 147-48 |

## Summary Exhibit 7

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 21 that -- that I was compensated fairly.<br>22 Q. Okay. So is your claim that you were doing a<br>23 lot more work than you were getting paid for?<br>24 A. Yes.<br>25 Q. Do you think you were being -- Now, why is that<br>148: 1 discriminatory on the basis of race?<br>2 A. It's discriminatory because I believe that if I<br>3 had been a non-African-American person, that I would<br>4 have been paid more to do all the work that I was doing. | |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 160:19 Q. And in making these salary decisions, do you<br>20 agree that perhaps tenure with the company might be a<br>21 legitimate factor to determine salary?<br>22 A. I think it's a possibility, but I also know<br>23 that things were very -- were done in a very subjective<br>24 manner at Cargill. If your boss liked you, then you<br>25 would get raises. If your boss liked you, then you<br>161: 1 would get bonuses. | 160 |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 167: 9 Q. Was there a salary increase when you became an<br>10 accounts payable clerk?<br>11 A. No, there was not.<br>***<br>19 A. . . . when I moved to that<br>20 position, I was not giving -- given a pay increase. And<br>21 I was told the reason that I was not given a pay<br>22 increase was because I had received one in January and<br>23 it was too soon to receive another one, and that in six<br>24 months, they would re-- take another look at -- at my<br>25 file and decide if they wanted to give me a pay<br>168: 1 increase. | 167-68 |
| * | Longmire, Shelly H.<br>Declarant - Potential Class Member<br><br>04/27/87 - present | 1994-1999 | Dry Milling<br>Albany, NY | 5. Shortly after the downsizing, in April 1994, I was moved to the Mill Office and retained my job description of an Accounting Clerk. There was no pay increase or grade change. My job duties as an Accounting Clerk included customer service, taking orders, scheduling mill production and scheduling mill dispatch. I was on-call 24 hours-a-day, seven days a week. I performed all the functions of what was later known as a production scheduler, but I did not get the title, pay, management production bonuses or salary grade of a production scheduler. My supervisor was Jeff Bethon (white) who was promoted to Administrative | Para. 5 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | Manager. I was taking over Mr. Bethon's former position in the Mill Office. However, I never got the title of Assistant Administrative Manager; just the work. | |
| * | Longmire, Shelly H.<br>Declarant - Potential Class Member<br><br>04/27/87 - present | 1994-1999 | Dry Milling<br>Albany, NY | 6. In 1999, after performing the duties of a production scheduler as an Accounting Clerk for five years, Cargill finally gave me the title of Production Scheduler, gave me a raise and made me an exempt employee. My job duties did not change one iota with this title change. The only difference was that I began reporting to Doug Olson (white male), the Plant Manager. | Para. 6 |
| * | Major-Wilson, Dana M.<br>Declarant - Potential class Member<br><br>03/16/98 - 11/01/98 | 1998 | N.A. Oilseeds<br>Minnetonka, MN | 7. I believe I was not compensated properly while I was at Cargill. I actually saw a Caucasian co-worker's paystub one day by accident. Her name was Lana Knutson and she worked with Electronic Data Interference. From what I could tell, she was making just a little less than me. This bothered me because she was much younger, less experienced, and she did not have an MBA. | Para. 7 |
| | McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000-2002 | NAGOC<br>Fayetteville, NC | 435:10 "Compensation." What about your compensation between<br>11 December 2000 and February 2002 do you think was<br>12 discriminatory?<br>13 A. I felt that my peers were being paid more<br>14 than what I was being paid.<br>15 Q. And when you say "peers," to whom are you<br>16 referring?<br>17 A. Other crew leaders.<br>***<br>438: 5 A. I asked him . . .<br>6 . . . how much did Mr. House<br>7 start him out with.<br>8 Q. Do you remember what his response was?<br>***<br>11 A. He asked me what was I making first.<br>***<br>15 A. I told him $16.00.<br>16 Q. And what was his response to that?<br>17 A. Then he said, "I make more than that." | 435, 438 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Miller, Kevin<br>Declarant - Potential Class Member<br><br>06/04/90 - present | During Employment | Salt<br>Baltimore, MD | 10. Now, Mr. Young is a Process Operator. I asked to be trained for this job. Process Operators make more than Machine Operators, so I am sure that Mr. Young continues to make more than me. | Para. 10 |
| * | Miller, Kevin<br>Declarant - Potential Class Member<br><br>06/04/90 - present | During Employment | Salt<br>Baltimore, MD | 11. There have also been times when I had to do more than my job responsibilities, but I was not given any additional compensation. For instance, I received waste-water treatment training and certification. Cargill needs at least one person with that certification at the plant; I was responsible for making sure that Cargill did not pollute the water. The Plant Manager, Tom Elliot (white) is also certified, but he asked me to come in at 4 am, during third shift, to cover those responsibilities. I was never paid for working third shift, even though I spent many hours working third shift. I finally let my certification lapse because I was fed up with the extra responsibility and lack of additional compensation. | Para. 11 |
| * | Miller, Kevin<br>Declarant - Potential Class Member<br><br>06/04/90 - present | During Employment | Salt<br>Baltimore, MD | 12. I complain to Jim Heard about my salary whenever he comes to the plant, about four times a year. I told him that a three percent raise is not even a cost of living increase and I would like a better raise. His response is always the same, "Kev, I wish I could do something, but that is the price of salt." This makes me very upset because I work very hard. Our facility constantly achieves the goals set for us and I feel we should be compensated for our work. | Para. 12 |
| * | Miller, Kevin<br>Declarant - Potential Class Member<br><br>06/04/90 - present | 2002 | Salt<br>Baltimore, MD | 9. White employees are paid more than black employees at Cargill. Two years ago, I saw Tom Young's pay stub. He was making $12.90 an hour and I was only making $12.58 an hour. I had more seniority and education. Mr. Young was supposed to complete his GED before starting at Cargill and to my knowledge, he has not done that yet. | Para. 9 |
| | Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | 1999 | Phosphprod<br>Tampa FL | 316:23 Q. Do you recall having any concerns about the<br>24 information [about salaries] that was provided during that meeting?<br>25 A. The only concern that I saw was when they<br>317: 1 showed our ranges, it seemed that we were at the<br>2 bottom of the range.<br>3 Q. Who is "we"?<br>4 A. "We" being myself, and I had a discussion<br>5 with Mike Williams [African American] that he was saying he felt like he | 316-17 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 6 was near the bottom of a range, too. He didn't tell<br>7 me specifically what he made or anything but ... | |
| * | Moulton, Leighton<br>Declarant - Potential Class Member<br><br>04/15/80 - present | 2002-2004 | Dayton, OH | 8. As a Production Coordinator, my responsibility has increased greatly. In 2002, I was told to expect a $3000 pay raise the following year, but I only received a raise of $2000. In fact, since the time that I earned $52,900 (base annual salary) in 2000 as a Production Operator, my salary has only increased by $2000 to $54,900, which is what I earn currently. Since I used to work a lot of overtime as a Production Operator, I am actually earning less money than I did four years ago in a job with much less responsibility. | Para. 8 |
| * | Omer, Mohamed L.<br>Declarant<br><br>04/22/96 - 07/13/98 | 1996 | Corn Milling<br>Eddyville, IA | 17. I believe that my white co-workers, even those with less education and experience, made more money than me. My understanding was that Mr. Watson's [Caucasian] initial offer was higher than the pay I had to negotiate when I started working at Cargill. | Para. 17 |
| * | Omer, Mohamed L.<br>Declarant<br><br>04/22/96 - 07/13/98 | 1997 | Corn Milling<br>Eddyville, IA | 18. I complained about my salary around March 1997. I talked to Mr. Thompson. He said that I had received a good increase in salary. | Para. 18 |
| * | Omer, Mohamed L.<br>Declarant<br><br>04/22/96 - 07/13/98 | 1996 | Corn Milling<br>Eddyville, IA | 3. What they offered me was much lower than the going rate for a chemist. I believe the first offer was around $23,000 per year. I looked at the salary of chemistry graduates from Iowa State and the national rate from the American Chemical Society. I sent a letter with that information to Human Resources in Eddyville. Cargill came back with a second offer of $36,000. I accepted. | Para. 3 |

**Summary Exhibit 7**

## SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Omer, Mohamed L.<br>Declarant<br><br>04/22/96 - 07/13/98 | 1997 | Corn Milling<br>Eddyville, IA | 6. I felt that I should have been at the top of the hierarchy and pay scale for chemists when I returned to Eddyville. I had the most education, I had been hired first and I had trained in all the new chemists. However, that was not the case. Instead of being a lab supervisor or team lead, I was simply a chemist. Jon Thompson (white) was the lab manager. | Para. 6 |
| | Reece, Phyllis<br>Plaintiff<br><br>03/03/93 - 01/02/00 | During Employment | CMD / CGD<br>Norfolk, VA | 282:14 A. I don't know exactly, but I know I wasn't paid<br>15 what -- the job that I was doing. I wasn't<br>16 compensated for the work that I was doing.<br>17 That's the only thing I could say. I wasn't<br>18 compensated. | 282 |
| | Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1996-1998 | Charlotte, NC | 5. I felt that Cargill discriminated against African Americans. . . . From my experience and observations, I felt that I and other African Americans were limited to certain jobs and would never be able to advance into positions of higher pay or higher authority. | Para. 5<br>53-57 (03/30/04)<br>77-80 (04/27/04) |
| | Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1997 | Charlotte, NC | 6. Since starting at Cargill, I felt I was underpaid. I complained once about my compensation. In early 1997, we all received a raise. I questioned the amount of raise I received compared to the loan processors. I felt that with my experience and education, that I should have received a bigger raise. Mr. Daugherty [Caucasian Manager]and Ms. Ehrenfreund told me only that raises were dependent on how much the branch brought in. They did not explain why my raise, in particular, was lower than others. | Para. 6<br>16-23 ((04/27/04) |
| | Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1997 | Charlotte, NC | 9. There was also a point where I was given more responsibility without a change in job title, pay grade or pay. After I had been at Cargill for about a year, I was asked to complete research on other accounts in addition to my regular job duties. I felt that another person could have worked full time on that job alone. Yet, here I was, doing my job and another job, and I did not even get a raise. | Para. 9<br>25-31 (04/27/04) |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Rose Jr., Harold E.<br>Declarant - Potential Class Member<br><br>06/26/89 - 03/28/01 | 1996-2000 | NAS<br>Eddyville, IA | 9. Although I tried not to get involved in who was making what, I think there were a couple of white employees that made more than me for the same work. For example, I believe that Brent Rogers (white), who worked in the Ethanol Lab, made more than me, even though he was hired after me and had less experience than I did. He was also promoted to being my boss for a short time. | Para. 9 |
| | Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | During Employment | Dayton, OH | 158: 19 A. I think prior to my negative review with Marty I<br>20 had great reviews, I had good reviews, and from reviewing<br>21 some of my employee records, even then I was at the low<br>22 end of the pay scale or the range of that pay scale and<br>23 that was when I had good reviews. The lack of<br>24 opportunity for training, the money I could have made if<br>25 the position had been given to me instead of Marty, the<br>159: 1 difference between what my salary and his salary was, and<br>2 the frustration, the frustration that I went through in<br>3 that department basically, and a lot of times whether<br>4 they want to call it managing or not, there was a lot of<br>5 times I was running the department because there was no<br>6 one else that was qualified to do so. | 158-59 |
| | Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1995 | Dayton, OH | 245: 11 And Annette really did do a good job while I<br>12 was gone and I found out later that Annette received a<br>13 $5,000 bonus. And I think where this -- and that was a<br>14 very hush-hush, quiet-quiet thing.<br>15 . . .I felt there were several times<br>16 where myself and I think along with Jody Wilson were<br>17 pretty much the only two for a number of weeks in the<br>18 department that were competent enough to pretty much<br>19 handle things. That's when the cutbacks were going<br>20 through and there was so much turnover within the<br>21 department. And we barely got a pat on the back.<br>22 And I think this is where I felt it was kind<br>23 of discriminatory that you give this person a $5,000<br>24 bonus and the many years that I had been there and that I<br>25 had proven to handle the department, I got nothing. . . . | 245 |