01-2086 DWF/AJB
exh 7b

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | During Employment | CFI<br>Minnetonka, MN | 524:25 A. From what I've seen today, looks like the<br>525: 1 average pay scale of an African-American versus a<br>2 Caucasian is lower. At the time when I was working<br>3 for the company I kind of had a sense of that but I<br>4 could not prove it. | 524-25 |
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1997 | CFI<br>Minnetonka, MN | 533:15 Q. Okay. And so you have come to your own<br>16 conclusion with respect to Mr. Wright?<br>17 A. No. Due to the fact I was involved in the<br>18 process of recruiting him I did have some access and<br>19 knowledge of what he was offered initially.<br>20 Q. Okay. And what was the first position he<br>21 took at the company?<br>22 A. As a sales merchant.<br>23 Q. In which division?<br>24 A. That was in Grain division.<br>***<br>534: 16 Q. Do you feel that his initial compensation was<br>17 discriminatory in any way?<br>18 A. His initial compensation was lower than<br>19 others. | 533-34 |
| | Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | During Employment | CFI<br>Corn Milling, TN | 74:16 Q. Tell me about the compensation issue. Why do you<br>17 say that you believe you were not compensated fairly?<br>18 A. Well, I had a gut feel about it, but I also, and<br>19 after seeing documents of my, the minimum, the midpoint<br>20 and the maximum of my grade class, it confirmed it for<br>21 me, because I was not paid the minimum for my job and I<br>22 don't understand how you could have a minimum for a job<br>23 and be offered the job and not paid that. And in the<br>24 entire time I was in the job, I never reached the minimum<br>25 pay of that job class. | 74 |

SCANNED
JUL 26 2004
U.S.DISTRICT COURT MPLS

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | During Employment | CFI<br>Corn Milling, TN | 81: 5 Q. But you don't know who sets those minimums?<br>6 A. Other than the company sets the minimums.<br>7 Towards the end of my career, the company decided to<br>8 allow the employees to know their grades. So it has -- I<br>9 mean, from that I can say that the company sets the grade<br>10 standards. They of course, they know what they are and<br>11 they know what the salaries are supposed to be, but we<br>12 were not allowed to know that.<br>13 Q. And when you refer to "the company," you're<br>14 referring to Corn Milling?<br>15 A. I'm referring to Cargill. Because I believe the<br>16 salary grades, I'm not positive about this, but I believe<br>17 they were the same throughout Cargill. If you're a grade<br>18 six, you know, this is the range, if you're a grade<br>19 seven, this is the range that you're supposed to be in.<br>20 So I just jumped from, you know, I jumped several grades<br>21 and they still should have paid me the minimum of that<br>22 grade class.<br>23 Q. Do you know anyone else who was paid less than<br>24 the minimum for their grade class?<br>25 A. I do know of another African American that was<br>82: 1 paid less. | 81-82 |
| | Sipp, Sylvester<br>Declarant - Potential Class Member<br><br>03/15/76 - present | 2001 – present | Memphis, TN | 10. Since my demotion, my work has been pretty much the same. I am still solving problems, still "on call," still showing people an easier way to do their jobs. When I was the supervisor, I alternated people "on call" so that the others could make plans with their families. Mr. Sun decided that everyone should be on call. Often, when something goes wrong, Mr. Sun does not know how to fix it himself. Cargill provides me with a cell phone so I can be reached twenty-four hours a day. I still get calls in the middle of the night. This year I have been keeping track of all the calls I get and the time I spend. Most of the time, I can fix the problem over the phone. I do not get paid for the time I spend on the phone. One evening last month, Mr. Sun called me about a problem in the plant. I got halfway to work when he called me a second time to tell me to go home; the problem was solved. I was not paid for that time, either. | Para. 10 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Smith, Candy McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 5. I feel that I was not adequately compensated for my work at Cargill. I started out making around $18,000. I was aware of Caucasian co-workers making more than I was. For example, people would discuss salaries sometimes in the lunchroom and, as a receptionist, I was sort of like "Dear Abby," so everyone would talk to me. I believe that Lori Keever (Caucasian), who used to do administrative work and computer work, made more than I did.<br>6. I complained from time to time about my salary to whoever was my manager at the time. They would tell me that they would try to see what they could do. Then they would come back later and say that I was making close to what Sharon Cess was making, so I could not get a raise.<br>7. There were also times when my responsibilities increased without a change in title or pay. It seemed that Sharon Cess did not come to work often. She would take off two to three months at a time. I would then have to do my job duties as well as hers. | Para. 5-7<br>122-126 |
| | Smith, John<br>Declarant - Potential Class Member<br><br>03/13/00 - present | During Employment | Salt<br>Tampa, FL | 10. In the Tampa Salt facility, I am given more work and not compensated for it. When I was the 2nd Shift Coordinator, I ran the shift with three temporary employees that I had to train. In addition to training them, I had to load trucks, deal with the drivers, fix equipment and fix anything that went wrong in the Dome. I was doing all of this without a higher title or additional pay. At times I stayed at work all night because McDorman, 3rd Shift Coordinator, did not know how to bill out the BOL's, and load truck, so I had to stay and help him. Basically, I feel I am doing more work than other white workers / and office work and not get paid for it. In addition, newly hired white employees are brought in making more than I do. | Para. 26 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Smith, John<br>Declarant - Potential Class Member<br><br>03/13/00 - present | 2000 | Salt<br>Tampa, FL | 4. Since I started with Cargill, compensation has always been a sore spot for me. When I began my employment, I started at $12.00 an hour. I later found out that the newly hired white employees were starting at $13.50 an hour. I asked Dan Ramseyer (Caucasian), Production Coordinator, who checked with Diane Gaskins (Caucasian), our HR person in Tampa. They told me that no one else made more money than Corey Montgomery or me.<br>5. However, one year later, I was talking with Scott Dixon (Caucasian), Forklift Driver, and he told me that someone was making more than him per hour, and this person were making more than me. I couldn't believe it! I found this out on a Saturday. On Monday I asked Dan Ramseyer about it. He confirmed it was true. I asked him how this could be? How could I get paid less, when I train everyone, have more experience, and I have excellent reviews? In my conversation with Ramseyer, I indicated by pointing at my arm that there was only one reason this was happening to me. It was due to my race and the color of my skin. Ramseyer did not have a response for me and he wanted to wait for Mike Anderson (Caucasian), Plant Manager, to arrive at the facility. When Mike Anderson got in, he and Ramseyer called Jim Crawford (Caucasian), Manager. After that conversation, Mike Anderson told me that he was going to give me a $1.00 raise per hour, but the other guys wouldn't get a raise. I said that not fair for the other workers. | Para. 4-5 |
| * | Summers, Jerry R.<br>Declarant - Potential Class Member<br><br>07/25/88 - 10/16/98 | During Employment | Dry Milling<br>Culpepper, VA | 6. When I started at Cargill, I was making $9.25 per hour. When I left almost 10 years later, I was making $13.84 per hour. I felt that I should have been paid more. I complained to Mr. White between five to 10 times during my tenure. He always said that I was getting paid what I was worth as a maintenance man. | Para. 6 |

**Summary Exhibit 7**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1996 | CIS<br>Chicago, IL | 49:13 A. The bonus that I received when I was a<br>14 position controls balancer, in that position.<br>15 Q. What about that was discriminatory?<br>16 A. I believe it was less than what staff<br>17 accountant 4s were given. That's my belief.<br>***<br>89:15 A. Well, with the, you receive bonus at the end<br>16 of the year and it's based upon your review, your PMP<br>17 review, and the PMP is heavily weighted in what they<br>18 call the key results area, and my key results area I<br>19 had all "exceeds," but my overall rating was a<br>20 "meets," and I ended up with a bonus of $2,500, which<br>21 was less than any bonus I had ever received.<br>22 Q. So was this in 1995 or 1996?<br>23 A. This is in 1996. | 49 |
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1995-1996 | CIS<br>Chicago, IL | 71: 5 Q. So other than what we've already discussed,<br>6 is there anything else that you believe was<br>7 discriminatory about that situation?<br>8 A. I believe that was one of the items, the fact<br>9 that I never got an increase in salary, and I believe<br>10 I also mentioned the bonus while I was in that<br>11 position.<br>12 Q. So those both relate to the time you were in<br>13 position controls?<br>14 A. Yes.<br>15 Q. So when you testified that you didn't get a<br>16 salary review or increase for 20 months, that was<br>17 during the time period when you were first in<br>18 accounting and then over in position controls and<br>19 then back in accounting again?<br>20 A. I believe so. | 71 |
| | Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1999 | CIS<br>Chicago, IL | 104:22 A. My contention is that I was doing the duties<br>23 of the accounting manager much longer than the time<br>24 that I was promoted to accounting manager. My salary<br>25 did not, during this time that I was performing those<br>105: 1 duties, did not reflect the salary of the accounting<br>2 manager. | 104-05 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Vence, Claudia<br>Declarant - Potential Class Member<br><br>01/25/93 - 05/02/99 | During Employment | Dry Milling<br>Greenville, AL | 8. I believe that white employees made more than I did for the same work. Teresa Ervin (black) worked for a while as the receptionist and she found out what some of the other employees' salaries were. She said that Debra Green (white) was making more than I was, even though we held the same title and I had a degree and she did not. | Para. 8 |
| * | Vence, Claudia<br>Declarant - Potential Class Member<br><br>01/25/93 - 05/02/99 | During Employment | Dry Milling<br>Greenville, AL | 9. At some point early on in my tenure, I complained to Mr. West about my salary. I had heard from some of my college classmates who worked at different companies in the area that they were making between $18,000 to $20,000. Mr. West gave me the impression that I was making more than the other accounting clerks at Cargill, so I should be lowkey about my salary. | Para. 9 |
| * | Walker, Eimile A.<br>Declarant - Potential Class Member<br><br>07/01/92 - 08/02/99 | 1994-1996 | Corn Milling<br>Dayton, OH | 11. . . . When I moved to Fructose Coordinator, a salaried exempt position, I made around $23,000 or $24,000. When I left I think I made around $32,000.<br>12. I believe that around the time I was starch coordinator, Peggy Mescher was Fructose Coordinator and I believe she was making $28,000 to $30,000. This was despite the fact that she had no college degree and less experience than me. | Para. 11-12 |
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | During Employment | WW PHOSPH<br>WW FERTDIS | 42: 5 Q. Okay. What's the basis for your belief that<br>6 the company discriminated against you on the basis of<br>7 your race?<br>8 A. They didn't promote me, they didn't<br>9 compensate me, they didn't give me the same bonuses,<br>10 and ultimately they terminated me. | 42 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 1996 | CMD / CGD<br>Minnetonka, MN | 60: 1 Q. Sure. Did you, at any point in time, feel<br>2 that you were being compensated unfairly?<br>3 A. Yes.<br>4 Q. Okay. When was the first time you believed<br>5 that?<br>6 A. The first time was in 1996.<br>7 Q. Okay. What was the basis for your belief?<br>8 A. The fact that I thought I was in a position<br>9 that had a different salary range than the one that I<br>10 was in.<br>11 Q. Did you believe that you were in a -- let me<br>12 rephrase the question. Did you believe that you were<br>13 not in an I/T technical analyst position because of<br>14 your race?<br>15 A. I don't know. At that time I don't know.<br>16 Q. Do you believe that your compensation was set<br>17 in the '93 to '96 time frame or that Cargill set your<br>18 compensation in that time frame based on your race?<br>19 A. I do today.<br>20 Q. What's the basis for that belief?<br>21 A. The fact that I wasn't again where I, where I<br>22 was told I was supposed to be, and the fact that my<br>23 peers were making more money and receiving larger<br>24 bonuses and given more responsibilities and<br>25 promotions.<br>***<br>61:25 Q. And what led you to believe that they were<br>62: 1 being paid more?<br>2 A. Some of them told me. | 60-62 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 1993-1996 | CMD / CGD<br>Minnetonka, MN | 72:17 Q. What do you base your belief on that your<br>18 bonuses in the Grain division were calculated based<br>19 on your race?<br>20 A. The fact that some of my coworkers got<br>21 bonuses that were larger than mine.<br>22 Q. Anything else?<br>23 A. No.<br>24 Q. How did you know that some of your coworkers<br>25 got bonuses that were larger than yours in the Grain<br>73: 1 division?<br>2 A. They told me. | 72-73 |
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2000 | WW PHOSPH<br>WW FERTDIS<br>Tampa, FL | 78:16 Q. What's the basis for your belief that your<br>17 bonuses in Fertilizer were set based on your race?<br>18 A. The fact that my coworkers received larger<br>19 bonuses.<br>20 Q. And who were those?<br>***<br>23 Q. How did you find out about the size of their<br>24 bonuses?<br>25 A. They told me. | 78 |
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2000 | WW PHOSPH<br>WW FERTDIS<br>Tampa, FL | 82: 2 Q. Tell me what you talked with Ms. Kennedy<br>3 about?<br>4 A. She prepared that handwritten document and<br>5 showed me the formula, discussed the formula, and<br>6 showed the bonuses for two years prior to the year we<br>7 were discussing. That's it.<br>8 Q. Okay. Did that make you feel better about<br>9 your bonus in terms of how it was calculated?<br>10 A. No.<br>11 Q. What about it, what about that conversation<br>12 concerned you?<br>13 A. That my bonus was only, like somewhere in the<br>14 range of a hundred dollars more than what it had been<br>15 the year prior, and I didn't understand why, based on<br>16 the formula, that it was only a hundred dollars more<br>17 when my coworkers were significantly larger.<br>***<br>24 Q. Did Ms. Kennedy explain to you why your bonus<br>25 was not significantly larger than your prior year's | 82-83 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 83: 1 bonus?<br>2 A. What she said was that, she questioned how<br>3 did I know that my coworkers' bonuses were larger and<br>4 I had no business with that information and I should<br>5 not be discussing that with them, and other than<br>6 that, no, she didn't say anything about why it was<br>7 only a hundred dollars more. | |
| | Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 1999-2001 | WW PHOSPH<br>WW FERTDIS<br>Tampa, FL | 86: 4 Q. How many separate meetings did you have with<br>5 Stephen about compensation?<br>6 A. I can only remember one.<br>7 Q. Tell me about that meeting. What did you<br>8 say?<br>9 A. I remember looking at some document that<br>10 showed the range for the technical, I/T technical<br>11 analyst. It had my salary on it and what the Compa<br>12 ratio was, and he talked about, he said something in<br>13 regards to the Compa ratio being a hundred percent,<br>14 and that's generally when you get promoted or that<br>15 was one of the factors that was looked at, and that I<br>16 was either there or very close to being there.<br>***<br>87: 3 Q. Were you satisfied with that explanation?<br>4 A. No.<br>5 Q. Why not?<br>6 A. Because if I was that close or at a hundred<br>7 percent, then I should have been promoted and that<br>8 the lack of promotion was preventing me from making<br>9 more money and that there was no clear explanation as<br>10 to why I wasn't being compensated more or promoted.<br>11 There was just no good answer.<br>12 Q. Did Mr. Murray tell you it was because of<br>13 behavioral competencies that needed work?<br>14 A. He didn't say that the behavioral<br>15 competencies were in fact keeping me from being<br>16 promoted, he just said that he would like to see me<br>17 work on some areas and that would help. | 86-87 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Williams, S. Bruce<br>Declarant - Potential Class Member<br><br>02/13/84 - present | During Employment | Salt<br>Baltimore, MD | 12. I also feel that I am asked to do more work than what my job duties require. For instance, I feel a lot of the things I am asked to do, the Maintenance Department should be doing. When the machines that I operate break down, I change the belts, and do other minor repairs. I do not mind the work, but I feel it is unfair that maintenance men get paid more and I am paid less, but doing their job. | Para. 12 |
| * | Williams, S. Bruce<br>Declarant - Potential Class Member<br><br>02/13/84 - present | During Employment | Salt<br>Baltimore, MD | 13. Several years ago, I complained to Jim Heard about my salary. He was at the plant for a meeting and I mentioned my salary to him. I said, "Jim, I have been here 17 years and I am only making $3 an hour more than when I started and I do not think that is right." Jim told me that he would look into Cargill's pay scales and compare them with other business. I believe a study was done, but my salary was not increased. | Para. 13 |
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1993-1997 | Admin<br>Minnetonka, MN | 70: 13 A. The problems that I had with Julie Nekola was<br>14 her inability to adequately represent me as a, to<br>15 adequately represent me when it came time for salary<br>16 discussions. I constantly was receiving low<br>17 increases and expressed concerns about those things<br>18 to her, and then I asked her was I being given low<br>19 grades consistently in terms of salary because of my<br>20 race. And at that point she brought John Bjelland in<br>21 to the picture and we had to, and I had a discussion<br>22 with John Bjelland, and it was at that time that he<br>23 told me that perhaps there had been an error in the<br>24 increase percentage that I should have received, but<br>25 he warned me not to be so quick about using the race<br>71: 1 card and that I would be labeled as one using a race<br>2 card for me to continue to do that.<br>***<br>21 Q. Did he actually use the words "race card"?<br>22 A. Yes. | 70-71 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1993-1997 | Admin<br>Minnetonka, MN | 386: 18 Q. When, at what specific point in time did you<br>19 first believe that you were being unfairly<br>20 compensated?<br>21 A. I thought it strange early on that my<br>22 increases seemed to be pretty small, but I felt that,<br>23 that assurance when a manager had me go through their<br>24 desk to find something and I stumbled across a<br>25 listing of employee salaries, and that happened some<br>387: 1 time ago so I don't remember the specifics. But I<br>2 remember looking at myself in comparison to other<br>3 employees that were white individuals, I think Lisa<br>4 Broden was one. I cannot recall who some of the<br>5 others were, but then it just was clear to me that I<br>6 wasn't being appropriately compensated. | 386 |
| | Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | During Employment | Admin<br>Minnetonka, MN | 386: 8 Q. Why do you believe that you were unfairly<br>9 compensated?<br>10 A. I was slow in receiving promotions, I was<br>11 slow in receiving increases. I believed that I was<br>12 given less increase than my peers, at least on one<br>13 account it was admittedly so through John Ringquist.<br>14 Through my, as I indicated before, once I was<br>15 demoted, any additional increases were significantly<br>16 smaller. That's what comes to mind at the, at the<br>17 moment. | 386 |
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2001 | Salt<br>Tampa, FL | 157: 1 Q. You also talked about salary increases. What<br>2 are your complaints about salary increases?<br>3 A. Caucasian employees that was hired after me was<br>4 hired in a -- hired for a higher<br>5 salary . . .<br>***<br>7 . . . They were given . . .<br>8 the same salary that they were making from their<br>9 previous -- previous job. | 157 |

## Summary Exhibit 7
# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | After 2000 | Salt<br>Tampa, FL | 161:13 Q.<br>17 Q. Why do you believe that he [Dixon] was paid more than<br>18 you had been paid?<br>19 A. The base of what I started out with and what I<br>20 was told, that new hires or salaries are<br>21 different because -- to attract employees. | 161 |
| | Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | During Employment | Salt<br>Tampa, FL | 165:10 Q. Do you have any complaints about those merit<br>11 increases?<br>12 A. Yes.<br>13 Q. What are your complaints about the merit<br>14 increases?<br>15 A. They gave me an increase and also gave other<br>16 Caucasian employees increases. It's not going<br>17 to give me a chance to catch up to those<br>18 employees that has less experience than I do. | 165 |