01-2086 DWF/AJB
exh 8

# Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Baker, Bernard<br>Declarant – Potential Class Member<br><br>12/27/71 – 03/01/98 | 1998 | Dry Milling<br>Chattanooga, TN | 7. When I was told my position was going to be eliminated, Cargill offered me a project-based computer assignment at corporate headquarters, with no supervisory responsibility and no specific term for the project. The limited responsibilities of this project assignment were not consistent with my skills or experience. I viewed this proposed assignment as a clear demotion, and it felt like Cargill management was telling that my future at Cargill had topped-out. After 26 years of devoted service, this was extremely painful to me. I asked if the company would provide me with a modest severance package, in light of my years of service and the fact that I was not being offered a comparable position to stay, but this request was denied. I then heard that the company provided a severance to a white woman at the Chattanooga office, . . . | Para. 7 |
| | Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | 2001 | Phosphprod<br>Tampa, FL | 87: 9 A. Sean [Butler] [Caucasian HR Manager] called me setting up, wanting to set up an<br>10 appointment to talk, to discuss my reasons for not<br>11 wanting to sign the severance package and to provide any<br>12 information that he could for me. And we met and I<br>13 wanted to know how was I chosen. Initially he said that<br>14 I scored low on my PMP and my KRAs, and I told him that I<br>15 was among the highest on my PMPs and my KRAs. And he<br>16 said that he would want to do some research and find out<br>17 more. He got back with me and he told me that I scored<br>18 low on housekeeping and recordkeeping.<br>***<br>21 A. That was during a later conversation when he got<br>22 back with me. Immediately he went and pulled my KRA and<br>23 PMP results and saw that they were among the highest.<br>24 Q. Among the highest as compared to whom?<br>25 A. The other analysts in the lab. | 87 |
| | Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | 2001 | Phosphprod<br>Tampa, FL | 102:19 Q. As you sit here today, do you honestly believe<br>20 that race was a factor in the decision to eliminate your<br>21 position as part of that reduction in force?<br>22 A. Yes.<br>23 Q. Why?<br>24 A. Because the information that I was told was the<br>25 reason for me being gridded low, it came from a proven<br>103: 1 racist. And the information was inaccurate as far as<br>2 housekeeping. | 102-03 |

SCANNED
JUL 26 2004
U.S. DISTRICT COURT MPLS

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2001 | NAGOC<br>Houston, TX | 225:19 Q. So what ultimately led you to decide it was<br>20 time to end your employment relationship with<br>21 Cargill?<br>22 A. The continued lack of opportunities,<br>23 consistently seeing my peers promoted and relocated<br>24 to choice locations, the continued stress that was<br>25 brought on by lack of opportunity. Just a continued<br>226: 1 containment of my potential forced me to leave.<br>2 Q. Was there a triggering event, so-called straw<br>3 that broke the camel's back or was it -- was there<br>4 such an event that you could point to that after this<br>5 happened I decided I was going to leave?<br>6 A. No, I think it was the culmination of<br>7 continued oppression of my personal growth.<br>8 Q. At the time, well, at the time for example<br>9 you submitted your letter of resignation, did you<br>10 have another job lined up?<br>11 A. No.<br>***<br>227: 1 A. No, when I left Cargill I had no future<br>2 prospects of employment, that I remember at the time. | 225-27 |
| | Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 2001 | Excel<br>Dodge City, IA | 10. I stayed in the Case Manager position until April 2001. I left Cargill because I was no longer happy there and I did not agree with some of their processes, specifically the way they treated me and other African Americans. There was discrimination against people of color and I could no longer handle working in that environment. | Para. 10<br>177-79 |
| | Collier, Michael K.<br>Declarant<br><br>07/12/95 - 05/30/98 | 1998 | Corn Milling<br>Cedar Rapids, ID | 48:19 A. Randy Benesh, who was the supervisor -- or<br>20 manager, I guess.<br>21 Q. Is he Caucasian or African-American?<br>22 A. Caucasian. They terminated me without even<br>23 telling me -- or showing me -- They came and told me<br>24 that I wasn't a fit for what they were looking for<br>25 without explaining to me, you know, what they were<br>49: 1 looking for. | 48-49 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Collier, Michael K.<br>Declarant<br><br>07/12/95 - 05/30/98 | 1998 | Corn Milling<br>Cedar Rapids, ID | 4. I know that I was terminated because of my race. I had been doing good work for Cargill. I always received meets or exceeds expectations on my reviews and I never had any discipline problems. Ms. Heightman and Mike Vilasic (Caucasian) called me into the office and informed me that they did not think I was qualified to do the Starch Coordinator position. They said they wanted to take other avenues. I asked what that was, and they said they could not share that information with me. When I asked further, they said they could fire me or give me a severance with back pay added. I asked why there had not been a warning about my job performance so that I could improve. They did not answer. I was never asked what I thought of Cargill or how things could be different. They never asked me anything. They just kept repeating that I had two choices, be fired or take the severance package. Several of my co-workers, including Keith O'Malley (Caucasian) who had been at Cargill for years commented that they had never seen anybody fired the way I had been.<br><br>48:19 A. Randy Benesh, who was the supervisor -- or<br>20 manager, I guess.<br>21 Q. Is he Caucasian or African-American?<br>22 A. Caucasian. They terminated me without even<br>23 telling me -- or showing me -- They came and told me<br>24 that I wasn't a fit for what they were looking for<br>25 without explaining to me, you know, what they were<br>49: 1 looking for.<br>***<br>131:10 A. And they replaced me in that position with<br>11 another person that worked there.<br>13 A. I can't<br>14 think of Carla's last name. I forgot it.<br>15 Q. Is she Caucasian or African-American?<br>16 A. Caucasian.<br><br>***<br>132: 3 Q. Do you know how much money they paid her<br>4 when they brought her into your position?<br>5 A. The actual amount, no. But we were out<br>6 after -- one evening after I had left the company,<br>7 when I found out that she got the position, and I<br>8 asked -- I said, how did they get you to do that.<br>9 She said, they paid me. She was in accounting, and<br>10 they make pretty good money. So it would have<br>11 probably been -- It would have been a demotion for | Para. 4<br>48-49, 131-35 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| # | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 12 her actually to even come there. So she said that<br>13 they gave her what she wanted, so . . .<br>18 Q. Do you think that you are more qualified to<br>19 do that position than Carla was?<br>20 A. Yeah, she didn't know anything about it.<br>21 She didn't know anything about the starch business.<br>***<br>134: 6 Q. You indicate in paragraph 4 of your<br>7 declaration that you talked to some of your coworkers<br>8 about your termination.<br>9 A. Yep.<br>10 Q. When did you talk to them about it?<br>11 A. One was when I was coming back to my desk<br>12 after they terminated me.<br>13 Q. Who did you talk to then?<br>14 A. Keith O'Malley and Wayne Strang.<br>15 Q. And who?<br>16 A. And Wayne Strang.<br>17 Q. Wayne Strang. What did you say to them?<br>18 A. They asked me what I was doing when I was<br>19 packing up my stuff and I said I have just been let<br>20 go. And they asked for what. And I said I don't<br>21 know. They thought I was kidding. They thought --<br>22 because of how I am. I am pretty easygoing. They<br>23 thought I was joking.<br>24 Q. What was their response?<br>25 A. They couldn't believe it. O'Malley -- they<br>135: 1 both came -- That evening Wayne called me and we met<br>2 for drinks. They thought I was going to file a<br>3 discrimination lawsuit against them. I just -- I<br>4 didn't. I just went on because they knew it was<br>5 unfair. They knew I was treated unfair. And they<br>6 both are Caucasian. They know Randy and Teresa, how<br>7 I would ask for things and -- or ask for help on<br>8 stuff and, you know, it wasn't -- just turned down.<br>9 They knew that.<br>10 Q. Did either Mr. O'Malley or Mr. Strang<br>11 indicate to you that they thought your firing was for<br>12 a discriminatory reason?<br>13 A. Yes.<br>14 Q. Did both of them say that? | |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 15 A. Both of them.<br>16 Q. Can you elaborate on what they said?<br>17 A. They said that they didn't think Randy liked<br>18 blacks and that it seemed ever since he came<br>19 everything that I was doing he went against. And<br>20 he -- Keith being in a management position said that<br>21 he doesn't see where Teresa even tried to help. | |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | 2000 | Admin<br>Minnetonka, MN | 152: 8 Q Okay. Now, at some point you indicated you<br>9 told Ms. Daniel that you -- You did tell her why you<br>10 wanted to leave your job?<br>11 A Yes.<br>12 Q And what did you tell her?<br>13 A That I was unhappy in my position. And this,<br>14 again, is not verbatim, but the message was that my<br>15 unsatisfaction came because of the way that I felt I was<br>16 being treated in my position and an inability to really<br>17 be effective.<br>***<br>153: 8 A As I previously stated, I was unhappy with the<br>9 way that I felt I was being treated and feeling an<br>10 inability to be able to really be successful or be<br>11 effective in my job. | 152-53 |
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | 2000 | Admin<br>Minnetonka, MN | 429:23 Q Now, who do you believe intentionally<br>24 discriminated against you?<br>25 A Sue Sjeklocha. [Caucasian Manager]<br>***<br>430: 2 Sue's role is to be 80 percent diversity and<br>3 retention as the diversity and retention manager, and she<br>4 was not officed at my building. And so her partial<br>5 commitment to diversity and retention, while I'm the only<br>6 other person working on diversity and retention, I felt,<br>7 made my job much more difficult and my inability to be<br>8 effective. She was unavailable, and also took on other<br>9 responsibilities which minimized the amount of time that<br>10 she was actually supporting the diversity and retention<br>11 efforts. There were discussions around her moving into<br>12 the office center to be housed -- or have a second office<br>13 in a closer location. That never happened. | 429-30 |

# Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | 2000 | Admin<br>Minnetonka, MN | 543:16 Q Okay. How did Nancy Siska [Caucasian HR VP] discriminate against<br>17 you in your role as a diversity and retention specialist?<br>18 A Again, my inability to really be effective<br>19 because of the lack of support from my manager, who<br>20 reported to Nancy, and the -- that would be my comment. | 543 |
| | Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 2000 | CIS<br>Chicago, IL | 94:11 Q Why did you leave your job with CIS?<br>12 A After everything that has happened, I felt that<br>13 I was invisible, and I didn't think that they were taking<br>14 my career serious, and I -- at the time I needed to<br>15 leave. By that time I was exhausted.<br>16 Q When you say that you felt that they weren't<br>17 taking your career seriously, who is "they"?<br>18 A Well, when I say "they," I mean whoever my<br>19 managers are at that time.<br>20 Q So who?<br>21 A Well, like I said, during the course of the<br>22 time I was there, it was always road blocks, you know,<br>23 speed bumps to me getting positions that I want, that I<br>24 wanted, that I inquired about. After the last<br>25 announcement, it was -- I was exhausted. | 94 |
| * | Flennoy, Angela M.<br>Declarant - Potential Class Member<br><br>02/28/00 - present | 2002 | CIS<br>Chicago, IL | 17. Teri Harris (African American) was also unfairly terminated. I heard rumors that Cargill wanted to get rid of her. To accomplish that, Cargill gave her unrealistic goals and no support. Ms. Harris is a very bright woman and thought that with support, she could achieve the goals. She did not realize that Cargill had pulled her support staff. When she failed, Cargill's Caucasian managers wrote her up and then terminated her. | Para. 17 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Flennoy, Angela M.<br>Declarant - Potential Class Member<br><br>02/28/00 - present | During employment | CIS<br>Chicago, IL | 18. Another example of unfair discipline of African Americans at Cargill relates to Yolanda Webster. Ms. Webster, a hard-working single mother, worked in the Accounting Department in Chicago. She often put in extra hours, working nights and weekends. Cargill implemented a new balancing system without testing it properly or informing the IT department. Ms. Webster was responsible for helping those working with the system. The new system had a lot of problems. Ms. Webster spent even more time at work trying to fix all the bugs in the system. At the same time, Ms. Webster was given a new manager, Kim Strand (Caucasian). Ms. Strand wrote Ms. Webster up because of all the problems with the new system. Ms. Webster initiated a meeting with her new manager, but then Ms. Strand scheduled Human Resources to meet with Ms. Webster instead. Shortly after that, Ms. Strand wrote Ms. Webster up. Ms. Webster then quit. As I understood it, Ms. Webster felt she had no other options. | Para. 18 |
| | Harris, Teri<br>Declarant - Potential Class Member<br><br>10/8/97 - 9/16/02 | 2002 | CIS<br>Chicago, IL | 23. On Monday, September 16, 2002 Cargill terminated my employment. My manager, Ms. Johnston, and Misses. Woodfin and Schultz from Human Resources called me to a meeting to give me the news. I felt completely horrified. I was not allowed to return to my desk. Instead, I was escorted to the door where they handed me a plastic garbage bag containing some of my personal belongings. I was shocked and humiliated by what they were telling me after receiving high evaluations consistently during my tenure there under multiple managers. Moreover, I was appalled the double standard that was applied – Ms. Kelley [Caucasian Manager] was retained and moved to a different department where her skill sets could be put to better use while I, someone who had a proven track record of high quality performance in the department for a number of years, was terminated. | Para. 23 |
| | Harris, Teri<br>Declarant - Potential Class Member<br><br>10/8/97 - 9/16/02 | During Employment | CIS<br>Chicago, IL | 28. When I saw someone promoted, I noticed that the person usually did not look like me. I got the feeling a person had to be white to advance at Cargill. In fact, at one point, I heard that the past president of Cargill, Whitney MacMillan, said that Cargill leaders had to be white males. Virginia Douglas was denied promotions in Treasury and as Accounting Supervisor. Emily Tyler, the person most experienced at accounting, was demoted; David List (Caucasian), was given her position. He was a nice person, but not as qualified. Ladwain Williams and Jerrun Muldrow (African Americans) left before they were terminated. | Para. 28 |

# Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 60:20 A Those are the basic general ones that I can<br>21 remember at this time. Basically work, I was told one<br>22 thing -- it was like a moving target. He would tell me<br>23 to do one thing and then contradict himself and say he<br>24 didn't say that and he told me to do X, when he actually<br>25 told me to do Y. So basically set me up to fail, in my<br>61: 1 opinion. | 60-61 |
| | Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 61:19 A Basically, it all falls together. In my<br>20 opinion, I was never trained initially. When I started<br>21 there, John Holbeck [Caucasian Manager] told me that it would take me a year<br>22 and a half to learn the business and to learn the<br>23 accounting, how they did their accounting in that<br>24 department, because seed was a different -- they did<br>25 accounting differently in that division. And I'm<br>62: 1 assuming he wouldn't know that, based on the fact that he<br>2 used to work in audit before going into the -- becoming<br>3 manager of the seed division. But yet still if it takes<br>4 you a year and a half to learn the whole process, I was<br>5 fired at a year and a half. He told me that it would<br>6 take a year to see the whole cycle, because the seasons<br>7 are very different when you deal with agriculture in the<br>8 seed area. And there were things that he had not yet<br>9 learned, because he had only been doing it, I'm going to<br>10 assume -- I believe he said like a year or two years he<br>11 had -- and there were things that he was still unsure of. | 61-62 |

**Summary Exhibit 8**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 141: 9 Q What other training do you think you should<br>10 have had for the position that you didn't get?<br>11 A Based on that job, basically being exposed more<br>12 to the cycle, the typical changes that would affect that<br>13 particular department, based on him being -- working with<br>14 a -- for instance, the Canadian operations for, I<br>15 believe, two years that he [John Holbeck, Caucasian Manager] handled that account, he<br>16 should have been -- should have been more aware of that<br>17 side of the business in order to explain to me exactly<br>18 what happens instead of telling me after the fact, or me<br>19 asking questions and he -- and he -- him taking it upon<br>20 himself to wait later to tell me.<br>21 Q Do you think that those failures or<br>22 shortcomings are evidence of race discrimination?<br>23 A I believe that -- yes, in a sense, I do,<br>24 because of the fact that he knew things forthcoming and<br>25 he decided to withhold it from me.<br>142: 1 Q Like what?<br>2 A Just the normal day-to-day processes as far as<br>3 you knew this always happens at this time of year, so why<br>4 not tell me ahead of time what to expect when you know<br>5 this happens. | 141-42 |

# Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 142: 6 Q Well, what do you -- what advantage do you think he was getting by withholding that stuff from you?<br>A I think he was setting me up to fail.<br>Q Why? He wanted you out of the department?<br>A In my opinion, possibly to prove that I might have been incompetent.<br>Q Well, it doesn't do him very much good to have either an incompetent staff accountant or an empty position, does it?<br>A Well, if my position was created in the first place, and I'm taking part of his job responsibilities that he had, because this is everything that he used to do, so he was pushing it towards me; and as you see, he was not involved in the hiring process for me, this was a job that was actually created, it appeared, to be for me, so there might have been some resentment there. And the fact that I'm a black female working with him, he might have had some issues with that. | 142 |
| | Hullum, Pamela<br>Declarant - Potential Class Member<br><br>09/04/01 - 05/04/02 | 2002 | Wispak<br>Milwaukee, WI | 22. After I gave my two-week notice, they brought in Fred Magnuson (Caucasian), a Cargill manager from Wichita and asked me to reconsider. He offered me a transfer but told me that while he could find an opening for me somewhere else, it wouldn't be in accounting or at my same pay rate. He asked me to think about it overnight and I did but realized I could not stay. I left Cargill on May 4, 2002. | Para. 22 |
| * | King, Herman P.<br>Declarant - Potential Class Member<br><br>06/28/99 - 03/12/01 | 2001 | Excel Beef<br>Medley, FL | 21. Mr. Waters [Caucasian Manager] once told me that Cargill management did not fire employees, they just made life miserable for them so they would voluntarily resign; He mentioned this to me after I had a brief run-in with our Office Manager (everyone in our department - including himself, had problems with this person and she ultimately resigned). Mr. Waters went on to say that, as an unwritten rule, Cargill management would just frustrate that person until they were motivated enough to leave on their own. I feel this happened with Mr. Garmon and me. | Para. 21 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Lewis, Jason<br>Declarant - Potential Class Member<br><br>02/18/92 - 02/02/97 | 1996 | Oilseeds<br>Lafayette, IN | 5. I left in September 1996 because I had issues with my boss, John Zoss (white) and I was discouraged about the possibilities of advancing. I had witnessed white guys come in and be put on the fast track of upward mobility, while I stayed at my same position.<br>22. I was not terminated, but instead, I gave two weeks notice because I felt I was in a bad situation. I saw newer white employees able to move up to higher positions with more pay while I was labeled a "communication" problem. I did not see opportunities for me to advance, despite my hard work and training. | Para. 5, 22 |
| * | Lewis, Jason<br>Declarant - Potential Class Member<br><br>02/18/92 - 02/02/97 | 1996 | Oilseeds<br>Lafayette, IN | 5. I left in September 1996 because I had issues with my boss, John Zoss (white) and I was discouraged about the possibilities of advancing. I had witnessed white guys come in and be put on the fast track of upward mobility, while I stayed at my same position. | Para. 5 |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2003 | CIS<br>Chicago, IL | 102:21 Q. Well, why do you think you were being terminated?<br>A. Because I think they were systematically trying to remove as many African-American employees from that company as possible.<br>103: 1 Q. You weren't terminated, were you?<br>A. I left.<br>Q. In fact, you submitted a resignation letter and left, correct?<br>A. Yes, I did. I did not have any choice. | 102-03 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| ** | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2003 | CIS<br>Chicago, IL | 364: 3 Q. Why did you resign on March 10, 2003?<br>4 A. Because I felt like I had no other alternative.<br>5 Q. You could have continued to work for a couple<br>6 more weeks if you wanted to, couldn't you?<br>7 A. I don't think so.<br>8 Q. Why not?<br>9 A. Because my health was at risk.<br>10 Q. What's wrong with your health?<br>11 A. At that time, I was very sick. I was under<br>12 emotional and physical stress that was very bad.<br>13 Q. Was it affecting your job performance?<br>14 A. It was affecting my health.<br>15 Q. Right. Were the problems with your health<br>16 affecting your job performance?<br>17 A. The problems were affecting my emotional and my<br>18 physical health to such a point that I felt like I had<br>19 no other choice but to leave Cargill. | 364 |
| | Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2003 | CIS<br>Chicago, IL | 380: 7 A. I don't think that there was anything that I<br>8 could have done for Sandip Lalli [Manager] to improve anything. I<br>9 don't believe that she ever had any intention of helping<br>10 me to improve anything. I think her intention was, as<br>11 she has stated before, to move me out of the door.<br>***<br>22 Q. So did you make any efforts to comply with the<br>23 performance improvement plan?<br>24 A. I did everything in my power to do whatever<br>25 Sandip Lalli wanted me to do.<br>***<br>382: 2 A. I think that feeling was something that was<br>3 building up over time, after, you know, doing my best to<br>4 try to please her and to do the things that she wanted<br>5 me to do.<br>6 Q. Is it your testimony that she was demanding<br>7 more of you than the job required?<br>8 A. I think that she was making demands that were<br>9 impossible, and no matter what I did, it would not be<br>10 enough. | 380, 382 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division/Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Major-Wilson, Dana M.<br>Declarant - Potential class Member<br><br>03/16/98 - 11/01/98 | 1998 | Oilseeds<br>Minnetonka, MN<br>(Whitewater) | 16. I was unfairly disciplined while working at Cargill. We were given pagers for the systems we supported. I forgot mine on my desk one day when I went to lunch because my outfit did not have pockets. I was still in the building, but I was away from my desk for about a half an hour. Ms. Olson and Ms. Huss [Caucasian Managers] talked to me about leaving the pager. I was surprised by how seriously I was reprimanded.<br>17. There was no written policy that I ever saw regarding the pager. . . .<br>18. In September 1998, Ms. Huss and Ms. Olson told me I was being placed on probation because of the pager incident and because I "wasn't using the resources available to me properly." I was caught off guard because my review had said that I was meeting expectations. . . .<br>21. I was fired in mid-October 1998. I had no idea that was going to happen. Mr. Olson came to my cube and said she and Ms. Huss wanted to speak to me about my probation. At that moment, I knew that axe was going to fall.<br>22. Once in Ms. Huss's office, they informed me that I was not using my resources. Again, they brought up the pager incident. They said those two together were enough and therefore, I was terminated. They added that I would not be given a severance package, but I would be kept on the payroll until the end of October. Then I went and packed up my belongings. During the few minutes I had been in Ms. Huss's office, someone had already locked me out of my computer. | Para. 16-17, 21-22 |
| | Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1998 | Salt<br>Baltimore, MD | 206: Q. . . . Had the situation working at Cargill become unbearable for you?<br>A. Yeah, it had, yes.<br>Q. Why?<br>A. Because I felt like as hard as I tried, it really wouldn't make a difference. I felt like I was on an emotional roller coaster. Yeah, I felt like whenever there was an opportunity, I would get really excited and I would talk to J.R. about it, my husband, and, well, he was my boyfriend at the time, and then when something didn't come to fruition, I became very disappointed and depressed. So for me, I was, I guess I was tired of the, just the inconsistency that I saw and the bias that I saw, and I just felt like there was no way out but -- they weren't going to give me an opportunity in the division. So if there was an opportunity | 206-07 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 24 within another division, with Cargill being a large<br>25 company, I thought, oh, great, I can move around<br>207: 1 the company, I thought that initially when I joined<br>2 the company, but then just seeing how the system is<br>3 so closed to a certain extent with divisions, I<br>4 felt like there was nothing I could do but leave,<br>5 and that's what I thought. . . | |
| | McMath, Warren<br>Declarant - Potential Class Member<br><br>09/17/01 - 09/16/02 | 2002 | Salt<br>Tampa, FL | 6. At the Tampa Salt Plant, there was some sort of point system. . . .<br>7. As I understood the "point system," employees got points for doing things wrong. . . . If you got enough points, you could get disciplined or fired. I never knew what amount of points could get you disciplined or fired. No one told me I got points or how many I had.<br>8. I didn't usually work weekends. . . .In September 2002, I wanted to make sure I had the weekend of September 14-15 off because I had to go visit my grandmother who had been ill. I had already delayed this trip once and didn't want to do it again. Anderson [Caucasian Manager] told me that I had to use vacation days if I wanted to make sure I got that weekend off. . . . In order to make sure I could go visit my sick grandmother, though, I put those two weekend days on the schedule as vacation days on the Monday before that weekend. No one told me I couldn't have those days off.<br>9. When I came back to work on Monday, September 16, 2002, Anderson asked me "How many points do you have?" I responded, "I don't know." He took me into Diane's office and looked up something on the computer. He told me I had 26 points and that if you have more than 17 points, you can be fired. Then, he said, "You have too many points. You're terminated."<br>10. I think I was given points for taking the weekend off to visit my sick grandmother even though I had scheduled it as vacation days. I had no warning that I was approaching any point problem. Being fired came as a complete surprise to me. | Para. 6-8 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| * | Miller, Bruce W.<br>Declarant - Potential Class Member<br><br>08/01/94 - 07/01/02 | 2001 | North Star Steel<br>Houston, TX | 3. In 2001, after I had worked as a Heat Treat Operator for about 18 months, I was fired because I briefly fell asleep on the job. I was sent home and . . . I was notified that I had been terminated. Two weeks after that, I was notified that I could appear in front of a board of my peers, known as a Peer Review Board. I selected four people and Cargill management selected three people, in addition to one Human Resources employee, Cissy Horton (Caucasian).<br>***<br>6. In the hearing, Dewey Allan – Quality Assurance Manager called the supervisor, Rafael Saldana (Hispanic) and asked him if he had ever fallen asleep on the job or if he had ever caught other employees asleep on the job. He admitting falling asleep on the job and catching others asleep on the job. He was not terminated and he admitted any employees caught sleeping was ever suspended or terminated. The Peer Review Board unanimously determined I was unfairly terminated and I was re-instated to my position. . . . | Para. 6 |
| * | Rose Jr., Harold E.<br>Declarant - Potential Class Member<br><br>06/26/89 - 03/28/01 | 2001 | NAS<br>Eddyville, IA | 7. I left Cargill in March 2001 after 12 years of service. There were a number of reasons why I left Cargill. I had been doing a good job for Cargill. Yet, I feel I was passed over for cross-training opportunities and promotions to a team lead position. My new Laboratory Manager, Dennis Givens (white), had also lied to me about continuing my training. I also felt on many occasions that my white co-workers had issues working with me. At the time I left, the whole situation seemed to be coming to a head, so I left to search for better opportunities.<br>19. What finally pushed me over the edge to leave was a conversation with my Lab Manager, Mr. Bryant. He informed me that Cargill would be doing a work force reduction and that there would be job cuts. He added though, that if I received cross-training in the Fructose Lab, I would have a better chance of staying. I was so upset and frustrated. I had been asking for cross-training on fructose for the last three years. I was tired of requesting cross-training and then watching a white employee receive the training I requested. I did not want that to happen again, so I left to find a job where I could advance and receive the training I requested. | Para. 7, 19 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1997 | CFI<br>Minnetonka, MN<br>(Office Center) | 363:24 Q. Yeah. Were you told your employment with the<br>25 company was being terminated for performance?<br>364: 1 A. I was told that my termination from Cargill<br>2 Ferrous was because there was no longer a good fit.<br>***<br>434:10 . . . Also<br>11 mentioned that, you know, if anyone asked him his<br>12 opinion on, of my performance with Cargill Ferrous, I<br>13 had a good track record but there is no longer a good<br>14 fit. | 363 - 64 |
| | Sharp, Jacqueline T.<br>Declarant - Potential Class Member<br><br>09/20/83 - 03/06/96 | 1995 | Corn Milling<br>Memphis, TN | 15. Following the June 1995 bad review, I was informed in August or September of that year, that I would not be receiving a bonus check. I was upset, but I wanted to work toward improvement. However, management, especially Mr. Gardner,[Caucasian Manager] refused to work with me. I received a poor review, but there was no clear direction given as to how or where I needed to improve. I did not know what he wanted or expected. I would send him e-mails, detailing the status of what I was doing and areas where I was trying to improve. Yet, I would not receive any feedback. I felt that my efforts were futile in the sense that management did not appreciate my work, responsibilities, or my efforts. I felt I was doing a good job—if I didn't do my job, everyone would know because the instrumentation would be down or would provide unreliable results—and that did not happen. I worked hard and I sufficiently completed all the tasks and job responsibilities I was asked to do. I do not think that management understood my job or thought it was important. I finally said enough is enough and I wrote my resignation letter. Mr. Gardner asked me why I was quitting, but I just said, "Read the letter." I felt that he had not listened to me, tried to get to know me, or help me at all, so why would he listen to me now? | Para. 15 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| * | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | Smith, John<br>Declarant - Potential Class Member<br><br>03/13/00 - present | 2002 | Salt<br>Tampa, FL | 13. Warren McMath and Vernon Davis are two African American employees that I believe were unfairly terminated at the Tampa Salt facility. Warren worked on my shift and I was the one that trained him in. At the plant we work a lot of weekends. Most times we will not know until the last minute when Mike Anderson or Danny Ramseyer would place a note on the door telling us we must work. Warren really wanted to take a weekend trip to see his Grandma who had become ill. He had already put it off once. At the last minute, we were told we had to work. Warren had left for Miami that Friday after his shift to see his Grandma. Mike Anderson [Caucasian Manager] fired Warren when he returned on Monday. It's not like Warren was even scheduled to work the weekends! | Para. 13 |
| * | Summers, Jerry R.<br>Declarant - Potential Class Member<br><br>07/25/88 - 10/16/98 | 1998 | Dry Milling<br>Culpepper, VA | 17. I finally left Cargill after nearly 10 years because I did not think I had been treated fairly nor that I would ever be treated the same as white employees. I felt that I was stuck in my position and salary because I was not "friends" with the plant manager. I also felt that I was always expected to do more, particularly more than my white co-workers, and I wanted to move onto a job where I would be respected. | Para. 17 |
| * | Taylor, Glenn J.<br>Declarant<br><br>01/08/92 - 02/02/98 | 1998 | CSW<br>Beaumont, TX | 11. Mr. Sipole [Caucasian Manager] informed me one morning that I was fired. He actually met me at the gate and told me to come back later to talk to Bruno Lioi. When I came in, they told me I was fired. What had happened was that I had switched days with a white employee, Chris. He was working my shift and then, later in the week, I was supposed to work his shift. I was told that Chris and I had not filled out the right paperwork. I know that we did, but then they said we did not complete it in time. Since my shift was first, management claimed I was tardy because the paperwork was not done in time, even though Chris was at work on time in my place. Then they told me I was fired. They put together a review board. The people chosen to sit on the board were drawn from a hat and I was never told if all employee names had been put in the hat or not. The board was made up of Robert Smith (white), lead man; Robert Nelson (white), played golf with Mr. Holley; Norris Bennett (black), and then Phyllis (white), who was in human resources. The board voted to uphold my termination. Nothing happened to Chris. | Para. 11 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2002 | WW<br>Tampa, FL | 89: 3 Q. Ms. Williams, I wanted to ask you now about<br>4 your earlier testimony that you believe Cargill<br>5 discharged you because of your race. Why don't you<br>6 tell me what you base your belief that you were<br>7 terminated because of your race on?<br>8 A. The fact that, well, everything that I've<br>9 said, the compensation and the promotions were<br>10 discriminatory as to me, and the fact that when I<br>11 informed them that I would be interested in coming<br>12 back, that they said there were no open positions and<br>13 I found out that there actually were two. | 89 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 2001 | Admin<br>Minnetonka, MN | 274: 2 Q. Okay. And the next thing in your list, you<br>3 said that when there was talk about the department,<br>4 C-Tech, being downsized, that John Ringquist appeared<br>5 to immediately target you as an individual [Caucasian Manager] who would<br>6 be removed from the department. Why did you say<br>7 that?<br>8 A. Because he told me that I would probably be<br>9 the one to go on a couple of occasions, and I asked<br>10 Shannon and Jamal if he had told them to start<br>11 looking and they said no, and he had told me to start<br>12 looking. | 274 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 2001 | Admin<br>Minnetonka, MN | 277: 2 Q. Are you claiming that there was anything<br>3 discriminatory about the fact that Jamal Haider<br>4 received the senior I/T business analyst position<br>5 over you?<br>***<br>8 A. I am stating that what was discriminatory was<br>9 the fact that I should have been given an equal<br>10 opportunity to apply for the position, which John [Ringquist] had<br>11 indicated to me that I was not. I'm believing that<br>12 it was also discriminatory that the job description<br>13 was written in a way to, to keep me out, and that<br>14 John basically did not want me in that position as an<br>15 African-American.<br>16 Q. When did John indicate to you that you were<br>17 not given equal opportunity to apply for that | 277 |

**Summary Exhibit 8**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 18 position?<br>19 A. John implied it in telling me that it will<br>20 probably be me that will be leaving, and indicating<br>21 to me that, that I should look for, that I should<br>22 start looking for other, other employment<br>23 opportunities. | |
| | Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | 2000 | NAGOC<br>Minnetonka, MN | 456: 9 Q And did you learn at some point that you had<br>10 not been given a customer solutions specialist position?<br>11 A Yes, I did.<br>12 Q And who told you that?<br>13 A Jim Reiff and Paul Butters. [Caucasians]<br>***<br>457: 1 Q And what did they tell you in that meeting?<br>2 A I seem to remember Reiff saying that I didn't<br>3 get the job.<br>4 Q Did he tell you why?<br>5 A I asked him why, and he said that he gridded me<br>6 out and I didn't receive the job.<br>7 Q Did he tell you where you had placed when he<br>8 completed the grid?<br>9 A No, he did not.<br>10 Q Did you tell him that you thought he was going<br>11 to need an additional customer solutions specialist?<br>12 A I told him that I thought he would need not<br>13 only additional customer solutions specialists, but that<br>14 he was going to need someone who knew the market as well<br>15 as I did and had high core competencies.<br>***<br>458: 16 Q When Mr. Reiff said that he gridded for the<br>17 position, did you understand what he meant?<br>18 A I don't think I did, 'cause I seem to remember<br>19 I asked him -- asking him about the process.<br>20 Q Do you -- did you gain an understanding of the<br>21 process during your discussion with Mr. Reiff?<br>22 A Not completely, no.<br>23 Q What did you understand after you spoke with<br>24 him?<br>25 A That he gridded me out, gridded -- gridded me<br>459: 1 as a candidate and made the decision. I don't know how | 456-59 |

## Summary Exhibit 8
# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| | Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|---|
| | | | | 2 that was arrived at or anything about that process. | |
| | Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | 2000 | NAGOC<br>Minnetonka, MN | 462:17 Q Do you think that Mr. Reiff's decision not to<br>18 select you for one of the four positions had anything to<br>19 do with your race?<br>20 A I believe that it's possible.<br>21 Q And what is that based on?<br>22 A Once again, based on my beliefs.<br>23 Q Well, with respect to Mr. Reiff, why would you<br>24 think that he would want to discriminate against you on<br>25 the basis of your race?<br>463: 1 A Based on the past association with -- between<br>2 he and Kevin Kohler. | |