**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086(DWF/AJB)<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 26, 2004, I caused the following document(s) to be filed electronically with the Clerk of Court through ECF:

1. **Plaintiffs' Notice of Appeal of Order on Motion to Strike Declarations or, in the Alternative, to Compel Declarant Declarations; and**

2. **Plaintiffs' Brief in Support of its Appeal of Order on Motion to Strike Declarations or, in the Alternative, to Compel Declarant Depositions.**

and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Melissa Raphan, Esq.
Holly S.A. Eng, Esq.
Michael Iwan, Esq.
Mark Ginder, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*s/Lawrence P. Schaefer*
**Lawrence P. Schaefer**