UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**MOTION TO STRIKE UNTIMELY THIRD–PARTY DECLARATIONS**

Pursuant to Federal Rules of Civil Procedure 26 and 37 and this Court's previous Order of July 13, 2004, Defendant Cargill, Incorporated ("Cargill") hereby moves the Court for an Order striking all third-party declarations disclosed by Plaintiffs on or after June 30, 2004. This motion is brought on an expedited basis, given the time sensitivity of the issues raised, and is based upon all of the files and proceedings herein, including the accompanying Memorandum of Law and Declarations of Paul Klaas and Melissa Raphan, and upon argument of counsel. Pursuant to Local Rule 37.1, Cargill certifies that it has in good faith conferred and attempted to resolve the present discovery dispute.

Dated: July 26, 2004

DORSEY & WHITNEY LLP

By /s Melissa Raphan

Paul Klaas #0056327
Mark Ginder #1016794
Melissa Raphan #0182795
Holly S. A. Eng #0238028
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Cargill, Inc.