UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**NOTICE OF MOTION TO STRIKE UNTIMELY THIRD-PARTY DECLARATIONS**

TO: Plaintiffs, by and through their attorneys, Lawrence Schaefer and Susan Coler, Sprenger & Lang, 325 Ridgewood Avenue, Minneapolis, Minnesota 55403.

PLEASE TAKE NOTICE that, as soon as the Court's calendar will permit, before the Honorable Arthur J. Boylan in Room 638, Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota, 55101, Defendant Cargill, Incorporated will move the Court, pursuant to Federal Rules of Civil Procedure 26 and 37 and this Court's previous Order of July 13, 2004, for an Order striking all third-party declarations disclosed by Plaintiffs on or after June 30, 2004.

Dated: July 26, 2004

DORSEY & WHITNEY LLP

By /s Melissa Raphan
Paul Klaas #0056327
Mark Ginder #1016794
Melissa Raphan #0182795
Holly S. A. Eng #0238028
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
Cargill, Inc.