UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**DECLARATION OF PAUL KLAAS**

I, Paul Klaas, declare as follows:

1. I am an attorney with the firm of Dorsey & Whitney LLP, 50 South Sixth Street, Minneapolis, Minnesota 55402, attorneys for Defendant in this matter. I submit this Declaration to accompany Defendant Cargill, Incorporated's Memorandum of Law in Support of Motion to Strike Untimely Affidavits.

2. A true and correct copy of the letter from Susan Coler to Paul Klaas and Melissa Raphan dated July 21, 2004 and its enclosed e-mail correspondence between Paul Klaas and Lawrence Schaefer is attached hereto as Exhibit 1.

3. A true and correct copy of the e-mail correspondence sent between Paul Klaas and Lawrence Schaefer dated July 24, 2004 is attached hereto as Exhibit 2.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true.

Dated: July 26, 2004

/s Paul Klaas
Paul Klaas

# SPRENGER & LANG

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

WRITER'S ADDRESS:

SUSAN M. COLER
MINNEAPOLIS OFFICE
E-Mail: scoler@sprengerlang.com
Website: www.Sprengerlang.com

1614 TWENTIETH STREET, N.W.
WASHINGTON, D.C. 20009-1001
(202) 265-8010
FAX (202) 332-6652

325 RIDGEWOOD AVENUE
MINNEAPOLIS, MINNESOTA 55403
(612) 871-8910
FAX (612) 871-9270

July 21, 2004

**VIA FACSIMILE AND U.S. MAIL**

Paul B. Klaas, Esq.
Melissa Raphan, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

**Re:** ***Arnold, et al. v. Cargill;***
**Civ. No. 01-2086**

Dear Counsel:

I am responding to Ms. Raphan's July 21, 2004, letter to Larry Schaefer regarding scheduling of declarant depositions. Last week, Mr. Klaas asked Mr. Schaefer to agree to treat the Bielby and Peterson expert reports as confidential until Cargill decides whether to appeal Magistrate Judge Boylan's July 13, 2004, ruling. Mr. Schaefer agreed and similarly informed Mr. Klaas that we intended to appeal the Magistrate's Order with regard to the challenged declarations. Mr. Schaefer further stated that he assumed Cargill would agree that the order has no effect until that appeal is resolved (*see attached emails*). Apparently Ms. Raphan was not in the loop for those communications. Accordingly, we will not be producing any declarants for deposition until after Judge Frank rules on our appeal.

Very truly yours,

Susan M Coler

Susan M. Coler

:mbk
Enclosure

60457

**Exhibit 1**

-----Original Message-----
**From:** Larry P. Schaefer
**Sent:** Wednesday, July 14, 2004 11:22 AM
**To:** 'Klaas, Paul'
**Subject:** RE: Confidentiality designations

I agree. We will be appealing the portion of Boylan's order regarding declarations. I assume Cargill will agree that Boylan's order has no effect until that appeal is resolved.

Larry

-----Original Message-----
**From:** Klaas, Paul [mailto:Klaas.Paul@dorsey.com]
**Sent:** Wednesday, July 14, 2004 11:03 AM
**To:** Larry P. Schaefer
**Subject:** Confidentiality designations

Larry-- We are discussing with Cargill whether to seek review by Judge Frank of paragraph 4 of Magistrate Judge Boylan's July 13, 2004 opinion. Pursuant to the Protective Order, we consider the confidentiality designations effective, and public disclosure prohibited, at least until: 1) Judge Frank affirms Magistrate Judge Boylan's opinion, or 2) I let you know that Cargill has decided not to appeal to Judge Frank, or 3) the time to appeal Magistrate Judge Boylan's Order expires without appeal by Cargill. Would you let me know if you disagree? --Paul

# SPRENGER & LANG

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

WRITER'S ADDRESS:

SUSAN M. COLER
MINNEAPOLIS OFFICE
E-MAIL: SCOLER@SPRENGERLANG.COM
WEBSITE: WWW.SPRENGERLANG.COM

1614 Twentieth Street, N.W.
Washington, D.C. 20009-1001
(202) 265-8010
Fax (202) 332-6652

325 Ridgewood Avenue
Minneapolis, Minnesota 55403
(612) 871-8910
Fax (612) 871-9270

## FACSIMILE TRANSMITTAL COVER SHEET

**DATE:** July 21, 2004

**TO:** Paul B. Klaas, Esq. **FAX#:** **(612) 340-8856**

Melissa Raphan, Esq. **FAX#:** **(612) 340-2777**

**FROM:** Susan M. Coler, Esq. **SENDER'S FAX #:** (612) 871-9270

**CASE NAME/NUMBER:** ***Cargill*/10496**

**COMMENTS:**

**TOTAL NUMBER OF PAGES SENT:** 3 **[Including cover sheet]**

***[Please call (612) 871-8910 if you DID NOT receive all the pages.]***

**ORIGINAL WILL FOLLOW VIA *U.S. MAIL***

**The information contained in this facsimile transmission is attorney privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying or use of this transmission in any way is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone, and return the original message to us at the address indicated above via the U.S. Postal Service. We will reimburse you for your mailing expenses. Thank you.**

54440

**Klaas, Paul**

---

**From:** Klaas, Paul
**Sent:** Saturday, July 24, 2004 7:51 AM
**To:** 'Larry P. Schaefer'
**Cc:** Eng, Holly; Susan Coler
**Subject:** RE: Magistrate Judge Boylan's Order

...and I received (but regret) your response. Thanks...Paul

Paul B. Klaas, Esq.
Dorsey & Whitney LLP
50 South 6th Street
Minneapolis, MN 55402
USA

-----Original Message-----
**From:** Larry P. Schaefer [mailto:LSchaefer@sprengerlang.com]
**Sent:** Friday, July 23, 2004 9:14 AM
**To:** Klaas, Paul
**Cc:** Eng, Holly; Susan Coler
**Subject:** RE: Magistrate Judge Boylan's Order

I received your message. As I told Holly and Melissa in a short telephone conversation yesterday, we will be appealing Boylan's Order and will not be producing declarants for depositions until the appeal is resolved.

Larry

-----Original Message-----
**From:** Klaas, Paul [mailto:Klaas.Paul@dorsey.com]
**Sent:** Friday, July 23, 2004 5:46 AM
**To:** Larry P. Schaefer
**Cc:** Eng, Holly
**Subject:** RE: Magistrate Judge Boylan's Order

Larry--

I was out of the office yesterday afternoon, but I hope Holly called you to unravel the mystery of your disappearing email. In any event, I received a message from our IS people saying that that your message had been rejected by our spam filter. Apparently, your system was on a "CBL blocklist" and a "MessageLabs private blocklist" last week as a site that had been identified as being, among other possibilities, a spammer or as having been hijacked by spammers.

Your message about your not slackening your objection to testimony at the hearing of the class certification motion was also rejected. Our IS people have now detected it and forwarded it to me yesterday as well.

Our IS people also told me that your site had been removed from the blocklists earlier this week. If you (or someone even more technically astute at your end) would like to know more of the details from our IS people, we can arrange that. I'm out today, but I'll check voicemails and emails this eveninig.

The rest of my message concerning Magistrate Judge Boylan's Order (below) is unaffected. At this point, we are hopeful that you will comply, but we are not expecting that you will...

**Exhibit 2**

Would you reply to this message, if only to confirm receipt? I will do likewise (confirm receipt of your confirmation), so that we're both sure that your computer system is no longer being identified as a threat at my end and so that we're both sure we're getting each other's messages.

--Paul

Paul B. Klaas, Esq.
Dorsey & Whitney LLP
50 South 6th Street
Minneapolis, MN 55402
USA

-----Original Message-----
**From:** Klaas, Paul
**Sent:** Thursday, July 22, 2004 12:11 PM
**To:** 'Larry P. Schaefer'
**Subject:** Magistrate Judge Boylan's Order

Larry--

I never received the e-mail message Susan Coler attached to her letter to Melissa Raphan yesterday. I asked our Information Services people to check; that message was never received by our network.

I do not agree, and I never would agree, that you may disobey Magistrate Judge Judge Boylan's Order. Even if I had made or ever would make such an agreement with you, lawyers don't have the power to override Magistrate Judge Boylan's orders.

On Monday, you filed motion papers with more than 30 late declarations. It seems to me that you can either withdraw those declarations now or agree now to make the declarants available for deposition here by August 10. If you do neither, we will bring all of this to Magistrate Judge Boylan's attention.

In case this matter is not resolved promptly, may I ask that you preserve evidence from your computers that would show whether you sent that July 14 e-mail message?

--Paul

Paul B. Klaas, Esq.
Dorsey & Whitney LLP
50 South 6th Street
Minneapolis, MN 55402
USA