UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION |

**APPENDIX 2: DECLARATIONS**

**Exhibit 4**

| TAB | * | DESCRIPTION | DATE |
|---|---|---|---|
| Baker | | Declaration of Bernard Baker | 06/21/04 |
| Cephus. | | Declaration of Lois E. Cephus | 11/11/03 |
| Christy | * | Declaration of Marvin Christy | 05/26/04 |
| Collier | | Declaration of Michael K. Collier | 03/04/04 |
| Dixon | | Declaration of Audrey S. Dixon | 12/17/03 |
| Dupree | * | Declaration of Vance D. Dupree | 03/29/04 |
| A. Flennoy | * | Declaration of Angela M. Flennoy | 07/13/04 |
| J. Flennoy | * | Declaration of Jermaine Flennoy | 07/14/04 |
| Ford | | Declaration of Glenn Ford | 01/29/04 |
| Fowler | | Declaration of Raymond E. Fowler | 01/19/04 |
| Gholar | * | Declaration of Bobby Gholar | 07/13/04 |
| Gosby | | Declaration of Laverne H. Gosby | 01/14/04 |
| Graves | | Declaration of John Graves | 07/13/04 |
| Halton | * | Declaration of Joey Halton | 05/25/04 |
| D. Harris | | Declaration of Dewayne B. Harris | 05/07/04 |
| T. Harris | * | Declaration of Teri Harris | 07/14/04 |
| J. Harrison | | Declaration of Jerry Harrison | 07/14/04 |
| M. Harrison | | Declaration of Marcia Harrison | 12/01/03 |
| Hill | | Declaration of Michelle E. Hill | 11/07/03 |
| Hullum | | Declaration of Pamela Hullum | 07/12/04 |
| Jenkins | | Declaration of Sabrina Y. Jenkins | 03/20/04 |
| Jones | | Declaration of Otis Jones | 07/16/04 |
| Josephs | * | Declaration of Errol A. Josephs | 03/26/04 |
| King | * | Declaration of Herman P. King | 03/22/04 |
| Lee | | Declaration of Floyd Lee | 07/06/04 |
| Lewis | * | Declaration of Jason Lewis | 03/01/04 |
| Longmire | * | Declaration of Shelly H. Longmire | 05/17/04 |
| Major-Wilson | * | Declaration of Dana M. Major-Wlson | 07/15/04 |
| McMath | . | Declaration of Warren McMath | 07/12/04 |
| B. Miller | * | Declaration of Bruce W. Miller | 07/15/04 |
| K. Miller | * | Declaration of Kevin Miller | 06/22/04 |
| Moulton | * | Declaration of Leighton Moulton | 07/16/04 |
| Omer | * | Declaration of Mohamed L. Omer | 03/20/04 |
| Osuorah | * | Declaration of Chibuzor Kingsley Osuorah | 07/10/04 |
| Reid | | Declaration of Angela Y. Reid | 01/17/04 |
| Rose | * | Declaration of Harold E. Rose, Jr. | 05/25/04 |
| Selman | | Declaration of John Selman | 12/19/03 |
| Sharp | | Declaration of Jacqueline T. Sharp | 11/13/03 |

| TAB | * | DESCRIPTION | DATE |
|---|---|---|---|
| Shaw | * | Declaration of William S. Shaw | 07/07/04 |
| Sipp | | Declaration of Sylvester Sipp | 06/19/04 |
| C. Smith | | Declaration of Candy McKinnon Smith | 12/17/03 |
| J. Smith | | Declaration of John Smith | 07/12/04 |
| Summers | * | Declaration of Jerry R. Summers | 03/16/04 |
| Taylor | * | Declaration of Glenn J. Taylor | 03/24/04 |
| Vence | * | Declaration of Claudia Vence | 05/04/04 |
| Walker | * | Declaration of Eimile A. Walker | 05/02/04 |
| Williams | * | Declaration of S. Bruce Williams | 05/25/04 |

**SPRENGER & LANG**
A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

WRITER'S ADDRESS:

**PATTY JONES**
MINNEAPOLIS OFFICE
E-Mail: pjones@sprengerlang.com
Website: www.Sprengerlang.com

RECEIVED
JUL 20 2004

1614 TWENTIETH STREET, N.W.
WASHINGTON, D.C. 20009-1001
(202) 265-8010
FAX (202) 332-6652

325 RIDGEWOOD AVENUE
MINNEAPOLIS, MINNESOTA 55403
(612) 871-8910
FAX (612) 871-9270

July 16, 2004

Holly S.A. Eng, Esq.
DORSEY & WHITNEY, LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498

**Re:** ***Arnold, et al. v. Cargill, Inc.***
**No. 01-CV-2086 DWF/AJB**

Dear Holly:

Enclosed please find copies of signed declarations of the following individuals responsive to Defendant's Requests for Production of Documents:

Angela M. Flennoy
Jermaine Flennoy
Bobby Gholar
John Graves
Jerry Harrison
Pamela Hullum
Floyd Lee
Dana M. Major-Wilson
Warren McMath
Chibuzor Kingsley Osuorah
William S. Shaw
John Smith

Warren McMath inadvertently wrote "June" rather than "July" when signing his declaration. The actual date his declaration was executed is July 12, 2004.

Sincerely,

Patty Jones

Patty Jones
Legal Assistant

Enclosures

58802v3

**Exhibit 5**

# SPRENGER & LANG

A PROFESSIONAL LIMITED LIABILITY COMPANY
ATTORNEYS AT LAW

RECEIVED
JUL 2 2 2004

WRITER'S ADDRESS:

PATTY JONES
MINNEAPOLIS OFFICE
E-Mail: pjones@sprengerlang.com
Website: www.Sprengerlang.com

1614 TWENTIETH STREET, N.W.
WASHINGTON, D.C. 20009-1001
(202) 265-8010
FAX (202) 332-6652

325 RIDGEWOOD AVENUE
MINNEAPOLIS, MINNESOTA 55403
(612) 871-8910
FAX (612) 871-9270

July 21, 2004

Holly S.A. Eng, Esq.
DORSEY & WHITNEY, LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498

**Re:** ***Arnold, et al. v. Cargill, Inc.***
**No. 01-CV-2086 DWF/AJB**

Dear Holly:

Enclosed please find copies of signed declarations of the following individuals responsive to Defendant's Requests for Production of Documents:

Teri Harris
Otis Jones
Michael King
Bruce Miller
Leighton Moulton
Randy Thompson

Sincerely,

Patty Jones

Patty Jones
Legal Assistant

:mbk
Enclosures

58802v8

**Exhibit 6**

DORSEY
DORSEY & WHITNEY LLP

MELISSA RAPHAN
(612) 343-7907
FAX (612) 340-2777
raphan.melissa@dorsey.com

July 21, 2004

**VIA FAX**

Lawrence P. Schaefer, Esq.
Sprenger & Lang
325 Ridgewood Avenue
Minneapolis, MN 55403

Re: Cargill: Arnold

Dear Larry:

We received copies of the 47 declarations which you filed with the Court yesterday in support of Plaintiffs' Motion In Support of Class Certification. In addition to the twelve that you had produced just prior to the close of discovery, you produced an additional nineteen following the close of discovery and sixteen additional affidavits yesterday (none of which you disclosed to us or to Magistrate Judge Boylan).

At a minimum, we are entitled to depose the 35 declarants before August 10th.

We will begin deposing the declarants next week in our offices to ensure that the depositions can be completed as soon as possible (but no later than August 10th). I have attached a proposed schedule. If you need to make any schedule adjustments, please let me know by Thursday, July 22nd. We look forward to seeing the declarants and you.

Very truly yours,

Melissa Raphan /jl

Melissa Raphan

Encl.

**Cargill/Arnold**
**Declarant Deposition Schedule**
**July/August 2004**

| Declarant | Deposition Date | Deposition time |
|---|---|---|
| Sabrina Jenkins | July 27 | 8:30 a.m. |
| Errol Josephs | July 27 | 1:00 p.m. |
| Herman King | July 28 | 8:30 a.m. |
| Jason Lewis | July 28 | 1:00 p.m. |
| Mohammed Omer | July 29 | 8:30 a.m. |
| John Selman | July 29 | 1:00 p.m. |
| Teri Harris | July 29 | 8:30 a.m. |
| Otis Jones | July 29 | 1:00 p.m. |
| Bruce Miller | July 30 | 8:30 a.m. |
| Leighton Moulton | July 30 | 1:00 p.m. |
| Jerry Summers | July 30 | 8:30 a.m. |
| Glenn Taylor | July 30 | 1:00 p.m. |
| Kevin Miller | August 2 | 8:30 a.m. |
| Angela M. Flennoy | August 2 | 1:00 p.m. |
| Floyd Lee | August 2 | 8:30 a.m. |
| Dana M. Major-Wilson | August 2 | 1:00 p.m. |
| Dewayne B. Harris | August 3 | 8:30 a.m. |
| Claudia Vence | August 3 | 1:00 p.m. |
| Jermaine Flennoy | August 3 | 8:30 a.m. |
| Warran McMath | August 3 | 8:30 a.m. |
| Chibuzor Kingsley Osuorah | August 3 | 1:00 p.m. |
| Eimile A. Walker | August 4 | 8:30 a.m. |
| Bobby Gholar | August 4 | 1:00 p.m. |
| Marvin Christy | August 4 | 1:00 p.m. |
| William S. Shaw | August 4 | 8:30 a.m. |
| John Smith | August 4 | 1:00 p.m. |
| John Graves | August 5 | 8:30 a.m. (all day) |
| Joey Halton | August 5 | 8:30 a.m. |
| Shelly H. Longmire | August 5 | 1:00 p.m. |
| Harold E. Rose, Jr. | August 6 | 8:30 a.m. |
| S. Bruce Williams | August 6 | 1:00 p.m. |
| Jerry Harrison | August 6 | 8:30 a.m. |
| Pamela Hullum | August 6 | 1:00 p.m. |
| Bernard Baker | August 9 | 8:30 a.m. |
| Sylvester Sipp | August 9 | 1:00 p.m. |

********************
*** TX REPORT ***
********************

TRANSMISSION OK

| | |
|---|---|
| TX/RX NO | 2099 |
| RECIPIENT ADDRESS | 6128719270 |
| DESTINATION ID | |
| ST. TIME | 07/21 08:31 |
| TIME USE | 00'28 |
| PAGES SENT | 3 |
| RESULT | OK |

DORSEY
DORSEY & WHITNEY LLP

# FAX COVER SHEET

The information contained in this facsimile message, if a client of this firm is a named addressee, or the message is otherwise intended for a client, is presumptively legally privileged and confidential information. If you are not a named addressee, or if there is any reason to believe that you may have received this message in error, (1) do not read the message below; (2) do not distribute or copy this facsimile; and (3) please immediately call us collect at the number of the sender below.

| | | | |
|---|---|---|---|
| DATE: | **July 21, 2004** | TOTAL # OF PAGES: (INCLUDING THIS COVER SHEET) | 3 |
| TO: | **Lawrence Schaefer, Esq.** | FAX #: | **(612) 871-9270** |
| FIRM NAME: | **Sprenger & Lang** | PHONE #: | **(612) 486-1806** |
| **FROM:** | **Melissa Raphan** | FAX #: | **(612) 340-2777** |
| PHONE #: | **(612) 343-7907** | EMAIL: | **raphan.melissa@dorsey.com** |

**COMMENTS:**

DORSEY
DORSEY & WHITNEY LLP

# FAX COVER SHEET

The information contained in this facsimile message, if a client of this firm is a named addressee, or the message is otherwise intended for a client, is presumptively legally privileged and confidential information. If you are not a named addressee, or if there is any reason to believe that you may have received this message in error, (1) do not read the message below; (2) do not distribute or copy this facsimile; and (3) please immediately call us collect at the number of the sender below.

| | | | |
|---|---|---|---|
| DATE: | **July 21, 2004** | TOTAL # OF PAGES: (INCLUDING THIS COVER SHEET) | 3 |
| **TO:** | **Lawrence Schaefer, Esq.** | FAX #: | **(612) 871-9270** |
| FIRM NAME: | **Sprenger & Lang** | PHONE #: | **(612) 486-1806** |
| **FROM:** | **Melissa Raphan** | FAX #: | **(612) 340-2777** |
| PHONE #: | **(612) 343-7907** | EMAIL: | **raphan.melissa@dorsey.com** |

**COMMENTS:**

ORIGINAL WILL BE SENT VIA: ☐ MAIL ☐ E-MAIL ☐ MESSENGER ☐ AIR COURIER ☒ WILL NOT BE SENT

**PLEASE CONTACT JOAN BOSTROM AT (612) 343-7910 IF THIS TRANSMISSION IS INCOMPLETE OR CANNOT BE READ.**

REFERENCE # 3612/62972/705