**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2004, I caused the following documents:

Amended Notice of Motion to Strike Untimely Third-Party Declarations

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Susan M. Coler:** scoler@sprengerlang.com

**Holly S. A. Eng:** eng.holly@dorsey.com

**Emily L. Fitzgerald:** fitzgerald.emily@dorsey.com

**Mark John Ginder:** ginder.mark@dorsey.com

**Michael Iwan:** iwan.michael@dorsey.com

**Paul Barry Klaas:** klaas.paul@dorsey.com

**Michael D. Lieder:** mlieder@sprengerlang.com

**Ryan E. Mick:** mick.ryan@dorsey.com

**Teresa Kathleen Patton:** tpatton@sprengerlang.com

**Melissa Raphan:** raphan.melissa@dorsey.com

**Lawrence P. Schaefer:** lschaefer@sprengerlang.com

**Steven M. Sprenger:** ssprenger@sprengerlang.com

Dated: July 27, 2004 **s/ Dyana Schallenberger**