UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CARGILL'S NOTICE OF APPEAL FROM PARAGRAPH 4 OF JULY 13, 2004, ORDER OF MAGISTRATE JUDGE**

TO: Plaintiffs above-named and their counsel of record, Lawrence Schaefer and Susan M. Coler, Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403.

**PLEASE TAKE NOTICE** that Defendant Cargill, Incorporated hereby appeals from Paragraph 4 of the July 13, 2004, Order of Magistrate Judge Boylan, ordering that the reports of Plaintiffs' experts Dr. David Peterson and Dr. William Bielby "are not protected from public disclosure under the Protective Order" in this case.

This appeal is based upon the accompanying Memorandum of Law, and all the files, records, and proceedings herein.

Dated: July 27, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan
Paul B. Klaas (#56327)
Mark Ginder (#0182795)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED