UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated, | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | CLASS ACTION |
| *Plaintiffs*, | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**PLAINTIFFS' MOTION TO ACCEPT FILING OF RESPONSIVE MEMORANDUM WITHIN 10 DAYS OF HEARING**

The named plaintiffs, by and through their counsel and pursuant to Local Rule 7.2(d), hereby seek leave from the Court to file an opposition memorandum to Cargill's Motion to Dismiss, Disqualify, and Impose Additional Sanctions. This memorandum will be filed ten (10) days before the hearing on this motion scheduled for August 13, 2004, in accordance with the January 1, 2004, amendments to Local Rule 7.1(b)(2).

In support of their motion, they state as follows:

Local Rule 7.2(b)(2) was amended May 17, 2004, to require a responsive memorandum to be filed 20 days in advance of a hearing, and notice of this amendment was apparently sent to plaintiffs' counsel, Sprenger & Lang ("S&L"), by email through the Court's ECF system. S&L personnel, however, inadvertently overlooked this amendment in calculating the deadline for filing a responsive memorandum, and instead relied upon the hard copy of the 2004 Local Rules. This oversight has cause no prejudice to defendant Cargill for at least two reasons: (1) Cargill's moving Memorandum was 32 pages, leaving only 3 pages for a reply; and (2) the date for the hearing on this matter could be moved back with no impact on the current Scheduling Order in

this case. Therefore, none of the sanctions enumerated in Local Rule 7.2(d) are appropriate. I have conferred with Cargill counsel, Paul B. Klaas, regarding this matter, but the parties have been unable to resolve the issue.

WHEREFORE, the named plaintiffs respectfully request that the Court grant their motion.

Respectfully submitted,

Dated: August 3, 2004

**SPRENGER & LANG, PLLC**

By: ***s/Lawrence P. Schaefer***

Lawrence Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (DC Bar No. 418736)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

COUNSEL FOR PLAINTIFFS