UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated, | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**PLAINTIFFS' NOTICE OF MOTION TO ACCEPT FILING OF RESPONSIVE MEMORANDUM WITHIN 10 DAYS OF HEARING**

TO: Cargill, Incorporated, and its counsel, Paul Klaas, Melissa Raphan, Holly S.A. Eng, Mark Ginder, and Michael Iwan, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that, pursuant to Local Rule 7.2(d), plaintiffs hereby seek leave from the Court to file an opposition memorandum to Cargill's Motion to Dismiss, Disqualify, and Impose Additional Sanctions, based on the papers served with this notice and to be addressed at the hearing scheduled before the Honorable Donovan W. Frank, on Friday, August 13, 2004, at 9:00 a.m., in the Warren E. Burger Federal Building, 316 North Robert Street, St. Paul, Minnesota.

Respectfully submitted,

Dated: August 3, 2004

**SPRENGER & LANG, PLLC**

By: ***s/Lawrence P. Schaefer***

Lawrence P. Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (DC Bar No. 418736)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

COUNSEL FOR PLAINTIFFS