UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**DECLARATION OF TERESA K. PATTON** |

I, Teresa K. Patton, declare under penalty of perjury that the following is true and correct.

1. I am licensed to practice law in the state of Minnesota and I am one of the attorneys for plaintiffs in this matter.

2. I spoke with witness Candace Smith for the first time on Monday, April 1, 2004, in preparation for her deposition.

3. S&L's policy with regard to declarants who have been noticed for deposition is to offer to represent them for purposes of the deposition at no cost to the declarant. This violates no ethical rules because the purpose is not pecuniary. Instead, it is our practice to offer assistance to the before-unrepresented third-party in handling his or her deposition, as well as the opportunity to ask legal questions and receive legal advice in a privileged context.

4. On April 1, 2004, I offered to represent Ms. Smith for purposes of her deposition, consistent with S&L policy. I told her that my representation would be for

the purpose of the deposition only, and that it was entirely her choice as to whether or not she retained me. She indicated that she wanted to retain me.

5. At no time did I tell Ms. Smith that she would "have to" retain me to represent her at her deposition. I left the choice completely up to her.

6. When Ms. Smith answered at her deposition that I "mentioned" that she would "have to" retain me as her attorney, I believe she was confused. This confusion was compounded by the fact that I had not heard Ms. Smith's answer due to the defective speakerphone. Accordingly, the court reporter read back the question and, rather than allowing Ms. Smith to repeat her answer so that I could hear it, defense counsel "summarized" her previous answer, thus compounding her confusion in my opinion.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of August, 2004 at Minneapolis, Minnesota.

***s/Teresa K. Patton***
Teresa K. Patton