UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086(DWF/AJB)<br><br>CLASS ACTION<br><br>**DECLARATION OF SEAN WRIGHT** |

I, Sean Wright, declare that the following is true and correct:

1. I am a named plaintiff in the above-referenced matter. In fact, I was the first plaintiff in this case to formally retain the firm for the purpose of investigating these allegations and bring this class action. I retained Sprenger & Lang, PLLC ("S&L") in August 2000, and was in contact with the firm well before then.

2. I sought to retain S&L based on discussion I had with other current and former African-American employees at Cargill. I learned from these discussions that S&L had previously brought a class race discrimination case against Cargill, and that it was one of the few firms in the country capable of effectively pursuing this type of case. I contacted S&L about my circumstances, the firm did not initiate contact with me. I never discussed this matter with Bill Douglas before I approached S&L. I didn't know Bill Douglas well at the time.

3. I was present at a number of "group" meetings at S&L where witnesses, clients and potential class members were present. The purpose of these meetings was for S&L to update this group on the status of the investigation it was conducting into allegations of company-wide race discrimination at Cargill. Larry Schaefer, the lead counsel at S&L from the beginning of this investigation, made clear at these meetings that no one present should communicate any documents or communications we may have had with Cargill lawyers, either inside the company or retained by the company. I remember Bill Douglas being present at one of these meetings in December 2000 where this instruction was communicated by Mr. Schaefer.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2 day of August, 2004 at MINNEAPOLIS MN.
[*city, state*]

Sean Wright



60583