UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**DECLARATION OF LAWRENCE P. SCHAEFER** |

Lawrence P. Schaefer declares that the following is true and correct:

1. I am a partner at the law firm of Sprenger & Lang, PLLC (S&L), which represents the plaintiffs and putative class in the above-captioned case;

2. When I recounted contacts between S&L and Bill Douglas in my May 3, 2003, declaration, I did not include a paralegal interview of Bill Douglas on July 6, 2000. That interview primarily occurred in the context of the Berkeley litigation, although at the time we were beginning to investigate race issues at Cargill as well. Nonetheless, the notes of that contact were kept in the Berkely files. Accordingly, I was unaware of the contact and did not mention it in my previous declaration.

3. In the spring of 2003 plaintiffs filed a motion to amend the Complaint to expand the class definition to include all salaried African-American employees.

Plaintiffs pursued this amendment because discovery had revealed that employees above grade level 15 were complaining about systemic discrimination at Cargill.

4. On August 31, 2001, I received, via U.S. mail, a Cargill internal document from an anonymous source, which appeared to be privileged. I promptly returned the document to Cargill without reviewing it.

5. S&L records show that the firm's first communications with John Chavers occurred in the spring of 2001, well before this lawsuit was filed on November 15, 2001.

6. Attached to this declaration are true and correct copies of the following exhibits:

| | |
|---|---|
| Exhibit 1: | Declaration of Lawrence P. Schaefer in Proceedings Regarding Deposition of R. Bill Douglas, dated May 2, 2003; |
| Exhibit 2: | EEOC Charge of Discrimination of Gail Berkley, dated July 7, 2000; |
| Exhibit 3: | Telephone interview with Bill Douglas, dated July 6, 2000; |
| Exhibit 4: | Berkley Call Log; |
| Exhibit 5: | Supplemental Declaration of Lawrence P. Schaefer, dated October 16, 2003; |
| Exhibit 6: | Release and Settlement Agreement between R. Bill Douglas and Cargill, Inc., dated January 2, 1998; |
| Exhibit 7: | Declaration of Susan M. Coler in Support of Motion to Quash Subpoenas *Duces Tecum* and *Ad Testificandium*, for a Protective Order, and in Opposition to Defendant's Motion for Stay; |
| Exhibit 8: | Letter to Janice M. Symchych from Lawrence P. Schaefer, dated September 20, 2001; |
| Exhibit 9: | Letter to Janice M. Symchych from Lawrence P. Schaefer, dated July 12, 2002; |
| Exhibit 10: | Subpoena to Bill Douglas, dated March 3, 2003; |
| Exhibit 11: | Retainer Agreement between Sprenger & Lang and Ray Bill Douglas, dated February 2, 1998; |
| Exhibit 12: | Summary of Cargill Privilege Log and Privilege Redaction Log re: R. Bill Douglas; |

Exhibit 13: Declaration of John Smith, dated July 12, 2004;

Exhibit 14: Letter to Magistrate Judge Arthur J. Boylan from Lawrence P. Schaefer, dated September 25, 2003;

Exhibit 15: Order on Motion for Stay of Discovery, Motions for Protective Orders and Motion to Quash Subpoenas, dated November 26, 2003;

Chavers: Excerpts of Deposition Testimony of John Chavers, dated October 9, 2003;

Douglas: Excerpts of Deposition Testimony of Ray Bill Douglas, dated September 18, 2003 and May 10, 2004;

Reed: Excerpts of Deposition Testimony of Duane Reed, dated October 6, 2003; and

Smith: Excerpts of Deposition Testimony of Candy Smith, dated April 2, 2004;

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August, 2004 at Minneapolis, MN.

***s/Lawrence P. Schaefer***
Lawrence P. Schaefer



60587