**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-2086(DWF/AJB)<br><br>CLASS ACTION |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 3, 2004, I caused the following document(s) to be filed electronically with the Clerk of Court through ECF:

1. **Plaintiffs' Motion to Accept Filing of Responsive Memorandum Within 10 Days of Hearing;**

2. **Plaintiffs' Notice of Motion to Accept Filing of Responsive Memorandum Within 10 Days of Hearing;**

3. **Declaration of Mara R. Thompson;**

4. **Declaration of Teresa K. Patton;**

5. **Declaration of Lawrence P. Schaefer, and Exhibits thereto;**

6. **Declaration of Lori Buchheim;**

7. **Declaration of Sean Wright; and**

8. **Plaintiffs' Memorandum in Response to Defendant's Motion to Dismiss, Disqualify, and Impose Additional Sanctions.**

and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Holly S.A. Eng, Esq.
Melissa Raphan, Esq.
Michael Iwan, Esq.
Mark Ginder, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*s/Lawrence P. Schaefer*
**Lawrence P. Schaefer**