UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**DECLARATION OF LAWRENCE P. SCHAEFER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT'S SECOND MOTION TO STRIKE UNTIMELY THIRD-PARTY DECLARATIONS** |

Lawrence P. Schaefer declares that the following is true and correct:

1. I am a partner at Sprenger & Lang, PLLC and am lead counsel representing the plaintiffs in the above-captioned matter.

2. The table below shows the names of the declarants plaintiffs disclosed to Cargill through interrogatory responses prior to the discovery deadline, with a reference to the interrogatory cite(s) where they are identified, as well as the date the declaration was signed and then produced to Cargill. Attached to this declaration as Exhibit A are true and correct copies of the relevant excerpts from the interrogatories cited.

| Declarant | Declaration Signed | Declaration Produced | Method of Disclosure |
|---|---|---|---|
| Baker, Bernard | 06/21/04 | 06/24/04 | Plaintiffs' Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 01/17/03<br><br>Plaintiffs' Second Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 04/30/03. |
| Graves, John | 07/13/04 | 07/16/04 | Plaintiff Charles Scott's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), initially served 06/28/02. |

| Declarant | Declaration Signed | Declaration Produced | Method of Disclosure |
|---|---|---|---|
| Harris, Teri | 07/14/04 | 07/21/04 | Plaintiffs' Second Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 4/30/03.<br><br>Plaintiff Toya Brown's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), initially served 10/07/02.<br><br>Plaintiff Vivian Little's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), initially served 08/11/03. |
| Harrison, Jerry | 07/14/04 | 07/16/04 | *See* paragraph 3, below. |
| Hullum, Pamela | 07/12/04 | 07/16/04 | Plaintiffs' Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 01/17/03.<br><br>Plaintiffs' Second Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 04/30/03. |
| Jenkins, Sabrina Y. | 03/20/04 | 04/16/04 | Plaintiff Phyllis Reece's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), 10/30/02. |
| Jones, Otis | 07/16/04 | 07/21/04 | Plaintiff Steve Wint's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), 09/09/03. |
| Lee, Floyd | 07/06/04 | 07/16/04 | Plaintiffs' Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 01/17/03.<br><br>Plaintiffs' Second Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 04/30/03. |
| McMath, Warren | 07/12/04[1] | 07/16/04 | Plaintiff Steve Wint's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), 09/09/03. |

[1] Warren McMath inadvertently wrote “June” rather than “July” when signing his declaration. The actual date his declaration was executed is July 12, 2004.

| Declarant | Declaration Signed | Declaration Produced | Method of Disclosure |
|---|---|---|---|
| Sipp, Sylvester | 06/19/04 | 06/24/04 | Plaintiffs' Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 01/17/03.<br><br>Plaintiffs' Second Revised Answers to Cargill's Interrogatories to Plaintiffs (Set III), 04/30/03.<br><br>Plaintiff Tausha Tate's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), 07/15/02. |
| Smith, John | 07/12/04 | 07/16/04 | Plaintiff Steve Wint's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), 09/09/03. |
| Thompson, Randy | 07/16/04 | 07/21/04 | Plaintiff Sean Allen's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), 06/28/02.<br><br>Plaintiff Valerie Mason-Robinson's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I), 11/07/02. |

3. Jerry Harrison is a former Cargill manager who executed a declaration filed with Plaintiffs' Motion for Class Certification. Cargill has already deposed Harrison in an arbitration proceeding relating to Harrison's claim that Cargill terminated him in retaliation for complaining about being forced to change the performance review rating of an African-American employee – which is precisely the incident Harrison describes in his declaration. Cargill has ample bases on which to challenge Mr. Harrison's declaration, based on the evidence it may have gathered in opposing his arbitration claim. I did not become aware of Mr. Harrison and his circumstances until after the discovery deadline in this case. We produced Mr. Harrison's declaration two days after it was signed.

4. Cargill noticed and took the depositions of three persons, Michelle Berg, Toni Green, and John Chavers, identified in Plaintiffs' Second Revised Answers to Cargill's

Interrogatories to Plaintiffs (Set III, Interrogatory 1) on Sprenger & Lang's client list well before the close of discovery, even though they did *not* file declarations.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 3rd day of August, 2004, at Minneapolis, Minnesota.

***s/Lawrence P. Schaefer***
Lawrence P. Schaefer