# UNITED STATES DISTRICT COURT
## District of Minnesota

Richard D. Sletten, Clerk

| | | |
|---|---|---|
| 700 Federal Building<br>316 North Robert Street<br>St. Paul, MN 55101<br>(651) 848-1100 | 202 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415<br>(612) 664-5000 | 417 Federal Building<br>515 West. First Street<br>Duluth, MN 55802<br>(218) 529-3500 |

# ECF Form
# Application to File Documents Conventionally

A party may conventionally file exhibits that cannot be converted to electronic form (e.g., video tape, audio tape, etc.) without seeking leave to do so. A party must file a Notification of Conventional Filing to indicate the item on record. If a party has a voluminous filing (eg. exhibits), they may seek leave of court to file the documents conventionally. A party may seek leave of the court to file documents such as exhibits conventionally. Parties should allow enough time **(5 days)** for the Judge to review the request to file conventionally, so that the filing may be done in a timely manner before the deadline. If approved, exhibits filed conventionally must be filed according to the ECF Procedures available on the court's website at:http://www.mnd.uscourts.gov/cmecf/index.htm.

**Case Name:** *Roderick Arnold, et al., On Behalf of themselves and all others similarly situated, v. Cargill, Incorporated*
Case No. 01-CV-2086 (DWF/AJB)

**Filer's Name:** Holly S. A. Eng
Attorney Bar ID: 0238028
Address: 50 South Sixth Street
Minneapolis, MN 55402

Phone Number: 612-343-2164
E-Mail Address: Eng.Holly@Dorsey.com

Item(s) wish to file conventionally (To ensure a timely response, please be very specific by including the format of the information, approximate number of pages, and why this information cannot be made available in electronic format):

On Monday, August 16, 2004, Defendant will be filing their Memorandum in Opposition of Plaintiffs' Motion for Class Certification in the matter of *Roderick Arnold,*

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document under the Other Documents menu option.
Select "Application to File Conventionally" event.

*et al., v. Cargill, Incorporated,* Case No. 01-CV-2086 (DWF/AJB). In support of this Memorandum, the Defendant will be filing numerous exhibits including affidavits, expert reports, tables, charts, documents, deposition excerpts, and two CD-Roms. We anticipate the Memorandum and exhibits will total over 1500 pages.

The basis for this request is that voluminous documents, deposition transcripts, and expert reports need to be filed, as well as exhibits which due to their form are unable to be scanned. Additionally, several exhibits are on CD-Rom and as such can not be filed electronically. Such documents will be attached to affidavits or declarations as exhibits.

Additionally, pursuant to the Protective Order entered in this matter, most of the materials to be filed, or portions thereof, are confidential and must be filed under seal, thus making electronic filing an extremely difficult process.

The Defendant respectfully submits that, since so many exhibits to the anticipated affidavits are voluminous or unable to be scanned, and most of the filings are replete with material that must be filed under seal, it would facilitate review for the Court if the Memorandum and affidavits with their exhibits could be filed conventionally.

While certainly some material in the proposed conventional filings could be filed electronically, the parties believe that such a bifurcated filing would be very cumbersome for the Court to utilize. This request is similar to the Application to File Documents Conventionally that was filed by the Plaintiffs in this case, and granted, in connection with their Memorandum in Support of Plaintiffs' Motion for Class certification and related exhibits.

Please do not hesitate to contact me if you have any questions. Thank you for your consideration of this matter.

If this request is approved, please follow the instructions in the ECF Procedure Guide for filing documents conventionally with the Clerk's Office.

Log on to ECF at https://ecf.mnd.uscourts.gov
File the document under the Other Documents menu option.
Select "Application to File Conventionally" event.