**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on (date), I caused the following documents:

Application to File Documents Conventionally

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Susan M. Coler scoler@sprengerlang.com, ecf@sprengerlang.com
Michael D. Lieder mlieder@sprengerlang.com
Teresa Kathleen Patton tpatton@sprengerlang.com
Lawrence P. Schaefer lschaefer@sprengerlang.com
Steven M. Sprenger ssprenger@sprengerlang.com
Peter N. Thompson pthompson@gw.hamline.edu

Dated: August 5, 2004

**s/ Heather C. Toft**
Attorney's Typed Name