UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| | ) | |
| *Plaintiffs,* | ) | ***ERRATA TO* PLAINTIFFS' MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS, DISQUALIFY, AND IMPOSE ADDITIONAL SANCTIONS** |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

Plaintiffs submit this Errata to Memorandum in Response to Defendant's Motion to Dismiss, Disqualify, and Impose Additional Sanctions.

1. In Factual Background § B.2. at page 4, the citation after the sentence "Accordingly, Schaefer was unaware of this contact and did not mention it in his May 2003 declaration," is incorrect. The reference should be "Schaefer, **¶ 2**."

2. In Factual Background § B.2. at page 5, after the sentence "It simply did not happen," a sentence was inadvertently omitted. The sentence that should be added immediately following is "**At most, he testified to speaking with eight plaintiffs regarding this lawsuit**." The paragraph then continues, "Douglas either did not know the remaining eighteen plaintiffs …."

3. In Factual Background § B.3. at page 6, the pinpoint cite to *EEOC v. Sundance* is missing. The cite should be: *EEOC v. Sundance Rehab. Corp.*, 2004 U.S. Dist. LEXIS 14318, **at **26-32** (N.D. Ohio July 26, 2004).

4. In Factual Background § B.5. at page 10, the citation after the sentence "Douglas testified that he was unsure which documents were returned to him, but he corroborated that less than all the documents that he had provided to S&L were returned, and that at least some of the returned documents were labeled privileged," is incomplete. The complete reference should be "Douglas, 46-47; **Iwan Exh. C at 280**."

5. In Factual Background § B.5. at page 11, the citation after the sentence "The next day, on July 12, 2002, the firm voluntarily turned over copies of each Document to Cargill's counsel" is incorrect. The reference should be "*Id*.; Ex. **9**."

6. In Factual Background § B.6. at page 12, the citation after the sentence "Schaefer categorically denies this," is incorrect. The reference should be "Ex. **5**, ¶ 4."

7. In Factual Background § B.6. at page 12, the citation after the sentence "The telephone conference when Douglas claims Schaefer allegedly gave him this advice occurred on Monday, July 22, 2002," is incorrect. The reference should be "**Ex. 5, ¶ 4; Iwan Exh. C at Depo. Ex. 4**."

8. In Legal Argument § I.B. at page 21, the citation after the sentence "In the face of this corroborated instruction, Cargill repeatedly cites a February 2, 2001, letter from S&L attorney Sara Madsen to Douglas inviting production of documents, and refers to a November 27, 2000, note of a telephone interview S&L attorney David Shulman conducted with Douglas in which Douglas agreed to pass along documents 'he thinks

might be of interest' to S&L," is incomplete. The reference should be "**Iwan Exh. C at Depo. Exs. 7, 13**."

9. In Legal Argument § I.D. at page 24, in the sentence "Accordingly, S&L contacted the Minnesota Lawyers Board of Professional Responsibility in June 2002, and was advised to deliver the documents to Cargill," the date is incorrect. The date should be "**July** 2002."

10. In addition, plaintiffs made the following clerical and grammatical corrections:

| Page:Line Reference | Description of Change |
|---|---|
| 2:10 | Delete the words "AND PROCEDURAL" from the heading |
| 13:4 | Delete the word "ever" |
| 16:1 | Delete a space after "Smith," |
| 25:16 | Insert a period (".") after the word "Document |
| 26:14 | Move opening quotation mark to before the word "looking" |
| 27 n.13:6 | Insert a comma (",") after the word "*aff'd*" |
| 28 n.14:7 | "Cargill cite" change to "Cargill cite**s**" |
| 32 n.16:6 | Insert an ending parenthetical ")" after the quotation mark and before the semi-colon |
| 32 n:16:6 | The letter "I" in the word "In" should be lower case "i" |
| 33:6 | Delete a space after the hyphen "-" |

A corrected Memorandum reflecting these changes has been filed with this *Errata*.

DATED: August 5, 2004

SPRENGER & LANG, PLLC

By: ***s/Susan M. Coler***

Lawrence Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (MO Bar No. 43994)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

ATTORNEYS FOR PLAINTIFFS