**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virginia Douglas, Ronald Garrus, Margo Harvey, Cheneta Hugley, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Cargill Incorporated,

Defendant.

Civil No. 01-2086 (DWF/AJB)

CLASS ACTION

**ORDER REGARDING APPLICATION TO FILE DOCUMENTS CONVENTIONALLY**

---

Paul Carl Sprenger, Esq., Michael D. Lieder, Esq., and Steven M. Sprenger, Esq., Sprenger & Lang, 1614 20th St. NW, Washington, DC 20009; and Lawrence P. Schaefer, Esq., Teresa Kathleen Patton, Esq., and Susan M. Coler, Esq., Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403, counsel for Plaintiffs.

Melissa Raphan, Esq., Paul Barry Klaas, Esq., Mark John Ginder, Esq., Holly S.A. Eng, Esq., and Michael Iwan, Esq., Dorsey & Whitney, 50 6th St. S., Ste. 1500, Minneapolis, MN 55402-1498; and Janice Marie Symchych, Esq., Halleland Lewis Nilan Sipkins & Johnson, 220 6th St. S., Ste. 600, Minneapolis, MN 55402, counsel for Defendant.

Peter N. Thompson, Esq., Hamline Law School, 1536 Hewitt Ave., St. Paul, MN 55104.

---

Defendant in the above-captioned matter, pursuant to the ECF Procedures Guide § VI.3., submitted its Application to File Documents Conventionally on August 5, 2004, asking this

Court to allow defendant to file its Memorandum, affidavits and exhibits in support of its Opposition of Plaintiffs' Motion for Class Certification conventionally.

**IT IS HEREBY ORDERED:**

That Defendant is permitted to conventionally file the Memorandum, affidavits and exhibits submitted with its Opposition of Plaintiffs' Motion for Class Certification. An additional courtesy copy of the conventional filing shall also be provided to the attention of Judge Donovan W. Frank, 700 Federal Courts Building, 316 North Robert Street, St. Paul, MN 55101 and sent simultaneously with the conventional filing. The courtesy copy shall also be three-hole punched and placed in binders.

Dated: August 6, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court