# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

Roderick Arnold, et al.,

Plaintiff(s),

v.

Cargill, Inc.,

Defendant(s).

## COURT MINUTES

BEFORE: Arthur J. Boylan
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 01cv2086 DWF/AJB |
| Date: | August 5, 2004 |
| Court Reporter: | |
| Tape Number: | 163 |
| Time Commenced: | 1:30 p.m. |
| Time Concluded: | 2:00 p.m. |
| Time in Court: | 30 Minutes |

APPEARANCES:

For Plaintiff: Susan Coler
For Defendant: Melisa Raphan

Interpreter / Language: NA / NA

IF MOTION IS RULED ON PLEASE INCLUDE DOCUMENT NUMBER AND TITLE APPEARING IN CM/ECF.

**ORDER TO BE SUBMITTED BY:** ☒ **COURT** ☐ **PLAINTIFF** ☐ **DEFENDANT**

Defendant's Motion to Strike Untimely Third-Party Declarations heard and taken under advisement [Docket No. 261].

Motions taken under advisement as of: August 5, 2005

☒ ORDER TO BE ISSUED ☐ NO ORDER TO BE ISSUED ☐ R&R TO BE ISSUED ☒ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court ☐ Exhibits returned to counsel

s/Paul S.
Signature of law clerk