UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated, *Plaintiffs,* v. CARGILL, INCORPORATED, *Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) CLASS ACTION |

**PLAINTIFFS' MOTION TO RECONSIDER DISMISSAL OF PROMOTION AND COMPENSATION CLAIMS OF LOUIS DARDEN**

The named plaintiffs, by and through their counsel and pursuant to Local Rule 7.1(g) and Fed. R. Civ. P. 56, hereby move the Honorable Donovan W. Frank for an order reconsidering its dismissal of promotion and compensation claims of plaintiff Louis Darden, based on the papers served with this motion.

In support of their motion, they state that plaintiffs' statistical evidence of discrimination in promotions, PMP ratings, pay progression, and discretionary pay, combined with the anecdotal evidence Darden offers, and other evidence that Cargill has engaged in a pattern and practice of discrimination against African-American employees, prevent the summary disposition of Darden's promotion and compensation claims.

WHEREFORE, the named plaintiffs respectfully request that the Court grant their motion and vacate its award of summary judgment to defendant Cargill on the promotion and compensation claims of plaintiff Louis Darden, thereby reinstating those claims for further proceedings in this lawsuit.

Respectfully submitted,

Dated: August 9, 2004

**SPRENGER & LANG, PLLC**

By: ***s/Susan M. Coler***

Lawrence Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (DC Bar No. 418736)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

COUNSEL FOR PLAINTIFFS