UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated, *Plaintiffs,* v. CARGILL, INCORPORATED, *Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) CLASS ACTION |

**PLAINTIFFS' NOTICE OF MOTION**
**TO RECONSIDER DISMISSAL OF PROMOTION**
**AND COMPENSATION CLAIMS OF PLAINTIFF LOUIS DARDEN**

TO: Cargill, Incorporated, and its counsel, Paul Klaas, Melissa Raphan, Holly S.A. Eng, Mark Ginder, and Michael Iwan, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that, pursuant to United States District Court Local Rule 7.1(g) and Fed. R. Civ. P. 56, plaintiffs will move the Honorable Donovan W. Frank, at a time and place to be determined, for an order reconsidering its dismissal of promotion and compensation claims of plaintiff Louis Darden, based on the papers served with this motion. Plaintiffs will seek the relief set forth in the Plaintiffs' Motion to Reconsider Dismissal of Promotion and Compensation Claims of Plaintiff Louis Darden and Proposed Order, submitted and served with this Notice of Motion.

Respectfully submitted,

Dated: August 9 , 2004

**SPRENGER & LANG, PLLC**

By: ***s/Susan M. Coler***

Lawrence P. Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (DC Bar No. 418736)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

COUNSEL FOR PLAINTIFFS



60596