UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**DECLARATION OF MELISSA RAPHAN**

I, Melissa Raphan, declare as follows:

1. I am one of the attorneys with the firm of Dorsey & Whitney LLP, 50 South Sixth Street, Minneapolis, Minnesota, 55402, representing Defendant in this matter. I submit this Declaration to accompany Defendant Cargill, Incorporated's Memorandum of Law in Opposition to Appeal of Order on Motion to Strike Declarations or, in the Alternative, to Compel Declarant Depositions.

2. The Court heard arguments on Cargill's Motion to Strike Untimely Declarations, or in the Alternative, to Compel Declarant Depositions on June 30, 2004, and issued its opinion on July 13, 2004. A true and correct copy of the Court Order is attached hereto as Exhibit 1.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from Cargill's Memorandum in Support of Motion to Strike Untimely Declarations or, in the Alternative, to Compel Declarant Depositions.

4. The Court heard arguments on Cargill's Motion to Strike Untimely Declarations on August 5, 2004, and issued its opinion on August 9, 2004. A true and correct copy of the Court Order is attached hereto as Exhibit 3.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true.

Dated: August 9, 2004

/s Melissa Raphan_

Melissa Raphan