UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**DECLARATION OF SUSAN M. COLER IN OPPOSITION TO DEFENDANT'S APPEAL FROM PARAGRAPH 4 OF JULY 13, 2004, ORDER OF MAGISTRATE JUDGE** |

Susan M. Coler declares that the following is true and correct:

1. I am a partner at the law firm of Sprenger & Lang, PLLC, which represents the plaintiffs and putative class in the above-captioned case.

2. Attached to this declaration are true and correct copies of the following:

Exhibit 1: Defendant's redacted version of Expert Report of William T. Bielby, dated April 22, 2004 (FILED UNDER SEAL);

Exhibit 2: Defendant's redacted version of Expert Report of David W. Peterson, PhD, "Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1995 to 2003, dated April 21, 2004 (FILED UNDER SEAL)

Exhibit 3: Plaintiffs' Memorandum of Law in Support of Appeal from Magistrate Judge's June 5. 2002, Order Denying Data on Senior Management and Imposing Restrictive Protective Order, dated June 19, 2002; and

Exhibit 4: Speech by Warren R. Staley, "Collaborative Leadership: Lessons for the Future," dated October 9, 2003, published at www.cargill.com/today/speeches.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of August, 2004, at Minneapolis, MN.

**s/Susan M. Coler**
Susan M. Coler