**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-2086(DWF/AJB)<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 10, 2004, I caused the following document(s) to be filed electronically with the Clerk of Court through ECF:

1. **Plaintiffs' Brief in Opposition to Defendant's Appeal From Paragraph 4 of July 13, 2004, Order of Magistrate Judge;**

2. **Declaration of Susan M. Coler in Opposition to Defendant's Appeal From Paragraph 4 of July 13, 2004, Order of Magistrate Judge;**

3. **Notification of Conventional Filing of Exhibits 1 and 2 to the Declaration of Susan M. Coler in Opposition to Defendant's Appeal From Paragraph 4 of July 13, 2004, Order of Magistrate Judge, FILED UNDER SEAL,**

and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Holly S.A. Eng, Esq.
Melissa Raphan, Esq.
Michael Iwan, Esq.
Mark Ginder, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*s/Susan M. Coler*
Susan M. Coler