UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**DECLARATION OF MICHAEL IWAN OF AUGUST 12, 2004**

I, **MICHAEL IWAN**, declare as follows:

1. I am an attorney with the firm of Dorsey & Whitney LLP, 50 South Sixth Street, Minneapolis, Minnesota, 55402, attorneys for Defendant in this matter. I submit this Declaration in support of Defendant Cargill, Incorporated's Motion to Dismiss, Disqualify, and Impose Additional Sanctions.

2. Attached hereto as Exhibit A is a true and correct copy of document SUB0015-0015A, which was produced by Plaintiffs' counsel on April 29, 2004, in response to subpoenas *duces tecum* served by Defendant and was listed on an accompanying privilege/redaction log as a document authored by Doug Olson and received by Lawrence Schaefer, Patty Jones, and Sara Nelson on April 28, 2003, all of whom are, or were during the relevant period, employees of Sprenger & Lang.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true.

Dated: August 12, 2004

s/Michael Iwan
Michael Iwan