**Sara Nelson**

**From:** Doug Olson
**Sent:** Monday, April 28, 2003 11:55 AM
**To:** Larry P. Schaefer
**Cc:** Patty Jones; Sara Nelson
**Subject:** Cargill re Information You Requested

EXHIBIT A

Bill Douglas: Timeline:

Based upon case files only, please see the attached document for a timeline of the initiation of the Cargill litigation.

DOCS_MSP-52222.DRF

**Douglas L. Olson**
*Legal Assistant*
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
612/871-8910 (phone)
612/871-9270 (fax)
DOlson@sprengerlang.com

REDACTED

# Initiation of Cargill Litigation Timeline

To: LPS
From: DLO
Date: 04/28/2003

From what I can determine, it appears as if the events of 2000 transpired as follows: Duane Reed contacted us on 5/22/00 to discuss At this time, we were also investigating the Gail Berkley matter and you requested Bill Douglas' file from Eleanor Davis-Sims who indicated that she had the file for you on 6/8/00. We eventually filed an EEOC charge for Berkley on 7/11/00. There are no indications that we spoke with Douglas regarding the Berkley matter or our current race case until 7/28/00. In your notes of 7/28/00, you appear to note that Fawn Wilderson had contacted Bill Douglas regarding our race case. Your first meeting with Bill Douglas, which also included Duane Reed, was on 9/15/00. **Therefore, I would conclude that we could've contacted Bill Douglas anytime between 6/28/00 and 7/26/00. Based on the files, I suspect that our contact with Bill Douglas took place after contacted us on 7/21/00, which puts our first contact with Bill, which was likely made by Fawn Wilderson, between 7/21/00 and 7/26/00. There are no notes indicating that you spoke to or met with Bill Douglas until 9/15/00.**

5/22/00: Intake of Duane Reed call re: . Intake notes state that Bill Douglas also referred him to us.

5/31/00: LPS notes from meeting w/ Duane Reed re:

6/8/00: Email from EDS to LPS indicates that LPS requested Bill Douglas' Potential/Consultation file re: the Gail Berkley litigation.

7/28/00: LPS notes from conversation w/ Duane Reed where Duane mentioned that Bill Douglas spoke w/ S&L (Fawn Wilderson???).

9/15/00: LPS meeting w/ Duane Reed and Bill Douglas to discuss race case.