# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| RODERICK ARNOLD, ET AL., Plaintiff, | ) | **COURT MINUTES** BEFORE: DONOVAN W. FRANK U.S. Judge |
| v. | ) | Case No: 01-2086 (DWF/AJB) |
| | ) | Date: AUGUST 13, 2004 |
| CARGILL, INC., | ) | Court Reporter: JEANNE ANDERSON |
| | ) | Time Commenced: 8:30 |
| Defendant. | ) | Time Concluded: 10:30 |
| | ) | Time in Court: 2 Hours & Minutes |

Hearing on: **DEFTS. MOTION TO DISMISS, DISQUALIFY AND IMPOSE SANCTIONS (225) - UNDER ADVISEMENT**

APPEARANCES:

Plaintiff: SUSAN COLER, LAWRENCE SCHAEFER
Defendant: PAUL KLAAS, MICHAEL IWAN

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk