**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

RODERICK ARNOLD, NII-AKWEI ACQUAYE, SEAN ALLEN, HOLLIS BRANHAM, TOYA BROWN, DAWN COLLINS, LOUIS DARDEN, DELLA DICKSON, VIRGINIA DOUGLAS, RONALD GARRUS, MARGO HARVEY, CHENETA HUGHEY, JACQUELINE JENKINS, KEITH LEWIS, VALERIE MASON-ROBINSON, MICHAEL MITCHELL, PHYLLIS REECE, TONYA ROSS, CHARLES SCOTT, CLINTONIA SIMMONS, TAUSHA TATE, EMILY TYLER, JACQUELINE WILLIAMS, CHERYL WILLIS, SEAN WRIGHT, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

**Case No. 01-CV-2086 (DWF/AJB)**

**STIPULATION AND ORDER**

WHEREAS, the Court issued an order dated August 12, 2004 (" Court Order") in which it affirmed Magistrate Boylan's July 13, 2004 Order;

WHEREAS, Magistrate Boylan issued a Scheduling Order dated June 8, 2004 setting out certain dates for the briefing on the Motion for Class Certification;

WHEREAS, Plaintiffs shall strike certain portions of their Memorandum In Support of Motion for Class Certification in light of the Court Order;

Accordingly, the parties hereby agree as follows:

1. That Plaintiffs shall withdraw those portions of their July 19, 2004 submission to the Court that reference or contain the stricken declarations and shall strike any and all references to the untimely declarations in their Memorandum In Support of Motion for Class

Certification, withdraw the declarations ordered stricken and modify exhibits accordingly in accordance with the Court Order;

2. That Plaintiffs shall resubmit their materials as amended in accordance with the Court Order on August 16, 2004;

3. That Defendant shall submit its Memorandum In Opposition to Motion For Class Certification on Thursday, August 19, 2004;

4. That Plaintiffs have shall submit their Reply on Thursday, September 2, 2004.

Dated: August 13, 2004

DORSEY & WHITNEY LLP

By s/Melissa Raphan______________________
Paul Klaas, #0056327
Mark Ginder #1016794
Melissa Raphan #182795
Holly S. A. Eng #238028
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED

Dated: August 13, 2004

SPRENGER & LANG, PLLC

By s/Susan Coler (by Melissa Raphan) _______
Susan Coler, #
Lawrence Schaefer, #195583
325 Ridgewood Avenue
Minneapolis, MN 55403
Telephone: 612-871-8910

Attorneys for Plaintiffs

It is so ordered.

BY THE COURT:

Dated: ______________________

______________________________
The Honorable Donovan W. Frank
United States District Court Judge

**EXHIBIT A**