**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virginia Douglas, Ronald Garrus, Margo Harvey, Cheneta Hughey, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Civil No. 01-2086 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

Cargill Incorporated,

Defendant.

---

Lawrence P. Shaefer, Esq., Susan M. Coler, Esq., and Teresa Kathleen Patton, Esq., Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403; Michael P. Lieder, Esq., Paul Carl Sprenger, Esq., and Steven M. Sprenger, Esq., Sprenger & Lang, 1614 20th St. NW, Washington, DC 20009, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark John Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul Barry Klaas, Esq., and Ryan E. Mick, Esq., Dorsey & Whitney, 50 6th St. S., Ste. 1500, Minneapolis, MN 55402-1498, counsel for Defendant.

Peter N. Thompson, Esq., Hamline Law School, 1536 Hewitt Ave., St. Paul, MN 55104, Special Master.

---

Based on the Stipulation of August 13, 2004, submitted by counsel for the parties, **IT IS HEREBY ORDERED** THAT:

1. That Plaintiffs shall withdraw those portions of their July 19, 2004, submission to the Court that reference or contain the stricken declarations and shall strike any and all references to the untimely declarations in their Memorandum In Support of Motion for Class Certification, withdraw the declarations ordered stricken, and modify exhibits accordingly in accordance with the Court Order;

2. That Plaintiffs shall resubmit their materials as amended in accordance with the Court Order on August 16, 2004;

3. That Defendant shall submit its Memorandum In Opposition to Motion For Class Certification on Thursday, August 19, 2004;

4. That Plaintiffs shall submit their Reply on Thursday, September 2, 2004.

**IT IS SO ORDERED.**

Dated: August 13, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court