UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**NOTIFICATION OF CONVENTIONAL FILING OF CARGILL'S MEMORANDUM IN OPPOSITION TO RECONSIDERATION OF SUMMARY JUDGMENT ON THE COMPENSATION AND PROMOTION CLAIMS OF LOUIS DARDEN**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

CARGILL'S MEMORANDUM IN OPPOSITION TO RECONSIDERATION OF SUMMARY JUDGMENT ON THE COMPENSATION AND PROMOTION CLAIMS OF LOUIS DARDEN

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☐ Voluminous Document* (Document number of order granting leave to file conventionally: )

☐ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

☐ Physical Object (description):

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal* (Document number of protective order: 144)

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: )

☐ Other (description):

** Filing of these items requires Judicial Approval.*

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

Dated: August 16, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan

Paul Klaas (#0056327)
Mark Ginder (#1016794)
Michael Iwan (#028628X)
Wilda Wahpepah (#0306034)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED