UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 |
| | ) | (DWF/AJB) |
| On behalf of themselves and all others | ) | |
| similarly situated, | ) | CLASS ACTION |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | **DECLARATION OF** |
| v. | ) | **LAWRENCE P. SCHAEFER** |
| | ) | **IN SUPPORT OF** |
| CARGILL, INCORPORATED, | ) | **PLAINTIFFS' MOTION** |
| | ) | **FOR CLASS CERTIFICATION** |
| *Defendant.* | ) | **(AMENDED)** |
| | ) | |

Lawrence P. Schaefer declares that the following is true and correct:

1. I am a partner at Sprenger & Lang, PLLC and am lead counsel representing the plaintiffs in the above-captioned matter.

2. Plaintiffs have filed the following Appendices with their Motion for Class Certification:

   a. Appendix 1: Summary Exhibits

   b. Appendix 2: Declarations

   c. Appendix 3: Expert Reports and Deposition Testimony

   d. Appendix 4: Plaintiffs' Exhibits [filed under seal]

   e. Appendix 5: Defendant's Exhibits [filed under seal]

   f. Appendix 6: Documents Produced in Litigation [filed under seal]

   g. Appendix 7: Deposition Testimony [partially filed under seal]

   h. Appendix 8: Other Documents

   i. Appendix 9: Unreported Legal and Factual Authority

3. Appendix 1: Summary Exhibits contains summary exhibits prepared by plaintiffs' counsel pursuant to Federal Rule of Evidence 1006. The Summary Exhibits reflect voluminous

recordings (plaintiff and witness deposition testimony), writings (declarations from class members and witnesses) and race discrimination complaints Cargill has produced in this litigation. The original deposition pages, declarations and complaint documents from which these summaries have been prepared are provided in Appendixes 2, 7, and 8. The source of the citation is indicated in the far right column of summary exhibits 1-9. Declaration cites are referenced as para.("¶") --; depositions are cited by page number. The information about employment dates, division/location and time frame in the summary exhibits are drawn from the Cargill HRIS database provided to plaintiffs by defendants or from the cited deposition or declaration. The following specific Summary Exhibits have been prepared:

| Sx # | DESCRIPTION |
|---|---|
| 1 | Plaintiff Claim Summary Chart |
| 2 | Selected Evidence of Exclusionary and Secretive Culture from Testimony and Declarations |
| 3 | Selected Evidence of Overt Racism and Disparate Treatment from Testimony and Declarations |
| 4 | Selected PMP Evidence from Testimony and Declarations |
| 5 | Selected Promotion and Advancement Evidence from Testimony and Declarations |
| 6 | Selected Training Evidence from Testimony and Declarations |
| 7 | Selected Compensation Evidence from Testimony and Declarations |
| 8 | Selected Termination Evidence from Testimony and Declarations |

The following Summary Exhibit is submitted under seal

| Sx # | DESCRIPTION |
|---|---|
| 9 | Complaints of Discrimination |

4. Appendix 2: Declarations contains the original witness/putative class member declarations organized alphabetically by last name. The following chart lists the declarations filed:

| TAB | DESCRIPTION | DATE |
|---|---|---|
| Cephus. | Declaration of Lois E. Cephus | 11/11/03 |
| Collier | Declaration of Michael K. Collier | 03/04/04 |
| Dixon | Declaration of Audrey S. Dixon | 12/17/03 |
| Ford | Declaration of Glenn Ford | 01/29/04 |

| TAB | DESCRIPTION | DATE |
|---|---|---|
| Fowler | Declaration of Raymond E. Fowler | 01/19/04 |
| Gosby | Declaration of Laverne H. Gosby | 01/14/04 |
| M. Harrison | Declaration of Marcia Harrison | 12/01/03 |
| Hill | Declaration of Michelle E. Hill | 11/07/03 |
| Reid | Declaration of Angela Y. Reid | 01/17/04 |
| Selman | Declaration of John Selman | 12/19/03 |
| Sharp | Declaration of Jacqueline T. Sharp | 11/13/03 |
| C. Smith | Declaration of Candy McKinnon Smith | 12/17/03 |

5. Appendix 3: Expert Reports and Deposition Testimony contains true and correct copies of the reports of plaintiffs' experts prepared in this litigation.

| TAB | DESCRIPTION | DATE |
|---|---|---|
| Adler Rpt | Expert Report of Ronald L. Adler, M.B.A. | 04/22/04 |
| Bielby Rpt | Expert Report of William T. Bielby | 04/22/04 |
| Peterson Rev. Rpt | Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1995 to 2003 | 04/21/04 (revised 07/09/04) |
| Peterson Rpt | Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1997 to 2003 | 06/10/04 |

The following deposition transcript is submitted under seal

| TAB | DESCRIPTION | |
|---|---|---|
| Peterson | Deposition testimony of David W. Peterson | 06/25/04 |

6. Appendix 4: Plaintiffs' Exhibits [filed under seal] contains true and correct copies of exhibits marked in the depositions taken by plaintiffs in this litigation, in numerical order.

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 2 | C158600 | C158605 | Cargill internal memo re: Selection & Development Task Force | 12/02/94 |
| 3 | C158586 | C158590 | Cargill internal memo re: Selection & Development Task Force | 01/23/95 |
| 4 | C303316 | C303317 | Email with notes from Building People Resource Task Force meeting 9/28/95 | 10/06/95 |
| 5 | C586974 | C586975 | Email with recommendation from team for HR Talent Review in March | 01/25/99 |
| 6 | C118261 | C118262 | Budde letter to OFCCP | 02/07/95 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 8 | C303318 | C303320 | Memo enclosing notes from 12/21/95 Building People Resources Task Force | 01/03/96 |
| 10 | C617795 | C617817 | CCHRC High Potential Management summary | 03/08/96 |
| 11 | C586990 | C586990 | Email re high potential definition | 11/18/98 |
| 12 | C586992 | C586992 | Email re high potential definition | 11/18/98 |
| 13 | C140603 | C140603 | Email re nominees for CLDP | 04/06/99 |
| 14 | C151739 | C151740 | Memo updating actions taken to further Cargill's diversity objectives | 04/04/97 |
| 15 | C120936 | C120957 | The diversity agenda overview, business management system and addendum | 00/00/00 |
| 16 | C141985 | C141986 | Memo re Valuing Differences Pilot Project Recommendation | 00/00/00 |
| 17 | C151841 | C151841 | Email re diversity information | 11/09/97 |
| 18 | C413867 | C413867 | E-mail re Sue Sjeklocha's definition of her VDI role | 03/31/98 |
| 19 | C413848 | C413849 | Email with string re: VDI champions | 03/12/98 |
| 21 | C151764 | C151765 | Email with notes and thoughts from Siska about 1/19/01 Siska meeting with Ebony Network | 01/19/01 |
| 25 | C129165 | C129166 | Email documenting Sims' thoughts about VDI at Cargill | 01/10/01 |
| 29 | C120858 | C120911 | McKinsey's presentation to CLT entitled The War for Talent 2000: Building a Superior Talent Pool to Drive Company Performance | 09/18/00 |
| 32 | C143989 | C144001 | Document regarding Corporate Center HR Meeting on Cargill Culture: Themes, Rituals, Beliefs and Behavior in Light of Strategic Intent | 12/00/00 |
| 35 | C584278 | C584384 | Document regarding company culture and related issues and Cargill employee engagement survey | 08/00/01 |
| 48 | C318619 | C318621 | Cargill Internal Memo from Staley regarding OFCCP Glass Ceiling Audit issues | 01/12/95 |
| 49 | C121187 | C121205 | Cargill Internal Memo regarding HRLT issues and Cargill's global HR function | 09/16/98 |
| 50 | C121170 | C121175 | Cargill's Global HR Strategy Overview | 00/00/00 |
| 51 | C549768 | C549785 | Corporate Requirements: February 2000 | 02/15/00 |
| 53 | C146264 | C146358 | Corporate People Leadership Team discussion document entitled Accelerating the Rate of Change for Human Resources (ARCHR) | 04/00/00 |
| 58 | C317466 | C317880 | Cover page and p. 7 of CCHR Team Handbook listing key assumptions about LTMP | 00/00/00 |
| 62 | C613034 | C613045 | Discussion document entitled Maintaining Momentum on ARCHR Implementation | 11/29/00 |
| 64 | C316511 | C316523 | CCHR balanced scorecard 01/02 definitions and instructions for Regional HR Managers | 52/12/00 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 67 | C146726 | C146728 | HR Vision Mission 01/02 | 00/00/01 |
| 69 | C121235 | C121262 | HR Practices Summary | 00/00/00 |
| 70 | C446187 | C446280 | Your Guide to Cargill: Handbook for Salaried Employees; on-line edition | 03/26/02 |
| 71 | C580036 | C580193 | Updates to Cargill Supervisor's Manual with 1/96 memo from HR Department's Massee and Lodden | 12/00/95 |
| 72 | C720563 | C720620 | Cargill Business Unit Leader (BUL) Workshop Document: Organizational Philosophy and Design | 00/00/00 |
| 73 | C360464 | C360582 | Cargill Career Coaching Process | 12/00/99 |
| 76 | C617522 | C617526 | LTM Brown Bag 6/19/02 and 6/27/01 Q&A | 06/19/01 |
| 80 | C617786 | C617794 | Draft of Cargill Organization and People Planning Process (OP3) | 07/24/96 |
| 81 | C123131 | C123132 | Siska memo re: Revised Internal Involuntary Termination Policy | 05/24/99 |
| 82 | C123142 | C123142 | Norby Memo re Termination Policy | 08/29/96 |
| 90 | C732332 | C632345 | Guidelines to implement a Reduction in Workforce (RIF) | 00/00/00 |
| 92 | C150921 | C150923 | Summary of Exempt Performance Reviews for US Job Family 2000 | 09/20/00 |
| 93 | C146747 | C146748 | Farrar E-Mail re Ford dropping review system | 07/20/01 |
| 94 | C316805 | C316806 | LTM Group Development Priorities and Integration | 00/00/00 |
| 95 | C611469 | C611470 | Enhanced PMP description | 00/00/00 |
| 97 | C316670 | C316684 | Agenda for CLT Forum Session I (11/01) | 06/29/01 |
| 98 | C316685 | C316689 | Agenda for CLT Forum Session I (2/02) | 06/29/01 |
| 100 | C635287 | C635288 | 12/14/00 Leadership Development Team meeting minutes | 12/14/00 |
| 102 | C418789 | C418790 | Siska Emails re: Internal Staffing Issues | 10/01/99 |
| 104 | P1659 | P1666 | Haider Email re Allegations of Employment Discrimination within Cargill | 01/18/02 |
| 107 | C617740 | C617763 | Recommendations of the NAOP High Potential Manager Development Team | 2/5/1992 |
| 108 | C794909 | C794911 | Cargill Internal Memo re KEIS I meeting | 01/17/92 |
| 110 | C794955 | C794964 | Cargill Internal Memo from MacLennan to KEIS I Raters re KEIS I | 09/29/93 |
| 114 | C795018 | C795019 | Cargill Internal Memo: KEIS Comments | 02/11/94 |
| 117 | C794749 | C794770 | KEIS Update | 08/00/95 |
| 119 | C305590 | C305599 | Fall 95 KEIS Instructions | 00/00/95 |
| 122 | C587582 | C587583 | HR KEIS Review Summary Thoughts | 09/16/96 |
| 127 | C795205 | C795215 | Fall 1997 Keis Process Instructions | 00/00/1997 |
| 137 | C795020 | C795022 | Cargill Internal Memo from Raisbeck re KEIS | 02/08/94 |
| 138 | C795003 | C795004 | Cargill Internal Memo re KEIS I and II | 02/16/94 |
| 139 | C795007 | C795011 | Cargill Internal Memo from Lumpkins re KEIS I meeting | 02/17/94 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 140 | C795025 | C795028 | Cargill Internal Memo from Huber re KEIS Comments/Observations | 02/17/94 |
| 143 | C795092 | C795095 | Cargill Internal Memo from Norby re 1/24-26 KEIS | 04/17/96 |
| 144 | C795033 | C795034 | Cargill Internal Memo from Norby re 2/1/92-2/2/94 KEIS | 03/03/94 |
| 145 | C795110 | C795110 | KEIS Summary: North America and People of Color | 04/17/96 |
| 147 | C795111 | C795118 | People of color - North America" table | 04/03/96 |
| 150 | C795164 | C795170 | Cargill Internal Memo by Sjeklocha re KEIS presentation | 01/16/98 |
| 154 | C795096 | C795096 | Undated Dan Huber comments on KEIS | 00/00/00 |
| 158 | C587475 | C587475 | Sjoberg's E-mail re KEIS ratings | 06/14/98 |
| 160 | C795015 | C795017 | Cargill Internal Memo re KEIS | 01/25/94 |
| 163 | C587476 | C587478 | E-mail string re KEIS | 08/06/98 |
| 167 | C651493 | C651493 | Ferris E-mail re stock options and KEIS | 03/28/98 |
| 168 | C570199 | C570200 | Cargill Internal Memo from Schulz regarding Option Recommendation Books | 04/23/99 |
| 171 | C618248 | C618250 | CCHRC Memo regarding KEIS and RIF | 07/09/96 |
| 179 | C617009 | C617011 | Leadership and Talent Management (LTM) summary | 00/00/00 |
| 180 | C316726 | C316727 | Leadership Development Memo | 00/00/00 |
| 181 | C635766 | C635773 | Leadership Development Process Project Outline | 00/00/00 |
| 185 | C150924 | C150925 | Email re Leadership and Talent Review process | 10/20/00 |
| 188 | C619209 | C619210 | LTMP memo regarding instructions and details | 12/07/00 |
| 194 | C416341 | C416347 | Job Posting Task Force Update | 12/19/96 |
| 197 | C344772 | C344772 | Cargill Internal Memo from Raisbeck re bottom 10% issue | 12/04/98 |
| 198 | C344769 | C344770 | Cargill Internal Memo regarding Siska and bottom 10% issue | 01/06/99 |
| 201 | C401147 | C401151 | High Potential Employee Summary | 12/11/97 |
| 202 | C525074 | C525074 | High Potential Employee Summary | 00/00/00 |
| 203 | C320062 | C321943 | KEIS log for selected divisions | 08/25/94 |
| 205 | C362171 | C362171 | Management Replacement Summary | 02/00/98 |
| 206 | C525313 | C525314 | Salt Division People Planning Table | 12/26/96 |
| 207 | C402102 | C402103 | IDP Codes for Corporate Marketing Division | 00/00/00 |
| 208 | C320074 | C321954 | KEIS II Rating Grid | 08/25/94 |
| 209 | C402149 | C402158 | High Potential Employee Summary for Corn Milling | 11/22/95 |
| 210 | C402053 | C402092 | KEIS Rating Table for Dry Milling | 11/14/95 |
| 212 | C348443 | C348446 | Cargill Internal Memo re job posting programs | 06/22/95 |
| 216 | C415898 | C415900 | Horner E-mail re job postings | 10/12/97 |
| 222 | C446735 | C446739 | Job Posting System Overview | 04/09/02 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 233 | C425091 | C425099 | Cargill Internal Memo from Staley re Strategic Intent | 06/18/98 |
| 256 | C127505 | C127519 | Addendum B: 99-2000 Diversity and Retention Busines Plan: Draft. | 06/00/99 |
| 258 | C117810 | C117810 | Cargill Internal Memo from Sjeklocha re Diversity & Retention Business Plan | 03/29/00 |
| 265 | C619503 | C619503 | Email from Norby re VDI Business Plan | 05/30/01 |
| 282 | C661486 | C661489 | Cargill Compensation Programs Corporate Requirements | 00/00/00 |
| 283 | C627636 | C627665 | Supervisor's Guide To Total Compensation | 05/01/00 |
| 284 | C649835 | C649845 | Cargill Internal Memo re Pay Philosophy | 09/08/92 |
| 289 | C652542 | C652542 | Cargill Internal Memo from MacLennan re Corporate Center HR and North American Compensation Committee | 01/06/96 |
| 293 | C652526 | C652526 | Cargill Internal Memo re corporate Center Human Resources Committee (CCHRC) | 12/21/95 |
| 300 | C613097 | C613098 | Staley Memo re CLT compensation issue | 02/15/00 |
| 301 | C150937 | C150937 | Memo from Page re Grain Oilseeds compensation issue | 06/29/00 |
| 307 | C703701 | C703702 | Cargill Internal Memo from Massee re salary issues | 01/05/96 |
| 308 | C652673 | C652681 | Table of 96 Exempt Salary Classes & Ranges | 00/00/00 |
| 316 | C317296 | C316318 | Corporate Annual Incentive Plan Toolkit Materials Update | 05/08/01 |
| 341 | C158747 | C158767 | Presentation on Career Development/Selection Processes | 06/06/96 |
| 345 | C618861 | C618882 | Talent Development Process Memo | 03/14/00 |
| 348 | C157299 | C157316 | Document entitled The Role and Operating Philosophy of Corporate Management | 01/15/92 |
| 365 | C617859 | C617866 | Summary of Talent Development Process final team recommendation | 08/26/99 |
| 368 | C155453 | C155454 | Cargill Internal Memo re MacLennan's views re termination process | 08/05/96 |
| 371 | C158582 | C158582 | Cargill Internal Memo re PMP Conversion and Training | 03/07/96 |
| 372 | C618568 | C618569 | Cargill Internal Memo re Performance Review Issues | 06/04/97 |
| 373 | C154750 | C154752 | CCHRC performance management discussion points memo | 09/25/98 |
| 374 | C158576 | C158578 | Cargill Internal Memo from Lumpkins re PMP issues | 10/28/98 |
| 376 | C619931 | C619931 | Cargill Internal Memo from Siska re bottom 10% issue | 12/10/98 |
| 377 | C154594 | C154595 | Memo summarizing CCHRC discussion of retirement issues | 12/22/98 |
| 378 | C158738 | C158746 | Cargill Internal Memo re 95-96 CLDP issues | 08/06/96 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 383 | C134513 | C134516 | Cargill Internal Memo from Sjeklocha re VDI issues | 00/00/00 |
| 384 | C141736 | C141741 | Cargill Internal Memo from Sjeklocha re proposed Affirmative Action Goal Plan and related issues | 07/09/98 |
| 408 | C344580 | C344616 | Performance Management Process Design Guide | 10/00/0992 |
| 415 | C344675 | C344689 | Cargill Internal Memo regarding Performance Management Process (PMP) and blank PMP form | 06/00/96 |
| 418 | C423681 | C423687 | Instructions for using the Cargill Performance Management Process (PMP) | 05/00/00 |
| 419 | C611467 | C611473 | E-mail re PMP and changes to PMP | 05/01/00 |
| 420 | C311763 | C311776 | Blank Performance Management Process form | 10/12/01 |
| 425 | C130140 | C130144 | Cargill Internal Memo from Staley re PMP evaluatoins | 06/01/01 |
| 432 | C418600 | C418608 | Performance Management Research and Recommendations | 30/02/00 |
| 440 | C607505 | C607519 | BU/Function Contract re Performance Management | 12/13/01 |
| 446 | C154721 | C154728 | Performane Management Discussion Points: CCHRC | 09/28/98 |
| 460 | C611264 | C611264 | Cargill Internal Memo from Staley re EEO Policy | 01/01/02 |
| 468 | C330316 | C330328 | Cargill Internal Memo from Micek re Cargill's Organization Task Force | 12/12/95 |
| 469 | C329672 | C329683 | Cargill Internal Memo from Staley re Strategic Intent | 06/07/99 |
| 472 | C674185 | C674185 | Cargill Internal Memo from Micek regarding PMP issues | 11/19/98 |
| 473 | C674198 | C674199 | Cargill Internal Memo to Micek and MOC re PMP issues | 11/20/98 |
| 474 | C674188 | C674195 | Email chain re PMP issues | 12/02/98 |
| 475 | C329740 | C329742 | Cargill Internal Memo re cost cutting efforts | 11/09/98 |
| 478 | C329744 | C329745 | Letter to Director of Minority Business Development from Staley re VDI | 07/13/98 |
| 480 | C393133 | C393135 | Cargill Interanl Memo re VDI | 05/11/98 |
| 488 | C690557 | C690556 | Cargill 360 research re CLDP participants | 00/00/01 |
| 489 | C413695 | C413696 | CLDP Participants, 2000-01 | 00/00/00 |
| 490 | C413428 | C413428 | Untitled table of participants including race and gender designation | 00/00/00 |
| 491 | C413438 | C413438 | Untitled table of participants including race and gender designation | 00/00/00 |
| 492 | C413583 | C413584 | Untitled table of participants including race and gender designation | 00/00/00 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 493 | C413510 | C413513 | Untitled table of participants including race and gender designation | 00/00/00 |
| 519 | C746317 | C746356 | Cargill Internal Memo re Performance Management Process (PMP) | 05/22/95 |
| 526 | C128965 | C128980 | Packet of materials for Cargill Leadership Development Team Meeting re CLDP and SI | 11/30/00 |
| 535 | C631517 | C631630 | Notes re meeting re SBD-identified diversity issues | 00/00/00 |
| 547 | C617032 | C617060 | Notes re CLT discussion re talent identification, selection and development issues | 06/03/02 |
| 549 | C152340 | C152346 | Notes for rotation program re candidate pool recruitment and related issues | 02/13/96 |
| 565 | C144401 | C14414 | Diversity Council update | 10/25/96 |
| 574 | C746959 | C746960 | Email re Excel value review | 12/18/96 |
| 575 | C746965 | C746966 | Email listing notes re FMG-NSS value review | 12/13/96 |
| 579 | C152091 | C152092 | Email chain re Siska thoughts about VDI issues | 08/12/98 |
| 581 | C121340 | C121340 | Email re CGD/PAD value review meeting | 01/03/97 |
| 585 | C120836 | C120837 | Email chain re financial job family talent reviews | 10/29/98 |
| 586 | C586986 | C586987 | Email re alternatives to the KEIS rating system | 12/03/98 |
| 612 | C746948 | C746950 | Email regarding CLT/Platform general session re PMP issues | 05/03/01 |
| 615 | C745266 | C745267 | Guidelines for performance improvement plans (PIPs) | 10/29/01 |
| 619 | C744941 | C744941 | Email chain re Job Posting Issues | 01/27/99 |
| 620 | C744861 | C744862 | Email summarizing job posting issues | 06/30/99 |
| 621 | C152033 | C152034 | Email regarding VDI issues | 05/11/98 |
| 636 | C742526 | C742557 | Presentation materials re Cargill culture scan | 09/00/00 |
| 646 | C652524 | C652524 | Announcement re members of new CCHRC and NA Compensation Committee | 12/22/92 |
| 648 | C560043 | C560063 | Handbook of Cargill Guiding Principles | 00/00/00 |
| 658 | C129134 | C129135 | E-Mail chain re Ebony network meeting and related issues | 03/19/01 |
| 664 | C128388 | C128389 | Email listing VDI Department issues | 06/15/01 |
| 667 | C556925 | C556925 | Email re Schier/Henderson meeting re HR Audit | 07/11/01 |
| 668 | C133440 | C133452 | Balanced Scorecard regarding VDI Issues | 00/00/01 |
| 674 | C133365 | C133367 | Business Plan for VDI | 00/00/00 |
| 686 | C556959 | C556960 | VDI Meeting Minutes and Notes | 12/05/00 |
| 692 | C307846 | C560221 | EEO policy statements from Micek | 01/01/99 |
| 695 | P0082 | P0086 | Cargill Internal Memo updating status of recruitment issues | 07/26/89 |
| 696 | C561005 | C561006 | Memo re Diversity Initiative | 01/06/94 |
| 697 | P1002 | P1002 | Cargill Internal Memo re NA Corn Wet Milling organizational needs | 02/16/94 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 698 | C145385 | C145386 | Cargill Internal Memo re reporting AAP & EEO reporting issues | 07/01/98 |
| 700 | C402273 | C402274 | KEIS 93/94 rating form | 12/02/93 |
| 710 | C425188 | C425196 | Text for videotape introducing Cargill's Strategic Intent | 02/10/99 |
| 726 | C322722 | C322727 | Cargill Internal Memo re personnel practices focus group meeting | 01/18/93 |
| 727 | C305331 | C305331 | Cargill Internal Memo re recruiting issues | 03/10/93 |
| 728 | C562698 | C562698 | Email requesting answers from senior executives for MEDA book about diversity issues | 07/08/93 |
| 729 | C562697 | C562697 | Email response to MEDA | 07/08/93 |
| 730 | C390149 | C390149 | Email from Workforce Diversity/84's Peterson regarding about diversity issues | 07/26/93 |
| 731 | C312231 | C312234 | Cargill Internal Memo re career development meeting | 11/01/93 |
| 732 | C312126 | C312128 | Cargill Internal Memo re career development meeting | 01/26/94 |
| 737 | C561007 | C561007 | Cargill Internal Memo regarding glass ceiling issue | 01/06/94 |
| 742 | C195432 | C195441 | Document re EEO/AA and related issues | 00/00/00 |
| 743 | C144664 | C144667 | Cargill Internal Memo re diversity issues | 09/16/96 |
| 744 | C613861 | C613864 | Cargill Internal Memo re PMP and Strategic Intent | 09/20/99 |
| 751 | C552824 | C552829 | Proposal regarding high impact employee management | 10/26/02 |
| 753 | C552614 | C552615 | Email regarding Staleypresentation re Leadership and Culture | 01/11/01 |
| 755 | C551949 | C552007 | Presentation on Cargill Culture | 01/05/01 |
| 756 | C555826 | C555855 | Memo re Cargill Culture scan | 10/25/00 |
| 757 | C552049 | C552074 | Presentation on Cargill Culture and Themes | 12/15/00 |
| 759 | C117565 | C117572 | Culture Scan for Ebony Network | 05/23/01 |
| 760 | C556332 | C556339 | Culture scan summaries for Organizational Effectiveness and VDI | 02/08/01 |
| 761 | C552286 | C552316 | Recommendations from Engagement Team regarding Cargill Culture | 00/00/00 |
| 763 | C552213 | C552215 | Comparative Data Analysis regarding 20+ year employees | 09/01/00 |
| 782 | C117847 | C117847 | Attachment 3 to Ex. 258: CLT and VDI issues | 00/00/00 |
| 784 | C303142 | C303145 | Notes regarding Phoenix meeting | 03/22/96 |
| 790 | C300237 | C300241 | Speech by Raisbech on long term HR strategy | 08/19/96 |
| 791 | C300245 | C300245 | HR Managers Quarterly meeting agenda | 08/19/96 |
| 793 | C303086 | C303107 | Document re learning review project | 12/04/96 |
| 806 | C305482 | C305482 | Cargill Internal Memo re KEIS information for US Trading Sector Financial Personnel | 01/02/96 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 807 | C306456 | C306456 | Table of sample ratings and readiness codes for Dry Milling Division | 00/00/95 |
| 809 | C587574 | C587575 | Cargill Internal Memo re desired outcomes for HR KEIS review meeting & description of attachments (latter not part of exhibit) | 10/04/96 |
| 811 | C300125 | C300132 | HR Focus newsletter re preparing for the future of HR | 00/00/00 |
| 815 | C302796 | C302815 | Report regarding ARCHR tools and processes | 04/17/00 |
| 910 | C137659 | C137591 | Hewitt letter regarding People Practices Inventory for 100 Best Companies to Work for in American study | 01/08/98 |
| 911 | C137627 | C137655 | People Practices Inventory | 08/00/97 |
| 912 | C134706 | C134708 | Summary recap re exit interviews and 100 Best List | 00/00/00 |
| 913 | C151600 | C151604 | Meeting minutes for Recruiting and Retention Team | 10/09/96 |
| 914 | C144711 | C144717 | Document excerpt regarding CGD change model: a framework for managing diversity | 00/00/00 |
| 915 | C390054 | C390098 | Email regarding team meeting recap and summary of key minority promotion and hiring trends and issues | 05/20/97 |
| 916 | C117372 | C117377 | Materials for Valuing Differences - Global Growth - CCHRC presentation | 09/28/98 |
| 917 | C136379 | C136385 | Presentation materials for Corp IT group Financial Diversity Team | 09/00/98 |
| 918 | C152117 | C152118 | Notes regarding VDI kickoff notes | 00/00/00 |
| 919 | C134780 | C134792 | Bullet points regarding VDI speech | 09/28/98 |
| 920 | C141886 | C141892 | Notes re US race and gender issues | 00/00/00 |
| 921 | C135981 | C135984 | Cargill Internal Memo updating VDI and related issues | 00/00/00 |
| 923 | C140801 | C140802 | Notes by Sjeklocha entitled Strategies for Managing Diversity | 00/00/00 |
| 925 | C415322 | C415322 | List of activities regarding VDI | 03/21/98 |
| 926 | C413845 | C413845 | Email string re Valuing Differences Measurements Team | 03/05/98 |
| 928 | C152058 | C152059 | Meeting minutes for Valuing Differences Measurement Team | 04/14/98 |
| 929 | C152189 | C152189 | Email re Valuing Differences Measurement Team Meeting | 04/27/98 |
| 931 | C152077 | C152078 | Email string re Geo Team interview information | 05/21/98 |
| 934 | C134673 | C134674 | Notes VDI issues | 00/00/00 |
| 935 | C133580 | C133588 | Balanced scorecard regarding VDI issues | 03/15/01 |
| 936 | C133440 | C133452 | Balanced scorecard regarding VDI issues | 00/00/00 |
| 947 | C747040 | C747042 | Document regarding BU contract question re VDI | 00/00/00 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 948 | C135032 | C135033 | Document regarding measurement of retention rates and related matters | 00/00/00 |
| 952 | C127299 | C127308 | Summary of Cargill LDP Group Project: VDI with Sjeklocha handwritten notes | 00/00/00 |
| 964 | C141644 | C141644 | Handwritten notes re AAP status for the various Cargill locations and BUs | 00/00/00 |
| 967 | C308692 | C308694 | Email and memo summarizing pilot project outline and related matters | 11/30/98 |
| 968 | C872825 | C872831 | Memo regarding talking points regarding diversity | 00/00/00 |
| 969 | C897604 | C897605 | Memo regarding best ideas/practices for VDI integration | 09/30/03 |
| 970 | C873109 | C873110 | Memo regarding recommendations regarding representation of target groups | 00/00/00 |
| 972 | C146991 | C146991 | Memo re sample KRA's | 00/00/00 |
| 978 | C133981 | C133987 | KRA for comanaging implementatino of the AAP | 00/00/00 |
| 987 | C127965 | C127968 | Illustrations and notes regarding demographic information | 03/26/01 |
| 992 | C551851 | C551857 | Presentation documents re Strategic Intent | 00/00/00 |
| 994 | C117633 | C117663 | Memo regarding LTMP - Valuing Differences Initiative | 00/00/00 |
| 995 | C136027 | C136027 | Memo regarding discussions with CLT members | 00/00/00 |
| 996 | C134662 | C134666 | Memo regarding CLT comments from February and March of 2000 | 03/00/00 |
| 1000 | C117755 | C117755 | Table regarding VDI leaders | 00/00/00 |
| 1006 | C318617 | C318618 | Cargill Internal Memo re OFCCP audit | 01/13/95 |
| 1015 | C560471 | C560472 | Cargill Interal memo from Micek re employee pay grade issues | 02/27/97 |
| 1028 | C713939 | C713944 | RIF worksheet packet | 00/00/00 |
| 1042 | C409365 | C409366 | Email memo regarding Fall 01 Exempt semi-annual salary review | 09/13/01 |
| 1045 | C532855 | C532857 | Email chain re 02 HR incentives issues | 02/15/02 |
| 1182 | C129968 | C129968 | Email re 2000 VDI session | 07/17/00 |
| 1189 | C129176 | C129177 | Email re Ebony Network meeting | 01/19/01 |
| 1190 | C129162 | C129163 | Notes regarding Ebony Network (EN) | 00/00/00 |
| 1193 | C129185 | C129186 | Notes regarding "Key Points" | 00/00/00 |
| 1207 | C307844 | C307844 | Cargill Internal Memo re EEO policy | 01/01/01 |
| 1293 | C746971 | C746971 | Email re Excel value recap and related issues | 12/18/96 |
| 1294 | C898190 | C898191 | Email re Cargill Ebony Council | 05/22/03 |
| 1305 | C147631 | C147639 | Executive Summary regarding recruitment and retention issues | 00/00/00 |
| 1306 | C118140 | C118140 | Notes regarding VDI issues | 00/00/00 |
| 1308 | C133605 | C133606 | Exit interview with John Graves | 11/02/00 |
| 1309 | C117878 | C117885 | Exit Interview with Carolyn Fritz | 00/00/00 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 1310 | C117002 | C117005 | Exit interview with Emily French | 06/09/00 |
| 1313 | C140695 | C140708 | Presentation materials for SBD meeting | 00/00/00 |
| 1314 | C140719 | C140722 | Memo regarding SBD issues | 00/00/00 |
| 1317 | C137174 | C137175 | Newsletter article regarding diversity issues | 04/00/99 |
| 1319 | C133568 | C133579 | Report regarding Wilbur Chocolate - 01 | 02/00/01 |
| 1320 | C130856 | C130858 | Presentation materials for Excel Diversity Inquiry | 02/14/01 |
| 1330 | C875481 | C875481 | Email re incentive issues meeting | 03/25/03 |
| 1358 | C117309 | C117320 | Materials regarding diversity presentation for Cargill Board | 02/11/97 |
| 1359 | C141771 | C141798 | Cargill Internal Memo re proposed AAP's and related issues | 00/00/00 |
| 1360 | C141772 | C314855 | Cargill Internal Memo re diversity issues | 00/00/00 |
| 1361 | C158179 | C158180 | Cargill Internal Memo re proposed AAP's | 07/16/98 |
| 1362 | C393640 | C393643 | Cargill Internal Memo re diversity issues | 06/03/97 |
| 1363 | C389893 | C389961 | Bar graphs regarding salary issues | 00/00/00 |
| 1364 | C389980 | C389994 | Bar graphs regarding salary issues | 00/00/00 |
| 1368 | C745073 | C745074 | Cargill Internal Memo re LTM Program | 09/27/01 |
| 1372 | C560283 | C560285 | Email string re diversity issues | 05/27/97 |
| 1373 | C393647 | C393650 | Email regarding team meeting re key minority trends and issues | 05/20/97 |
| 1377 | C392708 | C392741 | Bar graphs regarding salary issues | 00/00/00 |
| 1378 | C391133 | C391224 | Bar graphs regarding salary issues | 00/00/00 |

7. Appendix 5: Defendant’s Exhibits [filed under seal] contains a true and correct copy of Defendant’s Exhibit 9, titled Cargill Equal Employment Opportunity.

8. Appendix 6: Documents Produced in Litigation [filed under seal] contains true and correct copies of documents produced in this litigation, many of which were produced in supplemental responses after depositions had occurred.

| Lx # | BATES # | DESCRIPTION | DATE |
|---|---|---|---|
| 1 | C999270-329 | Salaried Employee Handbook: Your Guide to Cargill | 04/07/04 |
| 2 | C999953-017 | The Performance Management Process (PMP) | 04/20/04 |
| 3 | C999261-69 | Career Marketplace | 04/07/04 |
| 4 | C323897-900 | OFCCP Audit | 09/26/94 |
| 5 | C999244-329 | EEOC Statement | 01/01/04 |
| 6 | RA0409 | Cargill Leadership Development Program Candidates (CLDP) | 1993-1994 |
| 7 | VD0039 | Email Re Promotion Opportunity | 01/28/98 |

| Lx # | BATES # | DESCRIPTION | DATE |
|---|---|---|---|
| 8 | Various | Underlying documents for Summary Exhibit: Complaints of Discrimination (Sx 9) | |

9. Appendix 7: Deposition Testimony contains true and correct copies of excerpts from deposition transcripts organized alphabetically by last name (for the court's convenience, plaintiffs also include a disk that contains the full transcripts of all deposition testimony in WORD format).

| TAB | DESCRIPTION | DATE | STATUS |
|---|---|---|---|
| Acquaye | Deposition Testimony of Nii-Akwei Acquaye | 04/17/03<br>04/18/03 | Plaintiff |
| Allen | Deposition Testimony of Sean Allen | 08/27/02<br>08/28/02 | Plaintiff |
| Arnold | Deposition Testimony of Roderick Arnold | 06/19/02<br>06/20/02 | Plaintiff |
| Branham | Deposition Testimony of Hollis Branham | 11/20/02<br>11/21/02 | Plaintiff |
| Brown | Deposition Testimony of Toya Brown | 11/14/02<br>11/15/02 | Plaintiff |
| Cephus | Deposition Testimony of Lois Cephus | 04/01/04 | Declarant - Potential Class Member |
| Collier | Deposition Testimony of Michael Collier | 03/22/04 | Declarant |
| Collins | Deposition Testimony of Dawn Kimberly Collins | 06/27/02<br>06/28/02 | Plaintiff |
| Dickson | Deposition Testimony of Della Dickson | 06/13/02<br>06/14/02 | Plaintiff |
| Douglas | Deposition Testimony of Virginia Douglas | 08/08/02 | Plaintiff |
| Ford | Deposition Testimony of Glenn Ford | 03/19/04 | Declarant |
| Fowler | Deposition Testimony of Raymond E. Fowler | 03/22/04 | Declarant - Potential Class Member |
| Franklin | Deposition Testimony of Beverly Franklin | 09/30/03 | Witness |
| Gosby | Deposition Testimony of Laverne H. Gosby | 03/26/04 | Declarant - Potential Class Member |
| M. Harrison | Deposition Testimony of Marcia Woolridge Harrison | 03/26/04 | Declarant - Potential Class Member |

| TAB | DESCRIPTION | DATE | STATUS |
|---|---|---|---|
| Hughey | Deposition Testimony of Cheneta Hughey | 07/09/02<br>07/10/02 | Plaintiff |
| Jenkins | Deposition Testimony of Jacqueline Jenkins | 07/11/02<br>07/12/02 | Plaintiff |
| Lewis | Deposition Testimony of Keith Lewis | 07/16/02<br>07/17/02 | Plaintiff |
| Little | Deposition Testimony of Vivian Little | 01/22/04<br>01/23/04 | Plaintiff |
| Mason-Robinson | Deposition Testimony of Valerie Mason-Robinson | 12/10/02<br>12/11/02 | Plaintiff |
| McDowell | Deposition Testimony of Anthony Chris McDowell | 09/24/03<br>09/25/03 | Plaintiff |
| Mitchell | Deposition Testimony of Michael Mitchell | 06/18/02<br>06/19/02 | Plaintiff |
| Reece | Deposition Testimony of Phyllis R. Reece | 12/03/02<br>12/04/02 | Plaintiff |
| Reid | Deposition Testimony of Angela Y. Reid | 03/30/04<br>04/27/04 | Declarant - Potential Class Member |
| Ross | Deposition Testimony of Tonya Ross | 06/25/02<br>06/26/02 | Plaintiff |
| Scott | Deposition Testimony of Charles C. Scott | 08/14/02<br>08/15/02 | Plaintiff |
| Simmons | Deposition Testimony of Clintonia Simmons | 11/05/02<br>11/06/02 | Plaintiff |
| C. Smith | Deposition Testimony of Candy Smith | 04/02/04 | Declarant - Potential Class Member |
| Tate | Deposition Testimony of Tausha Tate | 10/03/02 | Plaintiff |
| Tyler | Deposition Testimony of Emily Tyler | 11/12/02<br>11/13/02 | Plaintiff |
| Williams | Deposition Testimony of Jacqueline Williams | 08/20/02<br>08/21/02 | Plaintiff |
| Willis | Deposition Testimony of Cheryl Willis | 07/02/02<br>07/23/02 | Plaintiff |
| Wint | Deposition Testimony of Stephen Wint | 10/01/03<br>10/02/03 | Plaintiff |
| Wright | Deposition Testimony of Sean Wright | 08/29/02<br>08/30/02 | Plaintiff |

The following deposition testimony is submitted under seal:

| TAB | NAME | DATE |
|---|---|---|
| Bowman | Deposition Testimony of Betty Bowman | 04/10/03 |
| Cullen | Deposition Testimony of Amy Cullen | 04/22/03 |
| Farrar | Deposition Testimony of Ronald David Farrar | 04/11/03 |

| TAB | NAME | DATE |
|---|---|---|
| Ferris | Deposition Testimony of David J. Ferris | 03/28/03 |
| Haymaker | Deposition Testimony of James Haymaker | 07/22/03 |
| Henderson | Deposition Testimony of Frenchie Henderson | 02/10/04 |
| Horner | Deposition Testimony of Jody Lea Horner | 03/18/03<br>03/19/03<br>03/20/03<br>02/23/04 |
| Luke | Deposition Testimony of Barbara J. Luke | 02/25/04 |
| Lumpkins | Deposition Testimony of Robert L. Lumpkins | 4/3/2003<br>4/4/2003 |
| MacMillan | Deposition Testimony of Whitney MacMillan | 10/15/03 |
| Massee | Deposition Testimony of John Kevin Massee | 03/15/04 |
| Micek | Deposition Testimony of Ernest S. Micek | 02/19/04 |
| Norby | Deposition Testimony of Raymond Kent Norby | 03/04/03<br>03/05/03<br>03/05/03<br>03/06/03 |
| Raisbeck | Deposition Testimony of David Raisbeck | 3/2/2004<br>07/01/04 |
| Reed | Deposition Testimony of Duane K. Reed | 10/06/03 |
| Ringquist | Deposition Testimony of John Ringquist | 07/16/03 |
| Roen | Deposition Testimony of Rachel Roen | 03/08/04 |
| Schier | Deposition Testimony of Kathleen Schier | 03/16/04<br>03/17/04 |
| Siska | Deposition Testimony of Nancy Siska | 02/26/03<br>02/27/03<br>07/08/04 |
| Sjeklocha | Deposition Testimony of Sue Ann Sjeklocha | 03/17/04<br>03/18/04<br>07/07/04 |
| Staley | Deposition Testimony of Warren R. Staley | 04/17/03 |
| Van Orsdel | Deposition Testimony of Scott Lee Van Orsdel | 10/09/03 |
| Wessling | Deposition Testimony of David Wessling | 03/04/03 |

10. Appendix 8: Other Documents contains true and correct copies of excerpts from each plaintiff's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) served on defendant in this litigation, as well as all Affidavits and Stipulations referred to in plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification.

| Ox # | DESCRIPTION | DATE |
|---|---|---|
| 1 | Plaintiff Nii-Akwei Acquaye's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 04/15/02 |

| Ox # | DESCRIPTION | DATE |
|---|---|---|
| 2 | Plaintiff Sean Allen's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/26/02 |
| 3 | Plaintiff Rod Arnold's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 05/20/02 |
| 4 | Plaintiff Hollis Branham's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 11/19/02 |
| 5 | Plaintiff Toya Brown's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 11/13/02 |
| 6 | Plaintiff Dawn Kim Collins' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 06/14/02 |
| 7 | Plaintiff Della Dickson's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 05/22/02 |
| 8 | Plaintiff Virginia Douglas' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/07/02 |
| 9 | Plaintiff Cheneta Hughey's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 07/08/02 |
| 10 | Plaintiff Jacqueline P. Jenkins' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 07/10/02 |
| 11 | Plaintiff Sedgwick Keith Lewis' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 07/13/02 |
| 12 | Plaintiff Vivian Little's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 01/23/04 |
| 13 | Plaintiff Valerie Mason-Robinson's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 12/09/02 |
| 14 | Plaintiff Anthony Chris McDowell's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 09/23/03 |
| 15 | Plaintiff Michael Mitchell's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 06/17/02 |
| 16 | Plaintiff Phyllis Reece Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 12/02/02 |
| 17 | Plaintiff Tonya Ross' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 06/24/02 |
| 18 | Plaintiff Charles Scott's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/13/02 |
| 19 | Plaintiff Clintonia Simmons' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 11/04/02 |
| 20 | Plaintiff Tausha Tate's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 10/02/02 |
| 21 | Plaintiff Emily Tyler's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 11/11/02 |
| 22 | Plaintiff Jacqueline Williams' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/19/02 |
| 23 | Plaintiff Cheryl Willis' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 06/20/02 |
| 24 | Plaintiff Steve Wint's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 09/30/03 |
| 25 | Plaintiff Sean Wright's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/28/02 |
| 26 | Stipulation Relating to Deposition of Frederick L. Budde | 07/09/04 |

| Ox # | DESCRIPTION | DATE |
|---|---|---|
| 27 | Affidavit of Lisa Lesser | 09/05/03 |
| 28 | Excerpts from Petition for Writ of Mandamus | 11/17/03 |
| 29 | Declaration of Charles Scott | 02/13/02 |
| 31 | Declaration of Tonya Ross | 02/13/02 |

The following document is submitted under seal:

| Ox # | DESCRIPTION | DATE |
|---|---|---|
| 30 | Confidential Affidavit of Sue Sjeklocha | 06/21/04 |

11. Appendix 9: Unreported Legal and Factual Authority contains true and correct copies of slip opinions and unreported cases cited in plaintiffs' memorandum, as well as other factual reports.

| Ax # | DESCRIPTION |
|---|---|
| 1 | *Kosen v. American Express Financial Advisors, Inc.*, No. 1:02CV00082 (D.D.C. June 16, 2202, Order Approving Consent Decree |
| 2 | Bureau of Justice Statistics Special Report, "Civil Rights Complaints in U.S. District Courts, 1990-98" (Jan. 2000) |
| 3 | Federal Judicial Center, "Empirical Study of Class Actions in Four Federal District Courts: Final Report to the Advisory Committee on Civil Rules" 13 (1996) |

12. Plaintiffs are providing the Court with two reports by their statistical expert David W. Peterson, PhD, "Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1995 to 2003," April 21, 2004 (Revised July 9, 2004) and "Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1997 to 2003," June 10, 2004.

13. Plaintiffs served their expert report by David W. Peterson, PhD "Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1995 to 2003" on defendant on April 22, 2004. On June 30, 2004, defendant served its expert statistical report on plaintiffs. That report stated that Dr. Peterson had erroneously included hourly employees in his analysis. Dr. Peterson determined that this had, in fact, occurred and traced the problem to a disk received on October 29, 2002 from defendant

incorrectly describing the contents as "HRIS data on salaried non-exempt employees and employees in Bands A, B and C." Dr. Peterson re-ran the analyses excluding the hourly employees and prepared the report provided to the Court designated "April 21, 2004 (Revised July 9, 2004)." Dr. Peterson found that exclusion of the hourly employees generally *increased* the statistical significance of the results (*e.g.,* the aggregate standard deviation for bonuses, awards and incentives went from –9.08 to –10.38), with the one exception that the aggregate standard deviation for pay increases went from –5.34 to –5.11. Citations to Dr. Peterson's report in plaintiffs' Memorandum in Support of Plaintiffs' Motion for Class Certification are to the revised Peterson report.

14. On May 3, 2004, the United States Supreme Court held in *Jones v. R.R. Donnelley & Sons Co.*, 124 S.Ct. 1836 (2004) that the four year federal statute of limitations applies to § 1981 claims. Plaintiffs contend that *Jones* should not apply retroactively to this case and that the continuing violation doctrine supports the current liability period even if it could apply. Nonetheless, plaintiffs asked Dr. Peterson to prepare a supplemental statistical analysis for the time period from 1997 to 2003. That report, dated June 10, 2004, was served on defendant. Defendant primarily referenced the June 10, 2004 report in questioning Dr. Peterson at his deposition on June 25, 2004. Plaintiffs have provided the June 10, 2004 report to the Court but have not revised it to address the issue of wrongly included hourly employees. Given the results from the revision of the initial report, plaintiffs believe that most differences would favor the plaintiffs -- that is, the June 10, 2004 report for the most part understates the statistical significance of the disparities found.

15. Based on information from the Cargill employment data produced in this case and analyzed by Dr. Peterson, we estimate the total class of African-American past and current Cargill employees to number approximately 1,600 through September 2003. In that group, 640 are or were salaried exempt employees and 960 are or were salaried non-exempt employees. The count of currently employed African-Americans as of September 30, 2003, the last date for which

Dr. Peterson could create a snapshot based on the data we have received, is 324 salaried exempt employees and 380 salaried non-exempt employees for a total of 704 African American employees.

16. Since I became a managing partner of Sprenger & Lang in 1998, over 95% of the billable time expended by the firm's lawyers and legal assistants has been in litigation on a contingent basis on behalf of employees of corporate employers. About 90% of that time has been expended in cases filed as class actions or other multi-plaintiff actions.

17. The history of Sprenger & Lang and its class action work has been reported in various popular and professional publications. *See* Clara Bingham and Laura Leedy Gansler, *Class Action* (Doubleday 2002); David Carr, "The Little Firm on the Hill", *Minnesota Lawyer*, June 1991; Tony Munroe, "Taking Employers to Task", *The Washington Times*, August 7, 1994; John Greenya, "A Passion for Class Action", *The Washington Lawyer, the Official Journal of the District of Columbia Bar*, March/April 1995. Sprenger & Lang has twice received outstanding achievement awards from the Washington Lawyers' Committee for Civil Rights.

18. During its approximately twelve years of existence, the firm has achieved numerous landmark results, including, most recently:

a. *Kosen v. American Express Financial Advisors, Inc.*, C.A. No. 02CV00082 (D.D.C. 2002) (settlement for $31 million plus injunctive relief in gender discrimination class action);

b. *Franklin v. First Union Corp.*, C.A. Nos. 3:99cv344 and 610 (E.D. Va. 2001) (settlement for $26 million plus other relief in ERISA breach of fiduciary duty case);

c. *Beckmann v. WCCO-TV*, C.A. No. 3-96-1172 (D. Minn. 2001) (settlement for $8 million plus injunctive relief in gender discrimination class action);

d. *Thornton v. National Railroad Passenger Corp.*, C.A. No. 98-890 (D.D.C. 2000) (settlement for $16 million plus injunctive relief in race discrimination class action);

e. *McLaurin v. National Railroad Passenger Corp.*, C.A. No. 98-2019 (D.D.C. 1999) (settlement for $8 million plus injunctive relief in race discrimination class action);

f. *Jenson v. Eveleth Mines*, C.A. No. 5-88-163 (D. Minn. 1998) (settlement in confidential amount in case that resulted in first reported certification of a hostile environment class action in the nation, first finding of liability to a class for toleration of a hostile environment, and establishment by Eighth Circuit of several important principles concerning proof of damages caused by a hostile environment);

g. *Hyman v. First Union Corporation*, C.A. No. 94-1043 (D.D.C. 1997) ($58.5 million settlement in age discrimination collective action);

h. *Burns v. Control Data Corporation*, C.A. No. M.D. 4-96-41 (D. Minn. 1997) ($28.5 million settlement in age discrimination collective action);

i. *In Re: Maytag Corporation/Dixie Narco Plant Closing Litigation* (Jefferson County, West Virginia Circuit Court, 92-C-417, 1995) ($16.5 million settlement in plant closing case based on breach of contract and fraud theories); and

j. *In Re Pepco Employment Litigation*, C.A. No. 86-0603 (D.D.C. 1993) (settlement for $38.4 million plus injunctive relief in race discrimination class action).

19. I am one of two partners from our firm who have and will be devoting significant time to this action. I received my B.A. with Honors from the University of Chicago in 1984 and my J.D., *magna cum laude* and Order of the Coif, from the University of Minnesota Law School in 1988. I worked as an associate with Leonard, Street & Deinard from 1988 until 1993. I joined Sprenger & Lang in 1993, and became a partner in 1996. I have had a leading or significant role in the prosecution of most of the class and multi-plaintiff actions listed above. I have spoken frequently in the areas of employment discrimination, and have published numerous articles.

20. Susan Coler is also a partner with Sprenger & Lang who has devoted and we anticipate will continue to devote significant time to this action. She earned her B.A. at Mundelein College and her law degree at Northwestern University School of Law in Chicago, Illinois, where she served on the Northwestern Law Review, and graduated in 1989 *cum laude* and Order of the Coif. Following law school she served for two years as Law Clerk to the Honorable Robert G. Renner, U.S. District Court, District of Minnesota. Since then she has practiced employment law at Messerli & Kramer, P.A. and Sprenger & Lang, P.L.L.C. She

participated in the prosecution of *Aburime*, *Burns*, and *Jenson*, and has served as lead attorney in three class action cases alleging violations of the WARN Act.

21. Sprenger & Lang has devoted and will continue to devote all of the resources necessary to vigorously represent the plaintiffs' and putative class members' interests and prosecute this case to a successful conclusion. The firm has devoted approximately $6,000,000 in attorney, paralegal and legal assistant time, computed at our current accepted hourly rates, and over $930,000 in expenses to the prosecution of this case to date.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th day of July, 2004, at Minneapolis, MN.

***s/Lawrence P. Schaefer***
Lawrence P. Schaefer



60275