UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**APPENDIX 1: SUMMARY EXHIBITS (AMENDED)**

| Sx # | DESCRIPTION |
| --- | --- |
| 1 | Plaintiff Claim Summary Chart |
| 2 | Selected Evidence of Exclusionary and Secretive Culture from Testimony and Declarations |
| 3 | Selected Evidence of Overt Racism and Disparate Treatment from Testimony and Declarations |
| 4 | Selected PMP Evidence from Testimony and Declarations |
| 5 | Selected Promotion and Advancement Evidence from Testimony and Declarations |
| 6 | Selected Training Evidence from Testimony and Declarations |
| 7 | Selected Compensation Evidence from Testimony and Declarations |
| 8 | Selected Termination Evidence from Testimony and Declarations |

The following Summary Exhibit is submitted under seal

| Sx # | DESCRIPTION |
| --- | --- |
| 9 | Complaints of Discrimination |