**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | 2000 | SPEC FOOD<br>Minnetonka, MN | 353: 10 A My previous supervisor Michael Wille when he was<br>11 leaving and around the time -- I don't recall when<br>12 exactly that was, but around the time he wrote the<br>13 recommendation letter for me encouraged me to<br>14 leave as well.<br>15 So I asked him why and he said, "Look<br>16 around." He said, "Look at senior management. Do<br>17 you see anybody like you in senior management?"<br>18 And he said, "This company is not a place for<br>19 African Americans." So that is what I understand<br>20 to mean by your question. | 353 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 225: 7 . . . What I want to do is find out<br>8 everything that might have been said by senior<br>9 executives that is racially biased, whether you<br>10 heard it personally or whether you heard it<br>11 through these other means?<br>12 A. And the answer to that question is yes.<br>13 Q. Okay. Can you tell me about it.<br>14 A. I think it refers to a conversation from one of<br>15 the CEOs in that he wanted to promote or he<br>16 wanted to recruit employees who were just like<br>17 me.<br>***<br>25 Q. Which CEO?<br>226: 1 A. I can't remember the exact name.<br>2 Q. Sounds like?<br>3 A. I want to -- yeah. I want to say it was<br>4 Mr. MacMillan, but I'm not sure that that is -- | 225-26 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 1993-1996 | Admin<br>Cedar Rapids, IA | 179:21 Q. Okay. I don't know if I asked you if, during<br>22 the time you were in Cedar Rapids -- if you<br>23 believed Mr. Erdman did anything that was<br>24 racially discriminatory?<br>25 A. The management team used to have a number of<br>180: 1 team-building sessions, i.e. social<br>2 get-togethers and -- and/or parties. I think my<br>3 wife and I were invited to a grand total of two.<br>4 And those were kind of Christmas type<br>5 celebrations. I would be a part of the senior<br>6 management team. I was always in -- in the<br>7 senior management meetings where people would --<br>***<br>9 . . . [t]alk about the get-together and, you know,<br>10 when's the next one. And I can remember in<br>11 several of those meetings Mr. Erdman looking at<br>12 me and saying oh, yeah, Rod, I'm going to have<br>13 to remember to invite you to the next one. But<br>14 we were never included in those particular types<br>15 of meetings or gatherings. | 179-80 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 1996-2000 | Corn Milling<br>Minnetonka, MN | 219:21 A. . . . If we're talking about the period<br>22 of time between 1996 and 2000, I experienced a<br>23 great deal of isolation. Or there were actually<br>24 situations of exclusion. So, as an example,<br>25 every morning Dale Cox would gather other<br>220: 1 individuals that worked for him -- Richard<br>2 Dolski, Jim Kelly, Jeff Greavu, Keith O'Malley,<br>3 as an example; all white males. And they would<br>4 go to get coffee and doughnuts. And as they<br>5 proceeded there they would talk business. The<br>6 only time I would go is if I would get up and<br>7 invite myself or if Dale Cox wasn't going, then<br>8 one of the other individual gentlemen would say<br>9 Rob [sic], why don't we go to -- go on our coffee run.<br>10 So that's -- that's one good example I can -- I<br>11 can think of. | 219 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 1996 forward | Corn Milling<br>Minnetonka, MN | 220:18 A. . . . Well, [there] were similar<br>19 gatherings, as well, in -- in Minneapolis to<br>20 which either I didn't qualify for or they just<br>21 forgot to invite me.<br>22 Q. How do you know?<br>23 A. Again, just -- just in hearing people talk about<br>24 the gathering from the weekend before, just in<br>25 the office talk I knew of those particular<br>221: 1 gatherings.<br>2 Q. As you heard this office talk what indicated<br>3 that those gatherings were business-related as<br>4 opposed to purely social and not work-related?<br>5 A. Again, just the fact that I'm -- I'm sure it was<br>6 a mixture of both because Cargill employees, as<br>7 well as their spouses, were in attendance. So<br>8 it had to be some socializing, as well. But<br>9 just the fact that it was exclusively Cargill<br>10 employees, not the neighbor next door or two --<br>11 two doors down -- at least no one ever mentioned<br>12 that the neighbor was in attendance. | 220-21 |
| Brown, Toya<br>Plaintiff0<br><br>3/17/97 - 03/31/01 | 2000 | NAGOC<br>Houston, TX | 209:21 The fifth [interview] question that's noted, "When you walk in a<br>22 room or convention in Texas is there a certain type<br>23 of person you would expect to be representing<br>24 Cargill," again do you view that as a discriminatory<br>25 question?<br>210: 1 A. Yes.<br>2 Q. And why do you feel that question --<br>3 A. Because all of these questions, along with<br>4 the one you just mentioned, are implying that Cargill<br>5 has a certain type of person that represents them, a<br>6 typical type of person that's represents them, so<br>7 when he's asking as a stranger when you walk in a<br>8 room or convention in Texas is there a certain type<br>9 of person you would expect to see representing<br>10 Cargill, it's implying that there is a Cargill type,<br>11 certain physical aspects of a person that you would<br>12 expect to see. | 209-10 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2000 | NAGOC<br>Houston, TX | 288:15 A.<br>16 . . . At the time something that<br>17 wasn't written but a general understanding or<br>18 perception was that within the Cargill Fertilizer<br>19 office that I was in, I did only see one or two<br>20 African-Americans compared to 99 percent Caucasians.<br>21 That's a perception that also would lead you to<br>22 believe discriminatory practices were held within<br>23 Cargill Fertilizer. | 288 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 395: 8 Q. What's the source of your, or on what do you<br>9 base the assertion then that Mr. Culmer has<br>10 experienced discrimination in the area of promotion?<br>11 A. I base that on the fact that given Cargill<br>12 has 80,000-plus employees, John Culmer is one of a<br>13 handful of African-American managers at his level<br>14 with over 20-plus years of experience. | 395 |
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, IA | 15. . . . Mr. Hayek was able to go to events with the sales people, such as golf outing,s etc. I was not included on the golf outings. I asked management about it and they said they didn't think I liked golf or that Cargill could not budget for both Mr. Hayek and ne to be out of the office at the same time. | |
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | During Employment | Corn MillingCedar Rapids, ID | 19. I felt I was not given the tools to do my job and I did not have the support of my manager. I think Cargill is a difficult place for African American workers. My wife was from Cedar Rapids, Iowa and we would hear from others in the community about African Americans who had factory experience that would apply to Cargill and would not be given jobs. Cargill management is mostly made up of Caucasian males and I feel that there is a "good old boys" club tradition that continues at Cargill. This tradition helps Caucasians move through the ranks, but African Americans did not have the same upward mobility. And as my case demonstrates, African Americans can actually be fired or forced to leave when there are race problems. African Americans get blamed for problems, but those who make racist comments and impede work are allowed to keep their jobs. | Para. 19 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | During Employment | Admin<br>Minnetonka, MN | 336:14 Q Okay. During your career at Cargill, Ms.<br>15 Dickson, is there any other point in time that you<br>16 learned that you were earning less pay than your peers?<br>17 A No. It's very difficult; Cargill encourages<br>18 absolute secrecy on your salary. | 336 |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | During Employment | Admin<br>Minnetonka, MN | 399: 20 Q And how has not having a mentor negatively<br>21 impacted you as compared to Caucasian employees?<br>22 A I think that it's easier for Caucasian<br>23 employees to understand the political dynamics of the<br>24 company, the behaviors that are valued, the relationships<br>25 that need to be established, than it is for nonCaucasian<br>400: 1 or African American employees.<br>2 Q Have you ever asked any Caucasian employees if<br>3 that's the case?<br>4 A I have not asked employees if that's the case.<br>5 But I've kind of watched how people have been helped<br>6 within the company. For example, I know that when Wayne<br>7 Teddy came to Minneapolis from Georgia, I understand that<br>8 John March had picked out a neighborhood for him to live<br>9 in, had talked -- had prechosen or prescreened some<br>10 schools for his children, had even, I think, preselected<br>11 a couple houses for him to look at. | 399-400 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | During Employment | Admin<br>Minnetonka, MN | 411:22 Q And why do you think the subjectivity would<br>23 have a negative impact on African Americans versus<br>24 Caucasians?<br>25 A Because I think that Caucasian managers feel<br>412: 1 they know the Caucasian employees and understand them to<br>2 a greater extent than they do the African American<br>3 employees.<br>4 Q And what is that belief based on?<br>5 A It's -- it's really belief that's based on the<br>6 fact that except in rare instances, I'm not aware of<br>7 African Americans having close interpersonal<br>8 relationships with their white managers at Cargill,<br>9 versus Caucasian employees who tend to have more close<br>10 interpersonal relationships.<br>***<br>19 Q Okay. And just explain to me, then, why you<br>20 think developing friendships among employees has had a<br>21 negative impact on you as compared to Caucasian<br>22 employees?<br>23 A It's very similar to what we just talked about.<br>24 I think that Caucasian managers tend to familiarize<br>25 themselves and feel closer to Caucasian employees more so<br>413: 1 than they do their African American employee. And it may<br>2 have to do with, you know, where they live, their<br>3 activities, where they see each other outside of work.<br>4 Q And what is the result of that friendship?<br>5 A I just think that it gives Caucasian employees,<br>6 not all Caucasian employees, but some employees an<br>7 advantage in progressing their careers and in developing<br>8 these interpersonal relationships with their managers. | 411-13 |
| Dixon, Audrey S.<br>Declarant - Potential Class Member<br><br>01/19/95 - 06/04/97 | During Employment | AFL<br>Charlotte, NC | 9. I did not enjoy working at Cargill. I felt that many Caucasian employees, especially those in management favored Caucasian employees. I also felt that the group of Caucasian managers that socialized together outside of work was very exclusionary. There were no African Americans in that group nor were any invited to join the group. | Para. 9 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 1995 | CIS<br>Chicago, IL | 161:11 Q Why did you take notes about this situation?<br>12 A Because while I'm sitting there at my desk, I<br>13 can see everybody else getting up and going into this<br>14 meeting, and I wanted to know what the meeting was about<br>15 and how can I become a part of it. I felt that I was<br>16 being outcast, so I felt I needed to start taking some<br>17 notes on what was going on. | 161 |
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 2000 | CIS<br>Chicago, IL | 208:10 Q How do you believe that Mr. O'Brien belittled<br>11 you?<br>12 A I believe that he was the decision maker on the<br>13 reorganization. He was the one that put -- placed<br>14 Richard and David, all of them in their positions.<br>15 Q How did that belittle you?<br>16 A Because, for one, we didn't know any of this<br>17 was happening. We knew that there was a reorganization<br>18 going, but had no idea Richard was going into the<br>19 position that he was going into, had no idea David would<br>20 be going into the position that he was going into. It<br>21 was all hidden.<br>22 Q Do you believe that you personally should have<br>23 had one of the positions that either David List or<br>24 Richard Levin filled?<br>25 A If the positions -- I believe that looking at<br>209: 1 the whole accounting department and all the people that<br>2 had been there, and if he had looked at everybody, then I<br>3 would think that I could have been one of the candidates, . . . | 208-09 |
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | During Employment | Excel<br>Wichita, KS | 5. In my immediate department (IT common systems), there were about seven or eight people. The whole IT Department had between 100 to 150 employees. Out of all those employees, I believe that I was the only African American. Being the only African American in a large department of a large company made me wonder about discrimination. My thoughts at the time were that I was older and why wasn't Cargill recruiting African American college students? | Para. 5<br>63-64 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | 1996 | Excel<br>Ottumwa, IA | 183: 6 Q. Do you know roughly what the demographics<br>7 were of the work force at the Ottumwa plant,<br>8 minority versus nonminority?<br>***<br>11 A. Approximately less than 1 percent African<br>12 American, and I believe less than 2 percent Hispanic<br>13 at that time. | 183 |
| Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | During Employment | Excel<br>Ottumwa, IA | 10. I observed from experience at Cargill that Caucasian managers seemed to feel far more comfortable with Caucasians than with African Americans. Caucasian males, therefore, were at an advantage because they got to know the top officials better. The Caucasian males golfed together and Mr. Mellinger had them over for dinner. I was never invited, and I think that was because my Caucasian co-workers blended in better than I did as an African American. I believe that not being invited to those events kept me at a disadvantage. | Para. 10<br>207-10 |
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | During Employment | Seed<br>Minnetonka, MN | 88: 2 . . . I did<br>3 not see any diversity. Out of a building of almost 3,000<br>4 people, when you see only, you know, roughly 10 black<br>5 people out of 3,000, there is an issue. | 88 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | During Employment | Guntersville, AL | 79:15 A. I only recall, after my second assignment to<br>16 Burns Harbor I recall Doug Childers telling me that<br>17 in the placement of minorities, they make every<br>18 attempt to place us where, it's pretty much a safe<br>19 type of environment to be in.<br>***<br>23 . . . Not all environments are willing to<br>24 accept or embrace and help nurture, cultivate a<br>25 minority person to, a person of color to really<br>80: 1 mature and grow in the business. So the company was<br>2 making a special effort, pretty much, to place us<br>3 where they thought we could get the nurturing and<br>4 growth that we needed.<br>5 Q. And do you see anything wrong with that<br>6 approach?<br>***<br>10 A. I think it's a personal decision. I should<br>11 be, I or any other person of color should be<br>12 presented opportunities, as a fair work environment<br>13 just presented an opportunity, and if there is some<br>14 objection on our part, I have not lived in an<br>15 environment that I can't live in, that I've<br>16 experienced difficulty, so I think I could live<br>17 anywhere, so they didn't have to be selective about<br>18 where they place me. You just put me there with the<br>19 job opportunity and I could do it. | 79-80 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | 1999 | CCI<br>Minnetonka, MN | 221: 7 . . . [Hamm] managers from CCI and he specifically placed my<br>8 senior I/T, my senior I/T technical analyst, Shirley<br>9 Mares, as the I/T contact for this group. The<br>10 purpose of this group was to make all the decisions,<br>11 bases, the implementation of the system, and the<br>12 post-implementation decisions surrounding the<br>13 application. I was therefore pretty much removed<br>14 from that process.<br>15 Q. Decisions that you had been making previously<br>16 were now being made by a committee of people?<br>17 A. Decisions that Mr. Hamm had been a part of<br>18 and the project team and the user group, and the<br>19 users that participated in the project had been a<br>20 part of, were pretty much, you know, made by this<br>21 group.<br>22 Q. Which you were, you weren't able to give<br>23 input into the group?<br>24 A. I wasn't allowed any input into this group. | 221 |
| Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | During Employment | CCI<br>Minnetonka, MN | 311:23 A. If I recall, I had mentioned to [Karen Sachs in my exit interview] that<br>24 there are no minorities in senior management in<br>25 information systems, in I/T, that there's no peer<br>312: 1 group or group that someone in my position can go to<br>2 for a mentor or have a mentor. | 311 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 41:11 Q. Okay. And what made you think that you were<br>12 not being supported because of your race?<br>13 A. There were instances where I was left out of<br>14 meetings, I was left out of conversations and<br>15 discussions having to do with accounts payable. There<br>16 were times when information was given to me after events<br>17 had taken place, and these things directly impacted how<br>18 I did my job. And I felt that they were because I was<br>19 being singled out because I was an African-American. | 41 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2002 | CIS<br>Chicago, IL | 48: 5 Q. Okay. Do you know specifically what<br>6 information it is that you didn't get that took place<br>7 during that meeting that you think was undercutting your<br>8 ability to do your job?<br>9 A. I would say when management gave information to<br>10 an intern who I trained and did not give the information<br>11 to me, when the job was mine to do on a daily basis,<br>12 that leads me to think that I was being undercut. | 48 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 78: 3 A. I think the general atmosphere at Cargill<br>4 was -- was pretty hostile. There were instances when I<br>5 would be in the hallway, you know, walking from one<br>6 department to another, and senior management -- a team<br>7 of the senior management or a person from senior<br>8 management or the operating committee would walk past<br>9 me, and I would speak and say hello, and they would<br>10 totally ignore me, like I was transparent, as if I were<br>11 not there. There were other people that I had talked to<br>12 within the company who had similar experiences. | 78 |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 07/18/98 | During Employment | Salt<br>Baltimore, MD | 13 A. I was the only black woman, well, in sales in my<br>14 division. I didn't see any people of color in<br>15 management in my division, didn't see that many in<br>16 Cargill overall. | 13 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mason-Robinson,<br>Valerie<br>Plaintiff<br><br>07/08/96 - 07/18/98 | During Employment | Salt<br>Baltimore, MD | 20:10 Q. What did you tell her [Tausha Tate] about Cargill then, during<br>11 the time you were working at Cargill, about your<br>12 experiences?<br>13 A. I told her I felt ignored, I felt passed up for<br>14 different opportunities, I felt uncomfortable, I<br>15 felt depressed, overjoyed when I left.<br>16 Q. Which one?<br>17 A. Both. I felt depressed when I was there and<br>18 overjoyed when I got the offer from my current<br>19 company, and I felt that I was never really given<br>20 an opportunity to prove myself, my credibility, to<br>21 show that I could do the job.<br>22 Q. And you were at Cargill for a period of about two<br>23 years. Is that right?<br>24 A. That's correct.<br>25 Q. Anything else you remember talking to her about | 20 |
| Mason-Robinson,<br>Valerie Plaintiff<br><br>07/08/96 - 07/18/98 | During Employment | Salt<br>Baltimore, MD | 185:17 Q. Did other inside sales reps have similar KRAs?<br>18 A. I'm not sure what their performance evaluation was,<br>19 but I think this whole process can be subjective,<br>20 because it kind of leads into that KEIS program;<br>21 and that KEIS program was all about, from my<br>22 understanding, who you know and who likes you, and<br>23 it was all kind of hush-hush and back door. | 185 |
| Mason-Robinson,<br>Valerie<br>Plaintiff<br><br>07/08/96 - 07/18/98 | During Employment | Salt<br>Baltimore, MD | 197:23 Q. You also state here that none of your managers gave<br>24 you a valid reason for getting passed over. What<br>25 kind of reasons did they give you then?<br>198: 1 A. I don't think anybody ever really gave me a true<br>2 reason. They kind of -- I felt like I was ignored<br>3 and just told to sit there. My issue with that was<br>4 I was never given the opportunity to interview for<br>5 the position. Most things seemed to happen behind<br>6 closed doors, like, hey, you got the job, don't<br>7 worry about it. So by the time I found out the<br>8 position or it became public to everybody, it was a<br>9 done deal and it was -- I felt very ignored and<br>10 passed over. | 197 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 07/18/98 | During Employment | Salt<br>Baltimore, MD | 205:19 A. You know, that's kind of hard to define to me to a<br>20 certain extent, because I believe that the<br>21 environment was not friendly, I believe the<br>22 environment wasn't friendly to African Americans<br>23 because, one, most of them didn't have any<br>24 experience with African Americans on professional<br>25 or personal relationships, for the most part. So<br>206: 1 just different things, such as the jokes and --<br>2 well, definitely the jokes. A lot of things I<br>3 think that happened are almost institutionalized to<br>4 a certain extent. . .. . | 205-06 |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 07/18/98 | During Employment | Salt<br>Baltimore, MD | 225: 6 A. . . .<br>7 . . . But I probably felt<br>8 like in order to move around the company, people<br>9 had to get to know you, and that's kind of<br>10 subjective; and since I wasn't in a location that<br>11 was large in order to network, it was hard to know<br>12 what was available in other parts of the company,<br>13 because it was so kind of under the table.<br>14 Q. What do you mean under the table?<br>15 A. Like closed door, automatic, seemed like positions<br>16 were automatically given to people. | 225 |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 07/18/98 | During Employment | Salt<br>Baltimore, MD | 320: 15 Q. Do you know what the requirements were to be<br>16 evaluated on the KEIS list?<br>17 A. Nope.<br>18 Q. So you don't know how long you had to be at<br>19 Cargill before you could be considered?<br>20 A. It was really hush-hush. | 320 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000-2002 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 241: 2 A. Because what they were describing to me, the<br>3 things that were happening and I wasn't there, that<br>4 made me think that, you know, this is not right. I<br>5 was the only crew leader being targeted, I felt I was<br>6 the only one being targeted on these issues.<br>7 Q. Did you have conversations with any of your<br>8 fellow crew leaders as to whether these issues had<br>9 been raised with them?<br>10 A. Yes.<br>11 Q. Who did you talk to about that?<br>12 A. Cecil Smith, Sven Christensen, Phillip<br>13 Strouble.<br>14 Q. At the time were you the only<br>15 African-American crew leader?<br>16 A. Yes, sir. | 241 |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2001 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 489:23 but how long were you in the South Carolina plant?<br>24 A. We spent two days. May I clarify something,<br>25 sir?<br>490: 1 Q. Sure.<br>2 A. I want to clarify for the record that each<br>3 visit -- both of these visits, I noticed that there<br>4 were no African-American supervision -- supervisors<br>5 in management. | 489-90 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | During Employment | CFI<br>Minnnetonka, MN | 502:17 Q. What were the other obstacles you faced in<br>18 recruiting people. Was salary something that came<br>19 up?<br>20 A. Yes.<br>21 Q. Was it because Cargill's salaries were lower<br>22 than competitors?<br>23 A. Yes.<br>24 Q. What else, location, salary?<br>25 A. Lack of minority representation within<br>503: 1 Cargill. In this day and age when you're trying to<br>2 convince someone to work for a company like Cargill<br>3 and they have Coca-Cola knocking on their door also,<br>4 when they look at which one has more people that look<br>5 like me, by far we did not stand out. | 502-03 |
| Sharp, Jacqueline T.<br>Declarant - Potential Class Member<br><br>09/20/83 - 03/06/96 | During Employment | Corn Milling<br>Memphis, TN | 16. Based on my own convictions, I believe Cargill management would have treated me differently if I were white. . . For me, one of the biggest problems was not being able to develop a rapport with my managers. My managers would only talk to me when they had to for work reasons, whereas it seemed that managers had a more comfortable relationship with Caucasian employees. I think if my managers had been more willingly to talk to me, I would have been more informed of what they expected, so that I would have had more advancement opportunities. I also feel that a good working relationship was stifled by the lack of diversity in management. I do not recall ever receiving any information on diversity programs. Twice I was chosen to attend NAACP programs at Cargill's expense. Despite that, no manager ever asked me for my insight on any racial issues or diversity. | Para. 16 |
| Smith, Candy McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 16. I never heard of any diversity program at Cargill. I got the impression that Cargill really did not care about diversity. I did not see African Americans in “good” positions, such as management or sales. I think it was a mental effect because there were no African Americans being hired or allowed to advance. There were no African Americans at the company to really look up to. It was Caucasians in charge and African Americans doing other work. | Para. 16 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1998-2000 | CIS<br>Chicago, IL | 111: 2 Q. Now I would like to turn to the time period<br>3 during which you were an account manager from<br>4 September 1998 until April of 2000. Did anything<br>5 occur during that time period that you believe was<br>6 somehow discriminatory?<br>7 A. Yes.<br>8 Q. What was that?<br>9 A. I feel I was discriminated against in that<br>10 information would be given to my subordinates and<br>11 withheld from me as the accounting manager. . . | 111 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1993-1997 | Admin<br>Minnetonka, MN | 89: 20 A. There were occasions where, like later on<br>21 when Julie McLellan joined the group that we would<br>22 have project meetings that I was a part of that he<br>23 chose not to include me. There were, sometimes<br>24 during that, sometimes there would be outsiders that<br>25 would come in and give information that would aid in<br>90: 1 the decision-making process, that would aid us in the<br>2 decision-making process, and I was told by John that<br>3 I would get the summary of it, the summary of the<br>4 information. | 89-90 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1993-1997 | Admin<br>Minnetonka, MN | 98:17 Q. So how many meetings total do you believe<br>18 that you should have been invited to but were not<br>19 invited to?<br>20 A. My estimate would be that there were probably<br>21 anywhere from one to two dozen.<br>22 Q. And do you honestly believe that you were not<br>23 invited to participate because of your race?<br>24 A. I believe that I was not invited to<br>25 participate because John [Ringquist, Caucasian] had a problem with me as<br>99: 1 being an African-American and he had some biases<br>2 regarding me from day one, and that was one of the<br>3 ways that he showed it. | 98-99 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | During Employment | Admin<br>Minnetonka, MN | 99: 7 A. When I was looking for some meaningful work<br>8 to do, I had done some preliminary research on what I<br>9 will call now online learning systems and the effects<br>10 of the online learning systems, and I had a<br>11 discussion with John Ringquist to say that I thought<br>12 that this was a value-added service that we could<br>13 potentially bring to Cargill and it could<br>14 revolutionize how we conduct education to provide<br>15 just-in-time education to end users. And I think I<br>16 had even had a couple of things to show him and he<br>17 gave me permission to proceed and do some research.<br>18 And at the conclusion of that project I had a<br>19 paper that I wrote and some, actually had a<br>20 presentation, and when I presented it to him and told<br>21 him that I would like to discuss it, he pretty much<br>22 dismissed it, put it in his drawer. And I had asked<br>23 him if we could talk about it a couple of times and<br>24 he never made time for me to even discuss it.<br>***<br>100: 3 Q. And you believe that that was somehow because<br>4 of your race?<br>5 A. Yes.<br>6 Q. Why?<br>7 A. Because of the pattern that I saw with John<br>8 and how he seemed to categorically prevent me from<br>9 taking on and executing meaningful projects. And I<br>10 did not see him doing those same things with my white<br>11 counterparts. | 99-100 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999-2001 | Admin<br>Minnetonka, MN | 209: 1 But I also recall, and I think that might<br>2 have been with Rick Toboz but I'm just not sure, I also<br>3 recall applying for a position with Rick and<br>4 following up with a phone call, I think I did some<br>5 phone calls and I did some e-mails, trying to, to<br>6 work in his area. And that I do remember being when<br>7 I was, I didn't have a position. And I was concerned<br>8 that he wouldn't return any of my phone calls, and<br>9 when other individuals began doing that, that for me<br>10 was an indication that they were not interested in,<br>11 in having me work within their area. . . | 209 |
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>Minnetonka, MN | 211: 21 A No. It was my understanding and my belief<br>22 after being there that [advancement] can only happen one way, and<br>23 that was, A, your manager wanted it to happen and groom<br>24 you for it and, B, you had to be selected by whoever made<br>25 the selections. But who made the selections and how the<br>212: 1 selections were made and what manner they used to select<br>2 the individuals was never shared with me. | 211-12 |

**Summary Exhibit 2 (Amended)**

# SELECTED EVIDENCE OF EXCLUSIONARY AND SECRETIVE CULTURE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>New Mexico | 342: 11 A . . . Cargill was an<br>12 environment where you didn't complain to your managers,<br>13 for the most part. If it could at all be helped, it<br>14 wasn't something related to outside sources, complaining<br>15 about internal HR-type problems or personality conflicts<br>16 was something that would pretty much lead to the death of<br>17 your career, so, no, I would not have discussed that with<br>18 him.<br>19 Q Did anyone ever tell you that you could not<br>20 complain to human resources?<br>21 A I don't know what you understand about a<br>22 corporate culture, but it's something that is not always<br>23 discussed, but it's an impression that individuals get<br>24 from observing the behavior of other employees within the<br>25 company, how they act, how they behave, who they speak<br>343: 1 to, who they don't speak to, what they say to the<br>2 individuals they do speak to, what they don't say to the<br>3 individuals they don't speak to. | 342-43 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | | Minnetonka, MN | 111:15 Q Did Mr. Leslie ever say anything that you<br>16 considered to be discriminatory in any way?<br>***<br>19 A During my presentations we would -- as a business<br>20 unit we all gave presentations just about every<br>21 month and during some of mine some of the comments<br>22 he would make were to the effect that, "Don't<br>23 worry, we won't eat you." That is what I recall.<br>***<br>282: 23 A His comments. His comments to me in group<br>24 settings were, I felt, discriminatory when he<br>25 commented that, I am paraphrasing here, don't<br>283: 1 worry, we won't eat you.<br>2 Frankly, you know, for me that evoked a<br>3 lot of thoughts about what he meant by that. You<br>4 know, was it cannibalism? Was it a reference to<br>5 cannibalism? | 111, 282-83 |
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | | Minnetonka, MN | 116: 2 Q Did Mr. Banks [co-worker] tell you that Mr. Leslie had it in<br>3 for you because of your race?<br>4 A I believe he did.<br>7 Q And as best you can recall what did Mr. Banks say<br>8 to you?<br>9 A Mr. Banks, as far as I can remember, as we were<br>10 having the conversation and I told him I was<br>11 having a difficult time he said, "Yeah, I know."<br>12 And then he made a comment about, "Boy,<br>13 I think he has it in for you and I don't know<br>14 why." Then he said, "It's probably because you're<br>15 not like him."<br>16 Q Did you ask him what he meant by that?<br>17 A Yes.<br>18 Q And what did he say?<br>19 A He said, "Come on, you're black." | 116 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | | | 116: 8 A. The -- the president of the division determined<br>9 that I didn't -- didn't fit his -- his profile<br>10 for a salesperson.<br>11 Q. Who was the president of the division?<br>12 A. Mike Urbanic.<br>13 Q. And he's the same Mike Urbanic we talked about<br>14 before?<br>15 A. Yes.<br>16 Q. How do you know he determined that you didn't<br>17 fit the profile?<br>18 A. The -- the national sales manager told me. | 116 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | | | 212:19 A. And in my experiences as department managers at<br>20 the facilities -- and thinking specifically of<br>21 -- of the Cedar Rapids operation -- would have<br>22 senior managers come in once every six months<br>23 for a business review. . .<br>***<br>213: 2 . . . In<br>3 my time slots I would receive kind of what I<br>4 would call heckling, specifically directed at me<br>5 from Urbanic is the -- probably the most<br>6 significant player that I could think of who<br>7 would introduce the heckling as I would get up<br>8 to give my presentation. And his comments to me<br>9 were -- were such that well, guys, get ready.<br>10 Here is a bunch of BS getting ready to come at<br>11 us, to roll up your -- roll up your pants legs.<br>12 And, of course, he would get laughter from the<br>13 group. And then no sooner than I would get into<br>14 my presentation, I would be standing in front of<br>15 him, just like I'm sitting across from you. He<br>16 would proceed to go to sleep. So, needless to<br>17 say, it -- it would make me feel uncomfortable.<br>18 And so I conducted an experiment -- I called<br>19 it -- in that I would let my employees give the<br>20 same presentation that I would develop to see<br>21 what his reaction was. And he didn't react in<br>22 the same manner. He didn't make a comment. He<br>23 was attentive during the session. He didn't get<br>24 up and leave as he had done during my<br>25 presentation. So that was a -- that was a -- an<br>214: 1 example to address something that you were<br>2 asking about at the Cedar Rapids facility. . . | 212-14 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 2001 | Corn Milling<br>Minnetonka, MN | 278: 3 Q. . . . During the period of time that you have<br>4 served as the corporate rail fleet manager, from<br>5 January, February of '01 up until now. . .<br>6 . . . is<br>7 there anything that has occurred in your work<br>8 life that you believe constitutes racial<br>9 discrimination against you?<br>10 A. The first item I can think of is almost<br>11 immediately after accepting the position as rail<br>12 fleet maintenance manager, Mr. Cox brings me<br>13 into his office and kind of -- what I would<br>14 describe as a ritualistic marking of the<br>15 territory, talks to me about the fact that I had<br>16 contacted an attorney and made some allegations<br>17 against the company. And that he was willing to<br>18 bury the hatchet if I would let it go. | 278 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | | 396:15 Q. Are you aware of an organization called the<br>16 Ebony Council?<br>17 A. Yes.<br>18 Q. What's that?<br>19 A. That is a recognized organization in Cargill of<br>20 African American employees who have developed a<br>21 -- a network.<br>22 Q. What's the purpose of the organization?<br>23 A. I've read their -- their charter. It's --<br>24 succinctly, it's to -- it's to help fellow<br>25 African American employees succeed in the<br>397: 1 company.<br>***<br>10 Q. How involved are you in it?<br>11 A. With the advent of this case I elected not to be<br>12 involved. I didn't want to jeopardize the<br>13 group.<br>14 Q. Did you have some reason to believe that the<br>15 group would be jeopardized --<br>16 A. Yes.<br>***<br>19 A. . . . I felt or I feel that the company views<br>20 the complaint -- complainants as rabble-rousers, | 396-97 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 21 troublemakers. And so people who are -- or<br>22 groups that are affiliated, in essence, would be<br>23 conspiring against the company. So -- | |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 2001 | | 397:24 Q. What's your basis for saying that the company<br>25 views the plaintiffs in this case as<br>398: 1 rabble-rousers or conspirators against the<br>2 company?<br>3 A. Well, I'll give you a real good example. When<br>4 the complaint was publicized neither one of my<br>5 supervisors, my direct supervisor or -- or his<br>6 supervisor, would as much speak to me for a<br>7 number of weeks.<br>8 Q. So that was Peter and Dale?<br>9 A. Yes.<br>10 Q. Anything else that makes you say that?<br>11 A. I guess I -- I have witnessed other incidents<br>12 where an employee or -- yeah -- an employee had<br>13 challenged the status quo in what was not deemed<br>14 to be being a team player and methodically<br>15 removed from the organization. | 397-98 |
| Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | | | 53: 10 And there were conversations<br>11 in the lab where Du [Nguyen, Asian] expressed his dislikes to, dislikes<br>12 for black people by saying when he, when he thinks of<br>13 black men, you think of crime, and by also saying that he<br>14 wouldn't, that he wouldn't sleep with a black woman<br>15 because they're dirty.<br>16 There were several conversations he talked<br>17 about his experience at restaurants. He stated that all<br>18 of his African American customers refused to tip him and<br>19 he didn't want to wait on their tables. | 53 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | | | 171: 7 Q. Other than the comments made by Du [Nguyen], are there any<br>8 other discriminatory or racist comments that you have<br>9 heard in the workplace?<br>10 A. Yes.<br>11 Q. What comments are those?<br>12 A. Jim [Jobes] was giving reference to an example for, for<br>13 someone, it was Pete and myself, where he, he used the<br>14 word "nigger."<br>15 Q. When was that?<br>16 A. This fiscal year. | 171 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | | | 457:12 A. Okay. In terms of ethic backgrounds<br>13 Mr. Novatny made comments that were racial comments<br>14 about Maxwell Enwere, who is an African-American in<br>15 the office.<br>16 Q. What did he say in regards to Mr. Enwere?<br>17 A. He said that the customers couldn't,<br>18 something along the lines that the customers couldn't<br>19 understand his African English.<br>20 Q. If you know, was Mr. Enwere born in Africa?<br>21 A. Yes.<br>22 Q. Do you know at what point in time he came to<br>23 the United States?<br>24 A. From what I remember, it was for his college<br>25 education. So somewhere along the lines of his early<br>458: 1 to mid-20s.<br>2 Q. Do you know what country in Africa he grew up<br>3 in?<br>4 A. Yes.<br>5 Q. Which country?<br>6 A. Nigeria.<br>7 Q. Did he have any sort of accent that you could<br>8 tell?<br>9 A. Yes. | 457-58 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 1999 | Excel<br>Dodge City, IA | 14. Right before I was demoted, Mr. Stafford asked me to come into his office. During our conversation, I got up and he yelled at me to sit down. He treated me like I was some kind of slave. He told me that he was my superior and that I had to do everything he said. He was using a very nasty tone of voice and yelling terrible things at me. I had had enough, so I told him that he had no right to talk to me like that. I was mad at myself for letting him get to me, but I was also extremely upset for him treating me like nothing. | Para. 14<br>137-142 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 1999 | Excel<br>Dodge City, IA | 15. After I was demoted, it seemed like every time I turned around, I was called into the office for petty stuff. On August 18, 1999, I was told that Mr. Stafford wanted to talk to me. I went to talk to him and found him in the Fab Manager's, Steve Thompson (Caucasian), office, along with Mr. Thompson, Dave Wessling (Caucasian), Excel Corporate Human Resource Manager, and Mr. Schnitker [Caucasian Plant Manager]. I spoke to Mr. Schnitker when I entered the room, but he did not respond. He would never look at me, even if I was talking to him. I believe this was because he was prejudiced. Mr. Stafford and I then went next door and he asked me about several things that he said he had been hearing. He asked me if I had said that management was trying to fire the other African American nurse, Karla Alberty. I told Mr. Stafford that I had not said that, even though I felt that management was trying to fire her. He continued to ask me other questions about other nurses and things that I had done, such as put a worker back on work restrictions, which had apparently upset people in upper management. I told him that I felt like he was discriminating against me. I think the whole circumstances were inappropriate. | Para. 15 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 2000 | Excel<br>Dodge City, IA | 16. This type of harassment continued from other Cargill managers. One night in January 2000, it was snowing really badly. At the end of my shift, Mr. Gookins [Caucasian Manager] called me into his office. He said he wanted to talk to me about something. I asked if it could wait because I was worried about the weather and Mr. Gookins office was on the other side of the building and so I would be delayed in getting on the road. He insisted that I come to his office anyway. Once I arrived at his office, Mr. Gookins gave me a written warning for being late. The day I was late was a month earlier and the nurses' standard procedure was not to have a strict timetable because of all of our overtime. None of the other Caucasian nurses were written up when they were late. | Para. 16 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | During Employment | Excel<br>Dodge City, IA | 18. . . . [T]here was one day when I was in a meeting, sitting across from Mr. Schnitker. Other people were entering the room. He started telling a story of a big black man in Canada that he used to give a hard time. He was looking at me the entire time and he suddenly ended his story. I got the feeling that there was more to the story and he wasn't finishing it because I was in the room. I felt very uncomfortable. | Para. 18 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | After June 1999 | Excel<br>Dodge City, IA | 21. In addition to my experiences of being demoted, instead of promoted in 1999 and being refused a promotion that I deserved and was qualified for in February 2000, I witnessed others not receive promotions. After my demotion, my assistant, Linda Davis (Caucasian) was not given a promotion. Either Mr. Stafford or Mr. Schnitker told her that she was denied the position because I had trained her. Luckily for Ms. Davis, another manager that had been at the Dodge City plant knew the situation and asked Ms. Davis to transfer to his plant in Nebraska to escape the negative environment. | Para. 21<br>202-203 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 1999 | Excel<br>Dodge City, IA | 4. In 1999, Mr. Stafford informed me that I was being demoted. I was never told why I was demoted. I think I was demoted because I kept my duty regarding medical confidentiality and the managers did not respect confidentiality. It appeared to me that management wanted to use confidential information and wanted to get people off restricted duty as quickly as possible, sometimes too quickly. I was very upset about being demoted because I felt more than anything that the Plant Manager, Dan Schnitker (Caucasian), wanted a Caucasian Occupational Health Manager. I feel that way because there were rumors that Mr. Schnitker [Plant Manager, Caucasian] had said that the problem with the plant was that it was run by too many minorities. He started replacing people of color in management positions. To me, it was obvious that Mr. Schnitker did not like people of color. | Para. 4 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 49:13 Q. What had happened with Mr. Benesh before?<br>14 A. I would ask to like go out and visit some<br>15 customers in certain areas, and he made it like as if<br>16 it wouldn't really be a good fit to go there or ask<br>17 for a particular salesperson for that, if that was<br>18 okay to do -- and it was put like you shouldn't go to<br>19 this company because, you know, you should go to this<br>20 company instead, I think you'd get along with them --<br>21 or they would be more okay with you coming there than<br>22 this company would be.<br>23 Q. What did you think he meant by that?<br>24 A. That -- I felt because I was black I<br>25 shouldn't go to Frazier Paper because of the -- I<br>50: 1 don't want to say type of people, but because of the<br>2 atmosphere there at Frazier versus going to a company<br>3 in Chicago, you know. | 49-50 |
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | During Employment | Corn Milling<br>Cedar Rapids, ID | 89: 7 Q. Okay. When Mr. Jones indicated he had heard<br>8 other people use discriminatory language, was he<br>9 referring to someone besides Mr. Ague?<br>10 A. Yes.<br>11 Q. Do you know who he was referring to?<br>12 A. I can't think of their names. Other plant<br>13 workers. | 89 |
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 12. I do not think there will ever be an African American person as a Starch Operator because the people that work in that department are overtly racist. Larry Ague (Caucasian) was the worst. Mr. Ague would comment when African American truck drivers would come in that “they” did not know what “they” are doing. He would say “nigger” all the time. He would also make jokes using racial slurs. | Para. 12<br>77-86 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 14. I feel that Caucasians workers at Cargill get better assignments than the African American workers. Caucasians also had all the management positions. Caucasians received longer trips for sales meetings. I also felt that only certain people would be assigned to certain accounts. I once asked for a trip to visit sales people and I was finally able go on one trip. However, the Caucasian employees, Wayne Strang, Randy Benesh, Todd Hayek and Kevin Klawitter were able to stay on the trip to network much longer than I was allowed to stay.<br>Training<br>15. I was able to attend customer service training for a week in Madison, Wisconsin in the last week of October in either 1996 or 1997. However, I do not feel I was given the same training as my Caucasian co-workers. They were able to go to sales meetings to build their confidence and list of contacts and I was not. Therefore, I had a harder time building a rapport with other sales people. Mr. Hayek was able to go to events with the sales people, such as golf outings, etc. I was not included on the golf outings. I asked management about it and they said they didn't think I liked golf or that Cargill could not budget for both Mr. Hayek and me to be out of the office at the same time. | Para. 14-15<br>49-60 |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | During Employment | | 158:23 Q Did you ever hear that anyone had said anything<br>24 discriminatory towards African Americans?<br>25 A Yes.<br>159: 1 Q And what was that?<br>2 A It was not uncommon in the evaluation process<br>3 of candidates that were brought in from campus to hear<br>4 African Americans referred to as being too polished, to<br>5 receive that feedback from the -- from the evaluators, or<br>6 they seemed too prepared, and that those would be grounds<br>7 for not extending an offer to the candidate.<br>***<br>163:13 Q Okay. And did you ever hear anyone at Cargill<br>14 refer to a Caucasian candidate as too prepared?<br>15 A I do not recall hearing that. | 158-163 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 254:20 Q And at the time that the phase one committee<br>21 kind of took shape in April of '98, was there a working<br>22 definition of VDI?<br>23 A Yes, there was.<br>24 Q And what was it?<br>25 A It's a rather lengthy document.<br>255: 1 Q Well, what do you recall?<br>2 A The statement expressed that Cargill valued all<br>3 of its employees and that valuing differences really was<br>4 to exceed the traditional race, sex, ethnic group type<br>5 definitions of diversity to one that was more inclusive<br>6 of all -- all employees.<br>7 Q Did you have any objection to that broader<br>8 definition?<br>9 A Can you ask that again, please?<br>10 Q Did you have any objection to that broader<br>11 definition?<br>12 A It seemed a bit watered down.<br>13 Q What do you mean?<br>14 A Meaning that the organization adopted a more<br>15 palatable definition for diversity.<br>16 Q It adopted a more inclusive definition of<br>17 diversity.<br>18 A To be more palatable for the management team.<br>19 Q Well, would someone who was representing the<br>20 rights of, you know, gay and lesbian employees be<br>21 satisfied with the definition of diversity that looked<br>22 only at race and sex?<br>23 MS. STRATTON: Objection, foundation.<br>24 A My perception is that it watered down the<br>25 traditional definition of diversity and the EEO<br>256: 1 statements and policies to be something that would be<br>2 more acceptable to Cargill management, for them to be<br>3 willing to act on.<br>***<br>258:14 Q Did you ever hear anyone in management express<br>15 a view that would indicate a lack of commitment to<br>16 diversity?<br>17 MS. STRATTON: Anytime, anywhere?<br>18 MS. RAPHAN: Correct. | 254-56, 258-59 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 19 A Well, Dave Raisbeck had said at the -- at the<br>20 meeting that he addressed the -- the group on VDI, his<br>21 comment was that it's not that Cargill doesn't want to<br>22 do -- do diversity and do it well, it's that it's a lot<br>23 like going to church. And when you're there on Sunday<br>24 morning, you -- you hear it all, you understand it all<br>25 and accept it all. But then on Monday, you leave and<br>259: 1 sometimes it leaves you too. | |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 402:20 Q And why was corporate IT selected?<br>21 A I was told that corporate IT was selected<br>22 because they had issues in the area of diversity.<br>23 Q And who told you that?<br>24 A It was discussed amongst the team.<br>25 Q And when was it discussed? When is the first<br>403: 1 time it was discussed?<br>2 A In the initial meetings.<br>3 Q And who made the comment?<br>4 A I don't recall who -- who stated that.<br>5 Q And what issues were discussed?<br>6 A Women and minorities in management were<br>7 specifically discussed. | 402-03 |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 425:24 Q Do you have any information that anyone in<br>25 corporate IT intentionally discriminated against African<br>426: 1 Americans at any time?<br>2 A Yes.<br>3 Q And what is that?<br>4 A At a presentation to -- let me back up.<br>5 Cargill sponsored events with participants from various<br>6 campuses at which the company recruited. So invitations<br>7 would be sent to faculty, and then the faculty would come<br>8 and bring students, three, four, something like that,<br>9 from a given campus, and they would spend a day at<br>10 Cargill and have the opportunity to become familiar with<br>11 the organization. As a piece of that, there is a<br>12 management segment, where managers come in and address<br>13 the group, and there's a question and answer discussion<br>14 with senior management. One of those senior managers was<br>15 Lloyd Taylor. And there was a question from the audience | 425-27 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 16 with regards to women and minorities within -- within<br>17 Cargill. A woman asked about the -- that she did not<br>18 observe during the course of the day very many people of<br>19 color in the organization, and she wanted to know about<br>20 women in management positions, as well as people of<br>21 color, and why she didn't seem to see very many. And his<br>22 response to that was, I'm tired of the question of women<br>23 and minorities. We hire and promote the best people for<br>24 the job.<br>25 Q And were you present?<br>427: 1 A Yes, I was. | |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 448:10 Q Have you now told me all ways in which you feel<br>11 Sue Sjeklocha discriminated against you?<br>12 A I felt that the fact that I was a black person,<br>13 or an African American person, in that role as a<br>14 diversity and retention specialist, by me working in that<br>15 capacity, Sue did not have to -- or felt she did not have<br>16 to provide the resources to appropriately support my<br>17 success in that role because the view to the rest of the<br>18 organization was, well, there's -- there's a African<br>19 American in that job and there wasn't a real impetus to<br>20 continue to show the change beyond having a person in<br>21 that role that was African American. | 448 |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 481:11 Q Okay. Do you believe that she's [Sue Sjeklocha] committed to<br>12 diversity?<br>13 A What do you mean by "committed"?<br>14 Q Do you believe that she feels that there is<br>15 value in having diversity in an organization?<br>16 A I don't know if she feels that way or not.<br>17 Q Did she ever say anything to you that indicated<br>18 that she was or she wasn't?<br>19 A She said that she was.<br>20 Q Do you have any reason to believe that that<br>21 wasn't the case?<br>22 A Yes.<br>23 Q And what is that?<br>24 A I -- I felt that as the manager of the<br>25 diversity and retention department, if that was -- if she | 481-82 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 482: 1 was committed to diversity, then her work would have<br>2 looked differently.<br>3 Q In terms of the time between diversity and<br>4 grain, that allocation?<br>5 A That, as well as her availability and support<br>6 for the initiatives that I was working on. | |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | | | 488: 5 Q And what was Mr. Reed's comment about Miss<br>6 Sjeklocha?<br>7 A He also cautioned me on working with a<br>8 diversity initiative within Cargill, and that I should be<br>9 cautious around -- while working with Sue as well.<br>***<br>21 Q Did you ask him why he was cautioning you about<br>22 working with the diversity initiative?<br>23 A Because it had been tried on numerous occasions<br>24 previously, and those individuals who worked on the<br>25 project were no longer employed at Cargill.<br>489: 1 Q And who were those people?<br>2 A Individuals who worked with diversity.<br>3 Q Who is that?<br>4 A Evonne Blaine, Sandy Harris, Bev Franklin.<br>5 They were all African Americans that were involved with<br>6 diversity. | 488-89 |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2000 | | 187:14 of reorganizing the department. And I believe by about<br>15 September of 2000, I found out that I would be reporting<br>16 to Doug Montgomery.<br>17 Q And for what period of time did you report to<br>18 him?<br>19 A Until December, the end of December of 2000.<br>***<br>188:22 Q Did he engage in any conduct that you thought<br>23 was discriminatory towards African Americans?<br>24 A There was some stereotypical behavior that I<br>25 thought was misplaced.<br>***<br>189: 4 Q And did he make any comments that you thought<br>5 were discriminatory towards African Americans?<br>6 A Yes, I think he did some things that I thought | 187-89 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 7 were inappropriate.<br>8 Q And what were the inappropriate comments?<br>9 A He would do things like say, "Whassup," like<br>10 he'd seen African Americans do in the commercials, and<br>11 kind of speak in black dialect from time to time.<br>12 Q Do you have any examples other than what you<br>13 just said?<br>14 A You know, what's -- you know, "What's goin'<br>15 on," you know, that kind of thing.<br>***<br>21 "Whassup", and "What's happenin," you know, this black<br>22 ghetto dialect I thought was inappropriate. | |
| Dixon, Audrey S.<br>Declarant - Potential Class Member<br><br>01/19/95 - 06/04/97 | 1998 | AFL<br>Charlotte, NC | 3. I left because I could not take it anymore. There were problems in the office. I would see favoritism at Cargill, in the form of Caucasian managers favoring Caucasian employees. Also, management tended to blow up over little things that happened. Those incidents usually involved Caucasian managers and African American employees. A blow up occurred one day and I decided I did not need to be treated that way, so I quit. | Para. 3 |
| Dixon, Audrey S.<br>Declarant - Potential Class Member<br><br>01/19/95 - 06/04/97 | During Employment | AFL<br>Charlotte, NC | 7. . . . [My Caucasian office manager] had problems dealing with African American employees. I often felt as though other African American employees and I were being used as scapegoats for his mistakes. | Para. 7 |
| Ford, Glenn<br>Declarant - Potential Class Member<br><br>12/08/69 - 11/01/96 | During Employment | Administration<br>Minnetonka, MN<br>(Office Center) | 13. . . . My reviews were usually exceeds expectations. However, my manager usually wrote something negative on my review like that I was on the phone a lot. I felt that management, especially Mr. Byrnes, wrote those things just to prevent me from getting raises. | Para. 13<br>100 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | 1994-1995 | Excel<br>Ottumwa, IA | 17. I had worked on two quality reports at Cargill, both making it to the top to compete for the award. The second time Cargill did an audit, the Auditor (an older, heavyset Caucasian male) said that my quality report was not true, that we did not make improvements and that I was basically lying. Also, the Cargill auditor thought someone else had done the work. I believe that the unwillingness to believe that I had written the report and that I had accomplished quality improvements was largely race-based. | Para. 17<br>216-229 |
| Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | 1998-1999 | Excel<br>Wichita, KS | 6. In my experience, Cargill was a difficult place for African Americans to advance. First, I only remember seeing analyst jobs posted. I do not recall ever seeing any management jobs posted. Second, there were very few African Americans, most of us were recent hires at the time, and there was only one African American manager. Third, the mostly Caucasian male managers seemed to be part of the "old boys club." Part of the reason I feel that way is because during the winter I went to visit the Cargill plant. During lunch, one of the Caucasian managers from a different department, whose name I do not remember because I did not see him that often, was making racists jokes about "drunken Indians." I felt that he wanted to say something racist about African Americans, but didn't because I was there. I could not understand how Cargill could allow racist people to be in charge of others, especially in manager positions with responsibility for reviewing employees and promoting employees. Also, it seemed that Caucasian male managers conveyed an attitude of Caucasians in charge and sticking together. Finally, I spoke to a few African Americans from other departments, Latonya, a receptionist whose last name I can't remember, and Kahami Speight, who mentioned to me that they repeatedly tried to get promoted, but never succeeded.<br>***<br>201: 7 Q. -- did you observe anything during<br>8 your employment at Cargill that made you think<br>9 that the white managers wanted to exclude African<br>10 Americans from their circle of friends?<br>11 A. Other than the fact that there was<br>12 only one manager -- African American manager, and<br>13 he wasn't with them. | Para. 6<br>180-82, 201 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | During Employment | Excel<br>Wichita, KS | 8. While at Cargill I always felt that African Americans had to work harder than their Caucasian co-workers. It seemed that in addition to Caucasian managers being less comfortable with African American employees, they would also give us more work than our Caucasian peers. Working at Cargill seemed easier for Caucasians—they had more privileges and were favored by management. I felt that as an African American employee, I was less valued than any Caucasian employee.<br>***<br>109:13 A. There seemed to be too many<br>14 instances of me being either set up to fail or<br>15 having to work too hard to do things that I knew<br>16 other people were easily able to obtain.<br>17 Q. First, who set you up to fail?<br>18 A. Well, I'm talking about things like<br>19 being given an accounting job to do when I<br>20 knew -- when they knew I had no accounting<br>21 experience. And the whole meets expectation<br>22 thing made me feel as if I was being set up to<br>23<br>24 110<br>25<br>110: 1 fail. | Para. 8<br>109-10 |
| Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | During Employment | Excel<br>Wichita, KS | 9. I also felt that as an African American, I was scrutinized differently than Caucasians. For example, if the three of us African American employees would be talking together, management would make sure they stopped us from visiting and would tell us to get back to work. On the other hand, no one would say anything if a group of Caucasians was visiting. I felt like an outsider at Cargill. | Para. 9<br>83 |
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | During Employment | Seed<br>Minnetonka, MN | 198:20 Q I guess what my question is, is whether there<br>21 are white employees who were treated better than you that<br>22 were in circumstances similar to yours?. . .<br>***<br>24 A I can only relate it to my area, and that's the<br>25 only real clear-cut example -- or the two examples would<br>199: 1 be in relation to being late, for one, and also<br>2 reporting. For instance, a situation between me and Mary<br>3 Kay Vetsch, we're pretty much on the same platform, where | 198-99 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 4 we reported to John Holbeck directly, but yet her views<br>5 on doing the same reporting were correct, but mine were<br>6 incorrect. And we had the same reports, and I created<br>7 her reports, so that's pretty blatant to say that one was<br>8 correct and one was incorrect when they were the same,<br>9 driven from the same information. | |
| Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | 1999 | CCI<br>Minnetonka, MN | 205: 6 Then he [David Hamm] just went on to elaborate that I'm<br>7 not doing this, I'm not keeping him in the loop on<br>8 all changes that are going on. I said, Dave, you're<br>9 in the status meetings, you attend all the user<br>10 meetings, and we continued back and forth. And then<br>11 he went as far as to say, you know, Gerry and I, you<br>12 know, we're thinking about RIF'g you. It's not that<br>13 we're thinking about firing you or anything.<br>14 You know, here I am, this is the spring,<br>15 we're two months, two and a half months from<br>16 implementation, I find all this quite odd. And then<br>17 he goes on to elaborate, you don't fit in here. And<br>18 I point-blank asked him what do you mean by I don't<br>19 fit in here? And he in turn said, well, you're too<br>20 structured, you have an MBA. | 205 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 41:11 Q. Okay. And what made you think that you were<br>12 not being supported because of your race?<br>13 A. There were instances where I was left out of<br>14 meetings, I was left out of conversations and<br>15 discussions having to do with accounts payable. There<br>16 were times when information was given to me after events<br>17 had taken place, and these things directly impacted how<br>18 I did my job. And I felt that they were because I was<br>19 being singled out because I was an African-American.<br>20 Q. And what is it, though, that made you think<br>21 that you were not included in these meetings because you<br>22 were African-American as opposed to some other reason?<br>23 A. Because also I was being harassed, I was being<br>24 publicly humiliated in meetings, I was being belittled<br>25 in front of co-workers, and I felt like my job was -- I<br>42: 1 was being undermined, in my -- in being able to do my<br>2 job, by management. | 41-42 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | | CIS<br>Chicago, IL | 66: 25 what it was that she [Sandip Lallie, Indian] said with respect to your<br>67: 1 being late.<br>2 A. I can't remember specifically, but it had to do<br>3 with people of color always being late for meetings. . .<br>***<br>68: 6 Q. What did she say that was the race-based part<br>7 of this joke?<br>8 A. Well, I -- Maybe you would have to have been<br>9 there to -- to hear her tone of voice, to see her face,<br>10 to hear her laughing and to hear the way that she had<br>11 said it, it was race-based. I would not have been<br>12 offended if it -- if it were not race-based. | 66-68 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2001-2002 | CIS<br>Chicago, IL | 70:22 A. This was during a client event that we -- that<br>23 Cargill had. I believe it was in 2002 or 2001 -- 2001<br>24 or 2002. I had planned a customer event, . . .<br>***<br>71: 1 . . . And<br>2 because I planned the customer event, I was there to<br>3 make sure that everything was working smoothly . . .<br>***<br>6 I was sitting at a table with senior management<br>7 and two -- two or three customers.<br>***<br>10 . . . -- one of the Cargill management people said,<br>11 "How about that Tiger Woods. He's a -- a great player."<br>12 And then another senior management person had<br>13 said, "Yeah, he is a great player." He said, "What<br>14 about our Viv. She's really a black pearl." And the<br>15 other person -- the other management person said, "Well,<br>16 you know, that's what they say about -- about them in<br>17 'The Bell Curve,'" referring to a book that was --<br>18 that's named "The Bell Curve." | 70-71 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | | CIS<br>Chicago, IL | 84: 22 A. I don't have any names, but what I can say is<br>23 that I have seen him interact with other non-black<br>24 employees and there was always conversation, there was<br>25 greetings, but I was not extended the same -- the same<br>85: 1 type of treatment.<br>***<br>86: 18 Q. Okay. Anything else Mr. Malo [Caucasian] did that you<br>19 thought was treating you differently than other people<br>20 based on your race?<br>21 A. Yes. He -- He did ask me to -- to sit in for<br>22 his administrative assistant because she would be moving<br>23 on to a different department. And I seriously thought<br>24 about it until I was told by another member of senior<br>25 management that the only reason he wanted me to work for<br>87: 1 him was because his assistant happened to be an<br>2 African-American woman and she was complaining about how<br>3 she was being treated, and that's why she was moving to<br>4 a different department. And he needed another<br>5 African-American person to be in that spot because they<br>6 did not want any problems with, I believe it was, the<br>7 EEOC and affirmative action.<br>***<br>88: 1 And human resources really, really pushed me<br>2 very hard to take that position. As a matter of fact,<br>***<br>7 and I felt very uncomfortable with that. I felt like I<br>8 was being used. | 84-88 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2002 | CIS<br>Chicago, IL | 92: 1 A. James Davison did not acknowledge me when I<br>2 spoke to him.<br>3 Q. Is this a passing -- like "hello" in the<br>4 hallway; is that what you're talking about?<br>5 A. It could have been anywhere within the office.<br>***<br>8 Q. But what I want to know is, are you saying that<br>9 you would stand there and talk to him and he wouldn't<br>10 answer you?<br>11 A. I was -- I'm saying that I would be this close<br>12 to him (gesturing), and I would say, "Hello, how are<br>13 you?" and he would look at me and not answer and walk | 92 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 14 away.<br>15 Q. How many times did that happen?<br>16 A. That happened several times.<br>17 Q. When?<br>18 A. I'd say during the year 2002. . . | |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | | CIS<br>Chicago, IL | 357:24 A. There was another incident that occurred.<br>25 Mr. Wind was in his office, and there was another person<br>358: 1 in his office by the name of Kelly Brown. I was doing<br>2 some work, I went into his office to give the work to --<br>3 to Mr. Wind. And Kelly Brown said, "Hey, Viv, Pete told<br>4 me that he had a dream about you last night, and it was<br>5 one of those ebony, ivory and jade dreams." And I<br>6 looked at him --<br>7 Q. Looked at who?<br>8 A. I looked at Kelly Brown, and I really didn't<br>9 make a comment. And when he said that -- After he said<br>10 that and after I had looked at him, I saw Peter Wind<br>11 make a face at his desk at Kelly Brown, and then I<br>12 walked out of the office.<br>13 I didn't say anything to either one, but I was<br>14 a bit shocked because I thought that was very, very<br>15 inappropriate to say something like that to someone that<br>16 you worked with on a daily basis. | 357 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | | | 71: 19 And when I heard that, I almost fell off my<br>20 seat. I mean, it took me a few minutes to compose<br>21 myself after hearing that. And I just sat there for a<br>22 few minutes and tried to compose myself, because I was<br>23 truly offended and shocked and surprised to hear that.<br>***<br>2 A. Kyle Unterseher said, "Yeah, that's what they<br>3 say about them in the book 'The Bell Curve.'"<br>4 Q. What is it that they say about them?<br>5 A. That -- That African-American people are good<br>6 athletes, they're good at sports, and that there are a<br>7 few black pearls that are supposed to be the crème de la<br>8 crème of the race, that are, you know, smart or<br>9 whatever, you know, what have you, and that they're<br>10 special people, I suppose. But, you know,<br>11 intellectually, you know, the rest of them are -- are<br>12 not very smart. But you have your black pearls and you<br>13 have your. . . great sportsmen<br>14 and, you know, so ... | 71 |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | During Employment | Salt<br>Baltimore, MD | 87: 4 Q. Now, you're talking about stereotypical jokes based<br>5 on race?<br>6 A. On race, religion, ethnic background.<br>7 Q. Okay. Like what?<br>8 A. Like all black people can dance. That's not true.<br>9 I think slang. Just different stereotypes, like<br>10 all people are from the ghetto, uneducated.<br>11 Things --<br>12 Q. When would these happen?<br>13 A. Huh?<br>14 Q. When would these happen?<br>15 A. They might happen over lunch or after people get a<br>16 drink or different like employee appreciation, like<br>17 parties they would have, kind of like a picnic type<br>18 of setting with food and a tent, like a carnival<br>19 type of theme; and then we would take customers out<br>20 to Orioles games, Baltimore Orioles games, and some<br>21 people drank too much, so I think some things kind<br>22 of slipped out of people's mouths.<br>23 Q. Did you ever engage in any jokes with your<br>24 coworkers on stereotypical kinds of issues? | 87 - 90 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 25 A. Actually, I'm usually quiet in those type of<br>88: 1 instances. I observe people more.<br>2 Q. Did you make Tom Devaney aware of any of these<br>3 jokes or incidents?<br>4 A. I don't think I made him aware of them, because he<br>5 may have been there at the time. I think that a<br>6 lot of times when these type of things are said, in<br>7 general in society people don't always perceive<br>8 them as being discriminatory, they perceive it as<br>9 being funny and offensive, and I believe the best<br>10 way that I can do to contradict any of those<br>11 stereotypes is just to represent myself well.<br>***<br>89: 18 Q. So how often did this happen? Was it every now and<br>19 then?<br>20 A. I wouldn't say it was like every fifth minute of<br>21 the hour, but it would be in passing, in<br>22 watercooler conversations, coffee breaks, lunch.<br>23 Q. Every day?<br>24 A. Maybe.<br>25 Q. Okay. What I need to understand for purposes of<br>90: 1 what your claims are, you're claiming that on a<br>2 daily basis, people would be telling you jokes that<br>3 are stereotypical, based on stereotypical notions<br>4 of African American people?<br>5 A. I can't say it was every day.<br>6 Q. How often were you getting jokes?<br>7 A. I would say, I don't know, once every two weeks.<br>8 I'm just not sure. | |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | During Employment | Salt<br>Baltimore, MD | 94:11 A. I would say Mike Venker said something to me that I<br>12 perceived as negative.<br>13 Q. What did he say?<br>14 A. I asked him about a territory manager opportunity,<br>15 and he told me, well, he said something of the<br>16 nature of we'll get to you when we get to you, or<br>17 you'll get it when I'm good and ready, something<br>18 like that.<br>19 Q. Now, did you take that to be a remark that he was<br>20 making because he was -- strike that. How is this<br>21 evidence of discrimination or bias against<br>22 African Americans? | 94 - 95 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 22 African Americans?<br>23 A. I'm not sure exactly. It was bias towards me.<br>24 Q. Towards you personally?<br>25 A. Yes.<br>95: 1 Q. As opposed to you, a black woman?<br>2 A. Well, you know, that's hard to separate, because<br>3 everything about me is a black woman.<br>9 A. So I can't necessarily separate it from being<br>10 Valerie, because I've never been anything else in<br>11 this world but an African American woman. I<br>12 perceived it to be offensive and negative, and I'm<br>13 not sure if he said that to anybody else who was<br>14 looking for an opportunity. I'm not sure if he | |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | | Salt<br>Baltimore, MD | 96: 1 A. Well, Mike Schmit had suggested that I go to a<br>2 speech therapist, and I don't think he suggested<br>3 that for anybody else, and because I was doing a<br>4 lot of telephone work, I'm not sure if I sounded<br>5 too black over the phone or what, but I'm positive<br>6 that that wasn't offered to anybody else, so.<br>7 Q. So that's a sign that he was prejudiced against<br>8 African Americans, or was he trying to help you<br>9 become the best phone salesperson you could be?<br>10 A. That's possible, but why wouldn't you offer that to<br>11 other people as well?<br>12 Q. Do you know whether he did or not?<br>13 A. I'm very certain that he didn't. | 96 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | | Salt<br>Baltimore, MD | 271:16 A. I wouldn't say that exactly, but at one time<br>17 I had had my hair braided. I'm not sure if you're<br>18 familiar with that. But some black women wear<br>19 braids, and I wore braids for maybe a year while I<br>20 was at Cargill, and in retrospect I think some of the<br>21 things that were said to me when I had different<br>22 braided hair styles were discriminatory.<br>23 Q. What was said?<br>24 A. Can you wash your hair? How do you wash your<br>25 hair? How do they do that? Those are some of the<br>272: 1 things I can think of right now.<br>2 Q. Were those questions genuine curiosity?<br>3 A. You could say that to a certain extent but<br>4 you could also say it's stupid. I mean do white<br>5 people wash their hair? Do Asian people wash their<br>6 hair? I think most people wash their hair. It's<br>7 more of a hygiene issue than it is a curiosity issue.<br>8 Q. But they were asking these questions when you<br>9 had your hair in braids?<br>10 A. Correct. | 271-72 |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2001 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 244:14 A. I brought up the fact about some issues about<br>15 Mr. Gathman [Caucasian].<br>16 Q. What were those issues that you raised?<br>17 A. Some remarks that he was making to me.<br>18 Q. And what was the nature of the remarks?<br>19 A. Name-calling.<br>20 Q. What sorts of names was he calling you?<br>21 A. He called me Whitey.<br>22 Q. Anything else?<br>23 A. Not that I can remember at this time.<br>24 Q. And are you recalling a specific occasion on<br>25 which Mr. Gathman used that name with reference to<br>245: 1 you?<br>2 A. Yes.<br>3 Q. Was it more than one occasion?<br>4 A. Yes.<br>5 Q. How many times? How many separate occasions?<br>6 A. It was, after he met me it was constant. He<br>7 gave me a nickname. | 244-46 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | ***<br>246:17 Q. What did either Mr. Crawford or Mr. House [Caucasian Mangers]<br>18 say when you advised them of this nickname that<br>19 Mr. Gathman had for you?<br>20 A. Mr. House said that he would talk to him<br>21 about it.<br>22 Q. And you raised this with Mr. House in that<br>23 November 2001 meeting?<br>24 A. Yes. | |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000-2002 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 250:16 Q. Was it your opinion at the time you prepared<br>17 this e-mail that the issue of multiple grievances had<br>18 something to do with your race?<br>19 A. Yes.<br>***<br>22 A. As I discussed before, I said before, the<br>23 amount of grievances being filed wasn't being filed<br>24 on other crew leaders, and they were doing the same<br>25 thing I was doing. Why was I being targeted?<br>251: 1 Q. In this particular instance, did either Brian<br>2 or Richard talk to you directly about the grievance<br>3 that they had filed?<br>4 A. Yes.<br>5 Q. What did they say about it?<br>6 A. They made jokes. You know, "you done it<br>7 again," "we got you again" kind of stuff.<br>8 Q. Did either one of them say anything that led<br>9 you to believe that they were motivated to file a<br>10 grievance against you because of your race?<br>11 A. Brian.<br>12 Q. What did he say?<br>13 A. He was the one that said "we got you again." | 250-51 |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000-2002 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 282:20 A. As I said before, I was asked to go the<br>21 extra mile more than my peers. It seemed like every<br>22 time -- everything that I did, why, it was more -- it<br>23 was more criticism.<br>24 Q. More criticism by whom?<br>25 A. Terry Crawford and Jody House. | 282 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2002 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 413: 6 Q. Is it your belief, Mr. McDowell, that<br>7 Mr. Norris was your replacement?<br>8 A. Yes.<br>9 Q. And is there something about the possibility<br>10 that Mr. Norris may have been your replacement that<br>11 you feel is discriminatory?<br>12 A. Yes.<br>13 Q. What's that?<br>14 A. He was brought back into the plant real<br>15 prematurely, and quickly he moved into a supervisory<br>16 position, after this employee -- Mind you, this<br>17 employee quit the company, he left the company.<br>18 He had some disciplinary problems before he<br>19 left, came back, and all of a sudden, he's the cream<br>20 of the crop just to move right into a crew leader<br>21 position.<br>22 And me being the only African-American,<br>23 that's the reason I saw he was moved -- brought back<br>24 there, to take my job position. | 413 |
| Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | | WWPHOSPH /<br>PHOSPHPROD<br>Tampa, FL | 221: 19 A. I believe that it's unfair to be scrutinized<br>20 and given task lists like this in the level of<br>21 management that I was in. I did it because that's<br>22 what my boss was requesting, and if that's the best<br>23 way for him to convey to me what I needed to do, then<br>24 that's what I needed to do, but he did these lists<br>25 for nobody else in my department. | 221 |
| Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | | WWPHOSPH /<br>PHOSPHPROD<br>Tampa, FL | 249:14 Q. But do you believe that there was any white<br>15 employee that was treated better than you were<br>16 because of their race?<br>17 A. I believe that there were other employees<br>18 that were treated better than me. My peer white<br>19 employees didn't get the same scrutiny that I got. | 249 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1997 | Corn Milling<br>Dayton, OH | 83: 15 Q. Tell me about that. What was the first<br>16 indication of discriminatory treatment by Mr. Hammonds?<br>17 A. When he was first hired as the customer service<br>18 manager, he had a directive to train with me because I<br>19 was the most experienced in the department and had the<br>20 capability to train. His directive was basically to<br>21 train with me. I was told that I should come up with a<br>22 training schedule for him and train him basically on how<br>23 to be a customer service manager.<br>24 Q. Sure.<br>25 A. And I did that. I felt that he had a problem<br>84: 1 accepting the training from me because he never would<br>2 keep our training dates, he would always find a way to<br>3 get out of it, never really sat down and allowed me to<br>4 train him the way that he should have been trained or the<br>5 directive that I was given to train him. So I felt that<br>6 either there was some inferiority or he had a problem<br>7 with a black female training him. | 83-84 |
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | | Corn Milling<br>Dayton, OH | 296: 18 Q. Had you ever experienced retaliation for the<br>19 complaints that you made to Mr. Hoy?<br>20 A. I kind of feel that since my conversation with<br>21 him and Sassman about this situation with Marty Hammonds,<br>22 it seems that -- I didn't change that much the way that<br>23 they portrayed me to have changed, coming from the<br>24 excellent reviews that I had and then Mr. Hammonds come<br>25 in, I get my first bad review, and then after that it<br>297: 1 seems like they just nitpicked every little thing that I<br>2 did. So in that case, probably so. | 296-97 |
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | Prior to August 1997 | CFI<br>Minnetonka, MN | 310: 4 Q. Do you have any complaints about<br>5 Mr. Dougherty before he placed you on a performance<br>6 improvement plan?<br>7 A. Yes.<br>8 Q. And what was that?<br>9 A. I felt there was some favoritism to certain<br>10 merchants.<br>11 Q. And who was that?<br>12 A. Mr. Kerkvliet and Mr. Keller. | 310-11 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 13 Q. And they were his peers, correct?<br>14 A. Yes.<br>15 Q. Did Mr. Dougherty do anything that you felt<br>16 was discriminatory towards you prior to August of '97<br>17 when he placed you on the PIP?<br>18 A. Yes.<br>19 Q. What was that?<br>20 A. One thing, I can remember a situation, at the<br>21 time I was responsible for producing, or I was the<br>22 key person on communication to the Brazilian mills on<br>23 specifications and orders and we had deadlines for<br>24 that, and there were many times Mr. Kerkvliet did not<br>25 produce his specs in a timely basis and there had<br>311: 1 been a few times where I asked him about it and then<br>2 there were e-mails actually sent saying I need<br>3 specifications to send to the mill. Mr. Kerkvliet's<br>4 response was I get them to you when I can.<br>5 And, you know, I discussed this with<br>6 Mr. Dougherty and it wasn't too much he did, from my<br>7 perspective, to initiate Mr. Kerkvliet to get these<br>8 specifications on a timely basis. But if I was late<br>9 on somebody submitting specifications or something of<br>10 a similar manner, you know, there was more<br>11 conversation and more discipline towards me. Seemed<br>12 like we were kind of being judged on two different<br>13 levels. | |
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1995 | CFI<br>Minnetonka, MN | 508: 4 A. I do not remember his name. I do know he was<br>5 a HR manager in Corn Milling. A white male with,<br>6 from what I can recall, a tenure of over 15 to 20<br>7 years with Cargill. Long-term tenure. We had a<br>8 candidate [African American] from Florida A&M who I was not involved<br>in<br>9 the initial recruiting. This gentleman has a<br>10 master's degree and everything, all the comments and<br>11 all the written documentation on his interviewing was<br>12 very positive, but this gentleman said, he said,<br>13 well, quote-unquote, we've had problems with people<br>14 from this school in the past and I don't think we<br>15 should pursue this.<br>*** | 508-10 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 19 Q. Do you recall what year this was?<br>20 A. This was fall of 1995. Actually it was my, I<br>21 remember it was my first year, first experience doing<br>22 recruiting and involved in this round-table<br>23 discussion.<br>24 Q. And who else was participating in the<br>25 discussion?<br>509: 1 A. Ms. Karen Sachs was participating. . .<br>***<br>5 Q. And did you ask the HR manager what he meant?<br>6 A. You know, I was so shocked that he said that.<br>7 I looked at Karen Sachs and said what? And just left<br>8 it at that.<br>***<br>13 Q. Okay. And do you know if she followed up<br>14 with him after the meeting?<br>15 A. I don't know what happened.<br>16 Q. Did she say anything during the meeting?<br>17 A. Not during the meeting.<br><br>21 Q. Did you ever discuss it with Karen after the<br>22 meeting?<br>23 A. Yes, I did.<br>24 Q. And when was that?<br>25 A. The very next day. And I told her, I asked<br>510: 1 her, I said first of all, are these the type of<br>2 comments and decisions that are made on candidates?<br>3 I said that comment alone was so discriminatory it<br>4 was ridiculous. This guy made a judgment on the<br>5 skills of this candidate due to the fact of what<br>6 school he went to. | |
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1996 | CFI<br>Minnetonka, MN | 511: 3 A. I have also had, heard comments where they<br>4 thought they [African American candidates] had a good interview, had great business<br>5 skills, but they're not quite sure how they're going<br>6 to perform in Blaine, Nebraska, or I don't think<br>7 their background, we're not going to be able to, we<br>8 won't be able to, they will not be able to survive,<br>9 quote-unquote, in North Dakota. | 511-12 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | ***<br>512: 14 Q. So when was the meeting where the candidate's<br>15 ability to survive in a certain geographic location<br>16 was discussed? When did that take place?<br>17 A. The spring of 1996. | |
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | | CFI<br>Minnetonka, MN | 514:12 Q. And do you know if the candidate received an<br>13 offer?<br>14 A. No, he did not.<br>***<br>515: 13 A. Someone made the comment that they thought<br>14 this [African American] girl had, what was it, plenty of attitude. . .<br>15 . . . and<br>16 probably would be, I think he said combative maybe.<br>17 Or hard to handle.<br>18 Q. Who made the statement?<br>19 A. It was a merchant out of the Grain division.<br>20 Q. Who?<br>21 A. I don't remember his name.<br>22 Q. And what did you say?<br><br>23 A. I just shook my head. I didn't say anything.<br>24 Q. Did Mr. Hatcher say anything?<br>25 A. He rolled his eyes and just laughed. | 514-15 |
| Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | | Corn Milling<br>Memphis, TN | 106: 1 . . . Vernon[McIntosh, African American]came out of his office, J. K.<br>2 threw him his keys and told him to go and get the car and<br>3 bring it around, go get the car, cool it off and bring it<br>4 around. Now -- and the other managers that stood there<br>5 heard him say that as well as myself and they snickered<br>6 and just kind of crossed their eyes at each other. But<br>7 no one said anything to him. And that should not be<br>8 allowed in the workplace. | 106 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | | Corn Milling<br>Memphis, TN | 106:25 A. Linda McFadgon, [African American] she was the sales secretary. A<br>107: 1 lot of her -- some of the duties I know she performed was<br>2 not part of her job description, like picking up his<br>3 laundry from the cleaners and sending things to his son<br>4 in college. She was required to do those things.<br>***<br>9 A. . . . I never witnessed<br>10 him [J.K. Gingery Caucasian] treating the other representatives, white<br>11 representatives that way. It was the African Americans,<br>12 it was myself, it was Vernon, and then Linda McFadgon was<br>13 his secretary. And he didn't treat me that way because I<br>14 wouldn't allow him to and that's why we didn't get along.<br>15 And he made that clear to me too. He said You're going<br>16 to find out who your friends are. | 106-07 |
| Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | | Corn Milling<br>Memphis, TN | 119: 5 A. . . .[J.K. Gingery's] behavior, his treatment of, you know, the<br>6 African American group, mainly that group in Memphis. It<br>7 was known how he treated them. And I had questions from,<br>8 normally again because it was the sales team and they<br>9 would tease me and say well, Clintonia, have you had to<br>10 drive his car yet, they would say something like that,<br>11 did you get his bags, you know, that kind. So it was<br>12 known, his behavior was known. And he did not do it to<br>13 the other white representatives. | 119 |
| Smith, Candy McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 15. Also, as a receptionist, I got to see who comes in for interviews, who gets promotions, etc. Most of them are Caucasian. I remember that management would not even meet with African Americans. For example, the mail clerk, Riordan Harden (African American) had an African American friend that came to the office twice in attempts to meet with management. Management would never come out and talk to him. | Para. 15 |
| Smith, Candy McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 18. From the few African Americans that did work at Cargill, it was obvious that is was a tough environment for African Americans. I could see on their faces that they were upset or had been overworked. Yet, I did not see that or hear that from the Caucasian workers. | Para. 18 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 61: 1 A His actions led me to believe that there was no way that he was ever going to consider moving me off shift in the near future, meaning 12 to 24 months.<br>Q Okay. And what -- well, let's ask it this way: What actions were those that led you to believe that?<br>A Just comments that he may have made. I can't recall exactly what those comments were. But just his general actions towards me.<br>Q Well, did you see him behaving differently to other people?<br>A Yes.<br>Q Okay. Describe the differences.<br>A The difference is he spoke harsh to me when he didn't speak harsh to my counterpart. He took time with my counterpart; he didn't take time with me. He humiliated and demeaned me in public; he didn't do that to my counterpart. My counterpart was promoted three months after being put on shift; I was on shift for over a year. | 61 |
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 65: 3 Q Okay. Let me ask you about Mr. Turner humiliating and demeaning you in public. How often did that occur?<br>A Frequently.<br>***<br>66: 5 Q Okay. Tell me about being humiliated or demeaned at the dinner.<br>A I was sitting down at one end of the table with Matt Turner, James Alfieri, and maybe some other employees, who I can't remember. But he began to badger me about role playing with him about how I would handle disgruntled employees, and he made me role play throughout dinner. And I asked him several times that if we could stop because I wasn't comfortable, and he would not. And he and the other managers sat on the other side of the table basically laughing and taunting me as he continued to humiliate me throughout the dinner. | 65-66 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 80: 2 Q Tell me about another incident in which<br>3 Mr. Turner humiliated or demeaned you in public that you<br>4 can recall.<br>5 A While working on a project -- I think I was on<br>6 first shift at the time -- there was a production meeting<br>7 in the general area, and I was on my rounds. And when<br>8 you're on shift, the shift person doesn't attend the<br>9 production meeting. And he was meeting with maintenance<br>10 people, and I walked through, and out of character he<br>11 asked me to see my project and what had I been doing on<br>12 it. And he stopped his meeting to single me out and shed<br>13 light on me and to make me feel small in front of the<br>14 production staff. | 80 |
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 118:21 Q . . . were there any<br>22 other behaviors by Mr. Litle [Caucasian Manager] towards you that you<br>23 believe were discrimination against you?<br>24 A Yes.<br>25 Q Okay. What else?<br>119: 1 A Not giving me clear direction on my job<br>2 responsibilities after being asked several times. I was<br>3 being held accountable for things I didn't know I was<br>4 being held accountable for. And when questioned about<br>5 it, my initiative was questioned, and I was chastised for<br>6 asking for direction. | 118-19 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 126:20 Q Miss Tate [Caucasian Manager], I wanted to ask you about<br>21 actions taken by Mr. O'Hare that you believe were discriminatory<br>22 based on your race. Were there any?<br>23 A I believe so.<br>24 Q Okay. What were they?<br>25 A He spoke harshly to me all the time, yelled at<br>127: 1 me, screamed at me, use profane language with me,<br>2 demeaned me, belittled me, questioned my intelligence<br>3 constantly, inferred that I was stupid a lot. Even after<br>4 telling him that I was very limited in my process<br>5 knowledge and there were things that I didn't know, he<br>6 would not take the time to show me things. He didn't<br>7 have any patience with me. He assumed I knew things that<br>8 I didn't, and he reacted on his assumptions. That's all<br>9 I can recall at this time. | 126-27 |
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | | CIS<br>Chicago, IL | 292:13 . . . I feel that I was really, you know, getting,<br>14 the ratings I had gotten, each of my PMPs I had<br>15 gotten at least some exceeds. I think my, was it<br>16 '97-98 that we went over, I had, my overall was an<br>17 exceeds. Maybe it was '98-'99.<br>18 Then I complained about discrimination, I<br>19 don't get any exceeds on my next evaluation, I'm all<br>20 meets, I don't have any exceeds at all, and I feel<br>21 that that was a result of my complaining about<br>22 discrimination, that they were getting back at me. | 292 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | | | 53: 6 Q. Did you ever raise this issue with Cargill<br>7 human resources?<br>8 A. I had a conversation with a human resource<br>9 manager and we talked about me not being promoted.<br>10 Q. Who was that?<br>11 A. Frances Hereford.<br>***<br>54: 2 Q. How many times did you have conversations<br>3 with Ms. Hereford about race discrimination in your<br>4 experience?<br>***<br>9 A. I would say at least five.<br>10 Q. Was it as many as ten?<br>11 A. I don't think so.<br>12 Q. What was Ms. Hereford's response?<br>13 A. That she did not believe that Mareda [Kennedy, Caucasian] or<br>14 Stephen [Murray, Caucasian] were discriminating, that that is not<br>15 acceptable, and that she would talk to him, meaning<br>16 Stephen, about the issues that I raised specifically,<br>17 and/or Mareda.<br>18 Q. Anything else she told you in those<br>19 conversations?<br>20 A. Not that I remember. | 53-54 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | | | 152: 11 Q. Do you think that Phillipe's demeanor was --<br>12 well, describe Phillipe's demeanor for me?<br>13 A. To me he was very standoffish and abrupt and<br>14 didn't seem very concerned, was always in a hurry and<br>15 never seemed to have time for anything. Like even<br>16 during a performance review, it was a really rushed<br>17 event, like he didn't want to be bothered.<br>18 Q. Do you think he was treating you that way<br>19 because of your race?<br>20 A. Yes.<br>21 Q. And what do you base that off of?<br>22 A. No one else in my, none of my other peers<br>23 seemed to have that problem with him.<br>***<br>53: 5 Q. Are you the only African-American that worked<br>6 under Phillipe?<br>7 A. Yes. | 152-53 |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | | | 154: 7 Q. And knowledge of workplace culture and<br>8 climate, what is that a reference to?<br>9 A. His reaction and his demeanor and the way he<br>10 responded and treated me.<br>11 Q. What was Mr. Murray's [Caucasian Manager] demeanor like?<br>12 A. Disrespectful.<br>***<br>155: 4 Q. Why do you say he was disrespectful?<br>5 A. In meetings with our group he questioned<br>6 everything that I -- well, I can't say everything,<br>7 but everything that I remember, that I would say. If<br>8 I asked a question he wanted to know why I was asking<br>9 it, and the tone in which he asked me why was like<br>10 you have no right to do so. If I made a statement<br>11 about a particular topic that we were talking about,<br>12 he said something in the opposite as to why it wasn't<br>13 a good idea or it wasn't worthy or we're not going to<br>14 do that.<br>15 When it was my job to purchase hardware, I<br>16 made a purchase of an LCD panel and he made me send<br>17 it back because he said that I did not ask him if I<br>18 could purchase it, it wasn't a piece of equipment | 154-55 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | that we use, when in fact part of my job was to<br>purchase hardware that I thought would be good use or<br>fit in our environment, certainly the new stuff that<br>might benefit I/T or someone else in Fertilizer. And<br>that particular item we were looking for, I was<br>looking at to possibly put into some of the control<br>rooms, and he made me send it back. | |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | | | 160:23 Q. The next person on your list is Greg White [Caucasian Manager],<br>and he is listed as having knowledge of workplace<br>culture and climate as well. What is his knowledge?<br>161: 1 A. He said several times that he knew that<br>Cargill was a good old boy system and that it was<br>going to be a long time before he thought the company<br>would get out of that and that he had made reference<br>to that fact in some type of survey that he did on<br>line and that's all I can think of.<br>Q. How did he know that you felt like you were<br>being discriminated against?<br>A. I told him.<br>Q. What did you tell him?<br>A. I told him that I felt like Stephen [Murray, Caucasian] was<br>discriminating against me because I was the only<br>person like me in our group and that I was tired of<br>it.<br>Q. What was his response?<br>A. He kind of ran away.<br>Q. Don't remember anything that he said?<br>A. He said that, well, Jackie, if you feel -- I<br>think he said if you really feel like that then you<br>probably should talk to somebody else about it. | 160-61 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | | Admin<br>Minnetonka, MN | 80: 7 And in some cases, one very specific case I<br>recall where we were working to make sure that I was<br>being acknowledged for the work that I was doing with<br>Larry Knutson, and he said very specifically that I<br>needed to step back from the forefront and let Julie<br>appear to be running the project that I'm working on.<br>And he continued to make efforts to see that that<br>would happen. And so the conclusion that I came to<br>was that my problem wasn't so much in me selling | 80 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 16 myself, but dealing with the stereotypes that were<br>17 around me. | |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2003 | Salt<br>Tampa, FL | 102:19 Q. During the time that Mr. Anderson was your<br>20 manager what did he say or do that you are now<br>21 alleging was somehow discriminatory?<br>22 A. The statements he made.<br>23 Q. What statements are those?<br>24 A. That any -- that he could get any monkey to<br>25 drive a Payloader.<br>***<br>104:18 A. That was in the presence of four African<br>19 Americans.<br>20 Q. You were there?<br>21 A. Yes.<br>***<br>105:17 . . . And, also, Dan Ramseyer was<br>18 there.<br>***<br>22 A. . . .at that time he was<br>23 production manager [Caucasian].<br>***<br>106: 2 A. And that's when Mike said, in some facilities<br>3 they don't hire just employees; they hire<br>4 maintenance. And he could get any monkey to<br>5 drive a Payloader.<br>***<br>109:19 Q. Did any Caucasians on first shift generally<br>20 drive the Payloader at that time?<br>21 A. No. | 102, 104-06, 109 |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2003 | Salt<br>Tampa, FL | 321: 6 Q. Did you tell Mr. Giamber some of the things that<br>7 we talked about in the last couple of days?<br>8 A. Some of it.<br>9 Q. Did you feel like he took you seriously?<br>10 A. No.<br>11 Q. Why not?<br>12 A. Because his statement to me was it seems like<br>13 I'm trying to tell management what to do.<br>14 Q. He said that to you? | 321-22 |

**Summary Exhibit 3 (Amended)**

# SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | ***<br>17 A. Well, I told him, "I'm not trying to tell the<br>18 management how to do their job, I'm just trying to tell<br>19 you that there's unfairness going on here."<br>20 And he replied by saying well, management need<br>21 to do what they supposed to or want to do. If this is<br>22 his facility, he do whatever he wants to do at his<br>23 facility.<br>24 And I can't remember if I answered him by<br>25 telling him, you know, the reason why I said this is<br>322: 1 because of the unfairness that was going on here, I'm not<br>2 trying to tell Mike Anderson how to do his job. | |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | During Employment | Salt<br>Tampa, FL | 325:22 Q. Do you believe that Cargill managers did treat<br>23 you differently because you're African American?<br>24 A. I believe so, yes.<br>***<br>326:25 Q. Do you believe that Cargill managers gave the<br>327: 1 hardest work to African Americans on purpose?<br>***<br>: 5 A. The counselor asked me that before and I<br>6 mentioned yes about that. The attorney for Cargill asked<br>7 me that question earlier, might have been yesterday. And<br>8 I did answer that yes to that question. Or I may not<br>9 have explained to her regarding that particular<br>10 statement. | 325-27 |
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | | | 99:20 Q You indicate he [Kevin Kohler, Caucasian Manager] was not happy with the prospect<br>21 of Cornell Slade being his boss?<br>22 A Yes.<br>23 Q Did he tell you that?<br>24 A Yes.<br>25 Q And what did he tell you?<br>100: 1 A Actually, he said it in front of a group of us<br>2 when they were discussing realigning the managers, as far<br>3 as -- when I say group, I mean the Cargill origination<br>4 merchants. And he said something to the effect that he<br>5 was kind of -- I wouldn't say visibly shaken, but he was<br>6 kind of rattled. And somebody made the comment, "What's<br>7 wrong," and he said that he might be getting a new boss. | 99-100 |

**Summary Exhibit 3 (Amended)**

## SELECTED EVIDENCE OF OVERT RACISM AND DISPARATE TREATMENT FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 8 And I think somebody asked who was it, and he looked at<br>9 the other side of the room, and I think Miss Coulombe<br>10 asked, "who," and I think he muttered, "Slade." And we<br>11 made the comment, "Well, what's wrong with that? I think<br>12 that's a good thing." And he looked at me and just kind<br>13 of shivered his shoulders and walked away. | |
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | | | 103:21 Q Anything else?<br>22 A I don't believe I was trained, incidents of<br>23 training with Mr. Kohler [Caucasian Manager]. I mean, it just wasn't as<br>24 frequently or as hands-on as I thought it should have<br>25 been teaching me the business. On one aspect, he would<br>104: 1 say that I needed more ownership of the business, and I<br>2 needed to be more proactive in taking ownership of the<br>3 business. And by the same token, there were efforts and<br>4 innovations that I made towards, you know, learning the<br>5 business and becoming more of the part of the business<br>6 and trying to take some ownership and wanting the<br>7 training to explain to me why certain things were done<br>8 the way they were done and how they should be done and<br>9 what I should be looking at, and I felt they fell on deaf<br>10 ears. | 103-04 |
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | | | 147: 22 . . . I came across an e-mail that I<br>23 thought was racially biased. [in a company laptop computer]<br>***<br>148: 9 Q And what did the e-mail say?<br>10 A It was an e-mail, and it expressed derision<br>11 towards Duane Reed and the fact that they wanted to --<br>12 the gist of the conversation was they're going to<br>13 transfer him back to Minneapolis, and that was just the<br>14 way it is, and he would just have to like it. And<br>15 essentially kind of said that they wanted just to keep<br>16 him quiet until it was time for him to retire.<br>***<br>22 A There were several e-mails, and it was kind of<br>23 like before the age of instant messaging, it was like a<br>24 text conversation between -- to the best of my<br>25 recollection, it was Don Voigt and Dave Schimke. And I | 147-48 |