**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | 2001-2002 | HFT<br>Minnetonka, MN | 109:15 Q Let's maybe just back up and let me restate the<br>16 question. Did Mr. Henstrom ever . . .<br>***<br>20 Q . . . author any documents that you thought<br>21 were discriminatory in any way?<br>22 A Yes, I believe so.<br>23 Q And what was that?<br>24 A My performance reviews that were carried on from<br>25 Bruce Leslie's group. | 109 |
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | 2001 | SFI<br>Minnetonka, MN | 166: 3 Q You indicate that you learned that there was a<br>4 forced ranking of you in SFI?<br>5 A Yes.<br>6 Q And who were you compared to?<br>7 A My understanding -- Bruce Leslie didn't list<br>8 everyone I was compared to, but his comments to me<br>9 were that he had to force rank business<br>10 development managers so my assumption was that it<br>11 was Paul Vajda and possibly Ray Banks. | 166 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | 2001-2002 | SFI<br>Minnetonka, MN | 240: 4 Q And for what period of time would you say Mr. Ryan<br>5 was your mentor?<br>6 A Mr. Ryan was my mentor until I left to go to<br>7 Bangladesh.<br>8 Q And during the time that he was your mentor how<br>9 many times would you say you met with him?<br>10 A I would say about three times.<br>11 Q Did you ever ask him to take any action on your<br>12 behalf?<br>13 A I believe I did.<br>14 Q What did you ask him to do?<br>15 A I believe I asked him to investigate for me on my<br>16 behalf what was going on between Bruce Leslie and<br>17 myself.<br>***<br>242: 14 Q And what did he tell you regarding the information<br>15 you conveyed about your review, mid-year review?<br>16 A What Stan Ryan said was whatever the issue was was<br>17 going to be between myself and my supervisor,<br>18 meaning Bruce Leslie. He said he wanted to leave<br>19 it at that and what he felt his role was was just<br>20 to be a sounding board for me.<br>21 And he went on to comment that I should<br>22 do everything I can to meet the expectations of<br>23 Bruce Leslie. That is why I took the classes I<br>24 took, that is why I signed up for Dale Carnegie,<br>25 that is why I went to Kellogg, that is why I did<br>243: 1 everything I could to try to meet those<br>2 expectations. | 240, 242-43 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | 2000-2001 | SFI<br>Minnetonka, MN | 282: 1 Q And why did you feel that the performance reviews<br>2 were discriminatory?<br>3 A I felt that it was not only the performance<br>4 reviews but it was a combination of the comments<br>5 and the subsequent performance reviews. I felt<br>6 that my performance and presentations were good.<br>7 I didn't feel that but it was based on my<br>8 Caucasian colleagues' comments after my<br>9 presentations that brought me to the conclusion<br>10 that my presentations were good but I heard<br>11 differently from Bruce Leslie.<br>12 Q And what else about the performance reviews did<br>13 you feel was discriminatory?<br>14 A I also felt that putting me on the performance<br>15 improvement plan was discriminatory.<br>16 Q Why did you feel that his reviews of your<br>17 performance were discriminatory?<br>18 A His reviews of my performance contradicted a lot<br>19 of the comments I got from my close colleagues who<br>20 I worked with within SFI.<br>***<br>23 A His comments. His comments to me in group<br>24 settings were, I felt, discriminatory when he<br>25 commented that, I am paraphrasing here, don't<br>283: 1 worry, we won't eat you.<br>2 Frankly, you know, for me that evoked a<br>3 lot of thoughts about what he meant by that. You<br>4 know, was it cannibalism? Was it a reference to<br>5 cannibalism? It was a reference to what? Those<br>6 were my thoughts. | 282-83 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | 2001 | Minnetonka, MN | 286: 3 Q And you indicated that you felt it was<br>4 discriminatory for Mr. Leslie to put you on a<br>5 performance improvement plan?<br>6 A That is correct.<br>7 Q Why did you feel that that was discriminatory?<br>***<br>10 A I felt it was discriminatory because of the<br>11 activities that led up to it.<br>***<br>13 Q Because you didn't feel that your performance was<br>14 evaluated fairly?<br>15 A That is correct. | 286 |
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | During Employment | HFT<br>Minnetonka, MN | 356: 7 A Your question was how do I feel it has negatively<br>8 impacted African Americans compared to Caucasians?<br>9 Q Correct.<br>10 A I believe that the PMPs when they are set -- when<br>11 an employee is being evaluated with a PMP, first<br>12 of all, they are set with the manager and then<br>13 they are evaluated at the end of the period. When<br>14 they are set with the manager it is supposedly a<br>15 joint collaborative effort of the manager and the<br>16 employee.<br>17 Now, in my experience at the end of the<br>18 process managers have their leeway to go in and<br>19 add or change some of those criteria based on<br>20 which they evaluate their direct reports.<br>21 In that way I believe it has negatively<br>22 impacted African Americans as opposed to<br>23 Caucasians. | 356 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2001 | Salt<br>Baltimore, MD | 206: 5 . . . Looking at this<br>6 document now under the section "Challenge, Innovate,<br>7 Change" there's a comment that "I would like to see Sean<br>8 challenge assumptions and" something "in better ways to<br>9 meet/exceed his customer expectations," and I don't know<br>10 what he based that opinion on, it wasn't explained to me.<br>11 But during the majority of the time that<br>12 Rick and I worked together, there were some pretty severe<br>13 problems at the production facility in Tampa and we<br>14 underwent a price increase in which Rick [Schonfelder Caucasian] said<br>15 that there aren't any exceptions to this price increase, don't try<br>16 and challenge it and then I was penalized for not<br>17 challenging. That was the main thing I could have<br>18 challenged with him in terms of policy. | 206 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2000-2001 | Salt<br>Baltimore, MD | 207:22 Q. On page 1 of the document, which is actually<br>23 Bates numbered SA 0081 there's a note, a typed note that<br>24 says, "We have mapped out a formula plan so that Sean can<br>25 develop himself so that he can be promoted in the next 12<br>208: 1 months."<br>***<br>10 . . . This document was not put in front<br>11 of me. Rick [Schonfelder] and I met in November of 2000 and we had a<br>12 midyear review, we talked about the things that he's<br>13 talking about here. He then submitted the midyear review<br>14 and I didn't receive a copy of it and then we met in June<br>15 of 2001 and he had his comments written on his piece of<br>16 paper and he read what he thought his rating of me was,<br>17 you know, meets, for each behavioral competency in KRA,<br>18 and then asked me to sign the document. | 207-08 |

Summary Exhibit 4 (Amended)

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | During Employment | Salt<br>Baltimore, MD | 209:15 Q. Now, looking at the behavioral competency section<br>16 of this PMP, what's specific about this behavioral<br>17 competency section do you think African Americans are<br>18 less able to receive than Caucasians?<br>***<br>25 A. I believe that the area on demonstrate respect,<br>210: 1 candor and commitment.<br>2 BY MS. ENG:<br>3 Q. Where is that, on which page?<br>4 A. On page 2, SA 0071. I think that to the extent<br>5 that African Americans are, the extent that African<br>6 Americans are very, use a lot of candor, although being<br>7 respectful but use candor when talking to others, that<br>8 can be held against them at review time because of<br>9 cultural differences. | 209-10 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 87:22 . . . The supervisor is required or<br>23 is requested to have a number of mutual<br>24 experiences with their employees. But the<br>25 supervisor would have to work extremely hard to<br>88: 1 know and understand what drives an employee or<br>2 what the employee is confronted with in their<br>3 job positions. So. . .<br>***<br>5 . . . in most cases I would argue that<br>6 most supervisors don't have an idea or very good<br>7 idea of the issues that confront their<br>8 employees.<br>9 Q. So are you saying that it's categorically<br>10 impossible for supervisors to properly use the<br>11 PMP process?<br>12 A. It's not impossible, no. But what I am saying<br>13 is that most supervisors at Cargill are, number<br>14 one, not trained well enough. And, number two,<br>15 don't devote enough time to using or -- or<br>16 managing the PMP process so that they understand<br>17 what it -- what happens throughout the year with<br>18 their employee's performance. | 87-88 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 91:15 Q. (By Ms. Symchych, continuing) I'm just asking<br>16 what facts you know to support your assertions<br>17 that there is racial bias employed in this PMP<br>18 process.<br>19 A. Well, the facts that I've experienced are goals<br>20 which are called KRAs, or Key Results Areas,<br>21 that are established that are unattainable. At<br>22 least not all of them. So you -- you have to<br>23 pick, you know, which poison pill, if you will,<br>24 you're going to swallow at the end of the year.<br>25 The manager, in terms of his or her relationship<br>92: 1 with you, in terms of how well they like you or<br>2 dislike you, will either have -- they have<br>3 tremendous latitude on how many times they can<br>4 meet with you throughout the year. So that's --<br>5 that's just in my experience. | 91-92 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 92: 6 The behavioral competencies are all<br>7 subjective in nature. So a manager decides,<br>8 well, you didn't communicate well with him or<br>9 her. There is no -- no objective definition of<br>10 what communication really means. Do I<br>11 communicate with you five times a week? Do you<br>12 want a ten-page report at the end of each month?<br>13 Those things aren't -- aren't established in the<br>14 PMPs. And to the extent that there is some bias<br>15 or prejudice in -- in -- especially in the case<br>16 where you have a -- an African American versus a<br>17 Caucasian, where, you know, the perception and<br>18 culture is -- is different, there breeds<br>19 mistrust in areas of sub -- subjectivity. So if<br>20 -- if a manager doesn't -- doesn't feel that<br>21 you're doing things just like they want them<br>22 done, depending on how controlling that manager<br>23 is, that means -- at least in my case, I tend to<br>24 get less than -- a lower rating than I really<br>25 should get. | 92 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 1993-1993 | Admin<br>Cedar Rapids, IA | 310: 8 Q. My question really was do you regard yourself as<br>9 the only person who had the onus of gathering<br>10 together documentation and negotiating<br>11 strategies before going into a performance<br>12 review session with Erdman?<br>13 A. I am -- I know that I had to gather specifically<br>14 with -- that I had to gather a large amount of<br>15 information for my performance review. And, to<br>16 my recollection, I didn't see where other<br>17 individuals who reported to Mr. Erdman had to do<br>18 the same. | 310 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 313:18 . . . [A]s an example, in -- in<br>19 some of those reviews you can see where it says<br>20 Rod Arnold does not get back to customers in a<br>21 timely manner. Yet under communication it says<br>22 I meet expectations in all areas. Communicates<br>23 well, listens well, responds in a timely manner.<br>24 So those are two very conflicting items listed<br>25 in -- on the same page. | 313 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 1994-1996 | Admin<br>Cedar Rapids, IA | 327:19 Q. Okay. And you wanted to be measured differently<br>20 than the rest of the business unit?<br>21 A. Well, I -- I felt that that measurement was<br>22 unattainable and inaccurate. So I wanted to be<br>23 measured effectively for doing our jobs<br>24 properly.<br>25 Q. Are you alleging or intending to allege that<br>328: 1 this KRA under customer satisfaction is a<br>2 racially discriminatory KRA?<br>3 A. No.<br>4 Q. Is there any KRA in Exhibit Number 3 that you<br>5 claim to be racially discriminatory?<br>6 A. Other than the sheer volume of key results.<br>7 Q. The sheer volume of key results you're claiming<br>8 is racially discriminatory?<br>9 A. I'm claiming that that was designed to -- to --<br>10 to make me fail and, as a result of that, what<br>11 would have caused damage to my career.<br>12 Q. What's the basis for your saying that the key<br>13 results were designed to make you fail? | 327-28 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 14 A. Well, the -- I think the recommendation in -- in<br>15 the PMP for establishing objectives is to have<br>16 five to seven objectives. And this -- if you<br>17 look at the -- just count each of those<br>18 paragraphs as one, there's a lot more than five<br>19 to seven. And I would submit that my peers and<br>20 -- and just take the same discipline of<br>21 distribution, did not have an equal amount. | |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 1994, 1996 | Admin<br>Cedar Rapids, IA | 334: 3 Q. Is it your intention to be accusing Tom Erdman<br>4 of intentionally setting you up for failure?<br>5 A. I'm not accusing Tom Erdman as much as just<br>6 identifying that the system and the way that the<br>7 system is executed by Cargill managers tends to<br>8 develop a bias against -- against employees that<br>9 -- that, if there is some perceived difference<br>10 in -- in any fashion that's -- that's not of the<br>11 typical Cargill mold, that creates a -- a black<br>12 mark against that employee.<br>***<br>17 . . . And you have to remember<br>18 that a key component of my job was managing the<br>19 Customer Service Department or customer<br>20 satisfaction department. So if I failed to<br>21 properly satisfy customers, we would have lost<br>22 customer sales, which we did not. Our sales<br>23 increased. We would have had a huge problem<br>24 with our sales organization. We did not. But<br>25 yet I was ranked below expectations in -- in<br>335: 1 that particular area. I was ranked below<br>2 expectations in competitive advantage for the<br>3 business, yet our business continued to grow and<br>4 I was a pivotal person in -- in that area. . . | 334-35 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | 2000-2001 | Corn Milling<br>Minnetonka, MN | 366: 4 Q. What's wrong with the objectives that you had<br>15 for 2000 and 2001?<br>16 A. Take 3, 4, 5 -- 3, 4 and 5 by themselves -- I<br>17 could put a -- a personal -- for 40 hours a week<br>18 and for the five months, four months that I was<br>19 there and they would not get those done. That's<br>20 why two of them we were able to -- to<br>21 accomplish, but at the expense of others.<br>22 Q. So it was too much to do is what you're saying?<br>23 A. Yes.<br>24 Q. Is any one of them an inappropriate KRA for your<br>25 position?<br>367: 1 A. No.<br>2 Q. Was it racially discriminatory on the part of<br>3 Peter Cleary to give you this much to do?<br>4 A. It -- it created an unfair situation that -- or<br>5 an -- that potentially could have led to<br>6 failure.<br>7 Q. Do you believe that there were white peers of<br>8 yours that had less workload into their KRAs?<br>9 A. I believe there was, yes. | 366-67 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | After demotion in 1999 | Excel<br>Dodge City, IA | 13. When I started at Cargill, management used the Management by Objectives ("MBO") system to give performance evaluations. Later, the system switched to the Performance Management Process ("PMP"). Before my demotion, I received good performance evaluations. I received meets or exceeds expectations. After they demoted me, Mr. Stafford tried to give me a bad review. The department had goals it was supposed to meet and we had met all those goals. However, he made sure that my review was as bad as possible. Under communication, he said that I didn't demonstrate openness to feedback from others and so I was marked below expectations. Yet, he wrote under expectations that I wrote and spoke concisely according to the assignment and the audience. I know that he re-wrote my review several times because it was so inconsistent. Still, everyone in the nursing department received a bonus that year but me. | Para. 13<br>59, 189-94 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 99:16 Q. When you became starch coordinator sometime<br>17 in 1996, what's the first PMP you recall where you<br>18 didn't feel it was an accurate reflection of your<br>19 work?<br>20 A. When Randy started doing them.<br>21 Q. Give us Randy's last name again?<br>22 A. Randy Benesh. [Caucasian]<br>23 Q. Is Randy who filled out your PMP?<br>24 A. Yes.<br>25 Q. Did anyone else fill it out?<br>100: 1 A. I think Teresa approved them. Teresa<br>2 approved them.<br>3 Q. What part of the evaluation did you think<br>4 wasn't a fair reflection of your performance?<br>5 A. I think I remember one time he scored me low<br>6 on customer service, working with others. I think<br>7 those are the only two I can remember.<br>8 Q. When you say he scored you low, what ranking<br>9 did you get?<br>10 A. I think I got below expectations -- or below<br>11 exceed -- below expectations.<br>12 Q. Did you talk to him about those marks?<br>13 A. Yes.<br>14 Q. Did you tell him you thought they were<br>15 unfair?<br>16 A. Yes.<br>17 Q. What was his response?<br>18 A. He just said that that's what he -- that's<br>19 what he thought where I was and that's why he gave me<br>20 those marks.<br>21 Q. Did he give you suggestions on how to<br>22 improve?<br>23 A. Yeah. He wrote in there -- they have a<br>24 location -- a spot where they write in there<br>25 suggestions.<br>101: 1 Q. Did you get the below expectation ranking<br>2 more than one year in a row?<br>3 A. No.<br>4 Q. Did you get that when you first became<br>5 starch coordinator --<br>6 A. Huh-uh. | 99-101, 103 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 7 Q. -- or towards the end?<br>8 A. Towards the end when Randy came in.<br>9 Q. How about the PMPs before that? How were --<br>10 A. They were meets to exceeds. I had exceeds<br>11 on several things.<br>***<br>103: 5 Q. So this is sort of -- Okay. When Mr. Benesh<br>6 filled out the evaluation that you disagreed with, do<br>7 you think he lied in evaluating your performance?<br>8 A. Yes.<br>9 Q. Do you think he put false information in the<br>10 PMP written report?<br>11 A. Yes.<br>12 Q. What part did you think was false?<br>13 A. The main one was me -- my ability to work<br>14 with others. That would be the first thing I would<br>15 say is my strongest point. I get along with others,<br>16 and I didn't quite understand that. Then my customer<br>17 service, that one really bothered me. I didn't -- I<br>18 didn't know how I could have gotten that one. I<br>19 haven't had -- or I didn't have any kind of<br>20 complaints or where I was lacking at. | |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | During Employment | Admin<br>Minnetonka, MN | 160: 4 Q Did you ever see any documents that you thought<br>5 were discriminatory toward African Americans?<br>6 A I felt that the PMP document and process was<br>7 something that could definitely be used --<br>***<br>10 Q And explain what you mean.<br>11 A That the measures on the PMP form, the process<br>12 itself, is a very subjective measure. And depending on<br>13 the manager who is performing the PMP, they can use<br>14 that -- that process for evaluation to discriminate<br>15 against African Americans. | 160 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | 1999 | Admin<br>Minnetonka, MN | 231: 7 Q No, at any time during your employment, did you<br>8 ever complain about any of your ratings?<br>9 A Yes, I did.<br>10 Q And when was that?<br>11 A The last performance review I had at Cargill.<br>12 Q Okay. And what were you rated on that<br>13 performance review?<br>14 MS. STRATTON: Objection, vague.<br>15 Q What was the overall rating?<br>16 A Overall, I believe I was a meets. | 231 |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2000 | Admin<br>Minnetonka, MN | 221:22 Q Why did you not sign the review in 2000?<br>23 A I believed it was inaccurate.<br>24 Q And?<br>25 A And I also believed that it was not prepared<br>222: 1 with the comments in the review, and the ratings were not<br>2 prepared by my supervisor, Stephen Ward.<br>3 Q Who do you believe they were prepared by?<br>4 A By an outside consultant who was assigned to<br>5 work with our group.<br>6 Q And who was that?<br>7 A David Umland.<br>***<br>222:11 A He was with Radian, R-A-D-I-A-N.<br>12 Group<br>***<br>223: 4 Q And why do you think that he didn't prepare the<br>5 review?<br>6 A Because I don't -- to be honest with you, I<br>7 don't think Steve Ward knew enough about what I was doing<br>8 to prepare the review. I was pretty much kept at<br>9 arms-length, and we had very, very few discussions about<br>10 what I was working on and my progress, and day-to-day<br>11 direction just was not there.<br>. | 221-23 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | During Employment | Admin<br>Minnetonka, MN | 425: 8 Q And why do you believe that the PMP has<br>9 negatively impacted African Americans as a group as<br>10 compared to Caucasians?<br>11 A . . . I believe that there's<br>12 subjectivity built into the instrument that because of,<br>13 perhaps, more -- being more familiar with Caucasian<br>14 managers and Caucasian employees, that it works better<br>15 for them, and because of their established relationship,<br>16 than it does for the more distant relationships that<br>17 African Americans tend to have with their white managers. | 425 |
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | After July 1997 | Excel<br>Wichita, KS | 13. The next job I had after Cargill was short-lived because the company was sold and decided to move to a different location. Mr. Hye [Caucasian former supervisor] called my job and left me a voicemail after he had heard that my company was sold and that I would be out of a job. He was laughing about my situation. He actually was enjoying the fact that I was now out of work. The message upset me greatly. | Para. 13<br>Fowler 50-52, 66, 117-118, 130 |
| Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | 1995-1996 | Excel<br>Ottumwa, IA | 9. Shortly before I made the decision to leave, I received a directive from Mr. Mellinger that Cargill was changing its evaluation procedure. Cargill was in the process of implementing a new evaluation procedure, the Performance Management Program (PMP). I had to train everyone on the new evaluation process. I was sent to an off-site training session in Omaha, Nebraska where all human resources managers participated in learning the PMP and how to train new employees on the PMP. Although I did not stay at Cargill long enough to conduct evaluations under the PMP, I could see that the process could be manipulated to produce discriminatory results. The supervisor is the person responsible for the reviews and has the final say in what is on the review. If the supervisor does not evaluate the employee through the whole year, there are likely to be surprises for the employee because in my experience, supervisors do not take the time to evaluate employees, so when review time comes around, the supervisor focuses on the recent negatives. Minorities often will have worse reviews because of the lack of coach/employee relationships. That is especially true when the supervisor is Caucasian and the employee is a minority because Caucasian supervisors tend to feel more comfortable with Caucasian employees, which allows a better coach/employee relationship to develop which, in turn, fosters better communication. Since the supervisor may not be as comfortable with African American employees, those employees often receive low scores in communication. | Para. 9<br>Gosby 229-240 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | 1998 | Excel<br>Wichita, KS | 52:15 Q. Did you think that it was unfair<br>16 that all new employees would be just given a<br>17 meets expectations rating for that first year?<br>18 A. Yes.<br>19 Q. Why?<br>20 A. Because I think that you can do --<br>21 you can do -- exceed above average in a shorter<br>22 period of time than what I was told. | 52 |
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 165:17 Q And there's an indication you've shown<br>18 improvement in Canadian operational accounting, and then<br>19 talking about some deteriorated performance. Did you<br>20 agree that you'd shown some improvement in Canadian<br>21 operational accounting?<br>22 A Actually, my opinion, I was doing the same work<br>23 I always was doing with Canadian operations. He just<br>24 chose to review it as an improvement. | 165 |
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 168:15 Q Okay. Then the next paragraph says, "I want to<br>16 work with you to help turn your performance around.<br>17 Please don't hesitate to see me whenever you have<br>18 questions or need feedback on your job performance."<br>19 Was that in the document when you saw it the<br>20 first time?<br>21 A I don't recall, but it may have been.<br>22 Q Did you believe it?<br>23 A No, I don't believe it in the fact that if that<br>24 was the case, he would have helped me along the way as<br>25 far as training. | 168 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | 1999 | CCI<br>Minnetonka, MN | 321:22 Q. If you look at page 3, just below the halfway<br>23 point, an entry, "felt PMP structure loose in CCI."<br>24 Do you recall saying that or sharing that thought<br>25 with [Karen] Sachs in the context of [your exit interview]?<br>322: 1 A. Yes, I did.<br>2 Q. And whether you used those precise words,<br>3 what were you trying to convey to Ms. Sachs with<br>4 respect to CCI's PMP process?<br>5 A. That Mr. Hamm did not sit down with me to,<br>6 you know, discuss his, that he asked me to put<br>7 together my PMPs, we did not add any of his concerns<br>8 or any of his objectives for me throughout the PMP<br>9 process. It was more or less I felt as if an<br>10 afterthought of his to go into the PMP. I had to<br>11 bring the PMP process to him instead of him bringing<br>12 the PMP process to me. | 321-22 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 253:23 A. It was unfair to African-Americans in that the<br>24 people making judgments about them, if that person did<br>25 not like you, then they could -- they could score you<br>254: 1 unfairly on this form.<br>2 Q. So despite whatever the process was that they<br>3 were supposed to do, they could give you a lower score,<br>4 right?<br>5 A. I don't know that there was actually a process<br>6 in place that they used to make these kinds of<br>7 decisions. | 253-54 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2000 | CIS<br>Chicago, IL | 275:19 And I say that because I think that he<br>20 basically went through the -- through the motions of<br>21 filling out these PMP forms simply because it was<br>22 something that had to be done. I don't think that he<br>23 had a real interest in my career and where I wanted to<br>24 go within the company. I think he was happy to have me<br>25 working for him as an administrative assistant, and I<br>276: 1 think that's where he wanted me to stay. | 275-76 |

## Summary Exhibit 4 (Amended)

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | During Employment | Salt<br>Baltimore, MD | 313: 6 A. In terms of the overall policy, I find that it's hypocritical that Cargill says one thing and does another. They say you have to have "meets" or "exceeds expectations" on your PMPs, and I had that, and I had a number of "exceeds expectations," but those, that documentation of my performance was clearly ignored. So they say one thing and they do another. So the whole process to me is hypocritical because they don't make their basis or judgments for hiring within, at least regarding to African-Americans, and particularly myself, based on the working knowledge of a person's work ethic and their dedication to the company. | 313 |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | During Employment | Salt<br>Baltimore, MD | 314:10 A. It's a system that's set up to look fair, to be fair, and -- but I don't think it's, I just don't think it's used fairly.<br>Q. What do you mean?<br>A. I think some areas are subjective, like I discussed yesterday regarding communication. And from my understanding, that's supposed to lead into the KEIS program to a certain extent. I'm not exactly sure how. That's subjective. I think that's probably based on, more on who you know, not your job skills and qualifications. I think that's how a lot of things are based at Cargill; who you know, not what you know. | 314 |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | During Employment | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 276:14 Q. Did individual employees have input into how the -- into the goals under which their performance would be evaluated?<br>A. No, sir. | 276 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2001 | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 283:21 Q. And is there something about the way your<br>22 performance was evaluated that you feel is<br>23 discriminatory?<br>24 A. Yes.<br>25 Q. And what's that?<br>284: 1 A. The person that started that evaluation was<br>2 not even there enough time to even express those<br>3 thoughts about me, you know, to do that evaluation. . .<br>***<br>7 Q. And, so, what about -- what about that do<br>8 you find to be discriminatory?<br>9 A. As I said before, he wasn't there for a<br>10 certain amount of time -- long enough to evaluate me.<br>11 No one else got that -- that treatment or that --<br>12 those type of bullets on their evaluation but me.<br>13 Q. How do you know that?<br>14 A. Because I asked.<br>15 Q. Who did you ask?<br>16 A. I asked other crew leaders. . .<br>***<br>285: 1 Q. When did you ask this group of people that<br>2 question?<br>3 A. Around July 2001, when I received the<br>4 evaluation. | 283-85 |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | During Employment | NAGOC /<br>GRNOSNA<br>Fayetteville, NC | 291: 4 Q. What did Mr. Cowan share with you about<br>5 Mr. Crawford?<br>6 A. He [crew leader] did share some information about<br>7 Mr. Crawford and another gentleman that was at the<br>8 time no longer with the company, he was terminated,<br>9 an African-American.<br>10 Mr. Crawford and that person spoke, had<br>11 verbal words towards each other. Mr. Crawford didn't<br>12 care for the way that gentleman was performing on his<br>13 job, and they got into some verbal slurs back and<br>14 forth. And he mentioned that Mr. Crawford called the<br>15 guy out of his name, used the "N" word, and the guy<br>16 retaliated by, "You're just mad because your sister<br>17 is married to a black guy." | 291 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2002 | Salt<br>Tampa, FL | 335:23 Q. Did you at any point in time discuss with<br>24 Mr. House -- Well, do you have some understanding as<br>25 to who entered those manager comments on this<br>336: 1 document?<br>***<br>5 A. Mr. Jody House.<br>6 Q. Did you ever have an occasion to discuss<br>7 with Mr. House these comments that he had entered on<br>8 this document?<br>9 A. No.<br>10 Q. Did you have some sort of reaction to these<br>11 comments when you reviewed them upon receiving your<br>12 personnel record?<br>13 A. Yes.<br>14 Q. What was your thought at that time?<br>15 A. Personally, I was outraged.<br>16 Q. Why was that?<br>17 A. Untrue.<br>18 Q. What parts -- It notes here, Chris is simply<br>19 lacking experience necessary to properly do his job.<br>20 Chris will be put back as an operator to gain this<br>21 experience. Chris has very good people-skill<br>22 leadership abilities, but it is imperative that Chris<br>23 use this time to gain the knowledge necessary to<br>24 properly troubleshoot. | 335-36 |
| Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | 2001 | WWPHOSPH /<br>PHOSPHPPROD<br>Tampa, FL | 164: 1 A. Because I didn't think it was fair. I didn't<br>2 understand why I was put on it. [PIP]<br>3 Q. What did Mr. Morris say?<br>4 A. He told me that this was a learning<br>5 experience for Cargill and we hadn't used these PIPs<br>6 a lot and, you know, just use it as a learning<br>7 experience and try to figure out what I needed to do<br>8 to improve whatever Don was having problems with.<br>9 Q. What was your response to Ozzie Morris'<br>10 suggestion?<br>11 A. I asked him why I had to be the learning<br>12 experience. . . | 164 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | 2001 | WWPHOSPH /<br>PHOSPHPPROD<br>Tampa, FL | 197:23 Q. Did you talk with Ozzie Morris about his<br>24 decision to return your PMP to draft status?<br>25 A. Yes, and I conveyed to him that I didn't<br>198: 1 agree with the fact that it was being put back in,<br>2 and that I was going to be reevaluated, you know,<br>3 after my evaluation has been completed. I've went<br>4 through the same process as every other person as far<br>5 as sitting down with my boss and getting evaluated,<br>6 and now because at the end of the process my boss<br>7 decides to put comments in there that are insistent<br>8 with the evaluation, that I've got to be reevaluated<br>9 to match his comments.<br>10 Q. What did Ozzie Morris say?<br>11 A. He said, well, don't look at it that way. To<br>12 go ahead back through the process and, you know, he<br>13 didn't think it was going to be as bad as I thought<br>14 it would be. But the end result was that I had to go<br>15 back through the process. | 197-98 |
| Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | 2001 | WWPHOSPH /<br>PHOSPHPPROD<br>Tampa, FL | 293: 8 Q. Why not just sign the second PMP and comment<br>9 that you don't agree with some of the changes?<br>10 A. Because I had been all the way through the<br>11 PMP process and its completeness one time with my<br>12 boss, we agreed where the evaluation was. I did not<br>13 feel it was fair that I was getting pulled back in,<br>14 all of my evaluations changed or some of them<br>15 changed, and now you're rerating me when I had<br>16 already been through the complete process just like<br>17 that statement about every Cargill employee. I don't<br>18 think they were pulled back in to do a second PMP. | 293 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | During Employment | NAS<br>Dayton, OH | 334:13 A. And I believe an overall review gave you a little<br>14 bit of a bone of an exceed expectations where they say<br>15 that you're here, you know, even if you qualify, I just<br>16 don't think that they're as eager to say you exceed<br>17 expectation in this area so you deserve that mark, I<br>18 think there's some hesitation to actually do that, to<br>19 keep you in a meets. I don't think that it's as equal.<br>20 Q. You're saying that there's more of a likelihood<br>21 to keep African-American employees in the meets than to<br>22 step them to exceeds?<br>23 A. I think so. | 334 |
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | During Employment | NAS<br>Dayton, OH | 336: 3 Q. Do you have any basis for knowledge that white<br>4 employees are getting exceeds?<br>***<br>7 A. Well, the fact that it, at least the time I was<br>8 at Cargill, it seemed that more white employees were<br>9 promoted in similar or same positions quicker than the<br>10 black employees that were equally qualified. So in that<br>11 sense I guess yes. | 336 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | During Employment | CFI<br>Minnetonka, MN | 437:19 Q. I'm asking you, Mr. Scott, as you sit here do<br>20 you have any complaints about your employment in CFI<br>21 other than what you have already testified to?<br>22 A. Yes.<br>23 Q. What is that?<br>24 A. The material that was placed in my personnel<br>25 file, it was completely one-sided, all negative.<br>438: 1 Q. And these are the documents relating to the<br>2 performance issues that your supervisor had observed?<br>3 A. The ones that he documented?<br>4 Q. Correct.<br>5 A. Yes.<br>6 Q. Did you ever place anything into your<br>7 personnel file that was a rebuttal to any<br>8 performance, written performance feedback you<br>9 received?<br>10 A. If I knew that they were there, I would have.<br>11 Q. Did you place any documents into your<br>12 personnel file that was a rebuttal to any feedback<br>13 you received?<br>14 A. Due to the fact I did not know they were in<br>15 my personnel file, no. | 437-38 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1997-1998 | CFI<br>Minnetonka, MN | 579:12 A. Well, my experience with Cargill, the way it<br>13 developed, especially the last 18 months, has put a<br>14 bad taste in my mouth and probably caused me to have<br>15 a little distrust, actually a lot of distrust in how<br>16 people are chosen for, and how people rate me and how<br>17 people are chosen for promotions. So my, when I<br>18 first started with Cargill, you know, I came in gung<br>19 ho, ready, I want to be a manager, I want to be<br>20 president, I want to run the whole show, and I was<br>21 gung ho. I was die hard, committed, Cargill<br>22 employee. Passed up job opportunities for better<br>23 locations to stay with the company, you know. I was<br>24 under consideration that was, if you work hard, do<br>25 your best, you will get advancement opportunities.<br>580: 1 That's the way I was raised.<br>2 After leaving Cargill and reviewing my<br>3 personnel files and how one-sided those documentation<br>4 in my files were, gave me a whole different<br>5 perspective on how people view you, or how they<br>6 viewed me and, yes, I felt strongly that race had<br>7 some impact in that. | 579-80 |
| Sharp, Jacqueline T.<br>Declarant - Potential Class Member<br><br>09/20/83 - 03/06/96 | 1995 | Corn Milling<br>Memphis, TN | 12. Near the end of my tenure, Cargill switched to a PMP review process and Mr. Gardner was the one who conducted my reviews. On my PMP review in June 1995, I received a bad evaluation (below expectations) and was put on a six-month improvement plan. Again, the supposed problem was communication. I do not think my PMP was fair or accurate. In my opinion, PMP measured personality and not merit or actual job performance. In that same review, under the PMP process, I was told that I was "antagonistic". No one had approached me prior to the review to discuss that with me. Also, Mr. Gardner asked my co-workers to give their opinions about me, but I was not given the same opportunity to evaluate them. Management would set objectives and goals for me, which were not in line with my goals and objectives. I believe I had higher goals than what others had. | Para. 12 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | 1999 | Corn Milling<br>Memphis, TN | 181: 6 Q All right. And were there anything about the<br>7 comments that you believe are inaccurate or<br>8 inappropriate?<br>9 A Yes.<br>10 Q Okay. Which ones?<br>11 A The complete comment. The example, "not<br>12 leaving work early during shutdown days, communication<br>13 issue, managing your shift employee." The day of the<br>14 down, I asked Darren Litle was it all right for me to<br>15 leave. I had been there several hours. He said yes, it<br>16 was okay for me to leave at the time that I asked him,<br>17 and then he brought it up and reprimanded me for it in my<br>18 job performance. | 181 |
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | During Employment | CIS<br>Chicago, IL | 292:13 . . . I feel that I was really, you know, getting,<br>14 the ratings I had gotten, each of my PMPs I had<br>15 gotten at least some exceeds. I think my, was it<br>16 '97-98 that we went over, I had, my overall was an<br>17 exceeds. Maybe it was '98-'99.<br>18 Then I complained about discrimination, I<br>19 don't get any exceeds on my next evaluation, I'm all<br>20 meets, I don't have any exceeds at all, and I feel<br>21 that that was a result of my complaining about<br>22 discrimination, that they were getting back at me. | 292 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2001 | WWPHOSPH /<br>WWFERTDIS<br>Tampa, FL | 244:16 A. The first meeting we went through the<br>17 performance review, the quarterly review, and<br>18 compared the things that I was supposed to be doing<br>19 with the 60-day probation letter.<br>20 Q. Which quarterly review, the first quarterly<br>21 review or the second quarterly review?<br>22 A. Well, they're both the same. We used the<br>23 same document that we have our annual review on, the<br>24 PMP form, and so it was that form and it probably had<br>25 comments from the first quarter review and second<br>245: 1 quarter review.<br>2 Q. Okay.<br>3 A. And from that review talked about the things<br>4 that were listed as problematic on the 60-day<br>5 probation letter. We went through each of the five,<br>6 six, maybe seven items that were listed, and there<br>7 was no compelling evidence in either of the<br>8 situations that still, in my opinion, warranted<br>9 probation. | 244-45 |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2001 | WWPHOSPH /<br>WWFERTDIS<br>Tampa, FL | 246:17 And I also questioned whether, if there was<br>18 problems, you know, why wasn't it, you know, brought<br>19 to my attention in the three-month time period as<br>20 opposed to, for a review period, to give me an<br>21 opportunity to address it or correct it. No response<br>22 on that. | 246 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2001 | WWPHOSPH /<br>WWFERTDIS<br>Tampa, FL | 251:14 . . . He asked<br>15 repeatedly were there problems with my work and were<br>16 there problems with my technical skills and Greg --<br>17 and this probably happened in the first meeting as<br>18 well. And Stephen nor Mareda were like, we don't<br>19 have problems with Jackie's work. She can do<br>20 whatever she needs to do. She does good work, she<br>21 communicates with, I mean there was actually a<br>22 comment in one of the reviews where it was I exceeded<br>23 expectations on taking responsibility and<br>24 communicating with other teammates, and I pointed<br>25 that out. And Mareda's comment to that was, well,<br>252: 1 it's not consistent.<br>2 And so my comment was, so we're going to take<br>3 one incident where you don't get both sides of the<br>4 story, you take one person's side of the story, you<br>5 don't question me about it but you punish me for it. | 251-52 |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2001 | WWPHOSPH /<br>WWFERTDIS<br>Tampa, FL | 252:10 . . . I said, you know, we<br>11 have people who actually curse coworkers out, curse<br>12 Stephen out, and I asked has that person been put on<br>13 probation? Because that's definitely a communication<br>14 problem. Their response again was, you know, that's<br>15 none of your business. | 252 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 2000 | Admin<br>Minnetonka, MN | 267: 2 A. When I was, when I was having my performance<br>3 review with John [Ringquist] [Caucasian] I indicated to him that I believed<br>4 that I met and exceeds expectations or somewhat<br>5 exceeds expectations, . . .<br>***<br>8 I listed for him contributions that I made while I<br>9 was in his department that last time and the value of<br>10 those contributions to the company, and the major<br>11 contribution was my role within the Windows, with the<br>12 Windows 2000 project that was rolling out that caused<br>13 me to get a Leo award from their, from the people<br>14 that were working in that, in that department, as<br>15 well as they gave me, they did a performance review<br>16 on me and gave some real specific examples of how I<br>17 really contributed significantly to the success of<br>18 their goals for that project. And that wasn't, that<br>19 wasn't enough for John. He perceived those same<br>20 things differently.<br>21 The other -- and so I, I went back and forth<br>22 with him on it and we ended up submitting it with me<br>23 getting an overall "meets expectation," . . . | 267 |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2001 | Salt<br>Tampa, FL | 185:12 Q. Do you believe that Mr. Crawford intentionally<br>13 discriminated against you on the basis of your<br>14 race when he evaluated your performance in<br>15 what's been marked as Exhibit 7?<br>16 A. I believe all -- all the PMPs is discriminating<br>17 against all African Americans, including myself.<br>18 Q. Okay. Why is that?<br>19 A. Well, I have not looked at anyone else's PMPs,<br>20 but others that talked about it said they should<br>21 have been what it isn't -- like, not talking to<br>22 management, but talking to other employees.<br>23 They weren't happy about certain information in<br>24 their -- in their PMPs. Was upset. And it's<br>25 basically most African Americans was.<br>186: 1 Q. Okay. White employees talk about it -- being<br>2 upset over their PMPs?<br>3 A. No. African Americans. | 185-86 |

**Summary Exhibit 4 (Amended)**

# SELECTED PMP EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | During Employment | Salt<br>Tampa, FL | 186: 13 Did you believe that there was anything<br>14 discriminatory about the PMP before you talked<br>15 with Sprenger & Lang?<br>16 A. Yes.<br>17 Q. When did you first believe that there was<br>18 something discriminatory about the PMP?<br>19 A. When I start to understand what that PMP is.<br>20 And then how just upset other African Americans<br>21 were regarding how certain things were put in<br>22 there. | 186 |
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>Minnetonka, MN | 369:18 Q Did you view the evaluation process as an<br>19 opportunity for your employer to give you feedback?<br>20 A I reviewed the -- the first time around, I<br>21 thought it was a process to receive feedback. Subsequent<br>22 to the second time around, I thought it was a process to<br>23 be used as kind of a tool to be held against you if your<br>24 supervisor didn't particularly care for the way you did<br>25 whatever it is you did that he didn't like. So I viewed<br>370: 1 it as a tool of, I don't know, reprimand or more like an<br>2 error than anything else. | 369-70 |
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | 1998 | Minnetonka, MN | 399: 9 Q Mr. wright, I'm showing you what's been marked<br>10 as Wright Deposition Exhibit No. 26. Do you recognize<br>11 this?<br>12 A Yes, it would be the PMP that Kevin Kohler<br>13 completed in approximately June of '98.<br>***<br>18 Q And you indicated that you approved the review<br>19 on June 24th, 1998?<br>20 A I indicated I approved it, because I was under<br>21 the belief that I didn't have any choice but to.<br>***<br>402: 1 Q So you feel that's subjective criteria against<br>2 which to measure whether an individual communicated<br>3 adequately in the job?<br>4 A The criteria might be objective, but the actual<br>5 evaluation can still be subjective. | 399-402 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1997 | Corn Milling<br>Minnetonka, MN | 29:10 Q. Sure. Why did you testify that when you became<br>11 an Ethanol/CO2 sales rep that was not a promotion? Why<br>12 wasn't it a promotion?<br>13 A. At the time that I received the duties of<br>14 marketing CO2, I had not received, I did not receive any<br>15 increase in pay. The increase in pay for the job that I<br>16 had already done was given to me at a later point in time<br>17 without -- it was not called a promotion to me, it wasn't<br>18 marketed to me as a promotion by my management. | 29 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 101:14 Q. You also talked about your opportunities for<br>15 advancement being limited. What do you mean by that?<br>16 A. Oftentimes during my career with Ethanol I talked<br>17 to Terry about opportunities for advancement, what would<br>18 be my next assignment. I did not know if I necessarily<br>19 wanted a long-term career in Ethanol because I felt as<br>20 though I may have limited exposure to the rest of<br>21 Cargill, and I was often told that I would be better off<br>22 developing a long-term career in Ethanol and getting one<br>23 very large promotion at the end of my time frame in<br>24 Ethanol as opposed to having several baby step<br>25 promotions.<br>102: 1 I was never approached as was customary<br>2 during that time frame for new job opportunities within<br>3 corn milling or externally, although I also indicated a<br>4 desire to want to learn new things and a desire to become<br>5 a manager within a reasonably short time frame. | 101-02 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 103: 5 Q. Other than Ms. Jaffoni had you talked with anyone<br>6 else at Cargill about your desire to be promoted during<br>7 that time period?<br>8 A. Yes.<br>9 Q. Who else?<br>10 A. I talked to Pete Boynton, who was the vice<br>11 president of sweetener sales. I talked to Doug Punke,<br>12 who was the division merchandising manager. I talked to<br>13 Bill Trecker, who was the product line manager for<br>14 Ethanol. And I talked to Jodi Horner, who was involved<br>15 with SBD, Strategy and Business Development. And I<br>16 talked with, I've forgotten her name now, but she was an | 103 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 17 HR assistant for Cargill Energy. And the last two<br>18 conversations were towards the end of my time frame with<br>19 Ethanol when I realized that I wasn't going to get any<br>20 help from Ethanol to move on. | |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 105: 8 Q. Now, did Mr. Boynton ever say or do anything that<br>9 you believe was somehow discriminatory?<br>10 A. I believe his offering of an entry-level position<br>11 to me was discriminatory.<br>12 Q. Why?<br>13 A. The two previous people that had left the<br>14 Ethanol/CO2 sales group and moved into a Sweetener area<br>15 of responsibility had been offered higher-level<br>16 positions. | 105 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 113: 5 Q. Is there anything about your experience as an<br>6 entry-level merchant that leads you to believe that Mr.<br>7 Punke didn't provide African Americans with opportunities<br>8 in merchandising?<br>9 A. I saw that Mr. Punke would provide other<br>10 merchants within the organization an idea of their career<br>11 path as merchants within the Corn Milling organization<br>12 and he did not do that for me. | 113 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 117: 25 Q. Did Mr. Trecker do or say anything that you<br>118: 1 believe was somehow discriminatory?<br>***<br>3 . . . In retrospect I believe the offering of<br>4 nonposted jobs to individuals I believe was<br>5 discriminatory.<br>***<br>16 A. As I stated before, the positions weren't posted,<br>17 and for an employee to move from one organization to<br>18 another within Cargill has to be with the knowledge of<br>19 the hiring manager and the manager that the employee<br>20 currently reports to. | 117-18 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2000 | Corn Milling<br>Minnetonka, MN | 156: 24 Q. Why do you believe that Mr. Oiler's promotion to<br>25 the national account manager position was somehow<br>157: 1 discriminatory?<br>2 A. Because I believe that it was another example of<br>3 Cargill, for lack of a better term, tapping someone on<br>4 the shoulder for a promotional opportunity and not making<br>5 that promotional opportunity available for all interested<br>6 parties to compete for. | 156-57 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2001 | Corn Milling<br>Minnetonka, MN | 168:25 Q. Why do you believe that the selection of Mr.<br>169: 1 Warnke was somehow discriminatory vis-a-vis you?<br>2 A. I believe that this was one of the first examples<br>3 of a management opportunity that Mr. Schmit had indicated<br>4 that I could compete or would be available for me and<br>5 when I applied for this, when I applied for this<br>6 position, the ultimate, the person who was ultimately<br>7 chosen did not have a sales background and was brought<br>8 from another part of the business unit into the sales<br>9 family when there were, when there was a comparable<br>10 salesperson who's running to management who was told that<br>11 he was being brought to Salt to be developed into a<br>12 manager, and I don't believe I was given a fair shot for<br>13 that position. | 168-69 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1998 | Corn Milling<br>Minnetonka, MN | 179: 7 Q. Do you believe that there was something<br>8 discriminatory about the fact that Doug Corselius was<br>9 selected to fill the eastern region position?<br>10 A. Yes.<br>11 Q. Why?<br>12 A. I believe that his -- that my territory and my<br>13 experience level was held against me and Doug's was not.<br>14 I believe we have -- we had similar experience levels<br>15 within Cargill, or excuse me, I believe I had more<br>16 Cargill knowledge than Doug. Doug had been in Salt for<br>17 the same amount of time as me, he comes from a larger<br>18 territory, but I have just as much business knowledge as<br>19 he does. But Cargill Salt was uncomfortable with me<br>20 moving into a regional sales manager job. I was told<br>21 that. | 179 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1998 | Corn Milling<br>Minnetonka, MN | 183: 3 Q. Do you know how many other candidates there were<br>4 for the SBD position?<br>5 A. I know that the original candidate pool was<br>6 approximately 55 candidates.<br>***<br>16 Q. How about of the eight who advanced to<br>17 interviews?<br>18 A. There was one African American, myself; there<br>19 were two Caucasian females; there were two Latin American<br>20 males; and there were three Caucasian males.<br>21 Q. Who were the successful candidates for those<br>22 positions?<br>23 A. One Caucasian male and two Caucasian females. | 183 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1998 | Corn Milling<br>Minnetonka, MN | 264: 6 Q. . . .<br>7 . . .you write, "Deterred from seeking<br>8 promotion by Terry Jaffoni."<br>9 A. Yes.<br>10 Q. What is that about?<br>11 A. When I indicated my interest in applying for the<br>12 position within Strategy and Business Development, I was<br>13 discouraged by Terry and I did not receive her support.<br>14 And management support is key to a rotation analyst<br>15 successfully achieving their position. | 264 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 18:20 A. . . . As an employee we had an implicit<br>21 or we have an implicit trust in our managers.<br>22 Consequently my -- my primary focus was proving<br>23 myself as a capable employee and trusting my<br>24 managers to use their influence and -- and<br>25 awareness to allow me to move into bigger jobs. | 18 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 440:10 Q. Okay. Do you consider yourself to have been<br>11 successful at Cargill so far?<br>12 A. Not exactly.<br>13 Q. Talk about the answer in some more depth.<br>14 A. I'm still gainfully employed, but to me success<br>15 is -- is based on continued -- continuing to<br>16 climb the corporate ladder. So since I am going<br>17 in the opposite direction at this point in time,<br>18 I would say that I've -- I've not been as<br>19 successful as other Cargill employees. | 440 |
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 379: 8 Q. And the allegations are that those in the CLDP<br>9 program who were Afghan [sic] American are alleged not<br>10 to have advanced as much or to the degree as<br>11 their counterpart Caucasians.<br>12 Are you making that claim?<br>13 A. Yes.<br>14 Q. For yourself?<br>15 A. Yes.<br>16 Q. And what factual basis do you have for your<br>17 experience supporting that claim?<br>18 A. Well, I -- I surveyed approximately -- oh, 25 or<br>19 so of the -- of my classmates -- or fellow<br>20 participants. And all of us were in roughly the<br>21 same range of job grades. Out of that group<br>22 that I surveyed three are at vice president<br>23 level or above.<br>***<br>380: 8 And the balance of those individuals -- oh, I<br>9 take that back. About 18 of the individuals are<br>10 department heads, directors or general managers.<br>11 And the remaining four have left the company.<br>12 So I -- I think that's a pretty impressive --<br>13 pretty impressive group of -- of individuals.<br>14 Q. Is it your testimony that your career path is --<br>15 has progressed least out of everybody in your<br>16 class?<br>17 A. On a -- a -- certainly out of the individuals<br>18 that have stayed with Cargill, yes. | 379-80 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 84:16 . . . Where did you first hear this<br>17 notion that within 12 to 18 months you would be moved<br>18 out of your assignment?<br>19 A. From what I recall, the first notion was in<br>20 the literature at the career center.<br>***<br>11 A. During the first and second interviews it was<br>12 discussed in terms of the career path. It was also<br>13 discussed with Karen Sachs in terms of the career<br>14 path. It was also discussed with John Culmer in<br>15 terms of the regular, typical career path. And<br>16 that's all I can remember right now. | 84-85 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 101: 1 Q. Sure. Was there a way that employees in your<br>2 position, you know, relatively new merchants in the<br>3 Grain division, could find out about opportunities in<br>4 other areas?<br>5 A. No, not formally.<br>6 Q. Was there an informal way that you were aware<br>7 of?<br>8 A. Yes.<br>9 Q. And what was that manner or method?<br>10 A. The Cargill grapevine system.<br>11 Q. And how did that, if you know, how did that<br>12 informal grapevine system operate?<br>13 A. As I understood, the informal grapevine<br>14 system was who, who you knew, who knew you, and who<br>15 had an opening and who wanted, whoever had that<br>16 opening, who they wanted to fill it with, or ideas of<br>17 who they wanted to fill it with.<br>18 Q. And who were the people that were on the<br>19 grapevine, or would it have been, you know, managers<br>20 at various locations?<br>21 A. Yes, it would have been those managers<br>22 included in the grapevine and corporate HR. | 101 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2000 | NAGOC<br>Houston, TX | 221: Q. What did you tell Ms. Johnson then about the interview process that occurred in Tampa?<br>A. From what I remember, it was along the lines of what took place during the interview in terms of the questions and abnormalities of the discriminatory questions and things of that nature.<br>Q. Okay. Did you ask Ms. Johnson to look into the matter further on your behalf?<br>A. No.<br>Q. Did she indicate that she was willing to do that?<br>A. No.<br>Q. What did she say when you raised these issues with her?<br>A. From what I remember, it was along the lines of it's not really a surprise, it's how things work and that's how Cargill functions.<br>Q. And what wasn't a surprise, the fact that these questions were being asked?<br>A. The fact that discrimination in the interviewing process happens.<br>222: Q. And did Ms. Johnson say that to you, those words or words close to that?<br>A. In so many words. | 221-22 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2001 | NAGOC<br>Houston, TX | 249: 3 Q. Okay. He asked you what you felt went wrong<br>***<br>7 A. From what I remember, I told him I think<br>8 Cargill brings and recruits heavily on<br>9 African-American colleges and brings African-American<br>10 in to satisfy EEOC requirements that they legally<br>11 have to satisfy. Once they get these<br>12 African-American kids or students in, they have no<br>13 career path opportunities even extended to them, that<br>14 their Caucasian peers have the same opportunities, or<br>15 actually that their Caucasian peers are extended<br>16 opportunities that the African-American students are<br>17 not even given the opportunity to explore, and that<br>18 Cargill is good at, in so many words, setting up<br>19 recruiting, getting on recruiting schedules at black<br>20 colleges and they get students in for internships and<br>21 then posi50tions, and then once they get them in,<br>22 there's no career path, no opportunity.<br>23 Q. Did Mr. Culmer [Manager, African American] have a response to what you<br>24 just said?<br>25 A. He agreed with what I was saying. And his<br>250: 1 words, in a roundabout way, is that they did need to<br>2 just stop recruiting at African-American colleges<br>3 because they weren't going to provide opportunities<br>4 for these African-American students that they brought<br>5 in. | 249-50 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 324:10 Q. And regarding lack of promotions, who<br>11 specifically among your Caucasian peers do you feel<br>12 got earlier or more frequent promotions than you did?<br>13 A. All of my Caucasian peers. . .<br>***<br>325:<br>7 . . . did you apply for any<br>8 of the positions or any of the promotions that you're<br>9 aware these people received?<br>10 A. I wasn't aware of any of the opportunities to<br>11 apply until after they had been given the promotions. | 324-25 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2001 | NAGOC<br>Houston, TX | 357:12 Q. Okay. Did he [John Culmer, African American] indicate to you that he knew<br>13 the names of people who were being thrown around for<br>14 promotion?<br>15 A. No.<br>16 Q. Did he indicate that he wasn't able to submit<br>17 names of his own for consideration?<br>18 A. Indirectly, yes.<br>***<br>21 A. He indicated in that through the grapevine<br>22 openings that were available were hand-picked and<br>23 filled with individuals based on who they knew and<br>24 who knew them. | 357 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 1999-2000 | NAGOC<br>Houston, TX | 388: 8 Q. What was the available position in Port Allen<br>9 to which you're referring?<br>10 A. There was a merchandising position available<br>11 in Port Allen.<br>12 Q. Is that a position that Ms. LaBlanc got? Is<br>13 that wrapped up in the same thing or is that<br>14 something different?<br>15 A. From what I remember, yes.<br>16 Q. How did you find out that this position<br>17 existed?<br>18 A. I found out the position existed when it was<br>19 filled.<br>20 Q. Do you know when it was filled?<br>21 A. From what I remember, it was '99 to 2000.<br>***<br>389:<br>5 A. At that time from the information I had, no,<br>6 I do not believe it was posted. | 388-89 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2001 | NAGOC<br>Houston, TX | 396:22 Q. Did Mr. Culmer [African American] ever tell you that he had<br>23 applied for positions and hadn't received them?<br>24 A. Indirectly, yes.<br>25 Q. In what indirect way did he tell you that?<br>397: 1 A. During a conversation I had with John Culmer<br>2 at a lunch a few days before I was forced to leave<br>3 Cargill, John Culmer indicated that -- actually I | 396-97 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 4 asked him if he would have changed anything about his<br>5 position, his experience with Cargill, and he said<br>6 yes. He then went on to say that he knew he had<br>7 reached his full, or the top position within Cargill<br>8 while he was in Houston and that he knew he was not<br>9 going to go any further. Based on opportunities<br>10 presented to him in the past, he knew he had reached<br>11 his peak within Cargill promotion-wise. | |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 103:13 Q. Well, what I'm trying to, I guess, inquire<br>14 about is I understand from your previous answers<br>15 there wasn't a, at least initially there perhaps<br>16 wasn't a formal way that people, that a merchant<br>17 employee would learn about other merchant openings,<br>18 right?<br>19 A. Correct.<br>20 Q. So if you as a merchant didn't know about<br>21 other openings, how would, regardless of -- who would<br>22 be the person who would be aware of both your<br>23 performance and the opening and be able to match the<br>24 two up? What was your understanding of how that<br>25 would operate?<br>104: 1 A. My understanding was that Dave Schimke in the<br>2 corporate HR department knew of the openings and knew<br>3 of each individual merchant's performance based on<br>4 feedback from their manager and through their<br>5 performance evaluations that they had access to. | 103-04 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | During Employment | Excel<br>Dodge City, IA | 22. Rickey Jones (African American) was always passed over for promotions even though he had been there for years and had a lot of experience. There was also an African American couple whose names I cannot recall, but I think they were both in engineering. They did not last long at Cargill and I think the husband was mistreated during his employment at Cargill. From my observations, it also seemed that the African American human resource employees were treated differently—as if they were set up to fail. | Para. 22 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 1999 | Excel<br>Dodge City, IA | 4. In 1999, Mr. Stafford informed me that I was being demoted. I was never told why I was demoted. I think I was demoted because I kept my duty regarding medical confidentiality and the managers did not respect confidentiality. It appeared to me that management wanted to use confidential information and wanted to get people off restricted duty as quickly as possible, sometimes too quickly. I was very upset about being demoted because I felt more than anything that the Plant Manager, Dan Schnitker (Caucasian), wanted a Caucasian Occupational Health Manager. I feel that way because there were rumors that Mr. Schnitker had said that the problem with the plant was that it was run by too many minorities. He started replacing people of color in management positions. To me, it was obvious that Mr. Schnitker did not like people of color.<br>***<br>6. Before I was told that I was demoted, Cargill either advertised or searched for a replacement for my position. Cargill management then thought they had filled the position, so Mr. Stafford told me that I was being demoted. Shortly after that, the person they hired decided not to accept the job. I was asked to stay as Occupational Health Manager until they could fill the position. I told them that I would rather take my position on the shift than move back up only to move down again. Cargill then hired Carl Gookins (Caucasian) to replace me as Occupational Health Manager. Mr. Gookins had been a nurse for a while, but he had no occupational health experience. He was later fired in 2000 because he did not know what he was doing. Doris Heiland (Caucasian), who I had hired and trained in February 1999, took over Mr. Gookin's position. She received this position, even though she had very little experience. | Para. 4, 6<br>152-57, 161-65 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 2000 | Excel<br>Dodge City, IA | 7. The nursing staff switched from salaried to hourly in 2000. I wanted to stay salaried, so I looked for a new position at Cargill. In February 2000, there was an opening for a Case Manager. I spoke to Mr. Gookins about the position and he informed me that the qualifications were to have nursing experience and be able to communicate in Spanish. I had all those qualifications. Yet, the job was given to Connie Schermerhorn, who appears to me to be Caucasian. She was less qualified than I was. She spoke Spanish, but had no experience as a Case Manager and she had no occupational health experience. Mr. Gookins, Mr. Schnitker and Dave Stafford (Caucasian), Human Resource Manager, made the promotion decision.<br>8. At that point, I felt like resigning. I was frustrated by watching less experienced Caucasians receive positions that I was qualified for. I actually submitted my resignation, but I rescinded it when the employees I took care of asked me not to leave. | Para. 7-9<br>169-73, 176-77 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 9. Mrs. Schermerhorn did not last long at that position at Cargill. She moved to first shift to help the first shift nurse. Her position was open in November 2000. I applied again, and this time, I got the job. This just proved to me that I was qualified the first time, but that I wasn't given the position because of my color. | |
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 11. I also felt that I was passed over for other promotional opportunities during my tenure at Cargill. I felt that I could become an Operator. There were Operator openings in the Starch Department while I was there. I felt I was not able to become an Operator because I was African American. | Para. 11 |
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | During Employment | Corn Milling<br>Cedar Rapids, ID | 13. I think overall, Cargill has a problem of promoting African Americans. In addition to what happened to me, I knew a few others who were denied promotions. Glenn Jones (African American) worked in the plant and I know that he had tried to be promoted several times without success. The reason this continues as Cargill is because the type of people that are brought in to management positions have that idea of the "old boys club" and so it continues to carry on the same way it always has. | Para. 13<br>87-88 |
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 3. A little less than a year after I started, I was promoted to Starch Coordinator in the Sales Department. I had actually put in a bid to be a Supervisor at the Eddyville plant, but I was told that I would not want to live there. I remained a Starch Coordinator until I was terminated on May 30, 1998. | Para. 3 |
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | During Employment | Corn Milling<br>Cedar Rapids, ID | 7. Cargill was not consistent in the promotion process. Some openings at Cargill are posted. During my tenure at Cargill, I saw some postings for administrative jobs and plant jobs. Some job openings were not posted, such as operator positions, accounting positions, sales positions, and management positions. Those positions were not posted because it seemed to be "who you know" at Cargill and not necessarily how good your work was. In general, friends/golfing buddies of the boss seemed to get more promotions than anyone else. It seemed to me that management didn't post jobs because they would fill the job with the person they wanted, so there was no need for them to say there was an opening. Those people who received promotions were Caucasians. | Para. 7 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1995-1996 | Corn Milling<br>Cedar Rapids, ID | 8. While at Cargill, I was looking for promotional opportunities. I did some research and found that Cargill had a supervisory position open in Eddyville, Iowa. I met the qualifications and so I applied for the job. Management came back with my application in hand and asked if I really wanted the job. Mr. Blazer mentioned that I may not want to work at that plant because of "cultural differences." I was never interviewed for the position. Mr. Klawitter [Caucasian] received that position. I think that Ms. Heightman or Mr. Blazer made the promotion decision. | Para. 8 |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 1990-1997 | Oilseeds<br>Minnetonka, MN | 143:11 Q And while you were in oilseeds from 1990 to 1997, did anyone do anything to you that you felt was discriminatory in any way?<br>A Not overtly. Of course, there were positions during that time period that I thought I should be considered for that I wasn't, promotions. I was denied promotions. | 143 |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2001 | Admin<br>Minnetonka, MN | 200: 1 Q Now, with respect to this transportation distribution manager in salt/deicing, that's a position you say you applied for?<br>***<br>Q Okay. Did you complete an application for the position?<br>A Yes, I did.<br>***<br>201: 11 A Yes, we did. The job had been posted, I believe, as a salary class 11, and Mike [Merriweather] got back to me and said, you know, I'm fully qualified for the job, but that it had been posted at the incorrect salary class, that he believed the job was really a 9.<br>Q Okay.<br>A And then he proceeded on to say that they had someone in their office that was about ready to make that step, and they had selected that person. | 200-01 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2000 | Admin<br>Minnetonka, MN | 204:16 Q And when was this PDI position available?<br>17 A Well, from the document, it appears that it was<br>18 in June of 2000.<br>19 Q And how did you learn of the opening?<br>20 A Actually, Stephen Ward mentioned something<br>21 about it to me and suggested that I apply for it.<br>22 Q Had you ever applied for a position in HR?<br>23 A No.<br>24 Q Had you ever worked in HR while you'd been at<br>25 Cargill?<br>205: 1 A No.<br>***<br>206:20 Q Did you discuss the position with anybody?<br>21 A Only with Stephen Ward, who suggested that I<br>22 apply.<br>23 Q Did he tell you why he was suggesting it?<br>24 A He told me that perhaps I'd be good in that<br>25 kind of a position. I got the distinct feeling he was<br>207: 1 trying to get me out of the department.<br>***<br>208: 2 A . . . I think<br>3 I know who eventually got the position.<br>4 Q And who was that?<br>5 A I believe it was Karen Saks. (phonetic) | 204-08 |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | During Employment | Admin<br>Minnetonka, MN | 278: 2 I . . . The people that I<br>3 know that have been successful in advancing their careers<br>4 have done so through personal relationships.<br>5 Q Okay. And who is that?<br>6 A Nearly everyone in my group seemed to advance<br>7 their career through personal relationships, including<br>8 people like Richard Dolski, Doug Montgomery, Gene Van't<br>9 Hof. | 278 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 2000 | Admin<br>Minnetonka, MN | 291:25 Q Has Doug Montgomery received any positions for<br>292: 1 which he is not qualified?<br>2 A Yes.<br>3 Q And what is that?<br>4 A When he was named rail leverage manager.<br>***<br>8 Q And was this a position for which you had<br>9 applied?<br>10 A Yes.<br>11 Q And when did it become open?<br>12 A It became open after Richard Dolski departed<br>13 the North American Transportation Logistics Services area<br>14 and moved to corn milling. And that would have been the<br>15 summer of 2000.<br>***<br>19 A I had applied for the position originally when<br>20 we were organizing CTI with Stephen Ward [Rail Leverage Manager]. I had written<br>21 a short memo to him outlining the skills and the<br>22 experience that I had in negotiating rail rates for<br>23 Cargill over the past 15 years. | 291-94 |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 1998 | Admin<br>Minnetonka, MN | 293:17 Q And you indicated that you submitted a memo to<br>18 Mr. Ward?<br>***<br>21 A . . . I got no response, other than the<br>22 announcement that -- that that position had been given to<br>23 Richard Dolski, and I was asked to assist on the rate<br>24 management team.<br>25 Q Did you tell him that you didn't want to assist<br>294: 1 on the rate management team?<br>2 A I didn't say I didn't want to assist on the<br>3 rate management team. I did say that I didn't think it<br>4 was a very challenging position and that someone with<br>5 lesser skills and experience could probably fill that<br>6 position.<br>***<br>296:18 A Well, I don't believe Mr. Dolski has any<br>19 graduate experience; I have an M.B.A. I certainly have<br>20 worked in more positions, with more business units at<br>21 more locations. I was one of the chief negotiators for | 293-97 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 22 our rail transportation contracts while I was in<br>23 oilseeds, handling basically all of the refined oils<br>24 contracts. I'm not aware that -- that he had any kind of<br>25 a track record in negotiating millions of dollars worth<br>297: 1 of contracts each year with the railroads. | |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 1998 | Admin<br>Minnetonka, MN | 506: 5 Q Did you ever complain to Mr. Ward about not<br>6 being considered for any of the positions which you<br>7 discussed earlier?<br>***<br>10 A I did complain to him about not being selected<br>11 to -- to lead the rate management project. And I think<br>12 he talked to me about, you know, how important my<br>13 contribution could be on the team. I did talk to him<br>14 about not being selected the first time for the rail<br>15 leverage job. | 506-07 |
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 1999 | CIS<br>Chicago, IL | 67:15 Q Now, I want to talk about the time that you<br>16 were a regulatory consultant from February 1st of 1999<br>17 until, I believe you testified, about April 1st of 2000.<br>18 Did anything occur during that time period when you were<br>19 regulatory accountant that you believe was somehow<br>20 discriminatory?<br>21 A Well, the way that I got the position, Dick<br>22 Driver had called me into his office and asked me if I<br>23 wanted to have -- take that position. He indicated that<br>24 Heidi and I would be switching positions. She would go<br>25 to treasury and I will be coming back to accounting as a<br>68: 1 regulatory. And I kind of remember him indicating that I<br>2 remember you showed interest in the position, something<br>3 to that effect, and so I accepted. And it was like maybe<br>4 six months after we were in our new positions, Heidi<br>5 became the treasury supervisor. | 67-68 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Ford, Glenn<br>Declarant - Potential Class Member<br><br>12/08/69 - 11/01/96 | During Employment | Administration<br>Minnetonka, MN<br>(Office Center) | 3. I stayed at Cargill until November 1996. When I left, I was running the biggest press there (two color GTO) and my job title was Printer VII. For a very long time, I was the only one who knew how to use that machine. It seemed that we were never really promoted in the printing department, just that the machinery would advance and we would have to learn new technology. | Para. 3 |
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1997 | Excel<br>Wichita, KS | 3. I left Cargill in July 1997. I had been disappointed about not receiving support from my manager, Mr. Hye, in terms of pursuing advancement opportunities. A headhunter called me concerning another opportunity with a different company, so I left to pursue that opportunity. | Para. 3<br>129 |
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1996-1997 | Excel<br>Wichita, KS | 6. I feel that I was passed over for two promotions while I was at Cargill. When Ms. Kennedy left, Mr. Hye was given her job, even though he had only been there a year. The position was never posted. Management did not say how Mr. Hye got the job. I felt that I should have at least been asked about the job, but the decision was a 30 minute discussion behind closed doors. Mr. Hye ended up with the job, even though I had more seniority and more Cargill experience.<br>***<br>111: 1 Q. Do you remember talking to anybody that you<br>2 felt that you had deserved that position<br>3 instead of Doug Hye?<br>4 A. No. Other than Doug Hye; we had an<br>5 interview and he thought -- he was surprised<br>6 that I didn't get the position and he did.<br>***<br>11 Q. How did this conversation come about?<br>12 A. He set up interviews with all of the staff<br>13 and we had a luncheon and we went out and we<br>14 discussed particulars and that was one of<br>15 the first things that he said to me. | Para. 6<br>57-59, 111 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1997 | Excel<br>Wichita, KS | 7. Shortly before I left, I had been looking on the Cargill website for job openings. I found a position for a Senior Consultant at my location. The posted qualifications were: knowledge of multiple functions of the company. My abilities included payroll, financials, JDE support for Cargill worldwide and knowledge of the following platforms: PC, midrange and mainframe. I met all the posted qualifications. I had done a lot of payroll work and converting systems. I was very knowledgeable of many of the functions the job required. I felt I would be the most qualified candidate. I wanted to conduct further research on the position, since it was newly created. I asked human resources about the position, but they could not tell me anything about the job. I asked human resources what I could do to be eligible for that position, but I never got a response. Mr. Hye indicated to me that the only chance I had at that position was if I learned to "walk on water" or something similar. I became very discouraged at that point and so I never applied for the position because I felt that without Mr. Hye's support, I had no chance at the job.<br>8. I don't think that anyone received the position while I worked at Cargill. I was disappointed because I had really wanted that position. The position was basically for an expert IT Consultant on multiple functions and platforms. The person would have to know a lot about the whole company and be able to multitask. I felt I was perfect for the position, yet the position remained open because Mr. Hye would not support my application. | Para. 7-8<br>59-60 |
| Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | During Employment | Excel<br>Ottumwa, IA | 6. I was aware that I was not the only African American who was denied a promotion. I knew two African American women who worked at the corporate office in Minneapolis. We would talk from time to time on the phone, and they often mentioned how they had not received promotions either. I believe they ended up quitting shortly after I did to find better opportunities. | Para. 6<br>202-03 |
| Hill, Michelle E.<br>Declarant - Potential Class Member<br><br>05/16/88 - 08/02/95 | During Employment | CMD<br>Kansas City, MO | 4. I do not remember ever seeing a posting for an open office position. As I understood the promotion process, job openings were not posted because Cargill's managers already had people in mind for the open positions. It seemed to me that Caucasian employees were favored in that process. | Para. 4 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Hill, Michelle E.<br>Declarant - Potential Class Member<br><br>05/16/88 - 08/02/95 | During Employment | CMD<br>Kansas City, MO | 5. I had heard about other African Americans being denied promotions. For example, Kim Rose, who worked in the traffic department, applied for several promotions, but she never advanced at Cargill. | Para. 5 |
| Hill, Michelle E.<br>Declarant - Potential Class Member<br><br>05/16/88 - 08/02/95 | During Employment | CMD<br>Kansas City, MO | 6. The only people I saw receiving promotions were Caucasian employees. I personally felt discriminated against because of my race and I felt that Cargill was discriminating against African Americans in general. I feel this way because of my experience in not getting the supervisory position that I was promised by Mr. Spears, Kim's experience of repeated denials of promotions, and observations of Caucasian employees getting promoted. | Para. 6 |
| Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | | | 79:15 A. I only recall, after my second assignment to<br>16 Burns Harbor I recall Doug Childers telling me that<br>17 in the placement of minorities, they make every<br>18 attempt to place us where, it's pretty much a safe<br>19 type of environment to be in.<br>***<br>23 . . . Not all environments are willing to<br>24 accept or embrace and help nurture, cultivate a<br>25 minority person to, a person of color to really<br>80: 1 mature and grow in the business. So the company was<br>2 making a special effort, pretty much, to place us<br>3 where they thought we could get the nurturing and<br>4 growth that we needed.<br>5 Q. And do you see anything wrong with that<br>6 approach?<br>***<br>10 A. I think it's a personal decision. I should<br>11 be, I or any other person of color should be<br>12 presented opportunities, as a fair work environment<br>13 just presented an opportunity, and if there is some<br>14 objection on our part, I have not lived in an<br>15 environment that I can't live in, that I've<br>16 experienced difficulty, so I think I could live<br>17 anywhere, so they didn't have to be selective about<br>18 where they place me. You just put me there with the<br>19 job opportunity and I could do it. | 79-80 |

## Summary Exhibit 5 (Amended)

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | | | 203:25 A. I discussed with Mr. McLain the evaluations.<br>204: 1 I cited that I didn't think they were fair. Every<br>2 opportunity I had in an evaluation mid-review I<br>3 expressed my concern about compensation, and<br>4 opportunities to be promoted, to learn other areas of<br>5 merchandising. | 203-04 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 80: 6 Many of the -- Many of the promotions and --<br>7 and raises and bonuses that were given were -- were done<br>8 so on a very -- in a very subjective way. If you<br>9 happened to be buddies with your manager, if you went<br>10 out drinking after work and maybe you -- you visited<br>11 each other on the weekend and did things together, you<br>12 were more likely to -- to move ahead in the company<br>13 than -- you know, than a person who was African-American<br>14 and who did not do those things. | 80 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2000 | CIS<br>Chicago, IL | 203: 25 Q. If I'm trying to put these in time order, it<br>204: 1 looks like the first one is January of 2000, where you<br>2 claim you didn't get a promotion to an IT customer<br>3 support analyst position, that went to Tony Bertronski?<br>4 A. Yes.<br>***<br>7 Q. What was the position? What did it involve?<br>8 A. It was an IT customer support analyst, which<br>9 was basically a help desk position. I don't have the<br>10 information in front of me right now, so I can't tell<br>11 you all of the details. I cannot recall all of the<br>12 details.<br>13 Q. Was that a job that was posted somehow?<br>14 A. Yes, I believe it was posted.<br>***<br>208:<br>22 Q. What is it that you think was discriminatory<br>23 against you based on race that Mr. Bertronski got that<br>24 position instead of you?<br>25 A. I was not given the opportunity to interview<br>209: 1 for it. | 203-04, 208-09 |

**Summary Exhibit 5 (Amended)**

## SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2001 | CIS<br>Chicago, IL | 243: 4 Q. Are you making any claims in this lawsuit with<br>5 respect to this possible promotional opportunity in May<br>6 of 2001?<br>7 A. I believe that any position that I would have<br>8 applied for at Cargill would have been impacted by the<br>9 claim of racial discrimination.<br>10 Q. Why?<br>11 A. Because of -- Because of the senior management,<br>12 because of the atmosphere that was tolerated at that<br>13 company.<br>14 Q. And the atmosphere you're referring to is the<br>15 atmosphere that you described yesterday with the<br>16 specific examples, correct?<br>17 A. It's that, and it includes -- it includes the<br>18 atmosphere that management could -- that it includes the<br>19 fact that management could discriminate against<br>20 African-American employees without fear of being<br>21 punished for that. | 243 |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | During Employment | Salt<br>Baltimore, MD | 283: 7 A. She voiced concern about particular managers<br>8 such as Venker and Schmit and how they did some<br>9 things under the table and how it was a good ol' boy<br>10 network to a certain extent.<br>11 Q. Are you saying that [Ms. Tsgoinus, Customer Service Manager] expressed concerns<br>12 that she thought Mr. Venker or other managers were<br>13 discriminating against people on the basis of race?<br>14 A. Yes.<br>15 Q. That's what she said to you?<br>16 A. I don't know if that was the exact words, but<br>17 we had discussions about discrimination.<br>18 Q. What discussions did you have about<br>19 discrimination?<br>20 A. We discussed how I felt wronged to a certain<br>21 extent.<br>22 Q. That you felt wronged about not getting<br>23 promotions?<br>24 A. That I felt like I had been done wrong.<br>25 Q. By not getting a promotion?<br>284: 1 A. Yes. | 283-84 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1997-1998 | Salt<br>Baltimore, MD | 110:19 A. I was told that there was this system in place in<br>20 Cargill, I'm not really sure of all the<br>21 information, but Mike Venker had kind of said it<br>22 one day, that promotes people internally; and if<br>23 you get on this list, that you would kind of be<br>24 like a rising star within the organization. So I<br>25 don't think I was on that list.<br>111: 1 Q. Do you remember what it was called?<br>2 A. KEIS, I think KEIS system, something like that.<br>3 I'm not sure.<br>4 Q. When did you have that conversation with<br>5 Mr. Venker?<br>6 A. Somewhere between '97 and '98. | 110-11 |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1997 | Salt<br>Baltimore, MD | 138: 2 Q. Are you claiming that you are more qualified than<br>3 Mr. Peterson [Caucasian] for that position?<br>4 A. I wouldn't say that exactly, but I did understand<br>5 the functions, the business functions of Cargill,<br>6 yes.<br>7 Q. So you felt you were qualified as well.<br>8 A. Yes.<br>***<br>139: 8 Q. What is it about the selection of Frank Peterson<br>9 that makes you believe that he was selected -- or<br>10 that you were not selected because of your race?<br>11 A. I believe he was selected because it was like a<br>12 good-old-boy type of network. He knew him from<br>13 when they were buddies at their former company, so<br>14 he was basically giving his friend an opportunity,<br>15 and that's the way a lot of things work. | 138-39 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1997-1998 | Salt<br>Baltimore, MD | 197:18 Q. And then it says that you were repeatedly denied<br>19 promotions from July '97 to April '98, correct?<br>20 A. That's what it says.<br>***<br>23 Q. You also state here that none of your managers gave<br>24 you a valid reason for getting passed over. What<br>25 kind of reasons did they give you then?<br>198: 1 A. I don't think anybody ever really gave me a true<br>2 reason. They kind of -- I felt like I was ignored<br>3 and just told to sit there. My issue with that was<br>4 I was never given the opportunity to interview for<br>5 the position. Most things seemed to happen behind<br>6 closed doors, like, hey, you got the job, don't<br>7 worry about it. So by the time I found out the<br>8 position or it became public to everybody, it was a<br>9 done deal and it was -- I felt very ignored and<br>10 passed over. | 197-98 |
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1998 | Salt<br>Baltimore, MD | 257:21 Q. What knowledge does Mr. Venker have of the<br>22 job requirements, qualifications and performance<br>23 issues that you've raised?<br>24 A. Well, as I stated yesterday, I spoke with him<br>25 personally regarding the different positions, and I<br>258: 1 had a conversation with him regarding my promotion to<br>2 a territory manager eventually, and he told me that I<br>3 had to wait and just, basically wait until he was<br>4 good and ready. That's the way it came towards me,<br>5 the tone of his voice, and I felt, from that<br>6 conversation with him, I was supposed to just grin<br>7 and bear it and just be happy I had a job to a<br>8 certain extent, and that was really unacceptable to<br>9 me because I had been on an emotional roller coaster<br>10 with Cargill and the different job opportunities that<br>11 had come up. | 257-58 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1998 | Salt<br>Baltimore, MD | 198:16 Q. To your knowledge, did any [Caucasians] find out faster<br>17 than you did about any of the openings that came<br>18 up, for instance, the Florida opening when the<br>19 territory manager was terminated?<br>20 A. Not from my understanding, but I know like when Kay<br>21 was promoted to her position as territory manager,<br>22 she was told that the job was hers, and I don't<br>23 think she went through any process. I think that's<br>24 one of the things that's wrong with Cargill. If<br>25 you're going to do something, do it right for<br>199: 1 everybody and be consistent. Don't just half do it<br>2 the way you think you feel like doing it because<br>3 it's a done deal. I think you have to have some<br>4 type of formalities within a company so you can<br>5 give everybody a fair chance to go in and do the<br>6 interview and say, hey, I could do this job if you<br>7 just give me a shot and just look at my past<br>8 record, versus just, you know, saying, sh, sh, hey,<br>9 you've got the job. | 198-99 |
| Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | 2000 | WWPHOSPH /<br>PHOSPHPROD<br>Tampa, FL | 54:21 Q. Did you apply for any other positions other<br>22 than the TSR position while you were still in phos<br>23 acid?<br>24 A. I looked into applying for some other<br>25 positions.<br>55: 1 Q. What positions were those?<br>2 A. One was an e-commerce position.<br>***<br>19 Q. Did you fill out an application or take any<br>20 other action with respect to that position?<br>21 A. No.<br>22 Q. Why not?<br>23 A. Because when I looked on the Web site there<br>24 was like a note on the bottom that said, and I'm not<br>25 sure I'm quoting it, but something to the effect that<br>56: 1 a good candidate already identified. So it led me to<br>2 believe that they had already picked who they wanted<br>3 so I didn't apply. | 54-56 |

## Summary Exhibit 5 (Amended)

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Reece, Phyllis<br>Plaintiff<br><br>03/03/93 - 01/02/00 | During Employment | CMD/CGD<br>Norfolk, VA | 89:15 A. Like I had mentioned, you know, when I asked about being promoted to these positions at my -- white counterparts were given, they kept brushing it off, stating that I would get my opportunity. | 89 |
| Reece, Phyllis<br>Plaintiff<br><br>03/03/93 - 01/02/00 | 1996-2000 | CMD/CGD<br>Norfolk, VA | 236:18 . . . So I went to Chesapeake with no raise, but was given extra assignments and was placed in position where I pretty much thought I was a maintenance supervisor until towards the end I found out that I was still categorized in a Production Low Grade B position. And those are things that -- it wasn't told to me. | 236 |
| Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1996-1998 | FMD<br>Charlotte, NC | 5. . . . From my experience and observations, I felt that I and other African Americans were limited to certain jobs and would never be able to advance into positions of higher pay or higher authority. | Para. 5<br>53-57 (03/30/04)<br>77-80 (04/27/04) |
| Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1997 | FMD<br>Charlotte, NC | 7. While I worked at Cargill, I do not recall seeing job openings posted. I found out about job openings through word of mouth. I never received a promotion while at Cargill. In 1997, I applied for a promotion. There were two Asset Specialist positions involving Mobile Home closings. I believe that the jobs were in our law department and the duties included assisting the attorney. The qualifications for the position were knowledge of customer service. I felt I met the qualifications. I told Ms. Ehrenfreund that I was interested and she turned it over to Mr. Daugherty. I did not receive the promotion. The positions went to Selina Porter (African American) and to Jackie Icenhour (Caucasian). I know that Ms. Porter was more than qualified for the position. I believe that I was more qualified than Jackie Icenhour. Jackie Icenhour came in as a temporary worker and then she got the promotion over me. | Para. 7<br>57-68, 73-75<br>(04/27/04) |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | During Employment | FMD<br>Charlotte, NC | 8. I think it was harder for African Americans to move up at Cargill. In general, I felt that friends of the boss, mostly Caucasian males, were the ones who received promotions. Ms. Ehrenfreund was the only white female I know of who ever got promoted into management. In addition to my experience, I also saw other African Americans being denied or passed over for promotions. I believe that Audrey Dixon (African American) was denied a promotion. She had worked at Cargill a long time without a promotion. | Para. 8<br>82-84 (04/27/04) |
| Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1996 | FMD<br>Charlotte, NC | 9. There was also a point where I was given more responsibility without a change in job title, pay grade or pay. After I had been at Cargill for about a year, I was asked to complete research on other accounts in addition to my regular job duties. I felt that another person could have worked full time on that job alone. Yet, here I was, doing my job and another job, and I did not even get a raise. | Para. 9<br>25-31 (04/27/04) |
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1996 | Corn Milling<br>Dayton, OH | 108: 19 Q. Did you think you should have been selected over<br>20 Ms. Bogdanski for the position?<br>21 A. Yes.<br>22 Q. Why is that?<br>23 A. Because I had -- I did have some experience in<br>24 the customer service department. She held a<br>25 coordinator's position, I held a coordinator's position.<br>109: 1 And I was just as qualified as she was.<br>***<br>14 A. Because I felt that she was a coordinator and I<br>15 was a coordinator. I don't know if they were at the same<br>16 level or not as coordinators. But I felt that she did<br>17 have a lot -- more opportunities to prepare herself for<br>18 management than I did. And the reason I say that is<br>19 because the department was sometimes frustrated because<br>20 she was out so much because she was either at a seminar<br>21 or another plant to benchmark processes or riding with a<br>22 sales rep. And all of those things are things that you<br>23 do to prepare you to obtain the knowledge that you need<br>24 to be a manager. And I don't think those same<br>25 opportunities were given to me because -- I just didn't | 108-09 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1997 | Corn Milling<br>Dayton, OH | 249:19 Q. . . .<br>20 . . . "Demotion from Corn Syrup Coordinator to High<br>21 Fructose Coordinator." Who communicated that to you?<br>22 A. Carl Hoy.<br>***<br>25 . . . [H]e tried to make it seem like it<br>250: 1 was going to be on the same level as the corn syrup<br>2 coordination position but I knew that it wasn't because<br>3 the duties were very, very different. However, this was<br>4 right at the time of the cutbacks when they started to<br>5 shut down the plants, the product lines on the plants,<br>6 and he brought me into the office and he said, "Tonya,<br>7 the high fructose position has really changed and we need<br>8 somebody strong and detail oriented and we feel that you<br>9 can handle it," because I had been there for years so he<br>10 saw what my strengths were, and he said, "We need you to<br>11 kind of consider you taking the position." And I recall<br>12 asking him, "Do I have a choice?" And the answer was,<br>13 "No, not really, you don't have a choice." So they<br>14 basically they put me in the position. | 249-50 |
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1997 | Corn Milling<br>Dayton, OH | 291: 1 A. . . . In the beginning<br>2 when I started prior to Marty taking that position, I<br>3 don't see from our reviews, from the comments that were<br>4 made on my reviews prior to Marty that there was any<br>5 reason why I should not have had that position, I<br>6 deserved that position and I did not get it, instead they<br>7 hired a less-qualified white male. | 291 |
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1995 | Corn Milling<br>Dayton, OH | 317:14 A. There was a position in East Chicago,<br>15 Indiana.<br>16 Q. And what was the position?<br>17 A. Inside sales manager.<br>18 Q. And when was that open?<br>19 A. 1995 I believe.<br>20 Q. And when did you learn of the opportunity?<br>21 A. 1996.<br>22 Q. So you learned about it after it had been<br>23 filled?<br>24 A. Yes. | 317 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | During Employment | CFI<br>Minnetonka, MN | 576: 8 A. I would like to seek damages of lack of<br>9 opportunity for advancement. I mean it still to this<br>10 day behooves me how you can work for a company for<br>11 six, seven years, have positive performances, every<br>12 performance review you mention you want to progress<br>13 to the point you get into management level, and never<br>14 even had the opportunity to be trained in that type<br>15 of, go in that direction. Don't even be considered<br>16 seriously. This is my interpretation. | 576 |
| Sharp, Jacqueline T.<br>Declarant - Potential Class Member<br><br>09/20/83 - 03/06/96 | During Employment | Corn Milling<br>Memphis, TN | 5. I frequently wrote in my performance reviews that I would like to be promoted. Each time that happened, my manager (Kathy Garrison, Dennis Diles or later Mitch Gardner—all Caucasian), would not agree with me. By that I mean that every employee had the option to write about career goals, promotions, etc at the end of the MBO review form, however, I was told that obviously I could write there about wanting to be promoted, but since my reviews were not that great, I would not receive a promotion. I felt very limited in terms of promotional opportunities because I knew from those reviews that I did not have the support of my managers. In addition, I never received any information on management openings in my department. When a new position would be created, someone would be brought in and the employees would then be informed of the position and of the person hired for that position, thus allowing no opportunities for me to apply for those positions. | Para. 5 |
| Sharp, Jacqueline T.<br>Declarant - Potential Class Member<br><br>09/20/83 - 03/06/96 | During Employment | Corn Milling<br>Memphis, TN | 6. I often witnessed Caucasian employees who came in with less seniority and less experience, and they would be promoted even if they were new to that department. For instance, someone from another lab would come in and become manager of the fructose lab without ever having worked on that lab bench before. These positions were rarely posted, and so I found out about them only after management announced the changes. Most of those positions went to Caucasians. While I was with the fructose lab, there were four female Caucasian managers and three male Caucasian managers. The pattern of Caucasians in supervisory positions did not just occur in the fructose lab; Caucasian males held most of the nine management positions throughout the Memphis plant. | Para. 6 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | During Employment | Corn Milling<br>Memphis, TN | 46:11 A. I felt like my -- I felt like the opportunities<br>12 were not there that I believed in many years ago. I had<br>13 bad experiences in the workplace. I also questioned -- I<br>14 felt like I was being underpaid. And I felt like there<br>15 was discrimination in the workplace. | 46 |
| Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | 1998 | Corn Milling<br>Memphis, TN | 139: 8 Q. In this lawsuit are you complaining that you were<br>9 discriminatorily denied any promotions?<br>10 A. Yes.<br>11 Q. What promotions are those?<br>12 A. One is the commercial manager position that I<br>13 just mentioned. The product manager's position was<br>14 eliminated and it was a natural progression to the<br>15 commercial managers because they had some of the similar<br>16 responsibilities. But I was not considered or offered<br>17 the position, and the position, the general manager,<br>18 Creager Simpson, I guess was the one responsible. I'm<br>19 not sure if he was totally responsible for it but I asked<br>20 him about it and he told me that well we already really<br>21 had some -- he said Well, it's a senior position so we<br>22 already have someone in mind for it.<br>***<br>140:17 Q. Who was the successful candidate?<br>18 A. Oh, Kathy Garrison.<br>***<br>141:17 Q. Would the position of commercial manager have<br>18 been a lateral move for you from your product manager<br>19 position?<br>20 A. I believe it would have been a step above the<br>21 product manager's position in that he called it a senior<br>22 position. It may have been like a grade level higher,<br>23 I'm not sure.<br>***<br>142: 2 Q. Was it a posted position?<br>3 A. No.<br>***<br>143:12 Q. Is Kathy Garrison Caucasian?<br>13 A. Yes.<br>*** | 139-144 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 21 A. I don't believe that she was any more qualified<br>22 than I was.<br>23 Q. Why?<br>24 A. Because we both had had similar experiences. She<br>25 had more experience on the technical side, but I had more<br>144: 1 experience on the sales side. I had dealt with customers<br>2 far more, I mean, since the beginning of my career; she<br>3 spent more time in-house. So we balanced each other out. | |
| Smith, Candy McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 103: 1 Q. Sure. I want to capture the whole time you<br>2 worked at Cargill, and all of the employees with whom<br>3 you had any interaction, did anybody at Cargill say or<br>4 do anything that you felt was disriminatory based on<br>5 race during the time you worked for the company?<br>6 A. Well, no one said anything, but I didn't see<br>7 any African-Americans's being promoted.<br>8 Q. Anything other than that?<br>9 A. No. | 103 |
| Smith, Candy McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | 1997 | CIS<br>Chicago, IL | 10. Then right before I left in 1997, I applied for the job of Assistant to the Office Manager position. The qualifications were not posted, but I felt with my background that I would be a perfect fit for that positions. I knew all that went on in the office and I was very good at multi-tasking. Also, I had worked closely with my manager and I had watched what she did. I did not receive that position either. I think maybe Pam Bednarz (Caucasian) received that job after I left. | Para. 10<br>127-29 |
| Smith, Candy McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 13. In addition to my situation, I witnessed other African Americans be denied promotions. I remember that Virginia Douglas (African American) had applied for different positions and had been denied promotions. There was a guy named Kennedy Jones (African American) who never got promoted and that is why he left the company. Mr. Jones had trained Jeff Callard (Caucasian) and Mr. Callard later got a promotion over Mr. Jones. | Para. 13<br>110-15 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Smith, Candy<br>McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | 1996 | CIS<br>Chicago, IL | 9. In 1996, there was a job opening in the computer area. The job was posted on the website. The qualifications were familiarity with computer terms and knowledge of computer software. I tried to apply for that position, but I was told that I was not qualified. That position went to Ms. Keever. Ms. Keever did have some computer knowledge, but she had that because Cargill had given her more opportunities to learn different areas. I was not given those same opportunities. | Para. 9 |
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 60:12 All right. Tell me how you believe you were<br>13 discriminated against by Cargill.<br>14 A I feel like I was discriminated against by<br>15 Cargill based on my race, and I feel that that<br>16 discrimination led to me not being pulled off shift,<br>17 considered for a promotion. I also feel like that<br>18 discrimination forced me to resign. | 60 |
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1993-1997 | CIS<br>Chicago, IL | 48: 9 Q. When you were in the staff accountant<br>10 position from 1993 to 1997, did anything occur that<br>11 you believe was somehow discriminatory?<br>12 A. Yes.<br>13 Q. What was that?<br>14 A. When Vito Demonte {Caucasian] was brought in as a<br>15 supervisor of accounts payable to the corporate<br>16 accounting area.<br>17 Q. Anything else?<br>18 A. When Trayce Biancalana [Caucasian] was made supervisor in<br>19 treasury.<br>20 Q. Anything else?<br>21 A. When I was told to transfer to a different<br>22 unit to get necessary experience to become a<br>23 supervisor, when that unit was disbanded two weeks<br>24 after I got there. When I was in an entry level<br>25 position for about a year.<br>49: 1 Q. Was that while you were a staff accountant?<br>2 A. Right. When I didn't get a salary review or<br>3 increase for 20 months. When a position posted for a<br>4 supervisor, a position I posted for, was given to<br>5 someone else less qualified.<br><br>6 Q. What position was that? | 48-49 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 7 A. That was financial controls supervisor.<br>8 Q. And who was it given to?<br>9 A. Michelle Reynolds. When I was told I could<br>10 not be the regulatory accountant because I didn't<br>11 have experience.<br>***<br>18 Q. Anything else while you were a staff<br>19 accountant between 1993 and 1997?<br>20 A. When I was repeatedly told that supervisory<br>21 positions were being eliminated as I requested a<br>22 supervisory position. There's probably more but<br>23 that's all I can remember at this time. . . | |
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1993-1997 | CIS<br>Chicago, IL | 50:15 . . . What about Vito Demonte's arrival at CIS<br>16 was somehow discriminatory?<br>17 A. I'm not saying anything about his arrival at<br>18 CIS was discriminatory.<br>19 Q. What was discriminatory?<br>20 A. His receiving the position of accounts<br>21 payable supervisor.<br>22 Q. Okay. Was this a posted position?<br>23 A. No.<br>24 Q. Was it a position that you had expressed any<br>25 interest in?<br>51: 1 A. I wasn't aware that the position existed. It<br>2 was a position I was informally doing.<br>3 Q. Was it a newly created position when Vito<br>4 Demonte came into the position?<br>5 A. Yes. | 50-51 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1996 | CIS<br>Chicago, IL | 79: 25 A. That position [Financial Control Supervisor] became available when I was<br>80: 1 still a position controls balancer. I posted for<br>2 that, and I believe Bill Kelly told me that he had<br>3 heard that it was already slotted for Michelle<br>4 Reynolds, but nevertheless I posted for it.<br>***<br>18 Q. Did you interview for the position?<br>19 A. Yes.<br>***<br>22 Q. Other than Michelle Reynolds, do you know of<br>23 anyone else who posted for the financial controls<br>24 supervisor position?<br>25 A. No, I don't.<br>81: 1 Q. Do you know who made the decision to place<br>2 Michelle Reynolds in that position?<br>3 A. No, I don't.<br>4 Q. Is John Brucker Caucasian?<br>5 A. Yes.<br>***<br>84: 6 Q. Why do you believe that Michelle Reynolds'<br>7 promotion to that position was somehow discriminatory<br>8 vis-a-vis you?<br>9 A. Because I feel I was the better qualified<br>10 candidate. I had performed the functions of that<br>11 job, but on a broader scale for the whole company<br>12 rather than just two product lines.<br>13 Q. Would that have been a lateral move for you?<br>14 A. No, that would have been a promotion. | 79-81, 84 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1997 | CIS<br>Chicago, IL | 107: 4 A. This was a, David List was the temp I hired<br>***<br>7 . . . after<br>8 completing the budget process they made him a<br>9 manager. I felt that was discriminatory.<br>***<br>22 Q. Do you know if the position was posted?<br>23 A. I don't believe the position was posted.<br>***<br>109: 18 Q. So do you believe that you were more<br>19 qualified to hold the position of financial controls<br>20 manager than was David List?<br>21 A. I believe so.<br>22 Q. Why?<br>23 A. Because I had relevant CIS experience in all<br>24 aspects of the profit and loss, the financial<br>25 reporting, and I had, I was more familiar with the<br>110: 1 business. | 107, 109-10 |
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | During Employment | CIS<br>Chicago, IL | 254:19 Q. What, if anything, did Shaun O'Brien do that<br>20 you believe was somehow discriminatory?<br>21 A. I believe he demoted me to this third party<br>22 disbursements manager, created a position above me,<br>23 grade level 12, and put David List into that<br>24 position. My previous position as accounting<br>25 manager, gave that to Richard Levin, who had only<br>255: 1 been with the company eight months. That's all I can<br>2 think of right now. | 254-55 |
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | During Employment | CIS<br>Chicago, IL | 256:11 Q. Do you believe that Don Zyck intentionally<br>12 discriminated against you on the basis of your race?<br>13 A. Yes, I do.<br>14 Q. Why?<br>15 A. As I consistently asked for a supervisor<br>16 position I was told first one thing, then another;<br>17 supervisory positions were going to be eliminated,<br>18 when in fact two new positions were made available,<br>19 filled by Caucasians. I was told I was too nice to<br>20 be a supervisor, which I don't understand that at<br>21 all. I was told -- let me think -- that he was going | 256-57 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 22 to develop a nonsupervisory track that I would fall<br>23 into to advance, he and Steve Leone, something<br>24 different. That certainly never even came about,<br>25 even though it was not the norm that everyone else<br>257: 1 had used to advance within CIS. You advanced from<br>2 one grade level to another grade level, there was no<br>3 alternate track that was there. As a matter of fact,<br>4 it never did come about. . . | |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 1996 | Fertilizer<br>Tampa, FL | 143:17 Q. What information does Mr. Singleton have<br>18 about the lost promotion?<br>19 A. In 1996 when I found out that I really wasn't<br>20 an I/T technical analyst and was an associate, I<br>21 talked to Jay about it and he told me that he had<br>22 talked to Phillipe about it and that in his opinion I<br>23 should have been promoted to a technical analyst a<br>24 long time ago. And that's all that I remember.<br>25 Q. Did he tell you what Phillipe's response was?<br>144: 1 A. No.<br>2 Q. Did you ever talk to Phillipe about whether<br>3 you should have been promoted from associate to<br>4 analyst?<br>5 A. Yes.<br>6 Q. What was Phillipe's response when you talked<br>7 to him about that?<br>8 A. That he agreed that the skill set was in,<br>9 technical skill set was appropriate for the technical<br>10 analyst position, but he didn't feel like I should be<br>11 promoted at that time. And that if not being a<br>12 technical analyst was going to be the only thing that<br>13 prevented me from getting a job in Fertilizer, then<br>14 he would promote me. | 143-44 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999 | Salt<br>Baltimore, MD | 194: 25 A. I believe that I was being demoted because of<br>195: 1 my race because up until that time when I look at<br>2 other African-Americans that had also gone through<br>3 corporate I/T starting as an entry-level hire, no one<br>4 was able to get beyond the position that, of senior<br>5 business analyst, or at least to, to my recollection<br>6 no one else was able to move over into what would<br>7 have been a consultant or manager position from that<br>8 entry level area. There -- and when I did move into<br>9 that position I saw the continuous efforts for<br>10 preventing me from, from trying to, to work as a, as<br>11 a consultant, as I had mentioned earlier.<br>12 And I look at that, that pattern, and where I<br>13 was hoping that progress was actually taking place by<br>14 allowing me to move into that area, in fact it<br>15 appeared to the contrary, that efforts were being<br>16 made to put me back in my place, which would have<br>17 been a nonmanagement, nonconsultant position. | 194-95 |

## Summary Exhibit 5 (Amended)

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | During Employment | Salt<br>Baltimore, MD | 215:18 Q. Okay. What promotions are you claiming were<br>19 denied to you on the basis of your race?<br>20 A. As I, as I mentioned before, it was the, the<br>21 pattern.<br>***<br>216: 1 that if I actually was an individual that was<br>2 considered to be a significant contributor, that<br>3 efforts would have been made to go forward in my<br>4 behalf in retaining me and allowing me to, to move on<br>5 to, to other positions.<br>6 After several attempts to take on positions,<br>7 it became clear to me that Cargill was saying that<br>8 they did not want my services.<br>***<br>14 A. I believe that if I had been a white<br>15 individual that the position with Mike McFarlane<br>16 would have been offered to me as a business<br>17 consultant. I believe that if I had been a white<br>18 individual that the position as education manager<br>19 would have been offered to me. I believe that if I<br>20 had been a white individual my efforts to work in<br>21 Harv Kapsner's group within the project management<br>22 area would have been offered to me. I believe that<br>23 there were more positions that I can even recall that<br>24 I would have received, and promotions I would have<br>25 made if I were a white individual. | 215-16 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999 | Salt<br>Baltimore, MD | 217: 1 Q. Why do you believe that your situation with<br>2 respect to Mike McFarlane's position would have been<br>3 any different had you been white?<br>4 A. Because I saw other people in his area that<br>5 were not people of color progress, and progress<br>6 quickly with less years of experience.<br>7 Q. Who? Who were those white people?<br>8 A. Again I don't recall the specific names, but<br>9 I know while I was in the department there were<br>10 several individuals that were moved to newly created<br>11 supervisory positions that had only been with Cargill<br>12 a few years. When I look at the progression of some<br>13 of the other individuals, . . .<br>14 . . . again with less number of, of<br>15 years' experience, opportunities were made for her<br>16 that were not, that were not being given to me. | 217 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999 | Salt<br>Baltimore, MD | 237: 3 A. What I'm claiming is that there was a case<br>4 where an individual, in this case a white female, was<br>5 valued by Cargill, and in being valued by Cargill<br>6 there were efforts made to temporary place her and<br>7 then move her on to greater endeavors after that.<br>8 What I recall is in looking at the job<br>9 descriptions, the job description for that particular<br>10 position, that if we went based on responsibilities<br>11 and contributions and so forth, that I would have<br>12 been an ideal candidate. I call it discrimination<br>13 because the senior manager, Harv Kapsner, and me<br>14 talking to him, just told me two things within the,<br>15 within the same conversation; I don't even know what<br>16 you do, and then to say, you know, you're not going<br>17 to, to get this position. So I wasn't, I wasn't even<br>18 being considered. And if I'm not being considered<br>19 for a position and he doesn't even know what I do,<br>20 why wouldn't he take the time to find out what I,<br>21 what I did at least? | 237 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1999 | Salt<br>Baltimore, MD | 291: 4 A. Well, if I may, I'd like to step just a tad<br>5 bit before January of 2000 because it's all related.<br>6 I had indicated to Nancy Parten and Harv my interest<br>7 in eBusiness and becoming more involved with<br>8 eBusiness and seeing it as an opportunity for<br>9 development. Not just for myself but for the, for<br>10 the company. And I submitted actually a document to<br>11 them that, that put together a program as to how I<br>12 could become a major contributor or consultant in<br>13 that area. So -- and they basically said, you know,<br>14 no, we can't do this, period. | 291 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | During Employment | Salt<br>Baltimore, MD | 301: 4 Q. Okay. And I believe you testified that he<br>5 was doing something more for Shannon Bonkrude. What<br>6 more was he doing for Shannon Bonkrude than what he<br>7 was doing for you?<br>8 A. He kept telling her about positions that he<br>9 heard about within, within Cargill. Shannon told me<br>10 that he called her after she had left Cargill,<br>11 following up with her to see how things were going.<br>12 And I never, you know, received any phone calls like<br>13 that. I don't know if he gave her tips outside of<br>14 the Cargill walls, but I do recall her talking about<br>15 internal positions.<br>16 Q. Was Shannon conducting her job search from<br>17 home or from the office?<br>18 A. She did some of both. | 301 |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2001-2002 | Salt<br>Tampa, FL | 148: 3 Q. Okay. With respect to promotions, what do you<br>4 mean when you say "promotions"?<br>5 A. At the time that they were hiring for shift<br>6 coordinator for second shift I was not<br>7 considered. It was never posted.<br>8 Q. When was that?<br>9 A. Between 2001 and 2002.<br>10 Q. Who was the manager at the time?<br>11 A. Jim Crawford.<br>***<br>17 Q. At the time that Mr. McDorman was made<br>18 coordinator of second shift was he an employee | 148 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 19 on second shift?<br>20 A. First shift.<br>21 Q. And Mr. McDorman is -- is he Caucasian?<br>22 A. He's Caucasian. | |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2000 | Salt<br>Tampa, FL | 197:19 Do you believe that the decision to leave<br>20 you at a Process Tech IV as opposed to moving<br>21 you to a Process Tech V was made based on your<br>22 race?<br>23 A. Yes, I believe so.<br>24 Q. All right. Why?<br>25 A. Because to be a proc -- to be a shift<br>198: 1 coordinator you have to be a Process Tech V.<br>2 You have to have general knowledge of all areas<br>3 of the facility. Alan McDorman did not. And he<br>4 was -- he was promoted to a shift coordinator<br>5 in -- intent that he was to be Process Tech V,<br>6 because you cannot be a Process Tech IV and be a<br>7 shift coordinator. So he was moved up to that<br>8 position. So automatically he would have to be<br>9 Process Tech V. And he had no knowledge of the<br>10 dome or shipping and warehouse duties. | 197-98 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2000 | Salt<br>Tampa, FL | 228: 3 Q. With respect to the third item that you<br>4 mentioned this morning involving Rafeall Boyd, tell me<br>5 about that situation, why you believe that the treatment<br>6 of Mr. Boyd was somehow discriminatory.<br>7 A. Mr. Boyd has years of experience coming from a<br>8 northern salt plant. And in our facility, he was one of<br>9 the employees that trained employees such as John Smith<br>10 and Corey Montgomery and myself and Otis Jones, lot of<br>11 other employees. Even when the shift coordinator<br>12 position was given to Corey Montgomery and John Smith and<br>13 there was another posting -- another position open up for<br>14 shift coordinator on second, it was never offered to him,<br>15 although he has years of experience in the company. It<br>16 went to a lesser-experienced employee.<br>***<br>19 Q. Who was the employee who became the shift<br>20 coordinator on second shift?<br>21 A. Alan McDorman.<br>22 Q. How long had Mr. McDorman been in the company at<br>23 the time?<br>24 A. Less than a year.<br>***<br>229: 9 Q. Has Mr. Boyd told you that he believed that<br>10 there was something discriminatory about that?<br>11 A. Yes.<br>12 Q. What did he say?<br>13 A. "I can't believe they gave the position to<br>14 someone else and why they couldn't give it to me." | 228-29 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2003 | Salt<br>Tampa, FL | 230: 4 Q. In terms of the production manager position,<br>5 when was that position awarded? And that was for Mr.<br>6 Toloday, right?<br>7 A. Yes.<br>8 Q. When was that again?<br>9 A. I believe June, July.<br>10 Q. Of this year?<br>11 A. 2003.<br>***<br>14 Q. Who made that hiring decision?<br>15 A. I only know of one person, Mike Anderson.<br>16 Q. Did Mr. Boyd complain to you that he thought<br>17 that there was something discriminatory about that<br>18 decision?<br>19 A. Yes.<br>20 Q. What did he say?<br>21 A. "I could have gotten -- I should have and I<br>22 could have done that job."<br>23 Q. And did Mr. Boyd tell you that he believed that<br>24 there was something racially discriminatory about that<br>25 decision?<br>231: 1 A. Yes.<br>2 Q. What did he say about that?<br>3 A. "See, there again, they're bringing in another<br>4 white person in to do a job because they don't think any<br>5 of us African Americans could do it." | 230-31 |
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>Minnetonka, MN | 104:13 Q Have you now told me all ways in which you<br>14 believe Mr. Kohler discriminated against you?<br>15 A No. I also believe he discriminated as far as<br>16 grooming me for the next level, for promotion, for<br>17 getting the word out to other managers or other personnel<br>18 of potential jobs that were out there that I might be a<br>19 good fit for, that would be a good learning experience<br>20 for me and that would help further my career. I don't<br>21 believe that I was compensated as well as my peers. And<br>22 I certainly wasn't evaluated as objectively as my peers,<br>23 I feel. . . | 104 |

**Summary Exhibit 5 (Amended)**

# SELECTED PROMOTION AND ADVANCEMENT EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>Minnetonka, MN | A It's kind of unwritten policy at Cargill that you don't, per se, go to your boss and say I want to be transferred, transfer me now, or that nature. It's kind of the network where they choose you as to who they want to move, who they don't want to move. It's kind of -- they just kind of come, take you in an office one day and say, We have this opportunity, you know, we'd like for you to take it. There isn't -- even though there is a job postings website, the majority of -- I'd say 90 percent, roughly, of the moves within Cargill are done that way, where somebody has given the nod and they go and they -- and they talk about, you know -- they arrange it, and then they go talk to the person and they say, Well, we have this opportunity that we'd like for you to take it, what do you think? And that's just how it's done. | 136-37 |