**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1998 - present | Salt<br>Baltimore, MD | 143: 10 A. I don't believe he [Mr. Deveney] supported my request to him<br>11 about education opportunities between Cargill Salt,<br>12 opportunities within Cargill Salt, opportunities to be on<br>13 a committee or special project to supplement my learning<br>14 and my territory, things that would have helped develop<br>15 me for more opportunities within the Cargill Salt<br>16 organization.<br>17 Q. And what specific request did you make that he<br>18 denied?<br>19 A. I specifically asked him to take Spanish classes<br>20 and he denied. I also asked him generally, knowing that<br>21 I had a territory that wasn't as large as some others, I<br>22 asked him for, to put my name in the hat when it came to<br>23 special projects, involvement with other parts of the<br>24 business, and he never did it. | 143 |
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | During Employment | NAGOC<br>Houston, TX | 279: Q . . .<br>10 I was constantly looked to to train new merchants<br>11 because I was the sole merchant that had been there<br>12 so long. So when you have people coming and going,<br>13 consistently being looked to to train new people, is<br>14 not the same situation or consistent with the way I<br>15 was trained. The way I was trained was with a<br>16 merchant that had been at another location before<br>17 Houston and shortly after my arrival there was on his<br>18 way out the door to another promotion. . . | 279 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 2000 | Excel<br>Dodge City, IA | 12. However, after I was demoted in 1999, I was no longer allowed to attend any training or seminars. In January 2000, I wanted to go to a continuing education class on Medical Records. At first, I was told that I could go, but then Mr. Gookins said I could not go. There was another continuing education class on Case Management in March 2000. I had asked to attend and was given the go ahead. At the last minute, Mr. Gookins informed me that, again, I could not go. Other Caucasian co-workers went to training after that, such as attending safety seminars, team building, etc., but I was never sent after the demotion. | Para. 12<br>Cephus 181-83 |

**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997-1998 | Corn Milling<br>Cedar Rapids, ID | 14. I feel that Caucasians workers at Cargill get better assignments than the African American workers. Caucasians also had all the management positions. Caucasians received longer trips for sales meetings. I also felt that only certain people would be assigned to certain accounts. I once asked for a trip to visit sales people and I was finally able go on one trip. However, the Caucasian employees, Wayne Strang, Randy Benesh, Todd Hayek and Kevin Klawitter were able to stay on the trip to network much longer than I was allowed to stay.<br>Training<br>15. I was able to attend customer service training for a week in Madison, Wisconsin in the last week of October in either 1996 or 1997. However, I do not feel I was given the same training as my Caucasian co-workers. They were able to go to sales meetings to build their confidence and list of contacts and I was not. Therefore, I had a harder time building a rapport with other sales people. Mr. Hayek was able to go to events with the sales people, such as golf outings, etc. I was not included on the golf outings. I asked management about it and they said they didn't think I liked golf or that Cargill could not budget for both Mr. Hayek and me to be out of the office at the same time. | Para. 14-15<br>Collier 49-60 |
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 1995 | CIS<br>Chicago, IL | 158: 2 Q What is Exhibit 16?<br>3 A Exhibit 16 is something that I wrote up<br>4 documenting that there was this, I guess, informal<br>5 program that CIS was having, and they called it<br>6 University of CIS. And during this time, I had<br>7 questioned -- I went to Brian Melby and asked him why --<br>8 why can't I -- you know, can I go to this University CIS?<br>9 And he was telling me, I think, it was because of space I<br>10 couldn't go, and I thought that was not fair, because I<br>11 had been there -- all the people that I saw that were<br>12 actually going to these little sit-ins had been there --<br>13 came after I got there. I had been there longer than any<br>14 of the other people that was being invited. | 158 |

**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | During Employment | Excel<br>Ottumwa, IA | 7. Throughout my Cargill career I made it known that I was interested in moving up. If programs like Key Employee Identification System (KEIS) and Cargill Leadership Development Program (CLDP) existed while I was employed at Cargill, I was never given a chance to express interest in or be rated under those programs. I do not recall knowing about KEIS. I had heard of CLDP, which is to say that about two years before I left, Mr. Mellinger may have mentioned something about CLDP, but again, nothing happened. | Para. 7 |
| Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | 1998 | Excel<br>Wichita, KS | 7. I felt that Cargill gave African Americans less on-the-job training than our Caucasian co-workers. I did receive ORACLE training while at Cargill. However, in November or December of 1998, I asked to receive training for IMPROMPT, which was software that was very important to know for my job. I was not permitted to get IMPROMPT training. I was told that only one person was allowed to go and that person was Daniel (I don't remember his last name), one of my Caucasian co-workers. I believe this training disparity existed because the Caucasian managers were more comfortable with Caucasian employees, thus promoting more communication and a better learning environment. | Para. 7 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During employment | CIS<br>Chicago, IL | 138:12 A. I did ask about going to Fargo, North Dakota,<br>13 to take basically an accounts payable course with Fargo,<br>14 to learn how to use the system and to learn more about<br>15 the accounts payable process. And, also, there was a<br>16 seminar that I felt I needed to take through the<br>17 International Association of Accounts Payables --<br>18 Accounts Payable Professionals that I asked to take, and<br>19 I was denied that course.<br>***<br>24 Q. And what was their response?<br>25 A. It was not really very much of a response.<br>139: 1 Something like, "We'll see." | 138-39 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2002 | CIS<br>Chicago, IL | 139:24 Q. Who were your primary resources as you were<br>25 learning the accounts payable position?<br>140: 1 A. Pamela Ronan, . . .<br>***<br>12 A. . . . she was basically very nonresponsive to<br>13 my questions, to my desire to learn more about the job,<br>14 to my wanting to take further training. There was a<br>15 time when I sent her a memo after having been on the job | 139-40 |

**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 16 for maybe four months. I had questions about many<br>17 different things, and I sent her a memo detailing<br>18 those -- those issues. And it took her, like, two weeks<br>19 to get back to me to answer those questions, and she sat<br>20 right next to me.<br>21 Q. Why didn't you just ask her, if she sat right<br>22 next to you?<br>23 A. I did. She told me to put it in a memo -- a<br>24 memo, an e-mail, and that's what I did. | |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000 - 2002 | NAGOC / GROSNA<br>Fayetteville, NC | 124:20 Q. And did you ever receive any training from<br>21 Mr. House with respect to the boiler room process?<br>22 A. No, sir.<br>23 Q. Did you ever ask Mr. House at some point in<br>24 time whether you would be receiving such training?<br>25 A. Yes, sir.<br>125: 1 Q. What was his response?<br>2 A. He didn't have time. | 124-25 |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000 - 2002 | NAGOC / GROSNA<br>Fayetteville, NC | 177: 3 Q. Did he ask you whether there were any things<br>4 he could do specifically to help you in any of these<br>5 areas?<br>6 A. No, sir.<br>7 Q. Did you suggest anything to him that you felt<br>8 you hadn't received or hadn't been made available to<br>9 you that would help you?<br>10 A. Yes, sir.<br>11 Q. What were those?<br>12 A. That I needed more, more training in this<br>13 area. He's speaking specifically about the refinery,<br>14 that I needed more training. | 177 |
| Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1996 | FMD<br>Charlotte, NC | 10. I also feel that I was not given the same training opportunities as my Caucasian co-workers. About six months after I started working, I asked for some training in loan processing. I did not receive the training but I believe that Jackie Icenhour did. | Para. 10<br>61-66 (03/30/04)<br>65-68 (04/27/04) |

**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1995 - 1996 | Corn Milling<br>Dayton, OH | 73:15 Q. Is the decision to hire Ms. Bogdanski part of<br>16 your case, do you believe that was discriminatory?<br>17 A. To a degree, yes, because I felt that, I observed<br>18 I could say differential treatment to Ms. Bogdanski in<br>19 that she was the starch coordinator at the time and I was<br>20 the high fructose coordinator I think, and she was<br>21 allowed to attend seminars, benchmarking, I felt that<br>22 they prepared her for that position. They allowed her to<br>23 get the training and knowledge that she needed to<br>24 progress and I don't feel that I was given that same<br>25 opportunity. | 73 |
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | During employment | Corn Milling<br>Dayton, OH | 288: 1 the opportunity to go to develop the skills such as Ree<br>2 did in the beginning where she had the opportunity to<br>3 leave the department mostly in my hands or in others'<br>4 hands to go out and benchmark, to go to the other plants.<br>5 I worked for Cargill for nine years and I'd never been to<br>6 any other of their plants, but other coordinators have.<br>7 To go and benchmark processes, to ride with sales reps<br>8 and gain the knowledge that you would need to be a<br>9 successful customer service manager, those training<br>10 opportunities were not afforded to me. | 288 |
| Smith, Candy<br>McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | 1996 | CIS<br>Chicago, IL | 9. In 1996, there was a job opening in the computer area. The job was posted on the website. The qualifications were familiarity with computer terms and knowledge of computer software. I tried to apply for that position, but I was told that I was not qualified. That position went to Ms. Keever. Ms. Keever did have some computer knowledge, but she had that because Cargill had given her more opportunities to learn different areas. I was not given those same opportunities. | Para. 9<br>Smith 83-84 |

**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 102:18 . . .The other item that you mentioned was that he took time with Mr. Alfieri and didn't take time with you. I assume that that's kind of in a training or coaching role?<br>A Yes, sir.<br>Q Okay. How often did you observe Mr. Turner working with Mr. Alfieri in that kind of a role?<br>A Several times. I can't put my hands on it. It wasn't just Matt Turner who took time with him. There were other managers on the Southside who would come and get him and take him out and show him things, and I would be sitting there, and they wouldn't look at me, let alone speak to me.<br>Q Well, did you ever ask to be taken out, to --<br>A Yes.<br>Q -- to be shown a production process or a particular line or something like that?<br>A Yes.<br>Q Who did you ask?<br>A Darren Litle.<br>Q Okay. And did he ever do it?<br>A Once.<br>Q How many times did you ask?<br>A I asked for us to set up a meeting time once a week to sit down and comb through the process so that I could build my process knowledge, and he agreed. And it was never -- I don't think he took it seriously. And then he did not complete his end of the bargain in helping me to learn the process. | 102-03 |

**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 112:12 Q All right. In terms of training, what kinds of<br>13 training did you think Mr. Litle should have been giving<br>14 you and wasn't?<br>15 A Process training, crew management training.<br>***<br>25 A Informal, on the job.<br>113: 1 Q Okay.<br>2 A Walking me through processes, showing me that<br>3 this is a widget, or what have you. You do this to open<br>4 it. If you do this, this happens, is what I requested<br>5 several times.<br>6 Q And you believe that Mr. Litle was behaving<br>7 this way because of your race?<br>8 A Yes, sir.<br>***<br>16 Q What was Mr. Litle doing with respect to<br>17 Mr. Alfieri that led you to believe that you were being<br>18 treated differently?<br>19 A I saw him showing him different parts of the<br>20 process, walking him through certain things. | 112-13 |
| Tate, Tausha<br>Plaintiff<br><br>06/15/98 - 04/14/00 | During Employment | Corn Milling<br>Memphis, TN | 144: 7 Q Aside from the kind of informal training that<br>8 you've talked about that you asked for from Mr. Litle and<br>9 Mr. O'Hare and maybe Mr. Turner, was there any kind of<br>10 formalized training at Cargill that you wanted that you<br>11 didn't get?<br>***<br>14 A There was a oilseeds training program that all<br>15 the new engineers/production managers were going through,<br>16 and they were doing it in segments. Every four or five<br>17 months they would pull out a new production manager. And<br>18 I was denied going to that training and James was allowed<br>19 to go to that training during a down that he was<br>20 primarily responsible for. And I didn't have any primary<br>21 responsibilities during the down. There was no<br>22 justification as to why I was withheld from going to that<br>23 training. | 144 |

**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | During Employment | CIS<br>Chicago, IL | 237: 5 Q. So as you sit here today you can't give me<br>6 any specific examples of times when you felt that<br>7 training was being given to you or denied to you<br>8 discriminatorily?<br>9 A. I guess you could say training was denied by<br>10 the fact that a lot of the available training I was<br>11 not aware of. Things that you mentioned, like this<br>12 CLDP. So in that respect, if I was not aware of it,<br>13 then I was denied training.<br>14 Q. Do you believe that you were not aware of the<br>15 CLDP program because of your race?<br>16 A. I believe that's possible. | 237 |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | During Employment | Salt<br>Tampa, FL | 194:23 Have you ever asked for any training that<br>24 you've been denied?<br>25 A. Yes.<br>***<br>195: 2 . . . It was<br>3 something that Jim Crawford had that at our<br>4 facility -- where he said, well,<br>5 he -- opportunity to visit other plants, other<br>6 facilities. But I -- I offered to be one of the<br>7 selected that -- that gets that, but nothing<br>8 ever come about it. | 194-95 |
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>Minnetonka, MN | 103:21 Q Anything else?<br>22 A I don't believe I was trained, incidents of<br>23 training with Mr. Kohler. I mean, it just wasn't as<br>24 frequently or as hands-on as I thought it should have<br>25 been teaching me the business. On one aspect, he would<br>104: 1 say that I needed more ownership of the business, and I<br>2 needed to be more proactive in taking ownership of the<br>3 business. And by the same token, there were efforts and<br>4 innovations that I made towards, you know, learning the<br>5 business and becoming more of the part of the business<br>6 and trying to take some ownership and wanting the<br>7 training to explain to me why certain things were done<br>8 the way they were done and how they should be done and<br>9 what I should be looking at, and I felt they fell on deaf<br>10 ears. | 103-04 |

**Summary Exhibit 6 (Amended)**

# SELECTED TRAINING EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | During Employment | NAGOC<br>Minnetonka, MN | 242: 10 A Well, other employees, other attendees of grain<br>11 school, were allowed to do the work while they were<br>12 working at Cargill.<br>13 Q And who was that?<br>14 A Give me the list of the -- of the grain school<br>15 participants and I can tell you. August Hauschild. The<br>16 rest of the merchant class who attended grain school with<br>17 me. They were allowed to work during normal work hours<br>18 on their grain school assignments. They were given<br>19 opportunities to sit down with their manager, or their<br>20 manager took the time to pull them aside and to work with<br>21 them on their assignments and to work during normal<br>22 business hours. That was not a luxury that I was<br>23 afforded.<br>24 Q Did you ever ask Mr. Kohler if you could have<br>25 time during the day to do the grain school prework?<br>243: 1 A Yes.<br>2 Q And what did he say?<br>3 A He told me that the workload and the amount of<br>4 things that we had to do around there and the time period<br>5 did not permit me to do that. | 242-43 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Acquaye, Nii-Akwei<br>Plaintiff<br><br>05/02/97 - 03/00/02 | 2001 | HFT<br>Minnetonka, MN | 173: 6 Q You spoke earlier about your meeting with<br>7 Mr. Kollodge and you indicated that at the<br>8 conclusion of the meeting he said that he would<br>9 look into your concern about compensation and get<br>10 back to you.<br>11 A That is correct.<br>12 Q Did he get back to you?<br>13 A No, he didn't. | 173 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1997 | Corn Milling<br>Minnetonka, MN | 28: 3 Q. When your position changed to Ethanol/CO2 sales<br>4 rep in 1997, was that a promotion?<br>5 A. No.<br>6 Q. Did you receive an increase in salary when you<br>7 became an Ethanol/CO2 sales rep?<br>8 A. Not originally.<br>9 Q. Why not? What do you mean when you say "not<br>10 originally"?<br>11 A. I took on the duties of Ethanol/CO2 sales rep<br>12 without an increase in pay. And later on in the year of<br>13 1997 I was given a merit increase, but that was<br>14 subsequent to me doing the job.<br>***<br>20 A. Not originally. When I received the pay increase<br>21 later in 1997 my grade changed, was changed to salary<br>22 class level eight. | 28 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994-1998 | Corn Milling<br>Minnetonka, MN | 93: 9 Q. Now I want to turn to the four and a half to five<br>10 years that you spent as an Ethanol sales rep in the Corn<br>11 Milling division . . .<br>***<br>19 Q. In terms of your rate of pay, why do you say that<br>20 you believe your rate of pay was limited?<br>21 A. I would talk to my manager often about my, the<br>22 scope of my job, what I was being asked to do, and the<br>23 experience level that I was asked to do it with and I<br>24 explained that I felt as though I was underpaid and I was<br>25 constantly asking for my pay to be reviewed and I was<br>94: 1 told that I was paid, I was paid well and I was paid at a<br>2 higher level than others in the organization. However,<br>3 when I would talk to other managers in the organization,<br>4 they would tell me I should be paid much higher than the<br>5 level I was being paid. | 93-94 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1994 | Corn Milling<br>Minnetonka, MN | 97: 7 Q. What did Mr. Torres say about your pay?<br>8 A. He would primarily tell me that he believed that<br>9 my salary grade was low for a person of my experience and<br>10 tenure with Cargill, that he didn't understand why my<br>11 salary grade wasn't somewhere near a salary grade level<br>12 nine. He also didn't understand why I wasn't eligible<br>13 for bonus. The bonus structure was subjective in his<br>14 opinion.<br>***<br>23 A. He was comparing me with . . .<br>24 . . . the<br>25 progression of a typical merchant and/or salesperson that<br>98: 1 would have had at the time . . .<br>***<br>8 and seeing our knowledge bases and levels, he didn't<br>9 understand why I wasn't being paid similarly or graded<br>10 similarly. | 97-98 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2000-2001 | Salt<br>Baltimore, MD | 136:10 . . . I had performed well and grew<br>11 my territory, but had yet made less money and I wanted my<br>12 salary to be reviewed because I felt as though I was<br>13 being disproportionately compensated. And Rick [Schoenfelder] said that<br>14 he would, he would look into it. That was our first<br>15 conversation.<br>16 And then in January of 2001 we had a<br>17 secondary conversation where he said to me that he had<br>18 talked to Mike Schmit about my compensation and Mike said<br>19 there was nothing that could be done, we could not make a<br>20 base salary adjustment, and he further advised me not to<br>21 ask questions about that because there were other people<br>22 who weren't making commissions and I'd look like I was a<br>23 complainer and he cautioned me about asking about my<br>24 salary.<br>25 Q. Did he say what other people also were upset<br>137: 1 about their compensation?<br>2 A. He didn't say -- he didn't mention any specific<br>3 names. He used that as a leverage to say other people<br>4 may or may not be in the same situation that you're in so<br>5 you shouldn't complain about it, you know, be careful<br>6 about what you complain about. | 136-37 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 2001 | Salt<br>Baltimore, MD | 137:13 A. As a follow-up to that the thing that confirmed<br>14 my assumptions about pay was that in April of 2001 there<br>15 was a sales meeting in which Mike Schmit put up the<br>16 minimum, the maximum and the median for pay for the sales<br>17 organization and he compared those who had been under the<br>18 old territory manager compensation plan that I was a part<br>19 of when I first joined Salt and then two or three years<br>20 later now what those same numbers were for the same<br>21 people. And my numbers fell outside of, when I say<br>22 outside, I mean below the minimum in that range. And<br>23 that alarmed me.<br>24 Q. Do you know who else's fell below the minimum?<br>25 A. No, I do not. I do know that I was the only<br>138: 1 African American territory manager in Salt during that<br>2 time frame.<br>3 Q. Are you still the only African American territory<br>4 manager in Salt?<br>5 A. Yes. | 137-38 |
| Allen, Sean<br>Plaintiff<br><br>06/22/92 - present | 1999 | Salt<br>Baltimore, MD | 147:15 Q. How about Rick Schonfelder, has he ever done<br>16 anything that you believe is somehow discriminatory?<br>17 A. I think his support of Cargill's pay policy with<br>18 respect to me was discriminatory.<br>19 Q. Why?<br>20 A. Because I was in a position where my salary had<br>21 been greatly reduced and I complained and showed him the<br>22 data as to how it had been reduced and how I felt it was<br>23 unfair, and he could see that I was making a fair case<br>24 but told me that, you know, that I had to just grin and<br>25 bear it and not to complain about it. | 147 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Arnold, Roderick<br>Plaintiff<br><br>11/05/79 - present | During Employment | Corn Milling<br>Minnetonka, MN | 196:14 A. I'm not sure what increases Dolski, Kling,<br>15 Greavu received or what salaries they were<br>16 positioned at, but I actually heard -- overheard<br>17 Mr. Greavu [co-worker] discussing his salary over the phone.<br>***<br>20 Q. What did you hear it to be?<br>21 A. It was six figures.<br>22 Q. And?<br>23 A. And I wasn't earning six figures.<br>24 Q. And you think you should be?<br>25 A. I think I should have been compensated equally<br>197: 1 with Mr. Greavu [co-worker].<br>2 Q. Because?<br>3 A. At the very minimum.<br>4 Q. Because?<br>5 A. His job was not -- or should not have been<br>6 higher -- a higher grade than mine.<br>***<br>10 A. . . . Mr. Greavu [co-worker] had less experience in<br>11 the organization, less experience in<br>12 transportation. His education is no greater<br>13 than mine. His level of responsibility in terms<br>14 of impact, if they used their equitable -- or if<br>15 they used a grading system to evaluate the<br>16 positions, was not greater than the level of<br>17 impact that my position had. So we should have,<br>18 at the very worst, been compensated equally. | 196-97 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | 2001-2002 | Phosphprod<br>Tampa, FL | 173: 7 Q. Why do you have Yetty [African American] by the words "2001-2002<br>8 compensation"?<br>9 A. Because during her time there she was supposed to<br>10 get a raise or was expecting a raise at her one-year<br>11 fiscal, and she did not get it and she begin to ask<br>12 questions. She talked with Angela [Nguyen] about it and Angela<br>13 said that she would look into it and she never gave a<br>14 response. And Yetty wrote a letter to Angela to the HR<br>15 department to Ozzie stating her concerns about<br>16 compensation, why was her compensation being delayed when<br>17 Jamie [Mellon] had gotten a couple increases during his time<br>18 there.<br>***<br>174: 18 Q. Do you know whether or not he received an<br>19 increase in pay?<br>20 A. I'm confident that he did receive increase in<br>21 pay.<br>***<br>175: 1 Q. What about Kwasi, why do you have Kwasi listed<br>2 here by the end of 2002 compensation?<br>3 A. Because Kwasi was the senior plant chemist and Du [Nguyen]<br>4 got increases that surpassed Kwasi during the short<br>5 period of time that he was there.<br>6 Q. How do you know that?<br>7 A. Du went and told Kwasi. | 173-75 |
| Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | 2001 | WWPHOSPH-<br>PHOSPNPROD<br>Tampa, FL | 177: 18 Q. And has Mr. Williams [African American] ever complained to you that<br>19 he thought that his compensation had been affected by his<br>20 race?<br>21 A. He complained to me that his compensation was<br>22 very different from his peers. | 177 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collier, Michael K.<br>Declarant - Witness<br><br>07/12/95 - 05/30/98 | 1997 | Corn Milling<br>Cedar Rapids, ID | 6. When I was hired, [as starch coordinator] I was told that I would get paid at the same level as Todd Hayek (Caucasian), who was an EX005 or EX006, but I never was paid at that level. I had started out making $12.25 an hour and later moved up to $13.00 an hour. I did not feel that I was adequately compensated. I felt lied to about my starting salary because they said I would make a higher amount and I never did. I did not complain about my salary because my attitude was that my work would take care of that. There was also a point when I had to do truck dispatcher work and some rail coordinator duties as well as my regular job duties as Starch Coordinator. I was never given additional compensation for the added responsibilities. | Para. 6<br>125-129 |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | During Employment | Admin<br>Minnetonka, MN | 159:13 A Scott had informed me that -- Scott Van Orsdel<br>14 had informed me that within the financial job family,<br>15 with regards to compensation, African American women were<br>16 at the lowest -- lowest level relative to their peers. | 159 |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | During Employment | Admin<br>Minnetonka, MN | 264: 9 Q Okay. Let me put it a different way then. As<br>10 you sit here, do you have any information to believe that<br>11 you were not compensated fairly?<br>12 A The compensation process is closely tied with<br>13 the performance appraisal process, and because I don't<br>14 feel that the performance appraisal process is fair, then<br>15 I -- I can't say that my compensation is fair.<br>***<br>265: 1 Q At any time -- at you sit here today, do you<br>2 think that at any time while you were employed at Cargill<br>3 you were compensated unfairly because of race?<br>4 A I know what Scott Van Orsdel indicated to me<br>5 was that African American women in the financial job<br>6 family, which is where I spent seven years or so, are<br>7 compensated at the low end of the spectrum relative to<br>8 their white male and female counterparts. | 264-65 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | After 1996 | Admin<br>Minnetonka, MN | 332:12 Q At any point in your career, did you learn that<br>13 you were earning less pay than peers?<br>14 A I have no direct knowledge of that, but I<br>15 certainly have seen indications that that is so.<br>16 Q And what indications have you seen?<br>17 A For example, in passing out United Way pledge<br>18 forms, there are different pledge forms given to<br>19 employees who were considered highly compensated.<br>20 Q Pledge forms asking them to give more money?<br>21 A I would assume that they were.<br>22 Q And what did you learn from observing who got<br>23 which pledge form?<br>24 A I observed that there were some people that I<br>25 considered to be peers that were receiving highly<br>333: 1 compensated United Way requests, when I wasn't receiving<br>2 them.<br>3 Q And who was that?<br>4 A Well, just about everybody in my department<br>5 when I was in CTI. | 332-33 |
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | Mid-1990s to 2000 | Admin<br>Minnetonka, MN | 544:13 Q Has your salary ever gone down?<br>14 A My yearly salary has gone down in terms of my<br>15 gross earnings, yes.<br>16 Q And when is that?<br>17 A I experienced some years in the middle '90s<br>18 where I earned less money one year than I did the year<br>19 before, depending on the level of bonus or whether I got<br>20 a bonus. Also, I think in 2000 I earned less than I did<br>21 in '99.<br>22 Q And is that -- why is that?<br>23 A As I said before, the combination of salary and<br>24 bonus. If the bonus isn't there or is not existent, it's<br>25 possible to earn less one year than you did the previous<br>545: 1 year. | 544-45 |

## Summary Exhibit 7 (Amended)

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Dickson, Della<br>Plaintiff<br><br>07/21/80 - present | 1990 - 1999 | Admin<br>Minnetonka, MN | 109: 3 Q Have you ever been at any meetings where<br>4 general transportation managers discussed compensation?<br>5 A Yes.<br>6 Q And when is that?<br>7 A I've been at GTM meetings where compensation<br>8 was discussed in relationship with overall career<br>9 advancement, opportunity, track -- you know, career<br>10 tracking. Not that this individual gets paid this much<br>11 or that individual gets paid that much, but a number of<br>12 times during my tenure with Cargill, people have<br>13 complained about there not being a defined career track<br>14 for professionals to track through. It seemed to be<br>15 somewhat of a haphazard approach to promotions that<br>16 weren't directly connected to the level of work that<br>17 people put in or their achievements, so...<br>***<br>110: 3 A The time frame I'm referencing would be during<br>4 the 1990s. From 1990 to, perhaps, 1998 or 1999. | 109-10 |
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | During Employment | CIS<br>Chicago, IL | 60: 13 Q What pattern are you talking about?<br>14 A The pattern of always trying to -- I have to go<br>15 to -- I don't know how to put this. I have to always<br>16 push, fight, not fight phys-- you know -- I'm lost for my<br>17 words right now. It always seem that whenever I wanted<br>18 positions, it was hard for me to get them. There was<br>19 always barriers, excuses. Even like with the seg record<br>20 position, you know, the discussions that I was given,<br>21 eventually they gave it to me, but at a lower grade.<br>22 Q I want to go back to that comment. You said<br>23 eventually that they gave you the seg position. They,<br>24 again, Karen Carlos?<br>25 A Yes.<br>61: 1 Q What do you mean when you say but at a lower<br>2 grade?<br>3 A It was posted as a grade four. When I got --<br>4 when they gave -- when I was given the position, it was<br>5 at a grade two. | 60-61 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 2000 | CIS<br>Chicago, IL | 86:11 Q Other than the reorganization we've just<br>12 discussed, did anything else happen to you while you were<br>13 an accounting supervisor that you believe was somehow<br>14 discriminatory?<br>15 A One of the things that I thought wasn't fair<br>16 was when they gave me the position, they only gave me<br>17 half the raise. And they said I would get the other<br>18 half, six to nine months.<br>19 Q Okay. And when you say "they," to whom were<br>20 you referring?<br>21 A The -- at the time Richard was -- Richard Levin [Caucasian]<br>22 was the accounting manager. He was the one I had the<br>23 conversation with.<br>24 Q Why did you believe that was unfair?<br>25 A Because there was another -- another guy that<br>87: 1 went from accounting to treasury. His name was Neal<br>2 Banwart. He -- when he went to the treasury department,<br>3 I had asked him, did he get his full raise, he said he<br>4 did. I only got half my raise. | 86-87 |
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 2000 | CIS<br>Chicago, IL | 92: 4 Q Do you believe that the fact that you received<br>5 half of your increase when you became an accounting<br>6 supervisor was somehow based on your race?<br>7 A Looking at all the parties who receive half and<br>8 the ones that receive whole, yes. | 92 |
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | After 1999 | CIS<br>Chicago, IL | 171:<br>20 Q Why do you say that Heidi Boesen [Caucasian] was paid more<br>21 than you were?<br>22 A I believe that she was because of the rate<br>23 of -- the speed of how she advanced. One of the things<br>24 that I can remember when I was in treasury, I think my<br>25 grade was a two. And when I came back to accounting --<br>172: 1 when we switched positions, it became a four. Well, I<br>2 don't think that she went back down to a two. | 171-72 |

## Summary Exhibit 7 (Amended)

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Ford, Glenn<br>Declarant - Potential Class Member<br><br>12/08/69 - 11/01/96 | 1995-1996 | Administration<br>Minnetonka, MN<br>(Office Center) | 7. I complained about my salary in both 1995 and 1996. At the time, I had to do full color work, whereas the other guys did not. Mr. Ames was running a smaller machine than I was, yet he was making more than me. So, I asked for a raise. I was told I would have to prove myself. This was after I had received awards for some of my press work. | Para. 7 |
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1997 | Excel<br>Wichita, KS | 4. When I resigned, others also had recently resigned. Those others were offered additional money to stay. I was not offered additional money. | Para. 4<br>55-57 |
| Fowler, Raymond E.<br>Declarant - Potential Class Member<br><br>04/20/92 - 07/17/97 | 1996 | Excel<br>Wichita, KS | 9. There was also a time when my supervisor, John Blair (Caucasian) disappeared with no warning and I was asked to take over the big project that he had been working on. The project was an Epic Success, which involved converting all of payroll into Cargill's system. I spearheaded the project. We had video conferencing throughout the region. I never received a salary increase for that work, even though it was completed ahead of schedule and was a success. | Para. 9<br>99-100 |
| Gosby, Laverne H.<br>Declarant - Potential Class Member<br><br>11/23/87 - 04/20/96 | 1995-1996 | Excel<br>Ottumwa, IA | 8. My compensation was also lower than it should have been, given my responsibilities. I worked at two different locations. I was stationed in Iowa, but for a number of months I also had to cover the plant in Marshall, Missouri. I was doing the work of a regional human resources manager, but I was only getting paid what a human resource manager of even one plant normally made. | Para. 8<br>164-75 |
| Harrison, Marcia<br>Declarant - Potential Class Member<br><br>02/23/98 - 04/01/99 | 1998-1999 | Excel<br>Wichita, KS | 5. Although employees rarely discussed salaries, I believe Caucasians employees with backgrounds similar to mine were making more money than I was. Actually, I know that other Caucasian employees, such as Christy Ferguson and Brenda McKinney, received a bonus during the year I worked at Cargill because they told me. In contrast, I never received a bonus from Cargill. | Para. 5<br>167-172 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1996-1997 | Seed<br>Minnetonka, MN | 66:18 Are you claiming that you lost any wages<br>19 while you were employed at Cargill?<br>20 A Yes. Because, one, I should have received an<br>21 increase. I wouldn't have had a raise in over two years. | 66 |
| Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | 1998 | CMD / CGD<br>Chicago, IL | 88:22 Q. Now when you started as a merchant trainee<br>23 you received a certain salary, correct?<br>24 A. Correct.<br>25 Q. How was that initial salary determined?<br>89: 1 A. Based on what Robin Jackson said to me, that<br>2 the salary was, it was a base salary, and with an<br>3 advanced degree there was a, I think it was a $2,000<br>4 premium for a master's degree.<br>5 Q. And did everyone receive the same base, all<br>6 the 40 who started with you?<br>7 A. I only know of one who received the exact<br>8 same salary I did.<br>9 Q. And who was that?<br>10 A. Dan Turner.<br>11 Q. Do you know how that base salary was set?<br>12 A. I only know Robin said that his base salary<br>13 was twenty-one five. You got a $2,000 bonus for a<br>14 master's degree, and Dan Turner was making 23,500 and<br>15 he did not have a master's degree.<br>16 Q. How did you learn what his salary was?<br>17 A. He shared that information with me. | 088 - 89 |
| Jenkins, Jacqueline<br>Plaintiff<br><br>07/11/88 - 09/01/97 | During Employment | CMD / CGD | 298:13 Q. Why do you think that the fact that you<br>14 didn't get a bigger raise was somehow based on your<br>15 race?<br>16 A. Because based on my salary throughout my nine<br>17 years, I was always barely in the, I was basically in<br>18 the lower range of every class that I was ever<br>19 assigned.<br>***<br>299:<br>2 A. Because after having conversations with the<br>3 African-Americans that I noted earlier, they felt the<br>4 exact same thing that I did. I did not, I do not<br>5 recall, other than Martin Parker, discussing their | 298-99 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 6 discontent with salaries. I did not see others<br>7 struggling financially to buy a home or, often they<br>8 talked about the stocks that they traded. That<br>9 requires income to do those things. I knew how to do<br>10 them but having funds available to do it was<br>11 difficult. The majority of the people I worked with<br>12 were single household income, the Caucasian men's<br>13 wives were primarily homemakers, they weren't<br>14 working.<br>15 So based on discussion with<br>16 African-Americans, most of them were, if they weren't<br>17 single, they had dual household income and were still<br>18 struggling. | |
| Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | 1997 | Admin<br>Minnetonka, MN | 118:<br>6 Q. I take it you were negatively surprised so to<br>7 speak. Did you have some reason to expect it would<br>8 be more than what it turned out to be?<br>9 A. I had thought that my bonus for that calendar<br>10 year would be a combination of my performance at CIS<br>11 and my performance at CPR.<br>***<br>17 Q. Did you think that some of, you might get a<br>18 payout out of a CIS bonus pool as well as the CPR<br>19 bonus pool?<br>20 A. Yes, I did.<br>***<br>25 A. There had been other, I think, CIS employees<br>119: 1 that had transferred to other divisions or to<br>2 corporate during the course of the fiscal year and I<br>3 suppose via the grapevine or just in conversations,<br>4 that when bonuses were distributed that they<br>5 received, you know, an allocation from CIS, their<br>6 bonus was a combination of CIS and their current<br>7 position that they had transferred to. | 118 - 19 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Lewis, Keith<br>Plaintiff<br><br>11/02/91 - 07/16/99 | 1998 | CCI<br>Minnetonka, MN | 343:17 Q. If we go down to the third entry, "April<br>18 1998: Compensation in connection with his promotion<br>19 to I/T Consultant." What about your promotion to I/T<br>20 consultant did you find discriminatory in April of<br>21 1998?<br>22 A. Well, I'm moving to an entirely different<br>23 position, a different job grade. I didn't, I wasn't<br>24 compensated for that change in grade. | 343 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 147: 12 Q. Let's talk about your compensation claim. What<br>13 exactly happened to you that you claim was<br>14 discriminatory on the basis of race with respect to your<br>15 compensation?<br>16 A. I don't feel that I was being compensated<br>17 fairly, because in many -- in all cases, I was -- when I<br>18 worked in sales and marketing and my work in accounts<br>19 payable, I was doing the job of two people. I was doing<br>20 way more than I was asked to do, and I don't feel<br>21 that -- that I was compensated fairly.<br>22 Q. Okay. So is your claim that you were doing a<br>23 lot more work than you were getting paid for?<br>24 A. Yes.<br>25 Q. Do you think you were being -- Now, why is that<br>148: 1 discriminatory on the basis of race?<br>2 A. It's discriminatory because I believe that if I<br>3 had been a non-African-American person, that I would<br>4 have been paid more to do all the work that I was doing. | 147-48 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 160:19 Q. And in making these salary decisions, do you<br>20 agree that perhaps tenure with the company might be a<br>21 legitimate factor to determine salary?<br>22 A. I think it's a possibility, but I also know<br>23 that things were very -- were done in a very subjective<br>24 manner at Cargill. If your boss liked you, then you<br>25 would get raises. If your boss liked you, then you<br>161: 1 would get bonuses. | 160 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | During Employment | CIS<br>Chicago, IL | 167: 9 Q. Was there a salary increase when you became an<br>10 accounts payable clerk?<br>11 A. No, there was not.<br>***<br>19 A. . . . when I moved to that<br>20 position, I was not giving -- given a pay increase. And<br>21 I was told the reason that I was not given a pay<br>22 increase was because I had received one in January and<br>23 it was too soon to receive another one, and that in six<br>24 months, they would re-- take another look at -- at my<br>25 file and decide if they wanted to give me a pay<br>168: 1 increase. | 167-68 |
| McDowell, Anthony<br>Plaintiff<br><br>11/12/97 - 04/02/03 | 2000-2002 | NAGOC<br>Fayetteville, NC | 435:10 "Compensation." What about your compensation between<br>11 December 2000 and February 2002 do you think was<br>12 discriminatory?<br>13 A. I felt that my peers were being paid more<br>14 than what I was being paid.<br>15 Q. And when you say "peers," to whom are you<br>16 referring?<br>17 A. Other crew leaders.<br>***<br>438: 5 A. I asked him . . .<br>6 . . . how much did Mr. House<br>7 start him out with.<br>8 Q. Do you remember what his response was?<br>***<br>11 A. He asked me what was I making first.<br>***<br>15 A. I told him $16.00.<br>16 Q. And what was his response to that?<br>17 A. Then he said, "I make more than that." | 435, 438 |
| Mitchell, Michael<br>Plaintiff<br><br>10/12/99 - 08/14/01 | 1999 | Phosphprod<br>Tampa FL | 316:23 Q. Do you recall having any concerns about the<br>24 information [about salaries] that was provided during that meeting?<br>25 A. The only concern that I saw was when they<br>317: 1 showed our ranges, it seemed that we were at the<br>2 bottom of the range.<br>3 Q. Who is "we"?<br>4 A. "We" being myself, and I had a discussion | 316-17 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 5 with Mike Williams [African American] that he was saying he felt like he<br>6 was near the bottom of a range, too. He didn't tell<br>7 me specifically what he made or anything but ... | |
| Reece, Phyllis<br>Plaintiff<br><br>03/03/93 - 01/02/00 | During Employment | CMD / CGD<br>Norfolk, VA | 282:14 A. I don't know exactly, but I know I wasn't paid<br>15 what -- the job that I was doing. I wasn't<br>16 compensated for the work that I was doing.<br>17 That's the only thing I could say. I wasn't<br>18 compensated. | 282 |
| Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1996-1998 | Charlotte, NC | 5. I felt that Cargill discriminated against African Americans. . . . From my experience and observations, I felt that I and other African Americans were limited to certain jobs and would never be able to advance into positions of higher pay or higher authority. | Para. 5<br>53-57 (03/30/04)<br>77-80 (04/27/04) |
| Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1997 | Charlotte, NC | 6. Since starting at Cargill, I felt I was underpaid. I complained once about my compensation. In early 1997, we all received a raise. I questioned the amount of raise I received compared to the loan processors. I felt that with my experience and education, that I should have received a bigger raise. Mr. Daugherty [Caucasian Manager]and Ms. Ehrenfreund told me only that raises were dependent on how much the branch brought in. They did not explain why my raise, in particular, was lower than others. | Para. 6<br>16-23 ((04/27/04) |
| Reid, Angela Y.<br>Declarant - Potential Class Member<br><br>10/16/95 - 01/14/100 | 1997 | Charlotte, NC | 9. There was also a point where I was given more responsibility without a change in job title, pay grade or pay. After I had been at Cargill for about a year, I was asked to complete research on other accounts in addition to my regular job duties. I felt that another person could have worked full time on that job alone. Yet, here I was, doing my job and another job, and I did not even get a raise. | Para. 9<br>25-31 (04/27/04) |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | During Employment | Dayton, OH | 158: 19 A. I think prior to my negative review with Marty I<br>20 had great reviews, I had good reviews, and from reviewing<br>21 some of my employee records, even then I was at the low<br>22 end of the pay scale or the range of that pay scale and<br>23 that was when I had good reviews. The lack of<br>24 opportunity for training, the money I could have made if<br>25 the position had been given to me instead of Marty, the<br>159: 1 difference between what my salary and his salary was, and<br>2 the frustration, the frustration that I went through in<br>3 that department basically, and a lot of times whether<br>4 they want to call it managing or not, there was a lot of<br>5 times I was running the department because there was no<br>6 one else that was qualified to do so. | 158-59 |
| Ross, Tonya<br>Plaintiff<br><br>12/10/91 - 06/16/01 | 1995 | Dayton, OH | 245: 11 And Annette really did do a good job while I<br>12 was gone and I found out later that Annette received a<br>13 $5,000 bonus. And I think where this -- and that was a<br>14 very hush-hush, quiet-quiet thing.<br>15 . . .I felt there were several times<br>16 where myself and I think along with Jody Wilson were<br>17 pretty much the only two for a number of weeks in the<br>18 department that were competent enough to pretty much<br>19 handle things. That's when the cutbacks were going<br>20 through and there was so much turnover within the<br>21 department. And we barely got a pat on the back.<br>22 And I think this is where I felt it was kind<br>23 of discriminatory that you give this person a $5,000<br>24 bonus and the many years that I had been there and that I<br>25 had proven to handle the department, I got nothing. . . . | 245 |
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | During Employment | CFI<br>Minnetonka, MN | 524:25 A. From what I've seen today, looks like the<br>525: 1 average pay scale of an African-American versus a<br>2 Caucasian is lower. At the time when I was working<br>3 for the company I kind of had a sense of that but I<br>4 could not prove it. | 524-25 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1997 | CFI<br>Minnetonka, MN | 533:15 Q. Okay. And so you have come to your own<br>16 conclusion with respect to Mr. Wright?<br>17 A. No. Due to the fact I was involved in the<br>18 process of recruiting him I did have some access and<br>19 knowledge of what he was offered initially.<br>20 Q. Okay. And what was the first position he<br>21 took at the company?<br>22 A. As a sales merchant.<br>23 Q. In which division?<br>24 A. That was in Grain division.<br>***<br>534: 16 Q. Do you feel that his initial compensation was<br>17 discriminatory in any way?<br>18 A. His initial compensation was lower than<br>19 others. | 533-34 |
| Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | During Employment | CFI<br>Corn Milling, TN | 74:16 Q. Tell me about the compensation issue. Why do you<br>17 say that you believe you were not compensated fairly?<br>18 A. Well, I had a gut feel about it, but I also, and<br>19 after seeing documents of my, the minimum, the midpoint<br>20 and the maximum of my grade class, it confirmed it for<br>21 me, because I was not paid the minimum for my job and I<br>22 don't understand how you could have a minimum for a job<br>23 and be offered the job and not paid that. And in the<br>24 entire time I was in the job, I never reached the minimum<br>25 pay of that job class. | 74 |
| Simmons, Clintonia<br>Plaintiff<br><br>06/01/88 - 07/06/98 | During Employment | CFI<br>Corn Milling, TN | 81: 5 Q. But you don't know who sets those minimums?<br>6 A. Other than the company sets the minimums.<br>7 Towards the end of my career, the company decided to<br>8 allow the employees to know their grades. So it has -- I<br>9 mean, from that I can say that the company sets the grade<br>10 standards. They of course, they know what they are and<br>11 they know what the salaries are supposed to be, but we<br>12 were not allowed to know that.<br>13 Q. And when you refer to "the company," you're<br>14 referring to Corn Milling?<br>15 A. I'm referring to Cargill. Because I believe the<br>16 salary grades, I'm not positive about this, but I believe<br>17 they were the same throughout Cargill. If you're a grade<br>18 six, you know, this is the range, if you're a grade | 81-82 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 19 seven, this is the range that you're supposed to be in.<br>20 So I just jumped from, you know, I jumped several grades<br>21 and they still should have paid me the minimum of that<br>22 grade class.<br>23 Q. Do you know anyone else who was paid less than<br>24 the minimum for their grade class?<br>25 A. I do know of another African American that was<br>82: 1 paid less. | |
| Smith, Candy<br>McKinnon<br>Declarant<br><br>04/27/92 - 08/02/97 | During Employment | CIS<br>Chicago, IL | 5. I feel that I was not adequately compensated for my work at Cargill. I started out making around $18,000. I was aware of Caucasian co-workers making more than I was. For example, people would discuss salaries sometimes in the lunchroom and, as a receptionist, I was sort of like "Dear Abby," so everyone would talk to me. I believe that Lori Keever (Caucasian), who used to do administrative work and computer work, made more than I did.<br>6. I complained from time to time about my salary to whoever was my manager at the time. They would tell me that they would try to see what they could do. Then they would come back later and say that I was making close to what Sharon Cess was making, so I could not get a raise.<br>7. There were also times when my responsibilities increased without a change in title or pay. It seemed that Sharon Cess did not come to work often. She would take off two to three months at a time. I would then have to do my job duties as well as hers. | Para. 5-7<br>122-126 |
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1996 | CIS<br>Chicago, IL | 49:13 A. The bonus that I received when I was a<br>14 position controls balancer, in that position.<br>15 Q. What about that was discriminatory?<br>16 A. I believe it was less than what staff<br>17 accountant 4s were given. That's my belief.<br>***<br>89:15 A. Well, with the, you receive bonus at the end<br>16 of the year and it's based upon your review, your PMP<br>17 review, and the PMP is heavily weighted in what they<br>18 call the key results area, and my key results area I<br>19 had all "exceeds," but my overall rating was a<br>20 "meets," and I ended up with a bonus of $2,500, which<br>21 was less than any bonus I had ever received.<br>22 Q. So was this in 1995 or 1996?<br>23 A. This is in 1996. | 49 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1995-1996 | CIS<br>Chicago, IL | 71: 5 Q. So other than what we've already discussed,<br>6 is there anything else that you believe was<br>7 discriminatory about that situation?<br>8 A. I believe that was one of the items, the fact<br>9 that I never got an increase in salary, and I believe<br>10 I also mentioned the bonus while I was in that<br>11 position.<br>12 Q. So those both relate to the time you were in<br>13 position controls?<br>14 A. Yes.<br>15 Q. So when you testified that you didn't get a<br>16 salary review or increase for 20 months, that was<br>17 during the time period when you were first in<br>18 accounting and then over in position controls and<br>19 then back in accounting again?<br>20 A. I believe so. | 71 |
| Tyler, Emily<br>Plaintiff<br><br>05/26/92 - 08/05/00 | 1999 | CIS<br>Chicago, IL | 104:22 A. My contention is that I was doing the duties<br>23 of the accounting manager much longer than the time<br>24 that I was promoted to accounting manager. My salary<br>25 did not, during this time that I was performing those<br>105: 1 duties, did not reflect the salary of the accounting<br>2 manager. | 104-05 |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | During Employment | WW PHOSPH<br>WW FERTDIS | 42: 5 Q. Okay. What's the basis for your belief that<br>6 the company discriminated against you on the basis of<br>7 your race?<br>8 A. They didn't promote me, they didn't<br>9 compensate me, they didn't give me the same bonuses,<br>10 and ultimately they terminated me. | 42 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 1996 | CMD / CGD<br>Minnetonka, MN | 60: 1 Q. Sure. Did you, at any point in time, feel<br>2 that you were being compensated unfairly?<br>3 A. Yes.<br>4 Q. Okay. When was the first time you believed<br>5 that?<br>6 A. The first time was in 1996.<br>7 Q. Okay. What was the basis for your belief?<br>8 A. The fact that I thought I was in a position<br>9 that had a different salary range than the one that I<br>10 was in.<br>11 Q. Did you believe that you were in a -- let me<br>12 rephrase the question. Did you believe that you were<br>13 not in an I/T technical analyst position because of<br>14 your race?<br>15 A. I don't know. At that time I don't know.<br>16 Q. Do you believe that your compensation was set<br>17 in the '93 to '96 time frame or that Cargill set your<br>18 compensation in that time frame based on your race?<br>19 A. I do today.<br>20 Q. What's the basis for that belief?<br>21 A. The fact that I wasn't again where I, where I<br>22 was told I was supposed to be, and the fact that my<br>23 peers were making more money and receiving larger<br>24 bonuses and given more responsibilities and<br>25 promotions.<br>***<br>61:25 Q. And what led you to believe that they were<br>62: 1 being paid more?<br>2 A. Some of them told me. | 60-62 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 1993-1996 | CMD / CGD<br>Minnetonka, MN | 72:17 Q. What do you base your belief on that your<br>18 bonuses in the Grain division were calculated based<br>19 on your race?<br>20 A. The fact that some of my coworkers got<br>21 bonuses that were larger than mine.<br>22 Q. Anything else?<br>23 A. No.<br>24 Q. How did you know that some of your coworkers<br>25 got bonuses that were larger than yours in the Grain<br>73: 1 division?<br>2 A. They told me. | 72-73 |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2000 | WW PHOSPH<br>WW FERTDIS<br>Tampa, FL | 78:16 Q. What's the basis for your belief that your<br>17 bonuses in Fertilizer were set based on your race?<br>18 A. The fact that my coworkers received larger<br>19 bonuses.<br>20 Q. And who were those?<br>***<br>23 Q. How did you find out about the size of their<br>24 bonuses?<br>25 A. They told me. | 78 |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2000 | WW PHOSPH<br>WW FERTDIS<br>Tampa, FL | 82: 2 Q. Tell me what you talked with Ms. Kennedy<br>3 about?<br>4 A. She prepared that handwritten document and<br>5 showed me the formula, discussed the formula, and<br>6 showed the bonuses for two years prior to the year we<br>7 were discussing. That's it.<br>8 Q. Okay. Did that make you feel better about<br>9 your bonus in terms of how it was calculated?<br>10 A. No.<br>11 Q. What about it, what about that conversation<br>12 concerned you?<br>13 A. That my bonus was only, like somewhere in the<br>14 range of a hundred dollars more than what it had been<br>15 the year prior, and I didn't understand why, based on<br>16 the formula, that it was only a hundred dollars more<br>17 when my coworkers were significantly larger.<br>***<br>24 Q. Did Ms. Kennedy explain to you why your bonus<br>25 was not significantly larger than your prior year's | 82-83 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 83: 1 bonus?<br>2 A. What she said was that, she questioned how<br>3 did I know that my coworkers' bonuses were larger and<br>4 I had no business with that information and I should<br>5 not be discussing that with them, and other than<br>6 that, no, she didn't say anything about why it was<br>7 only a hundred dollars more. | |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 1999-2001 | WW PHOSPH<br>WW FERTDIS<br>Tampa, FL | 86: 4 Q. How many separate meetings did you have with<br>5 Stephen about compensation?<br>6 A. I can only remember one.<br>7 Q. Tell me about that meeting. What did you<br>8 say?<br>9 A. I remember looking at some document that<br>10 showed the range for the technical, I/T technical<br>11 analyst. It had my salary on it and what the Compa<br>12 ratio was, and he talked about, he said something in<br>13 regards to the Compa ratio being a hundred percent,<br>14 and that's generally when you get promoted or that<br>15 was one of the factors that was looked at, and that I<br>16 was either there or very close to being there.<br>***<br>87: 3 Q. Were you satisfied with that explanation?<br>4 A. No.<br>5 Q. Why not?<br>6 A. Because if I was that close or at a hundred<br>7 percent, then I should have been promoted and that<br>8 the lack of promotion was preventing me from making<br>9 more money and that there was no clear explanation as<br>10 to why I wasn't being compensated more or promoted.<br>11 There was just no good answer.<br>12 Q. Did Mr. Murray tell you it was because of<br>13 behavioral competencies that needed work?<br>14 A. He didn't say that the behavioral<br>15 competencies were in fact keeping me from being<br>16 promoted, he just said that he would like to see me<br>17 work on some areas and that would help. | 86-87 |

**Summary Exhibit 7 (Amended)**

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1993-1997 | Admin<br>Minnetonka, MN | 70: 13 A. The problems that I had with Julie Nekola was<br>14 her inability to adequately represent me as a, to<br>15 adequately represent me when it came time for salary<br>16 discussions. I constantly was receiving low<br>17 increases and expressed concerns about those things<br>18 to her, and then I asked her was I being given low<br>19 grades consistently in terms of salary because of my<br>20 race. And at that point she brought John Bjelland in<br>21 to the picture and we had to, and I had a discussion<br>22 with John Bjelland, and it was at that time that he<br>23 told me that perhaps there had been an error in the<br>24 increase percentage that I should have received, but<br>25 he warned me not to be so quick about using the race<br>71: 1 card and that I would be labeled as one using a race<br>2 card for me to continue to do that.<br>***<br>21 Q. Did he actually use the words "race card"?<br>22 A. Yes. | 70-71 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 1993-1997 | Admin<br>Minnetonka, MN | 386: 18 Q. When, at what specific point in time did you<br>19 first believe that you were being unfairly<br>20 compensated?<br>21 A. I thought it strange early on that my<br>22 increases seemed to be pretty small, but I felt that,<br>23 that assurance when a manager had me go through their<br>24 desk to find something and I stumbled across a<br>25 listing of employee salaries, and that happened some<br>387: 1 time ago so I don't remember the specifics. But I<br>2 remember looking at myself in comparison to other<br>3 employees that were white individuals, I think Lisa<br>4 Broden was one. I cannot recall who some of the<br>5 others were, but then it just was clear to me that I<br>6 wasn't being appropriately compensated. | 386 |

## Summary Exhibit 7 (Amended)

# SELECTED COMPENSATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | During Employment | Admin<br>Minnetonka, MN | 386: 8 Q. Why do you believe that you were unfairly<br>9 compensated?<br>10 A. I was slow in receiving promotions, I was<br>11 slow in receiving increases. I believed that I was<br>12 given less increase than my peers, at least on one<br>13 account it was admittedly so through John Ringquist.<br>14 Through my, as I indicated before, once I was<br>15 demoted, any additional increases were significantly<br>16 smaller. That's what comes to mind at the, at the<br>17 moment. | 386 |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | 2001 | Salt<br>Tampa, FL | 157: 1 Q. You also talked about salary increases. What<br>2 are your complaints about salary increases?<br>3 A. Caucasian employees that was hired after me was<br>4 hired in a -- hired for a higher<br>5 salary . . .<br>***<br>7 . . . They were given . . .<br>8 the same salary that they were making from their<br>9 previous -- previous job. | 157 |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | After 2000 | Salt<br>Tampa, FL | 161:13 Q.<br>17 Q. Why do you believe that he [Dixon] was paid more than<br>18 you had been paid?<br>19 A. The base of what I started out with and what I<br>20 was told, that new hires or salaries are<br>21 different because -- to attract employees. | 161 |
| Wint, Steve<br>Plaintiff<br><br>04/17/00 - 02/26/04 | During Employment | Salt<br>Tampa, FL | 165:10 Q. Do you have any complaints about those merit<br>11 increases?<br>12 A. Yes.<br>13 Q. What are your complaints about the merit<br>14 increases?<br>15 A. They gave me an increase and also gave other<br>16 Caucasian employees increases. It's not going<br>17 to give me a chance to catch up to those<br>18 employees that has less experience than I do. | 165 |