## Summary Exhibit 8 (Amended)

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | 2001 | Phosphprod<br>Tampa, FL | 87: 9 A. Sean [Butler] [Caucasian HR Manager] called me setting up, wanting to set up an<br>10 appointment to talk, to discuss my reasons for not<br>11 wanting to sign the severance package and to provide any<br>12 information that he could for me. And we met and I<br>13 wanted to know how was I chosen. Initially he said that<br>14 I scored low on my PMP and my KRAs, and I told him that I<br>15 was among the highest on my PMPs and my KRAs. And he<br>16 said that he would want to do some research and find out<br>17 more. He got back with me and he told me that I scored<br>18 low on housekeeping and recordkeeping.<br>***<br>21 A. That was during a later conversation when he got<br>22 back with me. Immediately he went and pulled my KRA and<br>23 PMP results and saw that they were among the highest.<br>24 Q. Among the highest as compared to whom?<br>25 A. The other analysts in the lab. | 87 |
| Branham, Hollis<br>Plaintiff<br><br>07/21/00 - 10/01/01 | 2001 | Phosphprod<br>Tampa, FL | 102:19 Q. As you sit here today, do you honestly believe<br>20 that race was a factor in the decision to eliminate your<br>21 position as part of that reduction in force?<br>22 A. Yes.<br>23 Q. Why?<br>24 A. Because the information that I was told was the<br>25 reason for me being gridded low, it came from a proven<br>103: 1 racist. And the information was inaccurate as far as<br>2 housekeeping. | 102-03 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Brown, Toya<br>Plaintiff<br><br>03/17/97 - 03/31/01 | 2001 | NAGOC<br>Houston, TX | 225:19 Q. So what ultimately led you to decide it was<br>20 time to end your employment relationship with<br>21 Cargill?<br>22 A. The continued lack of opportunities,<br>23 consistently seeing my peers promoted and relocated<br>24 to choice locations, the continued stress that was<br>25 brought on by lack of opportunity. Just a continued<br>226: 1 containment of my potential forced me to leave.<br>2 Q. Was there a triggering event, so-called straw<br>3 that broke the camel's back or was it -- was there<br>4 such an event that you could point to that after this<br>5 happened I decided I was going to leave?<br>6 A. No, I think it was the culmination of<br>7 continued oppression of my personal growth.<br>8 Q. At the time, well, at the time for example<br>9 you submitted your letter of resignation, did you<br>10 have another job lined up?<br>11 A. No.<br>***<br>227: 1 A. No, when I left Cargill I had no future<br>2 prospects of employment, that I remember at the time. | 225-27 |
| Cephus, Lois E.<br>Declarant - Potential Class Member<br><br>11/10/90 - 04/09/01 | 2001 | Excel<br>Dodge City, IA | 10. I stayed in the Case Manager position until April 2001. I left Cargill because I was no longer happy there and I did not agree with some of their processes, specifically the way they treated me and other African Americans. There was discrimination against people of color and I could no longer handle working in that environment. | Para. 10<br>177-79 |
| Collier, Michael K.<br>Declarant<br><br>07/12/95 - 05/30/98 | 1998 | Corn Milling<br>Cedar Rapids, ID | 48:19 A. Randy Benesh, who was the supervisor -- or<br>20 manager, I guess.<br>21 Q. Is he Caucasian or African-American?<br>22 A. Caucasian. They terminated me without even<br>23 telling me -- or showing me -- They came and told me<br>24 that I wasn't a fit for what they were looking for<br>25 without explaining to me, you know, what they were<br>49: 1 looking for. | 48-49 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collier, Michael K.<br>Declarant<br><br>07/12/95 - 05/30/98 | 1998 | Corn Milling<br>Cedar Rapids, ID | 4. I know that I was terminated because of my race. I had been doing good work for Cargill. I always received meets or exceeds expectations on my reviews and I never had any discipline problems. Ms. Heightman and Mike Vilasic (Caucasian) called me into the office and informed me that they did not think I was qualified to do the Starch Coordinator position. They said they wanted to take other avenues. I asked what that was, and they said they could not share that information with me. When I asked further, they said they could fire me or give me a severance with back pay added. I asked why there had not been a warning about my job performance so that I could improve. They did not answer. I was never asked what I thought of Cargill or how things could be different. They never asked me anything. They just kept repeating that I had two choices, be fired or take the severance package. Several of my co-workers, including Keith O'Malley (Caucasian) who had been at Cargill for years commented that they had never seen anybody fired the way I had been.<br><br>48:19 A. Randy Benesh, who was the supervisor -- or<br>20 manager, I guess.<br>21 Q. Is he Caucasian or African-American?<br>22 A. Caucasian. They terminated me without even<br>23 telling me -- or showing me -- They came and told me<br>24 that I wasn't a fit for what they were looking for<br>25 without explaining to me, you know, what they were<br>49: 1 looking for.<br>***<br>131:10 A. And they replaced me in that position with<br>11 another person that worked there.<br>13 A. I can't<br>14 think of Carla's last name. I forgot it.<br>15 Q. Is she Caucasian or African-American?<br>16 A. Caucasian.<br><br>***<br>132: 3 Q. Do you know how much money they paid her<br>4 when they brought her into your position?<br>5 A. The actual amount, no. But we were out<br>6 after -- one evening after I had left the company,<br>7 when I found out that she got the position, and I<br>8 asked -- I said, how did they get you to do that.<br>9 She said, they paid me. She was in accounting, and<br>10 they make pretty good money. So it would have | Para. 4<br>48-49, 131-35 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | 11 probably been -- It would have been a demotion for<br>12 her actually to even come there. So she said that<br>13 they gave her what she wanted, so . . .<br>18 Q. Do you think that you are more qualified to<br>19 do that position than Carla was?<br>20 A. Yeah, she didn't know anything about it.<br>21 She didn't know anything about the starch business.<br>***<br>134: 6 Q. You indicate in paragraph 4 of your<br>7 declaration that you talked to some of your coworkers<br>8 about your termination.<br>9 A. Yep.<br>10 Q. When did you talk to them about it?<br>11 A. One was when I was coming back to my desk<br>12 after they terminated me.<br>13 Q. Who did you talk to then?<br>14 A. Keith O'Malley and Wayne Strang.<br>15 Q. And who?<br>16 A. And Wayne Strang.<br>17 Q. Wayne Strang. What did you say to them?<br>18 A. They asked me what I was doing when I was<br>19 packing up my stuff and I said I have just been let<br>20 go. And they asked for what. And I said I don't<br>21 know. They thought I was kidding. They thought --<br>22 because of how I am. I am pretty easygoing. They<br>23 thought I was joking.<br>24 Q. What was their response?<br>25 A. They couldn't believe it. O'Malley -- they<br>135: 1 both came -- That evening Wayne called me and we met<br>2 for drinks. They thought I was going to file a<br>3 discrimination lawsuit against them. I just -- I<br>4 didn't. I just went on because they knew it was<br>5 unfair. They knew I was treated unfair. And they<br>6 both are Caucasian. They know Randy and Teresa, how<br>7 I would ask for things and -- or ask for help on<br>8 stuff and, you know, it wasn't -- just turned down.<br>9 They knew that.<br>10 Q. Did either Mr. O'Malley or Mr. Strang<br>11 indicate to you that they thought your firing was for<br>12 a discriminatory reason?<br>13 A. Yes. | |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| | | | Q. Did both of them say that?<br>A. Both of them.<br>Q. Can you elaborate on what they said?<br>A. They said that they didn't think Randy liked blacks and that it seemed ever since he came everything that I was doing he went against. And he -- Keith being in a management position said that he doesn't see where Teresa even tried to help. | |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | 2000 | Admin<br>Minnetonka, MN | 152: Q Okay. Now, at some point you indicated you told Ms. Daniel that you -- You did tell her why you wanted to leave your job?<br>A Yes.<br>Q And what did you tell her?<br>A That I was unhappy in my position. And this, again, is not verbatim, but the message was that my unsatisfaction came because of the way that I felt I was being treated in my position and an inability to really be effective.<br>***<br>153: A As I previously stated, I was unhappy with the way that I felt I was being treated and feeling an inability to be able to really be successful or be effective in my job. | 152-53 |

## Summary Exhibit 8 (Amended)

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | 2000 | Admin<br>Minnetonka, MN | 429:23 Q Now, who do you believe intentionally<br>24 discriminated against you?<br>25 A Sue Sjeklocha. [Caucasian Manager]<br>***<br>430: 2 Sue's role is to be 80 percent diversity and<br>3 retention as the diversity and retention manager, and she<br>4 was not officed at my building. And so her partial<br>5 commitment to diversity and retention, while I'm the only<br>6 other person working on diversity and retention, I felt,<br>7 made my job much more difficult and my inability to be<br>8 effective. She was unavailable, and also took on other<br>9 responsibilities which minimized the amount of time that<br>10 she was actually supporting the diversity and retention<br>11 efforts. There were discussions around her moving into<br>12 the office center to be housed -- or have a second office<br>13 in a closer location. That never happened. | 429-30 |
| Collins, Dawn<br>Plaintiff<br><br>07/20/92 - 08/02/00 | 2000 | Admin<br>Minnetonka, MN | 543:16 Q Okay. How did Nancy Siska [Caucasian HR VP] discriminate against<br>17 you in your role as a diversity and retention specialist?<br>18 A Again, my inability to really be effective<br>19 because of the lack of support from my manager, who<br>20 reported to Nancy, and the -- that would be my comment. | 543 |
| Douglas, Virginia<br>Plaintiff<br><br>12/03/90 - 11/29/00 | 2000 | CIS<br>Chicago, IL | 94:11 Q Why did you leave your job with CIS?<br>12 A After everything that has happened, I felt that<br>13 I was invisible, and I didn't think that they were taking<br>14 my career serious, and I -- at the time I needed to<br>15 leave. By that time I was exhausted.<br>16 Q When you say that you felt that they weren't<br>17 taking your career seriously, who is "they"?<br>18 A Well, when I say "they," I mean whoever my<br>19 managers are at that time.<br>20 Q So who?<br>21 A Well, like I said, during the course of the<br>22 time I was there, it was always road blocks, you know,<br>23 speed bumps to me getting positions that I want, that I<br>24 wanted, that I inquired about. After the last<br>25 announcement, it was -- I was exhausted. | 94 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 60:20 A Those are the basic general ones that I can<br>21 remember at this time. Basically work, I was told one<br>22 thing -- it was like a moving target. He would tell me<br>23 to do one thing and then contradict himself and say he<br>24 didn't say that and he told me to do X, when he actually<br>25 told me to do Y. So basically set me up to fail, in my<br>61: 1 opinion. | 60-61 |
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 61:19 A Basically, it all falls together. In my<br>20 opinion, I was never trained initially. When I started<br>21 there, John Holbeck [Caucasian Manager] told me that it would take me a year<br>22 and a half to learn the business and to learn the<br>23 accounting, how they did their accounting in that<br>24 department, because seed was a different -- they did<br>25 accounting differently in that division. And I'm<br>62: 1 assuming he wouldn't know that, based on the fact that he<br>2 used to work in audit before going into the -- becoming<br>3 manager of the seed division. But yet still if it takes<br>4 you a year and a half to learn the whole process, I was<br>5 fired at a year and a half. He told me that it would<br>6 take a year to see the whole cycle, because the seasons<br>7 are very different when you deal with agriculture in the<br>8 seed area. And there were things that he had not yet<br>9 learned, because he had only been doing it, I'm going to<br>10 assume -- I believe he said like a year or two years he<br>11 had -- and there were things that he was still unsure of. | 61-62 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 141: 9 Q What other training do you think you should<br>10 have had for the position that you didn't get?<br>11 A Based on that job, basically being exposed more<br>12 to the cycle, the typical changes that would affect that<br>13 particular department, based on him being -- working with<br>14 a -- for instance, the Canadian operations for, I<br>15 believe, two years that he [John Holbeck, Caucasian Manager] handled that account, he<br>16 should have been -- should have been more aware of that<br>17 side of the business in order to explain to me exactly<br>18 what happens instead of telling me after the fact, or me<br>19 asking questions and he -- and he -- him taking it upon<br>20 himself to wait later to tell me.<br>21 Q Do you think that those failures or<br>22 shortcomings are evidence of race discrimination?<br>23 A I believe that -- yes, in a sense, I do,<br>24 because of the fact that he knew things forthcoming and<br>25 he decided to withhold it from me.<br>142: 1 Q Like what?<br>2 A Just the normal day-to-day processes as far as<br>3 you knew this always happens at this time of year, so why<br>4 not tell me ahead of time what to expect when you know<br>5 this happens. | 141-42 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Hughey, Cheneta<br>Plaintiff<br><br>07/08/96 - 12/19/97 | 1997 | Seed<br>Minnetonka, MN | 142: 6 Q Well, what do you -- what advantage do you<br>7 think he was getting by withholding that stuff from you?<br>8 A I think he was setting me up to fail.<br>9 Q Why? He wanted you out of the department?<br>10 A In my opinion, possibly to prove that I might<br>11 have been incompetent.<br>12 Q Well, it doesn't do him very much good to have<br>13 either an incompetent staff accountant or an empty<br>14 position, does it?<br>15 A Well, if my position was created in the first<br>16 place, and I'm taking part of his job responsibilities<br>17 that he had, because this is everything that he used to<br>18 do, so he was pushing it towards me; and as you see, he<br>19 was not involved in the hiring process for me, this was a<br>20 job that was actually created, it appeared, to be for me,<br>21 so there might have been some resentment there. And the<br>22 fact that I'm a black female working with him, he might<br>23 have had some issues with that. | 142 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2003 | CIS<br>Chicago, IL | 102:21 Q. Well, why do you think you were being<br>22 terminated?<br>23 A. Because I think they were systematically trying<br>24 to remove as many African-American employees from that<br>25 company as possible.<br>103: 1 Q. You weren't terminated, were you?<br>2 A. I left.<br>3 Q. In fact, you submitted a resignation letter and<br>4 left, correct?<br>5 A. Yes, I did. I did not have any choice. | 102-03 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2003 | CIS<br>Chicago, IL | 364: 3 Q. Why did you resign on March 10, 2003?<br>4 A. Because I felt like I had no other alternative.<br>5 Q. You could have continued to work for a couple<br>6 more weeks if you wanted to, couldn't you?<br>7 A. I don't think so.<br>8 Q. Why not?<br>9 A. Because my health was at risk.<br>10 Q. What's wrong with your health?<br>11 A. At that time, I was very sick. I was under<br>12 emotional and physical stress that was very bad.<br>13 Q. Was it affecting your job performance?<br>14 A. It was affecting my health.<br>15 Q. Right. Were the problems with your health<br>16 affecting your job performance?<br>17 A. The problems were affecting my emotional and my<br>18 physical health to such a point that I felt like I had<br>19 no other choice but to leave Cargill. | 364 |
| Little, Vivian<br>Plaintiff<br><br>11/17/97 - 03/10/03 | 2003 | CIS<br>Chicago, IL | 380: 7 A. I don't think that there was anything that I<br>8 could have done for Sandip Lalli [Manager] to improve anything. I<br>9 don't believe that she ever had any intention of helping<br>10 me to improve anything. I think her intention was, as<br>11 she has stated before, to move me out of the door.<br>***<br>22 Q. So did you make any efforts to comply with the<br>23 performance improvement plan?<br>24 A. I did everything in my power to do whatever<br>25 Sandip Lalli wanted me to do.<br>***<br>382: 2 A. I think that feeling was something that was<br>3 building up over time, after, you know, doing my best to<br>4 try to please her and to do the things that she wanted<br>5 me to do.<br>6 Q. Is it your testimony that she was demanding<br>7 more of you than the job required?<br>8 A. I think that she was making demands that were<br>9 impossible, and no matter what I did, it would not be<br>10 enough. | 380, 382 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Mason-Robinson, Valerie<br>Plaintiff<br><br>07/08/96 - 17/18/98 | 1998 | Salt<br>Baltimore, MD | 206: 6 Q. . . . Had the<br>7 situation working at Cargill become unbearable for<br>8 you?<br>9 A. Yeah, it had, yes.<br>10 Q. Why?<br>11 A. Because I felt like as hard as I tried, it really<br>12 wouldn't make a difference. I felt like I was on<br>13 an emotional roller coaster. Yeah, I felt like<br>14 whenever there was an opportunity, I would get<br>15 really excited and I would talk to J.R. about it,<br>16 my husband, and, well, he was my boyfriend at the<br>17 time, and then when something didn't come to<br>18 fruition, I became very disappointed and depressed.<br>19 So for me, I was, I guess I was tired of the, just<br>20 the inconsistency that I saw and the bias that I<br>21 saw, and I just felt like there was no way out<br>22 but -- they weren't going to give me an opportunity<br>23 in the division. So if there was an opportunity<br>24 within another division, with Cargill being a large<br>25 company, I thought, oh, great, I can move around<br>207: 1 the company, I thought that initially when I joined<br>2 the company, but then just seeing how the system is<br>3 so closed to a certain extent with divisions, I<br>4 felt like there was nothing I could do but leave,<br>5 and that's what I thought. . . | 206-07 |
| Scott, Charles<br>Plaintiff<br><br>02/11/91 - 05/02/98 | 1997 | CFI<br>Minnetonka, MN<br>(Office Center) | 363:24 Q. Yeah. Were you told your employment with the<br>25 company was being terminated for performance?<br>364: 1 A. I was told that my termination from Cargill<br>2 Ferrous was because there was no longer a good fit.<br>***<br>434:10 . . . Also<br>11 mentioned that, you know, if anyone asked him his<br>12 opinion on, of my performance with Cargill Ferrous, I<br>13 had a good track record but there is no longer a good<br>14 fit. | 363 - 64 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Sharp, Jacqueline T.<br>Declarant - Potential Class Member<br><br>09/20/83 - 03/06/96 | 1995 | Corn Milling<br>Memphis, TN | 15. Following the June 1995 bad review, I was informed in August or September of that year, that I would not be receiving a bonus check. I was upset, but I wanted to work toward improvement. However, management, especially Mr. Gardner,[Caucasian Manager] refused to work with me. I received a poor review, but there was no clear direction given as to how or where I needed to improve. I did not know what he wanted or expected. I would send him e-mails, detailing the status of what I was doing and areas where I was trying to improve. Yet, I would not receive any feedback. I felt that my efforts were futile in the sense that management did not appreciate my work, responsibilities, or my efforts. I felt I was doing a good job—if I didn't do my job, everyone would know because the instrumentation would be down or would provide unreliable results—and that did not happen. I worked hard and I sufficiently completed all the tasks and job responsibilities I was asked to do. I do not think that management understood my job or thought it was important. I finally said enough is enough and I wrote my resignation letter. Mr. Gardner asked me why I was quitting, but I just said, "Read the letter." I felt that he had not listened to me, tried to get to know me, or help me at all, so why would he listen to me now? | Para. 15 |
| Williams, Jacqueline<br>Plaintiff<br><br>06/07/93 - 05/08/02 | 2002 | WW<br>Tampa, FL | 89: 3 Q. Ms. Williams, I wanted to ask you now about<br>4 your earlier testimony that you believe Cargill<br>5 discharged you because of your race. Why don't you<br>6 tell me what you base your belief that you were<br>7 terminated because of your race on?<br>8 A. The fact that, well, everything that I've<br>9 said, the compensation and the promotions were<br>10 discriminatory as to me, and the fact that when I<br>11 informed them that I would be interested in coming<br>12 back, that they said there were no open positions and<br>13 I found out that there actually were two. | 89 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 2001 | Admin<br>Minnetonka, MN | 274: 2 Q. Okay. And the next thing in your list, you<br>3 said that when there was talk about the department,<br>4 C-Tech, being downsized, that John Ringquist appeared<br>5 to immediately target you as an individual [Caucasian Manager] who would<br>6 be removed from the department. Why did you say<br>7 that?<br>8 A. Because he told me that I would probably be<br>9 the one to go on a couple of occasions, and I asked<br>10 Shannon and Jamal if he had told them to start<br>11 looking and they said no, and he had told me to start<br>12 looking. | 274 |
| Willis, Cheryl<br>Plaintiff<br><br>06/02/86 - 05/01/01 | 2001 | Admin<br>Minnetonka, MN | 277: 2 Q. Are you claiming that there was anything<br>3 discriminatory about the fact that Jamal Haider<br>4 received the senior I/T business analyst position<br>5 over you?<br>***<br>8 A. I am stating that what was discriminatory was<br>9 the fact that I should have been given an equal<br>10 opportunity to apply for the position, which John [Ringquist] had<br>11 indicated to me that I was not. I'm believing that<br>12 it was also discriminatory that the job description<br>13 was written in a way to, to keep me out, and that<br>14 John basically did not want me in that position as an<br>15 African-American.<br>16 Q. When did John indicate to you that you were<br>17 not given equal opportunity to apply for that<br>18 position?<br>19 A. John implied it in telling me that it will<br>20 probably be me that will be leaving, and indicating<br>21 to me that, that I should look for, that I should<br>22 start looking for other, other employment<br>23 opportunities. | 277 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | 2000 | NAGOC<br>Minnetonka, MN | 456: 9 Q And did you learn at some point that you had<br>10 not been given a customer solutions specialist position?<br>11 A Yes, I did.<br>12 Q And who told you that?<br>13 A Jim Reiff and Paul Butters. [Caucasians]<br>***<br>457: 1 Q And what did they tell you in that meeting?<br>2 A I seem to remember Reiff saying that I didn't<br>3 get the job.<br>4 Q Did he tell you why?<br>5 A I asked him why, and he said that he gridded me<br>6 out and I didn't receive the job.<br>7 Q Did he tell you where you had placed when he<br>8 completed the grid?<br>9 A No, he did not.<br>10 Q Did you tell him that you thought he was going<br>11 to need an additional customer solutions specialist?<br>12 A I told him that I thought he would need not<br>13 only additional customer solutions specialists, but that<br>14 he was going to need someone who knew the market as well<br>15 as I did and had high core competencies.<br>***<br>458: 16 Q When Mr. Reiff said that he gridded for the<br>17 position, did you understand what he meant?<br>18 A I don't think I did, 'cause I seem to remember<br>19 I asked him -- asking him about the process.<br>20 Q Do you -- did you gain an understanding of the<br>21 process during your discussion with Mr. Reiff?<br>22 A Not completely, no.<br>23 Q What did you understand after you spoke with<br>24 him?<br>25 A That he gridded me out, gridded -- gridded me<br>459: 1 as a candidate and made the decision. I don't know how<br>2 that was arrived at or anything about that process. | 456-59 |

**Summary Exhibit 8 (Amended)**

# SELECTED TERMINATION EVIDENCE FROM TESTIMONY AND DECLARATIONS

| Name / Empl. Dates | Time Frame | Division / Location | Evidence | Source |
|---|---|---|---|---|
| Wright, Sean<br>Plaintiff<br><br>05/19/97 - 08/05/00 | 2000 | NAGOC<br>Minnetonka, MN | 462:17 Q Do you think that Mr. Reiff's decision not to<br>18 select you for one of the four positions had anything to<br>19 do with your race?<br>20 A I believe that it's possible.<br>21 Q And what is that based on?<br>22 A Once again, based on my beliefs.<br>23 Q Well, with respect to Mr. Reiff, why would you<br>24 think that he would want to discriminate against you on<br>25 the basis of your race?<br>463: 1 A Based on the past association with -- between<br>2 he and Kevin Kohler. | |