UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| *Defendant.* | ) | |

**APPENDIX 2: DECLARATIONS (AMENDED)**

| TAB | DESCRIPTION | DATE |
|---|---|---|
| Cephus. | Declaration of Lois E. Cephus | 11/11/03 |
| Collier | Declaration of Michael K. Collier | 03/04/04 |
| Dixon | Declaration of Audrey S. Dixon | 12/17/03 |
| Ford | Declaration of Glenn Ford | 01/29/04 |
| Fowler | Declaration of Raymond E. Fowler | 01/19/04 |
| Gosby | Declaration of Laverne H. Gosby | 01/14/04 |
| M. Harrison | Declaration of Marcia Harrison | 12/01/03 |
| Hill | Declaration of Michelle E. Hill | 11/07/03 |
| Reid | Declaration of Angela Y. Reid | 01/17/04 |
| Selman | Declaration of John Selman | 12/19/03 |
| Sharp | Declaration of Jacqueline T. Sharp | 11/13/03 |
| C. Smith | Declaration of Candy McKinnon Smith | 12/17/03 |