**Arnold, et al. v. Cargill**
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

## DECLARATION OF LOIS E. CEPHUS

I, Lois E. Cephus, declare that the following is true and correct:

1. I am a 44 year old African American female. I am a board certified occupational health nurse. In 1985 I received an associates degree in Nursing from Dodge City Community College. I received my Bachelor of Science degree in Nursing in 1998 from Fort Hayes State University.

2. Cargill's wholly owned subsidiary, Excel, in Dodge City, Kansas, first hired me in June 1985 as a shift nurse. I had just finished school and was notified of a new position at Cargill. I sent in my resume and had one interview with John Lindle, the Human Resources Manager (Caucasian). I received the position I expected, but I think Cargill may have underpaid me. My job duties included taking care of injured workers, conducting physicals for workers, handling emergencies, and conducting annual hearing tests. I stayed in that position until I left Cargill in 1988. I was unhappy with the way that Cargill treated hourly workers, so I sought and found employment elsewhere.

3. In 1993, Rod Reiman (Caucasian), Cargill's Slaughter Manager, who I had worked with between 1985 and 1988, contacted me about an opening for a nurse at the Dodge City plant. I was called in for a phone conference with Mr. Reiman and Betty Post (Caucasian), Corporate Nursing Manager. I was offered a position as Occupational Health Manager. I accepted the offer, returned to work for Cargill and remained in that position until I was demoted back to shift nurse in June 1999.

4. In 1999, Mr. Stafford informed me that I was being demoted. I was never told why I was demoted. I think I was demoted because I kept my duty regarding medical

confidentiality and the managers did not respect confidentiality. It appeared to me that management wanted to use confidential information and wanted to get people off restricted duty as quickly as possible, sometimes too quickly. I was very upset about being demoted because I felt more than anything that the Plant Manager, Dan Schnitker (Caucasian), wanted a Caucasian Occupational Health Manager. I feel that way because there were rumors that Mr. Schnitker had said that the problem with the plant was that it was run by too many minorities. He started replacing people of color in management positions. To me, it was obvious that Mr. Schnitker did not like people of color.

5. After I was demoted, I was moved to second shift. I did not mind second shift, except that the other nurses were compensated for being on second shift and I was not.

6. Before I was told that I was demoted, Cargill either advertised or searched for a replacement for my position. Cargill management then thought they had filled the position, so Mr. Stafford told me that I was being demoted. Shortly after that, the person they hired decided not to accept the job. I was asked to stay as Occupational Health Manager until they could fill the position. I told them that I would rather take my position on the shift than move back up only to move down again. Cargill then hired Carl Gookins (Caucasian) to replace me as Occupational Health Manager. Mr. Gookins had been a nurse for a while, but he had no occupational health experience. He was later fired in 2000 because he did not know what he was doing. Doris Heiland (Caucasian), who I had hired and trained in February 1999, took over Mr. Gookin's position. She received this position, even though she had very little experience.

7. The nursing staff switched from salaried to hourly in 2000. I wanted to stay salaried, so I looked for a new position at Cargill. In February 2000, there was an opening

for a Case Manager. I spoke to Mr. Gookins about the position and he informed me that the qualifications were to have nursing experience and be able to communicate in Spanish. I had all those qualifications. Yet, the job was given to Connie Schermerhorn, who appears to me to be Caucasian. She was less qualified than I was. She spoke Spanish, but had no experience as a Case Manager and she had no occupational health experience. Mr. Gookins, Mr. Schnitker and Dave Stafford (Caucasian), Human Resource Manager, made the promotion decision.

8. At that point, I felt like resigning. I was frustrated by watching less experienced Caucasians receive positions that I was qualified for. I actually submitted my resignation, but I rescinded it when the employees I took care of asked me not to leave.

9. Mrs. Schermerhorn did not last long at that position at Cargill. She moved to first shift to help the first shift nurse. Her position was open in November 2000. I applied again, and this time, I got the job. This just proved to me that I was qualified the first time, but that I wasn't given the position because of my color.

10. I stayed in the Case Manager position until April 2001. I left Cargill because I was no longer happy there and I did not agree with some of their processes, specifically the way they treated me and other African Americans. There was discrimination against people of color and I could no longer handle working in that environment.

Training

11. I received some training at Cargill, until my demotion in 1999. I got to go to training for my board certification in occupational health in 1998. I got to go to training for my continuing education credits for nursing and I was sent to team building training.

12. However, after I was demoted in 1999, I was no longer allowed to attend any training or seminars. In January 2000, I wanted to go to a continuing education class on Medical Records. At first, I was told that I could go, but then Mr. Gookins said I could not go. There was another continuing education class on Case Management in March 2000. I had asked to attend and was given the go ahead. At the last minute, Mr. Gookins informed me that, again, I could not go. Other Caucasian co-workers went to training after that, such as attending safety seminars, team building, etc., but I was never sent after the demotion.

Performance Reviews/Discipline Issues

13. When I started at Cargill, management used the Management by Objectives ("MBO") system to give performance evaluations. Later, the system switched to the Performance Management Process ("PMP"). Before my demotion, I received good performance evaluations. I received meets or exceeds expectations. After they demoted me, Mr. Stafford tried to give me a bad review. The department had goals it was supposed to meet and we had met all those goals. However, he made sure that my review was as bad as possible. Under communication, he said that I didn't demonstrate openness to feedback from others and so I was marked below expectations. Yet, he wrote under expectations that I wrote and spoke concisely according to the assignment and the audience. I know that he re-wrote my review several times because it was so inconsistent. Still, everyone in the nursing department received a bonus that year but me.

14. Right before I was demoted, Mr. Stafford asked me to come into his office. During our conversation, I got up and he yelled at me to sit down. He treated me like I was some kind of slave. He told me that he was my superior and that I had to do everything he said. He was using a very nasty tone of voice and yelling terrible things at me. I had had

enough, so I told him that he had no right to talk to me like that. I was mad at myself for letting him get to me, but I was also extremely upset for him treating me like nothing.

15. After I was demoted, it seemed like every time I turned around, I was called into the office for petty stuff. On August 18, 1999, I was told that Mr. Stafford wanted to talk to me. I went to talk to him and found him in the Fab Manager's, Steve Thompson (Caucasian), office, along with Mr. Thompson, Dave Wessling (Caucasian), Excel Corporate Human Resource Manager, and Mr. Schnitker. I spoke to Mr. Schnitker when I entered the room, but he did not respond. He would never look at me, even if I was talking to him. I believe this was because he was prejudiced. Mr. Stafford and I then went next door and he asked me about several things that he said he had been hearing. He asked me if I had said that management was trying to fire the other African American nurse, Karla Alberty. I told Mr. Stafford that I had not said that, even though I felt that management was trying to fire her. He continued to ask me other questions about other nurses and things that I had done, such as put a worker back on work restrictions, which had apparently upset people in upper management. I told him that I felt like he was discriminating against me. I think the whole circumstances were inappropriate.

16. This type of harassment continued from other Cargill managers. One night in January 2000, it was snowing really badly. At the end of my shift, Mr. Gookins called me into his office. He said he wanted to talk to me about something. I asked if it could wait because I was worried about the weather and Mr. Gookins office was on the other side of the building and so I would be delayed in getting on the road. He insisted that I come to his office anyway. Once I arrived at his office, Mr. Gookins gave me a written warning for being late. The day I was late was a month earlier and the nurses' standard procedure was

not to have a strict timetable because of all of our overtime. None of the other Caucasian nurses were written up when they were late.

Work Environment

17. I believe that Cargill had a diversity program, but only when it came to the Hispanic workers. When it came to celebrating Black history month in February, Cargill did nothing for us. I felt African American workers were not supported.

18. When I first started at Cargill, there was a doctor, named Dr. Murati who made racial jokes. Also, there was one day when I was in a meeting, sitting across from Mr. Schnitker. Other people were entering the room. He started telling a story of a big black man in Canada that he used to give a hard time. He was looking at me the entire time and he suddenly ended his story. I got the feeling that there was more to the story and he wasn't finishing it because I was in the room. I felt very uncomfortable.

19. Another time, Mr. Schnitker came into my office and was visibly mad. He asked what was going on and I was trying to tell him, but he would not let me finish. He then said that he knew two people who would be gone if things didn't straighten up. I took that statement at the time to mean me and Ms. Alberty because we were the ones that were in the area. It was shortly after that incident that I was demoted.

20. I also felt that I was scrutinized more than my Caucasian co-workers. Gina Thompson (Caucasian), Corporate Nurse Manager after Ms. Post left, was always on my case about something. The people in Wichita had trained those of us in Dodge City, whereas those in Skylar, Nebraska had trained Mrs. Thompson. She therefore said that we were not doing things correctly in Dodge City because it wasn't the way she would have done them. Also, her husband was Mr. Thompson who was the Fab Manager and therefore

worked above me. The two of them shared information. I felt like the whole situation was wrong—he was privy to certain information that I do not believe he should have had, but that his wife told him anyway. The two would use that information to tag team me on certain issues or employees.

Promotions

21. In addition to my experiences of being demoted, instead of promoted in 1999 and being refused a promotion that I deserved and was qualified for in February 2000, I witnessed others not receive promotions. After my demotion, my assistant, Linda Davis (Caucasian) was not given a promotion. Either Mr. Stafford or Mr. Schnitker told her that she was denied the position because I had trained her. Luckily for Ms. Davis, another manager that had been at the Dodge City plant knew the situation and asked Ms. Davis to transfer to his plant in Nebraska to escape the negative environment.

22. Rickey Jones (African American) was always passed over for promotions even though he had been there for years and had a lot of experience. There was also an African American couple whose names I cannot recall, but I think they were both in engineering. They did not last long at Cargill and I think the husband was mistreated during his employment at Cargill. From my observations, it also seemed that the African American human resource employees were treated differently—as if they were set up to fail.

Compensation

23. I was not compensated for working the second shift, when all the other nurses were compensated. I did not receive a bonus in 1999, even though our department had met all of its set goals and everyone else in the department received a bonus. I did not receive another raise after my 1999 demotion.

Emotional Distress

24. Because of all that happened to me at Cargill, I began suffering from depression. I was treated for depression and had to take medical leave for about three months in the spring of 2000. I was under the care of a doctor and on medication the entire three months. I still am on medication for depression and I have occasional visits with my doctor.

Conclusion

25. Given my experience and observations at Cargill, I feel that Cargill does the bare minimum in dealing with diversity and race relations. It seems Cargill does just enough to meet EEO quotas. I believe that Cargill has a major problem in retaining African Americans because of how African Americans are treated differently than Caucasian employees. Given my experiences and those of other African Americans, I feel that I was discriminated against and that Cargill discriminates against African Americans as a group. Furthermore, I felt that Cargill blackballed me with people in the medical field after I left, because I could not get a full time job after leaving Cargill. I feel they ruined my career, a career I loved and had worked so hard to get where I was. I am now making less money than I did at Cargill and I am still trying to recover from the depression caused by working at Cargill.

I declare under penalty of perjury the foregoing is true and correct and executed this 11 day of November, at Dodge City KS.
{city, state}

Lois E. Cephus

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF MICHAEL K. COLLIER**

I, Michael K. Collier, declare that the following is true and correct:

1. I am a 39-year-old African American male. I attended Mississippi State University from 1982 to 1985, majoring in landscape architecture. I also attended a two year program at Kirkwood Community College in Cedar Rapids, Iowa for telecommunications from 2001 to 2003.

2. Cargill hired me in July 1995. I was a Rail Coordinator at the Cedar Rapids, Iowa plant. I saw an ad in the paper, so I applied for a position. Brad Blazer (Caucasian), Greg Breck (Caucasian), and Rod Arnold (African American) interviewed me. Kevin Klawitter (Caucasian) was hired at the same time as me for the same position. I reported to Teresa Heightman (Caucasian), who was the Department Manager.

3. A little less than a year after I started, I was promoted to Starch Coordinator in the Sales Department. I had actually put in a bid to be a Supervisor at the Eddyville plant, but I was told that I would not want to live there. I remained a Starch Coordinator until I was terminated on May 30, 1998.

<u>Termination</u>

4. I know that I was terminated because of my race. I had been doing good work for Cargill. I always received meets or exceeds expectations on my reviews and I never had any discipline problems. Ms. Heightman and Mike Vilasic (Caucasian) called me into the office and informed me that they did not think I was qualified to do the Starch Coordinator position. They said they wanted to take other avenues. I asked what that was, and they said they could not share that information with me. When I asked further, they said

they could fire me or give me a severance with back pay added. I asked why there had not been a warning about my job performance so that I could improve. They did not answer. I was never asked what I thought of Cargill or how things could be different. They never asked me anything. They just kept repeating that I had two choices, be fired or take the severance package. Several of my co-workers, including Keith O'Malley (Caucasian) who had been at Cargill for years commented that they had never seen anybody fired the way I had been.

5. They baited me to sign the agreement to leave. They stated that they would add to my salary because they said I was originally rated higher. Therefore, the severance package included three months of my current salary, plus the pack bay I should have received all along. I had thought about bringing a lawsuit then, but because I was unsure about being able to get another job, I took the severance. After all, I had my family to think about.

Compensation

6. When I was hired, I was told that I would get paid at the same level as Todd Hayek (Caucasian), who was an EX005 or EX006, but I never was paid at that level. I had started out making $12.25 an hour and later moved up to $13.00 an hour. I did not feel that I was adequately compensated. I felt lied to about my starting salary because they said I would make a higher amount and I never did. I did not complain about my salary because my attitude was that my work would take care of that. There was also a point when I had to do truck dispatcher work and some rail coordinator duties as well as my regular job duties as Starch Coordinator. I was never given additional compensation for the added responsibilities.

Promotions

7. Cargill was not consistent in the promotion process. Some openings at Cargill are posted. During my tenure at Cargill, I saw some postings for administrative jobs and plant jobs. Some job openings were not posted, such as operator positions, accounting positions, sales positions, and management positions. Those positions were not posted because it seemed to be "who you know" at Cargill and not necessarily how good your work was. In general, friends/golfing buddies of the boss seemed to get more promotions than anyone else. It seemed to me that management didn't post jobs because they would fill the job with the person they wanted, so there was no need for them to say there was an opening. Those people who received promotions were Caucasians.

8. While at Cargill, I was looking for promotional opportunities. I did some research and found that Cargill had a supervisory position open in Eddyville, Iowa. I met the qualifications and so I applied for the job. Management came back with my application in hand and asked if I really wanted the job. Mr. Blazer mentioned that I may not want to work at that plant because of "cultural differences." I was never interviewed for the position. Mr. Klawitter received that position. I think that Ms. Heightman or Mr. Blazer made the promotion decision.

9. I think I would have liked the job in Eddyville. I knew a lot of people from the plant from past communications. I also was aware that the African American community was not that large there, but I wanted the opportunity to prove myself as management material and I saw Eddyville as that chance. Yet Cargill never even considered my application because of my race.

10. After that, I moved to Starch Coordinator. I had found that job opening during my research on possible promotional opportunities. I believe I was given that position only because no one else wanted the job.

11. I also felt that I was passed over for other promotional opportunities during my tenure at Cargill. I felt that I could become an Operator. There were Operator openings in the Starch Department while I was there. I felt I was not able to become an Operator because I was African American.

12. I do not think there will ever be an African American person as a Starch Operator because the people that work in that department are overtly racist. Larry Ague (Caucasian) was the worst. Mr. Ague would comment when African American truck drivers would come in that "they" did not know what "they" are doing. He would say "nigger" all the time. He would also make jokes using racial slurs.

13. I think overall, Cargill has a problem of promoting African Americans. In addition to what happened to me, I knew a few others who were denied promotions. Glenn Jones (African American) worked in the plant and I know that he had tried to be promoted several times without success. The reason this continues as Cargill is because the type of people that are brought in to management positions have that idea of the "old boys club" and so it continues to carry on the same way it always has.

Assignments

14. I feel that Caucasians workers at Cargill get better assignments than the African American workers. Caucasians also had all the management positions. Caucasians received longer trips for sales meetings. I also felt that only certain people would be assigned to certain accounts. I once asked for a trip to visit sales people and I was finally

able go on one trip. However, the Caucasian employees, Wayne Strang, Randy Benesh, Todd Hayek and Kevin Klawitter were able to stay on the trip to network much longer than I was allowed to stay.

Training

15. I was able to attend customer service training for a week in Madison, Wisconsin in the last week of October in either 1996 or 1997. However, I do not feel I was given the same training as my Caucasian co-workers. They were able to go to sales meetings to build their confidence and list of contacts and I was not. Therefore, I had a harder time building a rapport with other sales people. Mr. Hayek was able to go to events with the sales people, such as golf outings, etc. I was not included on the golf outings. I asked management about it and they said they didn't think I liked golf or that Cargill could not budget for both Mr. Hayek and me to be out of the office at the same time.

Work Environment

16. I do not remember anything about a diversity program or diversity training while I was at Cargill. I did not feel there was anybody to go to when I had a problem. Mr. Jones and I shared our concerns about race, but there was no one in place at Cargill to handle our race problems.

17. In addition to Mr. Ague's constant racist comments, he also impeded my job. I occasionally had to call the starch operators to get information and if Mr. Ague answered the phone, he would hang up on me. I made complaints to Chris Atkins (Caucasian), who was another manager. Mr. Atkins said, "Oh, that's just Larry." I made several complaints about Mr. Ague's comments and behavior. Only once did Mr. Atkins call me into his office

to write down my complaint. I was never aware of any warnings given to Mr. Ague for his behavior.

Emotional Distress

18. I suffered from a lot of stress because of Cargill's company culture. I would come home and snap at my wife. My wife repeatedly begged me the leave the job because of the way it was affecting our family. I finally called Life Works while I was still employed at Cargill, hoping they could help me handle the stress. I went for three visits to help me be able to leave work at work, so when I was home, I could participate as a member of my family. I was on medication for a while as well. I then just prayed for the situation to be changed. After I left Cargill, I saw a doctor about my stress and frustration caused by working at Cargill.

Conclusion

19. I felt I was not given the tools to do my job and I did not have the support of my manager. I think Cargill is a difficult place for African American workers. My wife was from Cedar Rapids, Iowa and we would hear from others in the community about African Americans who had factory experience that would apply to Cargill and would not be given jobs. Cargill management is mostly made up of Caucasian males and I feel that there is a "good old boys" club tradition that continues at Cargill. This tradition helps Caucasians move through the ranks, but African Americans did not have the same upward mobility. And as my case demonstrates, African Americans can actually be fired or forced to leave when there are race problems. African Americans get blamed for problems, but those who make racist comments and impede work are allowed to keep their jobs.

I declare under penalty of perjury the foregoing is true and correct and executed

this 4 day of MARCH, 2004 at CEDAR RAPIDS, IA.
{city, *state* }

Michael K. Collier

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF AUDREY S. DIXON**

I, Audrey S. Dixon, declare that the following is true and correct:

1. I am a 34 year old African American female. In 1987, I attended Central Piedmont Community College in Charlotte, North Carolina. During that year, I took some accounting classes.

2. Cargill hired me as data entry clerk between May and July 1996. I saw an ad in the Charlotte Observer, a local newspaper for a Data Entry Clerk position with Cargill. I believe I sent in a resume and then I was called for an interview. I worked in the Loan Processing Department for the plant in Charlotte, North Carolina. My job duties were to input Credit Applications from various Mobile Home dealers. In July 1996, I was promoted to a Loan Processing position. I stayed in that position until I left in June 1997.

3. I left because I could not take it anymore. There were problems in the office. I would see favoritism at Cargill, in the form of Caucasian managers favoring Caucasian employees. Also, management tended to blow up over little things that happened. Those incidents usually involved Caucasian managers and African American employees. A blow up occurred one day and I decided I did not need to be treated that way, so I quit.

4. I was disappointed with my starting salary, but I assumed that I would be able to progress and in turn, receive more compensation. In fact, I was told that there was room for growth and potential within the company. However, once I got the job and

looked around, all of the managers and team leaders were Caucasian and there did not really seem to be many advancement opportunities.

5. As far as I know, some jobs were posted. I do not remember if management jobs were posted or not. I applied for a processing position. I became a Loan Processor IV on December 1, 1996. I did not apply for any leadership positions in the Loan Processing Department, but I was surprised when Judy Ehrenfreund. got a management position in the department because she had not been there as long as I had. After she received the promotion, Ms. Ehrenfreund. would still come to me and ask questions about the job.

6. I feel that Ms. Ehrenfreund got the job because she was real tight with the other managers. She would go out for drinks or to Hornets games with them. I was never included in that group. I did not feel that Ms. Ehrenfreund met the qualifications, especially after she got the job and had to keep asking me questions about how to do the job.

7. I felt discouraged from applying for promotions and felt even if I would applied, I was doubtful that I would be given the position. However, if I would have received a promotion, I would have to report to Rick Daugherty, Office Manager. Mr. Daugherty could be very nasty at times and really snap a person. He was very moody and I did not want to have to report directly to him. It seemed that I could not connect with him and that he had problems dealing with African American employees. I often felt as though other African American employees and I were being used as scapegoats for his mistakes.

8. I was a good employee. I was never written up for anything. My one evaluation was really good; no negatives, just positives saying how good I was doing.

9. I did not enjoy working at Cargill. I felt that many Caucasian employees, especially those in management favored Caucasian employees. I also felt that the group of Caucasian managers that socialized together outside of work was very exclusionary. There were no African Americans in that group nor were any invited to join the group.

10. In addition, I never felt like Cargill cared about diversity. I do not remember ever hearing anything about a diversity program. Also, there were not a lot of African Americans that got hired to work at Cargill. During my time there, I saw way more Caucasians hired than African Americans. Right before I left, management opened another area with processing. A Caucasian woman was the Team Leader. Furthermore, there were still only three African Americans out of about 14 processors.

I declare under penalty of perjury the foregoing is true and correct and executed this 17 day of December 2003, at Charlotte, NC.
{*city, state* }

Audrey S. Dixon
Audrey S. Dixon



56353

***Arnold, et al. v. Cargill***
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF GLENN FORD**

I, Glenn Ford, declare that the following is true and correct:

1. I am a 52-year-old African American male. I attended TCOIC in Minneapolis, Minnesota for printing from 1969 to 1970. I attended Hennepin Technical College in Eden Prairie from 1989 to 1990.

2. Cargill had a program where they came to my school to recruit. I believe a man named Sam Grant (black) and a woman named Shirley Wilson (white) from personnel recruited me. Cargill hired me in December 1969 as a temporary worker in the mail room and the stock room. When I finished school, I was given a full time job running a printer. I believe I was hired so that they could meet a quota for having a black person in the Printing Department. I felt they did not want me there when I first started. Cargill had never had a black man running the press before.

3. I stayed at Cargill until November 1996. When I left, I was running the biggest press there (two color GTO) and my job title was Printer VII. For a very long time, I was the only one who knew how to use that machine. It seemed that we were never really promoted in the printing department, just that the machinery would advance and we would have to learn new technology.

4. I left in 1996 after 27 years of service. I left because I felt that even with my many years of dedicated service, I was not getting the respect I deserved. The manager of the printing department, Andy Byrnes (white), who I had helped train, was always avoiding me. I felt that after he became manager, Mr. Byrnes did not give me any

respect. I just got to the point where I could not take it anymore, so I gave Cargill my two weeks notice.

5. Cargill seems to discriminate in hiring black workers. During my time at Cargill, I believe that there were only two other blacks hired. One of them only showed up a few times and when he wouldn't show up, they would all ask if I knew where he was, just because we were both black. I had heard of a few other blacks applying for positions, but no other black was hired. After I left, I heard from friends who still worked there, that a few blacks had been hired. However, those blacks were all "high yellow," not dark-skinned like I am.

Compensation

6. Throughout my tenure at Cargill, I believe that I was consistently making less than the whites in the department. I started making $2.25 an hour, which was less than my white peers. I know that because a white guy, Perry Ames, started about a month before I did doing the same thing that I did and he made more than me. I was never paid as much as Mr. Ames, even after taking more classes and having more experience. I felt I always was given more responsibility in the printing department, but that I was never paid more for my extra duties. When I left, Wayne Franke (white) took over my position. I am pretty sure that he received a big increase over what I had been making. When I left I was making $12 to $13 an hour.

7. I complained about my salary in both 1995 and 1996. At the time, I had to do full color work, whereas the other guys did not. Mr. Ames was running a smaller machine than I was, yet he was making more than me. So, I asked for a raise. I was told

I would have to prove myself. This was after I had received awards for some of my press work.

8. I felt that Cargill did not pay me fairly because I was black. Mr. Ames and Mr. Franke made as much or more than I did, with less experience. Also, Mr. Franke was frequently allowed to work overtime, because he wasn't that productive during the day, whereas I worked hard and got my job done in eight hours usually.

Training

9. When I first started at Cargill in the Printing Department, I was walked over to the machine and left there with no instruction. Two weeks later, Cargill hired Brad, a white "hippy" boy with a long beard who stunk. I was expected to train him, even though no one trained me. Whenever I had questions, I was told "Didn't you go to school for that?"

10. Then, when I decided to go to classes again in 1989, Mr. Byrnes told me that Cargill did not have machines like the one I was seeking training for, so he didn't think that Cargill would pay for the training. I said I wanted to go to the training anyway, even if I had to pay for it myself. It turned out that Mr. Byrnes had just purchased a press similar to the one I was taking training on, so I did end up being reimbursed. When the service man asked Mr. Byrnes who he should show how to run the machine, Mr. Byrnes replied in a negative tone, "I guess Glenn will." Then, I was asked to show Mr. Franke how to run the machine. However, I had to leave the next day for a funeral and no one had run the machine in my absence.

Assignments/Transfers

11. I felt that whites got better assignments than blacks. As I mentioned, I had to do more work than the other guys in printing during 1991 to 1996 because I had to do full color process work and no one else did. Also, when projects were assigned, I had to do my job without any help. Yet, when Mr. Franke was assigned a project, he had others helping him.

12. In addition to my experience, I had a few black friends who worked in Cargill's corporate office. Those employees told me that they had to work later than their white peers. They also said they had to do projects on their own, and other white workers were allowed to complete similar projects in groups. Still, both the black individual and the white group had the same deadline on the similar projects.

Performance Evaluations

13. Cargill went through two types of reviews during my tenure. The first type was called Management By Objectives ("MBO"). Then, it switched to the Performance Management Program ("PMP"). I believe under either system, both my manager and I filled out forms and then compared them. My reviews were usually exceeds expectations. However, my manager usually wrote something negative on my review like that I was on the phone a lot. I felt that management, especially Mr. Byrnes, wrote those things just to prevent me from getting raises.

Work Environment

14. When I first started at Cargill, I was made to feel like I was different and like I did not belong. For example, Cargill used to give tours to groups of Midwest farmers. The tour leader would say, "Yes, we got one," referring to me. It was

apparently a big deal because many of the farmers had never seen a black person before. I was just trying to do was my job. Yet, I was being pointed out and looked over just because I was black.

15. After the tours, I went to personnel during my lunch hour, and spoke to Cindy Jones (black), who would understand what I was going through. However, Ms. Wilson would call my supervisor, Bill Mainie, and ask why I was in personnel and was there anything wrong. This offended me. I even spoke my immediate supervisor, Ed Holler about the tours, but it made no difference.

16. At some point, Cargill developed a "diversity program." Cargill wanted all the blacks to have an interview with Human Resources to see why blacks were upset or why blacks were leaving. I refused to go to such an interview. I didn't see any point. Also, I felt that it was not two sided. Cargill was asking for information but not providing blacks with information or a solution. One of my supervisors in the print shop even commented, "We hire them, but they don't stay."

17. Some of the other black Cargill employees talked about the need for diversity. However, we did not see any effort by management to hire more blacks. Even after the *Foster* case, more blacks weren't hired. The only difference was that there were ads to hire black employees.

18. I was aware of negative racial comments while I worked at Cargill. One day, I went into the restroom only to find "Fuck you Glenn" written on the bathroom stall. I immediately became upset and went to my supervisor. They had someone clean the bathroom, but nothing else was done. Regularly, I heard negative comments about blacks. Donn Linscheild (white) was married to a black woman and people who didn't

know that made negative comments about blacks in his presence. In addition, I lived in North Minneapolis, so whenever there was a shooting or something else bad on the news from that area, people at Cargill asked me if it was my neighbor or if I knew the person.

19. I believe I was the first and maybe only black to make it to the 25 year club. For all of my hard work and dedication, I only received acknowledgement from my department. This was despite the fact that all my white co-workers who reached landmark dates were acknowledged in some greater way.

Conclusion

20. After 27 years of enduring discrimination, I knew I had to leave. I always felt that I had to work harder, faster and better than the whites. Even then I was not rewarded as the whites were. I never felt I was compensated properly. My years of hard work and service were never acknowledged. I was always treated differently than white employees. By differently, I mean I was treated with less respect than the white employees. Unlike most employees, I knew how to run every machine in the printing shop. I was at the ceiling, the top that I could go as a printer, but I was never shown any respect or appreciation for all my years of service and hard work.

21. It took me awhile to get over my work experience at Cargill. I had loved my job. Yet, the environment had bothered me. I did not enjoy being put on display for tours, having people make comments about my race, or making less money all because I was black.

I declare under penalty of perjury the foregoing is true and correct and executed this 29 day of January, 2004 at Minneapolis, Minnesota.
{*city, state* }

Glenn Ford

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF RAYMOND E. FOWLER**

I, Raymond E. Fowler, declare that the following is true and correct:

1. I am a 53-year-old African American male. I received an associates degree in computer science from Butler Community College in 1991. I attended Cargill IT College for two years. I finished in 1997. I was one of the first 50 in the world to complete the Cargill IT College.

2. Cargill hired me in April 1992 as a Senior Programmer Analyst for the Wichita, Kansas IT Department. John Lowman (Caucasian), the IT Director, and some other Caucasian male with the last name Miller interviewed me. At the beginning, my supervisor was Gaylen Sinkey (Caucasian). Then I reported to John Blair (Caucasian) Mareda Kennedy (Caucasian) and then Doug Hye (Caucasian). In April 1994, I became a Senior Business Analyst. That position was actually the same type of position I had before. The positions were similar in nature and pay. I did not receive a pay increase when my title changed.

3. I left Cargill in July 1997. I had been disappointed about not receiving support from my manager, Mr. Hye, in terms of pursuing advancement opportunities. A headhunter called me concerning another opportunity with a different company, so I left to pursue that opportunity.

4. When I resigned, others also had recently resigned. Those others were offered additional money to stay. I was not offered additional money.

5. In my immediate department (IT common systems), there were about seven or eight people. The whole IT Department had between 100 to 150 employees.

Out of all those employees, I believe that I was the only African American. Being the only African American in a large department of a large company made me wonder about discrimination. My thoughts at the time were that I was older and why wasn't Cargill recruiting African American college students?

Promotions

6. I feel that I was passed over for two promotions while I was at Cargill. When Ms. Kennedy left, Mr. Hye was given her job, even though he had only been there a year. The position was never posted. Management did not say how Mr. Hye got the job. I felt that I should have at least been asked about the job, but the decision was a 30 minute discussion behind closed doors. Mr. Hye ended up with the job, even though I had more seniority and more Cargill experience.

7. Shortly before I left, I had been looking on the Cargill website for job openings. I found a position for a Senior Consultant at my location. The posted qualifications were: knowledge of multiple functions of the company. My abilities included payroll, financials, JDE support for Cargill worldwide and knowledge of the following platforms: PC, midrange and mainframe. I met all the posted qualifications. I had done a lot of payroll work and converting systems. I was very knowledgeable of many of the functions the job required. I felt I would be the most qualified candidate. I wanted to conduct further research on the position, since it was newly created. I asked human resources about the position, but they could not tell me anything about the job. I asked human resources what I could do to be eligible for that position, but I never got a response. Mr. Hye indicated to me that the only chance I had at that position was if I learned to "walk on water" or something similar. I became very discouraged at that point

and so I never applied for the position because I felt that without Mr. Hye's support, I had no chance at the job.

8. I don't think that anyone received the position while I worked at Cargill. I was disappointed because I had really wanted that position. The position was basically for an expert IT Consultant on multiple functions and platforms. The person would have to know a lot about the whole company and be able to multitask. I felt I was perfect for the position, yet the position remained open because Mr. Hye would not support my application.

9. There was also a time when my supervisor, John Blair (Caucasian) disappeared with no warning and I was asked to take over the big project that he had been working on. The project was an Epic Success, which involved converting all of payroll into Cargill's system. I spearheaded the project. We had video conferencing throughout the region. I never received a salary increase for that work, even though it was completed ahead of schedule and was a success.

Work Environment

10. I was aware of Cargill's diversity program. The goal was to fix diversity and all the pieces that were broken. Basically, the idea was to understand why there was no diversity at Cargill and then fix the problem. I was involved in the diversity program, but it was just getting started at the time. There was a group of us, CEO down to regular employees. There was a worldwide video conference. Human resources was there. I was just a committee member.

11. I think the diversity problem stemmed from upper management. If an employee didn't do things concerning diversity the way management wanted them to be

done, they would hold it against you, make your life miserable, and force you to quit or they would fire you.

12. I was also aware of the 1992 diversity study. I don't think it turned out very well. The tendencies for African Americans or any minorities to be promoted were low. Cargill also had a problem retaining African American workers.

13. The next job I had after Cargill was short-lived because the company was sold and decided to move to a different location. Mr. Hye called my job and left me a voicemail after he had heard that my company was sold and that I would be out of a job. He was laughing about my situation. He actually was enjoying the fact that I was now out of work. The message upset me greatly.

14. I had trouble finding work, and I needed a job. I had heard that other employees who lost their jobs had been hired by Cargill. So, I decided to try to get my job back at Cargill, even though I was not pleased with Mr. Hye. I applied for re-hire, but I never received even a phone call. When I called and asked about the status of my resume, they said they never received it and that I should send another. So I sent them another resume. I never received a response from Cargill. I was never re-hired by Cargill, even though I was eligible for re-hire.

15. I still was having difficulties finding a job, even though Cargill had hired a lot of my co-workers. I then started to wonder what Cargill was saying to my potential employers.

I declare under penalty of perjury the foregoing is true and correct and executed

this 19 day of JANUARY, 2004 at WICHITA, KS.
{city, state}

Raymond E. Fowler



56170

***Arnold, et al. v. Cargill***
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION of LAVERENE H. GOSBY**

I, Laverne H. Gosby, declare that the following is true and correct:

1. I am a 52-year-old African American female. I received a bachelor's degree in human resources from the University of Missouri, St. Louis in December 1980. I completed one year of graduate school at the University of Missouri, St. Louis, concentrating in industrial organizational psychology.

2. I started working at Excel Meats in November 1987 as a Personnel Manager at the Ottumwa, IA plant. Excel Meats is a division of Cargill that handles red meats. I was responsible for the Human Resources Department. I was also responsible for the Health Services Department. In this position, I was responsible for employee and labor relations, recruitment and selection, payroll processing, compensation and benefits, wage and salary administration, training and development and safety and health. Later in the summer of 1995, I took on the responsibility for performing my current duties at Ottumwa as well as for a start-up plant in Marshall, Missouri. I had the same job duties at Marshall, but I was never the official Human Resources Director. At that time, I was performing the job duties of a Regional Director, but I was still paid only my Human Resources Manager salary. I am not aware of what grade level I should have been up to or the pay increase I should have received, but Tim Hill was a regional manager in the beef sector located in Dodge City, KS and I believe that he received a higher salary than I did. I stayed at that position without any promotions until I felt I had to leave Cargill in April 1996.

Promotions

3. My career goal was to work in corporate human resources. I came to believe after being passed over for promotions and lack of networking opportunities, that as an African American salaried employee, I would not be able to achieve my career goal at Cargill. As a result, I left Cargill after eight and a half years of devoted service.

4. I was qualified for a better position at Cargill, especially when recent employees who were college graduates with little or no experience would come in and be placed into corporate human resource positions over me. For example, I once sought out a promotion while at Cargill. In early 1996, Cargill had an opening at the corporate human resources level, which I considered a step in the right direction in achieving my career goals. The posted qualifications were for someone with a human resources background/training and there was a certain number of years experience necessary. I met all the qualifications. After I responded to the posting, I was notified that I was selected to be interviewed. I went to interview in Minneapolis, Minnesota. My interviewers included two Caucasian males. One was the head human resource person at the time. I did not hear from either person I interviewed with. Instead, the head human resources' assistant informed me that I did not get the job. A co-worker in Minneapolis later informed me that a recent college graduate received the job. I was disappointed and confused because I did not understand how a recent grad could have more years of experience than me or have the human resources background or training.

5. In addition to that experience, I also received a feeling from my boss, Bob Mellinger, who was a Corporate Vice President of Human Resources, that I should just stay put. They were well aware of my desire to advance to a corporate human resources position, and they would talk about promotional opportunities coming up, but nothing would ever happen.

6. I was aware that I was not the only African American who was denied a promotion. I knew two African American women who worked at the corporate office in Minneapolis. We would talk from time to time on the phone, and they often mentioned how they had not received promotions either. I believe they ended up quitting shortly after I did to find better opportunities.

7. Throughout my Cargill career I made it known that I was interested in moving up. If programs like Key Employee Identification System (KEIS) and Cargill Leadership Development Program (CLDP) existed while I was employed at Cargill, I was never given a chance to express interest in or be rated under those programs. I do not recall knowing about KEIS. I had heard of CLDP, which is to say that about two years before I left, Mr. Mellinger may have mentioned something about CLDP, but again, nothing happened.

Compensation

8. My compensation was also lower than it should have been, given my responsibilities. I worked at two different locations. I was stationed in Iowa, but for a number of months I also had to cover the plant in Marshall, Missouri. I was doing the work of a regional human resources manager, but I was only getting paid what a human resource manager of even one plant normally made.

Performance Reviews

9. Shortly before I made the decision to leave, I received a directive from Mr. Mellinger that Cargill was changing its evaluation procedure. Cargill was in the process of implementing a new evaluation procedure, the Performance Management Program (PMP). I had to train everyone on the new evaluation process. I was sent to an off-site training session in Omaha, Nebraska where all human resources managers participated in learning the PMP and how to train new employees on the PMP. Although I did not stay at Cargill long enough to conduct evaluations under the PMP, I could see that the process could be manipulated to produce discriminatory results. The supervisor is the person responsible for the reviews and has the final say in what is on the review. If the supervisor does not evaluate the employee through the whole year, there are likely to be surprises for the employee because in my experience, supervisors do not take the time to evaluate employees, so when review time comes around, the supervisor focuses on the recent negatives. Minorities often will have worse reviews because of the lack of coach/employee relationships. That is especially true when the supervisor is Caucasian and the employee is a minority because Caucasian supervisors tend to feel more comfortable with Caucasian employees, which allows a better coach/employee relationship to develop which, in turn, fosters better communication. Since the supervisor may not be as comfortable with African American employees, those employees often receive low scores in communication.

Work Environment

10. I observed from experience at Cargill that Caucasian managers seemed to feel far more comfortable with Caucasians than with African Americans. Caucasian males, therefore, were at an advantage because they got to know the top officials better. The Caucasian males golfed together and Mr. Mellinger had them over for dinner. I was never invited, and I think that was because my Caucasian co-workers blended in better than I did as an African American. I believe that not being invited to those events kept me at a disadvantage.

11. I did not have the same opportunities that my Caucasian male peers had. While I saw newly hired, less experienced Caucasian employees groomed for and placed in positions I was qualified for, I was not encouraged to apply for other opportunities. For instance, the Caucasian males I worked with were invited to our manager Bob Mellinger's house for dinner, but I was never once invited. Dinner gatherings at Mr. Mellinger's house happened regularly. Many times, other Excel Meats human resources managers were invited, but I was never invited to one of those dinners. I felt that by not being invited, I was missing out on an opportunity to get to know my fellow human resources managers and for them to get to know me. I know that networking is very important because it provides an opportunity to talk with others in the field about various human resources issues. I felt there was no opportunity for African Americans to network with the supervisors and managers who were Caucasian males.

12. The lack in networking opportunities also led to Mr. Mellinger taking the Caucasian males' side if there was a disagreement. I felt he seldom gave me a chance to state my side because he was a better friend with the Caucasian males and so he just accepted their side of the story, whatever that may have been. He often called me on the phone and just yelled an entire conversation at me, making it clear to me that he had made a conclusion based on his talk with various Caucasian males. He would not let me voice my side of any story. This usually involved labor relations and grievance handling. One specific instance occurred when I had witnessed the event involving an employee that worked closely with me. Mr. Mellinger yelled at me for not resolving the grievance. I tried to explain that I had witnessed the incident in question and that I was in the process of handling the grievance, but Mr. Mellinger did not want to accept that—he wanted to bend the rules and make the grievance disappear from the record.

13. As a human resource manager, I attended meetings once or twice a year with all the human resource employees at Cargill. We never had diversity training while I was there; it was never talked about. As a human resource manager, I was never asked to implement any diversity programs.

14. My duties as human resource manager also included investigating employee complaints. Corporate did not have a formal written policy for most of the time I was there. A call to Corporate to inform them of the complaint was all that was required until right before I left. To my knowledge, most of the complaints were handled at the individual Human Resource Manager's discretion.

15. There was one case I recall specifically, involving the plant manager, Dan Schnitker. Linda, a Caucasian female, who was an hourly employee, made a complaint probably in 1992 saying that Dan had called her a "nigger lover" (the woman had a bi-racial child). I interviewed both Linda and Dan (there were no other witnesses). I placed a memo in Dan's file. The memo contained both Dan and Linda's statements. I also called Mr. Mellinger to inform him of the situation. I know that later Dan gave Linda a couched apology, saying something to the effect that although he didn't admit exactly what Linda said he said, he was sorry. Dan was known to use a very abrasive tone when talking with employees and he was known to use profanity. He was later transferred to another plant.

16. Near the end of my tenure at Cargill, I worked on a quality initiative project. I actually headed the quality initiative in Ottumwa, Iowa. As a committee, we met regularly to try to improve workday procedures and practices. We were to put the information into a report at the end of the year. I typed the information at night using my own computer and printer. Finally, after much hard work, the report was forwarded to the Corporate Office in Minneapolis. After the report was turned in, a committee from Cargill headquarters went through all the reports to select the best ones to compete for the Cargill Process Award (which had previously been known as the Phil Crosby Award). The top ones would then be audited.

17. I had worked on two quality reports at Cargill, both making it to the top to compete for the award. The second time Cargill did an audit, the Auditor (an older, heavyset Caucasian male) said that my quality report was not true, that we did not make improvements and that I was basically lying. Also, the Cargill auditor thought someone else had done the work. I believe that the unwillingness to believe that I had written the report and that I had accomplished quality improvements was largely race-based.

18. I think that if I had been Caucasian, Cargill would not have accused me of using someone else's work nor would they have doubted my improvements. This experience really upset me because I had worked so hard and cared so much about improving quality and yet, this company where I had worked for eight years was calling me a liar and denying my hard work. That whole experience really got to me and made me feel like I needed to leave because my work would be doubted just because I was an African American.

19. The experience at Cargill impacted my life. I was often frustrated and thought I was wasting my time. I would regularly complain to my husband about my lack of advancement opportunities. Finally, my husband encouraged me to leave Cargill, even though we had strong ties in the community, just so that I could move on to another job that would challenge me and provide me with the advancement opportunities I was denied at Cargill.

I declare under penalty of perjury the foregoing is true and correct and executed this 14th day of January, 2004, at Chelmsford, Massachusetts.

{ *city, state* }

Laverne H. Gosby

Laverne H. Gosby

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF MARCIA HARRISON**

I, Marcia Harrison, declare that the following is true and correct:

1. I am a 34 year old African American female. I received a Bachelor of Science Degree in Computer Science from Wichita State University in 1997.

2. I started working for Cargill in February 1998 as an IT Associate in the IT Department in Wichita, KS. My job duties included working at the HELP desk, programming and working as an analyst.

3. I got the job because I knew Christy Ferguson, a Caucasian Cargill IT Business Associate. I still had to fill out an application, send in my resume and go through two interviews with Cory Archibald (Caucasian). I do not think that I would have received an offer if I had not known a current employee. I remained an IT Associate until I left to pursue other opportunities in April 1999.

4. Even though I was able to get a job at Cargill, I still felt that Cargill discriminates in its hiring of African Americans. Out of the 100 to 200 people that worked in the IT Department, only 3 employees were African American. I also witnessed several of my African American college classmates apply for jobs at Cargill. I don't think any of them were ever interviewed, let alone offered jobs. Cargill had the reputation of not hiring African Americans.

5. Although employees rarely discussed salaries, I believe Caucasians employees with backgrounds similar to mine were making more money than I was. Actually, I know that other Caucasian employees, such as Christy Ferguson and Brenda

McKinney, received a bonus during the year I worked at Cargill because they told me. In contrast, I never received a bonus from Cargill.

6. In my experience, Cargill was a difficult place for African Americans to advance. First, I only remember seeing analyst jobs posted. I do not recall ever seeing any management jobs posted. Second, there were very few African Americans, most of us were recent hires at the time, and there was only one African American manager. Third, the mostly Caucasian male managers seemed to be part of the "old boys club." Part of the reason I feel that way is because during the winter I went to visit the Cargill plant. During lunch, one of the Caucasian managers from a different department, whose name I do not remember because I did not see him that often, was making racists jokes about "drunken Indians." I felt that he wanted to say something racist about African Americans, but didn't because I was there. I could not understand how Cargill could allow racist people to be in charge of others, especially in manager positions with responsibility for reviewing employees and promoting employees. Also, it seemed that Caucasian male managers conveyed an attitude of Caucasians in charge and sticking together. Finally, I spoke to a few African Americans from other departments, Latonya, a receptionist whose last name I can't remember, and Kahami Speight, who mentioned to me that they repeatedly tried to get promoted, but never succeeded.

7. I felt that Cargill gave African Americans less on-the-job training than our Caucasian co-workers. I did receive ORACLE training while at Cargill. However, in November or December of 1998, I asked to receive training for IMPROMPT, which was software that was very important to know for my job. I was not permitted to get IMPROMPT training. I was told that only one person was allowed to go and that person

was Daniel (I don't remember his last name), one of my Caucasian co-workers. I believe this training disparity existed because the Caucasian managers were more comfortable with Caucasian employees, thus promoting more communication and a better learning environment.

8. While at Cargill I always felt that African Americans had to work harder than their Caucasian co-workers. It seemed that in addition to Caucasian managers being less comfortable with African American employees, they would also give us more work than our Caucasian peers. Working at Cargill seemed easier for Caucasians—they had more privileges and were favored by management. I felt that as an African American employee, I was less valued than any Caucasian employee.

9. I also felt that as an African American, I was scrutinized differently than Caucasians. For example, if the three of us African American employees would be talking together, management would make sure they stopped us from visiting and would tell us to get back to work. On the other hand, no one would say anything if a group of Caucasians was visiting. I felt like an outsider at Cargill.

10. I do not remember any diversity programs at Cargill. I was always surprised at how few African Americans were employed at the Cargill office in Wichita because there is a decent sized minority population in Wichita to draw workers from. Yet, it seemed to me that no efforts were made to recruit African American employees. I was never asked to help recruit at colleges or aware of any conscious efforts by Cargill to seek minority employees.

I declare under penalty of perjury the foregoing is true and correct and executed this 1 day of December, 2003 at Waldorf, MD.

{city, state}

Marcia Harrison

Marcia Harrison

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF MICHELLE E. HILL**

I, Michelle E. Hill, declare that the following is true and correct:

1. I am a 36 year old African American female. I received an associate of arts degree from Longview Community College in Kansas City, Missouri in 2002.

2. I started working at Cargill in May 1988 as a temporary worker at the Kansas City, Missouri Plant. This plant is in Cargill's Grain Division. I worked in the Pic Certificate Department, where I was responsible for batching the certificates together. I moved to full time at some point in 1988. I also moved to the Purchasing Department at the Plant. My responsibilities in the Purchasing Department included handling truck payments and grain weight process payments. Three to four years later, I was moved to the Rail Car Payment Department, where I had similar job duties and pay, but more responsibilities. I stayed in that position without any promotions until August 1995, when the Plant moved its office from Kansas City, Missouri to Wichita, Kansas. After seven years of diligently working for Cargill, I lost my job because I was unable to move to the new Plant in Wichita. Kansas City, Missouri is a couple of hours away from Wichita, Kansas which is why I could not accept a job at that plant. The commute would have been too much for me.

3. Sometime in 1992 or 1993, my manager, Richard Spears (Caucasian), promised me a Coordinator Position. He said I had the most seniority and that I was qualified. Despite this promise, I never received that position.

4. I do not remember ever seeing a posting for an open office position. As I understood the promotion process, job openings were not posted because Cargill's managers already had people in mind for the open positions. It seemed to me that Caucasian employees were favored in that process.

5. I had heard about other African Americans being denied promotions. For example, Kim Rose, who worked in the traffic department, applied for several promotions, but she never advanced at Cargill.

6. The only people I saw receiving promotions were Caucasian employees. I personally felt discriminated against because of my race and I felt that Cargill was discriminating against African Americans in general. I feel this way because of my experience in not getting the supervisory position that I was promised by Mr. Spears, Kim's experience of repeated denials of promotions, and observations of Caucasian employees getting promoted.

7. I did not receive much training at Cargill. In fact, the only training I got was time management training. To me it seemed that Caucasians were given better training and this allowed them to move into management positions. I saw the Caucasians in management attend trainings and seminars regularly.

8. Another issue was lack of diversity at Cargill. I was not aware of any diversity programs and, actually, Cargill management appeared to be indifferent about diversity. I think that Caucasian employees were embraced and more time was taken to show them what to do. In many cases, Caucasian managers appeared to be more comfortable with Caucasian employees, and thus those employees received more guidance and mentoring.

9. I think African American employees were held to a higher standard. I felt that African Americans had to work harder than Caucasians to keep their jobs. From my opinion, I busted my butt, and if I had been Caucasian, I would have been rewarded. Instead, I do not think that I was compensated fairly for what I did and the responsibilities I had, especially after moving to the Rail Car Payment Department.

I declare under penalty of perjury the foregoing is true and correct and executed this 7th day of November, 2003 at Kansas City, MO.
{ city, state }

Michelle E. Hill



55536

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF ANGELA Y. REID**

I, Angela Y. Reid, declare that the following is true and correct:

1. I am a 36 year old African American female. From 1985 to 1987, I attended Winston Salem University majoring in accounting. I then attended Kings College for a year, again majoring in accounting.

2. Cargill hired me as title document clerk in July 1996. I worked in the Loan Processing Department of a plant in Charlotte, North Carolina. My first manager was Terry Thornton (Caucasian female), and later I reported to Judy Ehrenfreund. (Caucasian female), Senior Loan Processor.

3. I actually got the job at Cargill through the help of a friend of mine, Deanna Rocket (Caucasian). I sent in a resume and I had an interview with Rick Daugherty (Caucasian), Office Manager. I was not promised a particular salary, but Ms. Rocket said she would try to get me close to the salary I had been making at another company. However, my salary ended up being a little less that at my previous employer.

4. I remained a title document clerk until the Loan Processing Department closed in January 1998 and I lost my job. I had to sign a release in order to receive severance pay. I needed the severance pay because I did not have a job immediately lined up and I needed to be able to support myself.

5. I felt that Cargill discriminated against African Americans. I am not saying that all Caucasians employees were bad, because some did treat African Americans the same as Caucasians. The problem was that the Caucasians who did have bad attitudes towards African Americans were the employees that held managerial

positions. From my experience and observations, I felt that I and other African Americans were limited to certain jobs and would never be able to advance into positions of higher pay or higher authority.

6. Since starting at Cargill, I felt I was underpaid. I complained once about my compensation. In early 1997, we all received a raise. I questioned the amount of raise I received compared to the loan processors. I felt that with my experience and education, that I should have received a bigger raise. Mr. Daugherty and Ms. Ehrenfreund told me only that raises were dependent on how much the branch brought in. They did not explain why my raise, in particular, was lower than others.

7. While I worked at Cargill, I do not recall seeing job openings posted. I found out about job openings through word of mouth. I never received a promotion while at Cargill. In 1997, I applied for a promotion. There were two Asset Specialist positions involving Mobile Home closings. I believe that the jobs were in our law department and the duties included assisting the attorney. The qualifications for the position were knowledge of customer service. I felt I met the qualifications. I told Ms. Ehrenfreund that I was interested and she turned it over to Mr. Daugherty. I did not receive the promotion. The positions went to Selina Porter (African American) and to Jackie Icenhour (Caucasian). I know that Ms. Porter was more than qualified for the position. I believe that I was more qualified than Jackie Icenhour. Jackie Icenhour came in as a temporary worker and then she got the promotion over me.

8. I think it was harder for African Americans to move up at Cargill. In general, I felt that friends of the boss, mostly Caucasian males, were the ones who received promotions. Ms. Ehrenfreund was the only white female I know of who ever got

promoted into management. In addition to my experience, I also saw other African Americans being denied or passed over for promotions. I believe that Audrey Dixon (African American) was denied a promotion. She had worked at Cargill a long time without a promotion.

9. There was also a point where I was given more responsibility without a change in job title, pay grade or pay. After I had been at Cargill for about a year, I was asked to complete research on other accounts in addition to my regular job duties. I felt that another person could have worked full time on that job alone. Yet, here I was, doing my job and another job, and I did not even get a raise.

10. I also feel that I was not given the same training opportunities as my Caucasian co-workers. About six months after I started working, I asked for some training in loan processing. I did not receive the training but I believe that Jackie Icenhour did.

11. I believe my race affected other areas of my employment at Cargill as well. There is one specific instance where I believe I was unfairly disciplined. About a year after I had been at Cargill, I was supposed to turn in a project to Mr. Daugherty. I missed my deadline because I was not given all the information I needed. I was not given the information because Mr. Daugherty had to authorize all the information I needed and he failed to do that. Mr. Daugherty was then late with his portion of the project. He used me as a scapegoat. Mr. Daugherty gave me a verbal warning. I think if I would have been Caucasian, I would have received the information I needed to complete my project in a timely fashion and thus I would not have been disciplined. Instead, I was denied

information to complete my project and then yelled at because I did not have that project done, all because I was African American.

I declare under penalty of perjury the foregoing is true and correct and executed this 17th day of January 2004, at Charlotte NC.
{city, state}

Angela Y. Reid



56237

***Arnold, et al. v. Cargill***
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF JOHN SELMAN**

I, John Selman, declare that the following is true and correct:

1. I am a 39-year-old African American male. I attended Lamar University in Beaumont, Texas from 1999 to 2003. I am three classes short of completing an Associates degree in Social Sciences.

2. Cargill hired me in March 1992 to work in the Shipping Department in Beaumont, Texas. At the time I got the job, the Plant Manager was Jim Franklin (white). My dad owned a service station across from the plant and my dad asked Mr. Franklin if he had any openings. About eight to 10 months later, I was told to put in an application. I filled out an application and I had an interview with Rick Sipole (white) and another white supervisor. I stayed in the same position until I left for a better job in April 2002.

Hiring

3. I felt that even though I was able to get a job, Cargill discriminated against blacks in terms of hiring. I noticed that there were always more whites working at Cargill and more whites were always being brought in. Toward the end of my tenure, some of us black employees started complaining that only white employees were being brought in and no new black employees were being hired.

4. Also, some of us would try to help family members get jobs at Cargill. We were told that they could come in and fill out an application. Yet, none of them were ever even interviewed. For example, I had tried to get my niece a job in the office in probably 1998 or 1999. My niece, Tamara Selman, had a lot of office experience, and there was an

opening in the office. She was not given an interview. I feel that it was because she was black. The office had no black employees.

Compensation

5. I do not think Cargill paid me fairly. Cargill had a policy that employees were not to discuss pay or else they would be fired. I started making $9.40 an hour. In 1994 or 1995, the Union came in. Cargill then had to disclose the pay scale. We learned from this disclosure that nearly all the black employees were making less than the white employees. Also, Cargill put a freeze on raises when the Union came in, so I did not get my raise that year.

6. I believe that black employees were not paid as well as white employees. One example is when Charles Dugas (black) was promoted to fill Tim Bebers' (white) position. Mr. Dugas did not move up to Mr. Bebers' salary for maybe a few months. There was talk among us that Cargill did not really want to pay him that, but felt that it would really stand out as discriminatory if they didn't. When Mr. Bebers had gone on vacation, one of us would step up into that position, so we all had experience doing his job.

7. Similar discrimination in pay occurred around 1999 to 2002. There was a bid for a job in my department. Jodie Thibedoux (white) got the job. He was lower than us in terms of seniority. Cargill immediately raised his salary so that it matched what the rest of us in the department were making.

8. There were other specific compensation issues in our department. In shipping, there were four of us and three us were black. Although other lead people made only

$.50 more an hour than the other employees, our lead man, Mr. Bebers (white) made $2.00 more an hour than us.

9. I complained from time to time about my salary and not getting raises. There were four different Plant Managers while I worked at Cargill; Mr. Franklin, Mike Martin (white), Bruno Lioi (white), and Herb Holly (white). Each of them responded to my salary and raise complaints in the same way – blaming budget problems. I once even called the district manager when Bruno Lioi was Plant Manager. The District Manager said they were not going to make our pay match that of the other departments. I also approached Gary Palmer (white), Personnel manager. I told him I believed there was favoritism in the plant. I wanted to use the word discrimination, but I could not get proof. I still felt that blacks were not treated as well as whites at Cargill.

Promotions

10. Not all jobs were posted at Cargill. Management did not post supervisor or manager positions. It seemed as though they just selected who they wanted. All the openings for those positions were usually filled internally by whites. During my tenure, management moved only one black into a supervisor role. Jack Finnels (black) was given a supervisor position. However, towards the end of my tenure, Cargill was reducing its forces and the first supervisor to be forced to step down to a Leadsman was Mr. Finnels.

11. I also felt that whites were given better jobs than blacks. The majority of the lead persons were white. All the office personnel were white. Maintenance, which was also a good job and made more money than I did, had all white employees. Finally, the Sales Department was all white. Blacks held 15 of the 49 floor jobs in 1996.

Training

12. I do not feel that I was given the same training opportunities as my white co-workers. Whenever there was training or whenever there was a training trip, only white employees went.

13. When I was first hired in, I was working with Jack Dodson (white). I had been hired the same time as Chester Bossley (white). Mr. Dodson was always helping Mr. Bossley work in different areas and train him on new things. Mr. Dodson would always say that he would get to training me "next week," but he never did. I had to learn everything on my own. Even when I had to learn to load sheets of wire, which is a complicated job, I had to learn it myself. The supervisors always showed the white guys how to do things, but I was never taught. I had to take the initiative to learn on my own.

Discipline

14. I believe that I was unfairly disciplined because of my race while I worked at Cargill. During my second or third year, I was working twelve-hour shifts. I had dozed off for a moment and my manager, Mr. Sipole, caught me sleeping. He had previously caught two other white employees sleeping, but he just kicked the chair to wake them up and gave them a verbal warning not to do it again. Yet I was not given a verbal warning. I was immediately suspended for three days without pay.

15. There was a system in place for reviewing that type of discipline. Cargill had a peer review board, which was a group of employees who would provide the accused employee and the manager an opportunity to speak. In my case, I was able to pick two employees, both black. Three other white employees were chosen, two picked by Mr.

Sipole and then a human resource person. The board decided I could keep my job, but that I had to serve the suspension. I still did not think that that was fair because the white employees had been given verbal warnings and nothing else and here I was going without pay for three days.

Performance Reviews

16. I believe I received a yearly evaluation while at Cargill. Reviews were supposed to let an employee know where he stood and what areas needed improvement I don't recall ever receiving a great review. My reviews would always say things like, "John is not motivated" or "John lacks leadership skills." I did not agree with those reviews and usually I would not sign them or I would add a rebuttal page saying I felt singled out or targeted. A couple of times, I took my review to management to discuss it because I did not think the review matched my work performance.

17. My experience regarding reviews was not unique. Most if not all of my black co-workers had all received negative comments on their reviews.

18. I was concerned because the company had laid off some employees and I knew that reviews factored into the decision of who got laid off and in what order. This was especially important for me as a black man because it seemed that we were the first to go no matter what. For example, there was one lay off in the winter of 1998 or 1999 where 6 employees were laid off. Only two of those employees were white and those whites were also the ones that complained about work the most.

Work Environment

19. While I worked at Cargill, I felt discriminated against. One time, in my first or second year, I came to work and saw two white co-workers, Heath Ogden and Jack

Dodson, and another black worker. Mr. Dodson, as lead person, asked me to read the shipping order. The other black worker accidentally put the wrong materials on it. Mr. Dodson then said, "I wonder why that boy couldn't understand that?" I went the Plant Manager, Mr. Franklin, the very next day and told him what Mr. Dodson had said. Mr. Franklin did not believe me.

20. Another time, when I was unloading rod and working on a forklift, I suffered a back injury from riding on the bumpy surface. I informed my supervisor, Mr. Sipole, that I was injured and needed medical attention. Standard procedure after that included the supervisor completing paperwork for me and taking me to the hospital. However, in my case, this did not happen. I feel that because I was black, Mr. Sipole refused to offer me any assistance. I went the Plant Manager and was told to drive myself. I felt discriminated against. I told my Union upon my return and the Plant Manager responded that *I* was the one who did not cooperate.

21. I also feel that black employees are scrutinized more than white employees. For example, some employees would be on the floor talking and the supervisor would just pass by them if they were white employees. However, if it were a group of black employees, the supervisor would tell them to get back to work.

22. Overall, I think Cargill is a difficult environment for blacks. We are treated differently than white employees on all levels. I feel I was paid less than my white co-workers for the majority of my tenure and given worse reviews throughout my tenure just because of my race. Also, I was not given the respect that white workers received. I never remember hearing any white worker be called "boy."

23. I worked there at the time because I needed a job. However, I did not like working at Cargill. I was bothered by racial discrimination I felt and saw happening to other black workers.

I declare under penalty of perjury the foregoing is true and correct and executed this 19 day of December, 2003 at Beaumont, Texas.

{ *city, state* }

John Selman

John Selman

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF JACQUELINE T. SHARP**

I, Jacqueline T. Sharp, declare that the following is true and correct:

1. I am a 43 year old African American woman. I received a Bachelor of Science degree in chemistry from Rust College in Holly Springs, Mississippi in 1983.

2. I started working for Cargill in September of 1983 as a lab technician at the Memphis, TN Plant, which handles corn milling and fructose. Cargill did not post job openings at that time. It wasn't until around 1993 or 1994 when some job postings began appearing. In 1985, I was promoted to Lab Supervisor. My job duties as Lab Supervisor included testing back-end process samples using analytical instrumentation, testing finish product samples, supervising one lab technician per shift, entering data, covering if another employee was sick, and verifying instruments for the next shift. I was notified of the promotion because of a slight pay increase. The same thing happened in 1987. I was told that my pay was being increased and I was promoted to Lab Instrumentation Specialist. My job duties as Instrumentation Specialist included repairing/troubleshooting labs instruments, ordering required parts for repairs, setting up new equipment, updating and verifying vendor's material safety data sheet in manuals, maintaining first aid/CPR certifications, planning for lab personnel instrumentation training, and developing start-up/shut-down procedure for lab equipment. My job title was changed to Project Specialist in late 1992. I noticed that my pay increased, but no one told me that I was getting a raise or other additional compensation. My duties as a Project Specialist included monitoring hood fumes, overseeing crosscheck programs established with

customers, supervising acetaldehyde testing, writing monthly reports, coordinating the collection of monthly resin and implementing cost saving program project with gas cylinders. I stayed at that position until I resigned in February 1996.

3. My understanding is that pay raises were supposed to be based on performance reviews. Mine didn't appear to have any relation to my performance ratings. For example, I received a review in early 1992, but I did not see a pay increase as a result of that review until October 1992, more than five months later.

4. I wrote a letter of resignation in mid- to late-February 1996 in an attempt to give my two-week notice. Instead, Cargill let me go the next day. I resigned because I did not feel I could continue to work there due to the unfair treatment, even though I did not include that reason in my letter. Leaving Cargill was a very difficult decision for me because I devoted almost 13 years to Cargill and I loved working in the lab. Yet, I realized that as an African American salaried employee, I would not have the same opportunities for advancement, either in terms of promotions or compensation, that my Caucasian co-workers were given. For example, when I finally did leave, I had been at the same job for about nine years without any promotions, while witnessing numerous Caucasian employees advance past me.

PROMOTIONS

5. I frequently wrote in my performance reviews that I would like to be promoted. Each time that happened, my manager (Kathy Garrison, Dennis Diles or later Mitch Gardner—all Caucasian), would not agree with me. By that I mean that every employee had the option to write about career goals, promotions, etc at the end of the MBO review form, however, I was told that obviously I could write there about wanting

to be promoted, but since my reviews were not that great, I would not receive a promotion. I felt very limited in terms of promotional opportunities because I knew from those reviews that I did not have the support of my managers. In addition, I never received any information on management openings in my department. When a new position would be created, someone would be brought in and the employees would then be informed of the position and of the person hired for that position, thus allowing no opportunities for me to apply for those positions.

6. I often witnessed Caucasian employees who came in with less seniority and less experience, and they would be promoted even if they were new to that department. For instance, someone from another lab would come in and become manager of the fructose lab without ever having worked on that lab bench before. These positions were rarely posted, and so I found out about them only after management announced the changes. Most of those positions went to Caucasians. While I was with the fructose lab, there were four female Caucasian managers and three male Caucasian managers. The pattern of Caucasians in supervisory positions did not just occur in the fructose lab; Caucasian males held most of the nine management positions throughout the Memphis plant.

7. Sometime in about 1992, Cargill management told me I had to fill out "selection grids" for two employees who were competing for a promotion. One employee was Mitch Gardner (Caucasian) and the other was Damita Rozier (African American). I was to give a numerical rating to each employee for each of a number of questions. I felt very uncomfortable about the process. It seemed that it was set up so that it would easily disqualify Ms. Rozier, the African American. It seemed to me that

the grid was very susceptible to manipulation. For example, I think that lab supervisor position may have had under the MUST section an extensive chemical background and under the WANTS section clerical skills. The MUST section outweighs the WANTS section. I felt that it was highly possible that a person who established the job criteria for the grid knew what Mr. Gardner's strengths and weaknesses were and geared the grid so he would receive a better rating. The position ended up being filled by Mr. Gardner, even though I felt that Ms. Rozier was more qualified. Mr. Gardner later went to become my manager in 1994.

8. I really did not agree with the grid system. I think it would be different if an outside company established the questions/criteria, but when it came from current Cargill management, it seemed that the process was just a farce, meaning the grid was only done in order to give the appearance of fairness, although it was clear that management already knew who they wanted to fill the position. To accomplish that goal of appearing to be fair, but still being able to give one person the advantage, the grid was set up so that Mr. Gardner's qualifications would be worth more than Ms. Rozier's, even though she was actually more qualified. That experience made me question not only the fairness of the grid system, but also Cargill management's willingness to treat all employees equally.

<u>COMPENSATION</u>

9. Cargill had a policy that employees were not to discuss salaries with other employees, so I never knew if I was being paid the same as others in the department. I did feel that I should have received an increase in my last few years because I was given extra responsibility. For instance, I assumed the job duties of an assistant manager, such as completing managerial tasks when the manager was unavailable, but I was never given

additional pay for those tasks nor was I given the title. At one point, I think around 1993 to 1994, I went over two years without any pay increase. Typically, we were supposed to get a pay raise after reviews, but management, especially Mr. Gardner, would put obstacles in my way, such as giving me poor reviews, so I would not get a pay increase.

10. Additionally, the other Project Specialist, Mr. Woods, a Caucasian male, did not have as many problems in his lab. I don't think that he would have to come in nights and weekends to do extra work. I was also the one who would be asked to do extra tasks, such as working the lab bench in addition to my project specialist job duties.

REVIEWS

11. Reviews for most of my tenure at Cargill were conducted under the MBO process. For the most part, with one exception in 1992, I received "good" for overall performance ratings on MBO paperwork. That changed, however, around 1995. I started receiving bad reviews. I believe Mitch Gardner was my supervisor at this time and he always wrote that I had "communication problems" in my reviews. I felt that the poor reviews limited my ability to seek raises, so I tried to find out what to do to correct the problem. I could not understand what they meant by "communication" problems because management's behavior towards me would be contradictory. I would be told that I had communication problems and then I would be asked to do jobs that involved lots of communications, such as training new employees or talking to outside contractors for repairs. Whenever I would receive a negative or unfair evaluation, I would always add a rebuttal sheet or some type of additional comment sheet, explaining that I did not agree with the review and the reasons I thought the review was incorrect.

12. Near the end of my tenure, Cargill switched to a PMP review process and Mr. Gardner was the one who conducted my reviews. On my PMP review in June 1995, I received a bad evaluation (below expectations) and was put on a six-month improvement plan. Again, the supposed problem was communication. I do not think my PMP was fair or accurate. In my opinion, PMP measured personality and not merit or actual job performance. In that same review, under the PMP process, I was told that I was "antagonistic". No one had approached me prior to the review to discuss that with me. Also, Mr. Gardner asked my co-workers to give their opinions about me, but I was not given the same opportunity to evaluate them. Management would set objectives and goals for me, which were not in line with my goals and objectives. I believe I had higher goals than what others had.

13. Earlier in my Cargill career, I had received a bad MBO review in 1992, even though my work performance was fine and I was handling all my job duties. Dennis Diles told me I needed to improve my performance, and he put me on a performance improvement plan that required me to be reviewed weekly and to show improved performance. I complained in the review process and sought specifics on what exactly I was responsible and accountable for doing. After this review, I had to meet with Mr. Diles on a weekly basis to discuss my performance and duties. As part of this process, Mr. Diles informed me that I was doing well under my plan. I received a pay raise at some point during this time period. When I got this raise, I spoke with Mr. Diles and he confirmed the raise.

14. In 1994 or 1995, I was getting frustrated with management's inconsistencies, so I asked to be transferred out of my department. I did not narrow down my request to a

particular department or location because I really wanted out to get away from Mr. Gardner. I would have accepted a transfer anywhere. I was not able to transfer. Mr. Gardner informed me that Cargill had no other available positions for me.

15. Following the June 1995 bad review, I was informed in August or September of that year, that I would not be receiving a bonus check. I was upset, but I wanted to work toward improvement. However, management, especially Mr. Gardner, refused to work with me. I received a poor review, but there was no clear direction given as to how or where I needed to improve. I did not know what he wanted or expected. I would send him e-mails, detailing the status of what I was doing and areas where I was trying to improve. Yet, I would not receive any feedback. I felt that my efforts were futile in the sense that management did not appreciate my work, responsibilities, or my efforts. I felt I was doing a good job—if I didn't do my job, everyone would know because the instrumentation would be down or would provide unreliable results—and that did not happen. I worked hard and I sufficiently completed all the tasks and job responsibilities I was asked to do. I do not think that management understood my job or thought it was important. I finally said enough is enough and I wrote my resignation letter. Mr. Gardner asked me why I was quitting, but I just said, "Read the letter." I felt that he had not listened to me, tried to get to know me, or help me at all, so why would he listen to me now?

16. Based on my own convictions, I believe Cargill management would have treated me differently if I were white. My time at Cargill was extremely frustrating. I loved my job, but I don't think that I was treated fairly because of my race. I was often stressed by my work situation. I felt that most of my reviews were unfair and did not

take into consideration the actual quality of my work. I think African Americans at Cargill are under a lot of pressure. For me, one of the biggest problems was not being able to develop a rapport with my managers. My managers would only talk to me when they had to for work reasons, whereas it seemed that managers had a more comfortable relationship with Caucasian employees. I think if my managers had been more willingly to talk to me, I would have been more informed of what they expected, so that I would have had more advancement opportunities. I also feel that a good working relationship was stifled by the lack of diversity in management. I do not recall ever receiving any information on diversity programs. Twice I was chosen to attend NAACP programs at Cargill's expense. Despite that, no manager ever asked me for my insight on any racial issues or diversity.

I declare under penalty of perjury the foregoing is true and correct and executed this 13 day of November, at Memphis, TN.
{city, state}

Jacqueline T. Sharp
Jacqueline T. Sharp

*Arnold, et al. v. Cargill*
Court File No. 01-CV-2086 (D. Minn.) (DWF/AJB)

**DECLARATION OF CANDY SMITH**

I, Candy Smith, declare that the following is true and correct:

1. I am a 40 year old African American female. I attended Dominican Republic College located in Riverforest, Illinois for two years. I received an Associates Degree in liberal arts from Trinton College in River Grove, Illinois in 2000. I recently received a Bachelor of Arts in Organizational Management from Concordia College in Riverforest, Illinois.

2. Cargill hired me in April 1992 as a receptionist for the office in Chicago. I felt I was more qualified and could have been given a different position, but I needed the job. I felt I could work hard and advance at the company. I worked with another receptionist, Sharon Cess (Caucasian). I reported to Joan Stanford (Caucasian), Office Services Supervisor, at first and later to Margaret Lamason (Caucasian), Office Services Manager. I continued to work as a receptionist until I left in August 1997.

3. I got the job at Cargill through a temporary agency called Opportunities Unlimited. When I was informed I got the job, the placement person told me that Cargill was a funny place to work and that they were very particular about who they hire. I did not give that statement much thought at the time because I really needed the job. However, I later understood that statement to mean that Cargill was not the best work environment for African Americans. Cargill did not employ many people of color, maybe just enough to meet the EEOC quotas. African Americans that did work at Cargill seemed to have trouble getting promotions. Overall, I did not think that African Americans were treated the same as Caucasians.

4. I left Cargill because I felt I was not given any opportunities for advancement. I had applied for different positions at Cargill and nothing ever happened. I had liked my job as receptionist, but I wanted to advance. I felt they wanted to keep me as receptionist because I was African American, but light skinned with long hair. I think they wanted me to stay receptionist, which is why I was not allowed to advance. Since I was unable to achieve my goal of advancing, I left the company.

Compensation

5. I feel that I was not adequately compensated for my work at Cargill. I started out making around $18,000. I was aware of Caucasian co-workers making more than I was. For example, people would discuss salaries sometimes in the lunchroom and, as a receptionist, I was sort of like "Dear Abby," so everyone would talk to me. I believe that Lori Keever (Caucasian), who used to do administrative work and computer work, made more than I did.

6. I complained from time to time about my salary to whoever was my manager at the time. They would tell me that they would try to see what they could do. Then they would come back later and say that I was making close to what Sharon Cess was making, so I could not get a raise.

7. There were also times when my responsibilities increased without a change in title or pay. It seemed that Sharon Cess did not come to work often. She would take off two to three months at a time. I would then have to do my job duties as well as hers.

Promotions

8. I applied for several promotions while I was at Cargill, yet I was never able to advance. I believe in the winter of 1995, I applied for a Human Resources position. I never heard anything more about the position after I applied and I don't know who ended up with the position.

9. In 1996, there was a job opening in the computer area. The job was posted on the website. The qualifications were familiarity with computer terms and knowledge of computer software. I tried to apply for that position, but I was told that I was not qualified. That position went to Ms. Keever. Ms. Keever did have some computer knowledge, but she had that because Cargill had given her more opportunities to learn different areas. I was not given those same opportunities.

10. Then right before I left in 1997, I applied for the job of Assistant to the Office Manager position. The qualifications were not posted, but I felt with my background that I would be a perfect fit for that positions. I knew all that went on in the office and I was very good at multi-tasking. Also, I had worked closely with my manager and I had watched what she did. I did not receive that position either. I think maybe Pam Bednarz (Caucasian) received that job after I left.

11. For all the positions, if felt like Cargill already knew who they were going to hire. They went through the process just to say that they gave you an interview.

12. Management would console me about not getting any promotions by saying what a good receptionist I was. Some, including Matt Hankes (Caucasian), Human Resource Manager, would say that I enunciated well, which was especially

important, since the company had a lot of foreign visitors. However, those comments did not make me feel better about not being able to advance.

13. In addition to my situation, I witnessed other African Americans be denied promotions. I remember that Virginia Douglas (African American) had applied for different positions and had been denied promotions. There was a guy named Kennedy Jones (African American) who never got promoted and that is why he left the company. Mr. Jones had trained Jeff Callard (Caucasian) and Mr. Callard later got a promotion over Mr. Jones.

14. I feel that Cargill discriminates against African Americans. Most of the employees in management positions were Caucasian males. There was an image that management should be tall Caucasian males. I never remember seeing African Americans in any real positions of power at Cargill.

15. Also, as a receptionist, I got to see who comes in for interviews, who gets promotions, etc. Most of them are Caucasian. I remember that management would not even meet with African Americans. For example, the mail clerk, Riordan Harden (African American) had an African American friend that came to the office twice in attempts to meet with management. Management would never come out and talk to him.

Work Environment

16. I never heard of any diversity program at Cargill. I got the impression that Cargill really did not care about diversity. I did not see African Americans in "good" positions, such as management or sales. I think it was a mental effect because there were no African Americans being hired or allowed to advance. There were no African

Americans at the company to really look up to. It was Caucasians in charge and African Americans doing other work.

17. I feel that African Americans had a harder time working at Cargill. For example, Emily Tyler (African American) worked extremely hard. I knew that she always had so much to do, as if Cargill management was bombarding her with work. I know that she was exhausted from the amount of work that Cargill expected her to complete. She would be upset all the time. You could see Ms. Tyler crying on occasion. In addition, Ms. Douglas was passed over for promotions and I think she may have been unfairly terminated.

18. From the few African Americans that did work at Cargill, it was obvious that is was a tough environment for African Americans. I could see on their faces that they were upset or had been overworked. Yet, I did not see that or hear that from the Caucasian workers.

I declare under penalty of perjury the foregoing is true and correct and executed this 17 day of, at Dec 2004 Willowbrook, Il.

*{ city, state }*

Candy M. Smith
Candy Smith