UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**APPENDIX 3: EXPERT REPORTS AND DEPOSTION TESTIMONY (AMENDED)**

| TAB | DESCRIPTION | DATE |
|---|---|---|
| Adler Rpt | Expert Report of Ronald L. Adler, M.B.A. | 04/22/04 |
| Bielby Rpt | Expert Report of William T. Bielby | 04/22/04 |
| Peterson Rev. Rpt | Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1995 to 2003 | 04/21/04 (revised 07/09/04) |
| Peterson Rpt | Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1997 to 2003 | 06/10/04 |

The following deposition transcript is submitted under seal

| TAB | DESCRIPTION | |
|---|---|---|
| Peterson | Deposition testimony of David W. Peterson | 06/25/04 |