**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-2086(DWF/AJB)<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 16, 2004, I caused the following document(s) to be filed electronically with the Clerk of Court through ECF:

1. **Notification of Conventional Filing of Memorandum in Support of Plaintiffs' Motion for Class Certification (AMENDED) [FILED UNDER SEAL];**

2. **Declaration of Lawrence P. Schaefer in Support of Motion for Class Certification (AMENDED);**

3. **Appendix 1: Summary Exhibits (AMENDED), and Notification of Conventional Filing of Exhibit 9 [FILED UNDER SEAL];**

4. **Appendix 2: Declarations (AMENDED); and**

5. **Appendix 3: Expert Reports and Deposition Testimony (AMENDED), and Notification of Conventional Filing of Adler Report [FILED UNDER SEAL], Notification of Conventional Filing of Peterson Deposition Testimony [FILED UNDER SEAL]**

and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Holly S.A. Eng, Esq.
Melissa Raphan, Esq.
Michael Iwan, Esq.
Mark Ginder, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*s/Susan M. Coler*
Susan M. Coler