**STATE OF MINNESOTA)**
**)SS**
**COUNTY OF HENNEPIN)**

**AFFIDAVIT OF SERVICE**

**Allen T. Martin,** being first duly sworn upon oath, deposes and states, that on the 16th day of August 2004, he served:

1. **Cargill's memorandum in Opposition to Reconsideration of Summary Judgment on the Compensation and Promotion Claims of Louis Darden;**
2. **Declaration of Michael Iwan in Support of Cargill's Memorandum in Opposition to Reconsideration of Summary Judgment on the Compensation and Promotion Claims of Louis Darden; and**
3. **Affidavit of Dr. Robert Topel in the Matter of Roderick Arnold, et al. v. Cargill, Incorporated,**

upon **Lawrence Schaefer, Esq.**, and **Susan M. Coler, Esq.**, therein named personally at, **325 Ridgewood Avenue, Minneapolis,** County of **Hennepin,** State of **Minnesota,** by handing to, and leaving with, **Sharon Kalliman, receptionist,** true and correct copies thereof.

Subscribed and Sworn to before me
this 17th day of August, 2004.

s/Tami A. Hill

**Notary Public**

TAMI A. HILL
NOTARY PUBLIC-MINNESOTA
MY COMMISSION EXPIRES 1-31-2005

s/Allen T. Martin

**Process Server**

Affidavit Prepared by Excel Legal Courier, L.T.D.

Court File # 01-CV-2086 (DWF/AJB)