**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| | ) | |
| *Plaintiffs,* | ) | **PLAINTIFFS' MOTION FOR LEAVE TO SUPPLEMENT THEIR MEMORANDUM IN RESPONSE TO DEFENDANT'S MOTION TO DISMISS, DISQUALIFY, AND IMPOSE ADDITIONAL SANCTIONS** |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| *Defendant.* | ) | |

The named plaintiffs, by and through their counsel and pursuant to Local Rule 7.1(f), hereby seek leave to supplement their Memorandum in Opposition to Cargill's Motion to Dismiss, Disqualify, and Impose Additional Sanctions as specified below.

In support of their motion, they state as follows:

At the Friday, August 13, 2004 hearing on Cargill's motion, the Court questioned plaintiffs' counsel Coler and Schaefer about the potential impact if Cargill were allowed to call Bill Douglas as a witness at trial and elicit testimony about his allegation that Mr. Schaefer instructed him to destroy documents. The Court further indicated that it might view this testimony as relevant to the issue of spoliation of evidence.

The parties had not addressed this question before the hearing. Based on the Court's questions, plaintiffs' counsel has researched spoliation caselaw and has found material that sheds light on the circumstances under which a party may introduce evidence at trial concerning the destruction of documents. At the Court's request, plaintiffs are prepared to provide a short supplement to its memorandum addressing that question.

If the Court wishes to receive this supplemental authority and grants leave to supplement their memorandum, plaintiffs propose that plaintiffs and defendant (if it chooses to submit supplemental authority) simultaneously file a supplemental memorandum of law, on the question of the circumstances under which a party may introduce evidence at trial concerning the destruction of documents, no more than four pages long within five working days of notification from the Court that such supplementation is requested.

WHEREFORE, the named plaintiffs respectfully request that the Court grant their motion.

DATED: August 19, 2004 SPRENGER & LANG, PLLC

By: **s/*Susan M. Coler***

Susan M. Coler (MN No. 217621)
Lawrence P. Schaefer (MN No. 195583)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (MO Bar No. 43994)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

ATTORNEYS FOR PLAINTIFFS