UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**NOTIFICATION OF CONVENTIONAL FILING OF AFFIDAVIT OF HOLLY S.A. ENG IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

AFFIDAVIT OF HOLLY S.A. ENG IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

☒ Voluminous Document* (Document number of order granting leave to file conventionally: 286 )

☐ Unable to Scan Documents (PDF file size larger than the e-filing system allows)

☐ Physical Object (description):

☐ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

☒ Item Under Seal* (Document number of protective order: 144 )

☐ Conformance with the Judicial Conference Privacy Policy (General Order 53) (Document number of redacted version: )

☐ Other (description):

** Filing of these items requires Judicial Approval.*

This Notice is e-filed as a place holder in ECF for the documents filed conventionally. A copy of this Notice and a copy of the NEF are filed with the Clerk's Office along with the conventionally filed item(s).

Dated: August 19, 2004

DORSEY & WHITNEY LLP

s/Holly S.A. Eng

Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Michael J. Wahoske (#0113670)
Shari Jerde (#0306551)
Ryan E. Mick (#0311960)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED