**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS**

Civil File No.: 01-2086 (DWF/AJB) (Arnold, et al. v. Cargill)

I hereby certify that on August 19, 2004, I caused the following document(s):

1. Notification of Conventional Filing of Cargill's Memorandum in Opposition to Plaintiffs' Motion for Class Certification;

2. Notification of Conventional Filing of Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

3. Notification of Conventional Filing of Exhibits A, D, H, I, J, K, L, O, P and Q to Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

4. Notification of Conventional Filing of Exhibit B to Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

5. Notification of Conventional Filing of Exhibit C to Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

6. Notification of Conventional Filing of Exhibit E to Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

7. Notification of Conventional Filing of Exhibit F to Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

8. Notification of Conventional Filing of Exhibit G to Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

9. Notification of Conventional Filing of Exhibit M to Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

10. Notification of Conventional Filing of Exhibit N to Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification;

11. Notification of Conventional Filing of Declaration of Shari L. Jerde (and Exhibits);

12. Notification of Conventional Filing of Declaration of Ryan E. Mick (and Exhibits);

13. Notification of Conventional Filing of Affidavit of Raymond Kent Norby (and Exhibits);

14. Notification of Conventional Filing of Declaration of Melissa Raphan (and Exhibits);

15. Notification of Conventional Filing of Affidavit of Heather C. Toft (and Exhibits);

16. Notification of Conventional Filing of Affidavit of Robert Topel (and Exhibits);

17. Notification of Conventional Filing of Affidavit of Thomas Welsh (and Exhibit)

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Susan M Coler scoler@sprengerlang.com
Holly S A Eng eng.holly@dorsey.com, mcevoy.lori@dorsey.com
Mark John Ginder ginder.mark@dorsey.com, smith.colleen@dorsey.com
Michael Iwan iwan.michael@dorsey.com, robbins.suzanne@dorsey.com
Paul Barry Klaas klaas.paul@dorseylaw.com
Michael D Lieder mlieder@sprengerlang.com
Ryan E Mick mick.ryan@dorsey.com
Teresa Kathleen Patton tpatton@sprengerlang.com
Melissa Raphan raphan.melissa@dorsey.com, bostrom.joan@dorsey.com
Lawrence P Schaefer lschaefer@sprengerlang.com
Steven M Sprenger ssprenger@sprengerlang.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*Not applicable.*

I further certify that I caused a copy of the underlying documents referenced in the Notifications listed above to be filed conventionally with the Court and also served upon counsel for Plaintiffs via messenger at:

Susan M. Coler, Esq.
Sprenger & Lang
325 Ridgewood Avenue
Minneapolis, MN 55403

Dated: August 19, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED