**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-2086 (DWF/AJB)

CLASS ACTION

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virginia Douglas, Ronald Garrus, Margo Harvey, Cheneta Hughey, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**ORDER**

Cargill Incorporated,

Defendant.

---

Lawrence P. Shaefer, Esq., Susan M. Coler, Esq., and Teresa Kathleen Patton, Esq., Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403; Michael P. Lieder, Esq., Paul Carl Sprenger, Esq., and Steven M. Sprenger, Esq., Sprenger & Lang, 1614 20th St. NW, Washington, DC 20009, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark John Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul Barry Klaas, Esq., and Ryan E. Mick, Esq., Dorsey & Whitney, 50 6th St. S., Ste. 1500, Minneapolis, MN 55402-1498, counsel for Defendant.

Peter N. Thompson, Esq., Hamline Law School, 1536 Hewitt Ave., St. Paul, MN 55104, Special Master.

---

This matter came before the Honorable Donovan W. Frank, United States Judge, District of Minnesota, for a hearing on plaintiffs' motion for leave to supplement their Memorandum in Opposition to Cargill's Motion to Dismiss, Disqualify, and Impose Additional Sanctions.

Based on plaintiffs' motion and the records and proceedings herein, the Court hereby requests the supplemental filing and grants plaintiffs leave to supplement their Memorandum in Response to Defendant's Motion to Dismiss, Disqualify, and Impose Additional Sanctions by filing within five working days of this order, a supplemental memorandum no more than four pages long on the question of the circumstances under which a party may introduce evidence at trial concerning the destruction of documents. If it chooses, defendant simultaneously may file within five working days of this order, a supplemental memorandum no more than four pages long on the same question.

**IT IS SO ORDERED.**

Dated: August 20, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court