# AFFIDAVIT OF PERSONAL SERVICE

**STATE OF MINNESOTA)**

**)SS**

**COUNTY OF HENNEPIN)**

Case No. 01-CV-2086-(DWF/AJB)

Re: Arnold, et al. vs. Cargill, Inc

Steven D. Spiess ,being first duly sworn upon oath, deposes and states, that on the 19th day of August ,**2004**, he served the following: 1) Cargill's Memorandum in Opposition to Plaintiffs' Motion for Class Certification; 2) Affidavit of Holly S.A. Eng in Opposition to Plaintiffs' Motion for Class Certification; 3) Eng Affidavit Exhibits B, C, E, F, G, M, N; 4) Declaration of Shari L. Jerde; 5) Declaration of Ryan E. Mick; 6) Affidavit of Raymond Kent Norby; 7) Affidavit of Heather C. Toft; and 8) Affidavit of Robert Topel. Defendant Cargill, Incorporated's Reply Memorandum in Support of Its Motion for Summary Judgement on the Claims of Louis Darden; Eng Affidavit Exhibits A, D, H, I, J, K, L, and O; Declaration of Melissa Raphan; Affidavit of Thomas Welch; and Certificate of Service.

Upon Susan Coler ,Esq., therein named personally at 325 Ridgewood Ave Mpls, Mn 55403 , County of **Hennepin**, State of **Minnesota** by handing to, and leaving with, Sharron Kalliman , Receptionist , true and correct copy thereof.

Subscribed and sworn to before me this 19th day of August, **2004**

s/Steven D. Spiess

**Process Server**

s/Michael A. O'Neil

**Notary Public**

MICHAEL A. ONEIL
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2005