# AFFIDAVIT OF PERSONAL SERVICE

**STATE OF MINNESOTA)**

**)SS**

**COUNTY OF HENNEPIN)**

Case No. 01-CV-2086 (DWF/AJB)

Re: Arnold, et Al. vs Cargill, Inc

Steven D Spiess ,being first duly sworn upon oath, deposes and states, that on the 23rd day of August ,**2004**, he served the following:

Exhibit P to the Affidavit of Holly S. A. Eng in Opposition to Plaintiffs' Motion for Class Certification.

Upon Susan M. Coler ,Esq., therein named personally at 325 Ridgewood Ave.

Mpls, Mn 55403 , County of **Hennepin**, State of **Minnesota** by

handing to, and leaving with, Sharon Kalliman, Receptionist, true

and correct copy thereof.

Subscribed and sworn to before me this 23rd day of August, **2004**

s/Steven D. Spiess

**Process Server**

s/Thomas E. Gough

**Notary Public**

THOMAS E. GOUGH
Notary Public-Minnesota
My Commission Expires Jan 31, 2005