**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086(DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| | ) | |
| *Plaintiffs,* | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| *Defendant.* | ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 27, 2004, I caused the following document(s) to be filed electronically with the Clerk of Court through ECF:

1. **Plaintiffs' Supplement to Memorandum in Opposition to Cargill's Motion to Dismiss, Disqualify, and Impose Additional Sanctions,**

and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Holly S.A. Eng, Esq.
Melissa Raphan, Esq.
Michael Iwan, Esq.
Mark Ginder, Esq.
Ryan E. Mick, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*s/Susan M. Coler*
Susan M. Coler

60072