UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**CARGILL'S MOTION TO RECONSIDER THE COURT'S JULY 15, 2002 MEMORANDUM OPINION AND ORDER IN LIGHT OF AN INTERVENING CHANGE IN CONTROLLING LAW**

Defendant Cargill, Incorporated hereby moves the Court for an Order that, pursuant to the Supreme Court's ruling in Jones v. R.R. Donnelley & Sons Co., 541 U.S. ___, 124 S. Ct. 1836, 1845 (2004), the Plaintiffs' § 1981 claims are governed by the four-year limitations period set forth at 28 U.S.C. § 1658(a) (2004). This motion is brought pursuant to the Court's Order of August 11, 2004, and Federal Rule of Civil Procedure 54(b).

This motion is based upon all the files, records, and proceedings herein and upon Cargill's Memorandum in Support of its Motion to Reconsider the Court's July 15, 2002 Memorandum Opinion and Order.

Dated: August 31, 2004

DORSEY & WHITNEY LLP

s/Holly S.A. Eng

Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Shari L. Jerde (#0306551)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED