# Document Removed

# Document Filed in Error