UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**AFFIDAVIT OF SHARI L. JERDE**

STATE OF MINNESOTA )
)ss.
COUNTY OF HENNEPIN )

**SHARI L. JERDE,** being first duly sworn upon oath, deposes and states as follows:

1. I am an attorney licensed to practice in the State of Minnesota and before this Court. I am one of the attorneys representing Cargill, Incorporated in the above-captioned matter.

2. This Affidavit is made in support of Defendant's Memorandum in Support of its Motion to Reconsider the Court's July 15, 2002 Memorandum Opinion and Order.

3. Attached as Exhibit A to this Affidavit are copies of the following unpublished cases:

a) Davis v. American Soc'y of Civil Eng'rs, __F. Supp. 2d __, 2004 WL 1801184 (E.D. Va. Aug. 9, 2004);
b) Lakshman v. Univ. of Maine Sys., __F. Supp. 2d __, 2004 WL 1770706 (D. Me. Aug. 6, 2004);

c) Love v. Pinnacle Nissan, Inc., 2004 WL 1398592 (9th Cir. June 22, 2004); and
d) Pruitt v. City of Chicago, 2004 WL 1146110 (N.D. Ill. May 20, 2004).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

s/Shari L. Jerde
Shari L. Jerde

Subscribed and sworn to before me
this 26th day of August, 2004.

s/Susan Kay Kjelvik
Notary Public