Briefs and Other Related Documents

This case was not selected for publication in the Federal Reporter.

Please use FIND to look at the applicable circuit court rule before citing this opinion. (FIND CTA9 Rule 36-3.)

United States Court of Appeals,
Ninth Circuit.

Terrill LOVE, Plaintiff--Appellant,
v.
PINNACLE NISSAN, INC.; ABC Nissan; Automotive Investment Group, Inc.; and VT, Inc., Defendants--Appellees.

**No. 02-15511.**

Argued and Submitted May 13, 2003.
Submission Vacated May 22, 2003.
Resubmitted June 22, 2004.
Decided June 22, 2004.

**Background:** Former employee filed § 1981 racial harassment and constructive discharge claim against employer. The United States District Court for the District of Arizona, Earl H. Carroll, J., dismissed claim under Arizona's two-year statute of limitations for personal injury claims, and employee appealed.

**Holding:** The Court of Appeals held that employee's claims were governed by federal "catch-all" four-year statute of limitations, which preempted state statute of limitations.

Reversed.

West Headnotes

**Civil Rights 1383**
78k1383 Most Cited Cases

Former employee's claims for racial harassment and constructive discharge, pursuant to a post-1990 amendment to § 1981, were governed by federal "catch-all" four-year statute of limitations, which preempted application of Arizona's two-year statute of limitations for personal injury claims. 28 U.S.C.A. § 1658; 42 U.S.C.A. § 1981.

***598** Stephen G. Montoya, Esq., Phoenix, AZ, for Plaintiffs-Appellants.

Lonnie J. Williams, Jr., Esq., Quarles & Brady Streich Lang LLP, Phoenix, AZ, Laura M. Franze, Esq., Akin Gump Strauss Hauer & Feld LLP, Dallas, TX, for Defendants-Appellees.

Appeal from the United States District Court for the District of Arizona, Earl H. Carroll, District Judge, Presiding. D.C. No. CV-01-00449-EHC.

Before: HAWKINS and W. FLETCHER, Circuit Judges, and BREYER, District Judge. [FN*]

FN* The Honorable Charles R. Breyer, United States District Judge for the Northern District of California, sitting by designation.

MEMORANDUM [FN**]

FN** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36-3.

****1** Terrill Love filed a racial harassment and constructive discharge claim against Pinnacle Nissan under the 1991 amendments to 42 U.S.C. § 1981. The district court dismissed Love's claim under Arizona's two-year statute of limitations for personal injury claims and Love appealed to this court. While submission of the appeal was pending, the Supreme Court decided *Jones v. R.R. Donnelley & Sons,* --- U.S. ----, 124 S.Ct. 1836, --- L.Ed.2d ---- (2004), holding that claims for racial harassment and constructive discharge pursuant to a post-1990 amendment to § 1981 are governed by the federal "catch-all" four-year statute of limitations, 28 U.S.C. § 1658, which preempts application of any state law statutes of limitation. --- U.S. at ---- - ----, 124 S.Ct. at 1844-46. We accordingly reverse the district

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.

court's dismissal of this case and remand for proceedings in accordance with the proper statute of limitations.

REVERSED.

102 Fed.Appx. 597, 2004 WL 1398592 (9th Cir.(Ariz.))

Briefs and Other Related Documents (Back to top)

- 2002 WL 32290756 (Appellate Brief) Appellants' Reply Brief (Oct. 08, 2002)Original Image of this Document with Appendix (PDF)
- 2002 WL 32290755 (Appellate Brief) Brief of Appellees Pinnacle Nissan, Inc., ABC Nissan, Inc., and Automotive Investment Group, Inc. (Aug. 30, 2002)Original Image of this Document with Appendix (PDF)
- 2002 WL 32290754 (Appellate Brief) Appellants' Opening Brief (Jul. 17, 2002)Original Image of this Document with Appendix (PDF)
- 02-15511 (Docket) (Mar. 18, 2002)

END OF DOCUMENT

Copr. © 2004 West. No Claim to Orig. U.S. Govt. Works.