**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on August 31, 2004, I caused the following documents:

1. Cargill's Notice of Motion to Reconsider the Court's July 15, 2002 Memorandum Opinion and Order in Light of an Intervening Change in Controlling Law;

2. Cargill's Motion to Reconsider the Court's July 15, 2002 Memorandum Opinion and Order in Light of an Intervening Change in Controlling Law;

3. Cargill's Memorandum in Support of its Motion to Reconsider the Court's July 15, 2002 Memorandum Opinion and Order in Light of an Intervening Change in Controlling Law; and

4. Affidavit of Shari L. Jerde, including exhibits.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Susan M Coler scoler@sprengerlang.com
Holly S A Eng eng.holly@dorsey.com, mcevoy.lori@dorsey.com
Mark John Ginder ginder.mark@dorsey.com, smith.colleen@dorsey.com
Michael Iwan iwan.michael@dorsey.com,
miwan@mmode.com;robbins.suzanne@dorsey.com
Paul Barry Klaas klaas.paul@dorseylaw.com
Michael D Lieder mlieder@sprengerlang.com
Ryan E Mick mick.ryan@dorsey.com
Teresa Kathleen Patton tpatton@sprengerlang.com
Melissa Raphan raphan.melissa@dorsey.com, bostrom.joan@dorsey.com
Lawrence P Schaefer lschaefer@sprengerlang.com
Steven M Sprenger ssprenger@sprengerlang.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*Not applicable.*

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Donovan Frank frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Susan M. Coler, Esq. (scoler@sprengerlang.com)
Sprenger & Lang
325 Ridgewood Ave.
Minneapolis, MN 55403

Dated: August 31, 2004

DORSEY & WHITNEY LLP

s/Shari L. Jerde
Shari L. Jerde (#0306551)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED