UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated, *Plaintiffs,* v. CARGILL, INCORPORATED, *Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) CLASS ACTION **DECLARATION OF SUSAN M. COLER IN SUPPORT OF PLAINTIFFS' REPLY TO MOTION FOR CLASS CERTIFICATION** |

Susan M. Coler declares that the following is true and correct:

1. I am a partner at Sprenger & Lang, PLLC and one of the attorneys representing the plaintiffs in the above-captioned matter.

2. Plaintiffs have filed the following Supplemental Appendices with their Reply to Motion for Class Certification:

   a. Appendix 1 (Reply): Summary Exhibits [filed under seal]

   b. Appendix 3 (Reply): Expert Reports and Deposition Testimony [filed under seal]

   c. Appendix 4 (Reply): Plaintiffs' Exhibits [filed under seal]

   d. Appendix 6 (Reply): Documents Produced in Litigation [filed under seal]

   e. Appendix 7 (Reply): Deposition Testimony [partially filed under seal]

   f. Appendix 8 (Reply): Other Documents

3. Appendix 1 (Reply): Summary Exhibits [filed under seal] contains summary exhibits prepared by plaintiffs' counsel pursuant to Federal Rule of Evidence 1006. Summary Exhibit 10 summarizes information about and directly quotes Cargill documents pertaining to "Bottom 10% Directives." The documents underlying this exhibit have been provided to the Court in Appendix

4 (Reply). Summary Exhibit 11 consists of plaintiffs' response to Cargill's "Summary of Discrepancies in Plaintiffs' Record Citations," which is Exhibit B to the Affidavit of Heather C. Toft. The content of the first four columns in the table replicates Cargill's exhibit. The heading of the third column has been changed from "Actual Statement" to "Cargill Text" and the heading of the fourth column has been changed from "Citation" to "Cargill Citation." The fifth column on the right titled "Plaintiffs' Response" is our response to the alleged discrepancies. Summary Exhibits 12 and 13 provide information about declarants and African Americans identified by plaintiffs as having experienced discrimination at Cargill. The information is taken from Cargill's HRIS data provided by defendant. Summary Exhibit 14 consists of excerpts from plaintiff deposition transcripts concerning their initial contacts with Sprenger & Lang.

| Sx # | DESCRIPTION |
|---|---|
| 10 | Selected Evidence of "Bottom 10%" Directives |
| 11 | Plaintiffs' Response to Summary of Alleged Discrepancies in Plaintiffs' Record Citations |
| 12 | Declarants' Job Histories Since 1992 |
| 13 | African Americans Identified by Plaintiffs as Having Experienced Discrimination: Division History Since 1992 |
| 14 | Plaintiffs' Initial Contacts with Sprenger & Lang, PLLC |

4. Appendix 3 (Reply): Expert Reports and Deposition Testimony [filed under seal] contains excerpts of the deposition testimony of plaintiffs' experts.

| TAB | DESCRIPTION | DATE |
|---|---|---|
| Adler | Excerpts of deposition testimony of Ronald Adler | 05/25/04 |
| Bielby | Excerpts of deposition testimony of William T. Bielby | 05/14/04 |

5. Appendix 4 (Reply): Plaintiffs' Exhibits [filed under seal] contains true and correct copies of exhibits marked in the depositions taken by plaintiffs in this litigation, in numerical order.

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 52 | C121269 | C121337 | Human Resource Process Value Review | 00/00/00 |
| 77 | C617615 | C617615 | Development Partnership: CLT Forum Draft, Version 3 | 02/13/02 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 96 | C586958 | C586958 | Emails between Nancy Siska and Jodi Hubler re Bottom 10% | 02/11/99 |
| 364 | C621198 | C621201 | Key Themes/Issues from CLT – LTMP meeting 3/26-28 | 03/26/01 |
| 438 | C344771 | C344771 | Memo from Nancy Siska to Warren Staley, et al re Ernie's Request re: Bottom 10% of Workforce | 12/10/98 |
| 439 | C674194 | C674195 | E-mail from Huub Spierings to Dave Raisbeck, et al. re PMPs | 12/02/98 |
| 606 | C744889 | C744889 | Email from Darryl Sjoberg re Employee Performance and Accountability | 12/22/98 |
| 607 | C744895 | C744896 | Email chain re People Performance | 12/14/98 |
| 608 | C744910 | C744912 | Email chain re People Performance Clafication | 01/05/99 |
| 609 | C744883 | C744884 | Cargill Internal Memo from Galen Johnson to Bob Lumpkins re Bottom 10% of Workforce | 01/08/99 |
| 610 | C185440 | C185442 | Cargill Internal Memo from Jim Larsen, et al. to Galen Johnson, et al. re NA Controllers Function – 1999 People Results | 01/07/00 |
| 613 | C745326 | C745336 | Business Unit/Function Contract Requirements for Performance Management | 04/26/01 |
| 711 | C549786 | C549791 | Cargill Internal Memo from Warren Staley to Cargill Managers re Year-end Update | 12/27/99 |
| 812 | C300086 | C300086 | Email from Greg Page re Ernie’s Letter on 10% list | 01/12/99 |
| 813 | C300074 | C300074 | Email from Kari Lininger re Energy/CRMPD B.ottom 10% | 01/11/99 |
| 814 | C300075 | C300080 | Memo from Gary Jarrett to Nancy Siska re Energy/CRMPD Bottom 10% of Workforce | 01/11/98 |
| 840 | C399939 | C399939 | Email from David Lewis to Nancy Siska re Managing Bottom 10% | 02/17/99 |
| 877 | C399951 | C399951 | Memo from Martin Dudley to Nancy Siska re Bottom 10% | 01/28/98 |
| 878 | C399941 | C399941 | Email from Tyrone Thayer to Nancy Siska re Bottom 10% | 01/20/99 |
| 879 | C399950 | C399950 | Email from Nancy Siska to Kevin Massee re Ernie’s 10% Letter | 02/05/99 |
| 880 | C399952 | C399952 | Email from Kevin Massee to Guillaume Bastiaens re Food Sector – “Bottom 10%” | 02/16/99 |
| 883 | C751637 | C751638 | Cargill Internal Memo from Pat Bowe to SLT Members re North America Sweeteners 2001/02 Budget “10% Reduction Plan” | 03/22/01 |
| 1340 | C712207 | C712210 | Email from Jody Horner to Larry Gray re NYTimes.com Article: Performance Distributions | 04/11/01 |

6. Appendix 6 (Reply): Documents Produced in Litigation [filed under seal] contains true and correct copies of documents produced in this litigation.

| Lx # | BATES # | DESCRIPTION | DATE |
|---|---|---|---|
| 9 | C372092, C372131 | Excerpt of Excel Inc. Equal Employment Opportunity Affirmative Action Program | 10/00/01 |

7. Appendix 7 (Reply): Deposition Testimony [filed under seal] contains true and correct copies of excerpts from deposition transcripts organized alphabetically by last name.

| TAB | DESCRIPTION | DATE | STATUS |
|---|---|---|---|
| Douglas | Deposition Testimony of Virginia Douglas | 08/08/02 | Plaintiff |
| Lewis | Deposition Testimony of Keith Lewis | 07/17/02 | Plaintiff |
| Little | Deposition Testimony of Vivian Little | 01/23/04 | Plaintiff |
| Mason-Robinson | Deposition Testimony of Valerie Mason-Robinson | 12/11/02 | Plaintiff |
| McDowell | Deposition Testimony of Anthony Chris McDowell | 09/25/03 | Plaintiff |
| Ross | Deposition Testimony of Tonya Ross | 06/25/02 | Plaintiff |
| Simmons | Deposition Testimony of Clintonia Simmons | 11/05/02<br>11/06/02 | Plaintiff |
| Siska | Deposition Testimony of Nancy Siska | 02/27/03 | |
| Williams | Deposition Testimony of Jacqueline Williams | 08/21/02 | Plaintiff |
| Willis | Deposition Testimony of Cheryl Willis | 07/02/02<br>07/23/02 | Plaintiff |
| Wint | Deposition Testimony of Stephen Wint | 10/02/03 | Plaintiff |

8. Appendix 8 (Reply): Other Documents contains true and correct copies of Declarations referred to in Plaintiffs' Reply Memorandum in Support of Motion for Class Certification.

| Ox # | DESCRIPTION | DATE |
|---|---|---|
| 32 | Declaration of Lawrence P. Schaefer in Opposition to Defendant's Motions for Summary Judgment on the Claims of Louis Darden and Plaintiffs' Claims for Constructive Discharge | 04/13/04 |
| 33 | Declaration of Sean Wright | 08/02/04 |
| 34 | Declaration of Mara R. Thompson | 08/03/04 |

I declare under penalty of perjury that the foregoing is true and correct. Executed this 2nd day of September, 2004, at Minneapolis, MN.

***s/Susan M. Coler***
Susan M. Coler