UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**APPENDIX 1 (REPLY): SUMMARY EXHIBITS**
**Sx 10-14**

**[FILED UNDER SEAL]**

| Sx # | DESCRIPTION |
|---|---|
| 10 | Selected Evidence of "Bottom 10%" Directives |
| 11 | Plaintiffs' Response to Summary of Alleged Discrepancies in Plaintiffs' Record Citations |
| 12 | Declarants' Job Histories Since 1992 |
| 13 | African Americans Identified by Plaintiffs as Having Experienced Discrimination: Division History Since 1992 |
| 14 | Plaintiffs' Initial Contacts with Sprenger & Lang, PLLC |