UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated, *Plaintiffs*, v. CARGILL, INCORPORATED, *Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) CLASS ACTION |

**NOTIFICATION OF CONVENTIONAL FILING**

**OF**

**APPENDIX 1 (Reply): Summary Exhibits**
**Sxs. 10-14**

***[FILED UNDER SEAL]***

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Appendix 1 (Reply): Summary Exhibits, Sxs. 10-14

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Documents *

___ Unable to Scan Documents (*PDF file size larger than the e-filing system allows*)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item(s) Under Seal* (See Docket No. 144)

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description):

* Filing of these items requires Judicial Approval.

Dated: September 2, 2004

**SPRENGER & LANG, PLLC**

By: ***s/Susan Coler***

Lawrence Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

Michael D. Lieder (DC Bar No. 444273)
Steven M. Sprenger (DC Bar No. 418736)
1614 20th Street, N.W.
Washington, DC 20009-1001
(202) 265-8010

COUNSEL FOR PLAINTIFFS