UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION |

**APPENDIX 3 (REPLY): EXPERT REPORTS AND DEPOSITION TESTIMONY**
**Adler - Bielby**

**[FILED UNDER SEAL]**

| TAB | DESCRIPTION | DATE |
|---|---|---|
| Adler | Excerpts of deposition testimony of Ronald Adler | 05/25/04 |
| Bielby | Excerpts of deposition testimony of William T. Bielby | 05/14/04 |