UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION |

**APPENDIX 4 (REPLY): PLAINTIFFS' EXHIBITS**
**Px 52-1340**

**[FILED UNDER SEAL]**

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 52 | C121269 | C121337 | Human Resource Process Value Review | 00/00/00 |
| 77 | C617615 | C617615 | Development Partnership: CLT Forum Draft, Version 3 | 02/13/02 |
| 96 | C586958 | C586958 | Emails between Nancy Siska and Jodi Hubler re Bottom 10% | 02/11/99 |
| 364 | C621198 | C621201 | Key Themes/Issues from CLT – LTMP meeting 3/26-28 | 03/26/01 |
| 438 | C344771 | C344771 | Memo from Nancy Siska to Warren Staley, et al re Ernie's Request re: Bottom 10% of Workforce | 12/10/98 |
| 439 | C674194 | C674195 | E-mail from Huub Spierings to Dave Raisbeck, et al. re PMPs | 12/02/98 |
| 606 | C744889 | C744889 | Email from Darryl Sjoberg re Employee Performance and Accountability | 12/22/98 |
| 607 | C744895 | C744896 | Email chain re People Performance | 12/14/98 |
| 608 | C744910 | C744912 | Email chain re People Performance Clafication | 01/05/99 |
| 609 | C744883 | C744884 | Cargill Internal Memo from Galen Johnson to Bob Lumpkins re Bottom 10% of Workforce | 01/08/99 |
| 610 | C185440 | C185442 | Cargill Internal Memo from Jim Larsen, et al. to Galen Johnson, et al. re NA Controllers Function – 1999 People Results | 01/07/00 |
| 613 | C745326 | C745336 | Business Unit/Function Contract Requirements for Performance Management | 04/26/01 |
| 711 | C549786 | C549791 | Cargill Internal Memo from Warren Staley to Cargill Managers re Year-end Update | 12/27/99 |
| 812 | C300086 | C300086 | Email from Greg Page re Ernie’s Letter on 10% list | 01/12/99 |
| 813 | C300074 | C300074 | Email from Kari Lininger re Energy/CRMPD B.ottom 10% | 01/11/99 |
| 814 | C300075 | C300080 | Memo from Gary Jarrett to Nancy Siska re Energy/CRMPD Bottom 10% of Workforce | 01/11/98 |
| 840 | C399939 | C399939 | Email from David Lewis to Nancy Siska re Managing Bottom 10% | 02/17/99 |
| 877 | C399951 | C399951 | Memo from Martin Dudley to Nancy Siska re Bottom 10% | 01/28/98 |
| 878 | C399941 | C399941 | Email from Tyrone Thayer to Nancy Siska re Bottom 10% | 01/20/99 |
| 879 | C399950 | C399950 | Email from Nancy Siska to Kevin Massee re Ernie’s 10% Letter | 02/05/99 |
| 880 | C399952 | C399952 | Email from Kevin Massee to Guillaume Bastiaens re Food Sector – “Bottom 10%” | 02/16/99 |
| 883 | C751637 | C751638 | Cargill Internal Memo from Pat Bowe to SLT Members re North America Sweeteners 2001/02 Budget “10% Reduction Plan” | 03/22/01 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 1340 | C712207 | C712210 | Email from Jody Horner to Larry Gray re NYTimes.com Article: Performance Distributions | 04/11/01 |