UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION |

**APPENDIX 6 (REPLY): DOCUMENTS PRODUCED IN LITIGATION**
**Lx 9**

**[FILED UNDER SEAL]**

| Lx # | BATES # | DESCRIPTION | DATE |
|---|---|---|---|
| 9 | C372092, C372131 | Excerpt of Excel Inc. Equal Employment Opportunity Affirmative Action Program | 10/00/01 |