UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 |
| | ) | (DWF/AJB) |
| On behalf of themselves and all others | ) | |
| similarly situated, | ) | CLASS ACTION |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

**APPENDIX 7 (REPLY): DEPOSITION TESTIMONY**
**Douglas - Wint**

**[FILED UNDER SEAL]**

| TAB | DESCRIPTION | DATE | STATUS |
|---|---|---|---|
| Douglas | Deposition Testimony of Virginia Douglas | 08/08/02 | Plaintiff |
| Lewis | Deposition Testimony of Keith Lewis | 07/17/02 | Plaintiff |
| Little | Deposition Testimony of Vivian Little | 01/23/04 | Plaintiff |
| Mason-Robinson | Deposition Testimony of Valerie Mason-Robinson | 12/11/02 | Plaintiff |
| McDowell | Deposition Testimony of Anthony Chris McDowell | 09/25/03 | Plaintiff |
| Ross | Deposition Testimony of Tonya Ross | 06/25/02 | Plaintiff |
| Simmons | Deposition Testimony of Clintonia Simmons | 11/05/02<br>11/06/02 | Plaintiff |
| Siska | Deposition Testimony of Nancy Siska | 02/27/03 | |
| Williams | Deposition Testimony of Jacqueline Williams | 08/21/02 | Plaintiff |
| Willis | Deposition Testimony of Cheryl Willis | 07/02/02<br>07/23/02 | Plaintiff |
| Wint | Deposition Testimony of Stephen Wint | 10/02/03 | Plaintiff |