**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-2086(DWF/AJB)<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 2, 2004, I caused the following document(s) to be filed electronically with the Clerk of Court through ECF:

1. **Notification of Conventional Filing of Plaintiffs' Reply Memorandum in Support of Motion for Class Certification [*FILED UNDER SEAL]*;**

2. **Declaration of Susan M. Coler in Support of Plaintiffs' Reply to Motion for Class Certification;**

3. **Notification of Conventional Filing of Appendix 1 (Reply): Summary Exhibits, Sxs. 10-14 *[FILED UNDER SEAL]*;**

4. **Notification of Conventional Filing of Appendix 3 (Reply): Expert Reports and Deposition Testimony, Adler - Bielby *[FILED UNDER SEAL]*;**

5. **Notification of Conventional Filing of Appendix 4 (Reply): Plaintiffs' Exhibits, Pxs. 52-1340 *[FILED UNDER SEAL]*;**

6. **Notification of Conventional Filing of Appendix 6 (Reply): Documents Produced in Litigation, Lx. 9 *[FILED UNDER SEAL]*;**

7. **Notification of Conventional Filing of Appendix 7: Deposition Testimony, Douglas – Wint *[FILED UNDER SEAL]*; and**

8. **Appendix 8 (Reply): Other Documents, Oxs. 32-34;**

and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Holly S.A. Eng, Esq.
Melissa Raphan, Esq.
Michael Iwan, Esq.
Mark Ginder, Esq.
Ryan E. Mick, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

*s/Susan M. Coler*
Susan M. Coler