UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION |

**APPENDIX 4: PLAINTIFFS' EXHIBITS ("Px")**

**FILED UNDER SEAL**

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 2 | C158600 | C158605 | Cargill internal memo re: Selection & Development Task Force | 12/02/94 |
| 3 | C158586 | C158590 | Cargill internal memo re: Selection & Development Task Force | 01/23/95 |
| 4 | C303316 | C303317 | Email with notes from Building People Resource Task Force meeting 9/28/95 | 10/06/95 |
| 5 | C586974 | C586975 | Email with recommendation from team for HR Talent Review in March | 01/25/99 |
| 6 | C118261 | C118262 | Budde letter to OFCCP | 02/07/95 |
| 8 | C303318 | C303320 | Memo enclosing notes from 12/21/95 Building People Resources Task Force | 01/03/96 |
| 10 | C617795 | C617817 | CCHRC High Potential Management summary | 03/08/96 |
| 11 | C586990 | C586990 | Email re high potential definition | 11/18/98 |
| 12 | C586992 | C586992 | Email re high potential definition | 11/18/98 |
| 13 | C140603 | C140603 | Email re nominees for CLDP | 04/06/99 |
| 14 | C151739 | C151740 | Memo updating actions taken to further Cargill's diversity objectives | 04/04/97 |
| 15 | C120936 | C120957 | The diversity agenda overview, business management system and addendum | 00/00/00 |
| 16 | C141985 | C141986 | Memo re Valuing Differences Pilot Project Recommendation | 00/00/00 |
| 17 | C151841 | C151841 | Email re diversity information | 11/09/97 |
| 18 | C413867 | C413867 | E-mail re Sue Sjeklocha's definition of her VDI role | 03/31/98 |
| 19 | C413848 | C413849 | Email with string re: VDI champions | 03/12/98 |
| 21 | C151764 | C151765 | Email with notes and thoughts from Siska about 1/19/01 Siska meeting with Ebony Network | 01/19/01 |
| 25 | C129165 | C129166 | Email documenting Sims' thoughts about VDI at Cargill | 01/10/01 |
| 29 | C120858 | C120911 | McKinsey's presentation to CLT entitled The War for Talent 2000: Building a Superior Talent Pool to Drive Company Performance | 09/18/00 |
| 32 | C143989 | C144001 | Document regarding Corporate Center HR Meeting on Cargill Culture: Themes, Rituals, Beliefs and Behavior in Light of Strategic Intent | 12/00/00 |
| 35 | C584278 | C584384 | Document regarding company culture and related issues and Cargill employee engagement survey | 08/00/01 |
| 48 | C318619 | C318621 | Cargill Internal Memo from Staley regarding OFCCP Glass Ceiling Audit issues | 01/12/95 |
| 49 | C121187 | C121205 | Cargill Internal Memo regarding HRLT issues and Cargill's global HR function | 09/16/98 |
| 50 | C121170 | C121175 | Cargill's Global HR Strategy Overview | 00/00/00 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 51 | C549768 | C549785 | Corporate Requirements: February 2000 | 02/15/00 |
| 53 | C146264 | C146358 | Corporate People Leadership Team discussion document entitled Accelerating the Rate of Change for Human Resources (ARCHR) | 04/00/00 |
| 58 | C317466 | C317880 | Cover page and p. 7 of CCHR Team Handbook listing key assumptions about LTMP | 00/00/00 |
| 62 | C613034 | C613045 | Discussion document entitled Maintaining Momentum on ARCHR Implementation | 11/29/00 |
| 64 | C316511 | C316523 | CCHR balanced scorecard 01/02 definitions and instructions for Regional HR Managers | 52/12/00 |
| 67 | C146726 | C146728 | HR Vision Mission 01/02 | 00/00/01 |
| 69 | C121235 | C121262 | HR Practices Summary | 00/00/00 |
| 70 | C446187 | C446280 | Your Guide to Cargill: Handbook for Salaried Employees; on-line edition | 03/26/02 |
| 71 | C580036 | C580193 | Updates to Cargill Supervisor's Manual with 1/96 memo from HR Department's Massee and Lodden | 12/00/95 |
| 72 | C720563 | C720620 | Cargill Business Unit Leader (BUL) Workshop Document: Organizational Philosophy and Design | 00/00/00 |
| 73 | C360464 | C360582 | Cargill Career Coaching Process | 12/00/99 |
| 76 | C617522 | C617526 | LTM Brown Bag 6/19/02 and 6/27/01 Q&A | 06/19/01 |
| 80 | C617786 | C617794 | Draft of Cargill Organization and People Planning Process (OP3) | 07/24/96 |
| 81 | C123131 | C123132 | Siska memo re: Revised Internal Involuntary Termination Policy | 05/24/99 |
| 82 | C123142 | C123142 | Norby Memo re Termination Policy | 08/29/96 |
| 90 | C732332 | C632345 | Guidelines to implement a Reduction in Workforce (RIF) | 00/00/00 |
| 92 | C150921 | C150923 | Summary of Exempt Performance Reviews for US Job Family 2000 | 09/20/00 |
| 93 | C146747 | C146748 | Farrar E-Mail re Ford dropping review system | 07/20/01 |
| 94 | C316805 | C316806 | LTM Group Development Priorities and Integration | 00/00/00 |
| 95 | C611469 | C611470 | Enhanced PMP description | 00/00/00 |
| 97 | C316670 | C316684 | Agenda for CLT Forum Session I (11/01) | 06/29/01 |
| 98 | C316685 | C316689 | Agenda for CLT Forum Session I (2/02) | 06/29/01 |
| 100 | C635287 | C635288 | 12/14/00 Leadership Development Team meeting minutes | 12/14/00 |
| 102 | C418789 | C418790 | Siska Emails re: Internal Staffing Issues | 10/01/99 |
| 104 | P1659 | P1666 | Haider Email re Allegations of Employment Discrimination within Cargill | 01/18/02 |
| 107 | C617740 | C617763 | Recommendations of the NAOP High Potential Manager Development Team | 2/5/1992 |
| 108 | C794909 | C794911 | Cargill Internal Memo re KEIS I meeting | 01/17/92 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 110 | C794955 | C794964 | Cargill Internal Memo from MacLennan to KEIS I Raters re KEIS I | 09/29/93 |
| 114 | C795018 | C795019 | Cargill Internal Memo: KEIS Comments | 02/11/94 |
| 117 | C794749 | C794770 | KEIS Update | 08/00/95 |
| 119 | C305590 | C305599 | Fall 95 KEIS Instructions | 00/00/95 |
| 122 | C587582 | C587583 | HR KEIS Review Summary Thoughts | 09/16/96 |
| 127 | C795205 | C795215 | Fall 1997 Keis Process Instructions | 00/00/1997 |
| 137 | C795020 | C795022 | Cargill Internal Memo from Raisbeck re KEIS | 02/08/94 |
| 138 | C795003 | C795004 | Cargill Internal Memo re KEIS I and II | 02/16/94 |
| 139 | C795007 | C795011 | Cargill Internal Memo from Lumpkins re KEIS I meeting | 02/17/94 |
| 140 | C795025 | C795028 | Cargill Internal Memo from Huber re KEIS Comments/Observations | 02/17/94 |
| 143 | C795092 | C795095 | Cargill Internal Memo from Norby re 1/24-26 KEIS | 04/17/96 |
| 144 | C795033 | C795034 | Cargill Internal Memo from Norby re 2/1/92-2/2/94 KEIS | 03/03/94 |
| 145 | C795110 | C795110 | KEIS Summary: North America and People of Color | 04/17/96 |
| 147 | C795111 | C795118 | People of color - North America" table | 04/03/96 |
| 150 | C795164 | C795170 | Cargill Internal Memo by Sjeklocha re KEIS presentation | 01/16/98 |
| 154 | C795096 | C795096 | Undated Dan Huber comments on KEIS | 00/00/00 |
| 158 | C587475 | C587475 | Sjoberg's E-mail re KEIS ratings | 06/14/98 |
| 160 | C795015 | C795017 | Cargill Internal Memo re KEIS | 01/25/94 |
| 163 | C587476 | C587478 | E-mail string re KEIS | 08/06/98 |
| 167 | C651493 | C651493 | Ferris E-mail re stock options and KEIS | 03/28/98 |
| 168 | C570199 | C570200 | Cargill Internal Memo from Schulz regarding Option Recommendation Books | 04/23/99 |
| 171 | C618248 | C618250 | CCHRC Memo regarding KEIS and RIF | 07/09/96 |
| 179 | C617009 | C617011 | Leadership and Talent Management (LTM) summary | 00/00/00 |
| 180 | C316726 | C316727 | Leadership Development Memo | 00/00/00 |
| 181 | C635766 | C635773 | Leadership Development Process Project Outline | 00/00/00 |
| 185 | C150924 | C150925 | Email re Leadership and Talent Review process | 10/20/00 |
| 188 | C619209 | C619210 | LTMP memo regarding instructions and details | 12/07/00 |
| 194 | C416341 | C416347 | Job Posting Task Force Update | 12/19/96 |
| 197 | C344772 | C344772 | Cargill Internal Memo from Raisbeck re bottom 10% issue | 12/04/98 |
| 198 | C344769 | C344770 | Cargill Internal Memo regarding Siska and bottom 10% issue | 01/06/99 |
| 201 | C401147 | C401151 | High Potential Employee Summary | 12/11/97 |
| 202 | C525074 | C525074 | High Potential Employee Summary | 00/00/00 |
| 203 | C320062 | C321943 | KEIS log for selected divisions | 08/25/94 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 205 | C362171 | C362171 | Management Replacement Summary | 02/00/98 |
| 206 | C525313 | C525314 | Salt Division People Planning Table | 12/26/96 |
| 207 | C402102 | C402103 | IDP Codes for Corporate Marketing Division | 00/00/00 |
| 208 | C320074 | C321954 | KEIS II Rating Grid | 08/25/94 |
| 209 | C402149 | C402158 | High Potential Employee Summary for Corn Milling | 11/22/95 |
| 210 | C402053 | C402092 | KEIS Rating Table for Dry Milling | 11/14/95 |
| 212 | C348443 | C348446 | Cargill Internal Memo re job posting programs | 06/22/95 |
| 216 | C415898 | C415900 | Horner E-mail re job postings | 10/12/97 |
| 222 | C446735 | C446739 | Job Posting System Overview | 04/09/02 |
| 233 | C425091 | C425099 | Cargill Internal Memo from Staley re Strategic Intent | 06/18/98 |
| 256 | C127505 | C127519 | Addendum B: 99-2000 Diversity and Retention Busines Plan: Draft. | 06/00/99 |
| 258 | C117810 | C117810 | Cargill Internal Memo from Sjeklocha re Diversity & Retention Business Plan | 03/29/00 |
| 265 | C619503 | C619503 | Email from Norby re VDI Business Plan | 05/30/01 |
| 282 | C661486 | C661489 | Cargill Compensation Programs Corporate Requirements | 00/00/00 |
| 283 | C627636 | C627665 | Supervisor's Guide To Total Compensation | 05/01/00 |
| 284 | C649835 | C649845 | Cargill Internal Memo re Pay Philosophy | 09/08/92 |
| 289 | C652542 | C652542 | Cargill Internal Memo from MacLennan re Corporate Center HR and North American Compensation Committee | 01/06/96 |
| 293 | C652526 | C652526 | Cargill Internal Memo re corporate Center Human Resources Committee (CCHRC) | 12/21/95 |
| 300 | C613097 | C613098 | Staley Memo re CLT compensation issue | 02/15/00 |
| 301 | C150937 | C150937 | Memo from Page re Grain Oilseeds compensation issue | 06/29/00 |
| 307 | C703701 | C703702 | Cargill Internal Memo from Massee re salary issues | 01/05/96 |
| 308 | C652673 | C652681 | Table of 96 Exempt Salary Classes & Ranges | 00/00/00 |
| 316 | C317296 | C316318 | Corporate Annual Incentive Plan Toolkit Materials Update | 05/08/01 |
| 341 | C158747 | C158767 | Presentation on Career Development/Selection Processes | 06/06/96 |
| 345 | C618861 | C618882 | Talent Development Process Memo | 03/14/00 |
| 348 | C157299 | C157316 | Document entitled The Role and Operating Philosophy of Corporate Management | 01/15/92 |
| 365 | C617859 | C617866 | Summary of Talent Development Process final team recommendation | 08/26/99 |
| 368 | C155453 | C155454 | Cargill Internal Memo re MacLennan's views re termination process | 08/05/96 |
| 371 | C158582 | C158582 | Cargill Internal Memo re PMP Conversion and Training | 03/07/96 |
| 372 | C618568 | C618569 | Cargill Internal Memo re Performance Review | 06/04/97 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| | | | Issues | |
| 373 | C154750 | C154752 | CCHRC performance management discussion points memo | 09/25/98 |
| 374 | C158576 | C158578 | Cargill Internal Memo from Lumpkins re PMP issues | 10/28/98 |
| 376 | C619931 | C619931 | Cargill Internal Memo from Siska re bottom 10% issue | 12/10/98 |
| 377 | C154594 | C154595 | Memo summarizing CCHRC discussion of retirement issues | 12/22/98 |
| 378 | C158738 | C158746 | Cargill Internal Memo re 95-96 CLDP issues | 08/06/96 |
| 383 | C134513 | C134516 | Cargill Internal Memo from Sjeklocha re VDI issues | 00/00/00 |
| 384 | C141736 | C141741 | Cargill Internal Memo from Sjeklocha re proposed Affirmative Action Goal Plan and related issues | 07/09/98 |
| 408 | C344580 | C344616 | Performance Management Process Design Guide | 10/00/0992 |
| 415 | C344675 | C344689 | Cargill Internal Memo regarding Performance Management Process (PMP) and blank PMP form | 06/00/96 |
| 418 | C423681 | C423687 | Instructions for using the Cargill Performance Management Process (PMP) | 05/00/00 |
| 419 | C611467 | C611473 | E-mail re PMP and changes to PMP | 05/01/00 |
| 420 | C311763 | C311776 | Blank Performance Management Process form | 10/12/01 |
| 425 | C130140 | C130144 | Cargill Internal Memo from Staley re PMP evaluatoins | 06/01/01 |
| 432 | C418600 | C418608 | Performance Management Research and Recommendations | 30/02/00 |
| 440 | C607505 | C607519 | BU/Function Contract re Performance Management | 12/13/01 |
| 446 | C154721 | C154728 | Performane Management Discussion Points: CCHRC | 09/28/98 |
| 460 | C611264 | C611264 | Cargill Internal Memo from Staley re EEO Policy | 01/01/02 |
| 468 | C330316 | C330328 | Cargill Internal Memo from Micek re Cargill's Organization Task Force | 12/12/95 |
| 469 | C329672 | C329683 | Cargill Internal Memo from Staley re Strategic Intent | 06/07/99 |
| 472 | C674185 | C674185 | Cargill Internal Memo from Micek regarding PMP issues | 11/19/98 |
| 473 | C674198 | C674199 | Cargill Internal Memo to Micek and MOC re PMP issues | 11/20/98 |
| 474 | C674188 | C674195 | Email chain re PMP issues | 12/02/98 |
| 475 | C329740 | C329742 | Cargill Internal Memo re cost cutting efforts | 11/09/98 |
| 478 | C329744 | C329745 | Letter to Director of Minority Business Development from Staley re VDI | 07/13/98 |
| 480 | C393133 | C393135 | Cargill Interanl Memo re VDI | 05/11/98 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 488 | C690557 | C690556 | Cargill 360 research re CLDP participants | 00/00/01 |
| 489 | C413695 | C413696 | CLDP Participants, 2000-01 | 00/00/00 |
| 490 | C413428 | C413428 | Untitled table of participants including race and gender designation | 00/00/00 |
| 491 | C413438 | C413438 | Untitled table of participants including race and gender designation | 00/00/00 |
| 492 | C413583 | C413584 | Untitled table of participants including race and gender designation | 00/00/00 |
| 493 | C413510 | C413513 | Untitled table of participants including race and gender designation | 00/00/00 |
| 519 | C746317 | C746356 | Cargill Internal Memo re Performance Management Process (PMP) | 05/22/95 |
| 526 | C128965 | C128980 | Packet of materials for Cargill Leadership Development Team Meeting re CLDP and SI | 11/30/00 |
| 535 | C631517 | C631630 | Notes re meeting re SBD-identified diversity issues | 00/00/00 |
| 547 | C617032 | C617060 | Notes re CLT discussion re talent identification, selection and development issues | 06/03/02 |
| 549 | C152340 | C152346 | Notes for rotation program re candidate pool recruitment and related issues | 02/13/96 |
| 565 | C144401 | C14414 | Diversity Council update | 10/25/96 |
| 574 | C746959 | C746960 | Email re Excel value review | 12/18/96 |
| 575 | C746965 | C746966 | Email listing notes re FMG-NSS value review | 12/13/96 |
| 579 | C152091 | C152092 | Email chain re Siska thoughts about VDI issues | 08/12/98 |
| 581 | C121340 | C121340 | Email re CGD/PAD value review meeting | 01/03/97 |
| 585 | C120836 | C120837 | Email chain re financial job family talent reviews | 10/29/98 |
| 586 | C586986 | C586987 | Email re alternatives to the KEIS rating system | 12/03/98 |
| 612 | C746948 | C746950 | Email regarding CLT/Platform general session re PMP issues | 05/03/01 |
| 615 | C745266 | C745267 | Guidelines for performance improvement plans (PIPs) | 10/29/01 |
| 619 | C744941 | C744941 | Email chain re Job Posting Issues | 01/27/99 |
| 620 | C744861 | C744862 | Email summarizing job posting issues | 06/30/99 |
| 621 | C152033 | C152034 | Email regarding VDI issues | 05/11/98 |
| 636 | C742526 | C742557 | Presentation materials re Cargill culture scan | 09/00/00 |
| 646 | C652524 | C652524 | Announcement re members of new CCHRC and NA Compensation Committee | 12/22/92 |
| 648 | C560043 | C560063 | Handbook of Cargill Guiding Principles | 00/00/00 |
| 658 | C129134 | C129135 | E-Mail chain re Ebony network meeting and related issues | 03/19/01 |
| 664 | C128388 | C128389 | Email listing VDI Department issues | 06/15/01 |
| 667 | C556925 | C556925 | Email re Schier/Henderson meeting re HR Audit | 07/11/01 |
| 668 | C133440 | C133452 | Balanced Scorecard regarding VDI Issues | 00/00/01 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 674 | C133365 | C133367 | Business Plan for VDI | 00/00/00 |
| 686 | C556959 | C556960 | VDI Meeting Minutes and Notes | 12/05/00 |
| 692 | C307846 | C560221 | EEO policy statements from Micek | 01/01/99 |
| 695 | P0082 | P0086 | Cargill Internal Memo updating status of recruitment issues | 07/26/89 |
| 696 | C561005 | C561006 | Memo re Diversity Initiative | 01/06/94 |
| 697 | P1002 | P1002 | Cargill Internal Memo re NA Corn Wet Milling organizational needs | 02/16/94 |
| 698 | C145385 | C145386 | Cargill Internal Memo re reporting AAP & EEO reporting issues | 07/01/98 |
| 700 | C402273 | C402274 | KEIS 93/94 rating form | 12/02/93 |
| 710 | C425188 | C425196 | Text for videotape introducing Cargill's Strategic Intent | 02/10/99 |
| 726 | C322722 | C322727 | Cargill Internal Memo re personnel practices focus group meeting | 01/18/93 |
| 727 | C305331 | C305331 | Cargill Internal Memo re recruiting issues | 03/10/93 |
| 728 | C562698 | C562698 | Email requesting answers from senior executives for MEDA book about diversity issues | 07/08/93 |
| 729 | C562697 | C562697 | Email response to MEDA | 07/08/93 |
| 730 | C390149 | C390149 | Email from Workforce Diversity/84's Peterson regarding about diversity issues | 07/26/93 |
| 731 | C312231 | C312234 | Cargill Internal Memo re career development meeting | 11/01/93 |
| 732 | C312126 | C312128 | Cargill Internal Memo re career development meeting | 01/26/94 |
| 737 | C561007 | C561007 | Cargill Internal Memo regarding glass ceiling issue | 01/06/94 |
| 742 | C195432 | C195441 | Document re EEO/AA and related issues | 00/00/00 |
| 743 | C144664 | C144667 | Cargill Internal Memo re diversity issues | 09/16/96 |
| 744 | C613861 | C613864 | Cargill Internal Memo re PMP and Strategic Intent | 09/20/99 |
| 751 | C552824 | C552829 | Proposal regarding high impact employee management | 10/26/02 |
| 753 | C552614 | C552615 | Email regarding Staleypresentation re Leadership and Culture | 01/11/01 |
| 755 | C551949 | C552007 | Presentation on Cargill Culture | 01/05/01 |
| 756 | C555826 | C555855 | Memo re Cargill Culture scan | 10/25/00 |
| 757 | C552049 | C552074 | Presentation on Cargill Culture and Themes | 12/15/00 |
| 759 | C117565 | C117572 | Culture Scan for Ebony Network | 05/23/01 |
| 760 | C556332 | C556339 | Culture scan summaries for Organizational Effectiveness and VDI | 02/08/01 |
| 761 | C552286 | C552316 | Recommendations from Engagement Team regarding Cargill Culture | 00/00/00 |
| 763 | C552213 | C552215 | Comparative Data Analysis regarding 20+ year employees | 09/01/00 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 782 | C117847 | C117847 | Attachment 3 to Ex. 258: CLT and VDI issues | 00/00/00 |
| 784 | C303142 | C303145 | Notes regarding Phoenix meeting | 03/22/96 |
| 790 | C300237 | C300241 | Speech by Raisbech on long term HR strategy | 08/19/96 |
| 791 | C300245 | C300245 | HR Managers Quarterly meeting agenda | 08/19/96 |
| 793 | C303086 | C303107 | Document re learning review project | 12/04/96 |
| 806 | C305482 | C305482 | Cargill Internal Memo re KEIS information for US Trading Sector Financial Personnel | 01/02/96 |
| 807 | C306456 | C306456 | Table of sample ratings and readiness codes for Dry Milling Division | 00/00/95 |
| 809 | C587574 | C587575 | Cargill Internal Memo re desired outcomes for HR KEIS review meeting & description of attachments (latter not part of exhibit) | 10/04/96 |
| 811 | C300125 | C300132 | HR Focus newsletter re preparing for the future of HR | 00/00/00 |
| 815 | C302796 | C302815 | Report regarding ARCHR tools and processes | 04/17/00 |
| 910 | C137659 | C137591 | Hewitt letter regarding People Practices Inventory for 100 Best Companies to Work for in American study | 01/08/98 |
| 911 | C137627 | C137655 | People Practices Inventory | 08/00/97 |
| 912 | C134706 | C134708 | Summary recap re exit interviews and 100 Best List | 00/00/00 |
| 913 | C151600 | C151604 | Meeting minutes for Recruiting and Retention Team | 10/09/96 |
| 914 | C144711 | C144717 | Document excerpt regarding CGD change model: a framework for managing diversity | 00/00/00 |
| 915 | C390054 | C390098 | Email regarding team meeting recap and summary of key minority promotion and hiring trends and issues | 05/20/97 |
| 916 | C117372 | C117377 | Materials for Valuing Differences - Global Growth - CCHRC presentation | 09/28/98 |
| 917 | C136379 | C136385 | Presentation materials for Corp IT group Financial Diversity Team | 09/00/98 |
| 918 | C152117 | C152118 | Notes regarding VDI kickoff notes | 00/00/00 |
| 919 | C134780 | C134792 | Bullet points regarding VDI speech | 09/28/98 |
| 920 | C141886 | C141892 | Notes re US race and gender issues | 00/00/00 |
| 921 | C135981 | C135984 | Cargill Internal Memo updating VDI and related issues | 00/00/00 |
| 923 | C140801 | C140802 | Notes by Sjeklocha entitled Strategies for Managing Diversity | 00/00/00 |
| 925 | C415322 | C415322 | List of activities regarding VDI | 03/21/98 |
| 926 | C413845 | C413845 | Email string re Valuing Differences Measurements Team | 03/05/98 |
| 928 | C152058 | C152059 | Meeting minutes for Valuing Differences Measurement Team | 04/14/98 |
| 929 | C152189 | C152189 | Email re Valuing Differences Measurement Team Meeting | 04/27/98 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 931 | C152077 | C152078 | Email string re Geo Team interview information | 05/21/98 |
| 934 | C134673 | C134674 | Notes VDI issues | 00/00/00 |
| 935 | C133580 | C133588 | Balanced scorecard regarding VDI issues | 03/15/01 |
| 936 | C133440 | C133452 | Balanced scorecard regarding VDI issues | 00/00/00 |
| 947 | C747040 | C747042 | Document regarding BU contract question re VDI | 00/00/00 |
| 948 | C135032 | C135033 | Document regarding measurement of retention rates and related matters | 00/00/00 |
| 952 | C127299 | C127308 | Summary of Cargill LDP Group Project: VDI with Sjeklocha handwritten notes | 00/00/00 |
| 964 | C141644 | C141644 | Handwritten notes re AAP status for the various Cargill locations and BUs | 00/00/00 |
| 967 | C308692 | C308694 | Email and memo summarizing pilot project outline and related matters | 11/30/98 |
| 968 | C872825 | C872831 | Memo regarding talking points regarding diversity | 00/00/00 |
| 969 | C897604 | C897605 | Memo regarding best ideas/practices for VDI integration | 09/30/03 |
| 970 | C873109 | C873110 | Memo regarding recommendations regarding representation of target groups | 00/00/00 |
| 972 | C146991 | C146991 | Memo re sample KRA's | 00/00/00 |
| 978 | C133981 | C133987 | KRA for comanaging implementatino of the AAP | 00/00/00 |
| 987 | C127965 | C127968 | Illustrations and notes regarding demographic information | 03/26/01 |
| 992 | C551851 | C551857 | Presentation documents re Strategic Intent | 00/00/00 |
| 994 | C117633 | C117663 | Memo regarding LTMP - Valuing Differences Initiative | 00/00/00 |
| 995 | C136027 | C136027 | Memo regarding discussions with CLT members | 00/00/00 |
| 996 | C134662 | C134666 | Memo regarding CLT comments from February and March of 2000 | 03/00/00 |
| 1000 | C117755 | C117755 | Table regarding VDI leaders | 00/00/00 |
| 1006 | C318617 | C318618 | Cargill Internal Memo re OFCCP audit | 01/13/95 |
| 1015 | C560471 | C560472 | Cargill Interal memo from Micek re employee pay grade issues | 02/27/97 |
| 1028 | C713939 | C713944 | RIF worksheet packet | 00/00/00 |
| 1042 | C409365 | C409366 | Email memo regarding Fall 01 Exempt semi-annual salary review | 09/13/01 |
| 1045 | C532855 | C532857 | Email chain re 02 HR incentives issues | 02/15/02 |
| 1182 | C129968 | C129968 | Email re 2000 VDI session | 07/17/00 |
| 1189 | C129176 | C129177 | Email re Ebony Network meeting | 01/19/01 |
| 1190 | C129162 | C129163 | Notes regarding Ebony Network (EN) | 00/00/00 |
| 1193 | C129185 | C129186 | Notes regarding "Key Points" | 00/00/00 |
| 1207 | C307844 | C307844 | Cargill Internal Memo re EEO policy | 01/01/01 |

| Px # | BEGNO | ENDNO | DESCRIPTION | DATE |
|---|---|---|---|---|
| 1293 | C746971 | C746971 | Email re Excel value recap and related issues | 12/18/96 |
| 1294 | C898190 | C898191 | Email re Cargill Ebony Council | 05/22/03 |
| 1305 | C147631 | C147639 | Executive Summary regarding recruitment and retention issues | 00/00/00 |
| 1306 | C118140 | C118140 | Notes regarding VDI issues | 00/00/00 |
| 1308 | C133605 | C133606 | Exit interview with John Graves | 11/02/00 |
| 1309 | C117878 | C117885 | Exit Interview with Carolyn Fritz | 00/00/00 |
| 1310 | C117002 | C117005 | Exit interview with Emily French | 06/09/00 |
| 1313 | C140695 | C140708 | Presentation materials for SBD meeting | 00/00/00 |
| 1314 | C140719 | C140722 | Memo regarding SBD issues | 00/00/00 |
| 1317 | C137174 | C137175 | Newsletter article regarding diversity issues | 04/00/99 |
| 1319 | C133568 | C133579 | Report regarding Wilbur Chocolate - 01 | 02/00/01 |
| 1320 | C130856 | C130858 | Presentation materials for Excel Diversity Inquiry | 02/14/01 |
| 1330 | C875481 | C875481 | Email re incentive issues meeting | 03/25/03 |
| 1358 | C117309 | C117320 | Materials regarding diversity presentation for Cargill Board | 02/11/97 |
| 1359 | C141771 | C141798 | Cargill Internal Memo re proposed AAP's and related issues | 00/00/00 |
| 1360 | C141772 | C314855 | Cargill Internal Memo re diversity issues | 00/00/00 |
| 1361 | C158179 | C158180 | Cargill Internal Memo re proposed AAP's | 07/16/98 |
| 1362 | C393640 | C393643 | Cargill Internal Memo re diversity issues | 06/03/97 |
| 1363 | C389893 | C389961 | Bar graphs regarding salary issues | 00/00/00 |
| 1364 | C389980 | C389994 | Bar graphs regarding salary issues | 00/00/00 |
| 1368 | C745073 | C745074 | Cargill Internal Memo re LTM Program | 09/27/01 |
| 1372 | C560283 | C560285 | Email string re diversity issues | 05/27/97 |
| 1373 | C393647 | C393650 | Email regarding team meeting re key minority trends and issues | 05/20/97 |
| 1377 | C392708 | C392741 | Bar graphs regarding salary issues | 00/00/00 |
| 1378 | C391133 | C391224 | Bar graphs regarding salary issues | 00/00/00 |