UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**APPENDIX 6: DOCUMENTS PRODUCED IN LITIGATION ("Lx")**

**FILED UNDER SEAL**

| Lx # | BATES # | DESCRIPTION | DATE |
|---|---|---|---|
| 1 | C999270-329 | Salaried Employee Handbook: Your Guide to Cargill | 04/07/04 |
| 2 | C999953-017 | The Performance Management Process (PMP) | 04/20/04 |
| 3 | C999261-69 | Career Marketplace | 04/07/04 |
| 4 | C323897-900 | OFCCP Audit | 09/26/94 |
| 5 | C999244-329 | EEOC Statement | 01/01/04 |
| 6 | RA0409 | Cargill Leadership Development Program Candidates (CLDP) | 1993-1994 |
| 7 | VD0039 | Email Re Promotion Opportunity | 01/28/98 |
| 8 | Various | Underlying documents for Summary Exhibit: Complaints of Discrimination (Sx 9) | |