UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CARGILL, INCORPORATED, | ) | |
| | ) | |
| *Defendant.* | ) | |

**APPENDIX 7: DEPOSITION TESTIMONY**

| TAB | DESCRIPTION | DATE | STATUS |
|---|---|---|---|
| Acquaye | Deposition Testimony of Nii-Akwei Acquaye | 04/17/03<br>04/18/03 | Plaintiff |
| Allen | Deposition Testimony of Sean Allen | 08/27/02<br>08/28/02 | Plaintiff |
| Arnold | Deposition Testimony of Roderick Arnold | 06/19/02<br>06/20/02 | Plaintiff |
| Branham | Deposition Testimony of Hollis Branham | 11/20/02<br>11/21/02 | Plaintiff |
| Brown | Deposition Testimony of Toya Brown | 11/14/02<br>11/15/02 | Plaintiff |
| Cephus | Deposition Testimony of Lois Cephus | 04/01/04 | Declarant - Potential Class Member |
| Collier | Deposition Testimony of Michael Collier | 03/22/04 | Declarant |
| Collins | Deposition Testimony of Dawn Kimberly Collins | 06/27/02<br>06/28/02 | Plaintiff |
| Dickson | Deposition Testimony of Della Dickson | 06/13/02<br>06/14/02 | Plaintiff |
| Douglas | Deposition Testimony of Virginia Douglas | 08/08/02 | Plaintiff |
| Ford | Deposition Testimony of Glenn Ford | 03/19/04 | Declarant |
| Fowler | Deposition Testimony of Raymond E. Fowler | 03/22/04 | Declarant - Potential Class Member |
| Franklin | Deposition Testimony of Beverly Franklin | 09/30/03 | Witness |
| Gosby | Deposition Testimony of Laverne H. Gosby | 03/26/04 | Declarant - Potential Class Member |
| M. Harrison | Deposition Testimony of Marcia Woolridge Harrison | 03/26/04 | Declarant - Potential Class Member |
| Hughey | Deposition Testimony of Cheneta Hughey | 07/09/02<br>07/10/02 | Plaintiff |
| Jenkins | Deposition Testimony of Jacqueline Jenkins | 07/11/02<br>07/12/02 | Plaintiff |
| Lewis | Deposition Testimony of Keith Lewis | 07/16/02<br>07/17/02 | Plaintiff |
| Little | Deposition Testimony of Vivian Little | 01/22/04<br>01/23/04 | Plaintiff |
| Mason-Robinson | Deposition Testimony of Valerie Mason-Robinson | 12/10/02<br>12/11/02 | Plaintiff |
| McDowell | Deposition Testimony of Anthony Chris McDowell | 09/24/03<br>09/25/03 | Plaintiff |

| TAB | DESCRIPTION | DATE | STATUS |
|---|---|---|---|
| Mitchell | Deposition Testimony of Michael Mitchell | 06/18/02<br>06/19/02 | Plaintiff |
| Reece | Deposition Testimony of Phyllis R. Reece | 12/03/02<br>12/04/02 | Plaintiff |
| Reid | Deposition Testimony of Angela Y. Reid | 03/30/04<br>04/27/04 | Declarant - Potential Class Member |
| Ross | Deposition Testimony of Tonya Ross | 06/25/02<br>06/26/02 | Plaintiff |
| Scott | Deposition Testimony of Charles C. Scott | 08/14/02<br>08/15/02 | Plaintiff |
| Simmons | Deposition Testimony of Clintonia Simmons | 11/05/02<br>11/06/02 | Plaintiff |
| C. Smith | Deposition Testimony of Candy Smith | 04/02/04 | Declarant - Potential Class Member |
| Tate | Deposition Testimony of Tausha Tate | 10/03/02 | Plaintiff |
| Tyler | Deposition Testimony of Emily Tyler | 11/12/02<br>11/13/02 | Plaintiff |
| Williams | Deposition Testimony of Jacqueline Williams | 08/20/02<br>08/21/02 | Plaintiff |
| Willis | Deposition Testimony of Cheryl Willis | 07/02/02<br>07/23/02 | Plaintiff |
| Wint | Deposition Testimony of Stephen Wint | 10/01/03<br>10/02/03 | Plaintiff |
| Wright | Deposition Testimony of Sean Wright | 08/29/02<br>08/30/02 | Plaintiff |

The following deposition testimony is submitted under seal:

| TAB | NAME | DATE |
|---|---|---|
| Bowman | Deposition Testimony of Betty Bowman | 04/10/03 |
| Cullen | Deposition Testimony of Amy Cullen | 04/22/03 |
| Farrar | Deposition Testimony of Ronald David Farrar | 04/11/03 |
| Ferris | Deposition Testimony of David J. Ferris | 03/28/03 |
| Haymaker | Deposition Testimony of James Haymaker | 07/22/03 |
| Henderson | Deposition Testimony of Frenchie Henderson | 02/10/04 |
| Horner | Deposition Testimony of Jody Lea Horner | 03/18/03<br>03/19/03<br>03/20/03<br>02/23/04 |
| Luke | Deposition Testimony of Barbara J. Luke | 02/25/04 |
| Lumpkins | Deposition Testimony of Robert L. Lumpkins | 4/3/2003<br>4/4/2003 |
| MacMillan | Deposition Testimony of Whitney MacMillan | 10/15/03 |

| TAB | NAME | DATE |
|---|---|---|
| Massee | Deposition Testimony of John Kevin Massee | 03/15/04 |
| Micek | Deposition Testimony of Ernest S. Micek | 02/19/04 |
| Norby | Deposition Testimony of Raymond Kent Norby | 03/04/03<br>03/05/03<br>03/05/03<br>03/06/03 |
| Raisbeck | Deposition Testimony of David Raisbeck | 3/2/2004<br>07/01/04 |
| Reed | Deposition Testimony of Duane K. Reed | 10/06/03 |
| Ringquist | Deposition Testimony of John Ringquist | 07/16/03 |
| Roen | Deposition Testimony of Rachel Roen | 03/08/04 |
| Schier | Deposition Testimony of Kathleen Schier | 03/16/04<br>03/17/04 |
| Siska | Deposition Testimony of Nancy Siska | 02/26/03<br>02/27/03<br>07/08/04 |
| Sjeklocha | Deposition Testimony of Sue Ann Sjeklocha | 03/17/04<br>03/18/04<br>07/07/04 |
| Staley | Deposition Testimony of Warren R. Staley | 04/17/03 |
| Van Orsdel | Deposition Testimony of Scott Lee Van Orsdel | 10/09/03 |
| Wessling | Deposition Testimony of David Wessling | 03/04/03 |