UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION |

**APPENDIX 8: OTHER DOCUMENTS ("Ox")**

| Ox # | DESCRIPTION | DATE |
|---|---|---|
| 1 | Plaintiff Nii-Akwei Acquaye's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 04/15/02 |
| 2 | Plaintiff Sean Allen's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/26/02 |
| 3 | Plaintiff Rod Arnold's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 05/20/02 |
| 4 | Plaintiff Hollis Branham's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 11/19/02 |
| 5 | Plaintiff Toya Brown's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 11/13/02 |
| 6 | Plaintiff Dawn Kim Collins' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 06/14/02 |
| 7 | Plaintiff Della Dickson's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 05/22/02 |
| 8 | Plaintiff Virginia Douglas' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/07/02 |
| 9 | Plaintiff Cheneta Hughey's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 07/08/02 |
| 10 | Plaintiff Jacqueline P. Jenkins' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 07/10/02 |
| 11 | Plaintiff Sedgwick Keith Lewis' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 07/13/02 |
| 12 | Plaintiff Vivian Little's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 01/23/04 |
| 13 | Plaintiff Valerie Mason-Robinson's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 12/09/02 |
| 14 | Plaintiff Anthony Chris McDowell's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 09/23/03 |
| 15 | Plaintiff Michael Mitchell's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 06/17/02 |
| 16 | Plaintiff Phyllis Reece Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 12/02/02 |
| 17 | Plaintiff Tonya Ross' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 06/24/02 |
| 18 | Plaintiff Charles Scott's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/13/02 |
| 19 | Plaintiff Clintonia Simmons' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 11/04/02 |
| 20 | Plaintiff Tausha Tate's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 10/02/02 |
| 21 | Plaintiff Emily Tyler's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 11/11/02 |
| 22 | Plaintiff Jacqueline Williams' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/19/02 |
| 23 | Plaintiff Cheryl Willis' Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 06/20/02 |
| 24 | Plaintiff Steve Wint's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 09/30/03 |

| Ox # | DESCRIPTION | DATE |
|---|---|---|
| 25 | Plaintiff Sean Wright's Individual Responses to Cargill's Interrogatories to Plaintiffs Numbers 1-7 (Set I) | 08/28/02 |
| 26 | Stipulation Relating to Deposition of Frederick L. Budde | 07/09/04 |
| 27 | Affidavit of Lisa Lesser | 09/05/03 |
| 28 | Excerpts from Petition for Writ of Mandamus | 11/17/03 |
| 29 | Declaration of Charles Scott | 02/13/02 |
| 31 | Declaration of Tonya Ross | 02/13/02 |

The following document is submitted under seal:

| Ox # | DESCRIPTION | DATE |
|---|---|---|
| 30 | Confidential Affidavit of Sue Sjeklocha | 06/21/04 |