UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | |
| On behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

**APPENDIX 9: UNREPORTED LEGAL AND FACTUAL AUTHORITY ("Ax")**

| Ax # | DESCRIPTION |
|---|---|
| 1 | *Kosen v. American Express Financial Advisors, Inc.*, No. 1:02CV00082 (D.D.C. June 16, 2202), Order Approving Consent Decree |
| 2 | Bureau of Justice Statistics Special Report, "Civil Rights Complaints in U.S. District Courts, 1990-98" (Jan. 2000) |
| 3 | Federal Judicial Center, "Empirical Study of Class Actions in Four Federal District Courts: Final Report to the Advisory Committee on Civil Rules" 13 (1996) |