UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated, | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| | ) | CLASS ACTION |
| *Plaintiffs,* | ) | |
| v. | ) | **STIPULATION RE PHYSICALLY WITHDRAWING MATERIALS FROM COURT DOCKET** |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

WHEREAS, the Court issued an order dated August 12, 2004 ("Court Order") in which it affirmed Magistrate Boylan's July 13, 2004 Order;

WHEREAS, the parties stipulated to the date by which plaintiffs would withdraw those portions of their July 19, 2004 submission that reference or contain the stricken declarations and resubmit their amended materials in accordance with the Court Order on August 16, 2004;

WHEREAS, plaintiffs resubmitted by ECF only those documents and appendices affected by the Court Order on August 16, 2004;

WHEREAS, the Court Clerk is unable to physically withdraw materials from the original submission on July 19, 2004 without a court order directing such action;

Accordingly, the parties hereby agree as follows:

1. That in order to physically withdraw the materials from the original docket entries, new and separate entries can be created for those materials unaffected by the Court Order;

2. That docket entry No. 252, Plaintiffs' Memorandum in Support of Motion for Class Certification, be withdrawn as it has been resubmitted at Docket No. 320 (as amended);

3. That docket entry No. 253 be withdrawn in its entirety and the materials from that entry be resubmitted as follows:

| **Material from Docket No. 253** | **New Docket No.** |
|---|---|
| Declaration of Lawrence P. Schaefer in Support of Plaintiffs' Motion for Class Certification | 321 (as amended) |
| Appendix 1: Summary Exhibits ("Sx") | 322 (as amended) |
| Appendix 2: Declarations | 323 (as amended) |
| Appendix 3: Expert Reports and Deposition Testimony | 324 (Bielby and Peterson reports removed from under seal) |
| Appendix 4: Plaintiffs' Exhibits ("Px") | 363 (unaffected by Court Order) |
| Appendix 5: Defendant's Exhibits ("Dx") | 364 (unaffected by Court Order) |
| Appendix 6: Documents Produced in Litigation ("Lx") | 365 (unaffected by Court Order) |
| Appendix 7: Deposition Testimony | 366 (unaffected by Court Order) |
| Appendix 8: Other Documents ("Ox") | 367 (unaffected by Court Order) |
| Appendix 9: Unreported Legal and Factual Authority ("Ax") | 368 (unaffected by Court Order) |

4. That the Expert Report of Ronald Adler, identified as Adler Rpt. in Docket No. 324, which was inadvertently omitted from the package to the court when submitting the amended materials on August 16, 2004, may be added to Docket No. 324 under seal.

5. That Patty Jones, a paralegal at Sprenger & Lang, is granted permission to accept the materials submitted at Docket No. 253 in person and work with the Court Clerk to resubmit the materials as appropriate in the new docket entries referenced above in order to avoid additional costs of copying for the resubmission.

6. That Mary Jo Stark, a paralegal at Dorsey & Whitney, is granted permission to be present when Patty Jones works with the Court Clerk to resubmit the materials as indicated above.

Respectfully submitted,

Dated: September 15, 2004

SPRENGER & LANG, PLLC

By: ***s/Susan M. Coler***

Lawrence Schaefer (MN No. 195583)
Susan M. Coler (MN No. 217621)
Teresa K. Patton (MN No. 205679)
David L. Ramp (MN No. 89357)
Mara R. Thompson (MN No. 196125)
Sprenger & Lang, PLLC
325 Ridgewood Avenue
Minneapolis, MN 55403
(612) 871-8910
(612) 871-9270 (*facsimile*)

COUNSEL FOR PLAINTIFFS

Dated: September 15, 2004

DORSEY & WHITNEY LLP

By: ***s/Mark Ginder***

Paul Klaas (MN No. 0056327)
Mark Ginder (MN No. 1016794)
Melissa Raphan (MN No. 182795)
Holly S.A. Eng (MN No. 238028)
Dorsey & Whitney LLP
Suite 1500, 50 South Sixth Street
Minneapolis, MN 55402
(612) 340-2600

COUNSEL FOR DEFENDANT