**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virginia Douglas, Ronald Garrus, Cheneta Hugley, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Civil No. 01-2086 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

Cargill Incorporated,

Defendant.

---

Lawrence P. Schaefer, Esq., Susan M. Coler, Esq., and Teresa Kathleen Patton, Esq., Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403; Michael P. Lieder, Esq., Paul Carl Sprenger, Esq., and Steven M. Sprenger, Esq., Sprenger & Lang, 1614 20th St. NW, Washington, DC 20009, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark John Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul Barry Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather Toft, Esq., Dorsey & Whitney, 50 6th St. S., Ste. 1500, Minneapolis, MN 55402-1498, counsel for Defendant.

Peter N. Thompson, Esq., Hamline Law School, 1536 Hewitt Ave., St. Paul MN 55104, Special Master.

---

Based on the Stipulation of September 15, 2004 (Doc. No. 369), submitted by counsel for the parties, **IT IS HEREBY ORDERED**:

1. That in order to physically withdraw the materials from the original docket entries, new and separate entries can be created for those materials unaffected by the Court Order;

2. That docket entry No. 252, Plaintiffs' Memorandum in Support of Motion for Class Certification, be withdrawn as it has been resubmitted at Docket No. 320 (as amended);

3. That docket entry No. 253 be withdrawn in its entirety and the materials from that entry be resubmitted as follows:

| **Material from Docket No. 253** | **New Docket No.** |
|---|---|
| Declaration of Lawrence P. Schaefer in Support of Plaintiffs' Motion for Class Certification | 321 (as amended) |
| Appendix 1: Summary Exhibits ("Sx") | 322 (as amended) |
| Appendix 2: Declarations | 323 (as amended) |
| Appendix 3: Expert Reports and Deposition Testimony | 324 (Bielby and Peterson reports removed from under seal) |
| Appendix 4: Plaintiffs' Exhibits ("Px") | 363 (unaffected by Court Order) |
| Appendix 5: Defendant's Exhibits ("Dx") | 364 (unaffected by Court Order) |
| Appendix 6: Documents Produced in Litigation ("Lx") | 365 (unaffected by Court Order) |
| Appendix 7: Deposition Testimony | 366 (unaffected by Court Order) |
| Appendix 8: Other Documents ("Ox") | 367 (unaffected by Court Order) |
| Appendix 9: Unreported Legal and Factual Authority ("Ax") | 368 (unaffected by Court Order) |

4. That the Expert Report of Ronald Adler, identified as Adler Rpt. in Docket No. 324, which was inadvertently omitted from the package to the court when submitting the amended materials on August 16, 2004, may be added to Docket No. 324 under seal.

5. That Patty Jones, a paralegal at Sprenger & Lang, is granted permission to accept the materials submitted at Docket No. 253 in person and work with the Court Clerk to resubmit the materials as appropriate in the new docket entries referenced above in order to avoid additional costs of copying for the resubmission.

6. That Mary Jo Stark, a paralegal at Dorsey & Whitney, is granted permission to be present when Patty Jones works with the Court Clerk to resubmit the materials as indicated above.

**IT IS SO ORDERED.**

Dated: September 16, 2004

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court