UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CARGILL'S MOTION TO STRIKE EXPERT REPORTS AND OPINIONS OF RONALD L. ADLER, WILLIAM T. BIELBY, AND DAVID W. PETERSON**

**ORAL ARGUMENT REQUESTED**

Defendant Cargill, Incorporated (Cargill") hereby moves the United States District Court for the District of Minnesota for an Order striking the expert reports and opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson for failing to satisfy the threshold for admissibility under Fed. R. Evid. 702.

The grounds for this Motion are set forth in an accompanying Combined Memorandum of Law and Declaration in support of the Motion served and filed herewith, as shall be further established in the argument of counsel at hearing on this motion, and all the files, records, and proceedings herein.

Dated: September 21, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan

Paul B. Klaas (#56327)
Mark Ginder #1016794
Michael Iwan (#28628X)
Ryan E. Mick #0311960
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED