UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CARGILL'S NOTICE OF MOTION TO STRIKE EXPERT REPORTS AND OPINIONS OF RONALD L. ADLER, WILLIAM T. BIELBY, AND DAVID W. PETERSON**

**ORAL ARGUMENT REQUESTED**

TO: Plaintiffs above-named and their counsel of record, Lawrence Schaefer and Susan M. Coler, Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403.

**PLEASE TAKE NOTICE** that on Friday, November 5, 2004, at 10:00 a.m., before the Honorable Donovan Frank, United States District Court, 316 North Robert Street, St. Paul, Minnesota, Defendant Cargill, Incorporated, will move for an Order striking the expert reports and opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson.

This motion shall be based upon all the files, records, and proceedings herein and upon argument of counsel.

Dated: September 21, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan
Paul B. Klaas (#56327)
Mark Ginder #1016794
Michael Iwan (#28628X)
Ryan E. Mick #0311960
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED