**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE OF MOTION DOCUMENTS

Civil File No.: 01-2086 (DWF/AJB) (Arnold, et al. v. Cargill)

I hereby certify that on September 21, 2004, I caused the following document(s):

1. Cargill's Motion to Strike Expert Reports and Opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson;

2. Cargill's Notice of Motion to Strike Expert Reports and Opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson;

3. Cargill's Combined Memorandum in Support of Motion to Strike Expert Reports and Opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson; and

4. Notification of Conventional Filing of Declaration of Michael Iwan in Support of Motion to Strike Expert Reports and Opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Susan M Coler scoler@sprengerlang.com
Holly S A Eng eng.holly@dorsey.com, mcevoy.lori@dorsey.com
Mark John Ginder ginder.mark@dorsey.com, smith.colleen@dorsey.com
Michael Iwan iwan.michael@dorsey.com, robbins.suzanne@dorsey.com
Paul Barry Klaas klaas.paul@dorseylaw.com
Michael D Lieder mlieder@sprengerlang.com
Ryan E Mick mick.ryan@dorsey.com
Teresa Kathleen Patton tpatton@sprengerlang.com
Melissa Raphan raphan.melissa@dorsey.com, bostrom.joan@dorsey.com
Lawrence P Schaefer lschaefer@sprengerlang.com
Steven M Sprenger ssprenger@sprengerlang.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*Not applicable.*

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Donovan Frank frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Susan M. Coler, Esq. (scoler@sprengerlang.com)
Sprenger & Lang
325 Ridgewood Ave.
Minneapolis, MN 55403

I further certify that I caused a copy of the underlying documents referenced in the Notification listed above to be filed conventionally with the Court and also served upon counsel for Plaintiffs via messenger at:

Susan M. Coler, Esq.
Sprenger & Lang
325 Ridgewood Avenue
Minneapolis, MN 55403

Dated: September 21, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED