**AFFIDAVIT OF PERSONAL SERVICE**

STATE OF MINNESOTA )
)SS.
COUNTY OF HENNEPIN )

Re: **Arnold, et al. v. Cargill, Inc.**, Court File No. **01-Cv-2086 (DWF/AJB)**

s/Allen T. Martin, being first duly sworn, upon oath, deposes and states that on September 21, 2004 (s)he served a true and correct copy of the following document(s):

**1. Declaration of Michael Iwan in Support of Motion to Strike Expert Reports and Opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson**

upon:

***Susan M. Coler, Esq.***
***Sprenger & Lang***
***325 Ridgewood Ave.***
***Minneapolis, MN 55403***

therein named personally above the above-listed address, by handing to, and leaving with Sharon Kalliman, ____________________, (a) true and correct copy(ies) thereof.

s/Allen T. Martin ________________
Process Server

Subscribed and sworn to before me
this 22 day of September, 2004.

s/Michael D. Wall ________________
Notary Public