**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RODERICK ARNOLD, et al,
on behalf of themselves and all others
similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil Action No.: 01-CV-2086 (DWF/AJB)

CLASS ACTION

**SPRENGER & LANG'S NOTICE OF MOTION FOR DIRECTIONS FROM THE COURT FOR THE IMPLEMENTATION OF THE SEPTEMBER 24, 2004 ORDER AND TO AMEND THE PROTECTIVE ORDER**

---

TO: DEFENDANT ABOVE-NAMED AND ITS ATTORNEYS, PAUL KLAAS, MARK GINDER, MELISSA RAPHAN, HOLLY S. A. ENG, DORSEY & WHITNEY, LLP, SUITE 1500, 50 SOUTH SIXTH STREET, MINNEAPOLIS, MN 55402-1498.

**PLEASE TAKE NOTICE THAT** the Sprenger & Lang, PLLC, will move the Court for Directions for the Implementation of the September 24, 2004 Order and to Amend the Protective Order. The hearing on Sprenger & Lang's Motion is scheduled for 8:00 a.m. on November 16, 2004, before the Honorable Donovan W. Frank, United States District Judge, Courtroom 738, Warren E. Burger Federal Building, 316 N. Robert Street, Minnesota, 55101.

**BASSFORD REMELE**
***A Professional Association***

Dated: October 22, 2004

By s/Charles E. Lundberg
Lewis A. Remele, Jr. (License #90724)
Charles E. Lundberg (License #6502X)
Tiffany M. Quick (License #0313038)
Attorneys for Sprenger & Lang, PLLC
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

438562.doc