**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RODERICK ARNOLD, et al, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil Action No.: 01-CV-2086 (DWF/AJB)

CLASS ACTION

**SPRENGER & LANG'S MOTION FOR DIRECTIONS FROM THE COURT FOR THE IMPLEMENTATION OF THE SEPTEMBER 24, 2004 ORDER AND TO AMEND THE PROTECTIVE ORDER**

---

TO: DEFENDANT ABOVE-NAMED AND ITS ATTORNEYS, PAUL KLAAS, MARK GINDER, MELISSA RAPHAN, HOLLY S. A. ENG, DORSEY & WHITNEY, LLP, SUITE 1500, 50 SOUTH SIXTH STREET, MINNEAPOLIS, MN 55402-1498.

Sprenger & Lang, PLLC hereby moves the Court for Directions for the Implementation of the September 24, 2004 Order and to Amend the Protective Order.

This Motion is based upon the Memorandum of Law, Declarations and Exhibits filed herewith, and upon all files, proceedings and records herein.

Respectfully submitted,

**BASSFORD REMELE**
***A Professional Association***

Dated: October 22, 2004

By s/Charles E. Lundberg

Lewis A. Remele, Jr. (License #90724)
Charles E. Lundberg (License #6502X)
Tiffany M. Quick (License #0313038)
Attorneys for Sprenger & Lang, PLLC
33 South Sixth Street, Suite 3800
Minneapolis, Minnesota 55402-3707
(612) 333-3000

439782.doc