# EXHIBIT INDEX

**Exhibit I**--Declaration of Michael D. Lieder

**Exhibit A**—S&L Script to Potential Replacement Counsel

**Exhibit II**—Declaration of Susan M. Coler

**Exhibit B**—Protective Order, Signed by the Court on July 14, 2003

**Exhibit C**— S&L Letter to Plaintiffs, Dated September 27, 2004

**Exhibit III**—Declaration of Charles E. Lundberg

**Exhibit D**—Cargill Letter to S&L of September 28, 2004

**Exhibit E—**October 6, 2004 Email Exchange Between Klaas and Lundberg