UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**DECLARATION OF MICHAEL IWAN IN SUPPORT OF CARGILL'S MEMORANDUM IN RESPONSE TO SPRENGER & LANG'S MOTION FOR DIRECTION FROM THE COURT FOR IMPLEMENTATION OF THE SEPTEMBER 24, 2004 ORDER AND TO AMEND THE PROTECTIVE ORDER**

I, **MICHAEL IWAN**, declare as follows:

1. I am an attorney with the firm of Dorsey & Whitney LLP, 50 South Sixth Street, Minneapolis, Minnesota, 55402, attorneys for Defendant in this matter. I submit this Declaration in support of Defendant Cargill's Memorandum in Response to Sprenger & Lang's Motion for Direction From the Court for Implementation of the September 24, 2004 Order and to Amend the Protective Order.

2. Attached hereto as exhibits are true and correct copies of the following:

**Exhibit A** - E-mail correspondence between counsel for Cargill and counsel for Sprenger & Lang, dated October 6, 2004 through October 14, 2004

**Exhibit B** - Excerpts from federal court docket sheets printed from PACER on November 1, 2004

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true.

Dated: November 1, 2004

s/Michael Iwan
Michael Iwan