2000 U.S. Dist. LEXIS 20659; 2000-2 Trade Cas. (CCH) P73,056

**1:87-cv-01177-RCL** YOUNG, et al v. POTOMAC ELECTRIC
Royce C. Lamberth, presiding
**Date filed:** 04/29/1987
**Date terminated:** 06/08/1993 **Date of last filing:** 05/09/2001

EXHIBIT B

# Attorneys

* * *

| | | |
|---|---|---|
| **Joseph Marc Sellers**<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, NW<br>Suite 500 West Tower<br>Washington, DC 20005-3934<br>(202) 408-4600<br>202-408-4699 (fax)<br>jsellers@cmht.com<br>*Assigned: 10/06/1987*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **MCELVIN M. POPE**<br>*(Intervenor Plaintiff)* |
| **Paul C. Sprenger**<br>SPRENGER & LANG, P.L.L.C.<br>1614 20th Street, NW<br>Washington, DC 20009<br>(202) 265-8010<br>psprenger@sprenger.com<br>*Assigned: 01/22/1990*<br>*ATTORNEY TO BE NOTICED* | representing | **MCELVIN M. POPE**<br>*(Intervenor Plaintiff)* |
| | | **RICARDO ALLEN**<br>*(Intervenor Plaintiff)* |

* * *

**2:99-cv-05417-BWK** MEHLING, et al v. NEW YORK CO, et al
BRUCE W. KAUFFMAN, presiding
**Date filed:** 11/01/1999
**Date terminated:** 03/12/2003 **Date of last filing:** 06/23/2004

# Attorneys

* * *

| | | |
|---|---|---|
| **R. JOSEPH BARTON**<br>COHEN MILSTEIN HAUSFELD & TOLL PLLC<br>1100 NEW YORK AVENUE NORTH WEST<br>WEST TOWER SUITE 500<br>WASHINGTON, DC 20005-3964<br>TEL 202-408-4600<br>*Assigned: 05/06/2003*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **GROUP INSURAN LF AGE**<br>*(Plaintiff)* |
| | | **GROUP INSURANCE PLAN FOR NEW YORK LIFE INSURANCE COMPANY EMPLOYEES**<br>*(Plaintiff)* |
| | | **THE NEW YORK LIFE INSURANCE COMPANY PENSION PLAN**<br>*(Plaintiff)* |
| | | **THE NEW YORK LIFE INSURANCE EMPLOYEE PROGRESS SHARING INVESTMENT PLAN**<br>*(Plaintiff)* |
| | | **THE NYLIC RETIREMENT PLAN**<br>*(Plaintiff)* |

**FRANCES B. MAANE**
*(Plaintiff)*

**JAMES A. MEHLING**
*(Plaintiff)*

**LEE A. BOWERS**
*(Plaintiff)*

**MARK B. HATHAWAY**
*(Plaintiff)*

* * *

| | | |
|---|---|---|
| **JENNIFER C. JAFF**<br>SPRENGER & LANG<br>1614 20TH STREET, N.W.<br>WASHINGTON, DC 20009<br>*Assigned: 06/15/2000*<br>*TERMINATED: 11/15/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **JAMES A. MEHLING**<br>*(Plaintiff)* |

**THE NEW YORK LIFE INSURANCE EMPLOYEE PROGRESS SHARING INVESTMENT PLAN**
*(Plaintiff)*

**THE NEW YORK LIFE INSURANCE COMPANY PENSION PLAN**
*(Plaintiff)*

**THE NEW YORK LIFE INSURANCE EMPLOYEE PROGRESS SHARING INVESTMENT PLAN**
*(Plaintiff)*

**THE NYLIC RETIREMENT PLAN**
*(Plaintiff)*

**FRANCES B. MAANE**
*(Plaintiff)*

**LEE A. BOWERS**
*(Plaintiff)*

**BENNIE D. GUNNARSON**
*TERMINATED: 05/07/2002*
*(Plaintiff)*

| | | |
|---|---|---|
| **MICHAEL D. LIEDER**<br>SPRENGER & LANG<br>1614 20TH STREET, N.W.<br>WASHINGTON, DC 20009<br>*Assigned: 06/15/2000*<br>*TERMINATED: 11/15/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **JAMES A. MEHLING**<br>*(Plaintiff)* |

**THE NEW YORK LIFE INSURANCE EMPLOYEE PROGRESS SHARING INVESTMENT PLAN**
*(Plaintiff)*

**THE NEW YORK LIFE INSURANCE COMPANY PENSION PLAN**
*(Plaintiff)*

**THE NEW YORK LIFE INSURANCE EMPLOYEE PROGRESS SHARING INVESTMENT PLAN**
*(Plaintiff)*

**THE NYLIC RETIREMENT PLAN**
*(Plaintiff)*

**FRANCES B. MAANE**
*(Plaintiff)*

**LEE A. BOWERS**
*(Plaintiff)*

**BENNIE D. GUNNARSON**
*TERMINATED: 05/07/2002*
*(Plaintiff)*

**MARC I. MACHIZ**
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 NEW YORK AVENUE, NW.
WEST TOWER, SUITE 500
WASHINGTON, DC 20005-3964
TEL 202-408-4600
*Assigned: 02/20/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

representing

**THE NEW YORK LIFE INSURANCE COMPANY PENSION PLAN**
*(Plaintiff)*

**THE NEW YORK LIFE INSURANCE EMPLOYEE PROGRESS SHARING INVESTMENT PLAN**
*(Plaintiff)*

**THE NYLIC RETIREMENT PLAN**
*(Plaintiff)*

**FRANCES B. MAANE**
*(Plaintiff)*

**JAMES A. MEHLING**
*(Plaintiff)*

**LEE A. BOWERS**
*(Plaintiff)*

**NEW YORK INVESTMENT MANANGEMENT LLC**
*TERMINATED: 05/07/2002*
*(Notice Only Party)*

**BENNIE D. GUNNARSON**
*TERMINATED: 05/07/2002*
*(Plaintiff)*

* * *

| | | |
|---|---|---|
| **LAWRENCE P. SCHAEFER**<br>325 RIDGEWOOD AVENUE<br>MINNEAPOLIS, MN 55403<br>*Assigned: 08/31/2000*<br>*TERMINATED: 11/15/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **JAMES A. MEHLING**<br>*(Plaintiff)* |
| | | **THE NEW YORK LIFE INSURANCE EMPLOYEE PROGRESS SHARING INVESTMENT PLAN**<br>*(Plaintiff)* |
| | | **THE NEW YORK LIFE INSURANCE COMPANY PENSION PLAN**<br>*(Plaintiff)* |
| | | **THE NEW YORK LIFE INSURANCE EMPLOYEE PROGRESS SHARING INVESTMENT PLAN**<br>*(Plaintiff)* |

**THE NYLIC RETIREMENT PLAN**
*(Plaintiff)*

**FRANCES B. MAANE**
*(Plaintiff)*

**LEE A. BOWERS**
*(Plaintiff)*

**BENNIE D. GUNNARSON**
*TERMINATED: 05/07/2002*
*(Plaintiff)*

* * *

**1:87-cv-02094-RCL** JOHNSON, et al v. PEPCO
Royce C. Lamberth, presiding
**Date filed:** 07/29/1987
**Date terminated:** 08/12/1991 **Date of last filing:** 05/09/2001

# Attorneys

* * *

| | | |
|---|---|---|
| **Joseph Marc Sellers**<br>COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.<br>1100 New York Avenue, NW<br>Suite 500 West Tower<br>Washington, DC 20005-3934<br>(202) 408-4600<br>202-408-4699 (fax)<br>jsellers@cmht.com<br>*Assigned: 07/29/1987* | representing | **DOROTHY TAYLOR**<br>*(Plaintiff)* |
| | | **JAMES L. JOHNSON**<br>*(Plaintiff)* |
| | | **ROBERT FRANKLIN**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Paul C. Sprenger**<br>SPRENGER & LANG, P.L.L.C.<br>1614 20th Street, NW<br>Washington, DC 20009<br>(202) 265-8010<br>psprenger@sprenger.com<br>*Assigned: 07/29/1987*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **DOROTHY TAYLOR**<br>*(Plaintiff)* |
| | | **JAMES L. JOHNSON**<br>*(Plaintiff)* |

**ROBERT FRANKLIN**
*(Plaintiff)*

**2:00-cv-04139-AHM-MAN** Larry F Gottlieb, et al v. SBC Communications, et al
A. Howard Matz, presiding
**Date filed:** 04/18/2000
**Date terminated:** 12/11/2002 **Date of last filing:** 02/11/2004

# Attorneys

* * *

| | | |
|---|---|---|
| **James M Finberg**<br>Lieff Cabraser Heimann & Bernstein<br>Embarcadero Ctr W<br>275 Battery St, 30th Fl<br>San Francisco, CA 94111-3339<br>415-956-1000<br>*Assigned: 04/18/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Adrienne F Resnick**<br>*(Plaintiff)* |
| | | **Allan M Filipeck**<br>*(Plaintiff)* |
| | | **Barry P Resnick**<br>*(Plaintiff)* |
| | | **Dorothy S Dowding**<br>*(Plaintiff)* |
| | | **John B Riley**<br>*(Plaintiff)* |
| | | **Larry F Gottlieb**<br>*(Plaintiff)* |
| | | **Linda Acox**<br>*(Plaintiff)* |
| | | **Christopher Seibert**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |

**Dalia Amodei**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Daniel Stipkovich**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Elva A Ruiz**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Isidore Quinoz**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Leslie D Bayless**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Maria Y Molinelli**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Patricia A Crowley**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Steven R Gunning**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Susan Y Kahue**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Yolanda Perez**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Diane Wilson**
*(Plaintiff)*

**James Weinald**
*(Plaintiff)*

**Jean-Luc Gaudremeau**
*(Plaintiff)*

* * *

| | | |
|---|---|---|
| **Jennifer Jaff**<br>Sprenger & Lang<br>1614 20th St NW<br>Washington, DC 20009-1001<br>202-265-8010<br>*Assigned: 04/18/2000*<br>*TERMINATED: 11/03/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Christopher Seibert**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Dalia Amodei**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Daniel Stipkovich**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Elva A Ruiz**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Isidore Quinoz**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |

**Leslie D Bayless**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Maria Y Molinelli**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Patricia A Crowley**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Steven R Gunning**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Susan Y Kahue**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Yolanda Perez**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Adrienne F Resnick**
*(Plaintiff)*

**Allan M Filipeck**
*(Plaintiff)*

**Barry P Resnick**
*(Plaintiff)*

**Dorothy S Dowding**
*(Plaintiff)*

**John B Riley**
*(Plaintiff)*

**Larry F Gottlieb**
*(Plaintiff)*

**Linda Acox**
*(Plaintiff)*

* * *

| | | |
|---|---|---|
| **Michael D Lieder**<br>Sprenger & Lang<br>1614 20th St NW<br>Washington, DC 20009-1001<br>202-265-8010<br>*Assigned: 04/18/2000*<br>*TERMINATED: 11/03/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Christopher Seibert**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Dalia Amodei**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Daniel Stipkovich**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Elva A Ruiz**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Isidore Quinoz**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |
| | | **Leslie D Bayless**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |

**Maria Y Molinelli**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Patricia A Crowley**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Steven R Gunning**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Susan Y Kahue**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Yolanda Perez**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Adrienne F Resnick**
*(Plaintiff)*

**Allan M Filipeck**
*(Plaintiff)*

**Barry P Resnick**
*(Plaintiff)*

**Dorothy S Dowding**
*(Plaintiff)*

**John B Riley**
*(Plaintiff)*

**Larry F Gottlieb**
*(Plaintiff)*

**Linda Acox**
*(Plaintiff)*

* * *

| | | |
|---|---|---|
| **Marc Machiz**<br>Cohen Milstein Hausfeld & Toll<br>West Twr<br>1100 New York Ave NW, Ste 500<br>Washington, DC 20005-3964<br>202-408-4600<br>*Assigned: 11/03/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Adrienne F Resnick**<br>*(Plaintiff)* |
| | | **Allan M Filipeck**<br>*(Plaintiff)* |
| | | **Barry P Resnick**<br>*(Plaintiff)* |
| | | **Diane Wilson**<br>*(Plaintiff)* |
| | | **Dorothy S Dowding**<br>*(Plaintiff)* |
| | | **James Weinald**<br>*(Plaintiff)* |
| | | **Jean-Luc Gaudremeau**<br>*(Plaintiff)* |
| | | **John B Riley**<br>*(Plaintiff)* |
| | | **Larry F Gottlieb**<br>*(Plaintiff)* |

**Linda Acox**
*(Plaintiff)*

* * *

| | | |
|---|---|---|
| **Steven M Tindall**<br>Lieff Cabraser Heimann & Bernstein<br>Embarcadero Ctr W<br>275 Battery St, 30th Fl<br>San Francisco, CA 94111-3339<br>415-956-1000<br>415-956-1008 (fax)<br>*Assigned: 04/18/2000*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Adrienne F Resnick**<br>*(Plaintiff)* |
| | | **Allan M Filipeck**<br>*(Plaintiff)* |
| | | **Barry P Resnick**<br>*(Plaintiff)* |
| | | **Dorothy S Dowding**<br>*(Plaintiff)* |
| | | **John B Riley**<br>*(Plaintiff)* |
| | | **Larry F Gottlieb**<br>*(Plaintiff)* |
| | | **Linda Acox**<br>*(Plaintiff)* |
| | | **Christopher Seibert**<br>*TERMINATED: 11/03/2000*<br>*(Plaintiff)* |

**Dalia Amodei**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Daniel Stipkovich**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Elva A Ruiz**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Isidore Quinoz**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Leslie D Bayless**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Maria Y Molinelli**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Patricia A Crowley**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Steven R Gunning**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Susan Y Kahue**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Yolanda Perez**
*TERMINATED: 11/03/2000*
*(Plaintiff)*

**Diane Wilson**
*(Plaintiff)*

**James Weinald**
*(Plaintiff)*

**Jean-Luc Gaudremeau**
*(Plaintiff)*

* * *

**1:95-cv-01504-MMM** Pepsi-Cola Bottling v. Cargill Inc, et al
Michael M. Mihm, presiding
**Date filed:** 12/18/1995
**Date terminated:** 09/26/2002 **Date of last filing:** 09/26/2002

# Attorneys

* * *

| | | |
|---|---|---|
| **Jerry Cohen**<br>COHEN MILSTEIN HAUSFELD & TOLL<br>1100 New York Avenue<br>West Tower Suite 500<br>Washington, DC 20005<br>(202) 408-4600<br>*Assigned: 12/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Pepsi-Cola Bottling Company of Olean**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Michael D Hausfeld**<br>COHEN MILSTEIN HAUSFELD & TOLL<br>1100 New York Avenue<br>West Tower Suite 500<br>Washington, DC 20005<br>(202) 408-4600<br>*Assigned: 12/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Pepsi-Cola Bottling Company of Olean**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Robert Lieff**<br>LIEFF CABRASER HEIMANN & BERNSTEIN<br>Embarcadero Center West<br>30th Floor<br>275 Battery St<br>San Francisco, CA 94111<br>(415) 956-1000<br>*Assigned: 12/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Pepsi-Cola Bottling Company of Olean**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Edward Jay Pluimer**<br>DORSEY & WHITNEY<br>Suite 1500<br>50 S 6th St<br>Minneapolis, MN 55012-1498<br>(612) 340-2600<br>*Assigned: 12/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Cargill Inc**<br>*(Defendant)* |

* * *

**1:96-cv-01035-MMM** Trio Beverage Co v. Cargill Incorporated, et al
Michael M. Mihm, presiding
**Date filed:** 01/19/1996
**Date terminated:** 09/26/2002 **Date of last filing:** 09/26/2002

# Attorneys

| | | |
|---|---|---|
| **Victoria Arthaud**<br>COHEN MILSTEIN HAUSFELD & TOLL<br>1100 New York Avenue<br>West Tower Suite 500<br>Washington, DC 20005<br>(202) 408-4600<br>*Assigned: 01/26/1996*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Trio Beverage Co Inc**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Jerry Cohen**<br>COHEN MILSTEIN HAUSFELD & TOLL<br>1100 New York Avenue<br>West Tower Suite 500<br>Washington, DC 20005<br>(202) 408-4600<br>*Assigned: 01/18/1996*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Trio Beverage Co Inc**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Michael D Hausfeld**<br>COHEN MILSTEIN HAUSFELD & TOLL<br>1100 New York Avenue<br>West Tower Suite 500<br>Washington, DC 20005<br>(202) 408-4600<br>*Assigned: 01/29/1996*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Trio Beverage Co Inc**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Edward Jay Pluimer**<br>DORSEY & WHITNEY<br>Suite 1500<br>50 S 6th St<br>Minneapolis, MN 55012-1498<br>(612) 340-2600<br>*Assigned: 01/18/1996*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Cargill Incorporated**<br>*(Defendant)* |

* * *

**3:95-cv-00785-MJD-JMM** Clinton's Ditch Coop v. Cargill Inc, et al
Michael J Davis, presiding
**Date filed:** 08/18/1995
**Date terminated:** 09/01/1995 **Date of last filing:** 09/01/1995

# Attorneys

* * *

| | | |
|---|---|---|
| **Michael D Hausfeld**<br>Cohen Milstein Hausfeld & Toll<br>West Twr Ste 500<br>1100 New York Ave NW<br>Washington, DC 20005-3934<br>(202) 408-4600<br>12024084699 (fax)<br>*Assigned: 08/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Clinton's Ditch Cooperative Company, Inc.**<br>*(Plaintiff)* |

* * *

IN RE: HIGH FRUCTOSE CORN SYRUP ANTITRUST LITIGATION; THIS DOCUMENT RELATES TO ALL ACTIONS

MDL NO. 1087 and Master File No. 95-1477

UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF ILLINOIS

2000 U.S. Dist. LEXIS 20659; 2000-2 Trade Cas. (CCH) P73,056

July 19, 2000, Decided
July 19, 2000, Filed

**DISPOSITION:** **[*1]** Plaintiffs' Motion for Order [# 568-1] GRANTED IN PART and DENIED IN PART.

* * *

For GRIST MILL COMPANY, plaintiff: Charles S Zimmerman, Barry G Reed, Robert R Hopper, ZIMMERMAN REED, Minneapolis, MN.

* * *

For PEPSI-COLA BOTTLING COMPANY OF OLEAN, TRIO BEVERAGE CO INC, plaintiffs: Michael D Hausfeld, Jerry Cohen, COHEN MILSTEIN HAUSFELD & TOLL, Washington, DC.

* * *

For PEPSI-COLA BOTTLING COMPANY OF OLEAN, plaintiff: Robert Lieff, LIEFF CABRASER HEIMANN & BERNSTEIN, San Francisco, CA.

* * *

For TRIO BEVERAGE CO INC, plaintiff: Victoria Arthaud, COHEN MILSTEIN HAUSFELD & TOLL, Washington, DC.

* * *

For CARGILL INC, defendant: Edward Jay Pluimer, DORSEY & WHITNEY, Minneapolis, MN.

* * *

**JUDGES:** Michael M. Mihm, United States District Judge.

**OPINIONBY:** Michael M. Mihm

2000 U.S. Dist. LEXIS 20659; 2000-2 Trade Cas. (CCH) P73,056

**1:95-cv-01502-MMM** Grist Mill Company v. ADM, et al
Michael M. Mihm, presiding
**Date filed:** 12/18/1995
**Date terminated:** 09/26/2002 **Date of last filing:** 09/26/2002

# Attorneys

| | | |
|---|---|---|
| **Lee E Bains, Jr**<br>MAYNARD COOPER & GALE PC<br>AmSouth/Harbert Plaza<br>Ste 2400<br>1901 N 6th Ave<br>Birmingham, AL 35203<br>(205) 254-1000<br>*Assigned: 12/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Cargill Inc**<br>*(Defendant)* |

* * *

| | | |
|---|---|---|
| **Robert R Hopper**<br>ZIMMERMAN REED<br>5200 Norwest Center<br>90 S Seventh St<br>Minneapolis, MN 55402<br>(612) 341-0400<br>*Assigned: 12/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Grist Mill Company**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Barry G Reed**<br>ZIMMERMAN REED<br>5200 Norwest Center<br>90 S Seventh St<br>Minneapolis, MN 55402<br>(612) 341-0400<br>*Assigned: 12/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Grist Mill Company**<br>*(Plaintiff)* |

* * *

| | | |
|---|---|---|
| **Charles S Zimmerman**<br>ZIMMERMAN REED<br>5200 Norwest Center<br>90 S Seventh St<br>Minneapolis, MN 55402<br>(612) 341-0400<br>*Assigned: 12/18/1995*<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* | representing | **Grist Mill Company**<br>*(Plaintiff)* |