**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS**

Civil File No.: 01-2086 (DWF/AJB) (Arnold, et al. v. Cargill)

I hereby certify that on November 1, 2004, I caused the following document(s):

1. Cargill's Memorandum in Response to Sprenger & Lang's Motion for Direction From the Court for Implementation of the September 24, 2004 Order and to Amend the Protective Order; and

2. Declaration of Michael Iwan in Support of Cargill's Memorandum in Response to Sprenger & Lang's Motion for Direction From the Court for Implementation of the September 24, 2004 Order and to Amend the Protective Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following attorneys:

Sprenger & Lang and their Counsel:

| | |
|---|---|
| Susan M Coler | (scoler@sprengerlang.com; ecf@sprengerlang.com) |
| Michael D Lieder | (mlieder@sprengerlang.com) |
| Teresa K Patton | (tpatton@sprengerlang.com) |
| Lawrence P Schaefer | (lschaefer@sprengerlang.com) |
| Steven M Sprenger | (ssprenger@sprengerlang.com) |
| Charles E Lundberg | (chuckl@bassford.com; karenh@bassford.com; receptionist@bassford.com) |

Counsel for Cargill:

| | |
|---|---|
| Holly S A Eng | (eng.holly@dorsey.com; mcevoy.lori@dorsey.com) |
| Emily L Fitzgerald | (fitzgerald.emily@dorsey.com; schallenberger.dyana@dorsey.com; johnson.lisa@dorsey.com |
| Mark J Ginder | (ginder.mark@dorsey.com; smith.colleen@dorsey.com; stark.mary.jo@dorsey.com) |
| Michael Iwan | (iwan.michael@dorsey.com; miwan34@yahoo.com; robbins.suzanne@dorsey.com) |
| Shari L Jerde | (jerde.shari@dorsey.com) |
| Paul B Klaas | (klaas.paul@dorseylaw.com; vallant.tammy@dorsey.com) |
| Ryan E Mick | (mick.ryan@dorsey.com; meyer.nancy@dorsey.com) |
| Melissa Raphan | (raphan.melissa@dorsey.com; bostrom.joan@dorsey.com) |

Heather Toft (toft.heather@dorsey.com; knutson.sharon@dorsey.com)

Special Master:

Peter N Thompson (pthompson@gw.hamline.com)

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*Not applicable.*

Dated: November 1, 2004

DORSEY & WHITNEY LLP

s/Michael Iwan
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED