**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

RODERICK ARNOLD, ET AL, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil Action No.: 01-CV-2086 (DWF/AJB)

**REPLY DECLARATION OF MICHAEL D. LIEDER**

---

I, Michael D. Lieder, declare that:

1. I am a member of the Bar of the District of Columbia, was admitted pro hac vice for purposes of the above-referenced case, and am an owner of Sprenger & Lang, PLLC ("S&L"). I previously made a declaration in support of our motion for leave to provide certain documents to potential successor counsel. I make this declaration upon personal knowledge, except as otherwise stated.

2. S&L has communicated by letter with the plaintiffs in this case several times since the Court's disqualification order of September 24, 2004. I have reviewed each of those letters before it was mailed. In those letters, we have provided the plaintiffs with the names and contact information for each firm that we contacted about interest in serving as successor counsel and each firm that contacted us about the possibility of serving as replacement counsel. At plaintiffs' request for a plaintiff contact list for plaintiffs' use in communicating among themselves, we also have provided contact information for each plaintiff who authorized us to do

so. We have not expressed an opinion about any of the law firms to the plaintiffs or participated in any way in the plaintiffs' interviews and evaluation of the firms.

3. Cargill states in its opposition brief that S&L has co-counseled with Cohen, Milstein, Hausfeld & Toll on four cases. That is incorrect. S&L co-counseled with the Washington Lawyers Committee for Civil Rights and Urban Affairs ("WLC") on several consolidated race and gender discrimination cases against the local electric utility, Potomac Electric Power Company, in the late 1980s and early 1990s, including the two cases against PEPCO identified in Cargill's opposition. Joe Sellers headed the WLC's employment section and was the lawyer at the WLC with whom we worked most closely on the cases. The cases were eventually certified as a class action and settled in 1993. Cohen, Milstein had no role in the cases.

4. In 2000, S&L became counsel in the two ERISA cases identified by Cargill, *Mehling v. New York Life* and *Gottlieb v. SBC Communications*. The lawyer who had done most of the work on those cases at S&L, Eli Gottesdiener, left the firm in about August 2000. Pursuant to an agreement with him and with the consent of the clients, he took over work on those cases and S&L withdrew. To the best of my knowledge, he decided to co-counsel with Cohen Milstein after his departure from S&L. Thus, S&L did not co-counsel with Cohen Milstein on those cases either.

5. I would describe S&L's relationship with Cohen Milstein as constructive rivals, not as friends. I have great respect for Joe Sellers as a lawyer and a professional. He and I have from time to time discussed how to deal with various issues facing class action lawyers. However, the firms are rivals in the sense that a lawyer seeking to co-counsel with a firm with employment discrimination class action expertise and resources has few firms to choose among,

and undoubtedly there are occasions in which lawyers choose between Cohen Milstein and S&L. Notwithstanding Cargill's suggestion to the contrary, we have not discussed, let alone entered into any agreement, with Cohen Milstein about any financial arrangements with respect to this case.

6. Attached as Exhibit A hereto is a description prepared by S&L of the documents comprising the two sets of filings that are the subject of this motion: the class certification filing and the filing related to Cargill's Motion for Reconsideration of the July 15, 2002 Order. The description includes the docket numbers and the status of the various documents under the protective order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

**Dated**: November 8, 2004

***s/Michael Lieder***

Michael D. Lieder (DC No. 444273)
Sprenger & Lang, PLLC
1614 Twentieth Street N.W.
Washington, DC 20009
(202) 265-8010
(202) 332-6652 (*facsimile*)