# *Arnold, et al. v. Cargill, Inc.*
# Class Certification Filing

| Docket No. | Description | No. of Pages |
|---|---|---|
| | **Opening:** | |
| 320 | Opening Brief (Amended)[filed under seal] | 47 |
| 321 | Declaration of Lawrence P. Schaefer (Amended) | 22 |
| 322 | Appendix 1: Summary Exhibits (Amended)<br>Sxs. 1-8<br>Sx. 9 [filed under seal] | 238 |
| 323 | Appendix 2: Declarations (Amended) | 71 |
| 324 | Appendix 3: Expert Reports and Deposition Testimony (Amended)<br>Adler Rpt [filed under seal]<br>Bielby Rpt, Peterson Rev. Rpt (1995-2003), Peterson Rpt (1997-2003)<br>Peterson Depo. [filed under seal] | approx. 400 |
| 363 | Appendix 4: Plaintiffs' Exhibits [filed under seal] | approx. 3000 |
| 364 | Appendix 5: Defendant's Exhibits [filed under seal] | 18 |
| 365 | Appendix 6: Documents Produced in Litigation [filed under seal] | approx. 400 |
| 366 | Appendix 7: Deposition Testimony<br>Acquaye – Wright<br>Bowman – Wessling [filed under seal] | approx. 1500 |
| 367 | Appendix 8: Other Documents<br>Oxs. 1-29<br>Ox. 30 [filed under seal]<br>Ox. 31 | approx. 300 |
| 368 | Appendix 9: Unreported Legal and Factual Authority | 49 |
| 255 | CD-Rom of full Deposition Testimony [filed under seal] | CD-Rom |
| | **Total:** | **approx. 6000 +<br>CD-Rom** |
| | | |
| | **Opposition:** | |
| 329 | Opposition Brief [filed under seal] | 66 |
| 330 | Declaration of Holly S.A. Eng [filed under seal]<br>Ex. A<br>Exs. B-C [filed under seal]<br>Ex. D<br>Ex. E (Topel Report) [filed under seal]<br>Ex. F (Landy Report in Response to Adler Report) [filed under seal]<br>Ex. F (Landy Report in Response to Bielby Report) [filed under seal]<br>Ex. G (Jeanneret Report) [filed under seal]<br>Exs. H-L<br>Exs. M-N [filed under seal]<br>Exs. O-Q | 6 + approx. 4500<br>(documents) |
| 331 | Declaration of Shari L. Jerde [filed under seal] | 18 (includes<br>summary chart) + |

64904

EXHIBIT
tabbies
A

| Docket No. | Description | No. of Pages |
|---|---|---|
| | | approx. 150 (backup) |
| 332 | Declaration of Ryan E. Mick [filed under seal] | 2 + big charts |
| 333 | Declaration of Kent Norby [filed under seal] | 2 + PowerPoint presentation |
| 334 | Declaration of Melissa Raphan | 2 + approx. 500 (comparison & deposition testimony) |
| 335 | Declaration of Heather C. Toft [filed under seal] | 42 |
| 336 | Declaration of Robert Topel [filed under seal] | 19 |
| 337 | Declaration of Thomas Welsh | 8 |
| | **Total:** | **approx. 5500** |
| | | |
| | **Reply:** | |
| 352 | Reply Brief [filed under seal] | 23 |
| 353 | Declaration of Susan M. Coler | 5 |
| 354 | Appendix 1: Summary Exhibits (Reply) [filed under seal] | 81 |
| 355 | Appendix 3: Expert Reports and Deposition Testimony (Reply) [filed under seal] | 8 |
| 356 | Appendix 4: Plaintiffs' Exhibits (Reply) [filed under seal] | approx. 150 |
| 357 | Appendix 6: Documents Produced in Litigation (Reply) [filed under seal] | 4 |
| 358 | Appendix 7: Deposition Testimony (Reply) [filed under seal] | approx. 75 |
| 359 | Appendix 8: Other Documents (Reply) | 15 |
| | **Total:** | **approx. 350** |

## Reconsideration of July 15, 2002 Order Filing

| Docket No. | Description | No. of Pages |
|---|---|---|
| | **Opening:** | |
| 349 | Opening Brief | 6 |
| 350 | Affidavit of Shari L. Jerde | 2 + 44 (Exhibits) |
| | **Total:** | **52** |
| | | |
| | **Opposition:** | |
| 372 | Opposition Brief | 17 |
| | **Total:** | **17** |