**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**Civil File No.: 01-2086 (DWF/AJB) (Arnold, et al. v. Cargill)**

I hereby certify that on this date I caused the following documents:

**REPLY MEMORANDUM IN SUPPORT OF SPRENGER & LANG'S MOTION FOR DIRECTIONS FROM THE COURT FOR THE IMPLEMENTATION OF THE SEPTEMBER 24, 2004 ORDER AND TO AMEND THE PROTECTIVE ORDER;**

**REPLY DECLARATION OF MICHAEL D. LIEDER AND EXHIBIT A**

**DECLARATION OF JOSEPH M. SELLERS**

to be electronically filed with the Clerk of Court through the Court's Electronic Court Filing system and that ECF will send an electronic notice of the filing to the following attorneys:

Susan M. Coler
scoler@sprengerlang.com
ecf@sprengerlang.com
Holly S A Eng
eng.hollt@dorsey.com
mcevoy.lori@dorsey.com
Emily L. Fitgerald
Fitzgerald.emily@dorsey.com
Schallenberger.dyana@dorsey.com
Johnson.lisa@dorsey.com
Mark John Ginder
Ginder.mark@dorsey.com
Smith.colleen@dorsey.com
Stark.mary.jo@dorsey.com
Michael Iwan
Iwan.michael@dorsey.com
Miwan34@yahoo.com
Robbins.suzanne@dorsey.com
Shari L. Jerde
Jerde.shari@dorsey.com
Paul Barry Klaas
Klaas.paul@dorseylaw.com
Vallant.tammy@dorsey.com
Michael D. Lieder
mlieder@sprengerlang.com
Ryan E. Mick

Mick.ryan@dorsey.com
Meyer.nancy@dorsey.com
Teresa Kathleen Patton
tpatton@sprengerlang.com
Melissa Raphan
Raphan.melissa@dorsey.com
Bostrom.joan@dorsey.com
Lawrence P. Schaefer
lschaefer@sprengerlang.com
Steven M. Sprenger
ssprenger@sprengerland.com
Peter N. Thompson
pthompson@gw.hamline.edu
Heather Toft
Toft.heather@dorsey.com
Knutson.sharon@dorse.com

I further certify that I caused a copy of the foregoing documents and the notices of electronic filing to be served upon the following non-ECF participants:

Paul Carl Sprenger
Sprenger & Lang
1614 20th St NW
Washington, DC 20009

Dated: November 8, 2004

_s/ Charles E. Lundberg_______________
Charles E. Lundberg (License #6502X)
Tiffany M. Quick (License #0313038)
Attorney for Defendants
BASSFORD REMELE,
A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402
612-333-3000
612-333-8829