FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | |
|---|---|
| RODERICK ARNOLD, et al., On behalf of themselves and all others similarly situated, *Plaintiffs,* v. CARGILL, INCORPORATED, *Defendant.* | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) CLASS ACTION **NOTICE OF MOTION AND MOTION** **ORAL ARGUMENT REQUESTED** |

To: Holly S.A. Eng, Mark Ginder, Melissa Raphan, Michael Iwan, Paul Klaas, Ryan Mick, Shari L. Jerde, Emily L. Fitzgerald, and Heather Toft, Dorsey & Whitney, 50 6th S., Ste. 1500, Minneapolis, MN 55402-1498, counsel for Defendant.

Lawrence P. Schaefer, Susan M. Coler, Michael P. Lieder, Paul Carl Sprenger, and Steven M. Sprenger, Sprenger & Lang, PLLC, Sprenger & Lang, 325 Ridgewood Ave., Minneapolis, MN 55403, former counsel for Plaintiffs.

Lewis Remele, Jr., and Charles E. Lundberg, Bassford Remele P.A., 33 South Sixth St., Suite 3800, Minneapolis, MN 55402-3707, counsel for Sprenger & Lang, PLLC.

Peter N. Thompson, Hamline Law School, 1536 Hewitt Ave., St. Paul, MN 55104, Special Master.

Please note that former Sprenger & Lang attorney Teresa Patton hereby files this motion to sever her from the Court's order dated September 24, 2004 disqualifying the law firm of Sprenger & Lang, from representing the Plaintiffs in this case, before the Honorable Donovan Frank, Burger Federal Building, 316 South Robert Street, Saint Paul, MN 55101. Oral argument is requested.

Date: 12\30\04

Teresa K. Patton

Teresa K. Patton, Esq., pro se
MN ID Number 205679
1546 Chelsea Street
Saint Paul, MN 55108
(651) 488-8875

SCANNED
JAN 03 2005
U.S. DISTRICT COURT ST. PAUL

U.S. DISTRICT COURT ST. PAUL
JAN 03 2005
SCANNED

ORIGINAL

1546 Chelsea Street
St. Paul, MN 55108
December 29, 2004

RECEIVED
BY MAIL

JAN 03 2005

CLERK, US DIST. COURT
ST. PAUL, MN

U.S. District Court
Warren Burger Federal Building
316 South Robert Street
St. Paul, MN 55101

Dear Sir or Madam:

Enclosed for filing are the original and two copies of the following:

1) Notice of Motion and Motion;
2) Memorandum of Law in Support of Motion to Sever Former Sprenger & Lang Attorney Teresa Patton from Disqualification Order;
3) Declaration of Teresa K. Patton;
4) Proposed Order; and
5) Certificate of Service.

By copy of this letter, I have served counsel of record.

Sincerely,

Teresa Patton

TKP/hs

c: Judge Donovan Frank (courtesy copy)
Holly Eng et al., Dorsey & Whitney
Lawrence Schaefer et al., Sprenger & Lang, PLLC
Lewis Remele et al., Bassford Remele P.A.
Peter N. Thompson, Esq., Hamline Law School