**CERTIFICATE OF SERVICE** 01CV 2086 DWF/AJB

I, Teresa Patton, certify that I served copies of the following documents on counsel of record, as shown below, by placing copies, postage prepaid, in the U.S. mail:

1) Notice of Motion and Motion;
2) Memorandum of Law in Support of Motion to Sever Former Sprenger & Lang Attorney Teresa Patton from Disqualification Order;
3) Declaration of Teresa K. Patton; and
4) Proposed Order.

Holly S.A. Eng, Esq., Mark John Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul Barry Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather Toft, Esq.
Dorsey & Whitney
50 6th S., Ste. 1500
Minneapolis, MN 55402-1498
Counsel for Defendant

Lawrence P. Schaefer, Esq., Susan M. Coler, Esq., Michael P. Lieder, Esq., Paul Carl Sprenger, Esq., and Steven M. Sprenger, Esq.,
Sprenger & Lang, PLLC
325 Ridgewood Ave.
Minneapolis, MN 55403
Former counsel for Plaintiffs

Lewis Remele, Jr., Esq. and Charles E. Lundberg, Esq.
Bassford Remele P.A.
33 South Sixth St., Suite 3800
Minneapolis, MN 55402-3707
Counsel for Sprenger & Lang, PLLC

Peter N. Thompson, Esq.,
Hamline Law School
1536 Hewitt Ave.
St. Paul, MN 55104
Special Master

Date: 12/30/04

Teresa K. Patton

Teresa K. Patton, Esq., pro se
MN ID Number 205679
1546 Chelsea Street
Saint Paul, MN 55108
(651) 488-8875

SCANNED
JAN 03 2005 CJB
U.S. DISTRICT COURT ST. PAUL