RECEIVED
05 JAN -3 PM 4:43
CLERK, U.S. DIST. COURT
ST. PAUL, MN

**Teresa Kathleen Patton**
**1546 Chelsea Street**
**Saint Paul, Minnesota 55108**
**(651) 488-8875 (h)**
**(651) 488-8876 (f)**
**email: tpatton99@comcast.net**

1/3/05

Michael Chutich
U.S. District Court
St. Paul, Minnesota 55101

Re: Arnold v. Cargill, Inc.
Case No. 01-CV-2086 (DWF/AJB)

Dear Mr. Chutich:

Please remove my name from the counsel service list for this case as I am no longer associated with Sprenger & Lang, PLLC. Thank you very much.

Sincereley,

Teresa Patton

Teresa K. Patton

TKP/hs

SCANNED
JAN 04 2005
MAC
U.S. DISTRICT COURT ST. PAUL