**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et al. | |
| Plaintiffs, | CV 01-2086 DWF/AJB |
| v. | **NOTICE OF APPEARANCE OF COUNSEL** |
| CARGILL, INC., | |
| Defendant. | |

PLEASE TAKE NOTICE that the law firm of Heins Mills & Olson, P.L.C. hereby enters its appearance as counsel for plaintiffs in the above entitled action.

Dated: January 20, 2005

**HEINS MILLS & OLSON, P.L.C.**

s/ Susan E. MacMenamin
Samuel D. Heins (#43576)
Susan E. MacMenamin (#0304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

**Counsel for Plaintiffs**