**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

I, Susan E. MacMenamin, hereby certify that on January 20, 2004, I caused the Notice of Appearance of Counsel of Heins Mills & Olson, P.L.C. to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klass
Holly S.A. Eng
Melissa Raphan
Mark J. Ginder
Michael Iwan
Ryan E. Mick
Shari L. Jerde
Emily L. Fitzgerald
Heather Toft
DORSEY & WHITNEY
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Lawrence Schaefer
Susan M. Coler
Teresa K. Patton
SPRENGER & LANG, PLLC
325 Ridgewood Ave.
Minneapolis, MN 55403

Michael D. Lieder
Steven M. Sprenger
SPRENGER & LANG, PLLC
1614 20th Street, NW
Washington, DC 20009-1001

Lewis Remele, Jr.
Charles E. Lundberg
BASSFORD REMELE P.A.
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707

Peter N. Thompson
Hamline Law School
1536 Hewitt Ave,
St. Paul. MN 55104

Dated: January 20, 2005

**HEINS MILLS & OLSON, P.L.C.**

s/Susan E. MacMenamin

Samuel D. Heins (#43576)
Susan E. MacMenamin (#0304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

**Counsel for Plaintiffs**