**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

I, Susan E. MacMenamin, hereby certify that on January 20, 2004, I caused the Motions for Admission Pro Hac Vice for Llezlie Green and Joseph Sellers to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klass
Holly S.A. Eng
Melissa Raphan
Mark J. Ginder
Michael Iwan
Ryan E. Mick
Shari L. Jerde
Emily L. Fitzgerald
Heather Toft
DORSEY & WHITNEY
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

Lawrence Schaefer
Susan M. Coler
Teresa K. Patton
SPRENGER & LANG, PLLC
325 Ridgewood Ave.
Minneapolis, MN 55403

Michael D. Lieder
Steven M. Sprenger
SPRENGER & LANG, PLLC
1614 20th Street, NW
Washington, DC 20009-1001

Lewis Remele, Jr.
Charles E. Lundberg
BASSFORD REMELE P.A.
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707

Peter N. Thompson
Hamline Law School
1536 Hewitt Ave,
St. Paul. MN 55104

Dated: January 20, 2005

**HEINS MILLS & OLSON, P.L.C.**

s/Susan E. MacMenamin

Samuel D. Heins (#43576)
Susan E. MacMenamin (#0304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

**Counsel for Plaintiffs**