BASSFORD

**Charles E. Lundberg**
Lawyer

612.376.1609
612.746.1209 *fax*

BASSFORD REMELE
*A Professional Association*
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707

612.333.3000
612.333.8829 *fax*
www.bassford.com

RECEIVED
BY MAIL
JAN 26 2005
CLERK, US DIST. COURT
ST. PAUL, MN

January 25, 2005

Mr. Richard B. Sletten
Clerk of Court
708 Warren E. Burger Federal Building
316 North Robert Street
St. Paul, MN 55101

Re: *Arnold et al. v. Cargill, Inc.*
Civil Action No. 01-2086 (DWF/AJB)
Our File No. 5238-1

Dear Mr. Sletten:

Now that successor counsel have entered their appearances for plaintiffs in this matter please remove the following names from the list of counsel for plaintiffs in this case:

Lawrence Schaefer
Susan M. Coler
Teresa K. Patton
SPRENGER & LANG, PLLC
325 Ridgewood Ave.
Minneapolis, MN 55403

Paul C. Sprenger
Michael D. Lieder
Steven M. Sprenger
SPRENGER & LANG, PLLC
1614 20th Street, NW
Washington, DC 20009-1001

SCANNED
JAN 26 2005
U.S. DISTRICT COURT ST. PAUL

You may also remove our firm from the list of counsel of record in this case:

Lewis Remele, Jr.
Charles E. Lundberg
Tiffany M. Quick
BASSFORD REMELE, A Professional Association
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707

Respectfully yours,

Charles E. Lundberg

CEL:kjh

cc: Hon. Donovan W. Frank
Paul B. Klaas
Joseph Sellers/Llezlie Green
Samuel D. Heins/Susan MacMenamin