**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**
Civil File No. 01-CV-2086 (DWF/AJB)

I hereby certify that on January 27, 2005, I caused the following documents:

Defendant Cargill, Incorporated's Memorandum in Response to Motion to Serve Former Sprenger & Lang Attorney Teresa Patton From Disqualification Order

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Holly S A Eng:** eng.holly@dorsey.com mcevoy.lori@dorsey.com

- **Emily L Fitzgerald** fitzgerald.emily@dorsey.com schallenberger.dyana@dorsey.com;johnson.lisa@dorsey.com
- **Mark John Ginder** ginder.mark@dorsey.com smith.colleen@dorsey.com,stark.mary.jo@dorsey.com
- **Llezlie Green:** lgreen@cmht.com
- **Samuel D Heins:** heins@heinsmills.com jwestmoreland@heinsmills.com
- **Michael Iwan** iwan.michael@dorsey.com miwan34@yahoo.com;robbins.suzanne@dorsey.com
- **Shari L Jerde:** jerde.shari@dorsey.com
- **Paul Barry Klaas:** klaas.paul@dorsey.com vallant.tammy@dorsey.com
- **Susan E MacMenamin** smacmenamin@heinsmills.com jwestmoreland@heinsmills.com
- **Ryan E Mick:** mick.ryan@dorsey.com trecartin.julie@dorsey.com
- **Melissa Raphan:** raphan.melissa@dorsey.com bostrom.joan@dorsey.com
- **Joseph Sellers:** jsellers@cmht.com
- **Peter N Thompson:** pthompson@gw.hamline.edu
- **Heather Toft:** toft.heather@dorsey.com knutson.sharon@dorsey.com

I further certify that I caused a copy of the foregoing document and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Teresa K. Patton, Esq.
1546 Chelsea Street
St. Paul, MN 55108

Peter N. Thompson, Esq.
Hamline Law School
1536 Hewitt Avenue
St. Paul, MN 55104

Dated: January 27, 2005

s/Wilda Wahpepah
Wilda Wahpepah