**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virginia Douglas, Ronald Garrus, Cheneta Hughey, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Civil No. 01-2086 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

Cargill Incorporated,

Defendant.

---

Joseph Sellers, Esq., and Llezlie Green, Esq., Cohen Milstein Hausfeld & Toll, PLLC, 1100 New York Avenue Northwest, Suite 500, Washington, DC 20005-3934; and Samuel D. Heins, Esq., and Susan E. MacMenamin, Esq., Heins Mills & Olson, 80 South Eighth Street, Suite 3550, Minneapolis, MN 55402, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark John Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul Barry Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather Toft, Esq., Dorsey & Whitney, 50 Sixth Street South, Suite 1500, Minneapolis, MN 55402-1498, counsel for Defendant.

Lewis A. Remele, Jr., Esq. and Charles E. Lundberg, Esq, Bassford Remele P.A., 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402-3707, counsel for Sprenger & Lang.

Peter N. Thompson, Esq., Hamline Law School, 1536 Hewitt Avenue, St. Paul, MN 55104, Special Master.

---

The above-entitled matter is before the Court on Teresa K. Patton's Motion to Sever. Patton asserts that she had no involvement in or knowledge of the conduct that resulted in the Court's disqualification of Sprenger & Lang ("S&L") as counsel in this matter. Thus, Patton asserts that she should be severed from the Court's September 24, 2004, Order disqualifying S&L (the "Disqualification Order") so that Patton may either continue to work on the case or so that she may communicate with the replacement counsel for Plaintiffs. Cargill opposes Patton's Motion.

The factual background of this case and the facts underlying the Disqualification Order are set forth at considerable length in the Disqualification Order. In that Order, the Court found that S&L's solicitation of information from R. Bill Douglas, a former Cargill manager, without protecting against the disclosure of confidential and privileged materials and S&L's handling and retention of those materials, compromised the integrity of the proceedings. The Court disqualified S&L and gave Plaintiffs 120 days to find replacement counsel or face dismissal of the case.

The Court has had plenty of opportunity to consider the issues raised by Patton's current motion. In the Court's Order dated October 13, 2004, the Court declined S&L's request for leave to file a motion for reconsideration of the Disqualification Order and, on grounds of timeliness and futility, declined to allow certain S&L attorneys an exemption from the Disqualification Order. In the Court's November 23, 2004, the Court prohibited S&L counsel from communicating with new successor counsel about the merits of the case, except to discuss the logistics of transferring documents to new counsel.

The Court sees no reason to deviate from its previous orders that directly addressed the specific issues that Patton attempts to raise before the Court here. Thus, Patton's motion requesting that the Court sever her from the Disqualification Order is denied.

Based on the files, records, and proceedings herein, and for the reasons set forth above, **IT IS HEREBY ORDERED** that:

1. Teresa K. Patton's Motion to Sever (Doc. No. 398) is **DENIED**.

2. A copy of this order shall be served upon the following:

Lawrence P. Schaefer, Esq.
Sprenger & Lang
325 Ridgewood Avenue
Minneapolis, MN 55403

Paul C. Sprenger, Esq.
Sprenger & Lang
325 Ridgewood Avenue
Minneapolis, MN 55403

Susan M. Coler, Esq.
Sprenger & Lang
325 Ridgewood Avenue
Minneapolis, MN 55403

Steven M. Sprenger, Esq.
Sprenger & Lang
1614 20th Street NW
Washington, DC 20009

Michael D. Lieder, Esq.
Sprenger & Lang
325 Ridgewood Avenue
Minneapolis, MN 55403

Teresa K. Patton, Esq.
1546 Chelsea Street
St. Paul, MN 55108

Dated: February 9, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court