**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

**CERTIFICATE OF SERVICE**

Case No.: 01-2086 DWF/AJB

I hereby certify that on February 17, 2005, I caused the following documents:

Cargill's Memorandum Regarding the Effect of Jones v. R.R. Donnelley on Plaintiffs' Promotion and Compensation Claims

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

- **Holly S A Eng**
  eng.holly@dorsey.com mcevoy.lori@dorsey.com
- **Emily L Fitzgerald**
  fitzgerald.emily@dorsey.com
  schallenberger.dyana@dorsey.com;johnson.lisa@dorsey.com
- **Mark John Ginder**
  ginder.mark@dorsey.com smith.colleen@dorsey.com,stark.mary.jo@dorsey.com
- **Llezlie Green**
  lgreen@cmht.com
- **Samuel D Heins**
  heins@heinsmills.com jwestmoreland@heinsmills.com
- **Michael Iwan**
  iwan.michael@dorsey.com miwan34@yahoo.com;robbins.suzanne@dorsey.com
- **Shari L Jerde**
  jerde.shari@dorsey.com

- **Paul Barry Klaas**
  klaas.paul@dorsey.com vallant.tammy@dorsey.com
- **Susan E MacMenamin**
  smacmenamin@heinsmills.com jwestmoreland@heinsmills.com
- **Ryan E Mick**
  mick.ryan@dorsey.com trecartin.julie@dorsey.com
- **Melissa Raphan**
  raphan.melissa@dorsey.com bostrom.joan@dorsey.com
- **Joseph Sellers**
  jsellers@cmht.com
- **Peter N Thompson**
  pthompson@gw.hamline.edu
- **Heather Toft**
  toft.heather@dorsey.com knutson.sharon@dorsey.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

Dated: February 17, 2005 _s/Shari L. Jerde______________________

Shari L. Jerde