UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RODERICK ARNOLD, et. al, | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| On Behalf of themselves and all others similarly situated, | CLASS ACTION |
| Plaintiffs, | |
| v. | **ORAL ARGUMENT REQUESTED** |
| CARGILL, INCORPORATED | |
| Defendant. | |

**PLAINTIFFS' MOTION TO OBTAIN OF THE CASE RECORD**

TO: Cargill, Incorporated, and its counsel, Paul Klaas, Mark Ginder, Melissa Raphan, and Holly S.A. Eng, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55042

Plaintiffs hereby move this Court to grant successor counsel leave to obtain the balance of the record in the above-captioned case. This Motion is based upon the Memorandum of Law and Proposed Order filed herewith, and upon all files, proceedings and records herein.

February 25, 2005

Respectfully submitted,

s/*Susan MacMenamin*

Samuel Heins (MN Bar No. 43576)
Susan MacMenamin (MN Bar No. 304396)
HEINS MILLS & OLSON, P.L.C.
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

Joseph Sellers (DC Bar No. 318410)
Llezlie Green (DC Bar No. 484051)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4653

*Counsel for Plaintiffs*