**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et. al,<br><br>On Behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**ORAL ARGUMENT REQUESTED** |

**PLAINTIFFS' NOTICE OF MOTION TO OBTAIN BALANCE OF CASE RECORD**

TO: Cargill, Incorporated, and its counsel, Paul Klaas, Mark Ginder, Melissa Raphan, and Holly S.A. Eng, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55042

**PLEASE TAKE NOTICE** that on Friday, March 11, 2005, at 9:00 a.m., before the Honorable Donovan Frank, United States District Court, 316 North Robert Street, St. Paul, Minnesota, Plaintiffs will move for an Order permitting Plaintiffs' successor counsel access to the balance of the case record in the above-captioned case.

Plaintiffs will seek the relief set forth in Plaintiffs' Motion to Obtain Balance of Case Record and Proposed Order, submitted and served with this Notice of Motion.

February 25, 2005

Respectfully submitted,

s/*Susan MacMenamin*

Samuel Heins (MN Bar No. 43576)
Susan MacMenamin (MN Bar No.304396)
HEINS MILLS & OLSON, P.L.C.

3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 338-4605

Joseph Sellers (DC Bar No. 318410)
Llezlie Green (DC Bar No. 484051)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4653

*Counsel for Plaintiffs*