**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et. al, | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| On Behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| Plaintiffs, | ) | |
| v. | ) | |
| CARGILL, INCORPORATED | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Llezlie Green, do hereby certify that on February 25, 2005, I caused the Plaintiffs' Motion to Obtain Balance of Record to be filed electronically with the Clerk of court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Holly S A Eng**
eng.holly@dorsey.com mcevoy.lori@dorsey.com

**Emily L Fitzgerald**
Fitzgerald.emily@dorsey.com
Schallenberger.dyana@dorsey.com; Johnson.lisa@dorsey.com

**Mark John Ginder**
Ginder.mark@dorsey.com smith.colleen@dorsey.com, stark.mary.jo@dorsey.com

**Samuel D Heins**
heins@heinsmills.com jwestmoreland@heinsmills.com

**Michael Iwan**
Iwan.michael@dorsey.com miwan34@yahoo.com robbins.suzanne@dorsey.com

**Shari L Verde**
Verde.shari@dorsey.com

**Paul Barry Klaas**
Klaas.Paul@dorseylaw.com Vallant.Tammy@dorsey.com

**Ryan E Mick**
Mick.Ryan@dorsey.com trecartin.julie@dorsey.com

**Melissa Raphan**
raphan.melissa@dorsey.com bostrom.joan@dorsey.com

**Peter N. Thompson**
pthompson@gw.hamline.edu

**Heather Toft**
toft.heather@dorsey.com knutson.sharon@dorsey.com

I further certify that I caused a copy of the foregoing materials and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

February 25, 2005

s/*Llezlie Green*
Joseph Sellers (DC Bar No. 318410)
Llezlie Green (DC Bar No. 484051)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4653

*Counsel for Plaintiffs*