**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et. al, | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| On Behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| Plaintiffs, | ) | |
| v. | ) | |
| CARGILL, INCORPORATED | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I, Llezlie Green, do hereby certify that on March 2, 2005, I caused Plaintiffs' Reply to Cargill's Memorandum Regarding The Effect Of Jones v. R.R. Donnelley On Plaintiffs' Promotion And Compensation Claims to be filed electronically with the Clerk of court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

**Holly S A Eng**
eng.holly@dorsey.com mcevoy.lori@dorsey.com

**Emily L Fitzgerald**
Fitzgerald.emily@dorsey.com
Schallenberger.dyana@dorsey.com; Johnson.lisa@dorsey.com

**Mark John Ginder**
Ginder.mark@dorsey.com smith.colleen@dorsey.com, stark.mary.jo@dorsey.com

**Samuel D Heins**
heins@heinsmills.com jwestmoreland@heinsmills.com

**Michael Iwan**
Iwan.michael@dorsey.com miwan34@yahoo.com robbins.suzanne@dorsey.com

**Shari L Verde**

Verde.shari@dorsey.com

**Paul Barry Klaas**
Klaas.Paul@dorseylaw.com Vallant.Tammy@dorsey.com

**Ryan E Mick**
Mick.Ryan@dorsey.com trecartin.julie@dorsey.com

**Melissa Raphan**
raphan.melissa@dorsey.com bostrom.joan@dorsey.com

**Peter N. Thompson**
pthompson@gw.hamline.edu

**Heather Toft**
toft.heather@dorsey.com knutson.sharon@dorsey.com

I further certify that I caused a copy of the foregoing materials and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

None

March 2, 2005

s/*Llezlie Green*
Llezlie Green (DC Bar No. 484051)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4653

*Counsel for Plaintiffs*