# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

| | | |
|---|---|---|
| RODERICK ARNOLD, ET AL, | ) | **COURT MINUTES** |
| | ) | BEFORE: DONOVAN W. FRANK |
| Plaintiff, | ) | U.S. Judge |
| | ) | |
| v. | ) | Case No: 01-2086(DWF/AJB) |
| | ) | Date: MARCH 11, 2005 |
| CARGILL INC., | ) | Court Reporter: JEANNE ANDERSON |
| | ) | Time Commenced: 9:00 |
| Defendant. | ) | Time Concluded: 10:00 |
| | ) | Time in Court: 1 Hour & Minutes |
| | ) | |

Hearing on: **DEFT. MOTION TO OBTAIN RECORDS (413) - TAKEN UNDER ADVISEMENT.**

.

APPEARANCES:

Plaintiff: JOSEPH SELLERS, LLEZLIE GREEN, SUSAN MACMENAMIN
Defendant: PAUL KLAAS, FRED BUDDE

PROCEEDINGS:

9 Plaintiff's Witnesses:
9 Plaintiff' Exhibits:
9 Defendant's Witnesses:
9 Defendant's Exhibits:

**IT IS ORDERED:

9 **Submitted** 9 **Sustained** 9 **Overruled**
9 Brief time set:
9 Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk