**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

**Civil File No.: 01-2086 (DWF/AJB) (Arnold, et al. v. Cargill)**

I hereby certify that on May 6, 2005, I caused the following document(s):

**1. Joint Proposed Order**

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following attorneys:

**Counsel for Plaintiffs:**

| | |
|---|---|
| Samuel D Heins | (heins@heinsmills.com jwestmoreland@heinsmills.com) |
| Susan E MacMenamin | (smacmenamin@heinsmills.com; jwestmoreland@heinsmills.com) |
| Joseph Sellers | (jsellers@cmht.com ) |
| Llezlie Green | (lgreen@cmht.com ) |

**Counsel for Cargill:**

| | |
|---|---|
| Holly S A Eng | (eng.holly@dorsey.com; mcevoy.lori@dorsey.com; myers.sue@dorsey.com) |
| Emily L Fitzgerald | (fitzgerald.emily@dorsey.com; schallenberger.dyana@dorsey.com; johnson.lisa@dorsey.com |
| Mark J Ginder | (ginder.mark@dorsey.com; smith.colleen@dorsey.com; stark.mary.jo@dorsey.com) |
| Michael Iwan | (iwan.michael@dorsey.com; miwan34@yahoo.com; robbins.suzanne@dorsey.com) |
| Shari L Jerde | (jerde.shari@dorsey.com; kelly.laurie@dorsey.com; knutson.sharon@dorsey.com) |
| Paul B Klaas | (klaas.paul@dorseylaw.com; vallant.tammy@dorsey.com) |
| Ryan E Mick | (mick.ryan@dorsey.com; trecartin.julie@dorsey.com) |
| Melissa Raphan | (raphan.melissa@dorsey.com) |
| Heather Toft | (toft.heather@dorsey.com; knutson.sharon@dorsey.com) |

**Special Master:**

| | |
|---|---|
| Peter N Thompson | (pthompson@gw.hamline.com) |

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*Not applicable.*

Dated: May 6, 2005

DORSEY & WHITNEY LLP

s/Holly S. A. Eng
Holly S. A. Eng (#238028)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED