**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virgina Douglas, Ronald Garrus, Cheneta Hugley, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Civil No. 01-2086 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

Cargill Incorporated,

Defendant.

---

Samuel D. Heins, Esq., and Susan E. MacMenamin, Esq., Heins Mills & Olson; and Joseph Sellers, Esq., and Llezlie Green, Esq., Cohen Milstein Hausfeld & Toll, PLLC - DC, counsel for Plaintiffs.

Holly S.A. Eng, Esq., Mark John Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul Barry Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather Toft, Esq., Dorsey & Whitney - Mpls, counsel for Defendant.

Peter N. Thompson, Esq., Hamline Law School, Special Master.

---

The above-entitled matter is before the undersigned United States District Judge pursuant to Plaintiffs' Motion to Obtain Balance of Case Record.

Consistent with the Court's Order dated March 24, 2005, Special Master Peter N. Thompson reviewed documents provided by Sprenger & Lang regarding the above-entitled matter, including the complete correspondence file, materials produced informally to Sprenger & Lang by the plaintiffs and other persons knowledgeable about Cargill, legal and factual compilations and analyses prepared by Sprenger & Lang, and any databases that contain documents or data produced in this action. The Special Master submitted an In Camera Report of the Special Master Re: Sprenger & Lang Documents dated June 6, 2005. The Court has reviewed the Special Master's Report and concurs with his findings.

Accordingly, it is **HEREBY ORDERED THAT**:

1. The Court adopts the In Camera Report of the Special Master Re: Sprenger & Lang Documents dated June 6, 2005, which is attached hereto as Attachment A.

2. By August 1, 2005, Sprenger & Lang shall provide documents to successor counsel consistent with the Special Master's Report.

Dated: July 1, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court