UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virginia Douglas, Ronald Garrus, Margo Harvey, Cheneta Hughey, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Cargill, Incorporated,

Defendant.

Case No. 01-2086 DWF/AJB

**NOTICE OF APPEARANCE OF COUNSEL**

---

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE that the law firm of Nichols Kaster & Anderson, PLLP hereby enters its appearance as counsel for Plaintiffs in the above-captioned matter.

Dated: 9/20/2005

**NICHOLS KASTER & ANDERSON, PLLP**

s/James H. Kaster

James H. Kaster #53946
Adam A. Gillette #328532
80 South Eighth Street
4600 IDS Center
Minneapolis MN 55402-2242
612-256-3200

ATTORNEYS FOR PLAINTIFFS