**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2005 I caused the following documents:

1. Notice of Appearance of Counsel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Holly S A Eng eng.holly@dorsey.com

Emily L Fitzgerald fitzgerald.emily@dorsey.com

Mark J Ginder ginder.mark@dorsey.com

Llezlie Green lgreen@cmht.com, efilings@cmht.com

Samuel D Heins sheins@heinsmills.com, jwestmoreland@heinsmills.com

Michael Iwan iwan.michael@dorsey.com

Shari L Jerde jerde.shari@dorsey.com

Paul B Klaas klaas.paul@dorsey.com

Susan E MacMenamin smacmenamin@heinsmills.com

Ryan E Mick mick.ryan@dorsey.com

Melissa Raphan raphan.melissa@dorsey.com

Joseph Sellers jsellers@cmht.com

Peter N Thompson pthompson@gw.hamline.edu

Heather Toft toft.heather@dorsey.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

Dated: September 22, 2005 NICHOLS KASTER & ANDERSON, PLLP

s/James H. Kaster
James H. Kaster #53946
Adam A. Gillette #328532
4644 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 338-1919