**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virgina Douglas, Ronald Garrus, Cheneta Hugley, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Civil No. 01-2086 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

Cargill Incorporated,

Defendant.

---

Adam A. Gillette, Esq., and James H. Kaster, Esq., Nichols Kaster & Anderson, PLLP; Samuel D. Heins, Esq., and Susan E. MacMenamin, Esq., Heins Mills & Olson; and Joseph Sellers, Esq., and Llezlie Green, Esq., Cohen Milstein Hausfeld & Toll, PLLC - DC, counsel for Plaintiffs.

Holly S.A. Eng, Esq., Mark J. Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul B. Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather Toft, Esq., Dorsey & Whitney - Mpls, counsel for Defendant.

Peter N. Thompson, Esq., Hamline Law School, Special Master.

---

This Court issued an Order dated July 1, 2005, incorporating the In Camera Report of the Special Master re: Sprenger & Lang Documents, dated June 6, 2005. Since that Order was issued,

the Court received notice from the Special Master that the June 6, 2005, In Camera Report contained certain clerical errors. This Order provides the Corrected In Camera Report to the parties.

Accordingly, it is **HEREBY ORDERED THAT**:

1. The Court adopts the Corrected In Camera Report of the Special Master Re: Sprenger & Lang Documents dated October 12, 2005, which is attached hereto as Attachment A.

Dated: October 18, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court