UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CARGILL'S AMENDED MOTION TO STRIKE EXPERT REPORTS AND OPINIONS OF RONALD L. ADLER, WILLIAM T. BIELBY, AND DAVID W. PETERSON**

**ORAL ARGUMENT REQUESTED**

Defendant Cargill, Incorporated ("Cargill") hereby reasserts its Motion to the United States District Court for the District of Minnesota for an Order striking the expert reports and opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson for failing to satisfy the threshold for admissibility under Fed. R. Evid. 702. This Motion was previously set to be heard on November 5, 2004, and has since been rescheduled for January 19, 2006, at 9:00 a.m.

The grounds for this Motion are set forth in a Combined Memorandum of Law and Declaration in support of the Motion previously served and filed, as shall be further established in the argument of counsel at hearing on this motion, and all the files, records, and proceedings herein.

Dated: October 25, 2005

DORSEY & WHITNEY LLP

s/Michael Iwan

Paul B. Klaas (#56327)
Mark Ginder #1016794
Michael Iwan (#28628X)
Ryan E. Mick #0311960
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED