UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CARGILL'S AMENDED NOTICE OF MOTION TO STRIKE EXPERT REPORTS AND OPINIONS OF RONALD L. ADLER, WILLIAM T. BIELBY, AND DAVID W. PETERSON**

**ORAL ARGUMENT REQUESTED**

TO: Plaintiffs above-named and their counsel of record, Joseph Sellers, Esq., Llezlie Green, Esq., Cohen, Milstein, Hausfeld & Toll, 1100 New York Avenue NW, Suite 500, Washington, D.C. 20005; Samuel D. Heins, Esq., Susan E. MacMenamin, Esq., Heins, Mills & Olson, P.L.C., 3550 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402; Adam Gillette, Esq., Nichols, Kaster & Anderson, 4644 IDS Center, 80 South Eighth Street, Minneapolis, MN 55402-2242.

**PLEASE TAKE NOTICE** that on Thursday, January 19, 2006, at 9:00 a.m., before the Honorable Donovan Frank, United States District Court, Courtroom 1, 7th Floor, 180 E. Fifth Street, St. Paul, Minnesota, Defendant Cargill, Incorporated, will move for an Order striking the expert reports and opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson.

This motion shall be based upon all the files, records, and proceedings herein and upon argument of counsel.

Dated: October 25, 2005

DORSEY & WHITNEY LLP

s/Michael Iwan

Paul B. Klaas (#56327)
Mark Ginder #1016794
Michael Iwan (#28628X)
Ryan E. Mick #0311960
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED