UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS**

I hereby certify that on October 25, 2005, I caused the following document(s):

1. Cargill's Amended Motion to Strike Expert Reports and Opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson

2. Cargill's Amended Notice of Motion to Strike Expert Reports and Opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following ECF participants not affiliated with the filing party:

Adam A Gillette gillette@nka.com, henriksen@nka.com
Llezlie Green lgreen@cmht.com, efilings@cmht.com
Samuel D Heins sheins@heinsmills.com, jwestmoreland@heinsmills.com
Susan E MacMenamin smacmenamin@heinsmills.com, jwestmoreland@heinsmills.com
Joseph Sellers jsellers@cmht.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants not affiliated with the filing party:

*Not applicable.*

Dated: October 25, 2005

DORSEY & WHITNEY LLP

s/Michael Iwan
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED