**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al. | ) | |
| Plaintiffs, | ) | CV 01-2086 DWF/AJB |
| v. | ) | **CERTIFICATE OF SERVICE** |
| CARGILL, INC., | ) | |
| Defendant. | ) | |

I, Susan E. MacMenamin, hereby certify that on November 8, 2005, I caused the **Motion for Admission Pro Hac Vice of Christine E. Webber** to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Holly S A Eng eng.holly@dorsey.com,
mcevoy.lori@dorsey.com,myers.sue@dorsey.com

Emily L Fitzgerald fitzgerald.emily@dorsey.com,
schallenberger.dyana@dorsey.com;johnson.lisa@dorsey.com

Adam A Gillette gillette@nka.com, henriksen@nka.com

Mark J Ginder ginder.mark@dorsey.com,
smith.colleen@dorsey.com,stark.mary.jo@dorsey.com

Michael Iwan iwan.michael@dorsey.com,
miwan34@yahoo.com;robbins.suzanne@dorsey.com

Shari L Jerde jerde.shari@dorsey.com,
kelly.laurie@dorsey.com;knutson.sharon@dorsey.com

James H Kaster kaster@nka.com,
geving@nka.com;selander@nka.com;lowther@nka.com

Paul B Klaas klaas.paul@dorsey.com, vallant.tammy@dorsey.com

Ryan E Mick mick.ryan@dorsey.com, trecartin.julie@dorsey.com

Melissa Raphan raphan.melissa@dorsey.com, snarski.karen@dorsey.com

Peter N Thompson pthompson@gw.hamline.edu,

Heather Toft toft.heather@dorsey.com, knutson.sharon@dorsey.com

Dated: November 8, 2005

**HEINS MILLS & OLSON, P.L.C.**

s/Susan E. MacMenamin
Samuel D. Heins (#43576)
Susan E. MacMenamin (#0304396)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Tel: (612) 338-4605
Fax: (612) 338-4692

**Counsel for Plaintiffs**