**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et. al, On Behalf of themselves and all others similarly situated, Plaintiffs, v. CARGILL, INCORPORATED Defendant. | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) CLASS ACTION |

RECEIVED
DEC 1 2 2005
CLERK, U.S. DISTRICT COURT
ST. PAUL, MINNESOTA

## CERTIFICATE OF SERVICE

I, Christine Webber, do hereby certify that on December 9, 2005, I caused Plaintiffs' Opposition to Motion to Strike the Expert Reports and Opinions of Ronald L. Adler, William T. Bielby, and David W. Peterson and Declaration of Christine E. Webber with exhibits in support of same to be mailed by UPS express delivery to:

Paul Klaas, Esq.
Holly Eng, Esq.
Dorsey & Whitney
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1489

DEC 1 2 2005

December 9, 2005

Christine E. Webber (DC Bar No. 439368)
COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

*Counsel for Plaintiffs*