**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | Civil Action No. 01-CV-2086 (DWF/AJB) |

**MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Briefing on Plaintiffs' Motion for Class Certification in this case concluded more than a year ago. Since that time, several events have occurred that warrant supplementation of Plaintiffs' memorandum in support of class certification.

This Court has issued rulings that affect the scope of the class and resulted in the entry of new counsel. First, in its March 22, 2005 Order, this Court ruled that while the four-year statute of limitations period prescribed by 28 U.S.C.A. § 1658(a) governs the claims in this case, a six-year statue of limitations applies to Plaintiffs' promotions claims that were cognizable under 42 U.S.C. § 1981 before the enactment of the Civil Rights Act of 1991, 42 U.S.C. § 2000e-2(k). *See* Order, Mar. 22, 2005, dkt. no. 422, at 3. As a result of this ruling, some of Plaintiffs' promotions claims are governed by a six-year statute of limitations while others are

governed by a four-year statute of limitations. The Court declined, at that time, to determine whether these dual limitations periods are susceptible to class treatment, concluding that the issue was best suited for consideration at the time that class certification is determined. In anticipation of the hearing on class certification set for January 19, 2006, Plaintiffs believe the Court would benefit from additional guidance on the compatibility of their promotion claims with class certification. To this end, Plaintiffs' supplemental reply brief demonstrates that promotions to which the six-year limitations period applies can be readily identified and analyzed on the basis of objective criteria already provided in the database, and are, therefore, compatible with class certification.

Second, as a result of Sprenger & Lang's departure from this case, the named plaintiffs have now selected new counsel to represent the class. As such, Plaintiffs' counsel submits evidence that they will adequately and fairly represent the class.

Third, since briefing concluded in this case, another judge of this Court has certified a class in an employment discrimination case. *See Carlson v. C.H. Robinson Worldwide, Inc.*, No. Civ.02-3780 JNE/JGL, 2005 WL 758602 (D. Minn. Mar. 31, 2005) (Erickson, J.) Judge Erickson's opinion may be of assistance to this Court.

Finally, the passing of named plaintiff and class representative Della

Dickson in July 2005 has altered her ability to serve as a class representative in this case. Plaintiffs' supplemental reply brief demonstrates that the removal of Ms. Dickson as a proposed class representative does not diminish the susceptibility of this case to class treatment.

Accordingly, Plaintiffs respectfully request that the Court grant them leave to file the attached brief supplemental memorandum in support of their motion for class certification.[1]

Dated: December 19, 2005

Respectfully submitted,

By: /s/

Joseph M. Sellers (DC 318410)
Christine E. Webber (DC 439368)
Llezlie L. Green (DC 484051)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:(202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiffs

1/ The Supplemental Memorandum in Support of Plaintiffs' Motion For Class Certification contains 1,679 words. However, since the original briefs were filed by prior counsel before the imposition of word limitations in LR 7.1(c), Plaintiffs do not have a word count for those briefs.

Samuel D. Hines (MN 43576)
Susan MacMenamin (MN 304396)
HEINS MILLS & OLSON
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 412-3557
Facsimile: (612) 338-4692

Attorneys for Plaintiffs

James H. Kaster (MN 53946)
NICHOLS KASTER &
ANDERSON, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 256-3202
Facsimile: (612) 338-4878

Attorneys for Plaintiffs