**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | Civil Action No. 01-CV-2086 (DWF/AJB) |

## NOTICE OF MOTION

Plaintiffs hereby alert the Court and all counsel of record that they will seek the relief set forth in Plaintiffs' Motion For Leave to File Supplemental Memorandum In Support of Plaintiffs' Motion For Class Certification, submitted and served with this notice of motion.

Dated: December 19, 2005

Respectfully submitted,

By: /s/

Joseph M. Sellers (DC 318410)
Christine E. Webber (DC 439368)
Llezlie L. Green (DC 484051)
COHEN, MILSTEIN, HAUSFELD
& TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone:(202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiffs

Samuel D. Hines (MN 43576)
Susan MacMenamin (MN 304396)
HEINS MILLS & OLSON
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 412-3557
Facsimile: (612) 338-4692

Attorneys for Plaintiffs

James H. Kaster (MN 53946)
NICHOLS KASTER &
ANDERSON, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 256-3202
Facsimile: (612) 338-4878

Attorneys for Plaintiffs