UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD et. al,

On Behalf of themselves and all
Others similarly situated,
Plaintiff,

v.

CARGILL, INCORPORATED

Defendant.

CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

I, Llezlie L. Green, certify that Plaintiffs Motion For Leave To File A Supplemental Memorandum In Support Of Plaintiffs' Motion For Class Certification complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1689 words.

Dated: December 19, 2005

COHEN MILSTEIN HAUSFELD & TOLL

/s/

Llezlie L. Green
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600

ATTORNEY FOR PLAINTIFF