**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et. al,<br><br>On Behalf of themselves and all Others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)<br><br>CLASS ACTION<br><br>**Filed Under Seal** |

**DECLARATION OF LLEZLIE L. GREEN**

1. My name is Llezlie L. Green, I am over eighteen years of age, and have knowledge of the facts contained herein.

2. I am counsel for Plaintiffs in the above captioned action.

3. Accompanying this declaration are true and correct copies of the following exhibits:

**Exhibit 1** Declaration of David W. Peterson, P.h.D.

**Exhibit 2** *Carlson v. C.H. Robinson Worldwide, Inc.*, No. Civ.02-3780 JNE/JGL, 2005 WL 758602 (D. Minn. Mar. 31, 2005) (Erickson, J.)

**Exhibit 3** Firm Resume of Cohen Milstein, Hausfeld & Toll, P.L.L.C.

**Exhibit 4** Firm Resume of Heins Mills & Olson, P.L.C.

**Exhibit 5** Declaration of James H. Kaster

I declare under penalty of perjury that the foregoing is true and correct.

Date: December 19, 2005 /s/

Llezlie L. Green