**EXHIBIT 1**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | Civil Action No. 01-CV-2086 (DWF/AJB) |

**DECLARATION OF DAVID W. PETERSON, PH.D.**

1. I am a statistician retained by plaintiffs in this case. For more than twenty years I taught statistics and related subjects at Duke University, first in the school of business administration and later in the statistics department. I also founded and ran PRI Associates, Inc., a statistical consulting and software development company whose primary business was providing technical support to litigation teams on a variety of matters, including the detection and measurement of employment discrimination. I am co-author of the book Use of Statistics in Equal Employment Opportunity Litigation, and author of numerous journal articles on the detection and measurement of discrimination. Over the past thirty years I have been retained by defendant as well as plaintiff legal teams, and my work has been cited with approval by the U. S. Supreme Court. I am currently retired except for occasional consulting engagements.
2. I submitted a report in connection with Plaintiffs' motion for class certification in this case.
3. I am asked in this instance whether, based on data obtained from the defendant in discovery in this case and to which I currently have access, I can identify current or former Cargill

employees who may have claims arising from their failure to be promoted sometime during the period August 23, 1995 and August 22, 1997, inclusive.

4. For reasons given below, I believe that I can.

5. It is my understanding that the employees who may have claims arising during the period in question are African-American employees who had or should have had a reasonable chance at a promotion having one or more of the following characteristics, but who in fact were not promoted at that time. These characteristics are

   a. A promotion from a non-exempt to an exempt position;

   b. A promotion from a non-management to a management position; and

   c. A promotion in which the chain of authority changes.

6. As part of our class certification studies, reported in "Patterns in the Performance Ratings, Promotion, Pay and Termination of African American Employees at Cargill, Inc. from 1995 to 2003," dated April 21, 2004 (revised July 9, 2004), we identified pools of salaried employees who were similarly situated at various times relevant to the period in question with respect to their FLSA status (exempt or non-exempt), division, job group , education level and years of service, and within each cohort of similarly situated employees we compared the success of African-Americans in winning promotion with that of the non-African-American members of the cohort.

7. By re-examining each of these cohorts, we can identify those instances in which a non-promoted African-American member had or should have had an opportunity to win a promotion having one or more of the characteristics listed in 5 above.

8. I am, therefore, able to identify promotion opportunities meeting the criteria discussed above by relying solely upon the data files already provided by the defendant.

I declare under penalty of perjury that the foregoing is true and correct.

David W Peterson

Dated: December 17, 2005

David W. Peterson, Ph.D.