**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| RODERICK ARNOLD, et. al, | ) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |
| On Behalf of themselves and all others similarly situated, | ) | CLASS ACTION |
| Plaintiffs, | ) | |
| v. | ) | |
| CARGILL, INCORPORATED | ) | |
| Defendant. | | |

## CERTIFICATE OF SERVICE

I, Llezlie L. Green, do hereby certify that on December 19, 2005, I caused Plaintiffs' Motion For Leave To File A Supplemental Memorandum In Support Of Plaintiffs' Motion For Class Certification with exhibits in support of same to be mailed by UPS express delivery to:

Paul Klaas, Esq.
Holly Eng, Esq.
Dorsey & Whitney
Suite 1500
50 South Sixth Street
Minneapolis, MN 55402-1489

December 19, 2005

_______________/s/________________

Llezlie L. Green (DC Bar No. 484051)
COHEN, MILSTEIN, HAUSFELD &
TOLL, P.L.L.C.
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, D.C. 20005
(202) 408-4600

*Counsel for Plaintiffs*