**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Della Dickson, Virginia Douglas, Ronald Garrus, Cheneta Hugley, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Phyllis Reece, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, and Sean Wright, on behalf of themselves and all others similarly situated,

Civil No. 01-2086 (DWF/AJB)

Plaintiffs,

v.

**ORDER**

Cargill Incorporated,

Defendant.

---

Adam A. Gillette, Esq., and James H. Kaster, Esq., Nichols Kaster & Anderson; Christine E. Webber, Esq., Joseph M. Sellers, Esq., and Llezlie Green, Esq., Cohen Milstein Hausfeld & Toll, PLLC; and Samuel D. Heins, Esq., and Susan E. MacMenamin, Esq., Heins Mills & Olson, PLC, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark J. Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul B. Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather C. Toft, Esq., Dorsey & Whitney LLP, counsel for Defendant.

Peter N. Thompson, Esq., Hamline University School of Law, Special Master.

---

Upon consideration of the Motion For Leave To File A Supplemental Memorandum In Support Of Plaintiffs' Motion For Class Certification, and for the reasons stated therein, **IT IS HEREBY ORDERED** THAT:

1. Plaintiffs' Motion For Leave To File A Supplemental Memorandum In Support Of Plaintiffs' Motion For Class Certification is **GRANTED**.

Dated: December 21, 2005

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court