UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiff,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING CARGILL'S MEMORANDUM IN RESPONSE TO PLAINTIFFS' SUPPLEMENTAL CLASS CERTIFICATION MEMORANDUM**

I, Michael Iwan, certify that Defendant Cargill's Memorandum in Response to Plaintiffs' Supplemental Class Certification Memorandum complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2000, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the font size in the Memorandum, using Microsoft Word 2000, is Times New Roman 13 point.

I further certify that the above reference memorandum contains 4435 words.

Dated: January 6, 2006

DORSEY & WHITNEY LLP

s/Michael Iwan
Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Michael Iwan (#028628X)
Shari Jerde (#0306551)
Ryan E. Mick (#0311960)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED