UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CERTIFICATE OF SERVICE OF MOTION DOCUMENTS**

I hereby certify that on January 6, 2006, I caused the following document(s):

1. Notification of Conventional Filing of Cargill's Memorandum in Response to Plaintiffs' Supplemental Motion for Class Certification;

2. LR 7.1(c) Word Count Compliance Certificate Regarding Cargill's Memorandum in Response to Plaintiffs' Supplemental Motion for Class Certification;

3. Notification of Conventional Filing of Cargill's Reply Memorandum in Support of Motion to Strike Expert Reports and Opinions; and

4. Notification of Conventional Filing of Confidential Affidavit of Robert Topel

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following ECF participants not affiliated with the filing party:

Adam A Gillette gillette@nka.com, henriksen@nka.com
Llezlie Green lgreen@cmht.com, efilings@cmht.com
Samuel D Heins sheins@heinsmills.com, jwestmoreland@heinsmills.com
Susan E MacMenamin smacmenamin@heinsmills.com, jwestmoreland@heinsmills.com
Joseph Sellers jsellers@cmht.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants not affiliated with the filing party:

*Not applicable.*

I further certify that I caused a copy of the underlying documents referenced in the Notifications listed above to be filed conventionally with the Court and also served upon counsel for Plaintiffs by mailing to them a copy thereof enclosed and sealed in an envelope, postage prepaid, and by depositing the same in the U.S. mails at Minneapolis, Minnesota, directed to said above-named person(s) at the addresses listed below:

*Joseph Sellers, Esq.*
*Llezlie Green, Esq.*
*Cohen, Milstein, Hausfeld & Toll*
*1100 New York Avenue NW, Suite 500*
*Washington, D.C. 20005*

*Samuel D. Heins, Esq.*
*Susan E. MacMenamin, Esq.*
*Heins, Mills & Olson, P.L.C.*
*3550 IDS Center*
*80 South Eighth Street*
*Minneapolis, MN 55402*

*Adam Gillette, Esq.*
*Nichols, Kaster & Anderson*
*4644 IDS Center*
*80 South Eighth Street*
*Minneapolis, MN 55402-2242*

Dated: January 6, 2006

DORSEY & WHITNEY LLP

s/Michael Iwan
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED