**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | Civil Action No. 01-CV-2086 (DWF/AJB)<br><br><u>ORAL ARGUMENT REQUESTED</u> |

**PLAINTIFFS' AMENDED NOTICE OF MOTION FOR CLASS CERTIFICATION**

To: Cargill, Incorporated, and it counsel, Paul Klaas, Mark Ginder, Melissa Raphan, Holly S.A. Eng, and Michael Iwan, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that on Thursday, January 19, 2006, at 9:00 a.m., before the Honorable Donovan Frank, United States District Court, Courtroom 1, 7th Floor, 180 E. Fifth Street, St. Paul, Minnesota, Plaintiffs will move for an order to maintain this action as a class action, based upon the files, records, and proceedings herein and upon argument of counsel.

Dated: January 10, 2006

Respectfully submitted,

By: /s/

Joseph M. Sellers (DC 318410)
Christine E. Webber (DC 439368)
Llezlie L. Green (DC 484051)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiffs

Samuel D. Hines (MN 43576)
Susan E. MacMenamin (MN 304396)
HEINS MILLS & OLSON
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 412-3557
Facsimile: (612) 338-4692

Attorneys for Plaintiffs

James H. Kaster (MN 53946)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 256-3202
Facsimile: (612) 338-4878

Attorneys for Plaintiffs