**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED

Defendant.

Civil Action No. 01-CV-2086 (DWF/AJB)

**PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION OF DAVID W. PETERSON, PH.D.**

In Plaintiffs' Supplemental Class Certification Memorandum, Plaintiffs asserted that their expert, Dr. David Peterson, is able to identify, in the data files produced by Cargill, promotions attributable to the three categories proscribed in *Kim v. Nash*, 123 F.3d 1046 (8th Cir. 1997). *See* Dkt. No. 440. Plaintiffs believed Dr. Peterson's declaration (filed in Dkt. No. 442) enabled the Court and Defendant's counsel and expert to ascertain Dr. Peterson's approach. Defendant's most recent brief and attachments, however, call Plaintiffs' belief into doubt. *See* Dkt. No. 446. As such, Plaintiffs seek to submit a declaration which provides additional insight into Dr. Peterson's approach to identifying, in the data files, the promotions that would be subject to a six-year statute of limitations.

Accordingly, Plaintiffs respectfully move this Court for leave to file the Supplemental Declaration of David W. Peterson, Ph.D.

Dated: January 13, 2006

Respectfully submitted,

By: _____/s/____________________

Joseph M. Sellers (DC 318410)
Christine E. Webber (DC 318410)
Llezlie L. Green (DC 484051)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Attorneys for Plaintiffs

Samuel D. Hines (MN 43576)
Susan E. MacMenamin (MN 304396)
HEINS MILLS & OLSON
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 412-3557
Facsimile: (612) 338-4692

Attorneys for Plaintiffs

James H. Kaster
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 256-3202
Facsimile: (612) 338-4878

Attorneys for Plaintiffs