# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | Civil Action No. 01-CV-2086 (DWF/AJB) |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2006, I caused the following document to be filed electronically with the Clerk of the Court through ECF:

1. **Plaintiffs' Motion For Leave To File A Supplemental Declaration of David W. Peterson, Ph.D.**

and that ECF will send an e-mail notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Holly S.A. Eng, Esq.
Melissa Raphan, Esq.
Michael Iwan, Esq.
Mark Ginder, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

/s/
Llezlie L. Green