**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | Civil Action No. 01-CV-2086 (DWF/AJB) |

**SUPPLEMENTAL DECLARATION OF DAVID W. PETERSON, PH.D.**

1. I am a statistician retained by plaintiffs in this case. My background and qualifications are outlined in my December 17, 2005 Declaration to which this is a supplement.
2. In that Declaration, I indicated that I believe I can identify current or former Cargill employees who may have claims arising from their failure to be promoted sometime during the period August 23, 1995 and August 22, 1997, inclusive, using only the data files to which I currently have access.
3. In Dr. Richard Topel's January 6, 2006 Affidavit, he responds to my Declaration, indicating that it is unclear just how I would identify instances of a potential transition from a non-management to a management job, and how I would identify instances of a potential transition between jobs that involve a change in chain of authority.
4. To detect potential transitions from non-managerial jobs to managerial jobs, I would rely on the EEO category code associated with those jobs in the data base. One of the EEO job categories is "Officials and Managers," and I would consider jobs associated with this category code as managerial. Any job associated with an EEO category other than this I would consider non-managerial.
5. To detect potential job transitions involving a change in chain of authority, I would rely on the information in the data base regarding organizational affiliation such as division and divisional subunit. A potential transition involving a change in organizational affiliation I would consider a change in chain of authority.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 11, 2006

David W. Peterson

____________________________________

David W. Peterson, Ph.D.