# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CIVIL MOTION HEARING

RODERICK ARNOLD, ET AL.,

Plaintiff,

v.

CARGILL, INC.,

Defendant.

**COURT MINUTES**
BEFORE: DONOVAN W. FRANK
U.S. Judge

| | |
|---|---|
| Case No: | 01-2086(DWF/AJB) |
| Date: | January 19, 2006 |
| Court Reporter: | JEANNE ANDERSON |
| Time Commenced: | 9:00 |
| Time Concluded: | 1:30 |
| Time in Court: | 4 Hour & 30 Minutes |

Hearing on: **PLTFS. MOTION FOR CLASS CERTIFICATION (250)**
**DEFTS. MOTION TO STRIKE EXPERT REPORTS (431)**
Taken Under Advisement

APPEARANCES:

Plaintiff: JOSEPH SELLERS, JAMES KASTER, CHRISTINE WEBBER, LLEZLIE GREEN
Defendant: PAUL KLAAS, HOLLY ENG

**IT IS ORDERED:

☐ **Submitted** ☐ **Sustained** ☐ **Overruled**
☐ Brief time set:
☐ Written order forthcoming.

s/Lowell Lindquist
Deputy Clerk