**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INC.,

Defendant.

Civil Action No. 01-2086 DWF/AJB

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**

Pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Barbara J. Felt of Heins Mills & Olson, P.L.C. is substituted in this case as counsel for Plaintiffs in place of withdrawing counsel Susan E. MacMenamin (MN #0304396), formerly of Heins Mills & Olson, P.L.C.

Dated: February 9, 2005

**HEINS MILLS & OLSON, P.L.C.**

s/ Barbara J. Felt

Samuel D. Heins (MN #43576)
Barbara J. Felt (MN #0228564)
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 338-4605
Facsimile: (612) 338-4692

**COHEN MILSTEIN HAUSFELD & TOLL P.L.L.C.**

Joseph M. Sellers (DC #318410)
Christine E. Webber (DC #439368)
Llezlie L. Green (DC #484051)
1100 New York Ave. NW
Suite 500 West
Washington, DC 20005-3964
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

**NICHOLS KASTER & ANDERSON, PLLP**

James H. Kaster (MN #53946)
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone (612) 256-3202
Facsimile: (612) 338-4878

*Counsel for Plaintiffs*