**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | Civil Action No. 01-CV-2086 (DWF/AJB) |

**NOTICE OF MOTION FOR SUBSTITUTION**

Plaintiffs hereby alert the Court and all counsel of record that they will seek the relief set forth in Plaintiffs' Motion For Substitution, submitted and served with this notice of motion.

Dated: February 28, 2006

Respectfully submitted,

By: /s/Llezlie L. Green

Joseph M. Sellers (DC 318410)
Christine E. Webber (DC 439368)
Llezlie L. Green (DC 484051)
COHEN, MILSTEIN, HAUSFELD & TOLL P.L.L.C.
1100 New York Avenue, N.W.
Suite 500, West Tower
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699

Samuel D. Hines (MN 43576)
Barbara J. Felt (MN 0228564)
HEINS MILLS & OLSON
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 412-3557
Facsimile: (612) 338-4692

James H. Kaster (MN 53946)
NICHOLS KASTER & ANDERSON, PLLP
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242
Telephone: (612) 256-3202
Facsimile: (612) 338-4878

Attorneys for Plaintiffs