UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD et. al,

On Behalf of themselves and all Others similarly situated,
Plaintiff,

v.

CARGILL, INCORPORATED

Defendant.

CIVIL ACTION NO. 01-CV-2086 (DWF/AJB)

**LR 7.1(c) WORD COUNT COMPLIANCE CERTIFICATE**

I, Llezlie L. Green, certify that Plaintiffs' Motion For Substitution complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word Version 2002, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above referenced memorandum contains 1,134 words.

Dated: February 28, 2006

COHEN MILSTEIN HAUSFELD & TOLL

/s/ Llezlie L. Green

Llezlie L. Green
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005
Telephone: (202) 408-4600

ATTORNEY FOR PLAINTIFFS