**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CARGILL, INCORPORATED<br><br>Defendant. | Civil Action No. 01-CV-2086 (DWF/AJB) |

## DECLARATION OF LLEZLIE L. GREEN

1. My name is Llezlie L. Green, I am over eighteen years of age, and have knowledge of the facts contained herein.

2. I am counsel for Plaintiffs in the above captioned action.

3. Accompanying this declaration are true and correct copies of the following exhibits:

**Exhibit A** Death Certificate of Della Y. Dickson

**Exhibit B** Letters Testamentary re: Estate of Della Y. Dickson

I declare under penalty of perjury that the foregoing is true and correct.

2/28/06
Date

Llezlie L. Green
Llezlie L. Green

# Exhibit A

STATE OF MINNESOTA
CERTIFICATION OF VITAL RECORD

# DEATH CERTIFICATE

| | | |
|---|---|---|
| DECEDENT'S NAME | **DELLA Y DICKSON** | |
| DECEDENT'S ALIAS | | |
| SEX, SOCIAL SECURITY NUMBER | **FEMALE 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** | |
| RESIDENCE (COUNTY AND CITY, STATE) | **HENNEPIN** | **EDEN PRAIRIE, MINNESOTA** |
| DATE AND PLACE OF BIRTH | **JANUARY 05, 1955** | **KANSAS CITY, MISSOURI** |
| MARITAL STATUS | **NEVER MARRIED** | |
| PARENT(S) NAME(S) | **LEONARD RIFE**<br>**MARY MCDANIEL** | |
| DATE OF DEATH | **JULY 24, 2005** | |
| PLACE OF DEATH (COUNTY AND CITY) | **HENNEPIN** | **SAINT LOUIS PARK** |
| FUNERAL HOME | **ESTES FUNERAL CHAPEL** | |
| CAUSE OF DEATH IMMEDIATE | **PULMONARY EMBOLISM** | |
| UNDERLYING | **RIGHT TOTAL HIP ARTHROPLASTY FOR DEGENERATIVE HIP** | |
| CONTRIBUTING CONDITIONS | **MORBID OBESOTY; HYPERTENSION; CROHN'S DISEASE** | |
| MANNER | **NATURAL** | |
| CORONER, MEDICAL EXAMINER OR PHYSICIAN | **DEAN A KAIHOI M.D.**<br>**8455 FLYING CLOUD DRV, EDEN PRAIRIE, MINNESOTA 55344** | |

27A-0050831

THIS IS A TRUE AND OFFICIAL RECORD OF THE DEATH REGISTERED IN THE OFFICE OF THE STATE REGISTRAR. ***DATE FILED: JULY 26, 2005***

*0050831*

*PLACE ISSUED:* HENNEPIN

*DATE ISSUED:* JULY 27, 2005

Barbara A. Carter
*STATE REGISTRAR*

THE GREAT SEAL OF THE STATE OF MINNESOTA · L'ETOILE DU NORD · 1858

MINNESOTA DEPARTMENT OF HEALTH · OFFICE OF THE STATE REGISTRAR · L'ETOILE DU NORD

# Exhibit B

**STATE OF MINNESOTA**

**COUNTY OF HENNEPIN**

**FOURTH JUDICIAL DISTRICT COURT**

**PROBATE MENTAL HEALTH DIVISION**

---

In Re: Estate of

**<u>Della Yvonne Dickson,</u>**
**<u>also known as</u>**
**<u>Della Y. Dickson,</u>**
Deceased

**LETTERS TESTAMENTARY**
**MN. STAT. 524.3-601**
**(UNSUPERVISED)**

**FILE NO. 27-PA-PR-05-1391**

---

The above named decedent having died on July 24, 2005, and

**Janice Lintz and Pinkie Odessa Peake,** having been appointed and qualified,

are hereby authorized to act as Personal Representatives according to law.

**(COURT SEAL)**

Julie Peterson
Julie Peterson
Probate Registrar

8/30/2005
Date

STATE OF MINNESOTA, COUNTY OF HENNEPIN
Certified to be a true and correct copy of the original on file and of record in my office. I further certify said Letters are in full force and effect.

SEP - 1 2005

Dist Ct. Administrator

By Julie West