**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

RODERICK ARNOLD, et. al., on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED

Defendant.

Civil Action No. 01-CV-2086 (DWF/AJB)

**CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2006, I caused the following documents to be filed electronically with the Clerk of the Court through ECF:

1. Motion For Substitution
2. Notice of Motion For Substitution
3. Suggestion of Death and Memorandum In Support of Motion For Substitution
4. Declaration of Llezlie L. Green with Exhibits A and B
5. LR 7.1(c) Word Count Compliance Certificate

and that ECF will send an e-mail notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Holly S.A. Eng, Esq.
Melissa Raphan, Esq.
Michael Iwan, Esq.
Mark Ginder, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

______/s/________________
Llezlie L. Green