**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-2086 (DWF/AJB)

Roderick Arnold; Nii-Akwei Acquaye; Sean Allen; Hollis Branham; Toya Brown; Dawn Collins; Louis Darden; Janice Lintz, Personal Representative of the estate of Della Y. Dickson, deceased; Virgina Douglas; Ronald Garrus; Cheneta Hugley; Jacqueline Jenkins; Keith Lewis; Valerie Mason-Robinson; Michael Mitchell; Phyllis Reece; Tonya Ross; Charles Scott; Clintonia Simmons; Tausha Tate; Emily Tyler; Jacqueline Williams; Cheryl Willis; and Sean Wright, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

**ORDER**

Cargill Incorporated,

Defendant.

---

Adam A. Gillette, Esq., and James H. Kaster, Esq., Nichols Kaster & Anderson, PLLP; Samuel D. Heins, Esq., and Barbara J. Felt, Esq., Heins Mills & Olson; and Joseph M. Sellers, Esq., Llezlie Green, Esq., and Christine E. Webber, Esq., Cohen Milstein Hausfeld & Toll, PLLC - DC, counsel for Plaintiffs.

Holly S.A. Eng, Esq., Mark J. Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul B. Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather C. Toft, Esq., Dorsey & Whitney - Mpls, counsel for Defendant.

Peter N. Thompson, Esq., Hamline University School of Law, Special Master.

---

Upon review of Plaintiffs' Suggestion of Death And Motion For Substitution, and for the reasons stated therein,

**IT IS HEREBY ORDERED**:

1. That Plaintiff's Motion For Substitution be, and hereby the same, is **GRANTED**; and

2. That Janice Lintz, Personal Representative of the estate of Della Y. Dickson is substituted as a Named Plaintiff in the place of Della Y. Dickson.

Dated: March 2, 2006

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court