UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, ET AL.,

Plaintiff,

v.

CARGILL INCORPORATED,

Defendant.

Civil No. 01-2086 DWF/AJB

NOTICE OF
STATUS CONFERENCE

---

You are hereby given notice that a status conference in the above captioned matter will be held on September 21, 2006 at 10:30 a.m., in Chambers 8E, 300 South Fourth Street, Minneapolis, MN, before the undersigned Magistrate Judge.

Dated: July 24, 2006

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge