UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, ET AL., Civil No. 01-2086 DWF/AJB

Plaintiff,

v. **AMENDED** NOTICE OF STATUS CONFERENCE

CARGILL INCORPORATED,

Defendant.

---

You are hereby given notice that a status conference in the above captioned matter will be held on September 21, 2006 at 10:30 a.m., **in Suite 720, 180 East Fifth Street, St. Paul**, MN, before the undersigned Magistrate Judge.

Dated: September 11, 2006

s/ Arthur J. Boylan
Arthur J. Boylan
United States Magistrate Judge