# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## STATUS CONFERENCE

Arnold, et al.,

Plaintiff,

v.

Cargill, Incorporated,

Defendant.

**COURT MINUTES**
Case Number:01-2086 DWF/AJB

| | |
|---|---|
| Date: | 9/21/06 |
| Time Commenced: | 11:00 a.m. |
| Time Concluded: | 11:30 a.m. |
| Time in Court: | 30 Minutes |

Status Conference held before Arthur J. Boylan, United States Magistrate District Judge, at St. Paul, Minnesota.

The plaintiffs are to alert the court and the defendant by November 15, 2006, which of the individual plaintiffs wish to proceed. Plaintiff's counsel shall also send a letter to defendant to inform the defendant what the settlement demand is for each plaintiff. Before December 22, 2006, the parties are to meet and confer as to each plaintiff to see whether or not they can settle that plaintiff's claim. As to each plaintiff whose case is not settled, each party is to supply the court with a letter setting forth it's settlement position as to that plaintiff. Said letters should be filed with the court no later than 12:00 Noon on January 3, 2007. A settlement conference will take place before Magistrate Judge Boylan on Thursday, January 4, 2007, commencing at 9:00 a.m., in St. Paul, Minnesota.

s/ Kathy Thobe
Judicial Assistant