# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Arnold, et al., Plaintiff, | ) | COURT MINUTES - CIVIL<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge |
| v. | ) | Case No: 01cv2086 DWF/AJB<br>Date: 1/4/06<br>Court Reporter:<br>Time Commenced: 9:00 a.m.<br>Time Concluded: 3:45 p.m.<br>Time in Court: 6 Hours & 45 Minutes |
| Cargill Inc., Defendant. | ) | |

Hearing on: **Settlement Conference**

APPEARANCES:

Plaintiff: James Kaster, Joseph Sellers, Llezlie Green, Matthew Helland, David Schlesinger
Defendant: Paul Klaas, Holly Eng

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- ☐ Settlement reached. Terms stated on the record.
- √ Settlement conference is continued to January 18, 2007, at 9:00 a.m. in Room 8E, 300 South Fourth Street, Minneapolis, MN.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

s/KAT
Judicial Assistant