**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Roderick Arnold, et al.,

Plaintiffs,

v.

Cargill, Incorporated,

Defendant.

Court File No. 01-2086 (DWF/AJB)

**NOTICE OF WITHDRAWAL OF COUNSEL**

---

PLEASE TAKE NOTICE that pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, Adam A. Gillette is no longer with the law firm of Nichols Kaster & Anderson, PLLP, and is hereby withdrawn as counsel of record for Plaintiff. James H. Kaster and David E. Schlesinger of Nichols Kaster & Anderson, PLLP will remain counsel of record for Plaintiff, Roderick Arnold in the above named matter.

Dated: 5-14-07

s/ James H. Kaster
James H. Kaster (#53946)
David E. Schlesinger (#387009)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878

**ATTORNEYS FOR PLAINTIFF**