**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Roderick Arnold, et al., Court File No. 01-2086 (DWF/AJB)

Plaintiffs,

v.

**NOTICE OF APPEARANCE OF COUNSEL**

Cargill, Incorporated,

Defendant.

---

PLEASE TAKE NOTICE that pursuant to Rule 83.7(b) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorney hereby notifies the Court and counsel that Plaintiffs have retained David E. Schlesinger as counsel in this case.

Dated: 5-14-07

s/David E. Schlesinger________________
James H. Kaster (#53946)
Adam A. Gillette (#328532)
David E. Schlesinger (#387009)
**NICHOLS KASTER & ANDERSON, PLLP**
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Fax: (612) 338-4878

**ATTORNEYS FOR PLAINTIFF**