**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Roderick Arnold, et al., v. Cargill, Incorporated
Court File No. 01-2086 (DWF/AJB)

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2007 I caused the following document:

1. Notice of Appearance of Counsel.

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Holly S A Eng eng.holly@dorsey.com, zimmerman.tammy@dorsey.com; meyers.sue@dorsey.com

Barbara J Felt bfelt@heinsmills.com, jwestmoreland@heinsmills.com

Emily L Fitzgerald fitzgerald.emily@dorsey.com, schallenberger.dyana@dorsey.com; johnson.lisa@dorsey.com

Mark Ginder ginder.mark@dorsey.com, smith.colleen@dorsey.com, stark.mary.jo@dorsey.com

Samuel D Heins sheins@heinsmills.com

Michael Iwan ! iwan.michael@dorsey.com, miwan34@yahoo.com; robbins.suzanne@dorsey.com

Shari L Jerde jerde.shari@dorsey.com, buresh.cassie@dorsey.com

Paul B Klaas klaas.paul@dorsey.com, vallant.tammy@dorsey.com

Ryan E Mick mick.ryan@dorsey.com, trecartin.julie@dorsey.com

Melissa Raphan raphan.melissa@dorsey.com, trecartin.julie@dorsey.com

Peter N Thompson pthompson@gw.hamline.edu,

Heather C Toft ! toft.heather@dorse! y.com, j ohnson.tiffany@dorsey.com

---

Dated: 5/14/07 **NICHOLS KASTER & ANDERSON, PLLP**

s/David E. Schlesinger_________
James H. Kaster, #53946
David E. Schlesinger, #387009
4600 IDS Center, 80 So. 8th Street
Minneapolis, MN 55402
Telephone (612) 256-3200
Facsimile (612) 338-4878

**ATTORNEYS FOR PLAINTIFF**