✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Roderick Arnold, Nii-Akwei Acquaye,
Sean Allen, Hollis Branham, Toya Brown,
Dawn Collins, Louis Darden, Virginia Douglas,
Ronald Garrus, Cheneta Hugley, Jacqueline
Jenkins,Keith Lewis, Valerie Mason-Robinson,
Michael Mitchell, Phyllis Reece, Ronya Ross,
Charles Scott,Clintonia Simmons, Tausha Tate,
Emily Tyler,Jacqueline Williams, Cheryl Willis,
Sean Wright, on behalf of thmselves and all
others similarly situated, and Janie Lintz, as
Personal Representative of the Plaintiffs

V.

Cargill Incorporation

## JUDGMENT IN A CIVIL CASE

Case Number: 01-2086 DWF/AJB

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. Pursuant to the Stipulation of the parties

IT IS ORDERED AND ADJUDGED THAT:
that the above-entitled matter is **DISMISSED WITH PREJUDICE** as it relates to the claims of Plaintiff CHENETA HUGHEY ONLY**.**

June 1, 2007
Date

RICHARD D. SLETTEN, CLERK

s/G. Schneider
(By) G. Schneider, Deputy Clerk