# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Arnold, et al., Plaintiff, | ) | COURT MINUTES - CIVIL<br>BEFORE: Arthur J. Boylan<br>U.S. Magistrate Judge |
| v. | ) | Case No: 01-2086 DWF/AJB |
| | ) | Date: 6/25/07 |
| Cargill, Inc., | ) | Court Reporter: |
| | ) | Time Commenced: 9:00 a.m. |
| Defendant. | ) | Time Concluded: 10:30 a.m. |
| | ) | Time in Court: 1 Hour & 30 Minutes |

Hearing on: **Settlement Conference**

APPEARANCES:

Plaintiff: James Kaster, David Schlesinger
Defendant: Holly Eng

PROCEEDINGS:

- ☐ Evidence by ☐ Plaintiff ☐ Defendant ☐ Other:
- ☐ Defendant placed under oath and excused to meet with the government to answer questions regarding financial status.
- ☐ Defendant failed to appear. Court grants government's oral motion for an order for the defendant to show cause why (s)he should not be held in contempt.
- ☐ Initial pretrial conference held.
- ☐ Final pretrial conference held.
- ☐ Appearances made on the record. Procedures to be followed for the settlement conference stated. Conference continued off the record.
- √ Settlement discussions held.
- ☐ No settlement reached.
- ☐ Status conference.
- ☐ Dates discussed for the progression of the case.

s/KAT
Judicial Assistant