UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-CV-2086 (DWF/AJB)

**STIPULATION FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF SEAN ALLEN**

It is hereby stipulated and agreed by and between Plaintiff Sean Allen and Defendant Cargill, Incorporated, that all claims against Defendant Cargill, Incorporated, shall be dismissed with prejudice.

**SO STIPULATED:**

Dated: June 27, 2007

COHEN, MILSTEIN, HAUSFELD & TOLL, P.L.L.C.

Llezlie Green

Joseph Sellers (D.C. Bar No. 318410)
Llezlie Green (D.C. Bar No. 484051)
1100 New York Ave., N.W.
West Tower, Suite 500
Washington, DC 2005
Telephone: (202) 408-4653

NICHOLS KASTER & ANDERSON PLLP
James H. Kaster
4600 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2242

Attorneys for Plaintiffs

Dated: May 29, 2007

DORSEY & WHITNEY LLP

Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED