**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Civil No. 01-2086 (DWF/AJB)

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Virginia Douglas, Ronald Garrus, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, Sean Wright, on behalf of themselves and all others similarly situated, Janie Lintz, as Personal Representative of the estate of Della Y. Dickson, Michael Wint, Vivian Little, and Anthony McDowell,

Plaintiffs,

v.

Cargill Incorporated,

Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF CHARLES SCOTT**

---

Adam A. Gillette, Esq., and James H. Kaster, Esq., Nichols Kaster & Anderson, PLLP; Barbara J. Felt, Esq., and Samuel D. Heins, Esq., Heins Mills & Olson, PLC; and Christine E. Webber, Esq., Joseph M. Sellers, Esq., Llezlie Green, Esq.,Cohen Milstein Hausfeld & Toll, PLLC, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul B. Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather C. Toft, Esq., Dorsey & Whitney, LLP, counsel for Defendant.

Peter N. Thompson, Esq., Hamline University School of Law, Special Master.

---

Pursuant to the parties' Stipulation for Dismissal With Prejudice of the Claims of Plaintiff Charles Scott (Doc. Nos. 483 and 484),

**IT IS HEREBY ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE** as it relates to the claims of Plaintiff Charles Scott.

**LET JUDGMENT BE ENTERED ACCORDINGLY WITH RESPECT TO PLAINTIFF CHARLES SCOTT ONLY.**

Dated: July 2, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court