**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Toya Brown, Louis Darden, Virginia Douglas, Ronald Garrus, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Tonya Ross, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, Sean Wright, on behalf of themselves and all others similarly situated, Janie Lintz, as Personal Representative of the estate of Della Y. Dickson, Michael Wint, Vivian Little, and Anthony McDowell,

Civil No. 01-2086 (DWF/AJB)

Plaintiffs,

v.

Cargill Incorporated,

Defendant.

**ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF SEAN WRIGHT**

---

Adam A. Gillette, Esq., and James H. Kaster, Esq., Nichols Kaster & Anderson, PLLP; Barbara J. Felt, Esq., and Samuel D. Heins, Esq., Heins Mills & Olson, PLC; and Christine E. Webber, Esq., Joseph M. Sellers, Esq., Llezlie Green, Esq.,Cohen Milstein Hausfeld & Toll, PLLC, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul B. Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather C. Toft, Esq., Dorsey & Whitney, LLP, counsel for Defendant.

Peter N. Thompson, Esq., Hamline University School of Law, Special Master.

---

Pursuant to the parties' Stipulation for Dismissal With Prejudice of the Claims of Plaintiff Sean Wright (Doc. No. 488),

**IT IS HEREBY ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE** as it relates to the claims of Plaintiff Sean Wright.

**LET JUDGMENT BE ENTERED ACCORDINGLY WITH RESPECT TO PLAINTIFF SEAN WRIGHT ONLY.**

Dated: July 2, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court