**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Louis Darden, Ronald Garrus, Michael Mitchell, Tausha Tate, Cheryl Willis, on behalf of themselves and all others similarly situated, and Janie Lintz, as Personal Representative of the estate of Della Y. Dickson,

Plaintiffs,

v.

Cargill Incorporated,

Defendant.

Civil No. 01-2086 (DWF/AJB)

**ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF MICHAEL MITCHELL**

---

Adam A. Gillette, Esq., and James H. Kaster, Esq., Nichols Kaster & Anderson, PLLP; Barbara J. Felt, Esq., and Samuel D. Heins, Esq., Heins Mills & Olson, PLC; and Christine E. Webber, Esq., Joseph M. Sellers, Esq., Llezlie Green, Esq.,Cohen Milstein Hausfeld & Toll, PLLC, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul B. Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather C. Toft, Esq., Dorsey & Whitney, LLP, counsel for Defendant.

Peter N. Thompson, Esq., Hamline University School of Law, Special Master.

---

Pursuant to the parties' Stipulation for Dismissal With Prejudice of the Claims of Plaintiff Michael Mitchell (Doc. No. 501),

**IT IS HEREBY ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE** as it relates to the claims of Plaintiff Michael Mitchell.

**LET JUDGMENT BE ENTERED ACCORDINGLY WITH RESPECT TO PLAINTIFF MICHAEL MITCHELL ONLY.**

Dated: July 2, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court