**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Roderick Arnold, Nii-Akwei Acquaye, Ronald Garrus, Tausha Tate, and Cheryl Willis, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

Cargill Incorporated,

Defendant.

Civil No. 01-2086 (DWF/AJB)

**ORDER FOR DISMISSAL WITH PREJUDICE OF THE CLAIMS OF PLAINTIFF RODERICK ARNOLD**

---

Adam A. Gillette, Esq., and James H. Kaster, Esq., Nichols Kaster & Anderson, PLLP; Barbara J. Felt, Esq., and Samuel D. Heins, Esq., Heins Mills & Olson, PLC; and Christine E. Webber, Esq., Joseph M. Sellers, Esq., Llezlie Green, Esq.,Cohen Milstein Hausfeld & Toll, PLLC, counsel for Plaintiffs.

Holly S. A. Eng, Esq., Mark Ginder, Esq., Melissa Raphan, Esq., Michael Iwan, Esq., Paul B. Klaas, Esq., Ryan E. Mick, Esq., Shari L. Jerde, Esq., Emily L. Fitzgerald, Esq., and Heather C. Toft, Esq., Dorsey & Whitney, LLP, counsel for Defendant.

Peter N. Thompson, Esq., Hamline University School of Law, Special Master.

---

Pursuant to the parties' Stipulation for Dismissal With Prejudice of the Claims of Plaintiff Roderick Arnold (Doc. No. 505),

**IT IS HEREBY ORDERED** that the above-entitled matter is **DISMISSED WITH PREJUDICE** as it relates to the claims of Plaintiff Roderick Arnold.

**LET JUDGMENT BE ENTERED ACCORDINGLY WITH RESPECT TO PLAINTIFF RODERICK ARNOLD ONLY.**

Dated: July 2, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court