✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Roderick Arnold, Nii-Akwei Acquaye, Sean Allen, Hollis Branham, Toya Brown, Dawn Collins, Louis Darden, Virginia Douglas, Ronald Garrus, Jacqueline Jenkins, Keith Lewis, Valerie Mason-Robinson, Michael Mitchell, Tonya Ross, Charles Scott, Clintonia Simmons, Tausha Tate, Emily Tyler, Jacqueline Williams, Cheryl Willis, Sean Wright, Janice Lintz, Steven Wint, Vivian Little, Anthony McDowell

V.

Cargill Incorporated

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-cv-2086 (DWF/AJB)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-entitled matter is DISMISSED WITH PREJUDICE as it related to the claims of Plaintiff Sean Allen.

July 3, 2007
Date

RICHARD D. SLETTEN, CLERK

s/Katie Thompson
(By) Katie Thompson, Deputy Clerk