**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil No. 01-2086 (DWF/AJB)

**ORDER FOR DISMISSAL WITH PREJUDICE OF PLAINTIFFS' CLAIMS**

This matter came on for a final settlement conference before the Honorable Magistrate Judge Arthur J. Boylan on June 25, 2007. The claims of all of the Named Plaintiffs have been settled and/or otherwise voluntarily dismissed to the mutual satisfaction of the parties and the matters of attorneys' fees and costs have been resolved with respect to the law firms of Cohen Millstein Hausfeld & Toll, PLLC; Nichols Kaster & Anderson, PLLP; and Heins Mills & Olson, PLC.

It is further ordered that Cohen Millstein Hausfeld & Toll, PLLC and Nichols Kaster & Anderson, PLLP, attorneys for Plaintiffs, shall notify the law firm of Sprenger & Lang, PLLC, of this order by serving a copy of it upon them via certified mail within 3 days from the date of entry of the same.

The Parties and their respective counsel, both present and past, are hereby notified that the above-referenced action will be **DISMISSED, WITH PREJUDICE,** in its entirety, 30 days from the date of entry of this Order.

**SO ORDERED.**

Dated: July 10, 2007

s/Donovan W. Frank
DONOVAN W. FRANK
Judge of United States District Court