UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated, | ) | Civil Action No. 01-CV-2086 (DWF/AJB) |
| *Plaintiffs,* | ) | **NOTICE OF MOTION AND MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES** |
| v. | ) | |
| CARGILL, INCORPORATED, | ) | |
| *Defendant.* | ) | |

TO: Cargill, Incorporated, and its counsel, Paul Klaas and Holly S.A. Eng, Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, Minnesota 55402.

PLEASE TAKE NOTICE that on Friday, October 5, 2007 at 10:00 a.m., before the Honorable Donovan W. Frank, 180 E. 5th Street, Courtroom 1, St. Paul, Minnesota 55101, Sprenger & Lang, PLLC will move the court for an order approving an award of attorneys' fees and reimbursement of expenses to Sprenger & Lang, PLLC.

This motion is based upon 42 U.S.C. § 1988(b), Federal Rule of Civil Procedure 54(d), the memorandum of law filed with the Court, and all the files and pleadings in this matter.

Dated: August 8, 2007

SPRENGER & LANG, PLLC

By: *s/Susan M. Coler*
Susan M. Coler (MN Bar No. 217621)
310 Fourth Avenue South
Suite 600

Minneapolis, MN 55415
(612) 871-8910
(612) 871-9270 [facsimile]

Michael D. Lieder (DC Bar No. 444273)
1400 Eye Street N.W.
Suite 500.
Washington, D.C. 20005
(202) 265-8010
(202) 332-6652 [facsimile]