UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

| | | |
|---|---|---|
| RODERICK ARNOLD, et al., on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-2086 (DWF/AJB) |

**NOTIFICATION OF CONVENTIONAL FILING**

**OF**

**EXHIBIT A TO THE DECLARATION OF MICHAEL D. LIEDER IN SUPPORT OF SPRENGER & LANG, PLLC'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

**[FILED UNDER SEAL]**

---

This filing is in conventional or physical form only, and is on file with the Clerk's Office. If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Documents (*PDF file size larger than the e-filing system allows*)

___ Unable to Scan Documents

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item(s) Under Seal* (See Docket No. 144)
Exhibit A

___ Conformance with the Judicial Conference Privacy Policy (General Order 53)

___ Other (description):

Dated: August 8, 2007

SPRENGER & LANG, PLLC

By: *s/Susan M. Coler*

Susan M. Coler (MN Bar No. 217621)
310 Fourth Avenue South
Suite 600
Minneapolis, MN 55415
(612) 871-8910
(612) 871-9270 [facsimile]

Michael D. Lieder (DC Bar No. 444273)
1400 Eye Street N.W.
Suite 500.
Washington, D.C. 20005
(202) 265-8010
(202) 332-6652 [facsimile]