# Exhibit "B"

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 166973 | 11/30/2001 | MN office | Court & Witness Fees | complaint filing fee 11/14/01 | $ 150.00 |
| | | | **Court & Witness Fees Total** | | $ 150.00 |
| 188588 | 7/1/2002 | MN office | Court Reporter | Condensation of copies by Paradigm Reporting & Captioning Inc on 6/24/02 .Invoice #18673 | $ 749.40 |
| 188589 | 7/1/2002 | MN office | Court Reporter | Condensation of copies by Paradigm Reporting & Captioning Inc on 6/24/02 .Invoice #18671 | $ 596.80 |
| 188988 | 7/8/2002 | MN office | Court Reporter | Condensed copy ASCII Disk word index, Exhibits and delivery charges by Paradigm Reporting & Captioning Inc.Invoice # 18768. | $ 544.95 |
| 188989 | 7/8/2002 | MN office | Court Reporter | Condensed copy ASCII Disk word index, Exhibits and delivery charges by Paradigm Reporting & Captioning Inc.Invoice # 18766. | $ 599.95 |
| 188994 | 7/8/2002 | MN office | Court Reporter | Copying of transcript of Michael Mitchell ,Vol 1 by Paradigm Reporting & Captioning Inc on June 18 2002.Invoice #18713. | $ 523.60 |
| 188995 | 7/8/2002 | MN office | Court Reporter | Copying of transcript of Michael Mitchell ,Vol 1 by Paradigm Reporting & Captioning Inc on June 18 2002.Invoice #18711. | $ 326.00 |
| 188998 | 7/8/2002 | MN office | Court Reporter | Transcription of taped hearing before Magistrate Judge Boylan on 4th June 2002 in the case of Arnold vs Cargil by Leslie Pinkley.Invoice #1051 | $ 225.88 |
| 191561 | 8/5/2002 | MN office | Court Reporter | Regular copy transcript of Keith Lewis , Vol 1by Paradigm Reporting & Captioning Inc .Invoice #19186 | $ 522.15 |
| 191562 | 8/5/2002 | MN office | Court Reporter | Regular copy transcript of Keith Lewis , Vol 2 by Paradigm Reporting & Captioning Inc .Invoice #19188 | $ 371.95 |
| 191563 | 8/5/2002 | MN office | Court Reporter | Regular copy transcript of Cheneta Hughey , Vol 2 by Paradigm Reporting & Captioning Inc .Invoice #19225 | $ 121.40 |
| 191564 | 8/5/2002 | MN office | Court Reporter | Regular copy transcript of Cheneta Hughey , Vol 1 by Paradigm Reporting & Captioning Inc .Invoice #19223 | $ 428.75 |
| 191567 | 8/5/2002 | MN office | Court Reporter | Regular copy transcript of Jacqueline Jenkins, volume 2 by Paradigm Reporting & Captioning Inc. Invoice # 19158 | $ 596.20 |
| 191568 | 8/5/2002 | MN office | Court Reporter | Regular copy transcript of Jacqueline Jenkins, volume 1 by Paradigm Reporting & Captioning Inc. Invoice # 19158 | $ 689.10 |
| 196239 | 9/17/2002 | MN office | Court Reporter | Regular copy transcript of Jacqueline Williams vol. 1by Paradigm Reporting & Captioning | $ 419.80 |
| 196240 | 9/17/2002 | MN office | Court Reporter | Regular copy transcript of Jacqueline Williams vol. 2 by Paradigm Reporting & Captioning | $ 340.70 |
| 196258 | 9/17/2002 | MN office | Court Reporter | Condensed Copy of ASCII disk, word index, exhibits - done by Paradigm reporting & Captioning, Inc | $ 495.80 |
| 196259 | 9/17/2002 | MN office | Court Reporter | Condensed Copy of ASCII disk, word index, exhibits - done by Paradigm reporting & Captioning, Inc. | $ 209.80 |
| 197000 | 9/30/2002 | MN office | Court Reporter | Paradigm Reporting & Captioning services provide : Copy of transcript of Sean Wright | $ 717.55 |
| 197001 | 9/30/2002 | MN office | Court Reporter | Paradigm Reporting & Captioning services provide : Copy of transcript of Louis Darden : Reporter is Joneju | $ 344.80 |
| 197002 | 9/30/2002 | MN office | Court Reporter | Paradigm Reporting & Captioning services provide : Copy of transcript of Louis Darden : Reporter is Joneju | $ 485.65 |
| 199379 | 10/21/2002 | MN office | Court Reporter | Reimbursement to Dorsey & Whitney for meals ordered from D'amico & Sons during deposition of Tashua tate | $ 20.83 |
| 199439 | 9/5/2002 | MN office | Court Reporter | Condensed Copy of transcripts from Paradigm & captioning of Tausha Tate on 10/3/02 | $ 594.75 |
| 202313 | 11/26/2002 | DC office | Court Reporter | Reporting and Captioning by Paradigmon 11/20/02.Invoice # 20864 | $ 165.40 |
| 202314 | 11/26/2002 | DC office | Court Reporter | Reporting and Captioning by Paradigmon 11/20/02.Invoice # 20862 | $ 519.90 |
| 202425 | 12/2/2002 | DC office | Court Reporter | Captioning and Reporting by Paradigm on 11/25/02. Invoice # 20929 | $ 346.70 |
| 202426 | 12/2/2002 | DC office | Court Reporter | Captioning and Reporting by Paradigm on 11/25/02. Invoice # 20927 | $ 432.00 |
| 203023 | 12/9/2002 | MN office | Court Reporter | Condensed copy , ASCII Disk , Word Index Exhibits for Hollis Branham - 11/20/02 | $ 395.30 |
| 203024 | 12/9/2002 | MN office | Court Reporter | Condensed copy , ASCII Disk , Word Index Exhibits for Toya Brown -11/14/02 | $ 533.45 |
| 203025 | 12/9/2002 | MN office | Court Reporter | Condensed copy , ASCII Disk , Word Index Exhibits for Toya Brown -11/15/02 | $ 467.10 |
| 204587 | 12/17/2002 | DC office | Court Reporter | Copying of transcript for Hollis Branham by Paradigm Reporting & Captioning Inc on 12/05/02.Invoice # 21116 | $ 93.50 |
| 205081 | 12/30/2002 | MN office | Court Reporter | Services provided by Paradigm Reporting and Captioning .Invoice # 21271 | $ 779.55 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 205084 | 12/30/2002 | MN office | Court Reporter | Services provided by Paradigm Reporting and Captioning .Invoice # 21273 | $ 759.20 |
| 230911 | 9/8/2003 | MN office | Court Reporter | Copying of Transcripts for Michelle Berg by Paradigm Reporting & Captioning Inc. | $ 632.90 |
| 234948 | 10/16/2003 | MN office | Court Reporter | Transcript of Stephen Wint done by Paradigm Reporting & Captioning Inc.Invoice # 25814 | $ 278.30 |
| 242586 | 1/23/2004 | MN office | Court Reporter | Condesed copies of Vivian Little done by Paradigm Reporting.Invoice #27371 | $ 662.35 |
| 242587 | 1/22/2004 | MN office | Court Reporter | Condesed copies of Vivian Little done by Paradigm Reporting.Invoice #27366 | $ 629.35 |
| 246831 | 2/19/2004 | MN office | Court Reporter | Document preparation of depositions by Rachel Dauner | $ 0.18 |
| 248786 | 5/11/2004 | DC office | Court Reporter | Motion hearing with transcripts on 4/23/04 by Jeanne M. Anderson, RMR-RPR-CSR | $ 96.28 |
| 254814 | 8/23/2004 | DC office | Court Reporter | Transcripts of proceedings on 8/13/04 by Jeanne M. Anderson, RMR-RPR-CSR, Inv. 20040314 | $ 156.04 |
| 193994 | 8/14/2002 | MN office | Court Reporter | Deposition Costs incured by the Paradigm Reporting & captioning on June 27 2002. Invoice # 18994 | $ 585.75 |
| 193995 | 8/14/2002 | MN office | Court Reporter | Deposition Costs incured by the Paradigm Reporting & captioning on June 28 2002. Invoice # 18996 | $ 593.50 |
| 193996 | 8/14/2002 | MN office | Court Reporter | Deposition Costs incured by the Paradigm Reporting & captioning on July 15 2002. Invoice # 18966 | $ 339.95 |
| 193997 | 8/14/2002 | MN office | Court Reporter | Deposition Costs incured by the Paradigm Reporting & captioning on July 12 2002. Invoice # 18937 | $ 398.90 |
| 193998 | 8/14/2002 | MN office | Court Reporter | Deposition Costs incured by the Paradigm Reporting & captioning on July 12 2002. Invoice # 18939 | $ 300.80 |
| 193999 | 8/14/2002 | MN office | Court Reporter | Transcription of the taped hearing before Magistrate Judge Boylan on the 4th day of June 2002 in the case of Arnold vs Cargil | $ 61.88 |
| 196165 | 9/16/2002 | MN office | Court Reporter | Deposition Costs incurred by the Paradigm reporting & captioning Inc on August 23 2002. Invoice # 19586 | $ 625.05 |
| 196166 | 9/16/2002 | MN office | Court Reporter | Deposition Costs incurred by the Paradigm reporting & captioning Inc on August 23 2002. Invoice # 19584 | $ 616.15 |
| 196167 | 9/16/2002 | MN office | Court Reporter | Deposition Costs incurred by the Paradigm reporting & captioning Inc on August 21 2002. Invoice # 19572 | $ 477.30 |
| 196282 | 9/18/2002 | MN office | Court Reporter | Deposition Costs of Video tape of Cheryl Willis on 08/08/02 .Invoice # 19333 | $ 586.75 |
| 201599 | 11/7/2002 | DC office | Court Reporter | Deposition Costs provided by Paradigm Reporting & Captioning inc on July 23 2002 . Invoice # 19158. | $ 623.02 |
| 203001 | 12/9/2002 | DC office | Court Reporter | Depositional service provided by paradigm Reporting & Captioning ,Inc on November 25, 2002.Invoice # 20927 | $ 432.00 |
| 203002 | 12/9/2002 | DC office | Court Reporter | Depositional service provided by paradigm Reporting & Captioning ,Inc on November 25, 2002.Invoice # 20929 | $ 346.70 |
| 205361 | 1/6/2003 | DC office | Court Reporter | Depositional cost incured by Paradigm Reporting & Captioning Inc in the month of December 2002.Invoice # 21382 | $ 563.25 |
| 205362 | 1/6/2003 | DC office | Court Reporter | Depositional cost incured by Paradigm Reporting & Captioning Inc in the month of December 2002.Invoice # 21376 | $ 534.65 |
| | | | **Court Reporter Total** | | $ 23,958.96 |
| 211895 | 1/9/2003 | MN office | Electronic/Computer Re | Service provided by Pacer Services. | $ 46.69 |
| | | | **Electronic/Computer Research Total** | | $ 46.69 |
| 185043 | 5/21/2002 | DC office | Experts/Consultants | Professional services rendered in April 2002 .Invoice #2000332.( Peopleclick) | $ 1,682.50 |
| 188280 | 6/25/2002 | DC office | Experts/Consultants | Consulting charges incuerd by Peopleclick for the month of May 2002 | $ 1,462.50 |
| 197537 | 9/12/2002 | MN office | Experts/Consultants | Professional services provided by peopleclick from June 1, 2002 through August 31,2002 | $ 27,378.75 |
| 199386 | 10/21/2002 | MN office | Experts/Consultants | Professional Services rendered by Dorsey & Whitney on Oct 07 2002. Invoice # 04-40660 | $ 6,410.70 |
| 204498 | 12/17/2002 | DC office | Experts/Consultants | Professional service rendered by Peopleclick on October 21 2002.Invoice #2000391 | $ 39,295.00 |
| 204499 | 12/17/2002 | DC office | Experts/Consultants | Professional service rendered by Peopleclick on October 18 2002.Invoice #2000391 | $ 25,195.00 |
| 209862 | 2/19/2003 | DC office | Experts/Consultants | Professional service rendered by Dorsey & Whitney .Invoice # 1027217 | $ 8,570.81 |
| 209900 | 2/19/2003 | DC office | Experts/Consultants | Professional service rendered by Dorsey & Whitney .Invoice # 1031618 | $ 2,905.91 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 211146 | 3/3/2003 | DC office | Experts/Consultants | Legal services rendered through Feb 19 2003 by Dorsey & Whitney .Invoice # 1034570 | $ 158.90 |
| 213094 | 3/12/2003 | DC office | Experts/Consultants | Professional services rendered by Peopleclick.Invoice # 2000416 | $ 25,016.25 |
| 213107 | 3/12/2003 | DC office | Experts/Consultants | Professional services rendered by People Click on Jan 23 2003.Invoice # 2000410 | $ 35.85 |
| 214252 | 4/7/2003 | DC office | Experts/Consultants | Expert consulting by Peopleclick on March 27 2003.Invoice # 2000423 | $ 48,749.50 |
| 223911 | 6/18/2003 | DC office | Experts/Consultants | Professional services rendered by People Click for the month of March 2003.Invoice # 2000431 | $ 7,600.00 |
| 229610 | 8/15/2003 | MN office | Experts/Consultants | Expert consulting from PeopleClick for the month of April and May 2003.Invoice # 2000444. | $ 11,595.00 |
| 230557 | 9/3/2003 | MN office | Experts/Consultants | Legal process service from Metro Legal Services .Invoice # 600601 | $ 50.00 |
| 235331 | 10/27/2003 | MN office | Experts/Consultants | Professional services provided by Peopleclick for the month of October 2003 | $ 4,812.50 |
| 239363 | 12/19/2003 | MN office | Experts/Consultants | Expert consulting with People Click for the month of October 2003 | $ 22,790.00 |
| 241274 | 1/12/2004 | MN office | Experts/Consultants | Expert consulting by People Click for the month of November 2003.Invoice # 2000478 | $ 19,540.00 |
| 241329 | 1/12/2004 | MN office | Experts/Consultants | Expert consulting from Metro Legal Services. | $ 14.00 |
| 241751 | 1/22/2004 | MN office | Experts/Consultants | Expert consulting by Dorsey & Whitney for the month of Jan 2004 Inv. 1115738 | $ 2,227.95 |
| 242583 | 1/22/2004 | MN office | Experts/Consultants | Expert consulting by Dorsey & Whitney for the month of Jan 2004 Inv. 1114507 | $ 1,421.07 |
| 243170 | 12/1/2003 | MN office | Experts/Consultants | Expert consulting by People Click for the month of December 2003.Invoice # 2000486 | $ 14,562.50 |
| 244465 | 1/1/2004 | MN office | Experts/Consultants | Expert consulting by People Click for the month of January 2004. Invoice # 2000489 | $ 9,026.25 |
| 244466 | 2/1/2004 | MN office | Experts/Consultants | Expert consulting by People Click for the month of February 2004. Invoice # 2000494 | $ 25,013.75 |
| 248676 | 4/20/2004 | MN office | Experts/Consultants | Professional services by People Click, Inv. 2000499 | $ 44,916.25 |
| 249589 | 5/20/2004 | MN office | Experts/Consultants | Professional services by People Click, Inv. 2000505 | $ 67,218.75 |
| 250816 | 6/20/2004 | MN office | Experts/Consultants | Professional services by People Click, Inv. 2000514 | $ 25,537.50 |
| 252917 | 7/20/2004 | MN office | Experts/Consultants | Professional services by People Click, Inv. 2000521 | $ 44,129.73 |
| 255199 | 8/20/2004 | MN office | Experts/Consultants | Professional services by People Click, Inv. 2000533 | $ 40,599.37 |
| | | | **Experts/Consultants Total** | | $ 527,916.29 |
| 149811 | 7/24/2001 | DC office | Express Mail/Messenger | federal express shipment for CARGILL | $ 12.20 |
| 149813 | 7/24/2001 | DC office | Express Mail/Messenger | federal express shipment for CARGILL | $ 19.85 |
| 149817 | 7/24/2001 | DC office | Express Mail/Messenger | federal express shipment for CARGILL | $ 11.36 |
| 149825 | 7/24/2001 | DC office | Express Mail/Messenger | federal express shipment for CARGILL | $ 12.57 |
| 149827 | 7/24/2001 | DC office | Express Mail/Messenger | federal express shipment for CARGILL | $ 11.15 |
| 149830 | 7/24/2001 | DC office | Express Mail/Messenger | federal express shipment for CARGILL | $ 11.36 |
| 152431 | 8/14/2001 | DC office | Express Mail/Messenger | Federal Express for Toya Brown from Douglas Olson | $ 16.62 |
| 152436 | 8/14/2001 | DC office | Express Mail/Messenger | Federal Express shipment for Jackie Jennkins /hotel guest from Lawrence Schoeter | $ 18.55 |
| 152990 | 8/27/2001 | MN office | Express Mail/Messenger | Federal express for Patty Jones from Jacqueline Jenkins | $ 28.05 |
| 156839 | 9/27/2001 | DC office | Express Mail/Messenger | Federal express to Virginia Douglas on 9/20/01 | $ 11.15 |
| 159526 | 10/29/2001 | DC office | Express Mail/Messenger | Federal Express: From Larry to Mr. Holiis D. Branham on 10/16/01 - Invoice # 5-977-53102 | $ 17.26 |
| 166534 | 11/29/2001 | MN office | Express Mail/Messenger | Metro Legal Service courier for cargill | $ 19.00 |
| 166743 | 12/4/2001 | MN office | Express Mail/Messenger | Federal express from Lawrence Schaefer to Reed Abelson on November 21,2001:Invoice#4-025-15165. | $ 26.07 |
| 166763 | 12/4/2001 | DC office | Express Mail/Messenger | Federal express from Nadia to Elmoilondi Hamid on Nov 21: Invoice # 4-005-39074 | $ 17.15 |
| 169421 | 1/7/2002 | MN office | Express Mail/Messenger | Federal Express shipment for Denise Adams from Leslie on Dec 19 2001.Invoice #4-074-046335. | $ 6.67 |
| 174644 | 2/12/2002 | DC office | Express Mail/Messenger | Federal Express shipment for Denise from Leslie on Jan 25 2002.Invoice #4-122-37916 | $ 12.16 |
| 174967 | 2/21/2002 | MN office | Express Mail/Messenger | Federal Express: 4-122-72085: From Leslie to DC | $ 10.37 |
| 175177 | 2/26/2002 | DC office | Express Mail/Messenger | Federal express from Sara to Mr Hollis Branham on Feb 04 2002.Invoice #4-123-07440 | $ 19.19 |
| 175178 | 2/26/2002 | DC office | Express Mail/Messenger | Federal express from Sara to MsToya Brown on Feb 04 2002.Invoice #4-123-07440 | $ 17.95 |
| 176719 | 3/4/2002 | DC office | Express Mail/Messenger | Shipment from Patty Jones to Hollis Branham on Feb 15 2002.Invoice #4-123-07440 | $ 23.83 |
| 176720 | 3/4/2002 | DC office | Express Mail/Messenger | Shipment from Ronald to Douglas on Feb 13 2002.Invoice #4-123-07440 | $ 12.09 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 176722 | 3/4/2002 | DC office | Express Mail/Messenger | Shipment from Charles Scott to Sara Nelson on Feb 13 2002.Invoice #4-123-07440 | $ 10.53 |
| 176723 | 3/4/2002 | DC office | Express Mail/Messenger | Shipment from Toya Brown to Sara Nelson on Feb 13 2002.Invoice #4-123-07440 | $ 10.92 |
| 176744 | 3/4/2002 | DC office | Express Mail/Messenger | Shipment from Hollis Branham to Sara Nelson on feb 18 2002.invoice #4-123-42910 | $ 11.08 |
| 177314 | 3/12/2002 | MN office | Express Mail/Messenger | shipment from Leslie to Denise(invoice #4-123-78189 | $ 9.34 |
| 178033 | 3/25/2002 | DC office | Express Mail/Messenger | federal express from Leslie to Denise on march 01 2002.Invoice #4-170-14929 | $ 9.34 |
| 178512 | 4/2/2002 | DC office | Express Mail/Messenger | Federal Express package from Leslie to Denise on dec19 2001.invoice # 4-074-46335 | $ 6.67 |
| 181549 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Louis April 03 Invoice #4-171-56718 | $ 12.38 |
| 181551 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Phylis on April 03Invoice #4-171-56718 | $ 12.38 |
| 181552 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Leslie to Denise on April 03 2002 .Invoice #4-171-56718 | $ 9.43 |
| 181554 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Leslie to Tausha on April 03 2002.Invoice #4-171-56718 | $ 12.38 |
| 181555 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Sean on April 03 2002.Invoice #4-171-56718 | $ 12.54 |
| 181558 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan to Michael Mitchell on April 03 2002 .Invoice #4-171-56718. | $ 12.54 |
| 181559 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Clintonia on April 03 2002.Invoice #4-171-56718 | $ 12.38 |
| 181561 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Emily on April 03 2002.Invoice #4-171-56718 | $ 11.99 |
| 181562 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Jackie on April 03 2002 Invoice # 4-171-56718 | $ 11.19 |
| 181564 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan to Toya on April 03 2002.Invoice #4-171-56718 | $ 12.38 |
| 181565 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Virginia on April 03 2002.Invoice #4-171-56718 | $ 11.99 |
| 181566 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Tonya | $ 11.99 |
| 181567 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Valerie on April 03 2002.Invoice #4-171-56718 | $ 12.38 |
| 181568 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Jackie on April 03 2002 .Invoice #4-171-56718 | $ 11.99 |
| 181583 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan Coler to Hollis Branham on April 05 2002.Invoice #4-171-93766. | $ 22.54 |
| 181584 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan Coler to Toya Brown on April 05 2002.Invoice #4-171-93766. | $ 12.38 |
| 181585 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan Coler to Valerie Mason on April 05 2002.Invoice #4-171-93766. | $ 12.38 |
| 181586 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Phyillis on April 05 2002.Invoice #4-171-93766. | $ 18.12 |
| 181587 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan to Michael on April 05 2002.Invoice #4-171-93766. | $ 12.54 |
| 181589 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan to Clintonia on April 05 2002.Invoice #4-171-93766. | $ 12.38 |
| 181590 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan to Jackie Williams on April 05 2002.Invoice #4-171-93766. | $ 11.19 |
| 181591 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan to Tonya Ross on April 05 2002.Invoice #4-171-93766. | $ 12.38 |
| 181592 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan to Tausha on April 05 2002.Invoice #4-171-93766. | $ 18.12 |
| 181593 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Emily on April 05 2002.Invoice #4-171-93766. | $ 11.99 |
| 181594 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Virginia on April 05 2002.Invoice #4-171-93766. | $ 11.99 |
| 181596 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Susan to Sean on April 05 2002.Invoice #4-171-93766. | $ 12.54 |
| 181597 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Louis on April 05 2002.Invoice #4-171-93766. | $ 12.38 |
| 181598 | 4/22/2002 | DC office | Express Mail/Messenger | Federal express from Lawrence to Jackie Jenkins on April 05 2002.Invoice #4-171-93766. | $ 11.99 |
| 182066 | 4/30/2002 | DC office | Express Mail/Messenger | Federal Express shipment from Lawrence to Hollis on April 03 2002.Invoice #4-218-30947 | $ 22.54 |

**SPRENGER + LANG, PLLC**
**CARGILL EXPENSES**

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 182678 | 5/7/2002 | DC office | Express Mail/Messenger | Federal Express from Jaqueline to Douglas on April 23 2002.Invoice #4-218-67855 | $ 41.92 |
| 182679 | 5/7/2002 | DC office | Express Mail/Messenger | Federal Express from Jaqueline to Douglas on April 23 2002.Invoice #4-218-67855 | $ 29.97 |
| 182690 | 5/7/2002 | DC office | Express Mail/Messenger | Package from s&l to Janice on 4/18/02 by Ontime Delivery | $ 5.45 |
| 185072 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Leslie to Denise Adams on May 03 2002.Invoice #4-219-39573 | $ 10.43 |
| 185073 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Leslie to Denise Adams on May 08 2002.Invoice #4-219-39573 | $ 9.52 |
| 185077 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Tausha Tate on May 10. 2002.Invoice #4-219-39573 | $ 23.68 |
| 185078 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Toya Brown on May 10. 2002.Invoice #4-219-39573 | $ 23.68 |
| 185079 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Jackie Jenkins on May 10. 2002.Invoice #4-219-39573 | $ 23.48 |
| 185080 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Clintonia Simmons on May 10. 2002.Invoice #4-219-39573 | $ 23.68 |
| 185081 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Michael Mitchell on May 10. 2002.Invoice #4-219-39573 | $ 34.08 |
| 185082 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Hollis Branham on May 10. 2002.Invoice #4-219-39573 | $ 24.08 |
| 185084 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Emily Tyler on May 10. 2002.Invoice #4-219-39573 | $ 23.48 |
| 185085 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Jackie Williams on May 10. 2002.Invoice #4-219-39573 | $ 24.08 |
| 185089 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Lawrence to Valerie Mason on May 10. 2002.Invoice #4-219-39573 | $ 23.68 |
| 185091 | 5/21/2002 | DC office | Express Mail/Messenger | Federal express package from Betty Philips to Susan Coler on May 10. 2002.Invoice #4-219-39573 | $ 12.44 |
| 185678 | 6/4/2002 | DC office | Express Mail/Messenger | Federal express shipment from Gary to Geoff on May 14 2002.Invoice # 4-219-89701 | $ 28.20 |
| 185679 | 6/4/2002 | DC office | Express Mail/Messenger | Federal express shipment from Leslie to Denise Adams on May 10 2002.Invoice # 4-219-77291 | $ 9.52 |
| 185681 | 6/4/2002 | DC office | Express Mail/Messenger | Federal express shipment from Leslie to Denise Adams on May 15 2002.Invoice # 4-219-77291 | $ 22.64 |
| 187023 | 6/4/2002 | MN office | Express Mail/Messenger | Federal Express shipment from Phyllis to Patty Jones on May 17 2002 Invoice #4-266-14301 | $ 6.81 |
| 187395 | 6/3/2002 | DC office | Express Mail/Messenger | shipment from Leslie to Denise on May 28 2002 Invoice # 4-266-47369 | $ 10.59 |
| 187828 | 6/18/2002 | MN office | Express Mail/Messenger | Federal Express package from Leslie to Denise on June 5 2002.Invoice #4-266-83096 | $ 11.38 |
| 188293 | 6/25/2002 | DC office | Express Mail/Messenger | Package sent from S & L to U.S District Court by On Time delivery on May 10 2002 | $ 20.90 |
| 188296 | 6/25/2002 | DC office | Express Mail/Messenger | Package sent from S & L to Dorsey & Whitney by On Time delivery on May 17 2002 | $ 5.45 |
| 188297 | 6/25/2002 | DC office | Express Mail/Messenger | Package sent from S & L to Anthony by On Time delivery on May 17 2002 | $ 5.45 |
| 188298 | 6/25/2002 | DC office | Express Mail/Messenger | Package sent from S & L to Dorsey & Whitney by On Time delivery on May 23 2002 | $ 8.50 |
| 188685 | 7/2/2002 | DC office | Express Mail/Messenger | Federal express shipment from Jacqueline to Douglas on May 1 2002.Invoice # 4-218-67855 | $ 41.92 |
| 188686 | 7/2/2002 | DC office | Express Mail/Messenger | Federal express shipment from Jacqueline to Douglas on May 1 2002.Invoice # 4-218-67855 | $ 29.97 |
| 190157 | 7/9/2002 | DC office | Express Mail/Messenger | Federal express shipment from Douglas to Virginia on June 17 2002.Invoice # 4-267-59763 | $ 12.14 |
| 191235 | 7/30/2002 | MN office | Express Mail/Messenger | Federal Express shipment from Sara Nelson to Michael Mitchell on July 09 2002.Invoice #4-315-08038 | $ 18.79 |
| 191263 | 7/30/2002 | MN office | Express Mail/Messenger | Federal Express shipment from Patty to michael mitchell on July 18 2002.Invoice #4-315-08038 | $ 27.72 |
| 191573 | 8/5/2002 | MN office | Express Mail/Messenger | Federal express shipment from Susan to Valerie on July 05 2002.Invoice # 4-314-69891 | $ 35.80 |
| 191574 | 8/5/2002 | MN office | Express Mail/Messenger | Federal express shipment from Mary Burns to Denise Adams on July 05 2002.Invoice # 4-314-69891 | $ 10.60 |
| 192582 | 8/13/2002 | MN office | Express Mail/Messenger | Federal Express shipment from Leslie to Denise on July 29 2002. Invoice # 4-315-80446 | $ 12.54 |
| 192589 | 8/13/2002 | MN office | Express Mail/Messenger | Federal Express shipment from Leslie to Denise on July 30 2002. Invoice # 4-315-80446 | $ 34.45 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 193934 | 7/11/2002 | MN office | Express Mail/Messenger | Express mail postage for return of discovery documents to clients | $ 109.20 |
| 193941 | 7/16/2002 | MN office | Express Mail/Messenger | return depo transcripts to client | $ 12.80 |
| 193942 | 7/2/2002 | MN office | Express Mail/Messenger | return depo transcripts to client | $ 14.80 |
| 193943 | 7/9/2002 | MN office | Express Mail/Messenger | return depo transcripts to client | $ 2.28 |
| 194639 | 8/28/2002 | DC office | Express Mail/Messenger | On Time delivery to Dorsey & Whitney on 6/7/02 | $ 5.00 |
| 194640 | 8/28/2002 | DC office | Express Mail/Messenger | On Time delivery to Dorsey & Whitney on 6/13/02 | $ 5.45 |
| 194641 | 8/28/2002 | DC office | Express Mail/Messenger | On Time delivery to Dorsey & Whitney on 6/14/02 | $ 12.90 |
| 194642 | 8/28/2002 | DC office | Express Mail/Messenger | On Time delivery to US district Ct - Clerk & a Judge on 6/14/02 | $ 16.65 |
| 194644 | 8/28/2002 | DC office | Express Mail/Messenger | On Time delivery to Dorsey & Whitney on 6/21/02 | $ 8.50 |
| 194646 | 8/28/2002 | DC office | Express Mail/Messenger | On Time delivery to Dorsey & Whitney on 6/24/02 | $ 5.45 |
| 194647 | 8/28/2002 | DC office | Express Mail/Messenger | On Time delivery to Dorsey & Whitney on 6/27/02 | $ 26.65 |
| 196243 | 9/17/2002 | MN office | Express Mail/Messenger | Courier services provided by Metro legal services .invoice # 416506 | $ 8.00 |
| 196284 | 9/18/2002 | MN office | Express Mail/Messenger | Federal express shipment from Susan to David Peterson on Aug 06 2002.Invoice # 4-362-19054. | $ 24.55 |
| 196306 | 9/18/2002 | DC office | Express Mail/Messenger | Federal express shipment from Susan to David on Aug 20 2002.Invoice # 4-362-94738 | $ 16.93 |
| 196340 | 9/18/2002 | DC office | Express Mail/Messenger | Federal express shipment from Susan Coler to David on Aug 28 2002.Invoice # 4-363-32113 | $ 11.14 |
| 196354 | 9/18/2002 | DC office | Express Mail/Messenger | Federal express shipment from Susan to David on Aug 12 2002.Invoice # 4-362-57731 | $ 19.04 |
| 196384 | 9/18/2002 | DC office | Express Mail/Messenger | Express delivery by Ontime Services from S & L to U.S District Court. Invoice # 07310201954 | $ 16.65 |
| 196385 | 9/18/2002 | DC office | Express Mail/Messenger | Express delivery by Ontime Services from S & L to Paradgim Reporting . Invoice # 07310201954 | $ 5.45 |
| 196388 | 9/18/2002 | DC office | Express Mail/Messenger | Express delivery by Ontime Services . Invoice # 07310201954 | $ 7.55 |
| 196389 | 9/18/2002 | DC office | Express Mail/Messenger | Express delivery by Ontime Services . Invoice # 07310201954 | $ 20.90 |
| 196390 | 9/18/2002 | DC office | Express Mail/Messenger | Express delivery by Ontime Services from S & L to Nicholas . Invoice # 07310201954 | $ 5.45 |
| 196391 | 9/18/2002 | DC office | Express Mail/Messenger | Express delivery by Ontime Services from S & L to Paradime Front . Invoice # 07310201954 | $ 5.45 |
| 197618 | 10/7/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : Fedex on Sept 20 2002 from Douglas to Tasha. Invoice # 4-410-83702 | $ 18.37 |
| 197620 | 10/7/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : Fedex on Sept 24 2002 from Susan to David. Invoice # 4-410-83702 | $ 17.02 |
| 199131 | 10/15/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : Ontime Delivery from S & L to Dorsey & Whitney on 9/04/02 | $ 8.50 |
| 199132 | 10/15/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : Ontime Delivery from S & L to Paradigm on 9/05/02 | $ 5.45 |
| 199133 | 10/15/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : Ontime Delivery from S & L to Dorsey on 9/09/02 | $ 7.00 |
| 199136 | 10/15/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : Ontime Delivery from S & L to Dorsey & Whitney on 9/13/02 | $ 11.47 |
| 199138 | 10/15/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : Ontime Delivery from S & L to Paradigm on 9/20/02 | $ 5.45 |
| 199140 | 10/15/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : Ontime Delivery from S & L to U.S District court on 9/30/02 | $ 16.65 |
| 199141 | 10/15/2002 | MN office | Express Mail/Messenger | Federal express shipment from Susan Coler to David Peterson on Aug 06 2002.Invoice # 4-362-19054 | $ 24.55 |
| 199416 | 9/18/2002 | MN office | Express Mail/Messenger | Ontime delivery service from S & L to Dorsey & Whitney .Invoice # 09300201954 | $ 8.50 |
| 199425 | 9/18/2002 | MN office | Express Mail/Messenger | Ontime delivery service from S & L to Dorsey & Whitney .Invoice # 09300201954 | $ 8.50 |
| 199765 | 10/29/2002 | MN office | Express Mail/Messenger | Federal express shipment from Susan to Lisa on Oct 15 2002.Invoice # 4-458-01372 | $ 17.10 |
| 199767 | 10/29/2002 | MN office | Express Mail/Messenger | Federal express shipment from Sara Nelson to Valerie on Oct 16 2002.Invoice # 4-458-01372 | $ 18.45 |
| 200127 | 11/4/2002 | MN office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by :Federal express from Doug to Hollis on Oct 09 2002.Invoice # 4-411-60891 | $ 9.04 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 200175 | 11/5/2002 | DC office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by :Federal express from Douglas to Phyllis on Oct 21 2002.Invoice # 4-458-40061 | $ 12.60 |
| 200293 | 11/11/2002 | MN office | Express Mail/Messenger | Federal express shipment from Susan to Lisa on Oct 30 2002. Invoice # 4-458-75286 | $ 17.10 |
| 200301 | 11/11/2002 | MN office | Express Mail/Messenger | Federal express shipment from Douglas to Clintonia on Oct 31 2002. Invoice # 4-458-75286 | $ 18.45 |
| 202241 | 11/21/2002 | MN office | Express Mail/Messenger | Express Mail/ Messenger Delivery services provided by : On Time Delivery in the month of October: (8.5+4.4+10.6+10.6+5.45+5.45+5.45+5.45+5)3 | $ 60.90 |
| 203012 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Dorsey & Whitney by Ontime Delivery on Nov 4, 2002 | $ 5.45 |
| 203013 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Dorsey & Whitney by Ontime Delivery on Nov 4, 2002 | $ 8.50 |
| 203014 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Cleo by Ontime Delivery on Nov 6, 2002 | $ 12.20 |
| 203016 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Dorsey & Whitney by Ontime Delivery on Nov 6, 2002 | $ 5.45 |
| 203017 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Dorsey & Whitney by Ontime Delivery on Nov 11, 2002 | $ 5.45 |
| 203020 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Dorsey by Ontime Delivery on Nov 14, 2002 | $ 5.45 |
| 203029 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Paradigm by Ontime Delivery on Nov 14, 2002 | $ 5.45 |
| 203030 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to US Court by Ontime Delivery on Nov 19, 2002 | $ 5.45 |
| 203032 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Dorsey by Ontime Delivery on Nov 19, 2002 | $ 5.45 |
| 203036 | 12/9/2002 | DC office | Express Mail/Messenger | Delivery from S & L to Dorsey by Ontime Delivery on Nov 26, 2002 | $ 5.45 |
| 204533 | 12/17/2002 | DC office | Express Mail/Messenger | Federal Express shipment from Tulnyac to Dony .Invoice # 4-441-48977 | $ 41.72 |
| 204559 | 12/17/2002 | DC office | Express Mail/Messenger | Federal Express shipment from Susan to Lisa. Invoice # 4-459-54586 | $ 17.26 |
| 204585 | 12/17/2002 | DC office | Express Mail/Messenger | Federal Express shipment from Tasha to Doug Invoice # 4-459-54586 | $ 11.36 |
| 205861 | 1/13/2003 | DC office | Express Mail/Messenger | Federal express shipment from Patricia to Lisa on Dec 27 2002.Invoice # 4-554-16385 | $ 59.99 |
| 207228 | 1/21/2003 | DC office | Express Mail/Messenger | Delivery to Dorsey from S & L by Ontime Delivery.Invoice # 12310201954 | $ 9.80 |
| 207235 | 1/21/2003 | DC office | Express Mail/Messenger | Delivery to Dorsey from S & L by Ontime Delivery.Invoice # 12310201954 | $ 5.45 |
| 207236 | 1/21/2003 | DC office | Express Mail/Messenger | Delivery to Dorsey from S & L by Ontime Delivery.Invoice # 12310201954 | $ 5.45 |
| 207237 | 1/21/2003 | DC office | Express Mail/Messenger | Delivery to Paradigm from S & L by Ontime Delivery.Invoice # 12310201954 | $ 8.50 |
| 207238 | 1/21/2003 | DC office | Express Mail/Messenger | Delivery to Paradigm from S & L by Ontime Delivery.Invoice # 12310201954 | $ 4.90 |
| 207516 | 1/27/2003 | DC office | Express Mail/Messenger | Federal express shipment from Susan to Lisa on Jan 16 2003. Invoice # 4-554-92238. | $ 17.95 |
| 209575 | 2/11/2003 | DC office | Express Mail/Messenger | Delivery to Paradigm reporting from S & L by Ontime Delivery on Jan 24 2003. | $ 8.50 |
| 213113 | 3/13/2003 | DC office | Express Mail/Messenger | Ontime Delivery invoice no. 02280301954 for 3/13/03 attributable to Cargill | $ 5.45 |
| 219674 | 5/6/2003 | MN office | Express Mail/Messenger | Federal express from Doug to Vivian Little on April 24 2003.Invoice # 4-698-54706 | $ 18.47 |
| 221211 | 5/16/2003 | DC office | Express Mail/Messenger | Ontime delievery from s & l to Dorsey on April 15 2003.Invoice # 04300301954 | $ 5.56 |
| 221213 | 5/16/2003 | DC office | Express Mail/Messenger | Ontime delievery from s & l to Dorsey on April 21 2003.Invoice # 04300301954 | $ 10.00 |
| 221214 | 5/16/2003 | DC office | Express Mail/Messenger | Ontime delievery from s & l to Dorsey on April 21 2003.Invoice # 04300301954 | $ 7.14 |
| 221216 | 5/16/2003 | DC office | Express Mail/Messenger | Ontime delievery from s & l to Dorsey on April 30 2003.Invoice # 04300301954 | $ 10.00 |
| 221286 | 5/20/2003 | MN office | Express Mail/Messenger | Fedex from Jackie to Sharon Myers .Invoice # 4-699-34417 | $ 15.34 |
| 221334 | 5/20/2003 | MN office | Express Mail/Messenger | Federal express shipment from Susan to Ronald on April 25 2003.Invoice # 4-698-92670 | $ 55.39 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 222546 | 6/13/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to US District Court | $ 12.90 |
| 222547 | 6/13/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey & Whitney | $ 21.00 |
| 222549 | 6/13/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Clerk of Court | $ 8.50 |
| 222550 | 6/13/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey and Whitney | $ 5.45 |
| 222553 | 6/13/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to US District Court | $ 27.40 |
| 222554 | 6/13/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey & Whitney | $ 18.00 |
| 222556 | 6/13/2003 | MN office | Express Mail/Messenger | Ontime delivery from Dorsey & Whitney to S & L | $ 9.45 |
| 222586 | 6/16/2003 | MN office | Express Mail/Messenger | Federal express from Susan Coler to Lawrence Schaefer .Invoice # 4-748-93835. | $ 11.90 |
| 223735 | 5/9/2003 | MN office | Express Mail/Messenger | 4/15/03 document delivery charge (Road Runner) | $ 28.85 |
| 225242 | 7/16/2003 | DC office | Express Mail/Messenger | Delievery by Ontime services from s & l to Dorsey and Whitney on June 3 2003. | $ 5.45 |
| 225249 | 7/16/2003 | DC office | Express Mail/Messenger | Delievery by Ontime services from S & L to Dorsey and Whitney on June 12 2003. | $ 5.45 |
| 225252 | 7/16/2003 | DC office | Express Mail/Messenger | Delievery by Ontime services from S & L to Dorsey and Whitney on June 13 2003. | $ 10.60 |
| 225254 | 7/16/2003 | DC office | Express Mail/Messenger | Delievery by Ontime services from S & L to US District Court on June 13 2003. | $ 5.45 |
| 225257 | 7/16/2003 | DC office | Express Mail/Messenger | Delievery by Ontime services from S & L to Dorsey and Whitney Janice on June 17 2003. | $ 5.45 |
| 225267 | 7/16/2003 | DC office | Express Mail/Messenger | Delievery by Ontime services from S & L to US District Clerk on June 30 2003. | $ 8.50 |
| 225268 | 7/16/2003 | DC office | Express Mail/Messenger | Delievery by Ontime services from S & L to Dorsey and Whitney on June 30 2003. | $ 5.45 |
| 226965 | 7/29/2003 | MN office | Express Mail/Messenger | Fedex from Susan M. Coler to Steve Wint. Invoice # 4-795-35540 | $ 13.25 |
| 226966 | 7/29/2003 | MN office | Express Mail/Messenger | Fedex from Susan M. Coler to Anthony McDowell . Invoice # 4-795-35540 | $ 13.17 |
| 226967 | 7/29/2003 | MN office | Express Mail/Messenger | Fedex from Susan M. Coler to Vivian Little . Invoice # 4-795-35540 | $ 12.77 |
| 226968 | 7/29/2003 | MN office | Express Mail/Messenger | Fedex from Pam to Denise Adams . Invoice # 4-795-35540 | $ 20.09 |
| 226969 | 7/29/2003 | MN office | Express Mail/Messenger | Fedex from Mara Thompson to Amy Jackson . Invoice # 4-795-35540 | $ 14.17 |
| 228703 | 8/11/2003 | MN office | Express Mail/Messenger | Fedex from Susan Coler to Glenn Raglon.Invoice # 4-842-12687. | $ 19.35 |
| 228705 | 8/11/2003 | MN office | Express Mail/Messenger | Fedex from Chris McDonell to Doug Olson.Invoice # 4-842-12687. | $ 17.95 |
| 229785 | 8/19/2003 | MN office | Express Mail/Messenger | Fedex from Stephen Wint to Douglas Olson. Invoice 4-842-53052 | $ 21.90 |
| 229792 | 8/19/2003 | MN office | Express Mail/Messenger | Fedex from Vivian Little to Doug Olson. 4-842-53052 | $ 59.92 |
| 229863 | 8/20/2003 | DC office | Express Mail/Messenger | Express delievery from s & l to Dorsey & Whitney by On Time Delivery .7/11 | $ 5.45 |
| 229876 | 8/20/2003 | DC office | Express Mail/Messenger | Express delievery from s & l to Dorsey & Whitney by On Time Delivery .7/23 | $ 8.50 |
| 231985 | 9/12/2003 | DC office | Express Mail/Messenger | Ontime delievery from S & L to Dorsey & Whitney .Invoice # 08310301954 | $ 5.65 |
| 231998 | 9/12/2003 | DC office | Express Mail/Messenger | Ontime delievery from S & L to Dorsey and Whitney .Invoice # 08310301954 | $ 10.80 |
| 232054 | 8/31/2003 | MN office | Express Mail/Messenger | express mail return postage | $ 81.90 |
| 232259 | 9/23/2003 | MN office | Express Mail/Messenger | Fedex from Doug to Anthony McDowell.Invoice # 4-890-50508. | $ 19.44 |
| 232263 | 9/23/2003 | MN office | Express Mail/Messenger | Fedex from Doug to Steve Wint.Invoice # 4-890-50508. | $ 23.09 |
| 232674 | 9/26/2003 | MN office | Express Mail/Messenger | Fedex from Larry to Gregory Cooks. Invoice # 4-890-91181 | $ 13.23 |
| 234599 | 10/10/2003 | MN office | Express Mail/Messenger | Federal express from Sharron Kalliman to Mike Lieder . Invoice # 4-891-31347 | $ 12.13 |
| 234600 | 10/10/2003 | MN office | Express Mail/Messenger | Federal express from Steven Wint to Doug Olson. Invoice # 4-891-31347 | $ 30.28 |
| 235171 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Judge Boylan. | $ 38.90 |
| 235172 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney. | $ 8.80 |
| 235173 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Arthur Boylan. | $ 21.55 |
| 235174 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Clerk of Court . | $ 8.80 |
| 235175 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney. | $ 8.80 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 235177 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney. | $ 13.30 |
| 235179 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney. | $ 5.65 |
| 235180 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney. (1) | $ 5.65 |
| 235183 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to US District Court | $ 5.65 |
| 235184 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney | $ 5.65 |
| 235186 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney | $ 8.80 |
| 235188 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Arthur Boylan | $ 24.05 |
| 235189 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney | $ 5.65 |
| 235191 | 10/22/2003 | MN office | Express Mail/Messenger | Delivery by Ontime Services for the month of September 2003 from S & L to Dorsey Whitney. | $ 5.65 |
| 235232 | 10/24/2003 | MN office | Express Mail/Messenger | Fedex from Doug Olson to Vivian Little. Invoice # 4-938-50933. | $ 20.26 |
| 235241 | 10/24/2003 | MN office | Express Mail/Messenger | Fedex from Susan Coler to Lisa Harpe. Invoice # 4-938-50933. | $ 5.97 |
| 235523 | 11/3/2003 | MN office | Express Mail/Messenger | Fedex express from Susan Coler to Lisa Harpe .Invoice # 4-938-89918. | $ 18.21 |
| 236599 | 10/14/2003 | MN office | Express Mail/Messenger | deliver documents to SWint's hotel | $ 0.90 |
| 236815 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Clerk Of Court . | $ 5.65 |
| 236816 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey and Whitney . | $ 5.65 |
| 236818 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey and Whitney. | $ 5.65 |
| 236820 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey and Whitney. | $ 5.65 |
| 236821 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey and Whitney. | $ 5.65 |
| 236823 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Paul Klaas | $ 27.00 |
| 236825 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to US District Court | $ 8.80 |
| 236826 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey and Whitney | $ 8.80 |
| 236830 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to US District Court | $ 21.55 |
| 236831 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Paul Klaas | $ 5.65 |
| 236834 | 11/7/2003 | MN office | Express Mail/Messenger | Ontime delivery from S & L to Dorsey | $ 5.65 |
| 237074 | 11/13/2003 | MN office | Express Mail/Messenger | Fedex from Susan to Lisa Harpe .Invoice # 4-939-28528 | $ 18.21 |
| 238976 | 12/11/2003 | MN office | Express Mail/Messenger | Express delivery by ontime for the month of November 2003 | $ 8.89 |
| 238977 | 12/11/2003 | MN office | Express Mail/Messenger | Express delivery by ontime for the month of November 2003 | $ 17.32 |
| 241878 | 1/27/2004 | DC office | Express Mail/Messenger | Federal express Vivian Little to Carol Finch. Invoice # 1-535-58866 | $ 13.00 |
| 241879 | 2/20/2004 | DC office | Express Mail/Messenger | FedEx from Patty Jones to Mark Amadeo . Invoice # 1-630-27707 | $ 23.31 |
| 242635 | 1/9/2004 | MN office | Express Mail/Messenger | Express delivery by OnTime for the month of January 2004 | $ 13.52 |
| 243286 | 2/9/2004 | MN office | Express Mail/Messenger | Express delivery by OnTime for the month of February 2004 - Inv. 02290401954 | $ 43.34 |
| 243870 | 3/19/2004 | DC office | Express Mail/Messenger | FedEx Invoice # 1-679-20530 | $ 347.54 |
| 243871 | 3/10/2004 | DC office | Express Mail/Messenger | FedEx Invoice # 1-631-43112 | $ 323.26 |
| 244136 | 3/1/2004 | DC office | Express Mail/Messenger | FedEx Invoice # 1-678-60455 | $ 167.09 |
| 245920 | 3/3/2004 | MN office | Express Mail/Messenger | OnTime Delivery services for March 2004, Inv. 03310401954 | $ 41.87 |
| 245983 | 4/5/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-679-76098 | $ 292.82 |
| 246782 | 4/5/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-728-34399 | $ 80.45 |
| 246836 | 3/11/2004 | MN office | Express Mail/Messenger | Express mail from Jacqueline Sharp to Patty Jones on 3/11/04 | $ 24.20 |
| 246935 | 4/13/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-728-94559 | $ 23.42 |
| 247168 | 4/16/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-729-52009 | $ 60.40 |
| 247354 | 4/23/2004 | MN office | Express Mail/Messenger | Courier services by Metro Legal Services, Inv. 724619 | $ 35.00 |
| 248481 | 4/27/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-776-08296 | $ 48.78 |
| 248682 | 4/30/2004 | MN office | Express Mail/Messenger | OnTime Delivery services for April 2004, Inv. 04300401954 | $ 96.23 |
| 248748 | 4/30/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-776-67068 | $ 7.13 |
| 248846 | 5/11/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-777-26886 | $ 10.78 |
| 248971 | 5/12/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-777-86524 | $ 41.34 |
| 249581 | 5/31/2004 | MN office | Express Mail/Messenger | OnTime Delivery services for May 2004, Inv. 05310401954 | $ 16.22 |
| 250430 | 6/15/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-825-55555 | $ 63.99 |
| 250533 | 6/16/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-872-15317 | $ 29.91 |
| 250771 | 6/22/2004 | MN office | Express Mail/Messenger | FedEx Invoice # 1-872-74089 | $ 78.51 |
| 250814 | 6/30/2004 | MN office | Express Mail/Messenger | OnTime Delivery services for June 2004, Inv. 06300401954 | $ 47.33 |
| 251122 | 7/6/2004 | DC office | Express Mail/Messenger | FedEx Invoice # 1-873-29709 | $ 50.52 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 252048 | 7/13/2004 | DC office | Express Mail/Messenger | FedEx Invoice # 1-873-83338 | $ 158.37 |
| 252160 | 7/20/2004 | DC office | Express Mail/Messenger | FedEx Invoice # 1-920-41638 | $ 237.12 |
| 252327 | 7/20/2004 | DC office | Express Mail/Messenger | FedEx Invoice # 1-910-78394 | $ 27.93 |
| 252390 | 7/29/2004 | DC office | Express Mail/Messenger | FedEx Invoice # 1-921-00229 | $ 45.60 |
| 252918 | 7/31/2004 | MN office | Express Mail/Messenger | OnTime Delivery services for July 2004, Inv. 07310401954 | $ 158.78 |
| 253196 | 7/9/2004 | MN office | Express Mail/Messenger | express mail stamps/witness return documents | $ 109.20 |
| 254003 | 8/13/2004 | MN office | Express Mail/Messenger | Courier services by Metor Legal Services, Inv. 781273 | $ 89.80 |
| 254004 | 8/9/2004 | MN office | Express Mail/Messenger | Courier services by Metor Legal Services, Inv. 778381 | $ 33.00 |
| 254475 | 8/18/2004 | MN office | Express Mail/Messenger | Courier services by Metor Legal Services, Inv. 782663 | $ 99.80 |
| 254972 | 8/31/2004 | MN office | Express Mail/Messenger | On Time Delivery Services for the month of August 2004, Inv. 08310401954 | $ 59.35 |
| | | | **Express Mail/Messenger Total** | | $ 6,445.43 |
| 188688 | 7/2/2002 | MN office | External Copies | Professional services rendered by Dorsey and Whitney through June 5, 2002 | $ 1,634.22 |
| 194408 | 8/20/2002 | MN office | External Copies | Legal service rendered thru July 25 2002 by Dorsey & Whitney LLP.Invoice # 969233 | $ 2,246.79 |
| 141245 | 4/19/2001 | MN office | External Copies | Xact Dulication copies of heavy litigation, oversied and copy of 11 x17 on 3/28/01 | $ 80.00 |
| 149648 | 7/23/2001 | MN office | External Copies | Xact Duplicating Services : Copy heavy litigation and Binding Acco | $ 566.89 |
| 149659 | 7/23/2001 | DC office | External Copies | Medium litigation copies made by Discovery Copy Service | $ 28.62 |
| 150093 | 7/30/2001 | MN office | External Copies | Printing of labels done by Xact Duplicating | $ 214.00 |
| 153353 | 8/8/2001 | MN office | External Copies | Copy hand Glass: Done by Xact Duplicating | $ 90.68 |
| 166974 | 11/30/2001 | MN office | External Copies | SirSpeedy copy of Summons | $ 0.40 |
| 187440 | 6/10/2002 | MN office | External Copies | Copy heavy litigation on May 22 2002: Xact Duplication | $ 272.34 |
| 188982 | 7/8/2002 | MN office | External Copies | Imaging Tiff scans, imaging OCR computer pass, inserting break sheets, and CD burn by Xact Duplicating services.Invoice # 04-37936 | $ 3,655.23 |
| 188993 | 7/8/2002 | MN office | External Copies | Copying of Heavy litigation (5100) by Xact Duplicating Services on June 28 2002. | $ 839.99 |
| 188997 | 7/8/2002 | MN office | External Copies | Color 8.5x11 by Xact Duplicating services Inc on June 26 2002.Invoice #04-37809 | $ 8.56 |
| 190081 | 6/4/2002 | MN office | External Copies | copies of Louis Darden's medical records | $ 41.70 |
| 190093 | 6/7/2002 | MN office | External Copies | copy of medical records/Smart Corporation/Louis Darden | $ 30.23 |
| 190094 | 6/14/2002 | MN office | External Copies | copy of medical records/Smart Corporation/Louis Darden | $ 37.72 |
| 190095 | 6/14/2002 | MN office | External Copies | copy of medical records/Hutchinson Clinic/D. Dickson | $ 16.00 |
| 190096 | 6/14/2002 | MN office | External Copies | copy of medical records/CopyMed/D. Dickson | $ 103.99 |
| 190097 | 6/14/2002 | MN office | External Copies | copy of medical records/Source Corporation/Cheryl Willis | $ 111.17 |
| 190100 | 6/20/2002 | MN office | External Copies | copy of medical records for client - Horizon Health Care Svcs | $ 24.50 |
| 190101 | 6/20/2002 | MN office | External Copies | copy of medical records for Michael Mitchell/Bactes Imaging Solutions | $ 67.56 |
| 190102 | 6/28/2002 | MN office | External Copies | copy of medical records for J. Jenkins/Medical Specialist of N. Alabama, PC | $ 9.00 |
| 190103 | 6/28/2002 | MN office | External Copies | copy of medical records for Michael Mitchell/Smart Corporation | $ 8.06 |
| 190104 | 6/28/2002 | MN office | External Copies | copy of medical records for J. Jenkins/David C. Billue, M.D. & Mary F. Holley, M.D. | $ 13.00 |
| 190105 | 6/28/2002 | MN office | External Copies | copy of medical records for Tonya Ross/Dayton OB/GYN | $ 36.00 |
| 190106 | 6/28/2002 | MN office | External Copies | copy of medical records for E. Tyler/Reproductive Health Association | $ 25.00 |
| 190107 | 6/28/2002 | MN office | External Copies | copy of medical records for Tonya Ross/Chart One | $ 90.64 |
| 190947 | 7/25/2002 | DC office | External Copies | Xact Duplicating services - Copy hand glass /heavy Lit | $ 624.28 |
| 190965 | 7/25/2002 | MN office | External Copies | External copies from Xact duplicating: Imaging Tiff Scans, OCR computer pass, CD burn | $ 4,215.16 |
| 190966 | 7/25/2002 | MN office | External Copies | External copies from Xact duplicating: Imaging Tiff Scans, OCR computer pass, CD burn | $ 1,964.52 |
| 191560 | 8/5/2002 | MN office | External Copies | Production of copies @ $.10 per page by Dorsey & Whitney .Invoice # 982118 | $ 2,246.79 |
| 193929 | 7/11/2002 | MN office | External Copies | copy of medical records for J.Williams from Psychiatric Associates | $ 8.57 |
| 193930 | 7/11/2002 | MN office | External Copies | copy of medical records for M. Mitchell from Smart Corporation | $ 22.46 |
| 193931 | 7/11/2002 | MN office | External Copies | copy of medical records for J. Williams from Advance Nursing Practice | $ 50.00 |
| 193932 | 7/11/2002 | MN office | External Copies | copy of medical records for J. Jenkins from The Healthcare Group for Women | $ 15.90 |
| 193933 | 7/11/2002 | MN office | External Copies | copy of medical records for J. Jenkins from CopyMed | $ 17.31 |

# SPRENGER + LANG, PLLC
# CARGILL EXPENSES

| SLIP ID | SLIP DATE | TIMEKEEPER | ACTIVITY | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|
| 193939 | 7/17/2002 | MN office | External Copies | copy of medical records for Jacqueline Williams from Valarie A. Kagar, Ph.D. | $ 15.00 |
| 193956 | 7/31/2002 | MN office | External Copies | medical records for client: Jackie Jenkins from SourceCorp | $ 24.04 |
| 193958 | 7/31/2002 | MN office | External Copies | medical records for client: Sean Wright - from CopyMed, Inc. | $ 68.54 |
| 193959 | 7/31/2002 | MN office | External Copies | medical records for client: Cheryl Willis - from CopyMed, Inc. | $ 23.95 |
| 193960 | 7/31/2002 | MN office | External Copies | medical records for client: Tansha Tate - Ob-Gyn Specialists P.C. | $ 10.00 |
| 193962 | 7/31/2002 | MN office | External Copies | medical records for client: Tansha Tate - Norman M. James, M.D. | $ 30.00 |
| 194060 | 8/14/2002 | MN office | External Copies | External copies made by Xact duplicating in the month of July 2002. Invoice # 04-38776 | $ 192.39 |
| 196253 | 9/17/2002 | MN office | External Copies | Current disbursements and service charges incured by Dorsey & Whitney LLP.Invoice # 991589 | $ 1,775.35 |
| 196254 | 9/17/2002 | MN office | External Copies | Current disbursements and service charges incured by Dorsey & Whitney LLP.Invoice # 992319 | $ 3,283.30 |
| 196511 | 8/7/2002 | MN office | External Copies | copy of medical records frm Perimeter No. Family Medicine for Toya Brown | $ 50.00 |
| 196512 | 8/7/2002 | MN office | External Copies | copy of medical records from Sim Tek Corp for Nii-Akwei Acquaye | $ 23.59 |
| 196513 | 8/7/2002 | MN office | External Copies | copy of medical records from Smart Corp for Toya Brown | $ 30.26 |
| 196526 | 8/27/2002 | MN office | External Copies | copy of medical records frm The Family Physicians Group for Tausha Tate | $ 20.00 |
| 196698 | 9/24/2002 | DC office | External Copies | Photocopy charges incurred by Dorsey & Whitney .Invoice # 996007 | $ 6,345.32 |
| 196701 | 9/24/2002 | DC office | External Copies | External copies done by Xact Duplicating services .Invoice # 04-39727 | $ 4,055.60 |
| 198741 | 9/10/2002 | MN office | External Copies | Medical Records for V. Robinson frm Diversified Medical Records Svcs | $ 65.94 |
| 198742 | 9/24/2002 | MN office | External Copies | Medical Records for V. Robinson from Metropolitan OB/GYN Associates | $ 22.62 |
| 199384 | 10/21/2002 | MN office | External Copies | External copies made by Xact Duplicating Services on Sept 30 2002. Invoice # 04-40660 | $ 10,291.41 |
| 199385 | 10/21/2002 | MN office | External Copies | External copies made by Xact Duplicating Services on Oct 08 2002. Invoice # 04-40660 | $ 4,043.12 |
| 201562 | 10/1/2002 | MN office | External Copies | Copy of medical records from Chart One for Tonya Ross | $ 3.39 |
| 201565 | 10/8/2002 | MN office | External Copies | copy of medical records from Dr. A. Romero for Phyllis Reece | $ 75.00 |
| 201567 | 10/24/2002 | MN office | External Copies | copy of medical records frm Chapel View Family Care for client/Valrie Mason-Robinson | $ 26.78 |
| 201569 | 10/31/2002 | MN office | External Copies | Copy of medical records frm Helath Quest for client: Clintonia Simmons | $ 20.00 |
| 202149 | 11/21/2002 | MN office | External Copies | Xact Duplicating services provided in Nov - Various type of imaging services : OCR, Tiff scan, Cd burn,OCR competer pass, | $ 15,015.61 |
| 205074 | 12/30/2002 | MN office | External Copies | External copies made by Xact Duplicating .Invoice # 04-42544 | $ 228.45 |
| 209608 | 2/11/2003 | DC office | External Copies | External copies made by Xact duplicating services .Invoice # 04-43475 | $ 8,883.65 |
| 209877 | 2/19/2003 | DC office | External Copies | External copies made by Xact Duplicate .Invoice # 04-43871 | $ 6,574.19 |
| 210905 | 11/5/2002 | MN office | External Copies | copy of medical records for Clintonia Simmons frm Chart One, Inc | $ 94.43 |
| 211144 | 3/3/2003 | DC office | External Copies | External copies made by Xact duplicating services .Invoice # 04-44060 | $ 4,396.46 |
| 213108 | 3/13/2003 | DC office | External Copies | External copies made Xact Duplicating service .Invoice # 04-44090 | $ 6,499.76 |
| 213639 | 3/25/2003 | DC office | External Copies | Duplicates done by external duplicating on March 18 2003 .Invoice # 04-44615. | $ 523.59 |
| 217827 | 4/17/2003 | MN office | External Copies | External copies made by Exact Duplicationing .Invoice # 04-45272 | $ 238.33 |
| 219615 | 5/5/2003 | MN office | External Copies | External copies by Xact Duplicating on May 2 2003.Invoice # 04-45761 | $ 70.11 |
| 220873 | 4/30/2003 | MN office | External Copies | copy of medical records for Sean Wright from National Personnel Records Center on 03/25/03 | $ 19.95 |
| 224921 | 7/10/2003 | MN office | External Copies | External copying by Xact Duplicating Services.Invoice # 04-47224. | $ 1,266.28 |