**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| RODERICK ARNOLD, et al.,<br><br>On behalf of themselves and all others similarly situated,<br><br>*Plaintiffs,*<br>v.<br><br>CARGILL, INCORPORATED,<br><br>*Defendant.* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO. 01-CV-2086(DWF/AJB)<br><br>CLASS ACTION |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 8, 2007, I caused the following document(s) to be filed electronically with the Clerk of Court through ECF:

1. Notice of Motion and Motion for an Award of Attorneys's Fees and Reimbursement of Expenses;

2. Memorandum of Law in Support of Sprenger & Lang, PLLC's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses;

3. Declaration of Michael D. Lieder in Support of Sprenger & Lang, PLLC's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses; and

4. Declaration of Susan M. Coler in Support of Sprenger & Lang, PLLC's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses

and that ECF will send an e-notice of the electronic filing to the following:

Paul B. Klaas, Esq.
Holly S.A. Eng, Esq.
DORSEY & WHITNEY, LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402-1498

In addition, I caused to be served on August 8, 2007, a copy of Exhibit A to the Declaration of Michael D. Lieder in Support of Sprenger & Lang, PLLC's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses, on Paul B. Klaas, Esq., and Holly S.A. Eng, Esq., Dorsey & Whitney, LLP, by causing them to be delivered by hand to said attorneys for defendant at Dorsey & Whitney, LLP, 50 South Sixth Street, Suite 1500, Minneapolis, MN 55402-1498, their last known address.

*s/Susan M. Coler*
Susan M. Coler