UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

RODERICK ARNOLD et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-cv-2086 (DWF/AJB)

**NOTICE OF INTENT TO CLAIM AN AWARD OF ATTORNEYS' FEES AND OTHER COSTS AND EXPENSES**

TO: Clerk of Court, United States District Court for the District of Minnesota, Fourth Division, 202 U.S. Courthouse, 300 S. 4th Street, Minneapolis, Minnesota, 55415, and Susan M. Coler, Sprenger & Lang PLLC, 310 Fourth Avenue South, Suite 600, Minneapolis, Minnesota, 55415.

**PLEASE TAKE NOTICE** that pursuant to D. Minn. LR 54.3(b)(2), Defendant Cargill, Incorporated ("Cargill"), hereby states its intent to bring a claim against Plaintiffs' former counsel Sprenger & Lang PLLC ("Sprenger & Lang") for attorneys' fees and other expenses incurred in defense of this action, principally those fees and expenses incurred by Cargill in discovering the factual grounds for and then successfully moving to disqualify Sprenger & Lang as Plaintiffs' counsel in this case, which motion to disqualify the Court granted on September 24, 2004. The Court since has ordered all of Plaintiffs' claims dismissed with prejudice, which order became final and effective on August 9, 2007. Pursuant to D. Minn. LR 54.3(b)(2), Cargill is filing this Notice within 15 days of that date.

The statutory and other authority for an award of fees and costs include 28 U.S.C. § 1927 (providing that any attorney "who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct"), common law regarding damages recoverable by a party aggrieved by conduct leading to a disqualification of counsel or where it is reasonably foreseeable that such conduct will result in said party having to incur attorneys fees and other expenses, as well as the Court's equitable powers and inherent authority to regulate the proceedings and those who appear before it.

Counsel for Cargill who rendered legal services upon which this claim is based is Dorsey & Whitney LLP, including attorneys Paul B. Klaas, Holly S. A. Eng, Michael Iwan, Emily L. Fitzgerald, Heather C. Toft, Janice M. Symchych, and Matthew E. Klein, as well as various paralegals and other support staff. Subject to further appraisal and the incurrence of additional recoverable attorneys' fees and expenses, Cargill currently estimates its recoverable attorneys' fees and expenses to exceed $446,000.00.

Pursuant to D. Minn. LR 54.3(b)(2), Cargill proposes the following schedule for the presentation of motions for recovery of fees and costs:

- Cargill shall serve and file its motion and supporting papers by October 19, 2007;
- Any opposition to Cargill's motion shall be served and filed by October 26, 2007;
- In conjunction with a motion filed by Sprenger & Lang with this Court on August 8, 2007, a hearing on the issue of attorneys' fees and other expenses in this action is currently scheduled for November 2, 2007, and Cargill would propose that this Motion be heard at the same time.

Dated: August 24, 2007

DORSEY & WHITNEY LLP

/s Michael Iwan

Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED