UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

RODERICK ARNOLD, *et al.*, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-2086 DWF/AJB

**CERTIFICATE OF SERVICE**

I hereby certify that on August 24, 2007, I caused the following document(s):

1. Notice Of Intent To Claim An Award Of Attorneys' Fees And Other Costs And Expenses

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following ECF participants not affiliated with the filing party:

**Susan M Coler**
scoler@sprengerlang.com ecf@sprengerlang.com

As well as any other parties of record scheduled to receive copies of ECF filings in this action.

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants not affiliated with the filing party:

*Not applicable.*

Dated: August 24, 2007

DORSEY & WHITNEY LLP

s/Michael Iwan

Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED