UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

RODERICK ARNOLD et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-cv-2086 (DWF/AJB)

**MOTION FOR ATTORNEYS' FEES AND RELATED EXPENSES INCURRED AS A RESULT OF FORMER CLASS COUNSEL S&L'S CONDUCT**

Pursuant to D. Minn. LR 54.3(b)(2), Defendant Cargill, Incorporated ("Cargill"), hereby moves the Court for an Order directing plaintiffs' former counsel Sprenger & Lang PLLC ("S&L") to reimburse Cargill for the attorneys' fees and other expenses Cargill incurred as a direct and foreseeable consequence of S&L's disqualifying conduct, including the efforts required to discover such conduct; to research, brief, and argue such conduct to the Court; and to transition representation of plaintiffs to successor counsel after disqualification, which fees and expenses amount to a total of $441,312.80.

The statutory and other authority for the requested relief include 28 U.S.C. § 1927 (providing that any attorney "who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct"), common law regarding damages recoverable by a party aggrieved by conduct leading to a

disqualification of counsel or where it is reasonably foreseeable that such conduct will result in said party having to incur attorneys fees and other expenses, as well as the Court's equitable powers and inherent authority to regulate the proceedings and those who appear before it.

The grounds for this Motion are more fully articulated in Cargill's Memorandum of Law in Support of Motion for Attorneys' Fees and Related Expenses Incurred as a Result of Former Class Counsel S&L's Conduct and the accompanying declaration and exhibits, which are served and filed contemporaneously with this Motion.

Dated: October 12, 2007

DORSEY & WHITNEY LLP

s/Michael Iwan
Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED