UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

RODERICK ARNOLD et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-cv-2086 (DWF/AJB)

**NOTICE OF MOTION FOR ATTORNEYS' FEES AND RELATED EXPENSES INCURRED AS A RESULT OF FORMER CLASS COUNSEL S&L'S CONDUCT**

TO: Susan M. Coler, Sprenger & Lang, PLLC, 310 Fourth Avenue South, Suite 600, Minneapolis, Minnesota 55415.

**PLEASE TAKE NOTICE** that on Friday, November 2, 2007, at 11:00 a.m., before the Honorable Donovan Frank, United States District Court, 316 North Robert Street, St. Paul, Minnesota, defendant Cargill, Incorporated ("Cargill") will move for an Order directing plaintiffs' former counsel Sprenger & Lang PLLC ("S&L") to reimburse Cargill for the attorneys' fees and other expenses Cargill incurred as a direct and foreseeable consequence of S&L's disqualifying conduct, including the efforts required to discover such conduct; to research, brief, and argue such conduct to the Court; and to transition representation of plaintiffs to successor counsel after disqualification, which fees and expenses amount to a total of $441,312.80.

This motion shall be based upon all the files, records, and proceedings herein and upon argument of counsel.

Dated: October 12, 2007

DORSEY & WHITNEY LLP

s/Michael Iwan

Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED