**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

**CERTIFICATE OF SERVICE OF**
**MOTION DOCUMENTS AND PROPOSED ORDER**

I hereby certify that on October 12, 2007, I caused the following documents:

1. Notice of Motion for Attorneys' Fees and Related Expenses Incurred as a Result of Former Class Counsel S&L's Conduct;

2. Motion for Attorneys' Fees and Related Expenses Incurred as a Result of Former Class Counsel S&L's Conduct;

3. Cargill, Incorporated's Memorandum of Law in Support of Motion for Attorneys' Fees and Related Expenses Incurred as a Result of Former Class Counsel S&L's Conduct;

4. Declaration of Michael Iwan (with Exhibits) in Support of Motion for Attorneys' Fees and Related Expenses Incurred as a Result of Former Class Counsel S&L's Conduct;

5. LR7.1 Word Count Compliance Certificate;

to be filed electronically with the Clerk of Court through ECF, and that ECF will send an e-notice of the electronic filing to the following:

Susan M Coler scoler@sprengerlang.com
Holly S A Eng eng.holly@dorsey.com, mcevoy.lori@dorsey.com
Barbara J Felt bfelt@heinsmills.com, jwestmoreland@heinsmills.com
Emily L Fitzgerald fitzgerald.emily@dorsey.com, johnson, lisa@dorsey.com, schallenberger.dyana@dorsey.com
Mark John Ginder ginder.mark@dorsey.com, smith.colleen@dorsey.com, stark.mary.jo@dorsey.com
Llezlie Green lgreen@cmht.com, efilings@cmht.com
Samuel D Heins sheins@heinsmills.com
Michael Iwan iwan.michael@dorsey.com, miwan@34@yahoo.com;robbins.suzanne@dorsey.com
Shari L Jerde jerde.shari@dorsey.com, buresh.cassie@dorsey.com
James H Kaster kaster@nka.com, geving@nka.com, nbartz@nka.com
Paul Barry Klaas klaas.paul@dorseylaw.com, vallant.tammy@dorsey.com
Ryan E Mick mick.ryan@dorsey.com, trecartin.julie@dorsey.com
Melissa Raphan raphan.melissa@dorsey.com, trecartin.julie@dorsey.com
David E. Schlesinger schlesinger@nka.com, drexler@nka.com
Joseph M Sellers jsellers@cmht.com
Peter N Thompson pthompson@gw.hamline, edu

Heather C Toft toft.heather@dorsey.com, zimmerman.tiffany@dorsey.com
Christine E Webber cwebber@cmht.com

I further certify that I caused a copy of the foregoing documents and the notice of electronic filing to be mailed by first class mail, postage paid, to the following non-ECF participants:

*Not applicable.*

I further certify that I caused the proposed order to be filed with the court via e-mail to the following judge who is hearing the motion:

Donovan Frank frank_chambers@mnd.uscourts.gov

and I certify that I caused a copy of the proposed order to be e-mailed or mailed by first class mail, postage paid, as noted below, to the following:

Susan M. Coler, Esq. (scoler@sprengerlang.com)
Sprenger & Lang
325 Ridgewood Ave.
Minneapolis, MN 55403

Dated: October 12, 2007

DORSEY & WHITNEY LLP

s/Michael Iwan
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED