# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

**PLACEHOLDER FOR DECLARATION OF MICHAEL IWAN TO ACCOMPANY CARGILL, INCORPORATED'S MEMORANDUM OF LAW IN OPPOSITION TO SPRENGER & LANG, PLLC'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

RODERICK ARNOLD et al.,

Plaintiff(s)

v. Case Number: 01-cv-2086 (DWF/AJB)

CARGILL, INCORPORATED,

Defendant(s)

---

This document is a place holder for the following item(s) which are filed in conventional or physical form with the Clerk's Office:

Declaration of Michael Iwan to accompany Cargill Incorporated's Memorandum of Law in Opposition to Sprenger & Lang, PLLC's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses

Exhibit A – Copy of Judge Oleisky's Order of 4/6/02 in *Ray v. Miller Meester Advertising, Inc., et al.*

Exhibit B – Chart comparing Sprenger & Lang's hourly rates.

If you are a participant in this case, this filing will be served upon you in conventional format.

This filing was not e-filed for the following reason(s):

___ Voluminous Document* (Document number of order granting leave to file conventionally: ___ )

___ Unable to Scan Documents (e.g., PDF file size of one page larger than 2MB, illegible when scanned)

___ Physical Object (description):

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X__ Item Under Seal pursuant to a court order* (Document number of protective order: 144)

___ Item Under Seal pursuant to the Judicial Conference Privacy Policy (General Order 53)
(Document number of redacted version: ___ )

___ Other (description):

* Filing of these items requires Judicial Approval.

E-file this place holder in ECF in place of the documents filed conventionally. File a copy of this Placeholder and a copy of the NEF with the Clerk's Office along with the conventionally filed item(s).