UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION

RODERICK ARNOLD et al.,

Plaintiffs,

v.

CARGILL, INCORPORATED,

Defendant.

Civil File No. 01-cv-2086 (DWF/AJB)

**LR 7.1(C) WORD COUNT COMPLIANCE CERTIFICATE REGARDING CARGILL, INCORPORATED'S MEMORANDUM OF LAW IN OPPOSITION TO SPRENGER & LANG, PLLC'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES**

I, Michael Iwan, certify that Cargill, Incorporated's Memorandum of Law in Opposition to Sprenger & Lang, PLLC's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses complies with Local Rule 7.1(c).

I further certify that, in preparation of this memorandum, I used Microsoft Word 2000, and that this word processing program has been applied specifically to include all text, including headings, footnotes, and quotations in the following word count.

I further certify that the above-referenced memorandum, composed in 13-point Times New Roman font, contains 7,342 words.

Dated: October 26, 2007

DORSEY & WHITNEY LLP

s/Michael Iwan

Paul B. Klaas (#56327)
Holly S. A. Eng (#238028)
Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED