**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# CERTIFICATE OF SERVICE

***Arnold, et al. vs. Cargill, Inc.***
***Civil File No. 01-CV-2086 (DWF/AJB)***

I hereby certify that on October 26, 2007, I electronically filed the following documents:

Notification of Conventional Filing of Cargill, Incorporated's Memorandum of Law in Opposition to Sprenger & Lang, PLLC's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses

Notification of Conventional Filing of Declaration of Michael Iwan (with attached Exhibit A and Exhibit B).

Notification of Conventional Filing of Declaration of Holly S. A. Eng

LR7.1 Word Count Compliance Certificate

with the Clerk of Court via ECF, which will send a notice of electronic filing to the following:

**Susan M Coler**
scoler@sprengerlang.com, ecf@sprengerlang.com
**Holly S A Eng**
eng.holly@dorsey.com, dowell.elizabeth@dorsey.com, zimmerman.tammy@dorsey.com
**Barbara J Felt**
bfelt@heinsmills.com, jwestmoreland@heinsmills.com
**Emily L Fitzgerald**
fitzgerald.emily@dorsey.com, johnson.lisa@dorsey.com, schallenberger.dyana@dorsey.com
**Mark Ginder**
ginder.mark@dorsey.com, smith.colleen@dorsey.com, stark.mary.jo@dorsey.com
**Llezlie Green**
lgreen@cmht.com, efilings@cmht.com
**Samuel D Heins**
sheins@heinsmills.com
**Michael Iwan**
iwan.michael@dorsey.com, iwan34@yahoo.com, robbins.suzanne@dorsey.com

**Shari L Jerde**
jerde.shari@dorsey.com, buresh.cassie@dorsey.com
**James H Kaster**
kaster@nka.com, geving@nka.com, nbartz@nka.com
**Paul B Klaas**
klaas.paul@dorsey.com, vallant.tammy@dorsey.com
**Ryan E Mick**
mick.ryan@dorsey.com, trecartin.julie@dorsey.com
**Melissa Raphan**
raphan.melissa@dorsey.com, trecartin.julie@dorsey.com
**David E Schlesinger**
schlesinger@nka.com, drexler@nka.com
**Joseph M Sellers**
jsellers@cmht.com
**Peter N Thompson**
pthompson@gw.hamline.edu
**Heather C Toft**
toft.heather@dorsey.com, zimmerman.tiffany@dorsey.com
**Christine E Webber**
cwebber@cmht.com

I further certify that I caused the following documents, which were conventionally filed with the court:

Cargill's Memorandum of Law in Opposition to Sprenger & Lang, PLLC's Motion for an Award of Attorneys' Fees and Reimbursement of Expenses **[under seal]**

Declaration of Michael Iwan (with attached Exhibit A and Exhibit B) **[under seal]**

Declaration of Holly S. A. Eng **[under seal]**

to be served via messenger to the following:

Susan M. Coler, Esq. (scoler@sprengerlang.com)
Sprenger & Lang PLLC
310 Fourth Avenue South, Suite 600
Minneapolis, MN 55415

Dated: October 26, 2007

DORSEY & WHITNEY LLP

s/Michael Iwan

Michael Iwan (#28628X)
50 South Sixth Street, Suite 1500
Minneapolis, MN 55502-1498
Telephone: (612) 340-2600

Attorneys for Defendant
CARGILL, INCORPORATED