**STATE OF MINNESOTA**

**AFFIDAVIT OF SERVICE**

**COUNTY OF HENNEPIN**

**METRO LEGAL SERVICES**

Jeremy M. Fuchs, being duly sworn, on oath says:
that on October 12, 2007, at 4:30 AM he served the attached:

Exhibit A to Declaration of Michael Iwan Regarding Cargill's Memorandum of Law in Support of Motion for Attorney's Fees and Related Expenses Incurred as a Result of Former Class Counsel Sprenger & Lang's Conduct upon:

Susan M. Coler, Esq., therein named, personally at:

310 Fourth Ave S, #600, Minneapolis, County of Hennepin, State of Minnesota, by handing to and leaving with Douglas Olson, Attorney, an expressly authorized agent for said Susan M. Coler, Esq., a true and correct copy thereof.

Subscribed and sworn to before me on
October 17, 2007

MICHAEL D. NIELSEN
NOTARY PUBLIC-MINNESOTA
My Commission Expires Jan. 31, 2010